B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: Fired Up, Inc.   Case No.

Chapter 11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| AEI Fund Management Inc.<br>Attn: Brian Schulz<br>1300 Wells Fargo Place<br>30 East Seventh Street<br>St. Paul, MN 55101 | | Shortfall Note | | $2,789,509.87 |
| Ben E. Keith Company<br>Attn: Richard Grasso<br>601 E. 7th St.<br>Ft. Worth, TX 76113 | | Vendor | Disputed | $2,188,461.69 |
| Cassidy Turley Midwest, Inc.<br>Lockbox #129, POB 1575<br>Minneapolis, MN 55480-1575 | | Pre-pet Arrearages plus Est Rejection Damages | Contingent<br>Unliquidated<br>Disputed | $1,322,297.61 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | 940/941 taxes | | $848,745.85 |
| National Retail Properties<br>450 S. Orange Ave. Suite 900<br>Orlando, FL 32801 | | Pre-pet Arrearages plus Est Rejection Damages | Contingent<br>Unliquidated<br>Disputed | $703,298.72 |
| Independent Bank of Waco<br>PO Box 21145<br>Waco, TX 76702 | | Mortgage Loan Deficiency | | $621,913.87 |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE: Fired Up, Inc.　　　　　　　　　　　　　　　Case No.

　　　　　　　　　　　　　　　　　　　　　　　　　Chapter　11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Glazier Foods Company<br>11303 Antoine<br>Houston, TX 77066 | | Vendor | | $551,793.00 |
| AEI Income & Growth Fund 25 LLC<br>30 East 7th St., Ste 1300<br>St. Paul, MN 55101 | | Pre-pet Arrearages plus Est Rejection Damages | Contingent<br>Unliquidated<br>Disputed | $477,281.11 |
| Wilmington Center LLC<br>9471 Lomitas Ave.<br>Beverly Hills, CA 90210 | | Pre-pet Arrearages plus Est Rejection Damages | Contingent<br>Unliquidated<br>Disputed | $335,964.96 |
| RC Nelms Jr. Hillcrest Trust<br>4659 Christipher Place<br>Dallas, TX 75204-1610 | | Pre-pet Arrearages plus Est Rejection Damages | Contingent<br>Unliquidated<br>Disputed | $309,908.30 |
| Texas Comptroller of Public Accounts<br>PO Box 13528, Capitol Station<br>Austin, TX 78774 | | Texas Franchise Tax | | $278,000.00 |
| Food Services of America<br>PO Box 839<br>Meridian, ID 83680 | | Vendor | | $222,873.61 |
| AEI Accredited Investor Fund 2002 Ltd. P<br>1300 Minnesota World Trade Center<br>30 Seventh Street East<br>St. Paul, MN 55101-4901 | | Pre-pet Arrearages plus Est Rejection Damages | Contingent<br>Unliquidated<br>Disputed | $218,747.84 |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE: Fired Up, Inc.  Case No.

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| ARC CAFE, LLC. American Realty Capital 200 Dryden Road, Suite 1100 Dresher, PA 19025 | | Pre-Petition Arrearages | Contingent Unliquidated Disputed | $202,385.09 |
| Pleasant Ridge Development Co., LLLP 11601 Pleasant Ridge Road Suite 300 Little Rock, AR 72212 | | Pre-pet Arrearages plus Est Rejection Damages | Contingent Unliquidated Disputed | $185,166.60 |
| Shamrock Foods Department 219 Denver, CO 80291-0219 | | Vendor | | $141,881.03 |
| Magdalena Properties, LLC 2340 Westcliffe Lane #C Walnut Creek, CA 94597 | | Pre-Pet Arrearages plus Est Rejection Damages | Contingent Unliquidated Disputed | $115,550.00 |
| Texas Workforce Comission 12312 N. Mopac Expy Austin, TX 78758 | | State Unemployment Tax | | $75,061.33 |
| GE Capital Franchise Finance Corp 8377 E. Hartford Drive Ste 200 Scottsdale, AZ 85255 | | Mortgage Loan | | $473,907.46 Value: $400,000.00 |
| Gentilis, Inc. 6728 North Hills Drive Texarkana, TX 75503 | | Pre Petition Arrearages | Contingent Unliquidated Disputed | $62,851.48 |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE: Fired Up, Inc.　　　　　　　　　　　　　　　　　　　Case No.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter　11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **President/CEO** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 3/26/2014　　　　　　Signature: _[signed]_
　　　　　　　　　　　　　　　　　**Creed Ford III**
　　　　　　　　　　　　　　　　　**President/CEO**