**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | |
| **FIRED UP, INC.** | § | **Case No. 14-10447** |
| | § | **(Chapter 11)** |
| **Debtor.** [1] | § | |
| | § | |

### INTERIM ORDER ON
### EMERGENCY MOTION FOR AUTHORITY TO USE, SELL, OR LEASE CASH COLLATERAL IN THE ORDINARY COURSE, PROVIDE ADEQUATE PROTECTION AND FOR PRELIMINARY HEARING

CAME ON TO BE CONSIDERED the interim hearing on Debtor's Emergency Motion Pursuant to 11 U.S.C. §363 for Authority to Use, Sell or Lease, Cash Collateral in the Ordinary Course and Provide Adequate Protection.  The Court finds that it should enter the following order.

---

[1] Until February 26, 2014, Debtor's business was being operated partially by the Debtor and partially by its two wholly owned subsidiaries, Kona Restaurant Group, Inc. and Carino's Italian Kitchen, Inc..  Those entities were merged into the Debtor on that date.

IT IS THEREFORE ORDERED AS FOLLOWS:

1.      The Debtor is hereby authorized to use cash collateral to pay its usual and necessary operating expenses as set forth on the attached budget pending the final hearing on this motion.

2.      All parties with an interest in cash collateral are granted a replacement lien to the same extent, priority and validity as their pre-petition liens.

3.      The Court will conduct a final hearing on the Motion on the date and time set forth above.   Debtor shall be responsible for notice.

###

Order Submitted By:

Stephen W. Sather
Barron & Newburger, P.C.
1212 Guadalupe, Suite 104
Austin, TX  78701