IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FIRED UP, INC. | § | CASE NO. 14-10447-tmd |
| | § | (Chapter 11) |
| DEBTOR[1] | § | |
| | § | |

NOTICE OF HEARING
*[Relates to Docket Nos. 4, 6, 7, 8, 9, 10, 11, 12]*

**PLEASE TAKE NOTICE** that a hearing on the following matters filed by the Debtor are set for hearing on **April 1, 2014 at 1:30 P.M. (Central Daylight Time)** before the Honorable Tony M. Davis, United States Bankruptcy Judge for the Western District of Texas, in Courtroom 1, Homer J. Thornberry Federal Judicial Bldg., 903 San Jacinto Blvd., Austin, Texas 78701:

- Notice of Designation as Complex Chapter 11 Bankruptcy Case [Docket No. 4];

- Emergency Motion for Interim and Final Orders Providing Adequate Assurance of Utility Payments and Restraining Utility Companies from Discontinuing, Altering or Refusing Service [Docket No. 6];

- Emergency Motion to Authorize Payment of Prepetition Wages, Salaries, Bonuses, Reimbursable Employee Expenses and Benefits in the Ordinary Course of Business and Establishing Employee Noticing Procedures [Docket No. 7];

- Emergency Motion for an Order Authorizing the Debtor to Honor Certain Prepetition Obligations to Customers and to Continue Certain Customer Programs and Practices [Docket No. 8];

- Emergency Motion for Authority to Use, Sell, or Lease Cash Collateral in the Ordinary Course, Provide Adequate Protection and for Preliminary Hearing [Docket No. 9];

---

[1] Until February 26, 2014, Debtor's business was being operated partially by the Debtor and partially by its two wholly owned subsidiaries, Kona Restaurant Group, Inc. and Carino's Italian Kitchen, Inc. Those entities were merged into the Debtor on that date.

- Emergency Motion to Authorize Maintenance of Certain Prepetition Bank Accounts and Cash Management System [Docket No. 10];

- Emergency [First] Motion to Reject Unexpired Leases of Non-Residential and Related Equipment Leases *Nunc Pro Tunc* [Docket No. 11]; and

- Emergency Motion to Approve Critical Vendor and PACA Vendor Payments and Assume Certain Executory Contracts for Vendor Payments [Docket No. 12].

Dated: March 27, 2014

Respectfully Submitted,

BARRON & NEWBURGER, P.C.
1212 Guadalupe, Suite 104
Austin, Texas 78701
(512) 476-9103 Ext. 220
(512) 476-9253 Facsimile

By: /s/ Barbara M. Barron
Barbara M. Barron
State Bar No. 01817300
Stephen W. Sather
State Bar No. 17657520

**PROPOSED ATTORNEYS FOR DEBTOR**

**CERTIFICATE OF SERVICE**

I certify that we directed North American Credit Services, Debtor's servicing agent, to serve a copy of the foregoing by first class mail, postage prepaid and properly addressed, on March 28, 2014, to all parties listed on the Service Lists attached to the filed copy of this Notice and electronically by the Court's ECF system to all parties registered to receive such service. Copies of the matrix are not included in service copies but may be obtained from the Clerk of the Court or Debtor's counsel.

/s/ Barbara M. Barron

## FIRST MASTER LIMITED SERVICE LIST
### (March 27, 2014)

**United States Trustee:**

Henry G. Hobbs, Valerie L. Wenger
Deborah Bynum
Office of the U.S. Trustee
903 San Jacinto Blvd., Room 230
Austin, TX 78701

**Debtor:**

Creed Ford, III
President/CEO
Ford Restaurant Group
1514 RR 620 South
Austin, TX 78734
cford@carinos.com

Margaret B. Smith, CPA
Director of Finance
Ford Restaurant Group
1514 RR 620 South
Austin, TX 78734
msmith@fordrestgrp.com

**Proposed Attorneys for Debtor:**

Barbara M. Barron
Stephen W. Sather
Barron & Newburger, P.C.
1212 Guadalupe Street, Suite 104
Austin, TX 78701
bbarron@bn-lawyers.com
ssather@bn-lawyers.com

Kareem Hajjar
Hajjar Sutherland Peters & Washmon, LLP
1205 Rio Grande Street
Austin, TX 78701
khajjar@hspwlegal.com

John Vernon
The Vernon Law Group, PLLC
4925 Greenville Avenue, Suite 200
Dallas, TX 75206
jvernon@vernonlawgroup.com

**Twenty Largest Unsecured Creditors:**

AEI Fund Management, Inc.
Attn: Brian Schulz
1300 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101

Ben E. Keith Company
Attn: Richard Grasso
601 E. 7th Street
Ft. Worth, TX 76113

Cassidy Turley Midwest, Inc.
Lockbox #129
P.O. Box 1575
Minneapolis, MN 55480-1575

Internal Revenue Service
Special Procedures Staff- Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

National Retail Properties
450 S. Orange Avenue, suite 900
Orlando, FL 32801

Independent Bank of Waco
P.O. Box 21145
Waco, TX 76702

Glazier Foods Company
11303 Antoine
Houston, TX 77066

AEI Income & Growth Fund, LLC
30 East 7th Street, Suite 1300
St. Paul, MN 55101

Wilmington Center, LLC
9471 Lomitas Avenue
Beverly Hills, CA 90210

## FIRST MASTER LIMITED SERVICE LIST
### (March 27, 2014)

**Twenty Largest Unsecured Creditors:**

RC Nelms, Jr., Hillcrest Trust
4659 Christopher Place
Dallas, TX 75204-1610

Texas Comptroller of Public Accounts
Revenue Acctg. Division-Bankruptcy
P.O. Box 13528
Austin, TX 78711-3528

