**Expedited hearing shall be held on 4/11/2014 at 02:00 PM in Austin Courtroom 1. Movant is responsible for notice.**

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 01, 2014**

_____
TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| FIRED UP, INC. | § § | Case No. 14-10447 |
| | | (Chapter 11) |
| Debtor. | § § § | |

### INTERIM ORDER ON
### EMERGENCY MOTION PURSUANT TO 11 U.S.C. § 363 FOR AUTHORITY TO USE, SELL, OR LEASE CASH COLLATERAL IN THE ORDINARY COURSE, PROVIDE ADEQUATE PROTECTION AND FOR PRELIMINARY HEARING

CAME ON TO BE CONSIDERED the interim hearing on Debtor's Emergency Motion Pursuant to 11 U.S.C. §363 for Authority to Use, Sell or Lease, Cash Collateral in the Ordinary Course and Provide Adequate Protection. The Court finds that it should enter the following order.

IT IS THEREFORE ORDERED AS FOLLOWS:

1. The Debtor is hereby authorized to use cash collateral to pay its usual and necessary

      operating expenses as set forth in the motion.
2. All parties with an interest in cash collateral are granted a replacement lien to the same extent, priority and validity as their pre-petition liens.
3. The Court will conduct a final hearing on the Motion on the date and time set forth above. Debtor shall be responsible for notice.

###

Order Submitted By:

Stephen W. Sather
Barron & Newburger, P.C.
1212 Guadalupe, Suite 104
Austin, TX 78701