

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 01, 2014.**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FIRED UP, INC. | § | CASE NO. 14-10447 |
| | § | (Chapter 11) |
| DEBTOR[1] | § | |

**INTERIM ORDER ON DEBTOR'S EMERGENCY MOTION TO APPROVE CRITICAL VENDORS AND PACA VENDOR PAYMENTS AND ASSUME CERTAIN EXECUTORY CONTRACTS FOR VENDOR PAYMENTS**

CAME TO BE HEARD on April 1, 2014, the *Debtor's Emergency Motion to Critical Vendors and PACA Vendor Payments and Assume Certain Executory Contracts for Vendor Payments* ("Motion"). The Court finds that good cause exists for granting the relief requested in the Motion on an interim basis that and granting the Motion is in the best interests of the Debtor's estate and its creditors. The Court further finds that Debtor will suffer immediate and

---

[1] Until February 26, 2014, Debtor's business was being operated partially by the Debtor and partially by its two wholly owned subsidiaries, Kona Restaurant Group, Inc. and Carino's Italian Kitchen, Inc.. Those entities were merged into the Debtor on that date.

irreparable harm if the Court denies the relief sought in the Motion. The Court further finds that Notice of this Motion and the hearing thereon was adequate and no other notice needs to be given. It is therefore

**ORDERED** that the Motion is **GRANTED** on an **INTERIM BASIS** to the extent set forth below. It is further

**ORDERED** that the Debtor is authorized to pay the creditors listed on Exhibits A and B of the Motion in the ordinary course of business pending a final hearing on the Motion; *provided, however,* Ford Restaurant Group, Pictoric and any other creditors of the Debtor on the list of critical vendors who are insiders pursuant to 11 U.S.C. **§** 101 (31) shall not at this time be paid any sums they were owed as of the Petition Date. It is further

**ORDERED** that Debtor's agreements with Fintech and CASS be and hereby are assumed on an interim basis and Debtor is authorized to continue payments to these entities per the terms set out in their agreements pending a final hearing. It is further

**ORDERED** that the Court shall conduct a final hearing on the Motion on April 11, 2014 at 2:00 p.m. at 903 San Jacinto, Courtroom No. 1, Austin, TX 78701. Any objections to the relief requested shall be filed by 7:00 p.m. CDT on April 8, 2014. It is further

**ORDERED** that Debtor shall serve a copy of this Order on the Master Limited Service List within three business days of entry of this Order. It is further

**ORDERED** that any relief not ordered herein is denied.

# # #

Prepared and submitted by:

Barbara M. Barron
Stephen W. Sather
**BARRON & NEWBURGER, P.C.**
1212 Guadalupe, Suite 104
Austin, Texas 78701
(512) 476-9103 Ext. 220