**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**



**Dated: April 01, 2014.**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FIRED UP, INC. | § | CASE NO. 14-10447 |
| | § | (Chapter 11) |
| DEBTOR[1] | § | |

**INTERIM ORDER AUTHORIZING DEBTOR TO
HONOR CERTAIN PREPETITION OBLIGATIONS TO CUSTOMERS AND
TO CONTINUE CERTAIN CUSTOMER PROGRAMS AND PRACTICES**

On the date above, the Court considered the Emergency Motion for an Order pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 6003 Authorizing Debtor to Honor Certain Prepetition Obligations to Customers and to Continue Certain Customer Programs and Practices ("Motion") filed by Debtor. The Court finds that the relief requested in the Motion is essential to the continued operation of the Debtor's business and is in the best interest of the Debtor's estate and

---

[1] Until February 26, 2014, Debtor's business was being operated partially by the Debtor and partially by its two wholly owned subsidiaries, Kona Restaurant Group, Inc. and Carino's Italian Kitchen, Inc. Those entities were merged into the Debtor on that date.

creditors. The Court further finds that the Debtor will suffer immediate and irreparable harm if the Court denies the relief sought in the Motion. The Court further finds that adequate notice of the Motion has been given and no other notices need to be given. It is therefore

**ORDERED** that the Motion is **GRANTED** on an interim basis as set forth below. It is further

**ORDERED** that Debtor is authorized but not directed to continue and honor the Customer Programs and Obligations up through an the close of business at each of Debtor's locations.. It is further

**ORDERED** that this Order shall not be deemed to be an assumption or adoption of any agreement, contract or policy by the Debtors. It is further

**ORDERED** that this Order shall become a **FINAL ORDER** if no objections to the relief granted herein are filed on or before 7:00 p.m. CDT on April 8, 2011. Timely filed objections, if any, will be heard on Friday, April 11, 2014, at 2:00 p.m. CDT, in Courtroom No. 1, 903 San Jacinto, Austin, Texas, 78701. It is further

**ORDERED** that the Debtor shall serve a copy of this Order on the Master Limited Service List within three (3) business days from entry.

All relief not expressly granted in this Order is denied.

# # #

Prepared and Submitted By:

*/s/ Barbara M. Barron*
Barbara M. Barron (SBN 01817300)
Stephen W. Sather (SBN 17657520)
BARRON & NEWBURGER, P.C.
1212 Guadalupe St., Suite 104
Austin, Texas 78701
(512) 476-9103