**B9F ALT (Official Form 9F ALT)** (Chapter 11 Corporation/Partnership Asset Case) (12/12) Case Number **14−10447−tmd**

UNITED STATES BANKRUPTCY COURT CORRECTED
Western District of Texas

# Order Combined With Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on 3/27/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations.**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Fired Up, Inc.
dba Johnny Carino's Italian, dba Johnny Carino's, dba Johnny Carino's Country Italian, dba Carino's Italian Grill, dba Carino's Italian, dba Brunello's Steak & Pasta, fdba Kona Restaurant Group, Inc., fdba Kona Ranch Steaks & Seafood, fdba Spageddie's Italian Kitchen, fdba Kona Ranch Hawaiian Grill, fdba Kona Ranch Steak House, fdba Carino's Italian Kitchen, fdba Johnny Carino's Country Italian Kitchen, fdba Johnny Carino's Italian Kitchen, fka Carino's Italian Kitchen, Inc., fka Kona Restaurant Group, Inc.
1514 Ranch Road 620 South
Austin, TX 78734

| Case Number: 14−10447−tmd | Last four digits of Social Security or Individual Taxpayer ID (ITIN) No(s)./Complete EIN: 52−1950745 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Barbara M. Barron<br>Barron & Newburger, P.C.<br>1212 Guadalupe, #104<br>Austin, TX 78701<br>Telephone number: (512) 476−9103 | |

## Meeting of Creditors:

Date: **April 29, 2014** Time: **10:00 AM**
Location: **Austin Room 118, Homer Thornberry Bldg., 903 San Jacinto, Austin, TX 78701**

## Deadlines to File a Proof of Claim:

Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:

For all creditors (except a governmental unit): **7/28/14**

For a governmental unit: *not later than 180 days after the date of the order for relief.*

**Creditor with a Foreign Address**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>United States Bankruptcy Court<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701−0<br><br>Telephone number: (512) 916−5238 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Yvette M. Taylor<br>Yvette M Taylor |
|---|---|
| Hours Open: Monday − Friday 8:00 AM − 4:00 PM | Date: 4/1/14 |

# EXPLANATIONS

FORM B9F(Alt.)(12/12)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor or debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. At the meeting, the creditors may elect a trustee other than the one named on this notice, examine the debtor, and transact such other business as may properly come before the meeting. The meeting may be continued and concluded at a later date specified in a notice filed with the court. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. **FAILURE OF THE DEBTOR OR HIS ATTORNEY TO APPEAR AT THE SECTION 341(a) MEETING OR TO TIMELY FILE SCHEDULES AND STATEMENT OF AFFAIRS MAY RESULT IN DISMISSAL, DENIAL OF THE DEBTOR'S DISCHARGE, OR OTHER APPROPRIATE RELIEF.** |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. You can file a claim (without needing a B10 form) using the court's Online Claim Filing System located on the Bankruptcy Court's Website: http://www.txwb.uscourts.gov or you may obtain an official B10 Proof of Claim form at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you file a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, or you might not be paid any money on your claim against the debtor in the bankruptcy case. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Pursuant to Local Rule 3002(a)&(b) proof of claim or proof of interest shall be filed in duplicate, complete with attachments. A copy with attachments shall be served on the debtor's attorney or on the debtor if pro se. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code §1141(d). A discharge means that you may never try to collect the debt from the debtor except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. Registered electronic users should file through our ***Case Management/Electronic Case Files (CM/ECF)*** Internet site (https://ecf.txwb.uscourts.gov/). You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office or via the Internet if you have a ***CM/ECF PACER subscription***. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## −− Refer to Other Side for Important Deadlines and Notices −−

CORRECTED TO ADD ALIAS

United States Bankruptcy Court
Western District of Texas

In re:
Fired Up, Inc.
Debtor

Case No. 14-10447-tmd
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0542-1 User: boydl Page 1 of 12 Date Rcvd: Apr 01, 2014
Form ID: B9F Total Noticed: 756

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2014.

db +Fired Up, Inc., 1514 Ranch Road 620 South, Austin, TX 78734-6210
aty +Brian A Kilmer, Chamberlain Hrdlicka, 1200 Smith Street, 14th Floor, Houston, TX 77002-4317
aty +Cassandra A. Sepanik, Thompson & Knight LLP, 1722 Routh Street, Ste. 1500, Dallas, TX 75201-2532
aty David M. Bennett, Thompson & Knight LLP, 1722 Routh Street, Suite 1500, Dallas, TX 75201-2533
aty +James H. Billingsley, Polsinelli Shughart, 2501 N. Harwood St., Suite 1900, Dallas, TX 75201-1664
aty +Lynn Saarinen, Barron and Newburger, P.C., 1212 Guadalupe, Suite 104, Austin, TX 78701-1801
aty ++MICHAEL REED OR LEE GORDON, PO BOX 1269, ROUND ROCK TX 78680-1269
(address filed with court: Lee Gordon, McCreary Veselka Bragg & Allen, PC, P.O. Box 1269, Round Rock, TX 78680)
aty +Michelle E. Shriro, Singer & Levick, P.C., 16200 Addison Rd. Suite 140, Addison, TX 75001-5377
aty +Stephen W. Sather, Barron & Newburger, P.C., 1212 Guadalupe, Suite 104, Austin, TX 78701-1801
cr +Mary Raney Nelms and Dick P. Wood, as Trustees of, c/o James H. Billingsley, Polsinelli PC, 2501 N. Harwood Street, Suite 1900, Dallas, TX 75201-1664
cr +National Retail Properties, LP, c/o Thompson & Knight LLP, 1722 Routh Street, Suite 1500, Dallas, TX 75201-2532, US
cr +Texas Ad Valorem Taxing Jurisdictions, c/o Lee Gordon, P.O. Box 1269, Round Rock, TX 78680-1269
16102568 +1st Choice Heating & Air Conditioning, 15018 Tradesman Drive, San Antonio, TX 78249-1341
16102569 #+1st Source Restaurant Services Inc, 2825 Wild Valley Dr, Little Elm, TX 75068-3096
16105762 +A E dba Quality Air Conditioning, 5806 East Drive, Laredo, TX 78041-6851
16102570 +A to T Lamps-Vista Ridge, 730 Valley Ridge Circle, Lewisville, TX 75057-3307
16102571 +A&J Refrigeration LLC, 9731 Hwy 43, Seneca, MO 64865-8387
16102572 +A-B Distributing of San Angelo, 3639 South Jackson Street, San Angelo, TX 76904-5512
16102573 +A.F. Buddy Skeen, County Tax Assessor-Collector, PO Box 406, Waco, TX 76703-0406
16102574 +AAA Firewood, 7315 Marsha Sharp Freeway, Lubbock, TX 79407-9538
16102582 +AEI Accredited Investor Fund 2002 Ltd. P, 1300 Minnesota World Trade Center, 30 Seventh Street East, St. Paul, MN 55101-4914
16102583 +AEI Fund Management Inc., Attn: Brian Schulz, 1300 Wells Fargo Place, 30 East Seventh Street, St. Paul, MN 55101-4914
16102584 +AEI Income & Growth Fund 25 LLC, 30 East 7th St., Ste 1300, St. Paul, MN 55101-4939
16102612 +ARC CAFE, LLC., American Realty Capital, 200 Dryden Road, Suite 1100, Dresher, PA 19025-1067
16102575 +Aaron Lee, 14104 Magnolia Glen Drive, Alexander, AR 72002-1788
16102576 +Aaron Taylor, 914 Bar Z Ranch, San Antonio, TX 78245-3177
16102577 +Accurate Water, 9701-C North Navarro, Victoria, TX 77904-1446
16102578 +Ace Imagewear, 4120 Truman Road, Kansas City, MO 64127-2238
16102579 +Action Automatic Sprinkler Inc, P O Box 797, Waxahachie, TX 75168-0797
16102581 Advanced Locking Systems, 4223 Elizabeth Street, Texarkana, TX 75503-3042
16102585 +Aj’s Restaurant Service LLC, 228 S. 40th Street, Springdale, AR 72762-3845
16102586 +Alanis Repair, 1402 Roque Salinas Rd, Mission, TX 78572-4778
16102587 +Alert Lock & Key, PO Box 791383, San Antonio, TX 78279-1383
16102588 +Alex Gasket Services, 12238 W. Mile 8 Rd., Mission, TX 78573-4483
16102589 +Alexis Solis, 7533 Cayenne Lane, Austin, TX 78741-7530
16102590 All Repair Plumbing Inc, PO Box 7066, Fort Worth, TX 76111-0066
16102591 +Allen’s Tri-State Mechanical, Inc., 404 South Hayden, Amarillo, TX 79101-1124
16102592 +Allied Plumbing & Drain Service, PO Box 1173, Siloam Springs, AR 72761-1173
16102593 Allied Waste, West Texas, PO Box 78841, Phoenix, AZ 85062-8841
16102594 Alloway Electric Co, 502 E 45th St, Boise, ID 83714-4846
16102595 +Allstar Plumbing at Harlingen, 4901 E. Grimes, Harlingen, TX 78550-1851
16102596 +Alma Discount, 103 NW IH 45, Alma, TX 75119-0741
16102597 +Alphanzo Dixon, 4729 Parkhaven Dr, Garland, TX 75043-7577
16102598 +Always Sharp, Inc, PO Box 273090, Fort Collins, TX 80527-3090
16102599 +Amarillo Pressure Wash, 7306 SW 34th Avenue, Ste 1 Pmb 234, Amarillo, TX 79121-1440
16102600 +Amber Witten, 8110 Nairn Dr, Austin, TX 78749-3745
16102601 +Ambrosi Brothers, 3023 Main St, Kansas City, MO 64108-3323
16102602 +American Eagle Distributing Co, 3800 Clydesdale Parkway, Loveland, CO 80538-8763
16102603 +American Linen, 314 South 4th Street, Laramie, WY 82070-3702
16102604 Ameripride Linen & Apparel, PO Box 695, Bemidji, MN 56619-0695
16102605 +Ana Cevallos, 3203 Autumn Bridge, Houston, TX 77084-5530
16102606 Ana Manus, 7707 S. I-35, #232, Austin, TX 78744
16102607 +Andrews Distributing, PO Box 566187, Dallas, TX 75356-6187
16102608 +Angel Serrano, 1602 Peridot Road, Pflugerville, TX 78660-8136
16102609 Anheuser-Busch Sales Co, Department 0323, Denver, CO 80256-0323
16102610 +Anthony Valdez, 9835 Palomino Oaks, San Antonio, TX 78254-5967
16102611 Aramark Uniform - Houston Address, Aus Houston Mc Lockbox, P O Box 204148, Houston, TX 77216-4148
16102613 +Argus Electric Inc, 420 5th Avenue West, Twin Falls, ID 83301-5827
16102615 +Arkansas Department of Workforce Service, #2 Capitol Mall, Little Rock, AR 72201-1013
16102616 +Arkansas Sign and Neon Co., 8525 Distribution Drive, Little Rock, AR 72209-4325

