# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 14−10447−tmd
Chapter No.: 11
Judge: Tony M. Davis

IN RE: **Fired Up, Inc.** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at   Austin Courtroom 1, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on   **4/11/14 at   02:00 PM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 40 Motion to Authorize Service on Master Service List by Email Transmission filed by Barbara M. Barron for Debtor Fired Up, Inc. (Attachments: # 1 Proposed Order)) Hearing Scheduled For 4/11/2014 at 02:00 PM at Austin Courtroom 1 (Miiller, Sherri)

Dated:  4/4/14

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKap20]