UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: FIRED UP, INC. § CASE NO. 14-10447-tmd
DEBTOR § (Chapter 11)

NOTICE OF APPOINTMENT OF
COMMITTEE OF UNSECURED CREDITORS

Pursuant to 11 U.S.C. §1102 (a) (1) and (b) (1), the following unsecured creditors, willing to serve, are hereby appointed to serve on the Committee of Unsecured Creditors in the above captioned case:

**MEMBERS:**

Ben E. Keith Company (interim chair)
Richard Grasso
P.O. Box 2628
Ft. Worth, TX 76113
Phone: 817-877-5700
FAX: 817-338-1701
Email: rngrasso@benekeith.com

Wilmington Center, LLC
Faye Farzani
9471 Lomitas Ave.
Beverly Hills, CA 90210
Phone: 310-429-1793
Fax: 310-274-3103
Email: fafar101@aol.com

National Retail Properties, Inc.
David G. Byrnes. Jr.
450 South Orange Ave., Ste. 900
Orlando, FL 32801
Phone: 407-650-1103
Fax: 321-206-2250
Email: David.Byrnes@NNNReit.com

Independent Bank
Charles Rigney
8004 Woodway Dr., Ste. 200
Waco, TX 76712
Phone: 254-741-6121
Fax: 254-741-0402
Email: crigney@ibtx.com

Glazier Foods Company
Art Innis
11303 Antoine Dr.
Houston, TX 77066
Phone: 832-375-6300
Fax: 832-375-6005
Email: artinnis@glazierfoods.com

AEI Income & Growth Fund 24, LLC
Robert P. Johnson
30 Seventh St. East, Ste 1300
Saint Paul, MN 55101
Phone: 651-227-7333
Fax: 651-227-7705
Email: bschultz.aeifunds.com

The Coca-Cola Company
William Kaye, Sr. Bankruptcy Advisor
P.O. Box 1734 NAT 2008 Mail Stop
Atlanta, GA 30313
Phone: 516-374-3705
Fax: 515-569-6531
Email: billkaye@jllconsultants.com

1

Respectfully submitted,

JUDY A. ROBBINS
UNITED STATES TRUSTEE

By: */s/ Deborah A. Bynum*
Deborah A. Bynum
Trial Attorney
SBT No. 03556250
903 San Jacinto Blvd., Room 230
Austin, Texas 78701
Phone: (512) 916-5346 / Fax: 916-5331
Deborah.A.Bynum@usdoj.gov

CERTIFICATE OF SERVICE

A certificate of service will be uploaded upon completion of service.

*/s/ Deborah A. Bynum*
Deborah A. Bynum