**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 08, 2014.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FIRED UP, INC. | § | CASE NO. 14-10447 |
| | § | (Chapter 11) |
| DEBTOR[1] | § | |

**AMENDED INTERIM ORDER ON DEBTOR'S EMERGENCY MOTION TO APPROVE CRITICAL VENDORS AND PACA VENDOR PAYMENTS AND ASSUME CERTAIN EXECUTORY CONTRACTS FOR VENDOR PAYMENTS**

CAME TO BE HEARD on April 1, 2014, the *Debtor's Emergency Motion to Critical Vendors and PACA Vendor Payments and Assume Certain Executory Contracts for Vendor Payments* ("Motion"). The Court finds that good cause exists for granting the relief requested in the Motion on an interim basis that and granting the Motion is in the best interests of the Debtor's estate and its creditors. The Court further finds that Debtor will suffer immediate and

---

[1] Until February 26, 2014, Debtor's business was being operated partially by the Debtor and partially by its two wholly owned subsidiaries, Kona Restaurant Group, Inc. and Carino's Italian Kitchen, Inc.. Those entities were merged into the Debtor on that date.

irreparable harm if the Court denies the relief sought in the Motion. The Court further finds that Notice of this Motion and the hearing thereon was adequate and no other notice needs to be given. It is therefore

**ORDERED** that the Motion is **GRANTED** on an **INTERIM BASIS** to the extent set forth below. It is further

**ORDERED** that the Debtor is authorized to pay the creditors listed on the attached Exhibits A and B in the ordinary course of business pending a final hearing on the Motion; *provided, however,* Ford Restaurant Group, Pictoric and any other creditors of the Debtor on the list of critical vendors who are insiders pursuant to 11 U.S.C. § 101 (31) shall not at this time be paid any sums they were owed as of the Petition Date. It is further

**ORDERED** that Debtor's agreements with Fintech and CASS be and hereby are assumed on an interim basis and Debtor is authorized to continue payments to these entities per the terms set out in their agreements pending a final hearing. It is further

**ORDERED** that the Court shall conduct a final hearing on the Motion on April 11, 2014 at 2:00 p.m. at 903 San Jacinto, Courtroom No. 1, Austin, TX 78701. Any objections to the relief requested shall be filed by 7:00 p.m. CDT on April 8, 2014. It is further

**ORDERED** that Debtor shall serve a copy of this Amended Order on the Master Limited Service List within three business days of entry of this Order. It is further

**ORDERED** that any relief not ordered herein is denied.

# # #

Prepared and submitted by:

Barbara M. Barron
Stephen W. Sather
**BARRON & NEWBURGER, P.C.**
1212 Guadalupe, Suite 104
Austin, Texas 78701
(512) 476-9103 Ext. 220

| | VENDOR NAME | ADDRESS | CITY | STATE | ZIP | SERVICE PROVIDED | CURRENT BALANCE | 20 DAY BALANCE DUE: MARCH 7 - MARCH 26, 2014 | CURRENT ACCORDING TO TERMS Y/N? |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ADMIRAL LINEN & UNIFORM SERVIC | 2030 KIPLING | HOUSTON | TX | 77098 | LINEN | $22,796.78 | $7,326.92 | N |
| 2 | ALMA DISCOUNT | 103 NW IH 45 | ALMA | TX | 75119 | ALCOHOL -NOT PAID VIA FINTECH | $628.66 | $628.66 | Y |
| 3 | ALSCO - 051 | P O BOX 8829 | SHREVEPORT | LA | 71149 | LINEN | $33.30 | $0.00 | Y |
| 4 | AMERICAN EAGLE DISTRIBUTING CO | 3800 CLYDESDALE PARKWAY | LOVELAND | CO | 80538 | ALCOHOL-FINTECH | $256.60 | $197.20 | Y |
| 5 | AMERICAN LINEN-018,047,057 | 314 SOUTH 4TH STREET | LARAMIE | WY | 82070-3695 | LINEN | $942.44 | $519.80 | Y |
| 6 | AMERIPRIDE LINEN & APPAREL MO | P.O. BOX 3130 | BEMIDJI | MN | 56619-3130 | LINEN | $282.60 | $266.80 | Y |
| 7 | AMERIPRIDE SERVICES INC | P O BOX 1594 | BEMIDJI | MN | 56619-1594 | LINEN | $814.32 | $814.32 | Y |
| 8 | AMERIPRIDE-ARKANSAS | P O BOX 697 | BEMIDJI | MN | 56619-0697 | LINEN | $391.00 | $391.00 | Y |
| 9 | ANDREWS DISTRIBUTING-IRVING | PO BOX 566187 | DALLAS | TX | 75356 | ALCOHOL-FINTECH | $487.40 | $487.40 | Y |
| 10 | ANDREWS DISTRIBUTORS-CORPUS | 254 JUNIOR BECK DRIVE | CORPUS CHRISTI | TX | 78405 | ALCOHOL-FINTECH | $129.75 | $129.75 | Y |
| 11 | BEK BEERS-G.P./HULEN/HURST | 7001 WILL ROGERS BLVD | FORT WORTH | TX | 76140 | ALCOHOL-FINTECH | $82.90 | $82.90 | Y |
| 12 | BEVERAGE DISTRIBUTORS | P.O. BOX 17647, T.A. | DENVER | CO | 80217 | ALCOHOL-FINTECH | $2,391.12 | $2,391.12 | Y |
| 13 | BIG JIM'S LIQUOR STORE | Acct # 1267 | LAREDO | TX | 78045 | ALCOHOL-FINTECH | $197.25 | $197.25 | Y |
| 14 | BROTHERS SERVICES, INC | 4541 VEROT SCHOOL RD | YOUNGSVILLE | LA | 70592 | PRODUCE | $715.00 | $0.00 | Y |
| 15 | BROWN DISTRIBUTING CO INC | 8711 JOHNNY MORRIS RD | AUSTIN | TX | 78724-2006 | ALCOHOL-FINTECH | $251.00 | $251.00 | Y |
| 16 | BUDWEISER - LAKE JACKSON | C/O ESCROW ACCTS | GALVESTON | TX | 77554 | ALCOHOL-FINTECH | $159.31 | $159.31 | Y |
| 17 | BUDWEISER DISTRIBUTING | P O BOX 9358 | AMARILLO | TX | 79105 | ALCOHOL-FINTECH | $85.50 | $85.50 | Y |
| 18 | BUSTER LIND PRODUCE | 502 W. SCHUNIOR | EDINBURG | TX | 78541-3014 | PRODUCE | $168.35 | $21.45 | Y |
| 19 | CAPITOL BEVERAGE | PO BOX 9190 | AUSTIN | TX | 78766 | ALCOHOL-FINTECH | $386.16 | $386.16 | Y |
| 20 | CASS | 2675 Corporate Exchange Drive | Columbus | OH | 43231 | UTILITY BILL PAYMENT SERVICE | $0.00 | $0.00 | Y |
| 21 | CENTRAL DISTRIBUTING - AR | 1423 E. 26TH STREET | LITTLE ROCK | AR | 72206 | ALCOHOL-FINTECH | $141.95 | $141.95 | Y |
| 22 | CITYNAP | 26118 ALTO OAKS | TX | 78255 | 78042-0720 | CO-LOCATION FOR FIRED UP SERVERS | $0.00 | $0.00 | Y |
| 23 | COLORMARK | 1840 HUTTON DRIVE, Bldg 208 | CARROLLTON | TX | 75006 | MARKETING/PRINTING | $10,895.92 | $0.00 | N |
| 24 | COORS DISTRIBUTING | DEN-COORS DISTRIBUTING | DENVER | CO | 80221 | ALCOHOL -NOT PAID VIA FINTECH | $0.00 | $0.00 | y |
| 25 | COORS-G.P./HULEN/HURST | 2550 MCMILLAN PARKWAY | FORT WORTH | TX | 76137 | ALCOHOL-FINTECH | $0.00 | $0.00 | Y |
| 26 | CORPUS CHRISTI PRODUCE | 238 N PORT AVE | CORPUS CHRISTI | TX | 78469-4721 | PRODUCE | $463.01 | $463.01 | Y |
| 27 | CRESCENT CROWN DISTR | 5900 ALMONASTER AVE | NEW ORLEANS | LA | 70126 | ALCOHOL-FINTECH | $0.00 | $0.00 | Y |
| 28 | CSB | 4719 MARKET ST | BOISE | ID | 83705 | ALCOHOL-FINTECH | $116.52 | $116.52 | Y |
| 29 | CTS DISTRIBUTING INC | 4940 FOX STREET | DENVER | CO | 80216 | ALCOHOL -NOT PAID VIA FINTECH | $0.00 | $0.00 | Y |
| 30 | CUSTOM BUSINESS SOLUTIONS | 12 MORGAN | IRVINE | CA | 92618 | POS SYSTEM PROVIDER | $728.65 | $0.00 | Y |
| 31 | DATA SOURCE INC | DEPT 730023 | DALLAS | TX | 75266-0919 | MARKETING | $18,943.16 | $3,676.96 | N |
| 32 | DECISION LOGICS | P.O. Box 22543 | LINCOLN | NE | 68512-2543 | BACK OF HOUSE SOFTWARE SYSTEM | $0.00 | $0.00 | Y |
| 33 | DMX MUSIC - DALLAS | P O BOX 602777 | CHARLOTTE | NC | 28260-2777 | MUSIC PROVIDOR | $204.85 | $0.00 | Y |
| 34 | DUNNWELL, LLC | 4601 CREEKSTONE DRIVE, STE 200 | DURHAM | NC | 27703 | FIRE ALARM/FIRE INSPECTION | $8,946.77 | $0.00 | N |
| 35 | ECOLAB INC | PO BOX 70343 | CHICAGO | IL | 60673-0343 | DISHMACHINE/CLEANING SUP | $20,282.36 | $0.00 | N |
| 36 | ECOLAB PEST ELIMINATION | 26252 NETWORK PLACE | CHICAGO | IL | 60673-1262 | PEST CONTROL | $9,862.07 | $0.00 | N |
| 37 | EDWARD DON, INC. | 3501 PLANO PARKWAY | THE COLONY | TX | 75056 | RESTAURANT SUPPLIES | $40,171.71 | $21,385.73 | N |
| 38 | EXCEL LINEN | 501 FUNSTON RD | KANSAS CITY | KS | 66115 | LINEN | $531.26 | $141.87 | Y |
| 39 | FAUST DISTRIBUTORS | PO BOX 24728 | HOUSTON | TX | 77229-4728 | ALCOHOL-FINTECH | $445.89 | $445.89 | Y |
| 40 | FIESTA DISCOUNT LIQUORS | 600 SANDAU #600 | SAN ANTONIO | TX | 78216 | ALCOHOL-FINTECH | $188.55 | $188.55 | Y |
| 41 | FINTECH | 7702 Woodland Center Blvd, Suite 50 | Tampa | FL | 33614 | ALCOHOL PAYMENT SERVICE | $0.00 | $0.00 | Y |
| 42 | FOOD SERVICES OF AMERICA | PO BOX 839 | MERIDIAN | ID | 83680 | FOOD SUPPLIER - IDAHO | $142,277.33 | $94,541.01 | Y |
| 43 | FORD RESTAURANT GROUP, INC. | 1514 RR 620 S | AUSTIN | TX | 78734 | IT & ACCOUNTING SERVICES | $137,967.00 | $12,245.00 | N |
| 44 | FRESHPOINT AUSTIN | P. O. BOX 816211 | DALLAS | TX | 75381 | PRODUCE | $19,448.84 | $12,580.00 | Y |
| 45 | FRESHPOINT OKLAHOMA CITY LLC | 3100 NORTH I-35 SERVICE RD | OKLAHOMA CITY | OK | 73111 | PRODUCE | $5,376.70 | $5,376.70 | Y |
| 46 | FRESHPOINT SAN ANTONIO | P. O. BOX 816211 | DALLAS | TX | 75381 | PRODUCE | $23,052.41 | $22,019.41 | Y |
| 47 | GARDA CL SOUTHWEST | 3209 MOMENTUM PLACE | CHICAGO | IL | 60689-5332 | ARMORED CAR SERVICE | $8,151.15 | $0.00 | N |
| 48 | GLAZERS | PO BOX 143926 | AUSTIN | TX | 78714-3926 | ALCOHOL-FINTECH | $0.00 | $0.00 | Y |
| 49 | GLAZERS - 040 | PO BOX 2686 | HOUSTON | TX | 77252-2686 | ALCOHOL-FINTECH | $0.00 | $0.00 | Y |

