**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 14, 2014**

_____
                **TONY M. DAVIS**
        **UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| FIRED UP, INC. | § § | Case No. 14-10447-tmd |
| | § | (Chapter 11) |
| Debtor. | § § | |

**SECOND INTERIM ORDER ON
EMERGENCY MOTION PURSUANT TO 11 U.S.C. § 363 FOR AUTHORITY TO USE,
SELL, OR LEASE CASH COLLATERAL IN THE ORDINARY COURSE, PROVIDE
ADEQUATE PROTECTION AND FOR PRELIMINARY HEARING**

    CAME ON TO BE HEARD on April 11, 2014, the second interim hearing on Debtor's Emergency Motion Pursuant to 11 U.S.C. §363 for Authority to Use, Sell or Lease, Cash Collateral in the Ordinary Course and Provide Adequate Protection. The Court finds that it should enter the following order.

    IT IS THEREFORE ORDERED AS FOLLOWS:

    1. The Debtor is hereby authorized to use cash collateral to pay its usual and necessary

      operating expenses as set forth on the attached budget pending the final hearing on this motion; provided, however, that no professional fees shall be paid absent approval of the court.

2. All parties with an interest in cash collateral are granted a replacement lien to the same extent, priority and validity as their pre-petition liens.
3. The Court will conduct a final hearing on the Motion on May 1, 2014 at 1:30 p.m. before the United States Bankruptcy Court, 903 San Jacinto, Courtroom No. 1, Austin, TX 78701. Any objections to the relief requested shall be filed on or before April 25, 2014 and shall be served on the latest version of the Debtor's MasterLimited Service List.
4. Debtor shall be responsible for notice.

###

Order Submitted By:

Stephen W. Sather
Barron & Newburger, P.C.
1212 Guadalupe, Suite 104
Austin, TX 78701

**Fired Up, Inc. dba Johnny Carino's**
**Summary of All Units**
**Four Month Budget -18 weeks**

| Summary of All Units | 5 Week Period Ended April 30, 2014 | 4 Week Period Ended May 28, 2014 | 4 Week Period Ended June 25, 2014 | 5 Week Period Ended July 30, 2014 | Total | % |
|---|---:|---:|---:|---:|---:|---:|
| Guest Counts | 618,910 | 524,790 | 486,768 | 567,139 | 2,197,608 | |
| | | | | | | |
| Food Sales | 8,069,479 | 6,845,166 | 6,354,827 | 7,406,794 | 28,676,265 | 84.8% |
| Beverage Sales | 574,275 | 487,318 | 451,601 | 525,999 | 2,039,193 | 6.0% |
|   Food & Beverage Sales | 8,643,754 | 7,332,484 | 6,806,428 | 7,932,793 | 30,715,459 | 90.8% |
| | | | | | | |
| Liquor Sales | 320,177 | 270,931 | 251,544 | 291,770 | 1,134,422 | 3.4% |
| Beer Sales | 161,552 | 136,815 | 127,177 | 147,947 | 573,492 | 1.7% |
| Wine Sales | 389,934 | 331,117 | 307,724 | 358,242 | 1,387,016 | 4.1% |
|   Total Alcohol Sales | 871,663 | 738,863 | 686,444 | 797,959 | 3,094,929 | 9.2% |
| | | | | | | |
|   Gross Sales | 9,515,417 | 8,071,347 | 7,492,872 | 8,730,752 | 33,810,388 | 100.0% |
| | | | | | | |
| Food Comps | 871,874 | 741,581 | 686,879 | 798,892 | 3,099,226 | 9.2% |
| Alcohol Comps | 0 | 0 | 0 | 0 | 0 | 0.0% |
| Employee Discounts | 64,333 | 54,546 | 50,804 | 58,825 | 228,508 | 0.7% |
| BOGs | 8,618 | 7,268 | 6,657 | 7,629 | 30,172 | 0.1% |
| Coupons | 82,956 | 70,643 | 65,801 | 77,179 | 296,580 | 0.9% |
| Guest Loyalty | 30,511 | 25,793 | 23,847 | 27,778 | 107,928 | 0.3% |
|   Total Comps | 1,058,293 | 899,831 | 833,987 | 970,304 | 3,762,415 | 11.1% |
| | | | | | | |
|   Net Sales | 8,457,124 | 7,171,516 | 6,658,885 | 7,760,448 | 30,047,973 | 88.9% |
| | | | | | | |
| Meat | 237,876 | 201,785 | 187,331 | 218,341 | 845,334 | 2.9% |
| Seafood | 146,230 | 124,044 | 115,158 | 134,221 | 519,652 | 1.8% |
| Poultry | 269,805 | 228,870 | 212,475 | 247,648 | 958,797 | 3.3% |
| Produce | 242,452 | 205,666 | 190,934 | 222,541 | 861,593 | 3.0% |
| Dairy | 282,432 | 239,581 | 222,419 | 259,238 | 1,003,669 | 3.5% |
| Bakery | 168,707 | 143,110 | 132,859 | 154,852 | 599,528 | 2.1% |
| Pasta | 155,700 | 132,077 | 122,616 | 142,913 | 553,305 | 1.9% |
| Sauces | 141,605 | 120,120 | 111,516 | 129,976 | 503,217 | 1.8% |
| Oils | 83,141 | 70,526 | 65,474 | 76,313 | 295,454 | 1.0% |
| Desserts | 59,731 | 50,669 | 47,039 | 54,826 | 212,265 | 0.7% |
| Other Food | 314,710 | 266,961 | 247,838 | 288,865 | 1,118,374 | 3.9% |
| Other | 0 | 0 | 0 | 0 | 0 | 0.0% |
|   Total Food Cost | 2,102,386 | 1,783,409 | 1,655,659 | 1,929,734 | 7,471,188 | 26.1% |
| | | | | | | |
| NA Beverage | 101,647 | 86,255 | 79,933 | 93,102 | 360,937 | 17.7% |
|   Total Food & Beverage Costs | 2,204,033 | 1,869,665 | 1,735,592 | 2,022,835 | 7,832,125 | 25.5% |

