**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | Case No. 14-10447-tmd |
| FIRED UP, INC. | § | (Chapter 11) |
| Debtor | § | |
| | § | |

**ORDER GRANTING APPLICATION FOR AUTHORITY**
**TO EMPLOY BARRON & NEWBURGER PC**
**COUNSEL FOR THE DEBTOR**

CAME ON TO BE CONSIDERED the Application for Authority to Employ Barron & Newburger, P.C. as Counsel for the Debtor. The Court finds that such application should be GRANTED.

IT IS THEREFORE ORDERED AS FOLLOWS:

1. The Debtor-in-Possession is authorized to employ Barron & Newburger, P.C. as its attorneys for the purpose of this bankruptcy proceeding.
2. Barron & Newburger, P.C. is authorized to pay noticing fees out of the separate noticing retainer as the same are incurred.

3. Barron & Newburger, P.C. is authorized to submit applications for interim compensation every 60 days.

###

Order Submitted By:

Stephen W. Sather
Barron & Newburger, P.C.
1212 Guadalupe, Suite 104
Austin, TX 78701