**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FIRED UP, INC. | § | CASE NO. 14-10447-tmd |
| | § | (Chapter 11) |
| DEBTOR | § | |

**ORDER GRANTING
APPLICATION FOR AUTHORITY TO EMPLOY HAJJAR, SUTHERLAND &
PETERS, LLP AS SPECIAL COUNSEL FOR THE DEBTOR**

CAME ON TO BE CONSIDERED the Application for Authority to Employ Hajjar, Sutherland & Peters, LLP as Special Counsel for the Debtor. The Court finds that such motion should be GRANTED.

IT IS THEREFORE ORDERED as follows:

1. The Debtor is authorized to employ Hajjar, Sutherland & Peters, LLP as Special Counsel for the Debtor.
2. Hajjar, Sutherland & Peters, LLP is authorized to submit interim fee applications every 60 days.

###

Order Submitted By:

Stephen W. Sather
Barron & Newburger, P.C.
1212 Guadalupe, Suite 104
Austin, TX 78701