**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FIRED UP, INC. | § | CASE NO. 14-10447-tmd |
| | § | (Chapter 11) |
| DEBTOR | § | |

<u>**ORDER GRANTING
APPLICATION FOR AUTHORITY TO EMPLOY THE VERNON LAW GROUP, PLLC
AS SPECIAL COUNSEL FOR THE DEBTOR**</u>

CAME ON TO BE CONSIDERED the Application for Authority to Employ The Vernon Law Group, PLLC as Special Counsel for the Debtor. The Court finds that such motion should be GRANTED.

IT IS THEREFORE ORDERED as follows:

1. The Debtor is authorized to employ The Vernon Law Group, PLLC as Special Counsel for the Debtor.
2. The Vernon Law Group, PLLC is authorized to submit interim fee applications every 60 days.

###

Order Submitted By:

Stephen W. Sather
Barron & Newburger, P.C.
1212 Guadalupe, Suite 104
Austin, TX 78701