IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | Chapter 11 |
| FIRED UP, INC., | § § | CASE NO. 14-10447-TMD |
| Debtor. | § § § | |

## MOTION FOR PRO HAC VICE

COMES NOW, Joshua M. Fried ("Applicant") and moves this Court to grant admission to the United States Bankruptcy Court for the Western District of Texas *pro hac vice* as proposed counsel to the Official Committee of Unsecured Creditors in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney with the law firm of Pachulski Stang Ziehl & Jones LLP with an office at:

> Joshua M. Fried
> Pachulski Stang Ziehl & Jones, LLP
> 150 California Street, 15th Floor
> San Francisco, CA 94111-4500
> (415) 263-7000 (Telephone)
> (415) 263-7010 (Facsimile)
> jfried@pszjlaw.com

2. Since 1995, Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number is 181541.

3. Since 1999, Applicant has been and presently is a member of and in good standing with the Bar of the State of New York. Applicant's attorney registration number is 3008596.

{01293/0001/00113000.1}

4. Applicant has been admitted to practice before the following state and federal courts:

| **Court** | **Admission Date** | |
|---|---|---|
| State of California | 1995 | Bar Number 181541 |
| State of New York | 1999 | Attorney Registration 3008596 |
| U.S. District Court for the Southern District of New York | 2001 | -- |
| U.S. District Court for the Northern District of California | 2002 | -- |
| U.S. District Court for the Central District of California | 2002 | -- |
| U.S. District Court for the Southern District of California | 2002 | -- |
| U.S. District Court for the Eastern District of California | 2008 | -- |

5. Applicant is presently a member in good standing of the bars of the courts listed above, and is not currently suspended or disbarred in any other court.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

8. Applicant is eligible to practice in the Bankruptcy Court.

9. Applicant has read and is familiar with the Local Rules of the Western District of Texas Bankruptcy Court and is also subject to all rules of practice of the U.S. District Court for the Western District of Texas and will comply with the standards of practice set out therein.

10. Applicant has not requested admission *pro hac vice* in the Bankruptcy Court for the Western District of Texas in the preceding twelve months.

WHEREFORE, Applicant prays that this Court enter an order permitting the admission of Joshua M. Fried to the U.S. Bankruptcy Court for the Western District of Texas *pro hac vice* for this case only.

Dated: April 17, 2014
Respectfully submitted,

_____
Joshua M. Fried
Pachulski Stang Ziehl & Jones, LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
(415) 263-7000 (Telephone)
(415) 263-7010 (Facsimile)
jfried@pszjlaw.com

**PROPOSED COUNSEL FOR OFFICIAL
COMMITTEE OF UNSECURED CREDITORS**

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record via the Court's ECF transmission list in this case on this 17th day of April, 2014.

_____
Seth E. Meisel

{01293/0001/00113000.1}
3