**EXHIBIT LIST**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF TEXAS | |
| MAIN NO. 14-10447-tmd | **DEBTOR:** Fired Up, Inc. |
| ADVERSARY NO. | JUDGE: Tony M. Davis |
| | COURTROOM STAFF: |
| | DATE: May 1, 2014 at 1:30 p.m. |
| | **PARTY'S NAME:** Debtor |
| WITNESS: | ATTORNEY'S NAME: BARRON & NEWBURGER, P.C. |
| Creed Ford, III | ATTORNEY'S PHONE: 512-476-9103 Ext. 220 |
| Margaret Smith | |
| Any witness called by other parties Rebuttal witnesses | NATURE OF PROCEEDING: --Objections filed in connection with Final Order (i) Approving Debtor's Proposed Form of Adequate Assurance and (ii) Prohibiting Utilities from Altering, Refusing or Discontinuing Service; --Final Hearing on Emergency Motion For Authority to Use, Sell or Lease Cash Collateral in the Ordinary Course, Provide Adequate Protection and For Preliminary Hearing; --Final Hearing on Debtor's Emergency Motion to Reject Unexpired Leases on Non-Residential Real Property --Final Hearing on Emergency Motion To Approve Critical Vendor and PACA Vendor Payments and Assume Certain Executory Contracts For Vendor Payments |

**EXHIBIT LIST**

| NO. | DESCRIPTION | Offered | Objection | Admitted | Disposition After Trial |
|---|---|---|---|---|---|
| 1 | Proposed Cash Collateral Budget | | | | |
| 1-a | Summary | | | | |
| 1-b | G & A Budget | | | | |
| 1-c | Budgets by Stores | | | | |
| 2 | Critical Vendors List | | | | |
| 3 | Utility Summary | | | | |
| 4-a | Ntl Ret Prop vs. Kona Rest Grp et al—Judgment for Forcible Detainer (Jefferson Co. J.P. Ct—Cause No. C0007866) | | | | |
| 4-b | Ntl Ret Prop vs. Kona Rest Grp et al—Agreed Judgment (Denton Co. J.P. Ct—Cause No. E-14-95J3) | | | | |
| 5 | Emails between Cassandra Sepanik and Stephen W. Sather between 4/9/2014 and 4/28/14 | | | | |
| 6-a | Letter from CPS Energy, dated 4/4/14 | | | | |
| 6-b | Letter from BNPC to CPS Energy, dated 4/10/14 | | | | |
| 7-a | Letter from City Services North Little Rock, dated 4/7/14 | | | | |
| 7-b | Letter from BNPC to City Services North Little Rock, dated 4/10/14 | | | | |
| 8-a | Letter from City Services North Little to Spageddi #29, dated 4/4/14 | | | | |
| 8-b | Letter from BNPC to City Services North Little Rock, dated 4/1814 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Up, Inc., dated 4/11/14 | | | | |
| 9-b | Letter from BNPC to Kansas City Board of Public Utilities, dated 4/18/14 | | | | |
| 10 | Executory Contract between Carino's Italian Kitchen and Fintech.net, dated 9/3004 | | | | |
| 11 | Executory Contract between Fired Up, Inc. and Summit Energy, dated 3/29/12 and 4/9/12 | | | | |
| 12-a | Atmos Adequate Assurance Request, dated 4/22/14 | | | | |
| 12-b | Second Atmos Adequate Assurance Request, dated 4/24/14 | | | | |
| 12-c | Emails between counsel for Debtor and counsel for Atmos Reflecting Agreement on Adequate Assurance | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | Any Rebuttal Exhibits | | | | |
| | Any Exhibits Offered by Other Parties | | | | |