UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS

| | § | |
|---|---|---|
| In re | § | Chapter 11 |
| | § | |
| FIRED UP, INC., | § | Case No. 14-10447 |
| | § | |
| Debtor. | § | |

ENTRY OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Paul M. Hoffmann hereby appears as counsel for **Megaplex Four, Inc.**. Pursuant to Section 342 of Title 11, United States Code and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, all notices and papers given or required to be given in this case, should be given to and served upon the following:

Paul M. Hoffmann
STINSON LEONARD STREET LLP
1201 Walnut St., Ste. 2900
Kansas City, MO 64106
Tel: (816) 842-8600
Fax: (816) 412-1191
Email: paul.hoffmann@stinsonleonard.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers specified above, but also, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile or electronic transmission or otherwise, that affect or seek to affect any right or interest of any creditor or other party in interest in these cases with respect to Debtor or Debtor's property; provided, however, that this Notice does not constitute an agreement to accept service of process under Fed. R. Civ. P. 4 or Fed. R. Bankr. P. 7004.

DB02/0503816.0001/9417690.1 CR05

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance and request for notices is subject to, not a waiver of, and the undersigned hereby reserves:

1. Any lack of venue or jurisdiction by this Court over this case or any adversary action, contested matter, or other proceeding ("Matter") in this case;

2. Any right to a jury trial or arbitration in any Matter;

3. Any right to de novo review of any non-core Matter;

4. Any right to withdrawal of the reference of this case or any Matter; and

5. Any other rights, claims, actions, defenses, setoff or recoupment.

/s/ Paul M. Hoffmann
Paul M. Hoffmann (MO 31922)
STINSON LEONARD STREET LLP
1201 Walnut St., Ste. 2900
Kansas City, MO 64106
Tel: (816) 842-8600
Fax: (816) 412-1191
Email: paul.hoffmann@stinsonleonard.com

ATTORNEY FOR Megaplex Four, Inc.

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served this 29th day of April 2014, by electronic notice on those parties having entered their appearance under the Electronic Filing System (ECF).

/s/ Paul M. Hoffmann
Paul M. Hoffmann