# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 14–10447–tmd
Chapter No.: 11
Judge: Tony M. Davis

IN RE: **Fired Up, Inc.**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at   Austin Courtroom 1, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on   **6/5/14   at   01:30 PM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 138 Application to Employ Attorneys, Pachulski Stang Ziehl & Jones LLP (21 Day Objection Language) filed by G. James Landon for Interested Party Official Committee Of Unsecured Creditors , 139 Application to Employ Attorneys, Streusand, Landon & Ozburn, LLP (21 Day Objection Language) filed by G. James Landon for Interested Party Official Committee Of Unsecured Creditors , 141 Application to Employ Financial Advisor, FTI Consulting, Inc. (21 Day Objection Language) filed by G. James Landon for Interested Party Official Committee Of Unsecured Creditors ) Hearing Scheduled For 6/5/2014 at 01:30 PM at Austin Courtroom 1 (Lopez, Jennifer)

Dated:  5/1/14

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)] [NtchrgBKap20]