**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 06, 2014.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| FIRED UP, INC. | § § | CASE NO. 14-10447 |
| | § | (Chapter 11) |
| DEBTOR[1] | § § § | |

**AGREED ORDER WITH REGARD TO NATIONAL RETAIL PROPERTIES, LP ON DEBTOR'S EMERGENCY [FIRST] MOTION TO REJECT UNEXPIRED LEASES ON NON-RESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. § 365 *NUNC PRO TUNC* TO THE PETITION DATE**

On May 1, 2014, the Court considered the Debtor's Emergency [First] Motion to Reject

Unexpired Leases of Non-Residential Real Property Pursuant to 11 U.S.C. § 365 *Nunc Pro Tunc*

---

[1] Until February 26, 2014, Debtor's business was being operated partially by the Debtor and partially by its two wholly owned subsidiaries, Kona Restaurant Group, Inc. and Carino's Italian Kitchen, Inc.. Those entities were merged into the Debtor on that date.

to the Petition Date (the "Motion") (Dkt. #11) and the Renewed Limited Objection filed by National Retail Properties, LP (Dkt. #118). The Court finds that it should enter the following agreed order with regard to the **Motion and the Renewed** Limited Objection of National Retail Properties, LP. Accordingly, it is therefore:

ORDERED that pursuant to 11 U.S.C. § 365, the rejection of the Real Property Leases identified below hereto is hereby approved *nunc pro tunc*, effective as of the Petition Date:

| Store | Property Address | Landlord | Contract Date |
|---|---|---|---|
| 46 | 3805 I-10 South Beaumont, TX 77705 | National Retail Properties, LP | 01/29/2001 |
| 50 | 595 E. Round Grove Road Lewisville, TX 75067 | National Retail Properties, LP | 07/25/1997 |

and it is further

ORDERED that Debtor shall remove any of its property from the locations identified above by midnight on May 9, 2014; and it is further

ORDERED that National Retail Properties shall cooperate in giving the Debtor access to the locations prior to May 9, 2014; and it is further

ORDERED that any property not removed by midnight on May 9, 2014 shall be deemed abandoned and the Debtor shall relinquish all rights to such property; and it is further

ORDERED that Debtor waives any right it might have to pursue an action to recover any property abandoned pursuant to the provisions above; and it further

ORDERED that this Order shall be without prejudice to the right National Retail Properties, LP to file a proof of claim (including an administrative claim) and to the right of Debtor and/or the Official Committee of Unsecured Creditors to object to such claim.

###

APPROVED AS TO FORM AND SUBSTANCE:


*/s/Stephen W. Sather*
Stephen W. Sather
Attorney for Debtor (Proposed)

*/s/Cassandra Stepanik*
Cassandra Sepanik
Attorney for National Retail Properties, LP



Prepared and submitted by:

Barbara M. Barron
State Bar No. 01817300
Stephen W. Sather
State Bar No. 17657520
**BARRON & NEWBURGER, P.C.**
1212 Guadalupe, Suite 104
Austin, Texas 78701
(512)     476-9103 Ext. 220
(512)     476-9253 Facsimile

ATTORNEYS FOR THE DEBTORS

Document comparison by Workshare Compare on Friday, May 02, 2014 4:20:00 PM

| Input: | |
|---|---|
| Document 1 ID | interwovenSite://DMS.TKLAW.CORP/Active/9890820/1 |
| Description | #9890820v1<Active> - Lease Rejection M--NRP Order-V1 |
| Document 2 ID | interwovenSite://DMS.TKLAW.CORP/Active/9890820/2 |
| Description | #9890820v2<Active> - Lease Rejection M--NRP Order-V2 |
| Rendering set | Standard |

| Legend: | |
|---|---|
| **Insertion** | |
| ~~Deletion~~ | |
| ~~Moved from~~ | |
| Moved to | |
| Style change | |
| Format change | |
| ~~Moved deletion~~ | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 3 |
| Deletions | 2 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 5 |