

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 06, 2014.**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| FIRED UP, INC. | § § | CASE NO. 14-10447 |
| | § | (Chapter 11) |
| DEBTOR[1] | § § § | |

**ORDER GRANTING DEBTOR'S EMERGENCY [FIRST] MOTION TO REJECT UNEXPIRED LEASES ON NON-RESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. § 365 *NUNC PRO TUNC* TO THE PETITION DATE**

The Court considered the Debtor's Emergency [First] Motion to Reject Unexpired Leases of Non-Residential Real Property Pursuant to 11 U.S.C. § 365 *Nunc Pro Tunc* to the Petition Date (the "Motion") on May 1, 2014. The Court finds that notice of the Motion is sufficient

---

[1] Until February 26, 2014, Debtor's business was being operated partially by the Debtor and partially by its two wholly owned subsidiaries, Kona Restaurant Group, Inc. and Carino's Italian Kitchen, Inc.. Those entities were merged into the Debtor on that date.

under the circumstances and that good cause exists for the requested relief to be granted. Accordingly, it is therefore:

**ORDERED** that the Motion is GRANTED as described herein; and it is further

ORDERED that pursuant to 11 U.S.C. § 365, the rejection of the Real Property Leases identified on Exhibit "A" attach hereto with the exception of the leases with National Retail Properties ("NRP") for its leases in Beaumont and Lewisville, Texas, and Debtor's lease with AEI Accredited Investor Fund 2002, Ltd. Partnership ("AEI") for its location in Longmont, Colorado, be and is hereby approved, effective as of the Petition Date. It is further

ORDERED that Debtor's request to reject its leases with NRP for its Beaumont and Lewisville locations *nunc pro tunc* and NRP's objection to same shall be addressed by a separate order. It is further.

ORDERED that pursuant to 11 U.S.C. § 365, the rejection of the Debtor's Real Property Lease with AEI for Longmont, Colorado, as more specifically set forth below, is hereby approved, effective as of April 3, 2014:

| Store | Property Address | Landlord | Contract Date |
|---|---|---|---|
| 37 | 2033 Ken Pratt Blvd., Longmont, CO 80501 | AEI Accredited Investor Fund 2002 Ltd. Partnership | 12/30/2003 |

It is further

ORDERED that any claim by the non-Debtor parties arising from the rejection of any Real Property Leases with the exception of the leases with NRP for its leases in Beaumont and Lewisville, Texas shall be deemed to constitute a prepetition claim against the Debtors, pursuant to Section 365(g) of the Bankruptcy Code; and it is further

ORDERED that any claims for rejection of the unexpired leases shall be filed by the general bar date in this case; and it is further

ORDERED that the Debtors shall promptly serve a copy of this Order on all counterparties of the Real Property Leases; and it is further

ORDERED that the Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order

All relief not expressly granted in this order is denied.

###

APPROVED AS TO FORM:

*/s/Stephen W. Sather*
Stephen W. Sather
Attorney for Debtor (Proposed)

*/s/Cassandra Stepanik*
Cassandra Sepanik
Attorney for National Retail Properties, LP

Prepared and submitted by:

Barbara M. Barron
State Bar No. 01817300
Stephen W. Sather
State Bar No. 17657520
**BARRON & NEWBURGER, P.C.**
1212 Guadalupe, Suite 104
Austin, Texas 78701
(512) 476-9103 Ext. 220
(512) 476-9253 Facsimile

ATTORNEYS FOR THE DEBTORS

**EXHIBIT A - LEASE REJECTION MOTION**

| Store ID | Location | Lessor | Lease Type | Leasehold Property Location | Notice Address, Facsimile and Email Address | Contract Date | Closed Date |
|---|---|---|---|---|---|---|---|
| 37 | Longmont | AEI Accredited Investor Fund 2002 Ltd. Partnership | Real Property Lease | 2033 Ken Pratt Blvd., Longmont, CO  80501 | AEI Accredited Investor Fund 2002 LTD Partnership<br>1300 Minnesota World Trade Center<br>St. Paul, MN  55101-4901 | 12/30/2003 | 1/5/2014 |
| 85 | Lake Charles | AEI Income & Growth Fund 25 LLC | Real Property Lease | 2638 Derek Drive<br>Lake Charles, LA  70607 | AEI Income & Growth Fund 25 LLC<br>30 East 7th St., Ste 1300<br>St. Paul, MN  55101 | 12/9/2003 | 1/5/2014 |
| 98 | Pueblo | AEI Income & Growth Fund 25 LLC | Real Property Lease | 5700 N. Elizabeth St. Pueblo, CO  81008 | AEI Income & Growth Fund 25 LLC<br>30 East 7th St., Ste 1300<br>ST. Paul, MN  55101 | 11/20/2004 | 10/21/2013 |
| 42 | McAllen | Cassidy Turley Midwest, Inc. | Real Property Lease | 421 E. Nolana Loop McAllen, TX  78504 | Cassidy Turley Midwest, Inc.<br>Lockbox #129, POB 1575<br>Minneapolis, MN  55480-1575 | 12/30/2003 | 10/21/2013 |
| 44 | Lakewood | Cassidy Turley Midwest, Inc. | Real Property Lease | 389 S. Wadsworth Blvd.<br>Lakewood, CO  80226 | Cassidy Turley Midwest, Inc.<br>Lockbox #129, POB 1575<br>Minneapolis, MN  55480-1575 | 4/19/2000 | 10/21/2013 |
| 66 | Irving | Cassidy Turley Midwest, Inc. | Real Property Lease | 510 LBJ Freeway (West IH-635)<br>Irving, TX  75063 | Cassidy Turley Midwest, Inc.<br>Lockbox #129, POB 1575<br>Minneapolis, MN  55480-1575 | 11/5/2002 | 1/5/2014 |

