**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 07, 2014.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| FIRED UP, INC. | § § | Case No. 14-10447-tmd |
| | § | (Chapter 11) |
| Debtor. | § § | |

### FINAL ORDER ON
### EMERGENCY MOTION PURSUANT TO 11 U.S.C. § 363 FOR AUTHORITY TO USE, SELL, OR LEASE CASH COLLATERAL IN THE ORDINARY COURSE, PROVIDE ADEQUATE PROTECTION AND FOR PRELIMINARY HEARING

CAME ON TO BE HEARD on May 1, 2014, the final hearing on Debtor's Emergency Motion Pursuant to 11 U.S.C. §363 for Authority to Use, Sell or Lease, Cash Collateral in the Ordinary Course and Provide Adequate Protection. The Court finds that it should enter the following order.

IT IS THEREFORE ORDERED AS FOLLOWS:

1. The Debtor is hereby authorized to use cash collateral to pay its usual and necessary operating expenses as set forth on the attached budget through July 30, 2014. Debtor

      may request that such order be extended.
2. All parties with an interest in cash collateral are granted a replacement lien to the same extent, priority and validity as their pre-petition liens.
3. The authorization to use cash collateral shall specifically include payment of U.S. Trustee fees.

###

Order Submitted By:

Stephen W. Sather
Barron & Newburger, P.C.
1212 Guadalupe, Suite 104
Austin, TX 78701

**EXHIBIT 1a**

Fired Up, Inc. dba Johnny Carino's
Summary of All Units
Four Month Budget -18 weeks    CASH BASIS

