**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 06, 2014.**

_____
**TONY M. DAVIS**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **FIRED UP, INC.** | § | **CASE NO. 14-10447** |
| | § | **(Chapter 11)** |
| **DEBTOR**[1] | § | |
| | § | |

**ORDER GRANTING DEBTOR'S EMERGENCY [FIRST] MOTION TO
REJECT UNEXPIRED LEASES ON NON-RESIDENTIAL REAL PROPERTY
PURSUANT TO 11 U.S.C. § 365 _NUNC PRO TUNC_ TO THE PETITION DATE**

The Court considered the Debtor's Emergency [First] Motion to Reject Unexpired Leases

of Non-Residential Real Property Pursuant to 11 U.S.C. § 365 _Nunc Pro Tunc_ to the Petition

Date (the "Motion") on May 1, 2014. The Court finds that notice of the Motion is sufficient

_____
[1] Until February 26, 2014, Debtor's business was being operated partially by the Debtor and partially by its two wholly owned subsidiaries, Kona Restaurant Group, Inc. and Carino's Italian Kitchen, Inc.. Those entities were merged into the Debtor on that date.

under the circumstances and that good cause exists for the requested relief to be granted. Accordingly, it is therefore:

**ORDERED** that the Motion is GRANTED as described herein; and it is further

ORDERED that pursuant to 11 U.S.C. § 365, the rejection of the Real Property Leases identified on Exhibit "A" attach hereto with the exception of the leases with National Retail Properties ("NRP") for its leases in Beaumont and Lewisville, Texas, and Debtor's lease with AEI Accredited Investor Fund 2002, Ltd. Partnership ("AEI") for its location in Longmont, Colorado, be and is hereby approved, effective as of the Petition Date. It is further

ORDERED that Debtor's request to reject its leases with NRP for its Beaumont and Lewisville locations *nunc pro tunc* and NRP's objection to same shall be addressed by a separate order. It is further.

ORDERED that pursuant to 11 U.S.C. § 365, the rejection of the Debtor's Real Property Lease with AEI for Longmont, Colorado, as more specifically set forth below, is hereby approved, effective as of April 3, 2014:

| Store | Property Address | Landlord | Contract Date |
|-------|------------------|----------|---------------|
| 37 | 2033 Ken Pratt Blvd., Longmont, CO 80501 | AEI Accredited Investor Fund 2002 Ltd. Partnership | 12/30/2003 |

It is further

ORDERED that any claim by the non-Debtor parties arising from the rejection of any Real Property Leases with the exception of the leases with NRP for its leases in Beaumont and Lewisville, Texas shall be deemed to constitute a prepetition claim against the Debtors, pursuant to Section 365(g) of the Bankruptcy Code; and it is further

ORDERED that any claims for rejection of the unexpired leases shall be filed by the general bar date in this case; and it is further

ORDERED that the Debtors shall promptly serve a copy of this Order on all counterparties of the Real Property Leases; and it is further

ORDERED that the Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order

All relief not expressly granted in this order is denied.

###

APPROVED AS TO FORM:

*/s/Stephen W. Sather*
Stephen W. Sather
Attorney for Debtor (Proposed)

*/s/Cassandra Stepanik*
Cassandra Sepanik
Attorney for National Retail Properties, LP

Prepared and submitted by:

Barbara M. Barron
State Bar No. 01817300
Stephen W. Sather
State Bar No. 17657520
**BARRON & NEWBURGER, P.C.**
1212 Guadalupe, Suite 104
Austin, Texas 78701
(512) 476-9103 Ext. 220
(512) 476-9253 Facsimile

