IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| IN RE: | § | |
|---|---|---|
| | § | |
| FIRED UP, INC. | § | CASE NO. 14-10447-tmd |
| | § | (Chapter 11) |
| DEBTOR[1] | § | |

**OBJECTION TO APPLICATION FOR APPROVAL OF EMPLOYMENT OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE JUDGE OF SAID COURT:

Fired Up, Inc. (the "Debtor") hereby files this Objection to Application for Approval of Employment of FTI Consulting, Inc. as Financial Advisor for the Official Committee of Unsecured Creditors.

1.  The Official Committee of Unsecured Creditors has filed applications to employ three professionals as follows:

| Professional | Position | Hourly Rates (not including paraprofessionals) |
|---|---|---|
| Pachulski Stang Ziehl & Jones, LLP | Counsel for Official Committee of Unsecured Creditors | $475-775/hr. |
| Streusand, Landon & Ozburn, LLP | Local Counsel for Official Committee of Unsecured Creditors | $325-440/hr |
| FTI Consulting, Inc. | Financial Advisor for the Official Committee of Unsecured Creditors | $300-$925/hr. |

---

[1] Until February 26, 2014, Debtor's business was being operated partially by the Debtor, partially by Kona Restaurant Group, Inc.("KRG"), a Delaware corporation wholly owned by the Debtor, and partially by Carino's Italian Kitchen, Inc. ("CIK"), a Delaware corporation wholly owned by KRG. CIK was merged into KRG in Delaware and KRG was merged in to the Debtor, a Texas corporation, in Texas.

2. Under Fed.R.Bankr.P. 2014(a), an application to employ a professional shall state "the specific facts showing the necessity for the employment." The FTI application does not state why the Committee needs a financial advisor. This is particularly important since a "financial advisor" is not a type of professional mentioned in the Bankruptcy Code. The list of services to be performed by the proposed Financial Advisor in its application appears to be a standard list of services many of which are not applicable to this case. They include, by way of example:

> b) Assistance in the preparation of analyses required to assess any proposed Debtor-In-Possession ("DIP") financing or use of cash collateral (the Debtor did not seek DIP financing and a final cash collateral order is already in place);

> d) Assistance with the review of any proposed key employee retention and other employee benefit programs (the Debtor did not propose any KERPs).

The tasks to be performed also include numerous items identified as assistance with the review of various items, such as the Debtor's analysis of core business assets, the Debtor's cost/benefit analysis for assumption and rejection of leases, etc. Most business bankruptcy lawyers have more than a passing knowledge of financial matters. As a result, there is no showing why another professional is needed to assist in reviewing these items.

3. The hourly rates requested in the application grossly exceed the prevailing market rates in the Western District of Texas. The rates sought to be charged range from $300-$550 per hour for consultants and senior consultants to $800-$925 per hour for senior managing directors. The application and accompanying disclosures do not provide any information as to the individuals contemplated to be part of the engagement team. However, the individual who signed the disclosures, Steven Simms, is a Senior Managing Director in the firm's New York Office. This means that at least one person involved in the representation would be charging at least $800 per hour, an amount which exceeds the billing rates of *all* of the attorneys sought to be engaged by the Debtor or the Committee. There is no justification as to why this case needs ultra-expensive

consultants from New York. The excessive rates requested are also problematic for the reason that employment is sought under 11 U.S.C. §328(a). If employment is allowed under this section, the Court may not reconsider the rates being sought unless its approval was "improvident in light of developments not capable of being anticipated at the time of the fixing of such terms and conditions." As a result, employment should be denied under section 328(a).

4. The proposed Financial Advisor's Application mandates that the Debtor provide it with indemnification on specified terms. The Debtor does not agree to voluntarily indemnify a professional it has not retained and whose services appear to be unnecessary, nor can it be compelled to do so.

5. The Application allows the proposed Financial Advisor to seek reimbursement for its legal fees. It is not appropriate for professionals to hire other professionals and have their costs paid by the estate.

6. The Application should not be approved until the firm provides a complete conflicts check. According to the application, the firm's conflicts check was limited to the Debtor, the Debtor's interest holders, the Debtor's known directors and officers, the Debtor's known secured creditors, the Debtor's professionals, the members of the committee and the Debtor's 20 largest unsecured creditors. Fed.R.Bankr.P. 2014(a) requires the applicant to disclose *all* known connections with "creditors," not just some creditors. Additionally, the firm does not disclose its connections with professionals hired in the case other than Barron & Newburger, P.C. This is not merely a hypothetical concern because, on information and belief, FTI Consulting has been hired on multiple other occasions by committees represented by Pachulski Stang Ziehl & Jones.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that the Court deny or approve on conditions the Application to Employ FTI Consulting, Inc., and for such other and further relief, at law and in equity, to which it may be entitled.