Food Services of America
P.O. Box 839
Meridian, ID 83680

AEI Accredited Investor Fund 2002, Ltd.
1300 Minnesota World Trade Center
30 Seventh Street East
St. Paul, MN 55101-4901

ARC CAFÉ, LLC
American Realty Capital
200 Dryden Road, Suite 1100
Dresher, PA 19025

Pleasant Ridge Development Co., LLLP
11601 Pleasant Ridge Road, Suite 300
Little Rock, AR 72212

Shamrock Foods-Consolidated
Department 219
Denver, CO 80291-0219

Magdalena Properties, LLC
2340 Westcliffe Lane, #C
Walnut Creek, CA 94597

Texas Workforce Commission
Attn: Regulatory Integrity Division-SAU
101 E. 15th Street, Room 556
Austin, TX 78778-0001

GE Capital Franchise Finance Corp.
8377 E. Hartford Drive, Suite 200
Scottsdale, AZ 85255

**Twenty Largest Unsecured Creditors (cont'd):**

Gentilis, Inc.
6728 North Hills Drive
Texarkana, TX 75503

**Secured Creditors:**

FRG Capital, LLC
1514 RR 620 South
Austin, TX 78734

GE Capital Franchise Finance Corp.
Attn: Bond Harberts, Senior VP
500 West Monroe St., 21st Flr (21.N.105)
Chicago, IL 60661
bond.harberts@ge.com

Independent Bank of Waco
Attn: Charley Rigney
P.O. Box 21145
Waco, TX 76702

Prosperity Bank
Attn: Tim Cardinal
1415 RR 620 South
Austin, TX 78734

**Miscellaneous:**

Summit Energy
25716 Network Place
Chicago, IL 60673-1257

CASS
2675 Corporate Exchange Drive
Columbus, OH 43231

FinTech
7702 Woodland Center Blvd., Suite 50
Tampa, FL 33614

## FIRST MASTER LIMITED SERVICE LIST
### (March 27, 2014)

**Miscellaneous (cont'd):**

Wells Fargo Bank, N.A.
Attn: Zakir A. Khan, AAP
90 South 7th Street, 9th Floor
MAC-N9305-09L
Minneapolis, MN 55479

**Requested Notice:**

Blake Rasner
Haley & Olson, P.C.
801 N. Valley Mills Drive, Suite 600
Waco, TX 76710
brasner@haleyolson.com

Jeffrey T. Wegner
Kutak Rock, LLP
1650 Farnam Street
Omaha, NE 68102-2186
jeffrey.wegner@kutakrock.com

William M. Kane
Traylor, Tompkins & Black, P.C.
751 Horizon Court, Suite 200
Grand Junction, CO 81506-8754
wmk@grandjunctionlaw.com

Jason P. Wylie
The Law Office of Jason Wylie
8553 N. Beach St., PMB 316
Fort Worth, TX 76244-4919
jason@jasonwylielaw.com

## BANKS
(March 27, 2014)

| Bank Name | Address | City/State/Zip |
|---|---|---|
| Bank of America | PO Box 25118 | Tampa, FL 33622-5118 |
| Wells Fargo | 90 South 7th St, 9th Floor | Minnesota, MN 55479 |
| Capital One | 106 East 6th Street, Ste 600 | Austin, TX 78701 |
| BVAA Compass Bank | 8080 N Central Expwy, Ste 1500 | Dallas, TX 75206 |
| Citibank | One Penn's Way | New Castle, DE 19720 |

## CRITICAL VENDOR LIST

| VENDOR NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Admiral Linen & Uniform Service | 2030 Kipling | Houston | TX | 77098 |
| ATSCO 51 | PO Box 8829 | Shreveport | LA | 71149 |
| American Linen-018,047,057 | 314 South 4th Street | Laramie | WY | 82070-3695 |
| Ameripride Linen & Apparel MO | P.O. Box 3130 | Bemidji | MN | 56619-3130 |
| Ameripride Services Inc | P.O. Box 1594 | Bemidji | MN | 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 |
| Ameripride-Arkansas | P.O. Box 697 | Bemidji | MN | 56619-0697 |
| Brothers Services Inc | 4541 Verot School Rd | Youngsville | LA | 70592 |
| Buster Uno Produce | 502 W. Schunior | Edinburg | LTX | 78541-3014 |
| BASS | 2675 Corporate Exchange Dr | Columbus | OH | 43231 |
| Citynap | 26118 Alto Oaks | San Antonio | TX | 78255 |
| Colormark | 1840 Hutton Dr, Bldg 208 | Carrollton | TX | 75006 |
| Coors Distributing | Den-Coors Distributing | Denver | CO | 80221 |
| Corpus Christi Produce | 238 N Port Ave | Corpus Christi | TX | 78469-4721 |
| CTS Distributing Inc | 4940 Fox Street | Denver | CO | 80216 |
| Custom Business Solutions | 12 Morgan | Irvine | CA | 92618 |
| Data Source Inc | Dept 730023 | Dallas | TX | 75266-0919 |
| Decision Logics | P.O. Box 22543 | Lincoln | NE | 68512-2543 |
| DMX Music-Dallas | P.O. Box 602777 | Charlotte | NC | 28260-2777 |
| Dunnwell LLC | 4601 Creekstone Dr, Ste 200 | Durham | NC | 27703 |
| Ecolab Inc | PO Box 70343 | Chicago | IL | 60673-0343 |
| Ecolab Pest Elimination | 26252 Network Place | Chicago | IL | 60673-1262 |
| Excel Linen | 501 Funston Rd | Kansas City | KS | 66115 |
| Fintech | 7702 Woodland Cntr Blvd Ste 50 | Tampa | FL | 33614 |
| Food Services of America | PO Box 839 | Meridian | ID | 83680 |
| Ford Restaurant Group Inc | 1514 Ranch Rd 620 South | Austin | TX | 78734 |
| Freshpoint Austin | PO Box 816211 | Dallas | TX | 75381 |
| Freshpoint Oklahoma City LLC | 3100 No I-35 Service Rd | Oklahoma City | OK | 73111 |
| Freshpoint San Antonio | PO Box 816211 | Dallas | TX | 75381 |
| Garda CL Southwest | 3209 Momentum Place | Chicago | IL | 60689-5332 |
| Glazier Foods Company | 11303 Antoine | Houston | TX | 77066 |
| Jasmick Produce-Boise | PO Box 45120 | Boise | ID | 83711 |
| Heart of Texas Produce | PO Box 1225 | Waco | TX | 76703 |