16102617 +Arkansas Western Gas, PO Box 22152, Tulsa, OK 74121-2152
16102618 +Arnold Plumbing Company LLC, 3501 W. Red Iron Road, Joplin, MO 64801-9291
16102619 +Arrow Plumbing, Inc., PO Box 861, North Little Rock, AR 72115-0861
16105601 +Atascocita 1692, LLC, c/o Michelle E. Shriro, Esq, Singer & Levick, PC, 16200 Addison Rd. #140, Addison, TX 75001-5377
16102623 Atmos Energy, P.O. Box 790311, St. Louis, MO 63179-0311
16102624 +Aurora Barrera, 1201 E. Calton Rd. #4, Laredo, TX 78041-7318
16102625 +Austin Culligan Corp, P O Box 141339, Austin, TX 78714-1339
16102626 Axel Balderas, 10315 WCR 50, Midland, TX 79707
16102627 #+Aztec Systems, 1345 Valwood Pkwy, Ste 301, Carrollton, TX 75006-6891
16102638 +BGN Ventures, Ltd., 3720 S. Susan Street, Suite 100, Santa Ana, CA 92704-6957
16102669 +BS&R Design & Supplies, 199 Locust St S, Twin Falls, ID 83301
16102628 +Bagat Inc, Dba Bagat - South, P.O. Box 292148, Kettering, OH 45429-0148
16102629 +Bancroft Clover, Water and Sanitation, Dist 900 S Wadsworth Blvd, Lakewood, CO 80226-4306
16102630 +Barron & Newburger PC, 1212 Guadalupe‘, Suite 102, Austin, Tx 78701-1801
16102631 +Ben E. Keith Company, Attn: Richard Grasso, 601 E. 7th St., Ft. Worth, TX 76102-5501
16102632 +Benjamin Morris, 14425 Watermill, San Antonio, TX 78217-6411
16102633 Best Plumbing LLC, 7802 Farnsworth, Houston, TX 77022-3223
16102635 +Beverage Distributors, P.O. Box 17647, T.A., Denver, CO 80217-0647
16102636 +Beverage Sales-Lake Charles, P.O. Box 3026, Lake Charles, LA 70602-3026
16102637 Bexar County Tax A/C, PO Box 2903, San Antonio, TX 78299-2903
16102639 +Big Jim’s Liquor Store, Acct # 1267, 2304 Guadalupe, Laredo, TX 78043-3434
16102640 +Big Plate Restaurant Supply, 4417 50th Street, Lubbock, TX 79414-3609
16102642 +Bill’s Lock & Safe Inc, P.O. Box 1041, N Little Rock, AR 72115-1041
16102643 +Black Hills Energy, PO Box 6001, Rapid City, SD 57709-6001
16102644 +Blair Wilson, 2015 Cedar Bend Drive, #327, Austin, TX 78758-5340
16102645 +Board of Water Works, PO Box 755, Pueblo, CO 81002-0755
16102646 Boice Plumbing, P.O. Box 312526, New Braunfels, TX 78131-2526
16102647 +Boise City Utilitiy, PO Box 2600, Boise, ID 83701-2600
16102648 +Boise Spectrum, LLC, c/o Thornton Oliver Keller, 250 South 5th St., 2nd Floor, Boise, ID 83702-7713
16102649 +Bonneville County-Tax Collector, Mark Hansen-Tax Collector, 605 N. Capital Avenue, Idho Falls, ID 83402-3582
16102650 +Bosworth Company, 2205 W. Industrial Ave., Midland, TX 79701-7741
16102651 +Boulder County Treasurer, PO Box 5547, Denver, CO 80217-5547
16111403 +Bowie CAD, c/o Lee Gordon, P.O. Box 1269, Round Rock, Texas 78680-1269
16102652 +Brad Higgins, 9350 W. Hearthside Dr., Boise, ID 83709-6887
16102653 +Brad Shelton, 1409 Springbrook Dr, Mesquite, TX 75149-1903
16102654 +Brahmtex Inc, 5756 Easterling Drive, Bryan, TX 77808-7832
16102655 +Brandon Bowling, 158 Shelby Trace, Murphy, TX 75094-3782
16102656 +Brazoria County MUD, PO Box 4824, Houston, TX 77210-4824
16102657 +Brazoria Tax, Ro’vin Garrett, RTA, P.O. Box 1586, Lake Jackson, TX 77566-1586
16102658 Brazoria Tax-Pearland, Thomas W. Lee, Rta/Tac, PO Box 1368, Friendswood, TX 77549-1368
16111404 +Brazos County, c/o Lee Gordon, P.O. Box 1269, Round Rock, Texas 78680-1269
16102659 Brazos County Tax Assessor Coll, Attn: Gerald L. Winn, 300 E William Joel Bryan Pky, Bryan, TX 77803-5397
16102660 +Brent Davis, 1249 Enclave Circle, Apt 601, Arlington, TX 76011-6148
16102661 +Bret Dudley, 15218 Brooks Lane, Frisco, TX 75035-6453
16102662 +Brian Biggs, 1132 Shasta Drive, Amarillo, TX 79110-3522
16102664 +Brooke Maresh, 111 Loganberry, #517, Lake Jackson, TX 77566-5068
16102665 Brown Distributing Co Inc, 8711 Johnny Morris Rd, Austin, TX 78724-2006
16102666 +Brownsville Public Util Board, PO Box 660566, Dallas, TX 75266-0566
16102667 +Bruce Thornton A/C Inc, 128 Slaton Rd, Lubbock, TX 79404-5202
16102668 +Bryan & Sons Locksmith Service, 1012 Dallas Drive, Denton, TX 76205-5278
16102670 +Bub’s, Inc., P.O. Box 746, Tontitown, AR 72770-0746
16102671 +Budweiser, C/O Escrow Accts, 6918 Broadway, Galveston, TX 77554-8910
16102673 Bushland ISD-Tax/Amarillo, Sharon Hollingsworth, PO Box 9514, Canyon, TX 79015-9514
16102674 +Buster Lind Produce, 502 W. Schunior, Edinburg, TX 78541-3099
16102675 +C-6 Disposal, PO Box 160489, San Antonio, TX 78280-2689
16102676 +C.C. Creations, 1800 Shiloh Ave, Bryan, TX 77803-2017
16102692 +CC Disposal, PO Box 260430, Corpus, Christi, TX 78426-0430
16102794 +CS Techs Inc, Restaurant Equip Repair, PO Box 584, Nampa, ID 83653-0584
16102795 +CSB, 4719 Market St, Suite 100, Boise, ID 83705-5415
16102679 Calcasieu Parish Sheriff/Tax Coll, P. O. Box 1787, Lake Charles, LA 70602-1787
16102680 +Calvin Hooker, 4001 Sul Ross #410, San Angelo, TX 76904-6659
16102681 +Calvin Thomas, 4627 Mariner Reef Way, Humble, TX 77396-2997
16102682 Cameron County Tax Office, Tony Yzaguirre, Jr, PO Box 952, Brownsville, TX 78522-0952
16102683 +Camille Green, 2125 S Rhode Island, Apt 1, Joplin, MO 64804-6103
16102684 +Cano Produce, 2021 N 77 Sunshine Strip, Harlingen, TX 78550-4126
16102685 +Capitol Beverage, PO Box 9190, Austin, TX 78766-9190
16102686 +Capitol City Produce, 16550 Commercial Dr, Baton Rouge, LA 70816-1644
16102687 +Carino Round Rock LP, 8333 Douglas Avenue, Suite 1500, Dallas, TX 75225-5822
16102688 +Carroll Electric Corp, PO Box 4000, Berryville, AR 72616-4000
16102689 +Carrollton-Farmers Branch ISD, PO Box 110611, Carrollton, TX 75011-0611
16102690 +Castillo Electric & Facility Services, P O Box 450058, Laredo, TX 78045-0002
16102691 +Catherine Buckley, 1312 Santa Maria Ave, Laredo, TX 78040-6836
16102693 #Cenla Beverage-Alexandria, P.O. Box 11975, Alexandria, VA 71315-1975
16102695 +Centerpoint Energy, PO Box 4583, Houston, TX 77210-4583
16102694 +Centerpoint Energy, PO Box 4981, Houston, TX 77210-4981
16102696 +Central Distributing - Ar, 1423 E. 26th Street, Little Rock, AR 72206-2459