| | VENDOR NAME | ADDRESS | CITY | STATE | ZIP | SERVICE PROVIDED | CURRENT BALANCE | 20 DAY BALANCE DUE: MARCH 7 - MARCH 26, 2014 | CURRENT ACCORDING TO TERMS Y/N? |
|---|---|---|---|---|---|---|---|---|---|
| 50 | GLAZERS - MIDLAND | 111 S. BELMONT | ODESSA | TX | 79760 | ALCOHOL-FINTECH | $0.00 | $0.00 | Y |
| 51 | GLAZERS COMPANIES OF LOUISIANA | 939 W PONT DES MOUTON | LAFAYETTE | LA | 70507 | ALCOHOL-FINTECH | $297.91 | $297.91 | Y |
| 52 | GLAZER'S DIST-ODESSA | P O BOX 3789 | ODESSA | TX | 79760 | ALCOHOL-FINTECH | $0.00 | $0.00 | Y |
| 53 | GLAZERS WHOLESALE ARK | P O BOX 17980 | NORTH LITTLE ROCK | AR | 72117 | ALCOHOL-FINTECH | $1,060.92 | $1,060.92 | Y |
| 54 | GLAZERS WHOLESALE CO TEXAS | 8119 EXCHANGE DRIVE | AUSTIN | TX | 78714-3926 | ALCOHOL-FINTECH | $5,624.28 | $5,624.28 | Y |
| 55 | GLAZIER FOODS COMPANY | 11303 ANTOINE | HOUSTON | TX | 77066 | FOOD SUPPLIER | $950,909.35 | $949,661.36 | Y |
| 56 | GLI DISTRIBUTING | PO BOX 830728 | SAN ANTONIO | TX | 78283 | ALCOHOL-FINTECH | $26.00 | $26.00 | Y |
| 57 | GOLDEN EAGLE OF ARKANSAS, INC | 1900 E. 15TH STREET | LITTLE ROCK | AR | 72202 | ALCOHOL-FINTECH | $125.65 | $125.65 | Y |
| 58 | GOLDEN EAGLE SALES-AMMON | PO BOX 3119 | IDAHO FALLS | ID | 83403 | ALCOHOL-FINTECH | $298.21 | $298.21 | Y |
| 59 | GOODY GOODY LIQUOR, INC. | 10301 HARRY HINES BLVD. | DALLAS | TX | 75220 | ALCOHOL-FINTECH | $575.03 | $575.03 | Y |
| 60 | GRASMICK PRODUCE-BOISE | PO BOX 45120 | BOISE | ID | 83711 | PRODUCE - BOISE | $28,148.44 | $10,250.57 | Y |
| 61 | GREAT PLAINS DISTRIBUTORS, LP | GREAT PLAINS DIST., LP | LUBBOCK | TX | 79404 | ALCOHOL-FINTECH | $201.66 | $201.66 | Y |
| 62 | GREAT WESTERN DISTRIBUTING | 3333 E 3RD | AMARILLO | TX | 79104 | ALCOHOL-FINTECH | $109.35 | $109.35 | Y |
| 63 | HAYDEN BEVERAGE | PO Box 15619 | Boise | ID | 83715 | ALCOHOL-FINTECH | $1,357.48 | $1,387.48 | Y |
| 64 | HEART OF AMERICA BEVERAGE CO, LLC | PO BOX 2626 | JOPLIN | MO | 64803 | ALCOHOL-FINTECH | $23.15 | $23.15 | Y |
| 65 | HEART OF TEXAS PRODUCE | PO BOX 1225 | WACO | TX | 76703 | PRODUCE | $172.50 | $90.50 | Y |
| 66 | HIGH COUNTRY BEVERAGE CORP | 5706 WRIGHT DRIVE | LOVELAND | CO | 80538 | ALCOHOL -NOT PAID VIA FINTECH | $245.50 | $245.50 | y |
| 67 | HIGH COUNTRY BEVERAGE CORP | 5706 WRIGHT DRIVE | LOVELAND | CO | 80538 | ALCOHOL -NOT PAID VIA FINTECH | $245.50 | $245.50 | Y |
| 68 | HOUSTON DISTRIBUTING CO INV | 7100 HIGH LIFE DRIVE | HOUSTON | TX | 77269-1368 | ALCOHOL-FINTECH | $448.98 | $448.98 | Y |
| 69 | HOUSTON LIQUOR & BAR SUPPLY | 14110 STUEBNER AIRLINE | HOUSTON | TX | 77069 | ALCOHOL-FINTECH | $851.70 | $851.70 | Y |
| 70 | J.W. THORNTON WINE IMPORTS INC | P.O. BOX 2289 | KETCHUM | ID | 83340 | ALCOHOL -NOT PAID VIA FINTECH | $0.00 | $0.00 | Y |
| 71 | JACK HILLIARD DISTRIBUTING | 1000 INDEPENDENCE DR | BRYAN | TX | 77803 | ALCOHOL-FINTECH | $67.25 | $67.25 | Y |
| 72 | KEG 1 CENTRAL TEXAS | PO Box 777 | Mineral Wells | TX | 76068 | ALCOHOL-FINTECH | $0.00 | $0.00 | Y |
| 73 | KRISTEN DISTRIBUTING | 1501 INDEPENDENCE | BRYAN | TX | 77803 | ALCOHOL-FINTECH | $359.00 | $359.00 | Y |
| 74 | L&F DISTRIBUTORS | 3502 SPUR 54 | HARLINGEN | TX | 78552 | ALCOHOL-FINTECH | $669.35 | $669.35 | Y |
| 75 | LIBERTY FRUIT CO INC | 1247 ARGENTINE BLVD | KANSAS CITY | KS | 66105-1508 | PRODUCE | $1,981.70 | $1,981.70 | Y |
| 76 | LONG RANGE SYSTEMS INC | 4550 EXCEL PARKWAY | ADDISON | TX | 75001 | PAGING SYSTEM-HOSTESS | $1,102.92 | $0.00 | N |
| 77 | M&R PACKAGE STORE | PO BOX 52281 | AMARILLO | TX | 79159 | ALCOHOL-FINTECH | $354.60 | $131.72 | Y |
| 78 | MACADOODLES OF SPRINGDALE | 838 N 48TH STREET | SPRINGDALE | AR | 72762 | ALCOHOL -NOT PAID VIA FINTECH | $0.00 | $0.00 | Y |
| 79 | MAGIC VALLEY DISTRIBUTING | P.O. BOX 1825 | TWIN FALLS | ID | 83301 | ALCOHOL-FINTECH | $212.97 | $212.97 | Y |
| 80 | MDL WINE AND SPIRITS | 8850 W. 95TH STREET | OVERLAND PARK | KS | 66212 | ALCOHOL-FINTECH | $581.85 | $581.85 | Y |
| 81 | MEADOW GOLD | DEPARTMENT 960 | DENVER | CO | 80271-0960 | FOOD/DAIRY PROVIDER | $8,045.73 | $2,352.08 | N |
| 82 | MICROS SYSTEMS INC. | PO BOX 842956 | BOSTON | TX | 2284 | POS SYSTEM PROVIDER | $0.00 | $0.00 | Y |
| 83 | MIDWEST DISTRIBUTORS COMPANY, INC. | 6501 KANSAS AVE | KANSAS CITY | KS | 66111-2396 | ALCOHOL-FINTECH | $119.23 | $119.23 | Y |
| 84 | MILK PRODUCTS LP | P. O. BOX 972431 | DALLAS | TX | 75397-2431 | DAIRY | $745.58 | $282.39 | Y |
| 85 | MILLER BREWING CO-DENTON | 2421 IH35W NORTH | DENTON | TX | 76207 | ALCOHOL-FINTECH | $169.65 | $169.65 | Y |
| 86 | MILLER OF AMARILLO | 501 N ARTHUR | AMARILLO | TX | 79107 | ALCOHOL-FINTECH | $0.00 | -$1.50 | Y |
| 87 | MILLER-G.P./HULEN/HURST | 1701 PHARR STREET | FORT WORTH | TX | 76102 | ALCOHOL-FINTECH | $0.00 | $0.00 | Y |
| 88 | MIRUS | 820 GESSNER, ste 1600 | Houston | TX | 77024 | POS DATA CAPTURE | $11,042.82 | $5,534.90 | Y |
| 89 | MISSOURI EAGLE, LLC. | P O BOX 367 | JOPLIN | MO | 64802 | ALCOHOL-FINTECH | $115.10 | $115.10 | Y |
| 90 | MOON DISTRIBUTING | 2800 VANCE STREET | LITTLE ROCK | AR | 72206 | ALCOHOL-FINTECH | $83.40 | $83.40 | Y |
| 91 | NATIONAL DISTRIBUTING-CONSOLIDATED | P.O. BOX 5708 | DENVER | CO | 80217 | ALCOHOL-FINTECH | $2,663.50 | $1,288.07 | Y |
| 92 | OAK FARMS DAIRY | P O BOX 973866 | DALLAS | TX | 75397-3866 | DAIRY | $9,481.32 | $3,060.32 | Y |
| 93 | PARADISE LIQUORS-DENTON | 1217 FM 407 WEST | ARGYLE | TX | 76226 | ALCOHOL-FINTECH | $206.25 | $206.25 | Y |
| 94 | PAYTRONIX | 74 Bridge Street, Suite 400 | Newton | MA | 2458 | GIFT CARD PROCESSOR | $0.00 | $0.00 | Y |
| 95 | PICTORIC MEDIA GROUP | 16490 FLINT ROCK ROAD | AUSTIN | TX | 78738 | MARKETING/SOCIAL MEDIA | $700.00 | $700.00 | Y |
| 96 | PINKIES INC.-MIDLAND | 1426 EAST 8TH STREET | ODESSA | TX | 79761 | ALCOHOL -NOT PAID VIA FINTECH | $708.25 | $708.25 | Y |
| 97 | PINKIES INC-ODESSA | 1426 E 8TH STREET | ODESSA | TX | 79761 | ALCOHOL -NOT PAID VIA FINTECH | $279.50 | $279.50 | Y |
| 98 | POTATO SPECIALTY CO. | PO BOX 3925 | LUBBOCK | TX | 79404 | PRODUCE | $23,382.01 | $14,909.83 | N |
| 99 | PRICE DISTRIBUTING COMPANY | 1212 S. CLAY ST. | ENNIS | TX | 75120 | ALCOHOL-FINTECH | $307.15 | $215.10 | Y |
| 100 | QUALITY RETAIL SYSTEMS INC | 1531 NY RTE 67 | SCHAGHTICOKE | NY | 12154 | POS KITCHEN ORDERING SYSTEM | $327.00 | $0.00 | Y |