| Summary of All Units | April 30, 2014 | May 28, 2014 | June 25, 2014 | July 30, 2014 | Total | % |
|---|---:|---:|---:|---:|---:|---:|
| Liquor | 54,110 | 45,787 | 42,511 | 49,309 | 191,717 | 16.9% |
| Beer | 57,351 | 48,569 | 45,148 | 52,521 | 203,590 | 35.5% |
| Wine | 134,524 | 114,232 | 106,162 | 123,590 | 478,508 | 34.5% |
|   Total Alcohol Costs | 245,985 | 208,589 | 193,821 | 225,421 | 873,815 | 28.2% |
|  |  |  |  |  |  |  |
|   Total Cost of Sales | 2,450,018 | 2,078,254 | 1,929,413 | 2,248,256 | 8,705,940 | 25.7% |
|  |  |  |  |  |  |  |
| Hostess | 103,559 | 87,892 | 81,862 | 95,396 | 368,710 | 1.1% |
| Foodserver | 258,167 | 219,450 | 204,166 | 238,938 | 920,722 | 2.7% |
| Tender | 98,431 | 83,642 | 77,666 | 90,097 | 349,836 | 1.0% |
| Bartender | 73,679 | 62,613 | 58,231 | 68,129 | 262,652 | 0.8% |
| Curbside/To Go | 53,092 | 45,073 | 41,964 | 48,368 | 188,497 | 0.6% |
| Catering | 65,427 | 55,574 | 51,659 | 59,936 | 232,597 | 0.7% |
| Dining Room Expo | 0 | 0 | 0 | 0 | 0 | 0.0% |
| Key Staff | 38,825 | 33,104 | 30,384 | 35,509 | 137,822 | 0.4% |
| Dining Room Training | 46,442 | 39,344 | 36,642 | 42,823 | 165,251 | 0.5% |
|   Total Dining Room Labor | 737,622 | 626,693 | 582,575 | 679,196 | 2,626,086 | 7.8% |
|  |  |  |  |  |  |  |
| Kitchen | 829,617 | 703,881 | 653,355 | 761,754 | 2,948,607 | 8.7% |
| Steward | 198,824 | 168,726 | 156,458 | 182,279 | 706,286 | 2.1% |
| Kitchen Training | 19,700 | 16,742 | 15,675 | 18,363 | 70,479 | 0.2% |
|   Total Kitchen Labor | 1,048,140 | 889,349 | 825,488 | 962,395 | 3,725,372 | 11.0% |
|  |  |  |  |  |  |  |
| Meetings | 9,932 | 8,413 | 7,808 | 9,128 | 35,280 | 0.1% |
|  |  |  |  |  |  |  |
|   Total Wages | 1,795,694 | 1,524,455 | 1,415,871 | 1,650,719 | 6,386,739 | 18.9% |
|  |  |  |  |  |  |  |
| MIT/Incentive Credits | 0 | 0 | 0 | 0 | 0 | 0.0% |
| Manager Salaries | 568,690 | 454,952 | 454,952 | 568,690 | 2,047,285 | 6.1% |
| Total Manager Salaries | 568,690 | 454,952 | 454,952 | 568,690 | 2,047,285 | 6.1% |
|  |  |  |  |  |  |  |
| Staff Incentives | 560 | 448 | 448 | 560 | 2,015 | 0.0% |
| Payroll Taxes | 378,978 | 321,395 | 298,813 | 348,228 | 1,347,414 | 4.0% |
|  |  |  |  |  |  |  |
|   Total Labor Expense | 2,743,922 | 2,301,250 | 2,170,083 | 2,568,197 | 9,783,453 | 28.9% |
|  |  |  |  |  |  |  |
| Rebates | (35,284) | (28,227) | (28,227) | (35,284) | (127,022) | -0.4% |
| Fuel Charge | 6,988 | 5,935 | 5,679 | 6,504 | 25,106 | 0.1% |
| Inventory Reserve Adjustment | 0 | 0 | 0 | 0 | 0 | 0.0% |
| Supplies | 108,208 | 92,141 | 85,316 | 99,968 | 385,634 | 1.1% |
| Catering Supplies | 32,972 | 27,906 | 25,861 | 29,997 | 116,736 | 0.3% |
| China | 11,482 | 9,742 | 8,964 | 10,465 | 40,654 | 0.1% |
| Glassware | 5,818 | 4,939 | 4,534 | 5,297 | 20,588 | 0.1% |
| Silverware | 8,679 | 7,381 | 6,817 | 7,921 | 30,799 | 0.1% |
| TakeOut | 82,696 | 70,156 | 65,205 | 75,722 | 293,778 | 0.9% |
| Chemicals | 50,679 | 43,257 | 40,037 | 46,760 | 180,734 | 0.5% |