## EXHIBIT A - LEASE REJECTION MOTION

| Store ID | Location | Lessor | Lease Type | Leasehold Property Location | Notice Address, Facsimile and Email Address | Contract Date | Closed Date |
|---|---|---|---|---|---|---|---|
| 81 | Mansfield | Cassidy Turley Midwest, Inc. | Real Property Lease | 960 N. Hwy 287 Mansfield, TX 76063 | Cassidy Turley Midwest, Inc. Lockbox #129, POB 1575 Minneapolis, MN 55480-1575 | 4/3/2003 | 1/5/2014 |
| 84 | Longview | Cassidy Turley Midwest, Inc. | Real Property Lease | 411 B East Loop 281 Longview, TX 75605 | Cassidy Turley Midwest, Inc. Lockbox #129, POB 1575 Minneapolis, MN 55480-1575 | 11/5/2003 | 12/3/2013 |
| 51 | Texarkana | Gentilis | Real Property Lease | 3402 St. Michael Dr. Texarkana, TX 75503 | Gentilis c/o Moja Lynn Lindsey Post Office Box 810 Redwood Valley, CA 95470 | 3/10/1998 | 12/5/2013 |
| 90 | Missouri City | MAGDALENA PROPERTIES LLC | ground lease | 5750 Hwy. 6, Missouri City, TX 77459 | Magdalena Properties LLC 2340 Westcliffe Lane #C Walnut Creek, CA 94597 | 11/12/2003 | 10/17/2013 |
| 95 | Ft Worth - Hulen | Moondance, Inc. | Real Property Lease | 5900 S. Hulen St. Fort Worth, TX 76132 | Moondance, Inc. 1514 Ranch Road 620 South Lakeway, TX 78734 | 5/12/2005 | 1/5/2014 |
| ~~46~~ | ~~Beaumont~~ | ~~National Retail Properties~~ | ~~Real Property Lease~~ | ~~3805 I-10 South Beaumont, TX 77705~~ | ~~National Retail Properties 450 S. Orange Ave. Suite 900 Orlando, FL 32801~~ | ~~1/29/2001~~ | ~~1/5/2014~~ |
| ~~50~~ | ~~Vista Ridge~~ | ~~National Retail Properties~~ | ~~Real Property Lease~~ | ~~595 E. Round Grove Road Lewisville, TX 75067~~ | ~~National Retail Properties 450 S. Orange Ave. Suite 900 Orlando, FL 32801~~ | ~~7/25/1997~~ | ~~1/5/2014~~ |
| 47 | Greeley | Native Land Investments, Ltd. | Real Property Lease | 2473 28th Street Greeley, CO 80634 | Native Land Investments, Ltd. 1514 Ranch Road 620 South Lakeway, TX 78734 | 9/24/2013 | 10/21/2013 |
| 104 | West Little Rock | Pleasant Ridge Development Co., LLLP | ground lease | 11600 Pleasant Ridge Rd., West Little Rock, AR 72223 | Pleasant Ridge Development Co., LLLP 11601 Pleasant Ridge Road, Ste | 8/10/2004 | 1/5/2014 |

**EXHIBIT A - LEASE REJECTION MOTION**

| Store ID | Location | Lessor | Lease Type | Leasehold Property Location | Notice Address, Facsimile and Email Address | Contract Date | Closed Date |
|---|---|---|---|---|---|---|---|
| 96 | Tyler | RC NELMS JR. HILLCREST TRUST | Real Property Lease | 1725 Loop 323 WSW Tyler, TX 75701 | RC Nelms Jr. Hillcrest Trust 4659 CHRISTOPHER PLACE Dallas, TX 75204-1610 | 5/12/2005 | 1/5/2014 |
| 59 | Grand Junction | Wilmington Center LLC | Real Property Lease | 2840 Hwy. & 50, Grand Junction, CO 81505 | Wilmington Center LLC 9471 Lomitas Ave. Beverly Hills, CA 90210 | 9/28/2007 | 2/24/2014 |