| Summary of All Units | 5 Week Period Ended April 30, 2014 | 4 Week Period Ended May 28, 2014 | 4 Week Period Ended June 25, 2014 | 5 Week Period Ended July 30, 2014 | Total | % |
|---|---:|---:|---:|---:|---:|---:|
| Beginning Balance Cash | | | | | | |
| Guest Counts | 618,910 | 524,790 | 486,768 | 567,139 | 2,197,608 | |
| Food Sales | 8,069,479 | 6,845,166 | 6,354,827 | 7,406,794 | 28,676,265 | 84.8% |
| Beverage Sales | 574,275 | 487,318 | 451,601 | 525,999 | 2,039,193 | 6.0% |
| Food & Beverage Sales | 8,643,754 | 7,332,484 | 6,806,428 | 7,932,793 | 30,715,459 | 90.8% |
| Liquor Sales | 320,177 | 270,931 | 251,544 | 291,770 | 1,134,422 | 3.4% |
| Beer Sales | 161,552 | 136,815 | 127,177 | 147,947 | 573,492 | 1.7% |
| Wine Sales | 389,934 | 331,117 | 307,724 | 358,242 | 1,387,016 | 4.1% |
| Total Alcohol Sales | 871,663 | 738,863 | 686,444 | 797,959 | 3,094,929 | 9.2% |
| Gross Sales | 9,515,417 | 8,071,347 | 7,492,872 | 8,730,752 | 33,810,388 | 100.0% |
| Food Comps | 871,874 | 741,581 | 686,879 | 798,892 | 3,099,226 | 9.2% |
| Alcohol Comps | 0 | 0 | 0 | 0 | 0 | 0.0% |
| Employee Discounts | 64,333 | 54,546 | 50,804 | 58,825 | 228,508 | 0.7% |
| BOGs | 8,618 | 7,268 | 6,657 | 7,629 | 30,172 | 0.1% |
| Coupons | 82,956 | 70,643 | 65,801 | 77,179 | 296,580 | 0.9% |
| Guest Loyalty | 30,511 | 25,793 | 23,847 | 27,778 | 107,928 | 0.3% |
| Total Comps | 1,058,293 | 899,831 | 833,987 | 970,304 | 3,762,415 | 11.1% |
| Net Sales | 8,457,124 | 7,171,516 | 6,658,885 | 7,760,448 | 30,047,973 | 88.9% |
| Meat | 237,876 | 201,785 | 187,331 | 218,341 | 845,334 | 2.9% |
| Seafood | 146,230 | 124,044 | 115,158 | 134,221 | 519,652 | 1.8% |
| Poultry | 269,805 | 228,870 | 212,475 | 247,648 | 958,797 | 3.3% |
| Produce | 242,452 | 205,666 | 190,934 | 222,541 | 861,593 | 3.0% |
| Dairy | 282,432 | 239,581 | 222,419 | 259,238 | 1,003,669 | 3.5% |
| Bakery | 168,707 | 143,110 | 132,859 | 154,852 | 599,528 | 2.1% |
| Pasta | 155,700 | 132,077 | 122,616 | 142,913 | 553,305 | 1.9% |
| Sauces | 141,605 | 120,120 | 111,516 | 129,976 | 503,217 | 1.8% |
| Oils | 83,141 | 70,526 | 65,474 | 76,313 | 295,454 | 1.0% |
| Desserts | 59,731 | 50,669 | 47,039 | 54,826 | 212,265 | 0.7% |
| Other Food | 314,710 | 266,961 | 247,838 | 288,865 | 1,118,374 | 3.9% |
| Other | 0 | 0 | 0 | 0 | 0 | 0.0% |
| Total Food Cost | 2,102,386 | 1,783,409 | 1,655,659 | 1,929,734 | 7,471,188 | 26.1% |
| NA Beverage | 101,647 | 86,255 | 79,933 | 93,102 | 360,937 | 17.7% |
| Total Food & Beverage Costs | 2,204,033 | 1,869,665 | 1,735,592 | 2,022,835 | 7,832,125 | 25.5% |
| Liquor | 54,110 | 45,787 | 42,511 | 49,309 | 191,717 | 16.9% |
| Beer | 57,351 | 48,569 | 45,148 | 52,521 | 203,590 | 35.5% |
| Wine | 134,524 | 114,232 | 106,162 | 123,590 | 478,508 | 34.5% |
| Total Alcohol Costs | 245,985 | 208,589 | 193,821 | 225,421 | 873,815 | 28.2% |
| Total Cost of Sales | 2,450,018 | 2,078,254 | 1,929,413 | 2,248,256 | 8,705,940 | 25.7% |
| Hostess | 103,559 | 87,892 | 81,862 | 95,396 | 368,710 | 1.1% |
| Foodserver | 258,167 | 219,450 | 204,166 | 238,938 | 920,722 | 2.7% |
| Tender | 98,431 | 83,642 | 77,666 | 90,097 | 349,836 | 1.0% |
| Bartender | 73,679 | 62,613 | 58,231 | 68,129 | 262,652 | 0.8% |
| Curbside/To Go | 53,092 | 45,073 | 41,964 | 48,368 | 188,497 | 0.6% |
| Catering | 65,427 | 55,574 | 51,659 | 59,936 | 232,597 | 0.7% |
| Dining Room Expo | 0 | 0 | 0 | 0 | 0 | 0.0% |
| Key Staff | 38,825 | 33,104 | 30,384 | 35,509 | 137,822 | 0.4% |
| Dining Room Training | 46,442 | 39,344 | 36,642 | 42,823 | 165,251 | 0.5% |
| Total Dining Room Labor | 737,622 | 626,693 | 582,575 | 679,196 | 2,626,086 | 7.8% |
| Kitchen | 829,617 | 703,881 | 653,355 | 761,754 | 2,948,607 | 8.7% |
| Steward | 198,824 | 168,726 | 156,458 | 182,279 | 706,286 | 2.1% |
| Kitchen Training | 19,700 | 16,742 | 15,675 | 18,363 | 70,479 | 0.2% |
| Total Kitchen Labor | 1,048,140 | 889,349 | 825,488 | 962,395 | 3,725,372 | 11.0% |
| Meetings | 9,932 | 8,413 | 7,808 | 9,128 | 35,280 | 0.1% |
| Total Wages | 1,795,694 | 1,524,455 | 1,415,871 | 1,650,719 | 6,386,739 | 18.9% |