ATTORNEYS FOR THE DEBTORS

## EXHIBIT A - LEASE REJECTION MOTION

| Store ID | Location | Lessor | Lease Type | Leasehold Property Location | Notice Address, Facsimile and Email Address | Contract Date | Closed Date |
|---|---|---|---|---|---|---|---|
| 37 | Longmont | AEI Accredited Investor Fund 2002 Ltd. Partnership | Real Property Lease | 2033 Ken Pratt Blvd., Longmont, CO 80501 | AEI Accredited Investor Fund 2002 LTD Partnership 1300 Minnesota World Trade Center St. Paul, MN 55101-4901 | 12/30/2003 | 1/5/2014 |
| 85 | Lake Charles | AEI Income & Growth Fund 25 LLC | Real Property Lease | 2638 Derek Drive Lake Charles, LA 70607 | AEI Income & Growth Fund 25 LLC 30 East 7th St., Ste 1300 St. Paul, MN 55101 | 12/9/2003 | 1/5/2014 |
| 98 | Pueblo | AEI Income & Growth Fund 25 LLC | Real Property Lease | 5700 N. Elizabeth St. Pueblo, CO 81008 | AEI Income & Growth Fund 25 LLC 30 East 7th St., Ste 1300 ST. Paul, MN 55101 | 11/20/2004 | 10/21/2013 |
| 42 | McAllen | Cassidy Turley Midwest, Inc. | Real Property Lease | 421 E. Nolana Loop McAllen, TX 78504 | Cassidy Turley Midwest, Inc. Lockbox #129, POB 1575 Minneapolis, MN 55480-1575 | 12/30/2003 | 10/21/2013 |
| 44 | Lakewood | Cassidy Turley Midwest, Inc. | Real Property Lease | 389 S. Wadsworth Blvd. Lakewood, CO 80226 | Cassidy Turley Midwest, Inc. Lockbox #129, POB 1575 Minneapolis, MN 55480-1575 | 4/19/2000 | 10/21/2013 |
| 66 | Irving | Cassidy Turley Midwest, Inc. | Real Property Lease | 510 LBJ Freeway (West IH-635) Irving, TX 75063 | Cassidy Turley Midwest, Inc. Lockbox #129, POB 1575 Minneapolis, MN 55480-1575 | 11/5/2002 | 1/5/2014 |

## EXHIBIT A - LEASE REJECTION MOTION

| Store ID | Location | Lessor | Lease Type | Leasehold Property Location | Notice Address, Facsimile and Email Address | Contract Date | Closed Date |
|---|---|---|---|---|---|---|---|
| 81 | Mansfield | Cassidy Turley Midwest, Inc. | Real Property Lease | 960 N. Hwy 287 Mansfield, TX 76063 | Cassidy Turley Midwest, Inc. Lockbox #129, POB 1575 Minneapolis, MN 55480-1575 | 4/3/2003 | 1/5/2014 |
| 84 | Longview | Cassidy Turley Midwest, Inc. | Real Property Lease | 411 B East Loop 281 Longview, TX 75605 | Cassidy Turley Midwest, Inc. Lockbox #129, POB 1575 Minneapolis, MN 55480-1575 | 11/5/2003 | 12/3/2013 |
| 51 | Texarkana | Gentilis | Real Property Lease | 3402 St. Michael Dr. Texarkana, TX 75503 | Gentilis c/o Moja Lynn Lindsey Post Office Box 810 Redwood Valley, CA 95470 | 3/10/1998 | 12/5/2013 |
| 90 | Missouri City | MAGDALENA PROPERTIES LLC | ground lease | 5750 Hwy. 6, Missouri City, TX 77459 | Magdalena Properties LLC 2340 Westcliffe Lane #C Walnut Creek, CA 94597 | 11/12/2003 | 10/17/2013 |
| 95 | Ft Worth - Hulen | Moondance, Inc. | Real Property Lease | 5900 S. Hulen St. Fort Worth, TX 76132 | Moondance, Inc. 1514 Ranch Road 620 South Lakeway, TX 78734 | 5/12/2005 | 1/5/2014 |
| 46 | ~~Beaumont~~ | ~~National Retail Properties~~ | ~~Real Property Lease~~ | ~~3805 I 10 South Beaumont, TX 77705~~ | ~~National Retail Properties 450 S. Orange Ave. Suite 900 Orlando, FL 32801~~ | ~~1/29/2001~~ | ~~1/5/2014~~ |
| 50 | ~~Vista Ridge~~ | ~~National Retail Properties~~ | ~~Real Property Lease~~ | ~~595 E. Round Grove Road Lewisville, TX 75067~~ | ~~National Retail Properties 450 S. Orange Ave. Suite 900 Orlando, FL 32801~~ | ~~7/25/1997~~ | ~~1/5/2014~~ |
| 47 | Greeley | Native Land Investments, Ltd. | Real Property Lease | 2473 28th Street Greeley, CO 80634 | Native Land Investments, Ltd. 1514 Ranch Road 620 South Lakeway, TX 78734 | 9/24/2013 | 10/21/2013 |
| 104 | West Little Rock | Pleasant Ridge Development Co., LLLP | ground lease | 11600 Pleasant Ridge Rd., West Little Rock, AR 72223 | Pleasant Ridge Development Co., LLLP 11601 Pleasant Ridge Road, Ste | 8/10/2004 | 1/5/2014 |