          Respectfully Submitted,

          **BARRON & NEWBURGER, P.C.**
          1212 Guadalupe, Suite 104
          Austin, Texas 78701
          (512) 476-9103 Ext. 220
          (512) 476-9253 Facsimile

By:   /s/ *Stephen W. Sather*
      Barbara M. Barron
      State Bar No. 01817300
      Stephen W. Sather
      State Bar No. 17657520

**PROPOSED ATTORNEYS FOR DEBTOR**

**CERTIFICATE OF SERVICE**

     I certify that a true and correct copy of the foregoing Motion was served on the 14th day of May, 2014, by email transmission to all the parties on the Sixth Limited Master Service List attached hereto. Copies of the matrix are not included in the copies served by United States Mail but may be obtained from the Clerk of the Court or Debtor's counsel.

          /s/*Stephen W. Sather*

| | | |
|---|---|---|
| **United States Trustee:**<br>Henry G. Hobbs<br>Deborah A. Bynum<br>Office of the U.S. Trustee<br>903 San Jacinto Blvd., Room 230<br>Austin, TX 78701<br>henry.g.hobbs@usdoj.gov<br>deborah.a.bynum@usdoj.gov | **20 Largest Unsecured Creditors:**<br>AEI Accredited Investor Fund 2002<br>Attn:  Brian Schulz<br>1300 Wells Fargo Place<br>30 East Seventh Street<br>St. Paul, MN 55101<br>bschulz@aeifunds.com | Internal Revenue Service<br>Special Procedures Staff- Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| **Debtor:**<br>Creed Ford, III<br>President/CEO<br>Ford Restaurant Group<br>1514 RR 620 South<br>Austin, TX 78734<br>cford@carinos.com | AEI Fund Management, Inc.<br>Attn:  Brian Schulz<br>1300 Wells Fargo Place<br>30 East Seventh Street<br>St. Paul, MN 55101<br>bschulz@aeifunds.com | Magdalena Properties, LLC<br>c/o R. Spencer Shytles<br>Graham Bright & Smith, P.C.<br>5420 LBJ Freeway, Suite 300<br>Dallas, TX 75240<br>rss@gbstxlaw.com |
| Margaret B. Smith, CPA<br>Director of Finance<br>Ford Restaurant Group<br>1514 RR 620 South<br>Austin, TX 78734<br>msmith@fordrestgrp.com | ARC CAFÉ, LLC<br>American Realty Capital<br>Attn:  Cindy Dip<br>200 Dryden Road, Suite 1100<br>Dresher, PA 19025<br>cdip@arlcap.com | Pleasant Ridge Development Co.<br>Attn:  Lou Schickel<br>11601 Pleasant Ridge Rd., Suite 300<br>Little Rock, AR 72212<br>lou@schickels.com<br>invoices@schickels.com |
| **Proposed Attorneys for Debtor:**<br>Barbara M. Barron<br>Stephen W. Sather<br>Barron & Newburger, P.C.<br>1212 Guadalupe Street, Suite 104<br>Austin, TX 78701<br>bbarron@bn-lawyers.com<br>ssather@bn-lawyers.com | Cassidy Turley Midwest, Inc.<br>Attn:  Brian Schulz<br>1300 Wells Fargo Place<br>30 East Seventh Street<br>St. Paul, MN 55101<br>bschulz@aeifunds.com | Mary Raney & Dick P. Wood, Jr., as<br>Trustees of RC Nelms Jr. Hillcrest Trst<br>c/o James H. Billingsley<br>Polsinelli, PC<br>2501 N. Harwood St., Suite 1900<br>Dallas, TX 75201<br>jbillingsley@polsinelli.com |
| John Vernon<br>The Vernon Law Group, PLLC<br>4925 Greenville Avenue, Suite 200<br>Dallas, TX 75206<br>jvernon@vernonlawgroup.com | Food Services of America<br>Attn:  Lee Clark<br>P.O. Box 839<br>Meridian, ID 83680<br>lee_clark@fsafood.com<br>boise_ar@fsafood.com | Shamrock Foods-Consolidated<br>Attn:  Jessica Harlow<br>Department 219<br>Denver, CO 80291-0219<br>jessica_harlow@shamrockfoods.com |
| Kareem Hajjar<br>Hajjar Sutherland Peters, LLP<br>3144 Bee Caves Road<br>Austin, TX 78746<br>khajjar@legalstrategy.com | GE Capital Franchise Finance Corp.<br>c/o Jeffrey T. Wegner<br>Kutak Rock, LLP<br>1650 Farnam Street<br>Omaha, NE 68102-2186<br>jeffrey.wegner@kutakrock.com | Texas Comptroller of Public Accts.<br>c/o Jason A. Starks<br>Assistant Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548<br>jason.starks@texasattorneygeneral.gov |
| | Gentilis, Inc.<br>Attn:  Moja Lindsey<br>3400 Reeves Canyon Road<br>Redwood Valley, CA 95470<br>moja2@thelindseycompanies.com | Texas Workforce Commission<br>Attn:  Regulatory Integrity Div-SAU<br>101 E. 15th Street, Room 556<br>Austin, TX 78778-0001<br>rid.taxbankruptcy@twc.state.tx.us |