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| High Country Beverage Corp | 5706 Wright Drive | Loveland | CO | 80538 |
| Idaho State Liquor-Ammon | 3830 Valley Center Drive | San Diego | CA | 92130 |
| Idaho State Liquor-Boise | 3830 Valey Center Drive | San Diego | CA | 92130 |
| Idaho State Liquor-Meridian | 3830 Valley Center Drive | San Diego | CA | 92130 |
| Idaho State Liquor-Twin Falls | 3830 Valley Center Drive | San Diego | CA | 92130 |
| J.W. Thornton Wine Imports Inc | PO Box 2289 | Ketchum | ID | 83340 |
| Liberty Fruit Co Inc | 1247 Argentine Blvd | Kansas City | MO | 66105-1508 |
| Long Range Systems Inc | 4550 Excel Parkway | Addition | TX | 75001 |
| Macadoodles of Springdale | 838 N 48th Street | Springdale | AR | 72762 |
| Meadow Gold | PO Box 710275 | Denver | CO | 80271-0275 |
| Meadow Gold | Department 960 | Denver | CO | 80271-0960 |
| Micros Systems Inc | PO Box 842956 | Boston | TX | 75570 |
| Milk Products LP | PO Box 972431 | Dallas | TX | 75397-2431 |
| Mirus | 820 Gessner, Ste 1600 | Houston | TX | 77024 |
| Oak Farms Dairy | PO Box 200349 | Dallas | TX | 75320-0349 |
| Oak Farms Dairy | PO Box 973866 | Dallas | TX | 75397-3866 |
| Oak Farms Dairy Hous | PO Box 973866 | Dallas | TX | 75397-3866 |
| Paytronix | 74 Bridge St, Ste 400 | Newton | MA | 02458 |
| Pictoric Media Group | 16490 Flint Rock Road | Austin | TX | 78738 |
| Potato Specialty Co | PO Box 3925 | Lubbock | TX | 79404 |
| Quality Retail Systems Inc | 1531 NY Rte 67 | Schaghticoke | NY | 12154 |
| Restaurant Magic | 2502 N. Rocky Point Dr. | Tampa | FL | 33067 |
| Rochester Armored Car Co. Inc | PO Box 8 - D.T.S. | Omaha | NE | 68101 |
| Safesite Inc | 9505 Johnny Morris Rd | Austin | TX | 78724 |
| Sale Amp Inc | 7600 Burnet Rd, Ste 400 | Austin | TX | 78757 |
| Schoenmann Produce Company | 6950 Neuhaus St | Houston | TX | 77061 |
| Shamrock Foods-Consolidated | Department 219 | Denver | CO | 80291-0219 |
| Summit Energy | 25716 Network Place | Chicago | IL | 60673-1257 |
| Sysco Lincoln | 900 Kingbird Road | Lincoln | NE | 68521 |
| TDR 3 Hot Schedules Inc | PO Box 2217 | San Antonio | TX | 78298-2217 |
| United Parcel Service | Lockbox 577 | Carol Stream | IL | 60132-0577 |
| Xerox Corporation | PO Box 7405 | Pasadena | CA | 91109-7405 |

Lease Rejection Spreadsheet

| COMPANY | NAME | ADDRESS | CITY/STATE/ZIP |
|---|---|---|---|
| AEI Accredited Investor Fund 2002 Ltd. | | 1300 Minnesota World Trade Center | St. Paul, MN 55101-4901 |
| AEI Income & Growth Fund 25 LLC | | 30 East 7th St., Ste 1300 | St. Paul, MN 55101 |
| Cassidy Turley Midwest, Inc. | | Lockbox #129, POB 1575 | Minneapolis, MN 55480-1575 |
| Gentilis | c/o Moja Lindsey | Post Office Box 810 | Redwood Valley, CA 95470 |
| Magdalena Properties LLC | | 2340 Westcliffe Lane #C | Walnut Creek, CA 94597 |
| Moondance, Inc. | | 1514 Ranch Road 620 South | Austin, TX 78734 |
| National Retail Properties | | 450 S. Orange Ave. Suite 900 | Orlando, FL 32801 |
| Native Land Investments, Ltd. | | 1514 Ranch Road 620 South | Austin, TX 78734 |
| Pleasant Ridge Development Co., LLP | | 11601 Pleasant Ridge Road, Ste 300 | Little Rock, AR 72212 |
| RC Nelms Jr. Hillcrest Trust | | 4659 Christopher Place | Dallas, TX 75204-1610 |
| Wilmington Center LLC | | 9471 Lomitas Ave. | Beverly Hills, CA 90210 |