16102697 +Central Texas Refuse, PO Box 18685, Austin, TX 78760-8685
16102698 Central Uniform, PO Box 2289, Colorado Springs, CO 80901-2289
16102701 +Certified Hill Country Electric Inc, 28 Sun Valley Dr, Spring Branch, TX 78070-7001
16102702 +Chandelier Properties LTD, 301 Main Plaza #392, New Braunfels, TX 78130-5136
16102703 +Charissa Boatright, 2105 Salem St, Joplin, MO 64801-1367
16102704 +Charles Coussons, 2736 Lake Shore Drive, Apt 2403, Waco, TX 76708-1050
16102705 +Charles Mercer, 1629 Sun Valley Ct, Austin, TX 78734-5267
16102706 +Charles Mercer III, 7010 Grove Crest Drive, Austin, TX 78736-1939
16102707 +Chavarria’s Plumbing, Inc., 6320 Krone Lane, Laredo, TX 78041-6202
16102708 +Chris Hasselschwert, 6214 Rosehill Rd., Garland, TX 75043-6135
16102709 +Chris Peitersen, 2555 Wallaby Circle, New Braunfels, TX 78132-3909
16102710 +Christina Bunsey, 13401 Galleria Circle, Apt 327, Austin, TX 78738-6459
16102711 +Christopher Delmark, 719 Settlers Rd, San Marcos, TX 78666-8745
16102712 +Christopher Gonzalez, 722 Trant, Edwardsville, KS 66111-1234
16102713 +Christopher Smith, 4618 W Northgate Drive #142, Irving, TX 75062-2449
16102714 +Cinnamon Smith, 2456 Colenwood, San Angelo, TX 76901-1208
16102715 Cintas Corporation, P.O. Box 650838, Dallas, TX 75265-0838
16102716 Cintas First Aid and Safety, PO Box 631025, Cincinnati, OH 45263-1025
16102761 +City San Angelo, PO Box 5820, San Angelo, TX 76902-5820
16102762 City Service, Inc., P.O. Box 720, Laredo, TX 78042-0720
16102717 +City of Abilene, Water utility office, PO box 3479, Abilene, TX 79604-3479
16102718 +City of Alexandria, PO Box 1925, Lake Charles, LA 70602-1925
16102719 City of Alexandria-Tax Office, Business Office City Hall, P. O. Box 71, Alexandria, LA 71309-0071
16102720 +City of Amarillo, PO Box 100, Amarillo, TX 79105-0100
16102721 +City of Ammon, 2135 S. Ammon Rd, Ammon, ID 83406-6855
16102722 +City of Austin, PO Box 2267, Austin, TX 78783-0001
16102723 +City of Baytown, PO Box 301460, Dallas, TX 75303-1460
16102724 +City of Beaumont, PO Box 521, Beaumont, TX 77704-0521
16102725 +City of Cedar Park, 450 Cypress Creek Rd, Bldg 2, Cedar Park, TX 78613-4196
16102726 +City of Colorado Springs, 30 S. Nevada Ave., Suite 501, Colorado Springs, CO 80903-1898
16102727 City of Corpus Christi, P.O. Box 659722, San Antonio, TX 78265-9722
16102728 +City of Denton, PO Box 660150, Dallas, TX 75266-0150
16102730 +City of Grand Junction, 250 N. 5th St., Grand Junction, CO 81501-2668
16102731 +City of Grand Prairie, Water Utility, PO Box 660814, Dallas, TX 75266-0814
16102732 +City of Greeley, PO Box 1928, Greeley, CO 80632-1928
16102733 +City of Hurst, 1505 Precinct Line Rd, Hurst, TX 76054-3395
16102734 City of Irving, P.O. Box 152288, Irving, TX 75015-2288
16102735 +City of Joplin, 602 S. Main St., Joplin, MO 64801-2606
16102736 City of Lake Charles, Water Division, P.O. Box 1727, Lake Charles, LA 70602-1727
16102738 City of Laredo Tax Department, PO Box 6548, Laredo, TX 78042-6548
16102739 +City of Laredo Utilities, PO Box 6548, Laredo, TX 78042-6548
16102740 +City of Lewisville, PO Box 731962, Dallas, TX 75373-1962
16102741 +City of Longmont, 350 Kimbark Street, Longmont, CO 80501-5551
16102742 +City of Longview Water, PO Box 1952, Longview, TX 75606-1952
16102743 +City of Loveland, PO Box 3500, Loveland, CO 80539-3500
16102744 City of Loveland Sales Tax Administratio, PO Box 0845, Loveland, CO 80539-0845
16102745 +City of Mansfield, 1200 E. Broad Street, Mansfield, TX 76063-1805
16102746 +City of McAllen, PO BOX 220 - 311 N 15TH, McAllen, TX 78505-0220
16102747 +City of Meridian, PO Box 670, Caldwell, ID 83606-0670
16102748 +City of Midland, PO Box 1152, Midland, TX 79702-1152
16102749 +City of North Little Rock, PO Box 5757, N. Little Rock, AR 72119-5757
16102750 +City of Odessa, PO Box 2552, Odessa, TX 79760-2552
16102751 +City of Pharr, PO Box 1729, Pharr, TX 78577-1632
16102752 City of Rockwall, Utility Dept, 385 S. Goliad Street, Rockwall, TX 75087-3737
16102753 +City of Rogers City Clerk, 301 W. Chestnut, Rogers, AR 72756-3770
16102754 +City of Round Rock, Utility Dept., 221 E. Main St., Round Rock, TX 78664-5299
16102755 +City of San Marcos, 636 E. Hopkins St, San Marcos, Texas 78666-6331
16102756 +City of Twin Falls, PO Box 2469, Twin Falls, ID 83303-2469
16102757 +City of Tyler, PO Box 336, Tyler, TX 75710-0336
16102758 +City of Victoria, PO Box 1279, Victoria, TX 77902-1279
16102759 +City of Waco Water, PO Box 2649, Waco, TX 76702-2649
16111408 +City of Waco/Waco ISD, c/o Lee Gordon, P.O. Box 1269, Round Rock, Texas 78680-1269
16102760 +City of Waxahachie, PO Box 39, Waxahachie, TX 75168-0039
16102763 +Clarke Kent Plumbing Inc., 1408 W. Ben White Blvd., Austin, TX 78704-7604
16102764 +Classic Cut Lawns, P.O. Box 95131, North Little Rock, AR 72190-5131
16102765 +Classy Cleaning, P.O. Box 62592, San Angelo, TX 76906-2592
16102766 +Clean X-Press LLC, 562 Baywood Dr North, Dunedin, FL 34698-2007
16102767 +Coastline Electric Co Inc, Dept. 627, P. O. Box 4346, Houston, TX 77210-4346
16102768 +Coca Cola Usa, P.O. Box 102703, Atlanta, GA 30368-2703
16102769 +Cokinos Energy, Dept #456, PO Box 4869, Houston, TX 77210-4869
16102770 +Coldsolutions, 4722 Prescott St, Corpus Christi, TX 78416-1114
16102771 #+Colin Young, 8702 Quitman Ave., Lubbock, TX 79424-4735
16102772 +College Station Utilities, PO Box 10230, College Station, TX 77842-0230
16102773 +Collin Sotello, 250 S. Stagecoach Trail, Apt. 433, San Marcos, TX 78666-5159
16102774 +Colorado Department of Labor & Employmen, 633 17th Street, Suite 201, Denver, CO 80202-3624
16102776 +Colorado Springs, PO Box 1103, Colorado Springs, CO 80901-1103
16111405 +Comal County, c/o Lee Gordon, P.O. Box 1269, Round Rock, Texas 78680-1269
16102777 Comal County Tax Office, Sherman W. Krause, PO Box 311445, New Braunfels, TX 78131-1445
16102778 +Commercial Kitchen Repair, PO Box 831128, San Antonio, TX 78283-1128

16102779 +Commercial Lighting Industries, 81161 Indio Boulevard, Indio, CA 92201-1931
16102780 +Consolidated Mutual Water, PO Box 150068, Lakewood, CO 80215-0068
16102781 +Coors-G.P., 2550 Mcmillan Parkway, Fort Worth, TX 76137-5001
16102782 +Cornerstone A/C & Refrigeration, 8995 FM 803, San Benito, TX 78586-7878
16102783 Corpus Christi Produce, 238 N Port Ave, PO Box 4721, Corpus Christi, TX 78469-4721
16102785 Cottonwood Water & Sanitation, Mulhern MRE INC 2, Iverness Dr E, Englewood, CO 80112
16102786 +Courtney Thomas, 19026 Keyturn Ln, Humble, TX 77346-2772
16102787 Cozzini Bros., Inc, 350 Howard Avenue, Des Plaines, IL 60018-1908
16102789 #+Craig Campbell, 3010 W. Loop 1604 N., Apt 12301, San Antonio, TX 78251-3954
16102790 +Creative Exteriors, PO Box 93246, Lubbock, TX 79493-3246
16102791 +Creed Ford, 201 S. Angel Light Drive, Spicewood, TX 78669-6870
16102792 +Crescent Crown Distr, 5900 Almonaster Ave, New Orleans, LA 70126-7138
16102793 +Cristin Boatright, 3323 Kinglet Court, New Braunfels, TX 78130-2689
16102796 +Culligan Irving, 3201 Premier Dr, Suite 300, Irving, TX 75063-6075
16102797 +Custom Beverage, 2305 Cantrell Rd, Little Rock, AR 72202-2111
16102798 Cypress-Fairbanks ISD, Anita Henry, PO Box 203908, Houston, TX 77216-3908
16102799 +Dallas County Tax Office, PO Box 139066, Dallas, TX 75313-9066
16102800 +Dallas McFadin, 7510 David Dr., Frisco, TX 75034-5438
16102801 +Dallas Refrigeration of Texas LLC, 431 Linda Drive, Canyon Lake, TX 78133-2002
16102802 +Dana Guidry, 5859 Tom Hebert Rd., Lot #50, Lake Charles, LA 70607-7690
16102803 +Daniel Dickerson, 4370 Vera St., Boise, ID 83704-3457
16102804 +Daren McMillian, 9900 Broadway, #1722, Pearland, TX 77584-8427
16102805 +Darrel Jozwiak, 2901 W 15th, Joplin, MO 64801-3504
16102806 Data Source Inc, Dept 730023, PO Box 660919, Dallas, TX 75266-0919
16102807 +David Butler, 517 Navajo Dr., Lake Charles, LA 70611-3843
16102808 +David Cisneros, 8303 Mastic Dr., Baytown, TX 77521-7523
16102809 +David Hooper, 6550 W. 91st St., Apt 116, Overland Park, KS 66212-6022
16102810 +Debb’s Liquor, 2525 College Street, Beaumont, TX 77701-4999
16102811 +Defenbaugh, PO box 16110, Shawnee, KS 66203-6110
16102812 #+Deidre Thompson, 542 Robbi Way, Twin Falls, ID 83301-5785
16102813 +Delta Erwin, 6505 Wolfcreek Pass, Austin, TX 78749-1825
16102814 Dennis Tracy, 4874 E. Steele Ave, Iona, ID 83427
16111406 +Denton County, c/o Lee Gordon, P.O. Box 1269, Round Rock, Texas 78680-1269
16102815 +Denton County Tax Office, PO Box 90223, Denton, TX 76202-5223
16102816 +Direct First Aid, PO Box 50104, Nashville, TN 37205-0104
16102818 +Don’s & Ben’s Liquor Barns, 10903 Gabriel’s Place, San Antonio, TX 78217-3818
16102819 +Done Plumbing and Heating, 541 Norfolk Street, Aurora, CO 80011-9348
16102820 +Doss Ward, 1003 Tarleton St, Midland, TX 79703-5112
16102821 Doucet Plumbing Inc, Dba 3d’s Plumbing, 6474 Hwy 87 N Sideview Rd, San Angelo, TX 76901
16102822 +Douglas County Treasurer, P.O. Box 1208, Castle Rock, CO 80104-1208
16102823 +Dr Power Washers Inc, 1307 West Main Street, B323, Gun Barrel City, TX 75156-5241
16102824 +Drain King, 1543 17th Stheet, Corpus Christi, TX 78404-3404
16102825 +Duff Beer Distribution, 565 Garden Oaks Blvd, Houston, TX 77018-5505
16102826 +Duncan Disposal, PO Box 78829, Phoenix, AZ 85062-8829
16102827 +Dusti Butaud, 3835 Aspen Hollow Ct, Castle Rock, CO 80104-3322
16102828 +Dustin Wilson, 2107 Grays Peak Drive, Loveland, CO 80538-4422
16102829 +Dynomite Services, PO Box 8335, Midland, TX 79708-8335
16102830 +Eagle Dist. of Texarkana, 45 Globe, Texarkana, TX 71854-3410
16102831 Ecolab Food Safety Specialties Inc, 24198 Network Place, Chicago, IL 60673-1241
16102833 +Ector County Appraisal District, 1301 East Eighth Street, Odessa, TX 79761-4726
16102834 Ed Grosso, Tax A/C, Barbara Wheeler, Tax A/C, P.O. Box 3155, Houston, TX 77253-3155
16102835 Eduardo Montes, 991 Siene River Drive, Brownsville, TX 78520
16102836 +Edward Basnett, 5800 Polo Club, Arlington, TX 76017-4543
16102837 +Edward Don, Attn Credit Dept, 3501 Plano Parkway, The Colony, TX 75056-5245
16102839 +Elite Designs, PO Box 13725, Arlington, TX 76094-0725
16102840 +Ellis County Tax Office-John Bridges, Ellis County Tax Office, Po Drawer 188, Waxahachie, TX 75168-0188
16102841 +Emerald Coast, PO Box 751, Loxley, AL 36551-0751
16102842 +Empire District, PO Box 219239, Kansas City, MO 64121-9239
16102844 Eric Montez, 204 North Avenue, Lubbock, TX 79401
16102845 +Excel Linen, 501 Funston Rd, Kansas City, MO 66115-1215
16102867 +FRG Capital, LLC, 1514 RR 620 South, Austin, TX 78734-6210
16102846 Faust Distributors, PO Box 24728, Houston, TX 77229-4728
16102847 +Favorite Brands LLC, 3900 N. Mccoll Rd, Mcallen, TX 78501-9160
16102848 +Federal Heath Sign Company LLC, Department #41283, P.O. Box 650823, Dallas, TX 75265-0823
16102849 +Feldmans/Statewide Bev Harlingen, 3010 North 10th Street, Mcallen, TX 78501-1919
16102850 +Feldmans/Warehouse/Statewide42, 116 West Van Buren, Harlingen, TX 78550-6447
16102851 +Fiesta Discount Liquors, 600 Sandau #600, San Antonio, TX 78216-4113
16102852 +Fife and Sons Excavating, PO Box 275, Menan, ID 83434-0275
16102853 +Filta Environmentl Kitchen Solutions, 800 E Riverpark Lane, Boise, ID 83706-4099
16102854 +Fine Line Commercial, LLC, 8868 Research Blvd Ste 406, Austin, TX 78758-6499
16102855 +Fired Up, Inc., 1514 Ranch Road 620 South, Austin, Texas 78734-6210
16102857 +Ford Restraurant Group, 1514 Ranch Road 620 South, Austin, Texas 78734-6210
16102858 +Fort Bend County M.U.D. #115, Greg Ordeneaux, T.A.C., 873 Dulles Avenue, Suite A, Stafford, TX 77477-5753
16102859 Fort Bend County M.U.D. #46, 11111 Katy Freeway #725, Houston, TX 77079-2197
16102860 +Fort Bend Mud, PO Box 4824, Houston, TX 77210-4824
16102861 +Four Corners Brewing Co LLC, 423 Singleton Blvd, Dallas, TX 75212-4104
16102862 +Four Seasons Lawn Service LLC, 372 S Eagle Rd Ste 377, Eagle, ID 83616-5908
16102863 +Frank Moo, 3801 N. McColl, Apt 612, McAllen, TX 78501-9141