| | VENDOR NAME | ADDRESS | CITY | STATE | ZIP | SERVICE PROVIDED | CURRENT BALANCE | 20 DAY BALANCE DUE: MARCH 7 - MARCH 26, 2014 | CURRENT ACCORDING TO TERMS Y/N? |
|---|---|---|---|---|---|---|---|---|---|
| 101 | REPUBLIC BEVERAGE | 1010 ISUZU PARKWAY | GRAND PRAIRIE | TX | 75050-6476 | ALCOHOL-FINTECH | $4,030.85 | $4,030.85 | Y |
| 102 | REPUBLIC BEVERAGE COMPANY | P O BOX 3587 | LAFAYETTE | LA | 70502 | ALCOHOL-FINTECH | $4,521.06 | $4,521.06 | Y |
| 103 | REPUBLIC--MIDLAND/ODESSA | 1001 E. PEARL | ODESSA | TX | 79761 | ALCOHOL-FINTECH | $691.58 | $691.58 | Y |
| 104 | RESTAURANT MAGIC | 2502 N. ROCKY POINT DRIVE | TAMPA | FL | 33067 | BACK OF HOUSE SOFTWARE SYSTEM | $0.00 | $0.00 | Y |
| 105 | RMC DISTRIBUTING-088 & 098 | 4710 NORTHPARK DRIVE | COLORADO SPRINGS | CO | 80918-3816 | ALCOHOL -NOT PAID VIA FINTECH | $116.95 | $116.95 | Y |
| 106 | ROCHESTER ARMORED CAR CO INC | PO BOX 8 - D.T.S. | OMAHA | NE | 68101 | ARMORED CAR SERVICE | $1,958.14 | $979.07 | N |
| 107 | SAFESITE INC | 9505 JOHNNY MORRIS RD | AUSTIN | TX | 78724 | CORP. DOCUMENT RETENTION | $1,971.00 | $0.00 | N |
| 108 | SALE AMP INC | 7600 BURNET RD, SUITE 400 | AUSTIN | TX | 78757 | MARKETING/BILLBOARDS | $11,808.54 | $5,306.19 | N |
| 109 | SCHOENMANN PRODUCE COMPANY | 6950 NEUHAUS ST | HOUSTON | TX | 77061 | PRODUCE | $27,492.40 | $21,665.49 | N |
| 110 | SHAMROCK FOODS-CONSOLIDATED | DEPARTMENT 219 | DENVER | CO | 80291-0219 | FOOD SUPPLIER - COLORADO | $140,105.16 | $85,358.79 | N |
| 111 | SIGEL'S WHOLESALE DIVISION | P.O. BOX 542647 | DALLAS | TX | 75354-2647 | ALCOHOL-FINTECH | $305.34 | $305.34 | Y |
| 112 | SILVER EAGLE DISTRIBUTORS | ACCTS. RECEIVABLE | HOUSTON | TX | 77252 | ALCOHOL-FINTECH | $232.55 | $232.55 | Y |
| 113 | SILVER EAGLE DISTRIBUTORS, INC | P.O. BOX 2743 | HOUSTON | TX | 77252 | ALCOHOL-FINTECH | $240.38 | $240.38 | Y |
| 114 | SOUTHERN DISTRIBUTING | Acct # 111111 | LAREDO | TX | 78040 | ALCOHOL-FINTECH | $184.75 | $184.75 | Y |
| 115 | SOUTHERN WINE & SPIRITS | 5270 FOX STREET | DENVER | CO | 80216 | ALCOHOL-FINTECH | $545.69 | $545.69 | Y |
| 116 | SOUTHWEST BEVERAGE | 3001 INDUSTRIAL AVE | LAKE CHARLES | LA | 70615 | ALCOHOL-FINTECH | $208.20 | $208.20 | Y |
| 117 | SPEC'S WINES, SPIRITS & FINER FOODS | 2410 SMITH | HOUSTON | TX | 77006 | ALCOHOL-FINTECH | $4,505.60 | $4,505.60 | Y |
| 118 | STANDARD SALES - LUBBOCK | 901 E. 66TH STREET | LUBBOCK | TX | 79404 | ALCOHOL-FINTECH | $145.05 | $0.00 | Y |
| 119 | STANDARD SALES-MIDLAND/ODESSA | P.O. BOX 12427 | ODESSA | TX | 79768 | ALCOHOL-FINTECH | $976.60 | $976.60 | Y |
| 120 | SUMMIT ENERGY | 25716 NETWORK PLACE | CHICAGO | IL | 60673-1257 | ENERGY SERVICES | $3,941.00 | $3,941.00 | N |
| 121 | SYSCO LINCOLN | 900 KINGBIRD ROAD | LINCOLN | NE | 68521 | FOOD SUPPLIER- KANSAS CITY | $0.00 | $0.00 | Y |
| 122 | TDR 3 HOT SCHEDULES INC | P.O. BOX 2217 | SAN ANTONIO | TX | 78298-2217 | EMPLOYEE SCHEDULES | $5,568.48 | $0.00 | N |
| 123 | TWIN LIQUORS | 5639 AIRPORT BLVD | AUSTIN | TX | 78751 | ALCOHOL-FINTECH | $2,016.03 | $2,016.03 | Y |
| 124 | UNITED PARCEL SERVICE | LOCKBOX 577 | CAROL STREAM | IL | 60132-0577 | PACKAGE DELIVERY | $8,518.78 | $3,893.83 | N |
| 125 | WATKINS DISTRIB-045 & 049 | P.O BOX 1871 | IDAHO FALLS | ID | 83403 | ALCOHOL-FINTECH | $133.30 | $133.30 | Y |
| 126 | WESTERN BEVERAGE 040 | 5510 NORTH NAVARRO | VICTORIA | TX | 77904-1729 | ALCOHOL-FINTECH | $62.39 | $62.39 | Y |
| 127 | WILL FISCHER DIST | 17501 W 98TH ST 18-49 | LENEXA | KS | 66219 | ALCOHOL-FINTECH | $82.32 | $82.32 | Y |
| 128 | WISMER DISTRIBUTING - BAYTOWN | 600 SOUTH MAIN | BAYTOWN | TX | 77520 | ALCOHOL-FINTECH | $0.00 | $0.00 | Y |
| 129 | WRIGHT DISTRIBUTING | 901 SOUTH MAIN | TAYLOR | TX | 76574 | ALCOHOL-FINTECH | $54.00 | $54.00 | Y |
| 130 | XEROX CORPORATION | P. O. BOX 7405 | PASADENA | CA | 91109-7405 | COPIER LEASING | $1,912.68 | $0.00 | N |
| | | | | | | TOTAL | $1,756,152.10 | $1,333,261.26 | |