| Summary of All Units | April 30, 2014 | May 28, 2014 | June 25, 2014 | July 30, 2014 | Total | % |
|---|---:|---:|---:|---:|---:|---:|
| Supply Rebates | 0 | 0 | 0 | 0 | 0 | 0.0% |
| Uniforms | 5,392 | 5,392 | 5,392 | 5,392 | 21,566 | 0.1% |
| Tableware / Menus | 2,393 | 2,393 | 2,393 | 2,393 | 9,573 | 0.0% |
| Linen | 55,422 | 46,817 | 43,439 | 50,731 | 196,409 | 0.6% |
|   Total Restaurant Expense | 335,445 | 287,831 | 265,410 | 305,866 | 1,194,553 | 3.5% |
|  |  |  |  |  |  |  |
| Telephone Expense | 36,116 | 36,116 | 36,116 | 36,116 | 144,464 | 0.4% |
| WC Insurance - Fixed | 22,500 | 22,500 | 22,500 | 22,500 | 90,000 | 0.3% |
| WC Insurance - Variable | 5,000 | 5,000 | 5,000 | 5,000 | 20,000 | 0.1% |
| Fixed Rental | 35,425 | 28,340 | 28,340 | 35,425 | 127,528 | 0.4% |
| Exterminator Expense | 12,514 | 10,011 | 10,011 | 12,514 | 45,050 | 0.1% |
| R&M Variable - Electrical | 12,152 | 10,312 | 9,568 | 11,060 | 43,092 | 0.1% |
| R&M Variable - Plumbing | 16,893 | 14,314 | 13,222 | 15,375 | 59,803 | 0.2% |
| R&M Variable - HVAC | 5,455 | 4,658 | 4,377 | 5,067 | 19,557 | 0.1% |
| R&M Variable - Equipment | 61,499 | 51,985 | 47,866 | 56,352 | 217,702 | 0.6% |
| R&M Variable - Other | 29,642 | 25,201 | 23,174 | 27,096 | 105,114 | 0.3% |
| Janitorial | 61,015 | 52,038 | 48,476 | 56,391 | 217,920 | 0.6% |
| Maint Contracts | 100,399 | 100,399 | 100,399 | 100,399 | 401,595 | 1.2% |
| Utilities Expense - Electric | 170,701 | 161,677 | 188,439 | 200,284 | 721,100 | 2.1% |
| Utilities Expense - Water | 58,411 | 58,411 | 58,411 | 58,411 | 233,643 | 0.7% |
| Utilities Expense - Gas | 78,225 | 78,225 | 78,225 | 78,225 | 312,902 | 0.9% |
| Security Expense | 18,108 | 18,108 | 18,108 | 18,108 | 72,433 | 0.2% |
|   Total Facility Expense | 724,054 | 677,296 | 692,232 | 738,323 | 2,831,905 | 8.4% |
|  |  |  |  |  |  |  |
| Office Expense | 9,864 | 9,864 | 9,864 | 9,864 | 39,458 | 0.1% |
| Credit Card Chargebacks | 627 | 627 | 627 | 627 | 2,508 | 0.0% |
| Bad Debt | 0 | 0 | 0 | 0 | 0 | 0.0% |
| Misc/Delivery/Customer Relations | 899 | 899 | 899 | 899 | 3,596 | 0.0% |
| Sales Tax | 13,707 | 11,680 | 10,832 | 12,625 | 48,843 | 0.1% |
| Dues and Subscriptions Exp | 320 | 320 | 320 | 320 | 1,280 | 0.0% |
| Community Interaction | 4,129 | 4,129 | 4,129 | 4,129 | 16,516 | 0.0% |
| Parking Expense | 0 | 0 | 0 | 0 | 0 | 0.0% |
| Misc. Income | (26,893) | (22,813) | (21,029) | (24,592) | (95,326) | -0.3% |
| Gift Certificates | 2,025 | 2,025 | 2,025 | 2,025 | 8,100 | 0.0% |
| Petty Cash Expense | 0 | 0 | 0 | 0 | 0 | 0.0% |
|   Total Other Expenses | 4,678 | 6,732 | 7,667 | 5,897 | 24,974 | 0.1% |
|  |  |  |  |  |  |  |
| Total Controllable Expense | 6,258,117 | 5,351,363 | 5,064,805 | 5,866,540 | 22,540,825 | 66.7% |
|  |  |  |  |  |  |  |
| Net Operating Income | 2,199,007 | 1,820,153 | 1,594,079 | 1,893,908 | 7,507,148 | 22.2% |
|  |  |  |  |  |  |  |
| Vacation Pay | 16,066 | 13,594 | 12,613 | 14,584 | 56,856 | 0.2% |
| Staff Benefits | 1,735 | 1,388 | 1,388 | 1,735 | 6,247 | 0.0% |
| Manager Bonus | 73,370 | 58,696 | 58,696 | 73,370 | 264,130 | 0.8% |
| Manager Benefits | 78,692 | 66,900 | 62,516 | 72,756 | 280,864 | 0.8% |
| Total Bonus & Benefits | 169,863 | 140,578 | 135,213 | 162,444 | 608,098 | 1.8% |