| Summary of All Units | April 30, 2014 | May 28, 2014 | June 25, 2014 | July 30, 2014 | Total | % |
|---|---:|---:|---:|---:|---:|---:|
| MIT/Incentive Credits | 0 | 0 | 0 | 0 | 0 | 0.0% |
| Manager Salaries | 568,690 | 454,952 | 454,952 | 568,690 | 2,047,285 | 6.1% |
| Total Manager Salaries | 568,690 | 454,952 | 454,952 | 568,690 | 2,047,285 | 6.1% |
| | | | | | | |
| Staff Incentives | 560 | 448 | 448 | 560 | 2,015 | 0.0% |
| Payroll Taxes | 378,978 | 321,395 | 298,813 | 348,228 | 1,347,414 | 4.0% |
| | | | | | | |
| Total Labor Expense | 2,743,922 | 2,301,250 | 2,170,083 | 2,568,197 | 9,783,453 | 28.9% |
| | | | | | | |
| Rebates | (35,284) | (28,227) | (28,227) | (35,284) | (127,022) | -0.4% |
| Fuel Charge | 6,988 | 5,935 | 5,679 | 6,504 | 25,106 | 0.1% |
| Inventory Reserve Adjustment | 0 | 0 | 0 | 0 | 0 | 0.0% |
| Supplies | 108,208 | 92,141 | 85,316 | 99,968 | 385,634 | 1.1% |
| Catering Supplies | 32,972 | 27,906 | 25,861 | 29,997 | 116,736 | 0.3% |
| China | 11,482 | 9,742 | 8,964 | 10,465 | 40,654 | 0.1% |
| Glassware | 5,818 | 4,939 | 4,534 | 5,297 | 20,588 | 0.1% |
| Silverware | 8,679 | 7,381 | 6,817 | 7,921 | 30,799 | 0.1% |
| TakeOut | 82,696 | 70,156 | 65,205 | 75,722 | 293,778 | 0.9% |
| Chemicals | 50,679 | 43,257 | 40,037 | 46,760 | 180,734 | 0.5% |
| Supply Rebates | 0 | 0 | 0 | 0 | 0 | 0.0% |
| Uniforms | 5,392 | 5,392 | 5,392 | 5,392 | 21,566 | 0.1% |
| Tableware / Menus | 2,393 | 2,393 | 2,393 | 2,393 | 9,573 | 0.0% |
| Linen | 55,422 | 46,817 | 43,439 | 50,731 | 196,409 | 0.6% |
| Total Restaurant Expense | 335,445 | 287,831 | 265,410 | 305,866 | 1,194,553 | 3.5% |
| | | | | | | |
| Telephone Expense | 36,116 | 36,116 | 36,116 | 36,116 | 144,464 | 0.4% |
| WC Insurance - Fixed | 22,500 | 22,500 | 22,500 | 22,500 | 90,000 | 0.3% |
| WC Insurance - Variable | 5,000 | 5,000 | 5,000 | 5,000 | 20,000 | 0.1% |
| Fixed Rental | 35,425 | 28,340 | 28,340 | 35,425 | 127,528 | 0.4% |
| Exterminator Expense | 12,514 | 10,011 | 10,011 | 12,514 | 45,050 | 0.1% |
| R&M Variable - Electrical | 12,152 | 10,312 | 9,568 | 11,060 | 43,092 | 0.1% |
| R&M Variable - Plumbing | 16,893 | 14,314 | 13,222 | 15,375 | 59,803 | 0.2% |
| R&M Variable - HVAC | 5,455 | 4,658 | 4,377 | 5,067 | 19,557 | 0.1% |
| R&M Variable - Equipment | 61,499 | 51,985 | 47,866 | 56,352 | 217,702 | 0.6% |
| R&M Variable - Other | 29,642 | 25,201 | 23,174 | 27,096 | 105,114 | 0.3% |
| Janitorial | 61,015 | 52,038 | 48,476 | 56,391 | 217,920 | 0.6% |
| Maint Contracts | 100,399 | 100,399 | 100,399 | 100,399 | 401,595 | 1.2% |
| Utilities Expense - Electric | 170,701 | 161,677 | 188,439 | 200,284 | 721,100 | 2.1% |
| Utilities Expense - Water | 58,411 | 58,411 | 58,411 | 58,411 | 233,643 | 0.7% |
| Utilities Expense - Gas | 78,225 | 78,225 | 78,225 | 78,225 | 312,902 | 0.9% |
| Security Expense | 18,108 | 18,108 | 18,108 | 18,108 | 72,433 | 0.2% |
| Total Facility Expense | 724,054 | 677,296 | 692,232 | 738,323 | 2,831,905 | 8.4% |
| | | | | | | |
| Office Expense | 9,864 | 9,864 | 9,864 | 9,864 | 39,458 | 0.1% |
| Credit Card Chargebacks | 627 | 627 | 627 | 627 | 2,508 | 0.0% |
| Bad Debt | 0 | 0 | 0 | 0 | 0 | 0.0% |
| Misc/Delivery/Customer Relations | 899 | 899 | 899 | 899 | 3,596 | 0.0% |
| Sales Tax | 13,707 | 11,680 | 10,832 | 12,625 | 48,843 | 0.1% |
| Dues and Subscriptions Exp | 320 | 320 | 320 | 320 | 1,280 | 0.0% |
| Community Interaction | 4,129 | 4,129 | 4,129 | 4,129 | 16,516 | 0.0% |
| Parking Expense | 0 | 0 | 0 | 0 | 0 | 0.0% |
| Misc. Income | (26,893) | (22,813) | (21,029) | (24,592) | (95,326) | -0.3% |
| Gift Certificates | 2,025 | 2,025 | 2,025 | 2,025 | 8,100 | 0.0% |
| Petty Cash Expense | 0 | 0 | 0 | 0 | 0 | 0.0% |
| Total Other Expenses | 4,678 | 6,732 | 7,667 | 5,897 | 24,974 | 0.1% |
| | | | | | | |
| Total Controllable Expense | 6,258,117 | 5,351,363 | 5,064,805 | 5,866,540 | 22,540,825 | 66.7% |
| | | | | | | |
| Net Operating Income | 2,199,007 | 1,820,153 | 1,594,079 | 1,893,908 | 7,507,148 | 22.2% |
| | | | | | | |
| Vacation Pay | 16,066 | 13,594 | 12,613 | 14,584 | 56,856 | 0.2% |
| Staff Benefits | 1,735 | 1,388 | 1,388 | 1,735 | 6,247 | 0.0% |
| Manager Bonus | 73,370 | 58,696 | 58,696 | 73,370 | 264,130 | 0.8% |
| Manager Benefits | 78,692 | 66,900 | 62,516 | 72,756 | 280,864 | 0.8% |
| Total Bonus & Benefits | 169,863 | 140,578 | 135,213 | 162,444 | 608,098 | 1.8% |
| | | | | | | |
| Credit Card Fees | 151,386 | 128,297 | 119,237 | 139,042 | 537,962 | 1.6% |
| Marketing | 63,399 | 53,807 | 49,998 | 58,289 | 225,493 | 0.7% |
| Liquor Tax | 44,614 | 37,799 | 34,980 | 40,438 | 157,830 | 0.5% |
| Non-Controllable Misc. Exp | 692 | 692 | 692 | 692 | 2,769 | 0.0% |
| Licenses Expense | 7,100 | 7,100 | 7,100 | 7,100 | 28,399 | 0.1% |
| Bank Charges | 3,420 | 3,420 | 3,420 | 3,420 | 13,680 | 0.0% |
| Other Insurance Expense | 60,750 | 60,750 | 60,750 | 60,750 | 243,000 | 0.7% |
| Non-Controllable G&A Expense | 331,361 | 291,864 | 276,177 | 309,731 | 1,209,132 | 3.6% |