## EXHIBIT A - LEASE REJECTION MOTION

| Store ID | Location | Lessor | Lease Type | Leasehold Property Location | Notice Address, Facsimile and Email Address | Contract Date | Closed Date |
|---|---|---|---|---|---|---|---|
| 96 | Tyler | RC NELMS JR. HILLCREST TRUST | Real Property Lease | 1725 Loop 323 WSW Tyler, TX 75701 | RC Nelms Jr. Hillcrest Trust 4659 CHRISTOPHER PLACE Dallas, TX 75204-1610 | 5/12/2005 | 1/5/2014 |
| 59 | Grand Junction | Wilmington Center LLC | Real Property Lease | 2840 Hwy. & 50, Grand Junction, CO 81505 | Wilmington Center LLC 9471 Lomitas Ave. Beverly Hills, CA 90210 | 9/28/2007 | 2/24/2014 |

United States Bankruptcy Court
Western District of Texas

In re:                                                                    Case No. 14-10447-tmd
Fired Up, Inc.                                                            Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-1          User: quintanil          Page 1 of 3          Date Rcvd: May 07, 2014
                             Form ID: pdfintp          Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2014.
```
db          +Fired Up, Inc.,   1514 Ranch Road 620 South,   Austin, TX 78734-6210
aty         +Brian A Kilmer,   Chamberlain Hrdlicka,   1200 Smith Street, 14th Floor,   Houston, TX 77002-4317
aty         +Gilbert Hamberg,   1038 Darby Dr.,   Yardley, Pa 19067-4519
aty         +Jeffrey Ackermann,   Durio McGoffin et al,   220 Heymann Blvd.,   PO Box 51308,
             Lafayette, LA 70505-1308
aty         +Joshua M. Fried,   Pachulski Stang Ziehl & Jones LLP,   150 California Street 15th Floor,
             San Francisco, CA 94111-4554
aty         +Peter J. Keane,   Pachulski Stang Ziehl & Jones LLP,   919 North Market Steet, 17th Floor,
             Wilimington, DE 19801-3024
cr          +Arlington ISD, Mansfield ISD,   c/o Perdue, Brandon, Fielder, et al,   P. O. Box 13430,
             Arlington, TX 76094-0430
cr          +Bowie Central Appraisal District,   c/o Lee Gordon,   P.O. Box 1269,   Round Rock, TX 78680-1269
cr          +Capitol City Produce Company, LLC,   c/o McCarron & Diess,   4530 Wisconsin Ave. N.W.,
             Suite 301,   Washington, DC 20016-4667
cr          +Central Appraisal District of Taylor County,   c/o Lee Gordon,   P.O. Box 1269,
             Round Rock, TX 78680-1269
cr          +City of Laredo,   c/o Flores & Saucedo, PLLC,   5517 Mcpherson Rd., Ste. 14,
             Laredo, TX 78041-6687
cr          +City of Waco,   c/o Lee Gordon,   P.O. Box 1269,   Round Rock, TX 78680-1269
cr          +Dallas County,   Linebarger Goggan Blair & Sampson, LLP,   c/o Elizabeth Weller,
             2777 N. Stemmons Frwy,   Suite 1000,   Dallas, TX 75207-2328
cr          +Ellis County,   Linebarger Goggan Blair & Sampson LLP,   c/o Elizabeth Weller,
             2777 N. Stemmons Frwy Ste 1000,   Dallas, TX 75207-2328
cr          +FreshPoint Dallas, Inc.,   c/o McCarron & Diess,   4530 Wisconsin Avenue, N.W.,   Suite 301,
             Washington, DC 20016-4667
cr          +FreshPoint Denver, Inc.,   c/o McCarron & Diess,   4530 Wisconsin Avenue, N.W.,   Suite 301,
             Washington, DC 20016-4667
cr          +FreshPoint Oklahoma City, LLC,   c/o McCarron & Diess,   4530 Wisconsin Avenue, N.W.,   Suite 301,
             Washington, DC 20016-4667