*Sixth Master Limited Service List dated May 8, 2014*                                                                                     Page **1** of **4**

**Secured Creditors:**

FRG Capital, LLC
c/o Blake Rasner
Haley & Olson, P.C.
510 N. Valley Mills Drive, Suite 600
Waco, TX 76710
brasner@haleyolson.com

Prosperity Bank
c/o Lisa C. Fancher
Fritz, Byrne, Head & Harrison, PLLC
98 San Jacinto Blvd., Suite 2000
Austin, TX 78701-4286
lfancher@fbhh.com

**Unsecured Creditors Committee:**

AEI Income & Growth Fund 24, LLC
Robert P. Johnson
30 Seventh Street East, Suite 1300
St. Paul, MN 55101
bschulz@aeifunds.com

Ben E. Keith Company (interim chair)
Richard Grasso
P. O. Box 2628
Ft. Worth, TX 76112
rngrasso@benekeith.com

Glazier Foods Company
Art Innis
11303 Antoine Dr.
Houston, TX 77066
artinnis@glazierfoods.com

Independent Bank
Charley Rigney
8004 Woodway Dr., Suite 200
Waco, TX 76712
crigney@ibtx.com

National Retail Properties, Inc.
David G. Byrnes, Jr.
450 S. Orange Avenue, Suite 900
Orlando, FL 32801
david.byrnes@nnnreit.com

The Coca-Cola Company
William Kay, Sr. Bankruptcy Advisor
P.O. Box 1734
NAT 2008 Mail Stop
Atlanta, GA 30313
billkaye@jllconsultants.com

Wilmington Center, LLC
Attn: Fay Farzani
9471 Lomitas Avenue
Beverly Hills, CA 90210
fafar101@aol.com

**Proposed Counsel for Creditors' Committee:**

Bradford J. Sandler
Pachulski, Stang, Ziehl & Jones, LLP
919 North Market St., 17th Floor
Wilmington, DE 19801
bsandler@pszjlaw.com

**Miscellaneous:**

Brownsville Public Utilities Board
c/o Gilbert L. Hamberg, Esq.
1038 Darby Drive
Yardley, PA 19067
ghamberg_3@msn.com

CASS
Attn: Frank Garcia
2675 Corporate Exchange Drive
Columbus, OH 43231
fgarcia@cassinfo.com

Fintech
Attn: Mandi Aiton
7702 Woodland Center Blvd., #50
Tampa, FL 33614
maiton@fintech.com

Summit Energy
Attn: Tim Ward
103 Historic Town Square
Lancaster, TX 75146
tim.ward@ems.schneider-electric.com

Wells Fargo Bank, N.A.
c/o James G. Ruiz
Winstead, P.C.
401 Congress Avenue, Suite 2100
Austin, TX 78701
jruiz@winstead.com

**Additional Notice:**

Bruce M. Wilpon
Special Assistant U.S. Attorney
Internal Revenue Service
300 E. 8th Street, Suite 601
Austin, TX 78701
bruce.m.wilpon@irscounsel.treas.gov

Jason P. Wylie
The Law Office of Jason Wylie
8553 N. Beach St., PMB 316
Fort Worth, TX 76244-4919
jason@jasonwylielaw.com

John M. Koneck
Fredrikson & Byron, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
jkoneck@fredlaw.com

Mackenzie S. Wallace
Thompson & Knight, LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201
mackenzie.wallace@tklaw.com

Timothy E. Hudson
Thompson & Knight, LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201
tim.hudson@tklaw.com

William M. Kane
Traylor, Tompkins & Black, P.C.
751 Horizon Court, Suite 200
Grand Junction, CO 81506-8754
wmk@grandjunctionlaw.com