## EMPLOYEE LIST

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| Joann Acevedo | 164 E. South St | New Braunfels | TX | 78130 |
| Stacy Acosta | 2915 Aftonshire Way, Bldg 10-301 | Austin | TX | 78748 |
| John Albarado | 1006 Moser River | Leander | TX | 78641 |
| Jesse Alford | 109 Anita Ln | Waxahachie | TX | 75165 |
| Jeffrey Allen | 415 Owen Lane #909 | Waco | TX | 76710 |
| Wallace Anderson | 8102 Amelia #212 | Houston | TX | 77055 |
| Jaclyn Applewhite | 329 Bayberry Dr | Rockwall | TX | 75087 |
| Marcos Avila | 1522 Western Oaks Drive | Woodway | TX | 76712 |
| Rick Baker | 2017 Clegg Drive | Cedar Park | TX | 78613 |
| Alex Balderas | 10315 WCR 50 | Midland | TX | 79707 |
| Joe Balderas | 6202 Chickasaw | Midland | TX | 79705 |
| Justin Barbee | 2537 Max Rd. | Pearland | TX | 77581 |
| Aurora Barrera | 1201 E. Calton Rd. #4 | Laredo | TX | 78041 |
| Edward Basnett | 5800 Polo Club | Laredo | TX | 78041 |
| Nichole Beaudin | 7344 W. Ohio Ave Apt. 208 | Lakewood | CO | 80226 |
| Leticia Benavidez | 1060 Varnonos Drive | Arlington | TX | 76017 |
| Dan Biggs | 1132 Shasta Drive | Brownsville | TX | 78526 |
| Clif Boatright | 2105 Salem St | Amarillo | TX | 79110 |
| Charissa Boatright | 3323 Kinglet Court | Joplin | MO | 64801 |
| Kristin Boatright | 15610 Birchview | New Braunfels | TX | 78130 |
| Megan Bockhorn | 158 Shelby Trace | Tomball | TX | 77377 |
| Brandon Bowling | 1312 Santa Maria Ave | Murphy | TX | 75094 |
| Catherine Buckley | 1312 Santa Maria Ave | Laredo | TX | 78040 |
| George Buckley | 13401 Galleria Circle, Apt 327 | Laredo | TX | 78040 |
| Christina Bunsey | 127 W. Plantation Dr., Apt 401 | Austin | TX | 78738 |
| Rahmad Buster | 3835 Aspen Hollow Ct | Lake Jackson | TX | 77566 |
| Justi Butaud | 517 Navajo Dr. | Castle Rock | CO | 80104 |
| David Butler | 2270 Sun Chase Blvd. | Lake Charles | LA | 70611 |
| Shannon Cain | 3010 W. Loop 1604 N., Apt 12301 | New Braunfels | TX | 78130 |
| Craig Campbell | 313 Lincoln Ave, #130 | San Antonio | TX | 78251 |
| Jennifer Casiano | 3203 Autumn Bridge | College Station | TX | 77840 |
| Ana Cevallos | 22611 Bucktrout Ln | Houston | TX | 77084 |
| Zachary Chilton | 8303 Mastic Dr. | Katy | TX | 77449 |
| David Cisneros | 209 San Enrique Street | Baytown | TX | 77521 |
| Jose Conpean Jr. | 2900 N 22nd St., Apt B-6 | Laredo | TX | 78040 |
| Kevin Corey | 2736 Lake Shore Drive, Apt 2403 | Rogers | AR | 72756 |
| Charles Coussons | 1202 CR 407 | Waco | TX | 76708 |
| Judith Couvillion | 1249 Enclave Circle, Apt 601 | Spicewood | TX | 78669 |
| Brent Davis | 719 Settlers Rd | Arlington | TX | 76011 |
| Christopher Delmark | 719 Settlers Rd | San Marcos | TX | 78666 |