16102864 +Franklin Machine Products Inc, PO Box 8500 S-41570, Philadelphia, PA 19178-8500
16102865 +Fresh Aire Fresheners of S Denver, 4833 Front Street Unit B #102, Castle Rock, CO 80104-7901
16102866 +Freshpoint, P. O. Box 816211, Dallas, TX 75381-6211
16102868 +Fritz Brothers Inc-Rogers, 1901 Delmar Blvd, St Louis, MO 63103-1618
16102869 +Front Range Event Rental Inc, 3800 Weicker Dr, Unit #2, Fort Collins, TX 80524-9299
16102875 +GE Capital Franchise Finance Corp, 8377 E. Hartford Drive, Ste 200, Scottsdale, AZ 85255-5687
16102882 +GG Distributing, 155 Martin Luter King Parkway, P O Box 4046, Beaumont, TX 77704-4046
16102870 +Galena Park ISD, Daniel Bazan, 14705 Woodforest Blvd, Houston, TX 77015-3259
16102871 +Gallegos Sanitation Inc., PO Box 1986, Fort Collins, TX 80522-1986
16102872 +Gary B. Barber, PO Box 2011, Tyler, TX 75710-2011
16102873 Gasket Guy, 5432 Willow Wood Lane, Dallas, TX 75252-2655
16102876 +Gene Phelps, 7309 Caribbean Drive, Rowlett, TX 75088-5325
16102877 #+Gentilis, Inc., 6728 North Hills Drive, Texarkana, TX 75503-1914
16102878 +George Buckley, 1312 Santa Maria Ave, Laredo, TX 78040-6836
16102879 +George Greer, 17330 Meria Coves Drive, Houston, TX 77095-3295
16102880 +George Stalter, 4710 Sam Peck, Apt 1111, Little Rock, AR 72223-5046
16102881 +Germ Busters LLC, P.O. Box 3596, Amarillo, TX 79116-3596
16102883 +Giglio Dist-Beaumont, PO Box 4046, Beaumont, TX 77704-4046
16102884 +Gilliam Electric Inc, P. O. Box 714, Anderson, MO 64831-0714
16102885 Ginny’s Copying Service Inc, P. O. Box 143924, Austin, TX 78714-3924
16102886 Glass Enhancements, PO Box 782012, San Antonio, TX 78278-2012
16102887 Glazers, PO Box 200270-3030 Aniol St, Acct #86091, San Antonio, TX 78220-0270
16102888 +Glazier Foods Company, 11303 Antoine, Houston, TX 77066-4429
16102889 +Glen Kizler Maintenance and Repair, 40 Greenview Circle, Sherwood, TX 72120-4654
16102890 +Gli Distributing, PO Box 830728, San Antonio, TX 78283-0728
16102891 +Gloria Peterson, Tax Collector, Benton County, 215 East Central #101, Bentonville, AR 72712-5373
16102892 +Golden Eagle of Arkansas, Inc, 1900 E. 15th Street, Little Rock, AR 72202-5708
16102893 +Golden Light Equipment Co., PO Box 9384, Amarillo, TX 79105-9384
16102894 +Goody Goody Liquor, Inc., 10301 Harry Hines Blvd., Dallas, TX 75220-4411
16102895 Goose Creek CISD Tax Office, Charlene Piggott, P.O. Box 2805, Baytown, TX 77522-2805
16102896 +Grasmick Produce-Boise, PO Box 45120, Boise, ID 83711-5120
16102897 +Great Plains Distributors, LP, 5701 E. Hwy 84, Lubbock, TX 79404-8805
16102898 +Great Western Distributing, 3333 E 3rd, Amarillo, TX 79104-1027
16102899 Green Mountain Energy, P O Box 650001, Dallas, TX 75265-0001
16102900 +Greg Plank, c/o Lori Riddle, 6060 S. Willo Dr. Ste 100, Greenwood Village, CO 80111-5112
16102901 +Gregg County Tax, PO Box 1431, Longview, TX 75606-1431
16102902 +Gregory Glasbrenner, 8838 Dugas Road #18202, San Antonio, TX 78251-4525
16102916 HC MUD 285-Tax, Barbara Wheeler Tax A/C, P.O. Box 3155, Houston, TX 77253-3155
16102903 +Hagen’s Lighting, 15860 FM 2493, Tyler, TX 75703-7358
16102904 +Haley & Olson P.C., 801 N. Valley Mills Drive, Suite 600, Waco, TX 76710-4645
16102905 +Halo Distributing Co., 200 Lombrano, San Antonio, TX 78207-1804
16102906 +Hardkace Construction, 3621 Topeka St, Corpus Christi, TX 78411-1717
16102907 +Harley’s- Goody, Harley Ent., Inc., 1302 NW Loop 281, Longview, TX 75604-2925
16102908 +Harris County M.U.D. #132, 11111 Katy Freeway, Suite 725, Houston, Tx 77079-2175
16102909 +Harris County Mud, PO Box 3150, Houston, TX 77253-3150
16102910 +Harris County Mud #132, PO Box 4928, Houston, TX 77210-4928
16102911 Harris County Property Taxes, P.O. Box 4622, Houston, TX 77210-4622
16102912 +Hartman Dist-Victoria, 704 N. Goldman, Victoria, TX 77901-6913
16102913 +Hawkins Commercial Appliance Serv, 3000 S. Wyandot, Englewood, CO 80110-1333
16102914 Hayden Beverage, PO Box 15619, Boise, ID 83715-5619
16111407 +Hays County, c/o Lee Gordon, P.O. Box 1269, Round Rock, Texas 78680-1269
16102915 Hays County Tax Assessor Coll, Luanne Caraway/Tac, 102 N Lbj, Courthouse Annex, San Marcos, TX 78666
16102917 +Heart of America Beverage Co, LLC, PO Box 2626, Joplin, MO 64803-2626
16102918 +Heart of Texas Produce, PO Box 1225, Waco, TX 76703-1225
16102919 +Hidalgo County Tax Assessor, 2804 U.S. 281 Business, Edinburg, TX 78539-6243
16102920 +High Country Beverage Corp, 5706 Wright Drive, Loveland, CO 80538-8840
16102921 Hiland Dairy, P O Box 842125, Kansas City, MO 64184-2125
16102922 +Hillbilly Pumping & Hauling, Inc., 1945 Pump Lane, Joplin, MO 64801-6611
16102923 +Hobart Corporation of Houston, 5120 Ashbrook, Houston, TX 77081-2902
16102924 Hoppenstein Properties, Inc., PO Box 207, Waco, TX 76703-0207
16102925 Houston Distributing Co Inv, 7100 High Life Drive, P.O. Box 691368, Houston, TX 77269-1368
16102926 +Houston Liquor & Bar Supply, 14110 Stuebner Airline, Houston, TX 77069-3526
16102927 +Humble ISD, Attn: Janice P. Himpele, P.O. Box 4020, Houston, TX 77210-4020
16102928 +Hyginix LLC, 3830 Valley Center Drive, #705 Pmb 745, San Diego, CA 92130-3307
16102929 +Iceworks, 9224-B Research Blvd, Austin, TX 78758-6802
16102931 +Idaho Distributing, 4719 Market St, Ste 100, Boise, ID 83705-5415
16102932 +Idaho Power, PO Box 34966, Seattle, WA 98124-1966
16102934 +Idaho Wine Merchant, P O Box 9443, Boise, ID 83707-3443
16102935 +Image Textile, P.O. Box 542966, Dallas, TX 75354-2966
16102936 +Independent Bank of Waco, PO Box 21145, Waco, TX 76702-1145
16102937 +Insight Mechanical Contractors LLC, P O Box 15172, Lenexa, KS 66285-5172
16102939 +Intermountain Rural Elec Assoc, PO Drawer A, Sedalia, CO 80135-0220
16102942 +International Wine and Spirits Inc, 4927 Bloomfield St, Jefferson, LA 70121-1004
16102943 +Interstate M.U.D., PO Box 4928, Houston, TX 77210-4928
16102944 Interstate Mud, 5 Oaktree, PO Box 1368, Friendswood, TX 77549-1368
16102946 +J & T Refrigeration, P.O. Box 10308, Midland, TX 79702-7308
16102980 +JTL Drain Masters, P O Box 5514, 8710 N 29th Lne, Mcallen, TX 78504-5982