# EXHIBIT B

| Name | Account # | Service Type | Other Acct Info | CASS Paid Utility? Y/N |
|---|---|---|---|---|
| ALLIED WASTE | 3-0535-0044319 | TRASH | 37 | N |
| ALLIED WASTE | 3-0794-4016542 | TRASH | 52 | N |
| ALLIED WASTE | 3-0855-0013490 | TRASH | 78 | N |
| ALLIED WASTE | 3-0833-0002471 | TRASH | 87 | N |
| ALLIED WASTE | 3-0855-0006687 | TRASH | 89 | N |
| ALLIED WASTE | 3-0843-0012590 | TRASH | 91 | N |
| ALLIED WASTE | 3-0794-7067746 | TRASH | 111 | N |
| ARKANSAS WESTERN GAS | 540791 | GAS | 56 | N |
| AT&T | 8310002666946 | Alarm Lines | | N |
| AT&T | 171-786-8017-650 | Toll Free Phone | | N |
| AT&T | BES00060662 | Cell Phone | | N |
| AT&T | 838867331 | Toll Free Phone | | N |
| ATMOS ENERGY | 3003315387    A | GAS | | Y |
| ATMOS ENERGY | 3005640003    A | GAS | | Y |
| ATMOS ENERGY | 3005640101    A | GAS | | Y |
| ATMOS ENERGY | 3005640325    A | GAS | | Y |
| ATMOS ENERGY | 3007799867    A | GAS | | Y |
| ATMOS ENERGY | 3012760414    A | GAS | | Y |
| ATMOS ENERGY | 3013861125    A | GAS | | Y |
| ATMOS ENERGY | 3023388968    A | GAS | | Y |
| ATMOS ENERGY | 3023425560    A | GAS | | Y |
| ATMOS ENERGY | 3023425800    A | GAS | | Y |
| ATMOS ENERGY | 3023426032    A | GAS | | Y |
| ATMOS ENERGY | 3027147550    A | GAS | | Y |
| ATMOS ENERGY | 3027147818    A | GAS | | Y |
| ATMOS ENERGY | 3030385171    A | GAS | | Y |
| ATMOS ENERGY | 3030385608    A | GAS | | Y |
| ATMOS ENERGY | 3032415401    A | GAS | | Y |
| ATMOS ENERGY | 3032415652    A | GAS | | Y |
| ATMOS ENERGY | 3033303682    A | GAS | | Y |
| ATMOS ENERGY | 3033303879    A | GAS | | Y |
| ATMOS ENERGY | 3033304074    A | GAS | | Y |
| ATMOS ENERGY | 3037022737    A | GAS | | Y |
| ATMOS ENERGY | 3039615227    A | GAS | | Y |
| BANCROFT CLOVER | 0847701    A | WATER/SEWER | | Y |
| BLACK HILLS ENERGY | 7041099190    A | ELECTRIC | | Y |
| BOARD OF WATER WORKS | 90361123184    A | WATER/SEWER | | Y |
| BOISE CITY UTILITY BILLING | 055787700083355    A1 | WATER/SEWER | | Y |
| BOISE CITY UTILITY BILLING | 055787700083355    A2 | TRASH | | Y |
| BRAZORIA COUNTY MUD #6 | ELB903763762672900   A | WATER/SEWER | | Y |
| BRAZORIA COUNTY MUD #6 | ELB903763762673200   A | WATER/SEWER | | Y |
| BROWNSVILLE PUBLIC UTIL BOARD | 270478    A1 | ELECTRIC | | Y |