| Summary of All Units | April 30, 2014 | May 28, 2014 | June 25, 2014 | July 30, 2014 | Total | % |
|---|---:|---:|---:|---:|---:|---:|
| Credit Card Fees | 151,386 | 128,297 | 119,237 | 139,042 | 537,962 | 1.6% |
| Marketing | 63,399 | 53,807 | 49,998 | 58,289 | 225,493 | 0.7% |
| Liquor Tax | 44,614 | 37,799 | 34,980 | 40,438 | 157,830 | 0.5% |
| Non-Controllable Misc. Exp | 692 | 692 | 692 | 692 | 2,769 | 0.0% |
| Licenses Expense | 7,100 | 7,100 | 7,100 | 7,100 | 28,399 | 0.1% |
| Bank Charges | 3,420 | 3,420 | 3,420 | 3,420 | 13,680 | 0.0% |
| Other Insurance Expense | 60,750 | 60,750 | 60,750 | 60,750 | 243,000 | 0.7% |
| Non-Controllable G&A Expense | 331,361 | 291,864 | 276,177 | 309,731 | 1,209,132 | 3.6% |
| | | | | | | |
| Rent or Lease Expense | 643,780 | 643,780 | 643,780 | 643,780 | 2,575,119 | 7.6% |
| Property Tax | 156,325 | 156,325 | 156,325 | 156,325 | 625,301 | 1.8% |
| Total Other Non-Controllable | 800,105 | 800,105 | 800,105 | 800,105 | 3,200,420 | 9.5% |
| | | | | | | |
| Interest Expense | 0 | 0 | 0 | 0 | 0 | 0.0% |
| | | | | | | |
| Depreciation Expense | 209,259 | 167,407 | 167,407 | 209,259 | 753,332 | 2.2% |
| | | | | | | |
| Net Income | 688,420 | 420,199 | 215,177 | 412,369 | 1,736,165 | 5.1% |
| | | | | | | |
| Add back Depreciation | 209,259 | 167,407 | 167,407 | 209,259 | 753,332 | 2.2% |
| | | | | | | |
| Operating Cash Flow from Stores | 897,679 | 587,606 | 382,584 | 621,628 | 2,489,497 | 7.4% |
| | | | | | | |
| Less G&A | 452,519 | 436,383 | 436,383 | 475,194 | 1,800,478 | 5.3% |
| | | | | | | |
| Net Cash Flow | 445,160 | 151,223 | (53,798) | 146,434 | 689,019 | 2.0% |