| Summary of All Units | | April 30, 2014 | May 28, 2014 | June 25, 2014 | July 30, 2014 | Total | % |
|---|---|---|---|---|---|---|---|
| Rent or Lease Expense | | 643,780 | 643,780 | 643,780 | 643,780 | 2,575,119 | 7.6% |
| Property Tax | | 156,325 | 156,325 | 156,325 | 156,325 | 625,301 | 1.8% |
| Total Other Non-Controllable | | 800,105 | 800,105 | 800,105 | 800,105 | 3,200,420 | 9.5% |
| Interest Expense | | 0 | 0 | 0 | 0 | 0 | 0.0% |
| Depreciation Expense | | 209,259 | 167,407 | 167,407 | 209,259 | 753,332 | 2.2% |
| Net Income from Operations | | 688,420 | 420,199 | 215,177 | 412,369 | 1,736,165 | 5.1% |
| Add Back Non-Cash Items: | | | | | | | |
| Depreciation | | 209,259 | 167,407 | 167,407 | 209,259 | 753,332 | 2.2% |
| Property Taxes | | 156,325 | 156,325 | 156,325 | 156,325 | 625,301 | 1.8% |
| Coke Supply Rebate (paid upfront in Jan) | | (35,284) | (28,227) | (28,227) | (35,284) | (127,022) | -0.4% |
| Operating Cash Flow | | 1,018,720 | 715,704 | 510,682 | 742,670 | 2,987,776 | 8.8% |
| Less G&A | | 457,867 | 407,126 | 407,126 | 447,542 | 1,719,660 | 5.1% |
| Net Cash Flow | | 560,853 | 308,578 | 103,557 | 295,128 | 1,268,115 | 3.8% |
| Add Beginning Cash Balance as of filing March 27, 2014 | 800,045 | | | | | 800,045 | |
| Add Estimated increase in cash from pre-petition invoices not paid | | 874,036 | | | | 874,036 | |
| Less Estimated Capital expenditures | | (25,000) | (20,000) | (20,000) | (20,000) | (85,000) | |
| Less Anticipated deposits to utility companies | | | (100,000) | (100,000) | (100,000) | (300,000) | |
| Less 2013 Property Taxes Due-open stores only (CO, KS, ID) | | (44,599) | (23,293) | (16,812) | | (84,703) | |
| Less Annual Texas Franchise Tax due May 15, 2014 | | | (261,515) | | | (261,515) | |
| Projected Cash | 800,045 | 1,365,290 | (96,229) | (33,255) | 175,128 | 2,210,979 | |