cr          +FreshPoint South Texas, LP,   c/o McCarron & Diess,   4530 Wisconsin Avenue, N.W.,   Suite 301,
             Washington, DC 20016-4667
cr          +Gregg County,   Linebarger Goggan Blair & Sampson, LLP,   c/o Elizabeth Weller,
             2777 N. Stemmons Frwy Ste 1000,   Dallas, TX 75207-2328
cr          +Hidalgo County, Hidalgo Co. Drainage Dist. #1, and,   c/o John T Banks,
             3301 Northland Dr., Ste. 505,   Austin, TX 78731-4954
cr           Inland American Retail Management, LLC,   c/o Menter, Rudin & Trivelpiece, P.C.,
             Attn:  Kevin M. Newman, Esq.,   308 Maltbie Street,  Suite 200,   Syracuse, NY 13204-1439
cr          +Lubbock Central Appraisal District,   c/o Laura J. Monroe,
             Perdue, Brandon, Fielder, Collins & Mott,   PO Box 817,   Lubbock, TX 79408-0817
cr          +Magdalena Properties, LLC,   c/o R. Spencer Shytles,   5420 LBJ Freeway, Suite 300,
             Dallas, TX 75240-6271
cr          +Mary Raney Nelms and Dick P. Wood, as Trustees of,   c/o James H. Billingsley,   Polsinelli PC,
             2501 N. Harwood Street,   Suite 1900,   Dallas, TX 75201-1664
cr          +Megaplex Four, Inc.,   c/o Paul M. Hoffmann,   1201 Walnut,   Stuie 2900,
             Kansas City, MO 64106-2149
cr          +National Retail Properties, LP,   c/o Thompson & Knight LLP,   1722 Routh Street,   Suite 1500,
             Dallas, TX 75201-2532,  US
cr          +Potato Specialty Co.,   c/o McCarron & Diess,   4530 Wisconsin Avenue, N.W.,   Suite 301,
             Washington, DC 20016-4667
cr          +Prosperity Bank,   c/o Lisa C. Fancher,   Fritz, Byrne, Head & Harrison, PLLC,
             98 San Jacinto Boulevard,   Suite 2000,   Austin, TX 78701-4288
cr          +RioCan America Management, Inc.,   c/o R. Spencer Shytles,   5420 LBJ Freeway, Suite 300,
             Dallas, TX 75240-6271
cr          +Rockwall CAD,   Linebarger Goggan Blair & Sampson, LLP,   c/o Elizabeth Weller,
             2777 N. Stemmons Frwy,   Ste 1000,   Dallas, TX 75207-2328
cr          +Tarrant County,   Linebarger Goggan Blair & Sampson, LLP,   c/o Elizabeth Weller,
             2777 N. Stemmons Frwy Ste 1000,   Dallas, TX 75207-2328
cr          +The County of Brazos, Texas,   c/o Lee Gordon,   P.O. Box 1269,   Round Rock, TX 78680-1269
cr          +The County of Comal, Texas,   c/o Lee Gordon,   P.O. Box 1269,   Round Rock, TX 78680-1269
cr          +The County of Denton, Texas,   c/o Lee Gordon,   P.O. Box 1269,   Round Rock, TX 78680-1269
cr          +The County of Hays, Texas,   c/o Lee Gordon,   P.O. Box 1269,   Round Rock, TX 78680-1269
cr          +The County of Williamson, Texas,   c/o Lee Gordon,   P.O. Box 1269,   Round Rock, TX 78680-1269
cr          +Travis County,   c/o Kay D. Brock,   PO Box 1748,   Austin, TX 78767-1748
cr           Tyler Independent School District,   c/o Tab Beall,   Perdue Brandon Fielder Collins & Mott,
             PO Box 2007,   Tyler, TX  75710-2007
cr          +Waco Independent School District,   c/o Lee Gordon,   P.O. Box 1269,   Round Rock, TX 78680-1269

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: sharon.floyd@fortworthtexas.gov May 08 2014 05:28:29      City Of Fort Worth,
              City of Fort Worth,   1000 Throckmorton St,   Fort Worth, TX 76102-6311
cr            E-mail/Text: houston_bankruptcy@LGBS.com May 08 2014 05:45:05      Cypress Fairbanks ISD,