| | | |
|---|---|---|
| **Notices of Appearance:**<br><br>Arlington ISD, Mansfield ISD<br>c/o Elizabeth Banda Calvo<br>Perdue, Brandon, Fielder, et al<br>P.O. Box 13430<br>Arlington, TX 76094-0430<br>ebcalvo@pbfcm.com | Texas Ad Valorem Taxing Entities<br>c/o Elizabeth Weller<br>Linebarger Goggan Blair & Sampson<br>2777 N. Stemmons Frwy, Suite 1000<br>Dallas, TX 75207<br>dallas.bankruptcy@publicans.com | GS II Meridian Crossroads, LLC<br>c/o Renee B. Weiss, Esq.<br>DDR Corp.<br>P.O. Box 228042<br>Beachwood, OH 44122<br>rweiss@ddr.com |
| Atascocita 1692, LLC<br>c/o Michelle E. Shriro, Esq.<br>Singer & Levick, P.C.<br>16200 Addison Road, Suite 140<br>Addison, TX 75001<br>mshriro@singerlevick.com | RioCan America Management, Inc.<br>c/o R. Spencer Shytles<br>Graham Bright & Smith, P.C.<br>5420 LBJ Freeway, Suite 300<br>Dallas, TX 75240<br>rss@gbstxlaw.com | ARC CAFÉ, LLC<br>c/o R. Brandon Bundren<br>Duane Morris, LLP<br>1330 Post Oak Blvd., Suite 800<br>Houston, TX 77056-3166<br>rbbundren@duanemorris.com |
| Bexar County<br>c/o David G. Aelvoet<br>Linebarger Goggan Blair & Sampson<br>711 Navarro Street, Suite 300<br>San Antonio, TX 78205<br>sanantonio.bankruptcy@publicans.com | Tyler Independent School District<br>c/o Tab Beall<br>Perdue, Brandon, Fielder, et al<br>P.O. Box 2007<br>Tyler, TX 75710-2007<br>tbeall@pbfcm.com<br>tylbkc@pbfcm.com | ARC CAFE, LLC<br>c/o William C. Heuer<br>and Patricia H. Heer<br>Duane Morris, LLP<br>1540 Broadway<br>New York, NY 10036<br>wheuer@duanemorris.com<br>phheer@duanemorris.com |
| Inland American Retail Mgmt., LLC<br>c/o Kevin M. Newman, Esq.<br>Menter, Rudin & Trivelpiece, P.C.<br>308 Maltbie Street, Suite 200<br>Syracuse, NY 13204-1498<br>knewman@menterlaw.com | Texas Ad Valorem Taxing Entities<br>c/o Owen M. Sonik<br>Perdue, Brandon, Fielder, et al<br>1235 North Loop West, Suite 600<br>Houston, TX 77008<br>houbank@pbfcm.com | Missouri Department of Revenue<br>Bankruptcy Unit<br>Attn: S. Christopher Conway<br>P.O. Box 475<br>Jefferson City, MO 65105-0475<br>txwdecf@dor.mo.gov |
| National Retail Properties, LP<br>c/o David M. Bennett<br>and Cassandra Ann Sepanik<br>Thompson & Knight, LLP<br>1722 Routh Street, Suite 1500<br>Dallas, TX 75201<br>david.bennett@tklaw.com<br>cassandra.sepanik@tklaw.com | Hidalgo County & McAllen ISD<br>c/o John T. Banks<br>Perdue, Brandon, Fielder, et al<br>3301 Northland Drive, Suite 505<br>Austin, TX 78731<br>jbanks@pbfcm.com | RB River IV, LLC, et al<br>c/o Jeffrey Ackermann<br>Durio, McGoffin, Stagg & Ackermann<br>P.O. Box 51308<br>Lafayette, LA 70505-1308<br>jeffackermann@dmsfirm.com |
| Texas Ad Valorem Taxing Entities<br>c/o Lee Gordon<br>McCreary, Veselka, Bragg & Allen<br>P.O. Box 1269<br>Round Rock, TX 78680<br>lgordon@mvbalaw.com | Lubbock Central Appraisal District<br>c/o Laura J. Monroe<br>Perdue, Brandon, Fielder, et al<br>P.O. Box 817<br>Lubbock, TX 79408<br>lmonroe@pbfcm.com | City of Fort Worth<br>c/o Christopher B. Mosley<br>Senior Assistant City Attorney<br>1000 Throckmorton Street<br>Fort Worth, TX 76102<br>chris.mosley@fortworthtexas.gov |
| Texas Ad Valorem Taxing Entities<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson<br>P.O. Box 17428<br>Austin, TX 78760-7428<br>austin.bankruptcy@publicans.com | Texas Ad Valorem Taxing Entities<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson<br>P.O. Box 3064<br>Houston, TX 77253-3064<br>houston_bankruptcy@publicans.com | The City of Laredo<br>c/o Christina Flores<br>Flores & Saucedo, PLLC<br>5517 McPherson, Suite 14<br>Laredo, TX 78041<br>cfloreslaw@sbcglobal.net<br>floressaucedopllc@gmail.com |

*Sixth Master Limited Service List dated May 8, 2014*        Page **3** of **4**

Megaplex Four, Inc.
c/o Paul M. Hoffmann
Stinson Leonard Street, LLP
1201 Walnut St., Suite 2900
Kansas City, MO 64106
paul.hoffmann@stinsonleonard.com

Travis County
c/o Kay D. Brock
Assistant Travis County Attorney
P.O. Box 1748
Austin, TX 78767
kay.brock@co.travis.tx.us