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| Daniel Dickerson | 4370 Vera St. | Boise | ID | 83704 |
| Jeremy Dieter | 805 East McFarland | Grandview | TX | 76050 |
| Marshall Dilley | 205 Craddock Ave., C6 | San Marcos | TX | 78666 |
| Alphanzo Dixon | 4729 Parkhaven Dr | Garland | TX | 75087 |
| Bret Dudley | 15218 Brooks Lane | Frisco | TX | 75035 |
| Karen Eagle-Bull | 641 Price Dr. | Lewisville | TX | 75067 |
| Dustin Ellason | 13263 Kerrville Folkway | Austin | TX | 78729 |
| Delta Erwin | 6505 Wolfcreek Pass | Austin | TX | 78749 |
| Timothy Ferguson | 6508 86th Street | Lubbock | TX | 79424 |
| Kristina Fiedler | 612 19th Street | Alexandria | LA | 71301 |
| Michael Fitzgerald | 3009 Sandstone | Alexandria | LA | 71301 |
| Stephanie Flores | 4136 E 52nd, #1206 | Idaho Falls | ID | 83404 |
| Keith Fortson | 612 19th St | Odessa | TX | 79762 |
| Ashley Gardner | 2263 Hwy 34N | Alexandria | LA | 71301 |
| Jacob Garza | 3350 Chardonnay Drive | Greenville | TX | 75401 |
| Scott Gaskill | 2242 Green Meadows Ln | Brownsville | TX | 78526 |
| Vernoica Gibson | PO Box 4492 | Buda | TX | 78610 |
| Gregory Glasbrenner | 8838 Dugas Road #18202 | Longview | TX | 75606 |
| Marco Godinez | 1916 B Margalene Way | San Antonio | TX | 78251 |
| Robert Gonzales | 8500 Harwood Rd | Austin | TX | 78728 |
| Christopher Gonzalez | 722 Trant | NRH | TX | 76180 |
| Juan Gonzalez | 340 McKenzie Rd | Edwardsville | KS | 66111 |
| Camille Green | 2125 S Rhode Island, Apt 1 | Brownsville | TX | 78521 |
| George Greer | 17330 Meria Coves Drive | Joplin | MO | 64804 |
| Dana Guidry | 5859 Tom Hebert Rd., Lot #50 | Lake Charles | LA | 70607 |
| Susie Hall | 1111 E Airline | Victoria | TX | 77901 |
| Robert Harting | 3212 Sherman Ct. | Nampa | ID | 83687 |
| Chris Hasselschwert | 6214 Rosehill Rd. | Garland | TX | 75043 |
| Jason Hollis | 3224 Pine Needle Cove | Round Rock | TX | 78681 |
| Matthew Hollis | 5389 N. Toscana Ave | Meridian | ID | 83646 |
| Calvin Hooker | 4001 Sul Ross #410 | San Angelo | TX | 76904 |
| David Hooper | 6550 W. 91st St., Apt 116 | Overland Park | KS | 66212 |
| Michael Hultquist | 3535 E14th St #3202 | Plano | TX | 75074 |
| Donnie Hyek | 5438 Cilantro Ln | Baytown | TX | 77521 |
| Sarah Jeppesen | 5714 Spencer | Amarillo | TX | 79109 |
| Jeffrey Jones | 4475 Carter Creek Pky, Apt #724 | Bryan | TX | 77802 |
| Faye Johnson | 7479 W. Limelight Ct. | Boise | ID | 83714 |
| Darrel Jozwiak | 2901 W 15th | Joplin | MO | 64801 |
| Stephen Keel | 1701 Glenwood | Odessa | TX | 79761 |
| James Klein | 1700 Kingsgate Drive | Bryan | TX | 77807 |
| Teri Korenek | 612 Plantation | Angelton | TX | 77515 |
| Kathryn Kucera | 1500 W. William Cannon Dr #216 | Austin | TX | 78745 |
| Vici Lacy | 16805 Westview Trail | Austin | TX | 78737 |

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| Tarrell LaFleur | 632 16th Street | Lake Charles | LA | 70601 |
| Michelle Laningham | 4741 Larcade | Corpus Christi | TX | 78415 |
| Aaron Lee | 14104 Magnolia Glen Drive | | | |
| Robert Lee | 339 Robinhood Ct. | Alexander | AR | 72002 |
| Ryan Leonard | 4721 N Drury Ave. | Springdale | AR | 72764 |
| Randy Liles | 2981 Ruby Dr. | Kansas City | MO | 64117 |
| Mike Livengood | 6309 Peters Road | Twin Falls | ID | 83301 |
| Ana Manus | 7707 S. I-35, #232 | Jacksonville | AR | 72076 |
| Brooke Maresh | 111 Loganberry, #517 | Austin | TX | 78744 |
| Shawn Mathews | 107 Rock Pointe Circle West | Lake Jackson | TX | 77566 |
| Tonya Mayhew | 3 June Breeze Place | Pineville | LA | 71360 |
| Lisa McAlexander | 711 Leann Lane | The Woodlands | TX | 77328 |
| Dallas McFadin | 7510 David Dr. | Cedar Park | TX | 78613 |
| Daren McMillian | 9900 Broadway, #1722 | Frisco | TX | 75034 |
| Nicole Menchaca | P.O. Box 697 | Pearland | TX | 77584 |
| Charles Mercer III | 7010 Grove Crest Drive | Pflugerville | TX | 78691 |
| Patrick Meyer | 501 East Prospect | Austin | TX | 78736 |
| Nolan Mitchell | 1013 Deerhound Place | Fort Collins | CO | 80525 |
| Eduardo Montes | 991 Siene River Drive | Round Rock | TX | 78664 |
| Eric Montez | 204 North Avenue | Brownsville | TX | 78520 |
| Henk Moo | 3801 N. McColl, Apt 612 | Lubbock | TX | 79401 |
| Monica Moreno | 1800 Post Road, Apt #1533 | McAllen | TX | 78501 |
| Benjamin Morris | 14425 Watermill | San Marcos | TX | 78666 |
| Mark Moss | 5204 72nd Street | San Antonio | TX | 78217 |
| Robert Neel | 2864 Bluebird Lane | Lubbock | TX | 79424 |
| Jordan Nelson | 6068 Union Street | Idaho Falls | ID | 83406 |
| Josh Nelson | 3116 109TH, Unit B | Arvada | CO | 80004 |
| Natalie Neyens | 2814 Rio Grande #20 | Lubbock | TX | 79423 |
| Leonardo Nieto | P.O. Box 526 | San Angelo | TX | 76901 |
| Mathew Nunez | 214 San Saba | Encinal | TX | 78019 |
| Zachary Patterson | 502 Partridge Lane | Richwood | TX | 77531 |
| Kyle Pittenger | 346 Heyburn, Ave W | Whitehouse | TX | 75791 |
| Scott Potter | 5386 S. Valdai | Twin Falls | ID | 83301 |
| Jennifer Prisock | 111 Wegstrom | Aurora | CO | 80015 |
| Justin Prisock | 10608 hiawatha | Hutto | TX | 78634 |
| Juan Ramos | c/o Law Offices of William E Staehle, 445 South Street PO Box 1 | Waco / Morristown | TX / NJ | 76710 / 07962 |
| Jose Rauda | 1119 Earlsferry Dr | Channelview | TX | 77530 |
| Sandra Rivera | 1238 calle planeta | Brownsville | TX | 78520 |
| Dann Roach | 9131 Edwardson Lane | Austin | TX | 78749 |
| Kimberly Roberts | 1951 Aquarena Springs, #2202 | San Marcos | TX | 78666 |
| James Robinson | 2622 Hatch Circle | Colorado Springs | CO | 80918 |
| Matthew Runions | 3224 Birmingham Drive | Ft. Collins | CO | 80526 |