16102947 +Jack Hilliard Distributing, 1000 Independence Dr, Bryan, TX 77803-2032
16102948 Jackson Walker, LLP, P.O. Box 130989, Dallas, TX 75313-0989
16102949 +Jaclyn Applewhite, 329 Bayberry Dr, Rockwall, TX 75087-6705
16102950 +Jacob Garza, 3350 Chardonnay Drive, BROWNSVILLE, TX 78526-1124
16102951 +James Klein, 1700 Kingsgate Drive, Bryan, TX 77807-4843
16102952 +James Robinson, 2622 Hatch Circle, Colorado Springs, CO 80918-6006
16102953 +Jason Hollis, 3224 Pine Needle Cove, Round Rock, TX 78681-2363
16102954 +Jason P. Wylie, 8553 N. Beach Pmb 316, Fort Worth, TX 76244-4919
16102955 +Jason Ward, 7503 Maxwell Drive, Boise, ID 83704-8449
16102956 Jasper County Collector, P. O. Box 421, Carthage, MO 64836-0421
16102957 +Javier Garza, 2019 Durango, Laredo, TX 78046-8771
16102958 +Jean’s Restaurant Supply, 426 S. Staples, Corpus Christi, TX 78401-3331
16102959 Jefferson County Colorado, 100 Jefferson County Pkwy 2520, Golden, CO 80419-2520
16102960 +Jeffrey Allen, 415 Owen Lane #909, Waco, TX 76710-8914
16102961 +Jeffrey Jones, 7479 W. Limelight Ct., Boise, ID 83714-2061
16102962 +Jennifer Casiano, 313 Lincoln Ave, #130, College Station, TX 77840-1942
16102963 #+Jennifer Prisock, 111 Wegstrom, Hutto, TX 78634-3305
16102964 +Jeremy Dieter, 805 East McFarland, Grandview, TX 76050-2211
16102965 +Jeremy Spells, 1074 Starlight Loop, Twin Falls, ID 83301-5182
16102966 +Jesse The Plumber, 767 Cr 4639, Hondo, TX 78861-5826
16102967 +Jimson, Inc., 5001 Ambassador Row, Corpus Christi, TX 78416-2103
16102968 +Joann Acevedo, 164 E. South St, New Braunfels, TX 78130-4444
16102969 +Joann Roach, 9131 Edwardson Lane, Austin, TX 78749-4116
16102970 Joe Balderas, 6202 Chickasaw, Midland, TX 79705
16102971 +Joe Harding Sales & Service, 515 N. Rangeline, Joplin, MO 64801-1605
16102972 +John Albarado, 1006 Moser River, Leander, TX 78641-3093
16102973 +Jordan Nelson, 6068 Union Street, Arvada, CO 80004-4161
16102974 +Jose Compean JR, 209 San Enrique Street, Laredo, TX 78040-7330
16102975 +Jose Rauda, 1119 Earlsferry Dr, Channelview, TX 77530-2305
16102976 +Joseph Story, 5709 Shamrock Dr., North Little Rock, AR 72118-2965
16102977 +Josh Nelson, 3116 109TH, Unit B, Lubbock, TX 79423-5896
16102978 #+Joshua Schnell, 19063 East Cottonwood Dr., Apt. 417, Parker, CO 80138-8592
16102979 #+Joshua Silva, 1902. Bahamas Dr. Apt 1, Edinburg, TX 78541-3994
16102981 +Juan F. Romero, 740 Royal Palm, Laredo, TX 78045-5127
16102982 +Juan Gonzalez, 340 McKenzie Rd, Brownsville, TX 78521-4139
16102983 +Judith Couvillon, 1202 CR 407, Spicewood, TX 78669-2615
16102984 +Julia Schwartz, 303 Gingerbread Ln, Waxahachie, TX 75165-1601
16102985 +Julie Willis, 11301 Farrah Lane, Apt 1119, Austin, TX 78748-7910
16102986 +Just Call Joe LLC, 1473 Terry Drive, Idaho Falls, ID 83404-5432
16102988 +Justin Ellason, 13263 Kerrville Folkway, Austin, TX 78729-7842
16102989 +Justin Prisock, 10608 hiawatha, waco, TX 76712-8305
16102991 ++KANSAS DEPARTMENT OF LABOR, ATTN LEGAL SERVICES, 401 SW TOPEKA BLVD, TOPEKA KS 66603-3182
(address filed with court: Kansas Department of Labor, 1309 SW Topeka Blvd.,
Topeka, KS 66612)
16102990 +Kansas City BD of Public Utilities, PO Box 219661, Kansas City, MO 64121-9661
16102993 +Karen Eagle-Bull, 641 Price Dr, Lewisville, TX 75067-4461
16102994 +Kathryn Kucera, 1500 W. William Cannon Dr #216, Austin, TX 78745-3766
16102995 +Keg 1 Central Texas, 6100 Travis Street, PO Box 777, Mineral Wells, TX 76068-0777
16102996 #+Keith Fortson, 612 19th St, Alexandria, LA 71301-6406
16102997 +Keith Smith, 2511 Desert Sage, Katy, TX 77449-5636
16102998 +Kevin Corey, 2900 N. 22nd St., Apt B-6, Rogers, AR 72756-2183
16102999 +Kevin Yeager, 2108 Jasmine Valley, Little Elm, TX 75068-4908
16103001 +Kramer Service, P.O. Box 691704, Houston, TX 77269-1704
16103002 +Kristen Distributing, 1501 Independence, Bryan, TX 77803-2002
16103003 +Kristen Wilbanks, 22503 Elkana Deane Ln., Katy, TX 77449-3634
16103004 #+Kristina Fiedler, 612 19th Street, Alexandria, LA 71301-6406
16103005 +Kwikknife, 102 Lake Hill Dr, Hickory Creek, TX 75065-3625
16103006 +Kye Johnson, 4475 Carter Creek Pky, Apt #724, Bryan, TX 77802-4481
16103007 +Kyle Pittenger, 346 Heyburn, Ave W, Twin Falls, ID 83301-4626
16103008 +L&F Distributors, 3502 Spur 54, Harlingen, TX 78552-3523
16103030 +LOL Inc., 17225 Groeschke, Houston, TX 77084-4623
16103036 +LUS, Lafayette Utility, PO Box 4024, Lafayette, LA 70502-4024
16103010 +Lafayette Locksmith Service Inc, 411 Kaliste Saloom Road, Lafayette, LA 70508-4201
16103011 +Lafayette Parish School System, 411 East Vermillion Street, Lafayette, LA 70501-8049
16103012 +Lafayette Parish Tax Collector, PO Box 92590, Lafayette, LA 70509-2590
16103013 Lafayette Utilities System, P.O. Box 4024, Lafayette, LA 70502-4024
16103014 Lakewood City Commons Lp, PO Box 973559, Dallas, TX 75397-3559
16103015 +Lamar Wholesale Supply, Inc., 6318 Burnet Road, Austin, TX 78757-3229
16103016 +Lane & Mcclain Distributors, 2062 Irving Blvd, Dallas, TX 75207-6610
16103017 +Lane Equipment Co-Corporate, 1507 West Ave, Acct 260259, San Antonio, TX 78201-3506
16103019 +Larissa Jackson, 5811 66th St. Apt. 2701, Lubbock, TX 79424-2996
16103020 +Laura’s Upholstery, 616 Clark Blvd, Laredo, TX 78040-3357
16103021 +Law Office of Thomas E. Rodman Jr, 710 W 14th St, Suite G, Austin, TX 78701-1798
16103022 +Law Offices of William E Stae, c/o Juan Ramos, 445 South St., Morristown, NJ 07960-6475
16103023 +Lawton Commercial Services, 1500 S Central Expwy, Ste 300, Mckinney, TX 75070-3863
16103025 +Leonardo Nieto, P.O. Box 526, Encinal, TX 78019-0526
16103026 +Leticia Benavidez, 1060 Vamonos Drive, Brownsville, TX 78526-1247
16103027 Liberty Fruit Co Inc, 1247 Argentine Blvd, Kansas City, MO 66105-1508
16103028 +Lighthouse, 2008 Wedgewood Ave., Alexandria, VA 71301-3835
16103029 +Lisa McAlexander, 711 Leann Lane, Cedar Park, TX 78613-6702

16103031 +Louisiana Department of Revenue, 617 North Third Street, Baton Rouge, LA 70802-5432
16103033 +Lt Services LLC, 13502 Giles Road, Omaha, NE 68138-3468
16103034 +Lubbock Central Appraisal Dist, PO Box 10568, 1715 26th St, Lubbock, TX 79411-1524
16103035 +Lubbock Power, PO Box 10541, Lubbock, TX 79408-3541
16103037 +M&G Upholstery Inc, P O Box 671625, Houston, TX 77267-1625
16103038 +M&R Package Store, PO Box 52281, Amarillo, TX 79159-2281
16103054 +MDL Wine and Spirits, 8850 W. 95th Street, Overland Park, KS 66212-4051
16103039 +Magdalena Properties, LLC, 2340 Westcliffe Lane #C, Walnut Creek, CA 94597-3327
16103040 +Magic Valley Distributing, P.O. Box 1825, Twin Falls, ID 83303-1825
16103041 +Marco Godinez, 1916 B Margalene Way, Austin, TX 78728-6227
16103042 +Marcos Avila, 1522 Western Oaks Drive, Woddway, TX 76712-2351
16103043 +Marina Cavazos, c/o Javier Espinoza, The Law Office of Javier Espinoza,
503 E. Ramsey, Ste 103, San Antonio, TX 78216-4615
16103044 +Mark Moss, 5204 72nd Street, Lubbock, TX 79424-2004
16103045 +Marshall Dilley, 205 Craddock Ave., C6, San Marcos, TX 78666-3063
16112095 +Mary Raney Nelms and Dick P. Wood,Jr., c/o James H. Billingsley, Polsinelli PC,
2501 N. Harwood Street, Suite 1900, Dallas, TX 75201-1664
16103046 +Master Rooter Inc, PO Box 208, Meridian, ID 83680-0208
16103047 +Mathew Nunez, 214 San Saba, Richwood, TX 77531-2620
16103048 +Matthew Hollis, 5389 N. Toscana Ave, Meridian, ID 83646-3507
16103049 +Matthew Runions, 3224 Birmingham Drive, Ft. Collins, CO 80526-2317
16103050 +Matthew West, 18315 Chapmans Count Rd, Cypress, TX 77433-2433
16103051 +Mayfield Paper Company, Box 3889, San Angelo, TX 76902-3889
16103053 McCain Mall Company, LP, 867930 Reliable Parkway, Chicago, IL 60686-0079
16103052 +Mcallen Public Utilities, 1300 W. Houston, McAllen, TX 78501-5002
16103055 Meadow Gold, Department 960, Denver, CO 80271-0960
16103056 +Megan Bockhorn, 15610 Birchview, Tomball, TX 77377-8637
16103057 Meletio Electrical Supply Co., P.O. Box 540816, Dallas, TX 75354-0816
16103058 Merchant Link, LLC, 26125 Network Place, Chicago, IL 60673-1261
16103059 Mesa County Treasurer, PO Box 173678, Denver, CO 80217-3678
16103060 +Michael Fitzgerald, 3009 Sandstone, Idaho Falls, ID 83404-6825
16103061 +Michael Hultquist, 3535 E14th St #3202, Plano, TX 75074-7065
16103062 +Michael Williams, 3420 Warren Farm Dr., Fort Collins, CO 80526-6338
16103063 +Michael’s Keys Inc, 4003 Colleyville Blvd, Colleyville, TX 76034-3746
16103064 +Michelle Laningham, 4741 Larcade, Corpus Christi, TX 78415-1709
16103065 +Michelle Salinas, 1113 Manchester Ave, Corpus Christi, TX 78407-1317
16103066 Micros Systems, Inc., P.O Box 842956, Boston, MA 02284-2956
16103067 +Midland Appraisal District, Ron Stegall, Chief Appraiser, PO Box 908002,
Midland, TX 79708-0002
16103068 +Midland County Tax Assessor/Coll, Kathy Reeves/TAC, PO Box 712, Midland, TX 79702-0712
16103069 Midwest Distributors Company, Inc., 6501 Kansas Ave, Kansas City, MO 66111-2396
16103070 Midwest Equipment Co Inc, 2511 Cassens Drive, Fenton, MO 63026-2547
16103071 +Mike Livengood, 6309 Peters Road, Jacksonville, AR 72076-9061
16103072 Milk Products Lp, P. O. Box 972431, Dallas, TX 75397-2431
16103073 Miller Brewing Co, 2421 Ih35w North, Denton, TX 76207
16103074 +Miller of Amarillo, 501 N Arthur, Amarillo, TX 79107-5441
16103075 Milt Watson, 625 1/2 Broken Spoke Road, Grand Junction, CO 81504
16103076 +Miriam Johnson, Jefferson County, PO Box 2112, Beaumont, TX 77704-2112
16103077 +Mirus, 820 Gessner, Suite #1600, Houston, TX 77024-4264
16103078 +Missouri American Water, PO Box 94551, Palatine, IL 60094-4551
16103079 Missouri Beverage Company, Inc, 6331 Knox Industrial Dr, St. Louis, MO 63139-3025
16103080 Missouri Department of Labor & Industria, PO Box 59, Jefferson City, MO 65104-0059
16103082 Missouri Department of Revenue Taxation, P.O. Box 840, Jefferson City, MO 65105-0840
16103083 +Missouri Eagle, LLC., PO Box 367, Joplin, MO 64802-0367
16103084 +Missouri Gas Energy, PO Box 219255, Kansas City, MO 64121-9255
16103085 +Mitchell Electric, P.O. Box 590, Meridian, ID 83680-0590
16103086 +Mitchell Welch, 204 Dasher Dr, Austin, TX 78734-5039
16103087 +Monica Moreno, 1800 Post Road, Apt #1533, San Marcos, TX 78666-3848
16103088 #+Monica Smith, 5102 Galley Road, #110C, Colorado Springs, CO 80915-2361
16103089 +Moon Distributing, 2800 Vance Street, Little Rock, AR 72206-3338
16103090 +Mountaintop Rooter & Repair LLC, Michael W. Dunson, P O Box 2201, Eagle, ID 83616-9113
16103106 NW HC Mud #29-Ed Grosso, Tax A/C, Barbara Wheeler, Tax A/C, P.O. Box 3155,
Houston, TX 77253-3155
16103104 NW Harris Co Mud, PO Box 4242, Houston, TX 77210-4242
16103105 +NW Harris Co Mud #29, PO Box 690928, Houston, TX 77269-0928
16103091 +Natalie Neyens, 2814 Rio Grande #20, San Angelo, TX 76901-3548
16103092 +Nathan Wells, 517 E LAMBUTH LN., DEER PARK, TX 77536-6311
16103093 +National Distributing, P.O. Box 5708, Denver, CO 80217-5708
16103094 +National Retail Properties, 450 S. Orange Ave. Suite 900, Orlando, FL 32801-3339
16105847 +National Retail Properties, LP, c/o Thompson & Knight LLP, David M. Bennett,
1722 Routh St #1500, Dallas, TX 75201-2532
16103095 +Nemmer Electric, 300 South 20th, Waco, TX 76701-1613
16103096 +New Braunfels Utilities, PO Box 660, San Atonio, TX 78293-0660
16103097 +New Element, 6608 S Rios St, Pharr, TX 78577-8974
16103099 +Nicole Menchaca, P.O. Box 697, Pflugerville, TX 78691-0697
16103100 +Nolan Mitchell, 1013 Deerhound Place, Round Rock, TX 78664-3413
16103101 +North Little Rock Electric, PO Box 936, N. Little Rock, AR 72115-0936
16103102 +Novation Commercial Services, 409 Delozier, Unit B, Fort Collins, TX 80524-8489
16103103 Nuco2 Inc., P. O. Box 9011, Stuart, FL 34995-9011
16103109 +OHMS Law Electric & Air Conditioning, 6420 Burdine Ct, Houston, TX 77085-1430