| Name | Account # | Service Type | Other Acct Info | CASS Paid Utility? Y/N |
|---|---|---|---|---|
| BROWNSVILLE PUBLIC UTIL BOARD | 270478        A2 | WATER/SEWER | | Y |
| BROWNSVILLE PUBLIC UTIL BOARD | 270478        A3 | TRASH | | Y |
| BULLSEYE TELECOM | 0042051 | Analog telephone Lines needed for Alarm system | Each store as an analog telephone lines | N |
| C-6 DISPOSAL | 11716 | TRASH | 65 | N |
| CABLE ONE | 23455-136323-01-1 | Cable | 49 | N |
| CABLE ONE | 23436-138069-01-9 | Cable | 107 | N |
| CARROLL ELECTRIC COOP CORP | 2093524      A | ELECTRIC | | Y |
| CC DISPOSAL | 007850 | TRASH | 41 | N |
| CENTERPOINT ENERGY | 26850214     A | GAS | | Y |
| CENTERPOINT ENERGY | 28104412     A | GAS | | Y |
| CENTERPOINT ENERGY | 28516722     A | GAS | | Y |
| CENTERPOINT ENERGY | 29051604     A | GAS | | Y |
| CENTERPOINT ENERGY | 29569647     A | GAS | | Y |
| CENTERPOINT ENERGY | 30773386     A | GAS | | Y |
| CENTERPOINT ENERGY | 32134132     A | GAS | | Y |
| CENTERPOINT ENERGY | 35000520     A | GAS | | Y |
| CENTERPOINT ENERGY | 39673041     A | GAS | | Y |
| CENTERPOINT ENERGY | 40071078     A | GAS | | Y |
| CENTERPOINT ENERGY | 43798537     A | GAS | | Y |
| CENTERPOINT ENERGY | 45649399     A | GAS | | Y |
| CENTERPOINT ENERGY | 47759261     A | GAS | | Y |
| CENTERPOINT ENERGY | 47966122     A | GAS | | Y |
| CENTERPOINT ENERGY | 4952040       A | GAS | | Y |
| CENTERPOINT ENERGY | 63919518     A | GAS | | Y |
| CENTERPOINT ENERGY | 793877         A | GAS | | Y |
| CENTRAL TEXAS REFUSE | 1259699 | TRASH | 32 | N |
| CENTURYLINK | 37413 | Monitoring (Internet) | | N |
| CENTURYLINK | 81511800 | Phone | (806) 798-0944 | N |
| CENTURYLINK | 81511800 | Phone | (501) 758-8226 | N |
| CENTURYLINK | 81511800 | Phone | (281) 398-5646 | N |
| CENTURYLINK | 81511800 | Phone | (254) 399-9111 | N |
| CENTURYLINK | 81511800 | Phone | (512) 238-8288 | N |
| CENTURYLINK | 81511800 | Phone | (830) 609-1141 | N |
| CENTURYLINK | 81511800 | Phone | (979) 285-3570 | N |
| CENTURYLINK | 81511800 | Phone | (956) 728-8945 | N |
| CENTURYLINK | 81511800 | Phone | (303) 485-8077 | N |
| CENTURYLINK | 81511800 | Phone | (956) 986-2550 | N |
| CENTURYLINK | 81511800 | Phone | (361) 485-9816 | N |
| CENTURYLINK | 81511800 | Phone | (361) 854-7373 | N |
| CENTURYLINK | 81511800 | Phone | (956) 631-6400 | N |
| CENTURYLINK | 81511800 | Phone | (208) 373-4968 | N |
| CENTURYLINK | 81511800 | Phone | (720) 963-1866 | N |

| Name | Account # | Service Type | Other Acct Info | CASS Paid Utility? Y/N |
|---|---|---|---|---|
| CENTURYLINK | 81511800 | Phone | (208) 523-4411 | N |
| CENTURYLINK | 81511800 | Phone | (409) 842-1919 | N |
| CENTURYLINK | 81511800 | Phone | (970) 506-4200 | N |
| CENTURYLINK | 81511800 | Phone | (210) 520-2204 | N |
| CENTURYLINK | 81511800 | Phone | (208) 734-4833 | N |
| CENTURYLINK | 81511800 | Phone | (972) 315-7223 | N |
| CENTURYLINK | 81511800 | Phone | (903) 223-8655 | N |
| CENTURYLINK | 81511800 | Phone | (972) 722-9233 | N |
| CENTURYLINK | 81511800 | Phone | (940) 898-0990 | N |
| CENTURYLINK | 81511800 | Phone | (972) 641-9443 | N |
| CENTURYLINK | 81511800 | Phone | (512) 899-0572 | N |
| CENTURYLINK | 81511800 | Phone | (479) 633-0544 | N |
| CENTURYLINK | 81511800 | Phone | (970) 203-9900 | N |
| CENTURYLINK | 81511800 | Phone | (970) 255-0560 | N |
| CENTURYLINK | 81511800 | Phone | (972) 923-2631 | N |
| CENTURYLINK | 81511800 | Phone | (303) 841-7103 | N |
| CENTURYLINK | 81511800 | Phone | (512) 506-8181 | N |
| CENTURYLINK | 81511800 | Phone | (210) 647-7705 | N |
| CENTURYLINK | 81511800 | Phone | (972) 409-0530 | N |
| CENTURYLINK | 81511800 | Phone | (281) 970-1554 | N |
| CENTURYLINK | 81511800 | Phone | (281) 458-4424 | N |
| CENTURYLINK | 81511800 | Phone | (208) 888-7801 | N |
| CENTURYLINK | 81511800 | Phone | (512) 989-6464 | N |
| CENTURYLINK | 81511800 | Phone | (713) 436-0090 | N |
| CENTURYLINK | 81511800 | Phone | (817) 453-1220 | N |
| CENTURYLINK | 81511800 | Phone | (318) 767-5942 | N |
| CENTURYLINK | 81511800 | Phone | (956) 283-1742 | N |
| CENTURYLINK | 81511800 | Phone | (903) 236-9654 | N |
| CENTURYLINK | 81511800 | Phone | (337) 474-4741 | N |
| CENTURYLINK | 81511800 | Phone | (337) 988-7535 | N |
| CENTURYLINK | 81511800 | Phone | (719) 622-8041 | N |
| CENTURYLINK | 81511800 | Phone | (281) 421-7077 | N |
| CENTURYLINK | 81511800 | Phone | (281) 261-2630 | N |
| CENTURYLINK | 300754620 | Phone | (512) 393-5060 | N |
| CENTURYLINK | 81511800 | Phone | (325) 655-8744 | N |
| CENTURYLINK | 81511800 | Phone | (817) 346-4456 | N |
| CENTURYLINK | 81511800 | Phone | (903) 534-8280 | N |
| CENTURYLINK | 81511800 | Phone | (719) 542-1745 | N |
| CENTURYLINK | 81511800 | Phone | (432) 520-7600 | N |
| CENTURYLINK | 81511800 | Phone | (806) 468-9375 | N |
| CENTURYLINK | 81511800 | Phone | (325) 698-4950 | N |
| CENTURYLINK | 81511800 | Phone | (210) 333-8495 | N |
| CENTURYLINK | 81511800 | Phone | (501) 225-3434 | N |