**Fired Up, Inc. dba Johnny Carino's**
**General & Administrative - Corporate Level**
**Four Month Budget -18 weeks**

|  | 5 Week Period Ended April 30, 2014 | 4 Week Period Ended May 28, 2014 | 4 Week Period Ended June 25, 2014 | 5 Week Period Ended July 30, 2014 | Total |
|---|---|---|---|---|---|
| Projected G&A |  |  |  |  |  |
| Royalties | 225,000 | 190,000 | 190,000 | 225,000 | 830,000 |
| Total Franchise Revenue | 225,000 | 190,000 | 190,000 | 225,000 | 830,000 |
|  |  |  |  |  |  |
| Corporate Compensation | 98,714 | 78,971 | 78,971 | 98,714 | 355,369 |
| Operations Compensation | 140,240 | 112,192 | 112,192 | 140,240 | 504,865 |
| Bonuses | 12,500 | 10,000 | 10,000 | 12,500 | 45,000 |
| Payroll Taxes | 17,602 | 14,081 | 14,081 | 17,602 | 63,366 |
| Vacation | 19,000 | 19,000 | 19,000 | 19,000 | 76,000 |
| Employee Benefits | 2,000 | 2,000 | 2,000 | 2,000 | 8,000 |
| G&A - Compensation | 290,056 | 236,245 | 236,245 | 290,056 | 1,052,601 |
|  |  |  |  |  |  |
| Airfare | 4,300 | 4,300 | 4,300 | 4,300 | 17,200 |
| Lodging | 9,000 | 9,000 | 9,000 | 9,000 | 36,000 |
| Meals | 2,200 | 2,200 | 2,200 | 2,200 | 8,800 |
| Mileage/Gas/Parking | 12,900 | 12,900 | 12,900 | 12,900 | 51,600 |
| Auto Rental | 1,300 | 1,300 | 1,300 | 1,300 | 5,200 |
| Car Allowance | 9,500 | 9,500 | 9,500 | 9,500 | 38,000 |
| Entertainment / Gifts |  |  |  |  | - |
| G&A - T&E | 39,200 | 39,200 | 39,200 | 39,200 | 156,800 |
|  |  |  |  |  |  |
| Bad Debt |  |  |  |  | - |
| Bank charges | 12,500 | 12,500 | 12,500 | 12,500 | 50,000 |
| Gift Card Fees | 2,500 | 2,500 | 2,500 | 2,500 | 10,000 |
| Insurance | 70,000 | 70,000 | 70,000 | 70,000 | 280,000 |
| Misc Exps | 100 | 100 | 100 | 100 | 400 |
| Closed Store Expenses | 60,000 | 60,000 | 60,000 | 60,000 | 240,000 |
| Non Income Based Taxes |  |  |  |  | - |
| Penalties |  |  |  |  | - |
| Sales Tax Discount | - | - | - | - | - |
| Other income | - | - | - | - | - |
| G&A - Finance | 145,100 | 145,100 | 145,100 | 145,100 | 580,400 |
|  |  |  |  |  |  |
| BOD Expense |  |  |  |  | - |
| Charitable Contributions |  |  |  |  | - |
| Computer/IT Expenses | 35,000 | 35,000 | 35,000 | 35,000 | 140,000 |
| Dues & Subcriptions | 483 | 483 | 483 | 483 | 1,933 |
| Licenses | 167 | 167 | 167 | 167 | 667 |