**EXHIBIT 1b**

**Fired Up, Inc. dba Johnny Carino's**
**General & Administrative - Corporate Level**
**Four Month Budget -18 weeks - CASH BASIS**

|  | 5 Week Period Ended April 30, 2014 | 4 Week Period Ended May 28, 2014 | 4 Week Period Ended June 25, 2014 | 5 Week Period Ended July 30, 2014 | Total |
|---|---|---|---|---|---|
| **Projected G&A** | | | | | |
| Royalties | 225,000 | 190,000 | 190,000 | 225,000 | 830,000 |
| Total Franchise Revenue | 225,000 | 190,000 | 190,000 | 225,000 | 830,000 |
| | | | | | |
| Corporate Compensation | 115,714 | 95,971 | 95,971 | 115,714 | 423,369 |
| Operations Compensation | 140,240 | 112,192 | 112,192 | 140,240 | 504,865 |
| Bonuses | 20,000 | 16,000 | 16,000 | 20,000 | 72,000 |
| Payroll Taxes | 19,317 | 15,691 | 15,691 | 19,317 | 70,016 |
| Vacation | 19,000 | 19,000 | 19,000 | 19,000 | 76,000 |
| Employee Benefits | 1,300 | 1,300 | 1,300 | 1,300 | 5,200 |
| G&A - Compensation | 315,571 | 260,155 | 260,155 | 315,571 | 1,151,451 |
| | | | | | |
| Airfare | 4,300 | 4,300 | 4,300 | 4,300 | 17,200 |
| Lodging | 9,000 | 9,000 | 9,000 | 9,000 | 36,000 |
| Meals | 2,200 | 2,200 | 2,200 | 2,200 | 8,800 |
| Mileage/Gas/Parking | 12,900 | 12,900 | 12,900 | 12,900 | 51,600 |
| Auto Rental | 1,300 | 1,300 | 1,300 | 1,300 | 5,200 |
| Car Allowance | 9,500 | 9,500 | 9,500 | 9,500 | 38,000 |
| Entertainment / Gifts | | | | | - |
| G&A - T&E | 39,200 | 39,200 | 39,200 | 39,200 | 156,800 |
| | | | | | |
| | | | | | - |
| Bank charges | 12,500 | 12,500 | 12,500 | 12,500 | 50,000 |
| Gift Card Fees | 2,500 | 2,500 | 2,500 | 2,500 | 10,000 |
| Insurance | 70,000 | 70,000 | 70,000 | 70,000 | 280,000 |
| Misc Exps | 100 | 100 | 100 | 100 | 400 |
| Closed Store Expenses | 60,000 | 30,000 | 30,000 | 30,000 | 150,000 |
| G&A - Finance | 145,100 | 115,100 | 115,100 | 115,100 | 490,400 |
| | | | | | |
| | | | | | - |
| Charitable Contributions | | | | | - |
| Computer/IT Expenses | 15,000 | 15,000 | 15,000 | 15,000 | 60,000 |
| Dues & Subcriptions | 483 | 483 | 483 | 483 | 1,933 |
| Licenses | 167 | 167 | 167 | 167 | 667 |
| Research and Development | 300 | 300 | 300 | 300 | 1,200 |
| Franchise Exps | - | - | - | - | - |
| Corporate Rebates | (2,000) | (2,000) | (2,000) | (2,000) | (8,000) |
| G&A - General | 13,950 | 13,950 | 13,950 | 13,950 | 55,800 |