              c/o John P Dillman,   Linebarger Goggan Blair & Sampson LLP,   P.O. Box 3064,
              Houston, TX  77253-3064
```

```
District/off: 0542-1          User: quintanil         Page 2 of 3              Date Rcvd: May 07, 2014
                              Form ID: pdfintp         Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
cr            E-mail/Text: houston_bankruptcy@LGBS.com May 08 2014 05:45:05     Fort Bend County,
              c/o John P. Dillman,   Linebarger Goggan Blair & Sampson LLP,   P.O. Box 3064,
              Houston, TX  77253-3064
cr            E-mail/Text: houston_bankruptcy@LGBS.com May 08 2014 05:45:05     Harris County,
              c/o John P.Dillman,   Post Office Box 3064,   Houston, TX  77253-3064
cr           +E-mail/Text: ecfnotices@dor.mo.gov May 08 2014 05:24:21     Missouri Department of Revenue,
              Bankruptcy Unit,   PO Box 475,   Jefferson City, MO 65105-0475
                                                                                        TOTAL: 5
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Gilbert R. Saydah Jr.
cr            ARC CAFE, LLC
cr            Atascocita 1692, LLC.
cr            Bexar County,   Linebarger Goggan et al
cr            Brazoria County Tax Office
cr            Brownsville Public Utilities Board
cr            FRG Capital LLC
intp          McLennan County
intp          Official Committee Of Unsecured Creditors
cr            RB River IV LLC
cr            RB River VI LLC
cr            Texas Comptroller of Public Accounts
cr            Wells Fargo Bank, N.A.
                                                                              TOTALS: 13, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2014                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2014 at the address(es) listed below:
```
              Barbara M. Barron   on behalf of Debtor   Fired Up, Inc. bbarron@bnpclaw.com,
              saugusta@bn-lawyers.com;lhicks@bn-lawyers.com;kelliott@bn-lawyers.com
              Barbara M. Barron   on behalf of Plaintiff   Fired Up, Inc. bbarron@bnpclaw.com,
              saugusta@bn-lawyers.com;lhicks@bn-lawyers.com;kelliott@bn-lawyers.com
              Blake  Rasner   on behalf of Creditor   FRG Capital LLC brasner@haleyolson.com,
              dserenil@haleyolson.com
              Bradford J Sandler   on behalf of Interested Party   Official Committee Of Unsecured Creditors
              bsandler@pszjlaw.com,   ljones@pszjlaw.com
              Cassandra A. Sepanik   on behalf of Creditor   National Retail Properties, LP
              cassandra.sepanik@tklaw.com,   dannette.johnson@tklaw.com
              Christina  Flores   on behalf of Creditor   City of Laredo ffccpllc14@gmail.com
              Christopher Bedford Mosley   on behalf of Creditor   City Of Fort Worth
              chris.mosley@fortworthtexas.gov,   sharon.floyd@fortworthtexas.gov
              David G. Aelvoet   on behalf of Creditor   Bexar County davida@publicans.com
              David M. Bennett   on behalf of Creditor   National Retail Properties, LP david.bennett@tklaw.com,
              gracie.gonzales@tklaw.com
              Deborah A. Bynum   on behalf of U.S. Trustee   United States Trustee - AU12
              deborah.a.bynum@usdoj.gov