| Name | Address | | City | State | Zip |
|---|---|---|---|---|---|
| Michelle Salinas | 1113 Manchester Ave | | Corpus Christi | TX | 78407 |
| Steven Salinas | 507 E Buchanan | | Alton | TX | 78573 |
| Ruben Sanchez | 1617 Palmetto Dr. E. | | Harligen | TX | 78552 |
| Steve Schieni | 3827 Misty Ridge | | Humble | TX | 77396 |
| Joshua Schnell | 19063 East Cottonwood Dr., Apt 417 | | Parker | CO | 80138 |
| William Schuessler | 18426 N Settlers Shore Dr | | Cypress | TX | 77433 |
| Julia Schwartz | 303 Gingerbread Ln | | Waxahachie | TX | 76165 |
| Angel Serrano | 1602 Peridot Road | | Pflugerville | TX | 78660 |
| Sergio Serratos | 1511 Sundance Dr | | Round Rock | TX | 78664 |
| Shawn Sheets | 1440 W.Bitters Rd, Apt 2242 | | San Antonio | TX | 78248 |
| Brad Shelton | 1409 Springbrook Dr | | Mesquite | TX | 75149 |
| Joshua Silva | 1902. Bahamas Dr. Apt 1 | | Edinburg | TX | 78541 |
| Christopher Smith | 2600 W. 103rd Ave #1223 | | Denver | CO | 80260 |
| Cinnamon Smith | 4618 W Northgate Drive #142 | | Irving | TX | 75062 |
| Richard Smolik | 2456 Colenwood | | San Angelo | TX | 76901 |
| Alexis Solis | 2511 Desert Sage | | Katy | TX | 77494 |
| Rachael Smith | 12901 Old Baldy Trail | | Austin | TX | 78737 |
| Keith Smith | 7533 Cayenne Lane | | Halletsville | TX | 77964 |
| Cullin Sotello | 1003 S Glendale | | Austin | TX | 78741 |
| Jeremy Spells | 250 S. Stagecoach Trail, Apt 433 | | San Marcos | TX | 78666 |
| George Stalter | 1074 Starlight Loop | | Twin Falls | ID | 83301 |
| Joseph Story | 4710 Sam Peck, Apt 1111 | | Little Rock | AR | 72223 |
| Keith Sullivan | 5709 Shamrock Dr. | | North Little Rock | AR | 72118 |
| Jennifer Tate | 2400 McLeon Blvd #2022 | | Little Rock | AR | 72116 |
| Deidre Thompson | 12912 Hill Country Blvd, Suite F-210 | c/o Robert Dorsett | Austin | TX | 78738 |
| Aaron Taylor | 914 Bar Z Ranch | | San Antonio | TX | 78245 |
| Calvin Thomas | 4627 Mariner Reef Way | | Humble | TX | 77396 |
| Courtney Thomas | 19026 Keyturn Ln | | Humble | TX | 77346 |
| Dennis Tracy | 542 Robbi Way | | Twin Falls | ID | 83301 |
| Anthony Valdez | 4874 E. Steele Ave | | Iona | ID | 83427 |
| Nick Villarreal | 9835 Palomino Oaks | | San Antonio | TX | 78254 |
| Ross Ward | 1215 W. Slaughter Ln. Apt #923 | | Austin | TX | 78748 |
| Jason Ward | 1003 Tarleton St | | Midland | TX | 79703 |
| Milt Watson | 7503 Maxwell Drive | | Boise | ID | 83704 |
| Nathan Wells | 625 1/2 Broken Spoke Road | | Grand Junction | CO | 81504 |
| Suzanne West | 517 E Lambuth Ln. | | Deer Park | TX | 77536 |
| Kristen Wilbanks | 19510 Scenic Dr | | Spicewood | TX | 78669 |
| Michael Williams | 22503 Elkana Deane Ln. | | Katy | TX | 77449 |
| Sarah Williams | 3420 Warren Farm Dr. | | Fort Collins | CO | 80526 |
| Julie Willis | 131 Ambiance Circle | | Lafayette | LA | 70508 |
| Blair Wilson | 11301 Farrah Lane, Apt 1119 | | Austin | TX | 78738 |
| Dustin Wilson | 2015 Cedar Bend Drive, #327 | | Austin | TX | 78758 |
| | 2107 Grays Peak Drive | | Loveland | CO | 80538 |

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| Amber Witten | 8110 Nairn Dr | Austin | TX | 78749 |
| Sherrie Wollenhaupt | 1512 Barbara Drive | Lewisville | TX | 75067 |
| Yeager, Kevin | 2108 Jasmine Valley | Little Elm | TX | 75068 |
| Young, Colin | 8702 QuitmanAve | Lubbock | TX | 79424 |
| Cavazos, Marina | c/o Javier Espinoza Law Office of 503 E. Ramsey, Ste 103 | San Antonio | TX | 78216 |