16103107 Oak Farms Dairy, PO Box 200349, Dallas, TX 75320-0349
16103108 Office Depot - Corporate, P.O. Box 88040, Chicago, IL 60680-1040
16103110 +On The Ball Plumbing, 931 Sierra Way, Kimberly, ID 83341-5100
16103111 +One Source Lighting, 552 25 Road #C, Grand Junction, CO 81505-1316
16103112 P.S. Landscapes Inc, PO Box 81702, Austin, TX 78708-1702
16103134 +PSI Environmental, 222 Gem St., Twin Falls, ID 83301-7873
16103113 +Palisade Brewing Company LLC, P.O. Box 1444, Palisade, CO 81526-1444
16103114 Paradise Liquors-Denton, 1217 FM 407 West, Ih-35 West, Argyle, TX 76226
16103115 +Parish of Rapides Sales and Use Tax Depa, P.O. Box 671, Alexandria , LA 71309-0671
16103116 +Parties & Events, 3301 Olsen Blvd, Amarillo, TX 79109-3014
16103117 +Patrick Meyer, 501 East Prospect, Fort Collins, CO 80525-1056
16103118 Patsy Schultz, Rta, Fort Bend County Tax Assessor, P.O. Box 1028, Sugarland, TX 77487-1028
16103119 +Peak Lighting Products Inc, PO Box 51015, Colorado Springs, CO 80949-1015
16103120 +Pedernales Electric Coop, P.O. Box 1, Johnson City, TX 78636-0001
16103121 +Peticolas Brewing Co, 2026 Farrington St, Dallas, TX 75207-6616
16103122 +Phoenix Clean, 5601 South Padre Island Drive, Suite D, Corpus Christi, TX 78412-3931
16103123 +Pinkies Inc, 1426 East 8th Street, Odessa, TX 79761-4803
16103124 +Pioneer Wine Company Lp, 1801 Royal Ln Ste 1001, Dallas, TX 75229-7509
16103125 +Pleasant Ridge Development Co., LLLP, 11601 Pleasant Ridge Road, Suite 300, Little Rock, AR 72212-2241
16103126 +Polsinelli PC, James Billingsley, 2501 N. Harwood, Ste 1900, Dallas, TX 75201-1664
16103127 +Potato Specialty Co., PO Box 3925, Lubbock, TX 79452-3925
16103128 +Potter County Tax Office, PO Box 2289, Amarillo, TX 79105-2289
16103129 +Precision Air, 205 N. Hwy 175, Seagoville, TX 75159-1840
16103130 +Price Distributing Company, 1212 S. Clay St., Ennis, TX 75119-6415
16103131 +Professional Sharpening, P.O. Box 1136, Mead, WA 99021-1136
16103132 +Progressive Waste, PO Box 650308, Dallas, TX 75265-0308
16103133 +Prosperity Bank, 1415 RR 620 South, Lakeway, TX 78734-6317
16103135 +Pueblo County Treasurer, 215 W. 10th St., Room 110, Pueblo, CO 81003-2996
16103136 +Pulaski County Treasurer, Debra Buckner, Treas., P. O. Box 8101, Little Rock, AR 72203-8101
16103137 +Pulaski County Treasurer, PO Box 8101, Little Rock, AR 72203-8101
16103138 +Quality Lawn LLC, 5886 E Zora, Joplin, MO 64801-7190
16103139 Quality Retail Systems Inc, 1531 Ny Rte 67, Schaghticoke, NY 12154
16103140 +R&R Custom Contractors, P O Box 204, Bentonville, AR 72712-0204
16103146 RC Nelms Jr. Hillcrest Trust, 4659 Christipher Place, Dallas, TX 75204-1610
16103141 +Rachael Smith, 12901 Old Baldy Trail, Austin, TX 78737-8846
16103142 +Rahmad Buster, 127 W. Plantation Dr., Apt 401, Lake Jackson, TX 77566-6022
16103143 +Rainbow Windows, 4901 Ranch Acres Dr, Loveland, CO 80538-1633
16103144 +Randy Liles, 2981 Ruby Dr., Twin Falls, ID 83301-5632
16103145 Rapides Parish Sheriff’s Dept, William Earl Hilton, P. O. Box 1590, Alexandria, LA 71309-1590
16103148 +Refrigerated Specialist Inc, 3040 East Meadows, Mesquite, TX 75150-6639
16103149 Rena Scherer-Tax, Victoria County TAC, PO Box 2569, Victoria, TX 77902-2569
16103150 Republic Beverage Company, 8045 Northcourt Road, Houston, TX 77040-4392
16103151 +Republic Inc., 1001 E. Pearl, Odessa, TX 79761-5667
16103153 +Resco-Waco, PO Box 547, Lorena, TX 76655-0547
16103154 +Restaurant Service Solutions, 5811 East FM 1961, Goliad, TX 77963-3444
16103155 +Restaurant Upholstery LLC, 2842 Kingsford Ave, Dallas, TX 75227-7318
16103156 +Richard Smolik, 1003 S Glendale, Halletsville, TX 77964-3060
16103157 +Rick Baker, 2017 Clegg Drive, Cedar Park, TX 78613-4036
16103158 #+Rick Villarreal, 1215 W. Slaughter Ln. Apt #923, Austin, TX 78748-6716
16103159 +Rios Lawn Services, 14431 Quention Dr, Houston, TX 77045-6234
16103160 +Rmc Distributing, 4710 Northpark Drive, Colorado Springs, CO 80918-3899
16103161 +Robert Dorsett, c/o Jennifer Tate, 12912 Hill Country Blvd, Ste F-210, Austin, TX 78738-6306
16103162 +Robert Gonzales, 8500 Harwood Rd, NRH, TX 76180-7581
16103163 +Robert Harting, 3212 Sherman Ct., Nampa, ID 83687-8899
16103164 +Robert Lee, 339 Robinhood Ct., Springdale, AR 72764-6827
16103165 +Robert Neel, 2864 Bluebird Lane, Idaho Falls, ID 83402-5145
16103166 +Rochester Armored Car Co Inc, PO Box 8 - D.T.S., Omaha, NE 68101-0008
16103167 +Rockwell Central Appraisal, 841 Justin Rd, Rockwall, TX 75087-4842
16103169 +Rocky MTN Power, PO Box 26000, Portland, OR 97256-0001
16103168 +Rocky Mountain Business Produce, 2020 South Pontiac Way, Denver, CO 80224-2412
16103170 Rogers Water Utilities, 601 South 2nd Street, PO Box 338, Rogers, AR 72757-0338
16103171 +Rolland Safe and Lock LLC, 3140 Towerwood Drive, Dallas, TX 75234-2313
16103172 +Rolling Stone, 2480 Nyssa Dr, Loveland, CO 80538-3217
16103173 +Ronnie Hyek, 5438 Cilantro Ln, Baytown, TX 77521-9176
16103174 +Roto-Rooter of Midland, PO Box 945, Midland, TX 79702-0945
16103175 +Round Rock Tax Office, Forrest C. Child Jr Tax A/C, 1311 Round Rock Ave, Round Rock, TX 78681-4941
16103176 Rtr Services of Colorado, Fao: Rtr Services Colorado, PO Box 203152, Dallas, TX 75320-3152
16103177 Ruben Sanchez, 1617 Palmetto Dr. E., Harligen, TX 78552
16103178 +Rush’s Kitchen Supply Co, PO Box 51081, 345 Lindsey Blvd, Idaho Falls, ID 83402-3336
16103179 +Rusk Refrigeration Co Inc, PO Box 6013, Alexandria, LA 71307-6013
16103180 +Russell Plumbing Co, 10239 Glenfield Park Ln, Houston, TX 77070-2637
16103181 +Russell’s Telecom, 606 S Clark Road Suite C, Duncanville, TX 75137-2000
16103182 Ryan & Company. Onc., Three Galleria Tower, 13155 Noel Rd, 12th Fl, Lb 72, Dallas, TX 75240-5090
16103183 +Ryan Bearden, 11101 Bonham Ranch Road, Dripping Springs, TX 78620-5025
16103184 +Ryan Leonard, 4721 N DRURY AVE, KANSAS CITY, MO 64117-1437