| Name | Account # | Service Type | Other Acct Info | CASS Paid Utility? Y/N |
|---|---|---|---|---|
| CENTURYLINK | 81511800 | Phone | (432) 362-4426 | N |
| CENTURYLINK | 81511800 | Phone | (417) 206-9090 | N |
| CENTURYLINK | 81511800 | Phone | (913) 299-8253 | N |
| CENTURYLINK | 81511800 | Phone | (817) 503-8917 | N |
| CENTURYLINK | 81511800 | Phone | (512) 292-1658 | N |
| CENTURYLINK | 81511800 | Phone | (281) 812-6127 | N |
| CITY OF ABILENE | 52070003 A | WATER/SEWER | | Y |
| CITY OF ABILENE | 52070003 A1 | TRASH | | Y |
| CITY OF ALEXANDRIA | 149867145122 A1 | ELECTRIC | | Y |
| CITY OF ALEXANDRIA | 149867145122 A2 | GAS | | Y |
| CITY OF ALEXANDRIA | 149867145122 A3 | WATER/SEWER | | Y |
| CITY OF AMARILLO | 0317067002 A | WATER/SEWER | | Y |
| CITY OF AMARILLO | 0317067002 A1 | TRASH | | Y |
| CITY OF AMMON | 40102001 A1 | WATER/SEWER | | Y |
| CITY OF AMMON | 40102001 A2 | TRASH | | Y |
| CITY OF AUSTIN | 0006330000 A | WATER/SEWER | | Y |
| CITY OF AUSTIN | 1584020000 A1 | ELECTRIC | | Y |
| CITY OF AUSTIN | 1584020000 A2 | WATER/SEWER | | Y |
| CITY OF AUSTIN | 1584020000 A3 | TRASH | | Y |
| CITY OF AUSTIN | 4582910000 A1 | WATER/SEWER | | Y |
| CITY OF AUSTIN | 4582910000 A2 | TRASH | | Y |
| CITY OF AUSTIN | 5582910000 A | WATER/SEWER | | Y |
| CITY OF AUSTIN | 7995330000 A1 | ELECTRIC | | Y |
| CITY OF AUSTIN | 7995330000 A2 | WATER/SEWER | | Y |
| CITY OF AUSTIN | 7995330000 A3 | TRASH | | Y |
| CITY OF AUSTIN | 9945510000 A | ELECTRIC | | Y |
| CITY OF BAYTOWN | 23902273300 A | WATER/SEWER | | Y |
| CITY OF BEAUMONT | 0003694210004 30282 A1 | WATER/SEWER | | Y |
| CITY OF BEAUMONT | 0003694210004 30282 A2 | TRASH | | Y |
| CITY OF BEAUMONT | 0003697870004 30328 A | WATER/SEWER | | Y |
| CITY OF CEDAR PARK | 00101162000 A | WATER/SEWER | | Y |
| CITY OF CORPUS CHRISTI | 288665232318 A | WATER/SEWER | | Y |
| CITY OF CORPUS CHRISTI | 288665232318 A1 | GAS | | Y |
| CITY OF DENTON | 425034801 A1 | ELECTRIC | | Y |
| CITY OF DENTON | 425034801 A2 | WATER/SEWER | | Y |
| CITY OF DENTON | 425034801 A3 | TRASH | | Y |
| CITY OF FORT WORTH WATER DEPT | 897653453982 A | WATER/SEWER | | Y |
| CITY OF GRAND JUNCTION | 0003939500 A | WATER/SEWER | | Y |
| CITY OF GRAND PRAIRIE | 133108092201 A | WATER/SEWER | | Y |
| CITY OF GREELEY | 06081214401 A | WATER/SEWER | | Y |
| CITY OF HURST | 00559 A | WATER/SEWER | | Y |
| CITY OF HURST | 00560 A | WATER/SEWER | | Y |
| CITY OF IRVING MUNICIPAL SVCS | 43129101002 A | WATER/SEWER | | Y |

| Name | Account # | Service Type | Other Acct Info | CASS Paid Utility? Y/N |
|---|---|---|---|---|
| CITY OF IRVING MUNICIPAL SVCS | 43129201002    A | WATER/SEWER | | Y |
| CITY OF IRVING MUNICIPAL SVCS | 43129301002    A | WATER/SEWER | | Y |
| CITY OF IRVING MUNICIPAL SVCS | 43129301002    A1 | TRASH | | Y |
| CITY OF JOPLIN | 161097819925    A1 | WATER/SEWER | | Y |
| CITY OF JOPLIN | 161271736105    A | WATER/SEWER | | Y |
| CITY OF LAKE CHARLES | 9982966350    A | WATER/SEWER | | Y |
| CITY OF LAKE JACKSON | 14833512502    A1 | WATER/SEWER | | Y |
| CITY OF LAKE JACKSON | 14833512502    A2 | TRASH | | Y |
| CITY OF LAREDO UTILITIES | 715290580322    A1 | WATER/SEWER | | Y |
| CITY OF LAREDO UTILITIES | 715290580322    A2 | TRASH | | Y |
| CITY OF LAREDO UTILITIES | 715290580323    A | WATER/SEWER | | Y |
| CITY OF LEWISVILLE | 0430000412001    A | WATER/SEWER | | Y |
| CITY OF LEWISVILLE | 0430000413001    A | WATER/SEWER | | Y |
| CITY OF LONGMONT | 6864724939    A1 | ELECTRIC | | Y |
| CITY OF LONGMONT | 6864724939    A2 | WATER/SEWER | | Y |
| CITY OF LONGVIEW WATER UTIL | 2142999710    A | WATER/SEWER | | Y |
| CITY OF LONGVIEW WATER UTIL | 2142999810    A | WATER/SEWER | | Y |
| CITY OF LONGVIEW WATER UTIL | 2142999910    A | WATER/SEWER | | Y |
| CITY OF LOVELAND | 7539928650    A1 | ELECTRIC | | Y |
| CITY OF LOVELAND | 7539928650    A2 | WATER/SEWER | | Y |
| CITY OF MANSFIELD | F1000104240002    A | WATER/SEWER | | Y |
| CITY OF MERIDIAN | 2046471201    A1 | WATER/SEWER | | Y |
| CITY OF MERIDIAN | 2046471201    A2 | TRASH | | Y |
| CITY OF MIDLAND | 108871108664    A | WATER/SEWER | | Y |
| CITY OF MIDLAND | 108871108664    A1 | TRASH | | Y |
| CITY OF MIDLAND | 108871108666    A | WATER/SEWER | | Y |
| CITY OF ODESSA | 160691144656    A | WATER/SEWER | | Y |
| CITY OF ODESSA | 160691144860    A | WATER/SEWER | | Y |
| CITY OF PHARR | 29082000    A | WATER/SEWER | | Y |
| CITY OF PHARR | 29082200    A | WATER/SEWER | | Y |
| CITY OF ROCKWALL | 9539    A | WATER/SEWER | | Y |
| CITY OF ROCKWALL | 9540    A | WATER/SEWER | | Y |
| CITY OF ROUND ROCK | 46773302    A | WATER/SEWER | | Y |
| CITY OF SAN MARCOS | 0010001291605    A1 | ELECTRIC | | Y |
| CITY OF SAN MARCOS | 0010001291605    A2 | WATER/SEWER | | Y |
| CITY OF SAN MARCOS | 0010001291703    A | WATER/SEWER | | Y |
| CITY OF SAN MARCOS | 0010002460300    A | ELECTRIC | | Y |
| CITY OF TWIN FALLS | 029457002    A | WATER/SEWER | | Y |
| CITY OF TWIN FALLS | 029457002    A1 | TRASH | | Y |
| CITY OF TYLER | 11406382896    A | WATER/SEWER | | Y |
| CITY OF VICTORIA UBO | 034124200    A | WATER/SEWER | | Y |
| CITY OF VICTORIA UBO | 034124300    A | WATER/SEWER | | Y |
| CITY OF WACO WATER OFFICE | 159868216289    A | WATER/SEWER | | Y |