**Fired Up, Inc. dba Johnny Carino's**
**General & Administrative - Corporate Level**
**Four Month Budget -18 weeks**

|  | 5 Week Period Ended April 30, 2014 | 4 Week Period Ended May 28, 2014 | 4 Week Period Ended June 25, 2014 | 5 Week Period Ended July 30, 2014 | Total |
|---|---:|---:|---:|---:|---:|
| Research and Development | 300 | 300 | 300 | 300 | 1,200 |
| Franchise Exps |  |  |  |  | - |
| Corporate Rebates | (2,000) | (2,000) | (2,000) | (2,000) | (8,000) |
| G&A - General | 33,950 | 33,950 | 33,950 | 33,950 | 135,800 |
|  |  |  |  |  |  |
| Rent | - | 2,000 | 2,000 | 2,000 | 6,000 |
| Property Taxes | - | - | - | - | - |
| Utilities |  | 1,000 | 1,000 | 1,000 | 3,000 |
| Telephone | 8,000 | 8,000 | 8,000 | 8,000 | 32,000 |
| R&M Variable | - | - | - | - | - |
| Fixed Rental | 3,500 | 3,500 | 3,500 | 3,500 | 14,000 |
| Freight & Postage | 2,400 | 2,400 | 2,400 | 2,400 | 9,600 |
| Office Expenses | 8,000 | 8,000 | 8,000 | 8,000 | 32,000 |
| G&A - Facilities | 21,900 | 24,900 | 24,900 | 24,900 | 96,600 |
|  |  |  |  |  |  |
| Marketing | - | - | - | - | - |
| Corporate Menu Expenses | 5,000 | 5,000 | 5,000 | 5,000 | 20,000 |
| G&A - Marketing | 5,000 | 5,000 | 5,000 | 5,000 | 20,000 |
|  |  |  |  |  |  |
| Accounting Expenses | 5,000 | 5,000 | 5,000 | 5,000 | 20,000 |
| Consulting Fees | 9,653 | 9,653 | 9,653 | 9,653 | 38,612 |
| Legal and Professional Expense | 100,000 | 100,000 | 100,000 | 100,000 | 400,000 |
| United States Trustee | 325 | - | - | 20,000 | 20,325 |
| G&A - Professional Fees | 114,978 | 114,653 | 114,653 | 134,653 | 478,937 |
|  |  |  |  |  |  |
| Personal Development |  |  |  |  | - |
| Uniforms |  |  |  |  | - |
| Meetings / Seminars | 500 | 500 | 500 | 500 | 2,000 |
| Relocation Expense | 8,000 | 8,000 | 8,000 | 8,000 | 32,000 |
| Training Expenses | 1,000 | 1,000 | 1,000 | 1,000 | 4,000 |
| Recruiting | 2,500 | 2,500 | 2,500 | 2,500 | 10,000 |
| Bonuses-Mgr Training | - | - | - | - | - |
| MIT Salaries | 15,000 | 15,000 | 15,000 | 15,000 | 60,000 |
| 401K-Employer Matching | 335 | 335 | 335 | 335 | 1,340 |
| G&A - People | 27,335 | 27,335 | 27,335 | 27,335 | 109,340 |
|  |  |  |  |  |  |
| Total General and administrative | 677,519 | 626,383 | 626,383 | 700,194 | 2,630,478 |
|  |  |  |  |  |  |
| (Gain)loss sale of assets | - | - | - | - | - |

**Fired Up, Inc. dba Johnny Carino's**
**General & Administrative - Corporate Level**
**Four Month Budget -18 weeks**

|  | 5 Week Period Ended April 30, 2014 | 4 Week Period Ended May 28, 2014 | 4 Week Period Ended June 25, 2014 | 5 Week Period Ended July 30, 2014 | Total |
|---|---:|---:|---:|---:|---:|
| Amortization Expense | 93 | 93 | 93 | 93 | 372 |
| Corporate Depreciation | 14,780 | 14,780 | 14,780 | 14,780 | 59,120 |
| Total Deprecuation and Amortizat | 14,873 | 14,873 | 14,873 | 14,873 | 59,492 |
| Interest Expense (corp only) | | | | | |
| Interest Income | - | - | - | - | - |
| Interest expense, net | - | - | - | - | - |
| State Tax expense | | | | | - |
| Total G&A | 467,392 | 451,256 | 451,256 | 490,067 | 1,859,970 |
| G&A less Depr | 452,519 | 436,383 | 436,383 | 475,194 | 1,800,478 |