**Fired Up, Inc. dba Johnny Carino's**
**General & Administrative - Corporate Level**
**Four Month Budget -18 weeks - CASH BASIS**

| | 5 Week Period Ended April 30, 2014 | 4 Week Period Ended May 28, 2014 | 4 Week Period Ended June 25, 2014 | 5 Week Period Ended July 30, 2014 | Total |
|---|---|---|---|---|---|
| Rent | 3,333 | 3,333 | 3,333 | 3,333 | 13,332 |
| Property Taxes | - | - | - | - | - |
| Utilities | 1,000 | 1,000 | 1,000 | 1,000 | 4,000 |
| Telephone/Internet | 6,500 | 6,500 | 6,500 | 6,500 | 26,000 |
| R&M Variable | - | - | - | - | - |
| Fixed Rental | 3,500 | 3,500 | 3,500 | 3,500 | 14,000 |
| Freight & Postage | 2,400 | 2,400 | 2,400 | 2,400 | 9,600 |
| Office Expenses | 8,000 | 8,000 | 8,000 | 8,000 | 32,000 |
| G&A - Facilities | 24,733 | 24,733 | 24,733 | 24,733 | 98,932 |
| | | | | | |
| Marketing | - | - | - | - | - |
| Corporate Menu Expenses | 5,000 | 5,000 | 5,000 | 5,000 | 20,000 |
| G&A - Marketing | 5,000 | 5,000 | 5,000 | 5,000 | 20,000 |
| | | | | | |
| Accounting Expenses | 5,000 | 5,000 | 5,000 | 5,000 | 20,000 |
| Contract Maintenance Fees | 6,653 | 6,653 | 6,653 | 6,653 | 26,612 |
| Legal and Professional Expense | 100,000 | 100,000 | 100,000 | 100,000 | 400,000 |
| United States Trustee | 325 | - | - | 20,000 | 20,325 |
| G&A - Professional Fees | 111,978 | 111,653 | 111,653 | 131,653 | 466,937 |
| | | | | | |
| Personal Development | | | | | - |
| Meetings / Seminars | 500 | 500 | 500 | 500 | 2,000 |
| Relocation Expense | 8,000 | 8,000 | 8,000 | 8,000 | 32,000 |
| Training Expenses | 1,000 | 1,000 | 1,000 | 1,000 | 4,000 |
| Recruiting | 2,500 | 2,500 | 2,500 | 2,500 | 10,000 |
| Bonuses-Mgr Training | - | - | - | - | - |
| MIT Salaries | 15,000 | 15,000 | 15,000 | 15,000 | 60,000 |
| 401K-Employer Matching | 335 | 335 | 335 | 335 | 1,340 |
| G&A - People | 27,335 | 27,335 | 27,335 | 27,335 | 109,340 |
| | | | | | |
| Total General and administrative | 682,867 | 597,126 | 597,126 | 672,542 | 2,549,660 |
| | | | | | |
| (Gain)loss sale of assets | - | - | - | - | |
| | | | | | |
| Amortization Expense | 93 | 93 | 93 | 93 | 372 |
| Corporate Depreciation | 14,780 | 14,780 | 14,780 | 14,780 | 59,120 |
| | | | | | |
| Total Deprecuation and Amortiza | 14,873 | 14,873 | 14,873 | 14,873 | 59,492 |

Fired Up, Inc. dba Johnny Carino's
General & Administrative - Corporate Level
Four Month Budget -18 weeks - CASH BASIS

|  | 5 Week Period Ended April 30, 2014 | 4 Week Period Ended May 28, 2014 | 4 Week Period Ended June 25, 2014 | 5 Week Period Ended July 30, 2014 | Total |
|---|---|---|---|---|---|
| Interest Expense (corp only) |  |  |  |  |  |
| Interest Income | - | - | - | - | - |
| Interest expense, net | - | - | - | - | - |
| State Tax expense |  |  |  |  | - |
| Total G&A | 472,740 | 421,999 | 421,999 | 462,415 | 1,779,152 |
| G&A less Depr | 457,867 | 407,126 | 407,126 | 447,542 | 1,719,660 |

Fired Up, Inc. dba Johnny Carino's
General & Administrative - Corporate Level
Four Month Budget -18 weeks - CASH BASIS

|  | 5 Week Period Ended April 30, 2014 | 4 Week Period Ended May 28, 2014 | 4 Week Period Ended June 25, 2014 | 5 Week Period Ended July 30, 2014 | Total |
|---|---|---|---|---|---|
| Less: Estiamted Acpital Expe | (20,000) | (20,000) | (20,000) | (85,000) | |