              Diane W. Sanders   on behalf of Creditor   McLennan County austin.bankruptcy@publicans.com
              Elizabeth  Banda Calvo   on behalf of Creditor   Arlington ISD, Mansfield ISD rgleason@pbfcm.com,
              ebcalvo@ecf.inforuptcy.com
              G. James Landon   on behalf of Interested Party   Official Committee Of Unsecured Creditors
              landon@slollp.com,   prentice@slollp.com
              H. Elizabeth Weller   on behalf of Creditor   Tarrant County bethw@publicans.com
              H. Elizabeth Weller   on behalf of Creditor   Gregg County bethw@publicans.com
              H. Elizabeth Weller   on behalf of Creditor   Ellis County bethw@publicans.com
              H. Elizabeth Weller   on behalf of Creditor   Rockwall CAD bethw@publicans.com
              H. Elizabeth Weller   on behalf of Creditor   Dallas County bethw@publicans.com
              James G Ruiz   on behalf of Defendant   Wells Fargo Bank, N.A. jruiz@winstead.com
              James G Ruiz   on behalf of Creditor   Wells Fargo Bank, N.A. jruiz@winstead.com
```

District/off: 0542-1          User: quintanil          Page 3 of 3          Date Rcvd: May 07, 2014
                             Form ID: pdfintp          Total Noticed: 44

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          James H. Billingsley   on behalf of Creditor   Mary Raney Nelms and Dick P. Wood, as Trustees of
          the R.C. Nelms Jr. Hillcrest Trust jbillingsley@polsinelli.com
          Jason A. Starks   on behalf of Creditor   Texas Comptroller of Public Accounts
          bk-jstarks@texasattorneygeneral.gov,  sherri.simpson@texasattorneygeneral.gov
          John P. Dillman   on behalf of Creditor   Cypress Fairbanks ISD houston_bankruptcy@publicans.com
          John P. Dillman   on behalf of Creditor   Fort Bend County houston_bankruptcy@publicans.com
          John P. Dillman   on behalf of Creditor   Harris County houston_bankruptcy@publicans.com
          John T. Banks   on behalf of Creditor   Hidalgo County, Hidalgo Co. Drainage Dist. #1, and
          McAllen Independent School District jbanks@pbfcm.com,  jbanks@ecf.inforuptcy.com
          Kay D. Brock   on behalf of Creditor   Travis County bkecf@co.travis.tx.us
          Kevin M Newman   on behalf of Creditor   Inland American Retail Management, LLC
          knewman@menterlaw.com,  kmnbk@menterlaw.com
          Laura J. Monroe   on behalf of Creditor   Lubbock Central Appraisal District lmbkr@pbfcm.com,
          krobertson@ecf.inforuptcy.com
          Lee  Gordon   on behalf of Creditor   City of Waco
          vcovington@mvbalaw.com;kmorriss@mvbalaw.com;othercourts@mvbalaw.com
          Lee  Gordon   on behalf of Creditor   The County of Williamson, Texas
          vcovington@mvbalaw.com;kmorriss@mvbalaw.com;othercourts@mvbalaw.com
          Lee  Gordon   on behalf of Creditor   The County of Denton, Texas
          vcovington@mvbalaw.com;kmorriss@mvbalaw.com;othercourts@mvbalaw.com
          Lee  Gordon   on behalf of Creditor   Bowie Central Appraisal District
          vcovington@mvbalaw.com;kmorriss@mvbalaw.com;othercourts@mvbalaw.com
          Lee  Gordon   on behalf of Creditor   Waco Independent School District
          vcovington@mvbalaw.com;kmorriss@mvbalaw.com;othercourts@mvbalaw.com
          Lee  Gordon   on behalf of Creditor   The County of Hays, Texas