# UTILITIES LIST

| Name | Company | Address | City/State/Zip |
|---|---|---|---|
| ATMOS ENERGY | | PO BOX 790311 | ST LOUIS, MO 63179 |
| AT&T | | POB 5019 | CAROL STREAM IL 60197-5019 |
| AT&T | | POB 9004 | CAROL STREAM IL 60197-9004 |
| BANCROFT CLOVER | | POB 5017 | CAROL STREAM IL 60197-5017 |
| BLACK HILLS ENERGY | | 900 S WADSWORTH BLVD | LAKEWOOD, CO 80226 |
| BOARD OF WATER WORKS | | PO BOX 6001 | RAPID CITY, SD 57709 |
| BOISE CITY UTILITY BILLING | | PO BOX 755 | PUEBLO, CO 81002 |
| BRAZORIA COUNTY MUD #6 | WATER & SANITATION DIST | PO BOX 2600 | BOISE, ID 83701 |
| BROWNSVILLE PUBLIC UTIL BOARD | | PO BOX 4824 | HOUSTON, TX 77210 |
| BULLSEYE TELECOM | | PO BOX 660566 | DALLAS, TX 75266 |
| CABLE ONE | | 25925 TELEGRAPH RD STE 210 | SOUTHFIELD MI 48033 |
| CABLE ONE | | P.O. BOX 78407 | PHOENIX, AZ 85062-8407 |
| CARROLL ELECTRIC COOP CORP | | PO BOX 9001092 | PHOENIX, AZ 85072-1092 |
| CENTERPOINT ENERGY | | PO BOX 4000 | BERRYVILLE, AR 72616 |
| CENTERPOINT ENERGY | | PO BOX 4981 | HOUSTON, TX 77210 |
| CENTURYLINK | | PO BOX 4583 | HOUSTON, TX 77210 |
| CENTURYLINK | | POB 52124 | PHOENIX AZ 85072-2124 |
| CENTURYLINK | | POB 52187 | PHOENIX AZ 85072-2187 |
| CITY OF ABILENE | WATER UTILITY OFFICE | POB 4300 | ABILENE, TX 79604 |
| CITY OF ALEXANDRIA | | PO BOX 3479 | CAROL STREAM IL 60197-4300 |
| CITY OF AMARILLO | UTILITY BILLING DEPT | PO BOX 1925 | LAKE CHARLES, LA 70602 |
| CITY OF AMMON | | PO BOX 100 | AMARILLO, TX 79105 |
| CITY OF AUSTIN | | 2135 S AMMON RD | AMMON, ID 83406 |
| CITY OF BAYTOWN | | PO BOX 2267 | AUSTIN, TX 78783 |
| CITY OF BEAUMONT | | PO BOX 301460 | DALLAS, TX 75303 |
| CITY OF CEDAR PARK | | PO BOX 521 | BEAUMONT, TX 77704 |
| CITY OF CORPUS CHRISTI | | 450 CYPRESS CREEK RD BUILDING 2 | CEDAR PARK, TX 78613 |
| CITY OF DENTON | | PO BOX 659722 | SAN ANTONIO, TX 78265 |
| CITY OF FORT WORTH WATER DEPT | | PO BOX 660150 | DALLAS, TX 75266 |
| CITY OF GRAND JUNCTION | 250 N 5TH ST | PO BOX 961003 | FORT WORTH, TX 76161 |
| CITY OF GRAND PRAIRIE | WATER UTILITIES | PO BOX 1809 | GRAND JUNCTION, CO 81502 |
| CITY OF GREELEY | DIRECTOR OF FINANCE | PO BOX 660814 | DALLAS, TX 75266 |
| | | PO BOX 1928 | GREELEY, CO 80632 |

| | | | |
|---|---|---|---|
| CITY OF HURST | | 1505 PRECINCT LINE RD | HURST, TX 76054 |
| CITY OF IRVING MUNICIPAL SVCS | | PO BOX 152288 | IRVING, TX 75015 |
| CITY OF JOPLIN | | PO BOX 1607 | JOPLIN, MO 64801 |
| CITY OF LAKE CHARLES | ATTN UTILITY BILLING | 602 S MAIN ST | LAKE CHARLES, LA 70602 |
| CITY OF LAKE JACKSON | WATER DIV | PO BOX 1727 | LAKE JACKSON, TX 77566 |
| CITY OF LAREDO UTILITIES | | 25 OAK DR | LAREDO, TX 78042 |
| CITY OF LEWISVILLE | | PO BOX 6548 | DALLAS, TX 75373 |
| CITY OF LONGMONT | | PO BOX 731962 | LONGMONT, CO 80501 |
| CITY OF LONGVIEW WATER UTIL | | 350 KIMBARK ST | LONGVIEW, TX 75606 |
| CITY OF LOVELAND | UTILITY BILLING | PO BOX 1952 | LOVELAND, CO 80539 |
| CITY OF MANSFIELD | | PO BOX 3500 | MANSFIELD, TX 76063 |
| CITY OF MERIDIAN | | 1200 E BROAD ST | CALDWELL, ID 83606 |
| CITY OF MIDLAND | | PO BOX 670 | MIDLAND, TX 79702 |
| CITY OF ODESSA | CUSTOMER SVC | PO BOX 1152 | ODESSA, TX 79760 |
| CITY OF PHARR | | PO BOX 2552 | PHARR, TX 78577 |
| CITY OF ROCKWALL | | PO BOX 1729 | ROCKWALL, TX 75087 |
| CITY OF ROUND ROCK | | 385 S GOLIAD | ROUND ROCK, TX 78664 |
| CITY SAN ANGELO UTILITY BILLING | UTILITY BILLING DEPT | 221 E MAIN ST | SAN ANGELO, TX 76902 |
| CITY OF SAN MARCOS | | 636 E HOPKINS ST | SAN MARCOS, TX 78666 |
| CITY OF TWIN FALLS | | PO BOX 5820 | TWIN FALLS, ID 83303 |
| CITY OF TYLER | TYLER WATER UTILITIES | PO BOX 2469 | TYLER, TX 75710 |
| CITY OF VICTORIA UBO | | PO BOX 336 | VICTORIA, TX 77902 |
| CITY OF WACO WATER OFFICE | | PO BOX 1279 | WACO, TX 76702 |
| CITY OF WAXAHACHIE | WATER BILLING DEPT | PO BOX 2649 | WAXAHACHIE, TX 75168 |
| COKINOS ENERGY CORP | DEPT # 456 | PO BOX 39 | HOUSTON, TX 77210 |
| COLLEGE STATION UTILITIES | | PO BOX 4869 | COLLEGE STATION, TX 77842 |
| COLORADO SPRINGS UTILITIES | | PO BOX 10230 | COLORADO SPRG, CO 80947 |
| CONSOLIDATED MUTUAL WATER CO | | PO BOX 1103 | LAKEWOOD, CO 80215 |
| COTTONWOOD WTR & SANITATN DIST | % MULHERN MRE INC | PO BOX 150068 12700 W 27TH AVE | ENGLEWOOD, CO 80112 |
| CPS ENERGY | | 2 INVERNESS DR E | SAN ANTONIO, TX 78289 |
| DIRECTV | | PO BOX 2678 | LOS ANGELES, CA 90060-0036 |
| EMPIRE DISTRICT | | PO BOX 60036 | KANSAS CITY, MO 64121 |
| ENTERGY | | PO BOX 219239 | BATON ROUGE, LA 70891 |
| ENTERGY | | PO BOX 8103 | BATON ROUGE, LA 70891 |
| ENTERGY | | PO BOX 8101 | BATON ROUGE, LA 70891 |
| ENTERGY TEXAS INC | | PO BOX 8104 | BATON ROUGE, LA 70891 |
| FORT BEND MUD #115 | | PO BOX 4824 | HOUSTON, TX 77210 |