16103185 +S & S Sprinkler Co LLC, PO Box 7453, Mobile, AL 36670-0453
16103210 ++++SHAWN SHEETS, 1540 W BITTERS RD APT 2242, SAN ANTONIO TX 78248-1498
(address filed with court: Shawn Sheets, 1440 W.Bitters Rd, Apt 2242, San Antonio, TX 78248)
16103186 +Safeshred Inc, 9505 Johnny Morris Rd, Austin, TX 78724-1527
16103187 +Sale Amp Inc, 7600 Burnet Rd, Suite 400, Austin, TX 78757-1283
16103188 San Angelo Water Utilities, 122 West 1st, Po Box 5820, Acct #122849-187904,
San Angelo, TX 76902-5820
16103189 +San Antonio Water System, PO Box 2990, San Antonio, TX 78299-2990
16103190 +Sandra Rivera, 1238 calle planeta, brownsville, TX 78520-4043
16103191 +Sarah Jeppesen, 5714 Spencer, Amarillo, TX 79109-7450
16103192 #+Sarah Williams, 131 Ambiance Circle, Lafayette, LA 70508-8033
16103193 +Scene Clearly LLC, 510 Maldonado Street, Grand Junction, CO 81501-5700
16103194 Schatz Distributing Co., Inc, 3140 S. 28th Street, Kansas City, MO 66106-4697
16103195 +Schilling, 2901 Moss Street, Lafayette, LA 70501-1241
16103196 +Schimdt Mechanical Group Inc, 6338 N. New Braunfels, #199, San Antonio, TX 78209-3826
16103197 +Schoenmann Produce Company, 6950 Neuhaus St, P O Box 201800, Houston, TX 77061-4607
16103198 +Scott Electric Co Inc, 2001 N. Port Avenue, P O Box 1819, Corpus Christi, Tx, TX 78403-1819
16103199 +Scott Gaskill, 2242 Green Meadows Ln, Buda, TX 78610-9002
16103200 +Scott Potter, 5386 S. Valdai, Aurora, CO 80015-6543
16103201 Scottco Mechanical Contractor Inc, PO Box 7729, Amarillo, TX 79114-7729
16103202 +Seal Tex, 8435 Directors Row, Dallas, TX 75247-5528
16103203 Selective Insurance Company of Sw, Lockbox 2747, P.O. Box 8500, Philadelphia, PA 19178-2747
16103204 +Sergio Serratos, 1511 Sundance Dr, Round Rock, TX 78665-2547
16103205 +Services-Plbg, Heating & A/C, Plumbing, Heating & A/C, 5556 Us Hwy 87n,
San Angelo, TX 76901-5462
16103206 +Seymour Doors, 725 Ralston Ave, Corpus Christi, TX 78404-2717
16103207 Shamrock Foods, Department 219, Denver, CO 80291-0219
16103208 +Shannon Cain, 2270 Sun Chase Blvd., New Braunfels, TX 78130-3320
16103209 +Shawn Mathews, 107 Rock Pointe Circle West, Pineville, LA 71360-4752
16103211 +Sherrie Wollenhaupt, 1512 Barbara Drive, Lewisville, TX 75067-4240
16103212 +Sienergy LP, PO Box 660141, Dallas, TX 75266-0141
16103213 Sigel’s Wholesale Division, P.O. Box 542647, Dallas, TX 75354-2647
16103215 Silver Eagle Distributors, 4609 New Hwy 90 West, San Antonio, TX 78237
16103216 Source Refridgeration & Hvac Inc, P O Box 515229, Los Angeles, CA 90051-6529
16103218 +Southern Distributing, Acct # 111111, 220 Guadalupe, Laredo, TX 78040-8413
16103219 +Southern Wine & Spirits, 5270 Fox Street, Denver, CO 80216-1604
16103220 +Southwest Beverage, 3001 Industrial Ave, Lake Charles, LA 70615-8085
16103221 Southwest Solutions, P.O. Box 3396, Kilgore, TX 75663-3396
16103222 +Southwestern Electric, PO Box 24422, Canton, OH 44701-4422
16103223 +Spec’s Wines, Spirits & Finer Foods, 2410 Smith, Houston, TX 77006-2316
16103224 +Springs Windows LLC, P O Box 62662, Colorado Springs, CO 80962-2662
16103225 #+Stacy Acosta, 2915 Aftonshire Way, Bldg 10-301, Austin, TX 78748-5872
16103226 +Standard Sales, P.O. Box 12427, Odessa, TX 79768-2427
16103227 Stansbury Restaurant Service Inc, PO Box 62003, Lafayette, LA 70596-2003
16103228 +Stein Distributing, PO Box 9367, Boise, ID 83707-3367
16103230 +Stephen Keel, 1701 Glenwood, Odessa, TX 79761-1531
16103231 +Stepsaver Inc, PO Box 9638, Boise, ID 83707-4638
16103232 Steve Mossman-Tax Assessor, Denton County, PO Box 90223, Denton, TX 76202-5223
16103233 +Steve Schieni, 3827 Misty Ridge, Humble, TX 77396-4025
16103234 +Steven Salinas, 507 E Buchanan, Alton, TX 78573-3820
16103235 +Sudden Link, PO Box 660365, Dallas, TX 75266-0365
16103237 +Sun Signs Inc, 1602 Fort View Rd, Austin, TX 78704-7619
16103238 +Superior Food Equip. Service C, 1510 Sam’s Way, Benton, AR 72015-8887
16103239 +Susie Hall, 1111 E Airline, Victoria, TX 77901-4000
16103240 +Suzanne West, 19510 Scenic Dr, Spicewood, TX 78669-1762
16103241 +Sysco Lincoln, 900 Kingbird Road, Lincoln, NE 68521-3009
16103269 +TWC Services Inc, 2886 North Lowell Road, Springdale, AR 72764-1852
16103242 +Tarrell LaFleur, 632 16th Street, Lake Charles, LA 70601-7437
16103243 +Tax Assessor Co, PO Box 6527, Texarkana, TX 75505-6527
16111409 +Taylor CAD, c/o Lee Gordon, P.O. Box 1269, Round Rock, Texas 78680-1269
16103244 Taylor Co-Tax, PO Box 1800, Abilene, TX 79604-1800
16103245 +Tera Standridge, 1941 S. Seminole, Amarillo, TX 79103-5004
16103246 +Teri Korenek, 612 Plantation, Angelton, TX 77515-3324
16103247 +Texarkana Water Utilities, PO Box 2008, Texarkana, TX 75504-2008
16103249 +Texas Disposal System, PO Box 660816, Dallas, TX 75266-0816
16103250 Texas Gas Service, PO Box 269042, Oklahoma City, OK 73126-9042
16103251 +Texas Restaurant Equipment Service, 6411 Big Springs Dr., Arlington, TX 76001-5120
16103252 +Texas Workforce Comission, 12312 N. Mopac Expy, Austin, TX 78758-2404
16103253 +The Pour House, P.O. Box 453, Whitehouse, TX 75791-0453
16103254 +The Vernon Law Group, Pllc, P.O. Box 600271, Dallas, TX 75360-0271
16103255 +Tiger Inc, Dept 2192, Tulsa, OK 74182-0001
16103257 +Timothy Ferguson, 6508 86th Street, Lubbock, TX 79424-4784
16103258 +Tom Green, Tom Green County TAC, PO Box 3307, San Angelo, TX 76902-3307
16103259 +Tony Billington, 4718 Gateway, Midland, TX 79707-2824
16103260 +Tonya Mayhew, 3 June Breeze Place, The Woodlands, TX 77382-5322
16103261 +Top Gun Pressure Washing, 500 West 67th St, Loveland, CO 80538-1184
16103262 Town of Parker Sales Tax Administration, PO Box 5602, Denver, CO 80217-5602
16103263 Travis County Property Tax, PO Box 149328, Austin, TX 78714-9328
16103264 +Traylor, Tompkins & Black, 751 Horizon Court Ste 200, Grand Junction, CO 81506-8754
16103265 +Tri-City - New Braunfels, 1400 IH 35 East, New Braunfels, TX 78130-2817