| Name | Account # | Service Type | Other Acct Info | CASS Paid Utility? Y/N |
|---|---|---|---|---|
| CITY OF WAXAHACHIE | 101500009001 A | WATER/SEWER | | Y |
| CITY OF WAXAHACHIE | 101500010001 A | WATER/SEWER | | Y |
| CITY OF WAXAHACHIE | 101500011001 A | WATER/SEWER | | Y |
| CITY SAN ANGELO UTILITY BILLNG | 122849187904 A | WATER/SEWER | | Y |
| CITY SAN ANGELO UTILITY BILLNG | 164679187904 A | WATER/SEWER | | Y |
| COKINOS ENERGY CORP | 1563872 A | GAS | | Y |
| COKINOS ENERGY CORP | 1582778 A | GAS | | Y |
| COKINOS ENERGY CORP | 1585754 A | GAS | | Y |
| COKINOS ENERGY CORP | 1669223 A | GAS | | Y |
| COLLEGE STATION UTILITIES | 161577178988 A | TRASH | | Y |
| COLLEGE STATION UTILITIES | 161577178988 A1 | ELECTRIC | | Y |
| COLLEGE STATION UTILITIES | 161577178988 A2 | WATER/SEWER | | Y |
| COLORADO SPRINGS UTILITIES | 3609186401 A1 | ELECTRIC | | Y |
| COLORADO SPRINGS UTILITIES | 3609186401 A2 | GAS | | Y |
| COLORADO SPRINGS UTILITIES | 3609186401 A3 | WATER/SEWER | | Y |
| CONSOLIDATED MUTUAL WATER CO | 0280190001 A | WATER/SEWER | | Y |
| COTTONWOOD WTR & SANITATN DIST | 901801 A | WATER/SEWER | | Y |
| CPS ENERGY | 3000389528 A | ELECTRIC | | Y |
| CPS ENERGY | 3000389531 A | GAS | | Y |
| CPS ENERGY | 3000987302 A | GAS | | Y |
| CPS ENERGY | 3000992511 A | ELECTRIC | | Y |
| CPS ENERGY | 3001498760 A1 | ELECTRIC | | Y |
| CPS ENERGY | 3001498760 A2 | GAS | | Y |
| DEFFENBAUGH | 01-0037850-4 | TRASH | 56 | N |
| DEFFENBAUGH | 60-0025465-0 | TRASH | 108 | N |
| DIRECTV | 010493185 | Cable | 21 | N |
| DIRECTV | 010493186 | Cable | 29 | N |
| DIRECTV | 010493187 | Cable | 30 | N |
| DIRECTV | 010493188 | Cable | 32 | N |
| DIRECTV | 010493189 | Cable | 33 | N |
| DIRECTV | 010493190 | Cable | 34 | N |
| DIRECTV | 010493191 | Cable | 35 | N |
| DIRECTV | 010493192 | Cable | 36 | N |
| DIRECTV | 010493193 | Cable | 37 | N |
| DIRECTV | 010493194 | Cable | 38 | N |
| DIRECTV | 010493195 | Cable | 40 | N |
| DIRECTV | 010493196 | Cable | 41 | N |
| DIRECTV | 010493197 | Cable | 43 | N |
| DIRECTV | 010493198 | Cable | 48 | N |
| DIRECTV | 010493199 | Cable | 52 | N |
| DIRECTV | 010493200 | Cable | 53 | N |
| DIRECTV | 010493201 | Cable | 54 | N |
| DIRECTV | 010493202 | Cable | 55 | N |

| Name | Account # | Service Type | Other Acct Info | CASS Paid Utility? Y/N |
|---|---|---|---|---|
| DIRECTV | 010493203 | Cable | 56 | N |
| DIRECTV | 010493204 | Cable | 60 | N |
| DIRECTV | 010493205 | Cable | 61 | N |
| DIRECTV | 010493206 | Cable | 64 | N |
| DIRECTV | 010493207 | Cable | 65 | N |
| DIRECTV | 010493208 | Cable | 69 | N |
| DIRECTV | 010493209 | Cable | 71 | N |
| DIRECTV | 010493210 | Cable | 73 | N |
| DIRECTV | 010493211 | Cable | 75 | N |
| DIRECTV | 010493212 | Cable | 78 | N |
| DIRECTV | 010493213 | Cable | 82 | N |
| DIRECTV | 010493214 | Cable | 83 | N |
| DIRECTV | 010493215 | Cable | 87 | N |
| DIRECTV | 010493216 | Cable | 88 | N |
| DIRECTV | 010493217 | Cable | 89 | N |
| DIRECTV | 010493218 | Cable | 91 | N |
| DIRECTV | 010493219 | Cable | 94 | N |
| DIRECTV | 010493220 | Cable | 100 | N |
| DIRECTV | 010493221 | Cable | 103 | N |
| DIRECTV | 010493222 | Cable | 105 | N |
| DIRECTV | 010493223 | Cable | 108 | N |
| DIRECTV | 010493224 | Cable | 111 | N |
| DIRECTV | 010493225 | Cable | 112 | N |
| DUNCAN DISPOSAL | 3-0794-1217906 | TRASH | 54 | N |
| EMPIRE DISTRICT | 960427805   A | ELECTRIC | | Y |
| ENTERGY | 34513499   A | ELECTRIC | | Y |
| ENTERGY | 44889012   A | ELECTRIC | | Y |
| ENTERGY TEXAS INC | 2040411   A | ELECTRIC | | Y |
| FORT BEND MUD #115 | ELB902992994224500   A | WATER/SEWER | | Y |
| FORT BEND MUD #115 | ELB902992994224700   A | WATER/SEWER | | Y |
| GALLEGOS SANITATION | 1445206 | TRASH | 57 | N |
| GOLDEN K RECYCLING | | TRASH | 45 | N |
| GREEN MOUNTAIN ENERGY | 10032789429791840   A | ELECTRIC | | Y |
| GREEN MOUNTAIN ENERGY | 10032789467237008   A | ELECTRIC | | Y |
| GREEN MOUNTAIN ENERGY | 10032789479914561   A | ELECTRIC | | Y |
| GREEN MOUNTAIN ENERGY | 10032789487529071   A | ELECTRIC | | Y |
| GREEN MOUNTAIN ENERGY | 10032789487818721   A | ELECTRIC | | Y |
| GREEN MOUNTAIN ENERGY | 1008901023804393460100A | ELECTRIC | | Y |
| GREEN MOUNTAIN ENERGY | 1008901023808144800100A | ELECTRIC | | Y |
| GREEN MOUNTAIN ENERGY | 1008901023812852690102A | ELECTRIC | | Y |
| GREEN MOUNTAIN ENERGY | 1008901023813121940102A | ELECTRIC | | Y |
| GREEN MOUNTAIN ENERGY | 1008901023813128440102A | ELECTRIC | | Y |
| GREEN MOUNTAIN ENERGY | 1008901023814518460104A | ELECTRIC | | Y |

| Name | Account # | Service Type | Other Acct Info | CASS Paid Utility? Y/N |
|---|---|---|---|---|
| GREEN MOUNTAIN ENERGY | 10089010238161867901 05A | ELECTRIC | | Y |
| GREEN MOUNTAIN ENERGY | 10089010238164600401 05A | ELECTRIC | | Y |
| GREEN MOUNTAIN ENERGY | 10204049721576339 A | ELECTRIC | | Y |
| GREEN MOUNTAIN ENERGY | 10204049775865412 A | ELECTRIC | | Y |
| GREEN MOUNTAIN ENERGY | 10400513544460001 A | ELECTRIC | | Y |
| GREEN MOUNTAIN ENERGY | 10443720004480311 A | ELECTRIC | | Y |
| GREEN MOUNTAIN ENERGY | 10443720006373617 A | ELECTRIC | | Y |
| GREEN MOUNTAIN ENERGY | 10443720006507566 A | ELECTRIC | | Y |
| GREEN MOUNTAIN ENERGY | 10443720006888646 A | ELECTRIC | | Y |
| GREEN MOUNTAIN ENERGY | 10443720006897482 A | ELECTRIC | | Y |
| GREEN MOUNTAIN ENERGY | 10443720007255226 A | ELECTRIC | | Y |
| GREEN MOUNTAIN ENERGY | 10443720007636740 A | ELECTRIC | | Y |
| GREEN MOUNTAIN ENERGY | 10443720008126284 A | ELECTRIC | | Y |
| GREEN MOUNTAIN ENERGY | 10443720008696468 A | ELECTRIC | | Y |
| GREEN MOUNTAIN ENERGY | 10443720008817737 A | ELECTRIC | | Y |
| GREEN MOUNTAIN ENERGY | 10443720009540811 A | ELECTRIC | | Y |
| GREEN MOUNTAIN ENERGY | 10443720009732800 A | ELECTRIC | | Y |
| HARRIS CO MUD # 285 | 304280660018000 A | WATER/SEWER | | Y |
| HARRIS CO MUD # 285 | 304280660019000 A | WATER/SEWER | | Y |
| HARRIS CO MUD # 285 | 304280660020000 A | WATER/SEWER | | Y |
| HARRIS COUNTY MUD #132 | 601320132181900 A | WATER/SEWER | | Y |
| HARRIS COUNTY MUD #132 | 601320132182000 A | WATER/SEWER | | Y |
| IDAHO POWER | 2203198060 A | ELECTRIC | | Y |
| IDAHO POWER | 2203308842 A | ELECTRIC | | Y |
| IDAHO POWER | 2206262103 A | ELECTRIC | | Y |
| INTERMOUNTAIN GAS CO | 101435000019 A | GAS | | Y |
| INTERMOUNTAIN GAS CO | 101571000013 A | GAS | | Y |
| INTERMOUNTAIN GAS CO | 136271000012 A | GAS | | Y |
| INTERMOUNTAIN GAS CO | 147996000013 A | GAS | | Y |
| INTERMOUNTAIN RURAL ELEC ASSOC | 26008500 A | ELECTRIC | | Y |
| INTERSTATE MUD | 600470047004102 A | WATER/SEWER | | Y |
| INTERSTATE MUD | 600470047004202 A | WATER/SEWER | | Y |
| KANSAS CITY BD OF PUBLIC UTIL | 00000021472717 A1 | ELECTRIC | | Y |
| KANSAS CITY BD OF PUBLIC UTIL | 00000021472717 A2 | WATER/SEWER | | Y |
| LUBBOCK POWER & LIGHT | 97711499985721 A1 | ELECTRIC | | Y |
| LUBBOCK POWER & LIGHT | 97711499985721 A2 | WATER/SEWER | | Y |
| LUS | 8903675285 A1 | ELECTRIC | | Y |
| LUS | 8903675285 A2 | WATER/SEWER | | Y |
| MCALLEN PUBLIC UTILITIES | 000722810103748 A1 | WATER/SEWER | | Y |
| MCALLEN PUBLIC UTILITIES | 000722810103748 A2 | TRASH | | Y |
| MISSOURI AMERICAN WATER | 1017210009215590 A | WATER/SEWER | | Y |
| MISSOURI AMERICAN WATER | 1017210010059721 A | WATER/SEWER | | Y |
| MISSOURI AMERICAN WATER | 1017210010390750 A | WATER/SEWER | | Y |