          vcovington@mvbalaw.com;kmorriss@mvbalaw.com;othercourts@mvbalaw.com
          Lee  Gordon   on behalf of Creditor   Central Appraisal District of Taylor County
          vcovington@mvbalaw.com;kmorriss@mvbalaw.com;othercourts@mvbalaw.com
          Lee  Gordon   on behalf of Creditor   The County of Brazos, Texas
          vcovington@mvbalaw.com;kmorriss@mvbalaw.com;othercourts@mvbalaw.com
          Lee  Gordon   on behalf of Creditor   The County of Coma1, Texas
          vcovington@mvbalaw.com;kmorriss@mvbalaw.com;othercourts@mvbalaw.com
          Lisa C. Fancher   on behalf of Creditor   Prosperity Bank lfancher@fbhh.com,  cdeacon@fbhh.com
          Lynn  Saarinen   on behalf of Debtor   Fired Up, Inc. lsaarinen@bn-lawyers.com,
          rlevins@bn-lawyers.com;lhicks@bn-lawyers.com
          Michelle E. Shriro   on behalf of Creditor   Atascocita 1692, LLC. mshriro@singerlevick.com,
          croote@singerlevick.com;ckirkland@singerlevick.com
          Owen M Sonik   on behalf of Creditor   Brazoria County Tax Office osonik@pbfcm.com,
          tpope@pbfcm.com;osonik@ecf.inforuptcy.com;houbank@pbfcm.com
          Paul Matthias Hoffmann   on behalf of Creditor   Megaplex Four, Inc.
          paul.hoffmann@stinsonleonard.com
          R. Brandon Bundren   on behalf of Creditor   ARC CAFE, LLC rbbundren@duanemorris.com,
          mmbliler@duanemorris.com;aqslocum@duanemorris.com;arsmith@duanemorris.com
          R. Spencer Shytles   on behalf of Creditor   Magdalena Properties, LLC rss@gbstxlaw.com
          R. Spencer Shytles   on behalf of Creditor   RioCan America Management, Inc. rss@gbstxlaw.com
          Richard E. Hettinger   on behalf of Creditor   Brownsville Public Utilities Board
          rhettinger@davidsontroilo.com
          Robert  Yaquinto, Jr   on behalf of Creditor   Potato Specialty Co. rob@syllp.com
          Robert  Yaquinto, Jr   on behalf of Creditor   Capitol City Produce Company, LLC rob@syllp.com
          Robert  Yaquinto, Jr   on behalf of Creditor   FreshPoint Dallas, Inc. rob@syllp.com
          Robert  Yaquinto, Jr   on behalf of Creditor   FreshPoint South Texas, LP rob@syllp.com
          Robert  Yaquinto, Jr   on behalf of Creditor   FreshPoint Oklahoma City, LLC rob@syllp.com
          Robert  Yaquinto, Jr   on behalf of Creditor   FreshPoint Denver, Inc. rob@syllp.com
          Seth E. Meisel   on behalf of Interested Party   Official Committee Of Unsecured Creditors
          meisel@slollp.com,  prentice@slollp.com
          Stephen Christopher Conway   on behalf of Creditor   Missouri Department of Revenue
          bankruptcy@dor.mo.gov
          Stephen W. Sather   on behalf of Plaintiff   Fired Up, Inc. ssather@bn-lawyers.com,
          saugusta@bn-lawyers.com;lhicks@bn-lawyers.com;bbarron@bn-lawyers.com;kelliott@bn-lawyers.com
          Stephen W. Sather   on behalf of Debtor   Fired Up, Inc. ssather@bn-lawyers.com,
          saugusta@bn-lawyers.com;lhicks@bn-lawyers.com;bbarron@bn-lawyers.com;kelliott@bn-lawyers.com
          Tab  Beall   on behalf of Creditor   Tyler Independent School District tbeall@pbfcm.com,
          tylbkc@pbfcm.com;tbeall@ecf.inforuptcy.com
          United States Trustee - AU12   ustpregion07.au.ecf@usdoj.gov
                                                                              TOTAL: 59