| Name | | Address | City/State/Zip |
|---|---|---|---|
| GREEN MOUNTAIN ENERGY | DEPT 1233 | PO BOX 121233 | DALLAS,TX 75312 |
| HARRIS COUNTY MUD #132 | | PO BOX 4928 | HOUSTON,TX 77210 |
| HARRIS CO MUD #285 | | PO BOX 3150 | HOUSTON,TX 77253 |
| IDAHO POWER | PROCESSING CENTER | PO BOX 34966 | SEATTLE,WA 98124 |
| INTERMOUNTAIN GAS CO | | PO BOX 64 | BOISE,ID 83732 |
| INTERMOUNTAIN RURAL ELEC ASSOC | | PO DRAWER A | SEDALIA,CO 80135 |
| INTERSTATE MUD | | PO BOX 4928 | HOUSTON,TX 77210 |
| KANSAS CITY BD OF PUBLIC UTIL | | PO BOX 219661 | KANSAS CITY,MO 64121 |
| LUBBOCK POWER & LIGHT | | PO BOX 10541 | LUBBOCK,TX 79408 |
| MCALLEN PUBLIC UTILITIES | | PO BOX 4024 | MCALLEN,TX 78505 |
| US | LAFAYETTE UTILITIES SYSTEM | 1300 W HOUSTON PO BOX 280 | LAFAYETTE,LA 70502 |
| MISSOURI AMERICAN WATER | | PO BOX 94551 | PALATINE,IL 60094 |
| MISSOURI GAS ENERGY | | PO BOX 219255 | KANSAS CITY,MO 64121 |
| NEW BRAUNFELS UTILITIES | | PO BOX 660 | SAN ANTONIO,TX 78293 |
| NORTH LITTLE ROCK ELECTRIC | | PO BOX 936 | N LITTLE ROCK,AR 72115 |
| NW HARRIS CO MUD #29 | | PO BOX 690928 | HOUSTON,TX 77269 |
| PEDERNALES ELECTRIC COOP INC | | PO BOX 1 | JOHNSON CITY,TX 78636 |
| ROCKY MTN POWER | | PO BOX 26000 | PORTLAND,OR 97256 |
| ROGERS WATER UTILITIES | | 601 S 2ND ST PO BOX 338 | ROGERS,AR 72757 |
| SAN ANTONIO WATER SYSTEM | | PO BOX 2990 | SAN ANTONIO,TX 78299 |
| SIENERGY LP | | PO BOX 660141 | DALLAS,TX 75266 |
| SOURCEGAS ARKANSAS INC | | PO BOX 660559 | DALLAS,TX 75266 |
| SOUTHWESTERN ELECTRIC POWER | | PO BOX 24422 | CANTON,OH 44701 |
| SUDDEN LINK | | PO BOX 660365 | DALLAS, TX 75266-0365 |
| TEXARKANA WATER UTILITIES | | PO BOX 2008 | TEXARKANA, TX 75504 |
| TEXAS GAS SERVICE | | PO BOX 219913 | KANSAS CITY,MO 64121 |
| TIGER INC | | DEPT 2192 | TULSA,OK 74182 |
| TIME WARNER CABLE | | PO BOX 60074 | CITY OF INDUSTRY, CA 91716-0074 |
| TBS | | PO BOX 8100 | LITTLE ROCK,AR 72203 |
| UNITED WATER IDAHO | PAYMENT CENTER | PO BOX 371804 | PITTSBURGH,PA 15250 |
| UTE WATER CONSERVANCY DIST | | PO BOX 460 | GRAND JCT,CO 81502 |
| VERIZON | | POB 920041 | DALLAS,TX 75392-0041 |
| XCEL ENERGY COLORADO | | PO BOX 92002 | AMARILLO,TX 79120 |
| XCEL ENERGY | PUBLIC SVC COMPANY OF COLORADO | PO BOX 9477 | MINNEAPOLIS,MN 55484 |