16103266 Tribridge Holdings LLC, P.O. Box 538158, Atlanta, GA 30353-8158
16103268 Tundra Specialties, PO Box 20670, Boulder, CO 80308-3670
16103270 Twin Falls, PO Box 88, Twin Falls, ID 83303-0088
16103271 +Twin Liquors, 5639 Airport Blvd, Austin, TX 78751-1412
16103272 +Twin Oaks Lawn Care LLC, PO Box 782206, San Antonio, TX 78278-2206
16103273 Tyco Integrated Security LLC, P.O. Box 371994, Pittsburgh, PA 15250-7994
16103274 +UBS, PO Box 8100, Little Rock, AR 72203-8100
16103280 +UTE Water, PO Box 460, Grand Junction, CO 81502-0460
16103275 +Ultra-Chem Inc, P. O. Box 3717, Shawnee Mission, KS 66203-0717
16103276 Unified Government Treasury, PO Box 175013, Kansas City, KS 66117-5013
16103277 +United I. S. D., Norma Farabough, 3501 East Saunders, Laredo, TX 78041-5444
16103278 United Parcel Service, Lockbox 577, Carol Stream, IL 60132-0577
16103279 +United Water, PO Box 371804, Pittsburgh, PA 15250-7804
16103282 +Venus Organic Company, P.O. Box 11261, College Station, TX 77842-1261
16103284 +Veronica Gibson, PO Box 4492, Longview, TX 75606-4492
16103285 +Vici Lacy, 16805 Westview Trail, Austin, TX 78737-9041
16103286 +Village at Burlington Owners Asn, C/O Rlet Management Llc, 263 2nd Ave #101, Pob 490, Niwot, CO 80544-0490
16103287 Voss Lighting, PO Box 22159, Lincoln, NE 68542-2159
16103289 ++++WALLACE ANDERSON, 8102 AMELIA RD APT G212, HOUSTON TX 77055-2052
(address filed with court: Wallace Anderson, 8102 Amelia #212, Houston, TX 77055)
16103288 +Waco Glazer’s, 2525 Texas Central Parkway, Waco, TX 76712-6949
16103291 +Waste Management, PO Box 9001054, Louisville, KY 40290-1054
16103292 #+Watkins Distrib, P.O Box 1871, Idaho Falls, ID 83403-1871
16103294 +We Clean Windows Inc, 1313 Beverly Drive, Amarillo, TX 79106-5720
16103295 Webb County Tax Assessor-Coll, Patricia A. Barrera, PO Box 420128, Laredo, TX 78042-8128
16103296 +Weld County Treasurer, PO Box 458, Greeley, CO 80632-0458
16103297 +William Schuessler, 18426 N Settlers Shore Dr, Cypress, TX 77433-2476
16111410 +Williamson County, c/o Lee Gordon, P.O. Box 1269, Round Rock, Texas 78680-1269
16103298 +Williamson County-Tax, Deborah M. Hunt, Cta, 904 S. Main Street, Georgetown, TX 78626-5829
16103299 +Wilmington Center LLC, 9471 Lomitas Ave., Beverly Hills, CA 90210-3407
16103300 +Wilmington Center, LLC, 2480 Hwy 6 & 50, Grand Junction, Colorado 81505-1108
16103301 +Wiseman Plumbing-Amarillo, 5125 Arden, Amarillo, TX 79110-4345
16103302 +Wismer Distributing, 600 South Main, Baytown, TX 77520-7099
16103303 +Wooten Septic Tank Company, PO Box 7343, Midland, TX 79708-7343
16103304 +Wright Distributing, 901 South Main, Taylor, TX 76574-4376
16103305 +XCEL Energy, PO Box 92002, Amarillo, TX 79120-6002
16103306 +Zachary Chilton, 22611 Bucktrout Ln, Katy, TX 77449-5118
16103307 +Zachary Patterson, 502 Partridge Lane, Whitehouse, TX 75791-5729
16103308 +Zanetv, 7111 Oak Shores Drive, Austin, TX 78730-4319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty E-mail/Text: bbarron@bnpclaw.com Apr 02 2014 00:44:25 Barbara M. Barron, Barron & Newburger, P.C., 1212 Guadalupe, #104, Austin, TX 78701
ust +E-mail/Text: ustpregion07.au.ecf@usdoj.gov Apr 02 2014 00:45:49 United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450
16102580 Fax: 208-287-7719 Apr 02 2014 01:22:07 Ada County Treasurer, PO Box 2868, Boise, ID 83701
16102622 +EDI: CINGMIDLAND.COM Apr 02 2014 00:33:00 AT&T, P.O. Box 9004, Carol Stream, IL 60197-9004
16102620 +EDI: ATTWIREBK.COM Apr 02 2014 00:33:00 AT&T, P.O. Box 5017, Carol Stream, IL 60197-5017
16102621 +EDI: ATTWIREBK.COM Apr 02 2014 00:33:00 AT&T, P.O. Box 5019, Carol Stream, IL 60197-5019
16102614 +EDI: ARKDEPREV.COM Apr 02 2014 00:33:00 Arkansas Department of Finanace and Admi, 1509 West 7th Street, Little Rock, AR 72201-3966
16102634 E-mail/Text: delinquenttax@tarrantcounty.com Apr 02 2014 00:45:31 Betsy Price-Tarrant County Tac, P.O. Box 961018, Ft. Worth, TX 76161-0018
16102672 +E-mail/Text: bankruptcynotices@bullseyetelecom.com Apr 02 2014 00:45:59 Bullseye Telecom, 25925 Telegraph Rd, Ste 210, Southfield, MI 48033-2527
16102788 +E-mail/Text: bankruptcy@cpsenergy.com Apr 02 2014 00:45:31 CPS Energy, PO Box 2678, San Antonio, TX 78289-0001
16102677 +E-mail/Text: david.thom@cableone.biz Apr 02 2014 00:46:56 Cable One, PO Box 9001092, Louisville, KY 40290-1092
16102678 +E-mail/Text: david.thom@cableone.biz Apr 02 2014 00:46:56 Cable One, PO Box 78407, Phoenix, AZ 85062-8407
16102699 +E-mail/Text: bklaw2@centurylink.com Apr 02 2014 00:46:19 Centurylink, PO Box 52187, Phoenix, AZ 85072-2187
16102700 +E-mail/Text: bklaw2@centurylink.com Apr 02 2014 00:46:19 Centurylink, PO Box 4300, Carol Stream, IL 60197-4300
16102729 +E-mail/Text: sharon.floyd@fortworthtexas.gov Apr 02 2014 00:45:12 City of Fort Worth, PO Box 961003, Fort Worth, TX 76161-0003
16102737 +E-mail/Text: SRUSSELL@CI.LAKE-JACKSON.TX.US Apr 02 2014 00:47:19 City of Lake Jackson, 25 Oak Drive Lake, Jackson, TX 77566-5289
16102775 EDI: CODEPREV.COM Apr 02 2014 00:33:00 Colorado Department of Revenue, 1375 Sherman St., Denver, CO 80261-0009
16102784 +E-mail/Text: ACCOUNTING@COTHRONS.COM Apr 02 2014 00:47:15 Cothron’s Safe & Lock, 807 East 4th Street, Austin, TX 78702-3828
16102817 EDI: DIRECTV.COM Apr 02 2014 00:33:00 Direct TV, PO Box 60036, Los Angeles, CA 90060-0036
16102832 E-mail/Text: bankruptcynotices@ecolab.com Apr 02 2014 00:45:56 Ecolab Pest Elimination, 26252 Network Place, Chicago, IL 60673-1262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

16102838 E-mail/Text: TRSbkrpt@elpasoco.com Apr 02 2014 00:45:55 El Paso County Treasurer, P.O. Box 2018, Colorado Springs, CO 80901-2018
16102843 +E-mail/Text: credit7@entergy.com Apr 02 2014 00:44:29 Entergy, PO Box 8104, Baton Rouge, LA 70891-8104
16102856 +E-mail/Text: boisear@fsafood.com Apr 02 2014 00:45:17 Food Services of America, PO Box 839, Meridian, ID 83680-0839
16102874 E-mail/Text: bankruptcynotices@ecolab.com Apr 02 2014 00:45:56 GCS Service Inc, 24673 Network Place, Chicago, IL 60673-1246
16102945 EDI: IRS.COM Apr 02 2014 00:33:00 IRS Department of Treasury, Internal Revenue Service, Austin, TX 73301
16102940 EDI: IRS.COM Apr 02 2014 00:33:00 Internal Revenue Service, Attn: Special Procedures, 300 E. 8th St., STOP 5022 AUS, Austin, Texas 78701
16102930 E-mail/Text: tiffany.swanson@labor.idaho.gov Apr 02 2014 00:46:01 Idaho Department of Labor, 317 W. Main Street, Boise, ID 83735-0760
16102933 E-mail/Text: bankruptcynotices@tax.idaho.gov Apr 02 2014 00:45:31 Idaho State Tax Commission, PO Box 36, Boise, ID 83722-0410
16102938 +E-mail/Text: mducredit@mdu.com Apr 02 2014 00:46:21 Intermountain Gas, PO Box 64, Boise, ID 83732-0064
16102941 EDI: IRS.COM Apr 02 2014 00:33:00 Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346
16102992 E-mail/Text: KSBANKRUPTCY@KDOR.STATE.KS.US Apr 02 2014 00:47:19 Kansas Department of Revenue, 915 SW Harrison St., Topeka, KS 66612-1588
16103009 +E-mail/Text: blewis@lus.org Apr 02 2014 00:47:04 Lafayette Consolidated Government, P.O. Box 4024, Lafayette, LA 70502-4024
16103018 E-mail/Text: gstoker@larimer.org Apr 02 2014 00:45:11 Larimer County Treasurer, PO Box 2336, Fort Collins, CO 80522-2336
16103032 +E-mail/Text: bankruptcy@lwc.la.gov Apr 02 2014 00:46:17 Louisiana Workforce Commission, 1001 N. 23rd Street, Baton Rouge, LA 70802-3338
16103081 +E-mail/Text: ecfnotices@dor.mo.gov Apr 02 2014 00:44:32 Missouri Department of Revenue, PO Box 3375, Jefferson City, MO 65102-3375
16103147 +E-mail/Text: kendra@reedplumbing.com Apr 02 2014 00:44:31 Reed Plumbing, PO Box 81429, Corpus Christi, TX 78468-1429
16103214 +E-mail/Text: lorraine@signcrafters.net Apr 02 2014 00:46:16 Sign Crafters Inc, 2401 Ih-35 South, San Marcos, TX 78666-5922
16103217 +E-mail/Text: bankruptcy@sourcegas.com Apr 02 2014 00:46:06 Sourcegas Arkansas, PO Box 660559, Dallas, TX 75266-0559
16103248 E-mail/Text: pacer@cpa.state.tx.us Apr 02 2014 00:46:57 Texas Comptroller of Public Accounts, PO Box 13528 , Capitol Station, Austin, TX 78774
16103256 +E-mail/Text: judy.mckay@twcable.com Apr 02 2014 00:46:58 Time Warner Cable, PO Box 60074, City of Industry, CA 91716-0074
16103283 +EDI: AFNIVZCOMBINED.COM Apr 02 2014 00:33:00 Verizon, PO Box 920041, Dallas, TX 75392-0041
16103293 +E-mail/Text: wcacredit@wcamerica.com Apr 02 2014 00:47:00 WCA Waste Corp, PO Box 553166, Detriot, MI 48255-3166
16103290 +E-mail/Text: tracyk@wcnx.org Apr 02 2014 00:45:10 Waste Connections of TX, PO Box 660177, Dallas, TX 75266-0177

TOTAL: 43

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

aty Gilbert R. Saydah Jr.
cr Atascocita 1692, LLC.
16103236 summit
16102663 ##+BRJ Distributing Co, 2903 W. Idaho St., Boise, ID 83702-4631
16102641 ##+Bill Reed Distributing Co., 4290 South Treadway, Abilene, TX 79602-7802
16102987 ##+Justin Barbee, 2537 MAX RD, Pearland, TX 77581-7679
16103000 ##+Kimberly Roberts, 1951 Aquarena Springs, #2202, San Marcos, TX 78666-8246
16103024 ##Legends of KC, LP, PO Box 95553, Las Vegas, NV 89193-5553
16103098 ##+Nichole Beaudin, 7344 W. Ohio Ave Apt. 208, Lakewood, CO 80226-4985
16103152 ##Republic Waste, P.O. Box 9001813, Louisville, KY 40290-1813
16103229 ##+Stephanie Flores, 4136 E 52nd, #1206, Odessa, TX 79762-4816
16103267 ##+Troy Smith, 2600 W. 103rd Ave #1223, Denver, CO 80260-6197
16103281 ##+Venture Marketing, P O Box 518, Lecompte, LA 71346-0518

TOTALS: 3, * 0, ## 10

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2014 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2014 at the address(es) listed below:

Barbara M. Barron on behalf of Plaintiff Fired Up, Inc. bbarron@bnpclaw.com, saugusta@bn-lawyers.com;lhicks@bn-lawyers.com;kelliott@bn-lawyers.com
Barbara M. Barron on behalf of Debtor Fired Up, Inc. bbarron@bnpclaw.com, saugusta@bn-lawyers.com;lhicks@bn-lawyers.com;kelliott@bn-lawyers.com
Cassandra A. Sepanik on behalf of Creditor National Retail Properties, LP cassandra.sepanik@tklaw.com, dannette.johnson@tklaw.com
David M. Bennett on behalf of Creditor National Retail Properties, LP david.bennett@tklaw.com
James H. Billingsley on behalf of Creditor Mary Raney Nelms and Dick P. Wood, as Trustees of the R.C. Nelms Jr. Hillcrest Trust jbillingsley@polsinelli.com
Lee Gordon on behalf of Creditor Texas Ad Valorem Taxing Jurisdictions vcovington@mvbalaw.com;kmorriss@mvbalaw.com;othercourts@mvbalaw.com
Lynn Saarinen on behalf of Debtor Fired Up, Inc. lsaarinen@bn-lawyers.com, rlevins@bn-lawyers.com;lhicks@bn-lawyers.com
Michelle E. Shriro on behalf of Creditor Atascocita 1692, LLC. mshriro@singerlevick.com, croote@singerlevick.com;ckirkland@singerlevick.com
Stephen W. Sather on behalf of Debtor Fired Up, Inc. ssather@bn-lawyers.com, saugusta@bn-lawyers.com;lhicks@bn-lawyers.com;bbarron@bn-lawyers.com;kelliott@bn-lawyers.com
Stephen W. Sather on behalf of Plaintiff Fired Up, Inc. ssather@bn-lawyers.com, saugusta@bn-lawyers.com;lhicks@bn-lawyers.com;bbarron@bn-lawyers.com;kelliott@bn-lawyers.com
United States Trustee - AU12 ustpregion07.au.ecf@usdoj.gov

TOTAL: 11