| Name | Account # | Service Type | Other Acct Info | CASS Paid Utility? Y/N |
|---|---|---|---|---|
| MISSOURI GAS ENERGY | 7312413725    A | GAS | | Y |
| NEW BRAUNFELS UTILITIES | 0005563050    A1 | ELECTRIC | | Y |
| NEW BRAUNFELS UTILITIES | 0005563050    A2 | WATER/SEWER | | Y |
| NEW BRAUNFELS UTILITIES | 0005563050    A3 | TRASH | | Y |
| NORTH LITTLE ROCK ELECTRIC | 0014004110    A | ELECTRIC | | Y |
| NW HARRIS CO MUD #29 | 107290298088000    A | WATER/SEWER | | Y |
| NW HARRIS CO MUD #29 | 107290298090000    A | WATER/SEWER | | Y |
| NW HARRIS CO MUD #29 | 107290298184000    A | WATER/SEWER | | Y |
| PEDERNALES ELECTRIC COOP INC | 200001410469    A | ELECTRIC | | Y |
| PROGRESSIVE WASTE | 070026421 | TRASH | 31 | N |
| PROGRESSIVE WASTE | 005104362 | TRASH | 55 | N |
| PROGRESSIVE WASTE | 049003681 | TRASH | 60 | N |
| PROGRESSIVE WASTE | 005104361 | TRASH | 64 | N |
| PROGRESSIVE WASTE | 005104363 | TRASH | 75 | N |
| PROGRESSIVE WASTE | 025004682 | TRASH | 82 | N |
| PROGRESSIVE WASTE | 005104364 | TRASH | 112 | N |
| PSI ENVIRONMENTAL | 2211-192150 | TRASH | 49 | N |
| REPUBLIC | 3-0068-0003896 | TRASH | 21 | N |
| REPUBLIC | 3-0691-2408838 | TRASH | 94 | N |
| REPUBLIC | 3-0688-2897395 | TRASH | 100 | N |
| REPUBLIC | 3-0688-2899126 | TRASH | 105 | N |
| ROCKY MTN POWER | 08650165001    A | ELECTRIC | | Y |
| ROGERS WATER UTILITIES | 2191111300    A | WATER/SEWER | | Y |
| ROGERS WATER UTILITIES | 2191211300    A | WATER/SEWER | | Y |
| SAN ANTONIO WATER SYSTEM | 00003021900302200001  A | WATER/SEWER | | Y |
| SAN ANTONIO WATER SYSTEM | 00003027300302740001  A | WATER/SEWER | | Y |
| SAN ANTONIO WATER SYSTEM | 00006602700660280001  A | WATER/SEWER | | Y |
| SAN ANTONIO WATER SYSTEM | 00006602800660290001  A | WATER/SEWER | | Y |
| SAN ANTONIO WATER SYSTEM | 00039700403970050001  A | WATER/SEWER | | Y |
| SAN ANTONIO WATER SYSTEM | 00039799903980000001  A | WATER/SEWER | | Y |
| SAN ANTONIO WATER SYSTEM | 00049622904962300001  A | WATER/SEWER | | Y |
| SAN ANTONIO WATER SYSTEM | 00049697804969790001  A | WATER/SEWER | | Y |
| SAN ANTONIO WATER SYSTEM | 00049768104976820001  A | WATER/SEWER | | Y |
| SIENERGY LP | 1132771100    A | GAS | | Y |
| SOURCEGAS ARKANSAS INC | 211011011304    A | GAS | | Y |
| SOUTHERN SANITATION | 4135 | TRASH | 36 | N |
| SOUTHWESTERN ELECTRIC POWER | 96490529201    A | ELECTRIC | | Y |
| SOUTHWESTERN ELECTRIC POWER | 96798265805    A | ELECTRIC | | Y |
| SUDDEN LINK | 100001-8601-702992701 | Cable | 101 | N |
| TEXARKANA WATER UTILITIES | 0400172202    A | WATER/SEWER | | Y |
| TEXARKANA WATER UTILITIES | 0400172202    A1 | TRASH | | Y |
| TEXAS DISPOSAL | 3-0030233-6 | TRASH | 48 | N |
| TEXAS GAS SERVICE | 910028180158205864   A | GAS | | Y |

| Name | Account # | Service Type | Other Acct Info | CASS Paid Utility? Y/N |
|---|---|---|---|---|
| TEXAS GAS SERVICE | 910337572153353582    A | GAS | | Y |
| TEXAS GAS SERVICE | 910337572154043273    A | GAS | | Y |
| TEXAS GAS SERVICE | 910602494156387264    A | GAS | | Y |
| TEXAS GAS SERVICE | 910602494158575418    A | GAS | | Y |
| TEXAS GAS SERVICE | 910602494166922373    A | GAS | | Y |
| TEXAS GAS SERVICE | 910693129158277882    A | GAS | | Y |
| TIGER INC | 0208603    A | GAS | | Y |
| TIGER INC | 0208604    A | GAS | | Y |
| TIGER INC | 0208605    A | GAS | | Y |
| TIGER INC | 0208606    A | GAS | | Y |
| TIGER INC | 0208608    A | GAS | | Y |
| TIGER INC | 0208609    A | GAS | | Y |
| TIME WARNER CABLE | 8260 16129 1356879 | Cable | 31 | N |
| TIME WARNER CABLE | 8260 1805 20005875 | Cable | 36 | N |
| TIME WARNER CABLE | 8260 1800 80006487 | Cable | 38 | N |
| UBS | 70737983018    A | WATER/SEWER | | Y |
| UBS | 70737993017    A | WATER/SEWER | | Y |
| UBS | 93505823000    A | WATER/SEWER | | Y |
| UBS | 93505833009    A | WATER/SEWER | | Y |
| UNITED WATER IDAHO | 06008915231111    A | WATER/SEWER | | Y |
| UTE WATER CONSERVANCY DIST | 42333410    A | WATER/SEWER | | Y |
| VERIZON | 105416280139958202 | Phone | (979) 764-7374 | N |
| WASTE CONNECTIONS OF TX | 5120-7673418 | TRASH | 69 | N |
| WASTE MGMT | 017-0315854-2017-2 | TRASH | 29 | N |
| WASTE MGMT | VIC-0009024-2848-1 | TRASH | 40 | N |
| WASTE MGMT | 020-0252833-0178-3 | TRASH | 61 | N |
| WASTE MGMT | 717-0020877-1177-2 | TRASH | 83 | N |
| WASTE MGMT | 881-0135262-2528-2 | TRASH | 88 | N |
| WASTE MGMT | SAN-0184269-0007-4 | TRASH | 103 | N |
| WCA WASTE CORP | 010-006932 | TRASH | 30 | N |
| WCA WASTE CORP | 010-006228 | TRASH | 71 | N |
| WCA WASTE CORP | 002-479157 | TRASH | 107 | N |
| XCEL ENERGY | 5338230972    A | GAS | | Y |
| XCEL ENERGY | 5439468129    A | ELECTRIC | | Y |
| XCEL ENERGY COLORADO | 5391403520    A | ELECTRIC | | Y |
| XCEL ENERGY COLORADO | 5391403575    A | ELECTRIC | | Y |
| XCEL ENERGY COLORADO | 5391404269    A | ELECTRIC | | Y |