UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| FIRED UP, INC. | § | Case No. 14-10447 |
| | § | (Chapter 11) |
| Debtor.[1] | § | |
| | § | |

**FIRST MOTION TO MODIFY AND EXTEND AUTHORITY FOR USE OF CASH COLLATERAL IN THE ORDINARY COURSE**

**A hearing will be conducted on this matter on July 3, 2014 at 1:30 pm in Courtroom No. 1, 903 San Jacinto, Austin, TX 78701.**

**If you object to the relief requested, you must respond in writing, specifically answering each paragraph of this pleading. Unless otherwise directed by the court, you must file your response with the clerk of the bankruptcy court within 21 days from the date you were served with this pleading. You must serve a copy of your response on the person who sent you the notice; otherwise, the court may treat the pleading as unopposed and grant the relief requested.**

TO THE HONORABLE JUDGE OF SAID COURT:

**Fired Up, Inc.** ("Debtor"), Debtor in the above-styled and referenced case, hereby files this its First Motion to Modify and Extend Authority for Use of Cash Collateral in the Ordinary Course of Business (the "Motion") which seeks an order from this Court approving a cash collateral budget for the months of July-October 2014--including a revised estimate for professional fees and a clarification of the instances in which the Debtor may exceed a specific line item on the budget. In support thereof, Debtor respectfully states the following:

---

[1] Until February 26, 2014, Debtor's business was being operated partially by the Debtor, partially by Kona Restaurant Group, Inc.("KRG"), a Delaware corporation wholly owned by the Debtor, and partially by Carino's Italian Kitchen, Inc. ("CIK"), a Delaware corporation wholly owned by KRG. CIK was merged into KRG in Delaware and KRG was merged in to the Debtor, a Texas corporation, in Texas.

**Jurisdiction**

1	The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157. This Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

2.	Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3.	The basis for the relief requested herein is primarily ground in 11 U.S.C. §§ 105(a) and 363 as supplemented and amplified by Fed. R. Bankr. P. 6003.

**Background**

4.	On March 27, 2014 ("Petition Date"), Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code ("Bankruptcy Code") in the United States Bankruptcy Court for the Western District of Texas, Austin Division ("Court"), thereby commencing this chapter 11 case ("Case"). Debtor continues in possession of its property and is operating and managing its business as Debtor-in-Possession pursuant to the provisions of 11 U.S.C. §§ 1107(a) and 1108.

5.	No trustee or examiner has been appointed in the Case. A creditors' committee has been appointed pursuant to 11 U.S.C. § 1102.

6.	On March 27, 2014, the Debtor filed its Emergency Motion Pursuant to 11 U.S.C. §363 for Authority to Use, Sell, or Lease Cash Collateral in the Ordinary Course (Cash Collateral Motion).

7.	On May 7, 2014, the Court entered a Final Order on the Cash Collateral Motion (Final Order). The Final Order authorized the Debtor to use cash collateral according to its budget through July 30, 2014, as appended thereto.

**Relief Requested**

8. The Debtor seeks to modify and extend the authority for use of cash collateral. In particular, the Debtor seeks to increase the line item for professional fees based on actual historical data in contrast to its first budget in which the accrual for professional fees was estimated.

9. To date, the Debtor has received rough estimates of professional fees incurred (although no amounts have been approved to this date) as follows:

    a.  April 2014    $167,000

    b.  May 2014     $195,000

Based upon these estimates, Debtor requests aggregate authority to pay $200,000 per month. This amount is based on the average of the estimates for April and May plus a cushion of 10%. Debtor also requests authority to carry the unused portion of any month's professional fee budget forward to subsequent months.

10. The Debtor has prepared a revised budget for the months of July through October of 2014, a copy of which is attached hereto as Exhibit A. If approved by the Court, the budget for the month of July 2014 would supersede the prior budget for this month.

11. Debtor also seeks authority to exceed the amount of any line item on the budget by twenty-five percent (25%) and the total amount for any given month by as much as ten percent (10%). Debtor also seeks authority to carry the unused portion of any month's overall budge forward to subsequent months.

12. The Debtor believes that the following parties have an interest in cash collateral and may be affected by this Motion:

| Creditor | Debt Amount | Store# | Collateral | Insider? | First Perfection |
|---|---|---|---|---|---|

| | | | | | Date*/State |
|---|---|---|---|---|---|
| FRG Capital, LLC | $13,436,864.02 | N/A | Blanket lien (Lien subordinated to Prosperity Bank re: 4157 Buffalo Gap Rd., Abilene, TX) | Yes | TX 01/20/2011 DE 01/20/2011 |
| General Electric Capital Corporation | $514,005.62 | #89 | Real property and all property used in connection with 7017 Garth Road, Baytown, TX 77521 | No | TX 6/17/2008 DE 6/17/2008 |
| GE Capital Franchise Corporation | $55,201.33 $784,866.95 | #103 | Real property and all restaurant equipment, machinery, furniture, appliances, trade fixtures, goods located at 3147 S. Military Drive, San Antonio, TX | | DE 11/14/2005 |
| GE Capital Franchise Corporation | $56,489.41 | #90 | All restaurant equipment, machinery, furniture, appliances, trade fixtures, goods located at 5750 Hwy. 6, Missouri City, Texas | | DE 11/14/2005 |
| GE Capital Franchise Finance Corporation | $473,907.46 | #87 | Leasehold estate in Lafayette, LA | | DE 01/23/2014 |
| Independent Bank | $607,451.26 | #78 | Machinery, equipment, furniture, fixtures, and other tangible personal property and proceeds located at 3050 Silverlake Village Drive, Pearland, Texas | | TX 02/11/2009 |
| Prosperity Bank | $1,185,251.29 | #102 | Equipment, general intangibles, deposit accounts, proceeds and all personal property used at 4157 Buffalo Gap Rd., Abilene, TX 79605 | No | TX 09/04/2012 |
| Xerox | | | Leased property: Xerox P4112CPC | | TX 02.09/2011 |

13. In addition to the contractual secured creditors, the Debtor owes delinquent ad valorem taxes on personal property it owns in the amount of approximately $64,000 and an

unliquidated amount in current obligations to 155 local taxing entities that are not yet due. The Debtor also has a Certificate of Deposit which is pledged to secure a letter of credit for the Debtor's non-subscriber workman's compensation policy, as well as two certificates of deposit which are collateral for a former program with Wells Fargo. Debtor does not seek permission to use the Wells Fargo cash collateral.

14. Section 361 of the Bankruptcy Code sets forth various types of adequate protection which Debtor may provide:

    a. making periodic cash payments to the extent that the creditor suffers a decrease in the value of its interest in such property;

    b. granting replacement liens in collateral to compensate the creditor for any decrease in the value of the creditor's interest in such property; or

    c. granting other relief as will result in the realization of the indubitable equivalent of the creditor's interest in collateral

15. Debtor's original Cash Collateral Motion provided adequate protection to secured creditors in the form of replacement liens. FRG Capital, LLC and Independent Bank have filed motions for adequate protection. Any adequate protection other than replacement liens shall be considered pursuant to these motions.

16. Debtor requests authority to pay its usual and customary operating expenses of the same type and approximate amounts set forth on the attached budget for the months of July through October 2014 as set forth above.

Dated: June 11, 2014.

        Respectfully Submitted,

        BARRON & NEWBURGER, P.C.

        /s/Stephen W. Sather_____
        Barbara Barron (SBN 01817300)
        Stephen W. Sather (SBN 17657520)
        1212 Guadalupe St Ste 104
        Austin, Texas 78701-1837
        Telephone: (512) 476-9103
        Facsimile: (512) 476-9253

## **CERTIFICATE OF SERVICE**

      I certify that the foregoing was served by electronic mail on June 11, 2014, to all parties listed on the Seventh Master Limited Service List attached hereto and made a part hereof and electronically by the Court's ECF system to all parties registered to receive such service as well as to the following parties not on the Eighth Master Limited Service List by United States Mail, First Class, Postage Pre-Paid.

        */s/ Stephen W. Sather*_____

**United States Trustee:**

Henry G. Hobbs
Deborah A. Bynum
Office of the U.S. Trustee
903 San Jacinto Blvd., Room 230
Austin, TX 78701
henry.g.hobbs@usdoj.gov
deborah.a.bynum@usdoj.gov

**Debtor:**

Creed Ford, III
President/CEO
Ford Restaurant Group
1514 RR 620 South
Austin, TX 78734
cford@carinos.com

Margaret B. Smith, CPA
Director of Finance
Ford Restaurant Group
1514 RR 620 South
Austin, TX 78734
msmith@fordrestgrp.com

**Proposed Attorneys for Debtor:**

Barbara M. Barron
Stephen W. Sather
Barron & Newburger, P.C.
1212 Guadalupe Street, Suite 104
Austin, TX 78701
bbarron@bn-lawyers.com
ssather@bn-lawyers.com

John Vernon
The Vernon Law Group, PLLC
4925 Greenville Avenue, Suite 200
Dallas, TX 75206
jvernon@vernonlawgroup.com

Kareem Hajjar
Hajjar Sutherland Peters, LLP
3144 Bee Caves Road
Austin, TX 78746
khajjar@legalstrategy.com

**20 Largest Unsecured Creditors:**

AEI Accredited Investor Fund 2002
Attn: Brian Schulz
1300 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
bschulz@aeifunds.com

AEI Fund Management, Inc.
Attn: Brian Schulz
1300 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
bschulz@aeifunds.com

ARC CAFÉ, LLC
American Realty Capital
Attn: Cindy Dip
200 Dryden Road, Suite 1100
Dresher, PA 19025
cdip@arlcap.com

Cassidy Turley Midwest, Inc.
Attn: Brian Schulz
1300 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
bschulz@aeifunds.com

Food Services of America
Attn: Lee Clark
P.O. Box 839
Meridian, ID 83680
lee_clark@fsafood.com
boise_ar@fsafood.com

GE Capital Franchise Finance Corp.
c/o Jeffrey T. Wegner
Kutak Rock, LLP
1650 Farnam Street
Omaha, NE 68102-2186
jeffrey.wegner@kutakrock.com

Gentilis, Inc.
Attn: Moja Lindsey
3400 Reeves Canyon Road
Redwood Valley, CA 95470
moja2@thelindseycompanies.com

Internal Revenue Service
Special Procedures Staff- Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

Magdalena Properties, LLC
c/o R. Spencer Shytles
Graham Bright & Smith, P.C.
5420 LBJ Freeway, Suite 300
Dallas, TX 75240
rss@gbstxlaw.com

Pleasant Ridge Development Co.
Attn: Lou Schickel
11601 Pleasant Ridge Rd., Suite 300
Little Rock, AR 72212
lou@schickels.com
invoices@schickels.com

Mary Raney & Dick P. Wood, Jr., as
Trustees of RC Nelms Jr. Hillcrest Trst
c/o James H. Billingsley
Polsinelli, PC
2501 N. Harwood St., Suite 1900
Dallas, TX 75201
jbillingsley@polsinelli.com

Shamrock Foods-Consolidated
Attn: Jessica Harlow
Department 219
Denver, CO 80291-0219
jessica_harlow@shamrockfoods.com

Texas Comptroller of Public Accts.
c/o Jason A. Starks
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
jason.starks@texasattorneygeneral.gov

Texas Workforce Commission
Attn: Regulatory Integrity Div-SAU
101 E. 15th Street, Room 556
Austin, TX 78778-0001
rid.taxbankruptcy@twc.state.tx.us

*Eighth Master Limited Service List dated June 10, 2014*                                       Page 1 of 4

| | | |
|---|---|---|
| **Secured Creditors:**<br><br>FRG Capital, LLC<br>c/o Blake Rasner<br>Haley & Olson, P.C.<br>510 N. Valley Mills Drive, Suite 600<br>Waco, TX 76710<br>brasner@haleyolson.com | The Coca-Cola Company<br>William Kay, Sr. Bankruptcy Advisor<br>P.O. Box 1734<br>NAT 2008 Mail Stop<br>Atlanta, GA 30313<br>billkaye@jllconsultants.com | Wells Fargo Bank, N.A.<br>c/o James G. Ruiz<br>Winstead, P.C.<br>401 Congress Avenue, Suite 2100<br>Austin, TX 78701<br>jruiz@winstead.com |
| Prosperity Bank<br>c/o Lisa C. Fancher<br>Fritz, Byrne, Head & Harrison, PLLC<br>98 San Jacinto Blvd., Suite 2000<br>Austin, TX 78701-4286<br>lfancher@fbhh.com | Wilmington Center, LLC<br>Attn: Fay Farzani<br>9471 Lomitas Avenue<br>Beverly Hills, CA 90210<br>fafar101@aol.com | **Additional Notice:**<br><br>Bruce M. Wilpon<br>Special Assistant U.S. Attorney<br>Internal Revenue Service<br>300 E. 8th Street, Suite 601<br>Austin, TX 78701<br>bruce.m.wilpon@irscounsel.treas.gov |
| **Unsecured Creditors Committee:**<br><br>AEI Income & Growth Fund 24, LLC<br>Robert P. Johnson<br>30 Seventh Street East, Suite 1300<br>St. Paul, MN 55101<br>bschulz@aeifunds.com | **Proposed Counsel for Creditors' Committee:**<br><br>Bradford J. Sandler<br>Pachulski, Stang, Ziehl & Jones, LLP<br>919 North Market St., 17th Floor<br>Wilmington, DE 19801<br>bsandler@pszjlaw.com | Jason P. Wylie<br>The Law Office of Jason Wylie<br>8553 N. Beach St., PMB 316<br>Fort Worth, TX 76244-4919<br>jason@jasonwylielaw.com |
| Ben E. Keith Company (interim chair)<br>Richard Grasso<br>P. O. Box 2628<br>Ft. Worth, TX 76112<br>rngrasso@benekeith.com | **Miscellaneous:**<br><br>Brownsville Public Utilities Board<br>c/o Gilbert L. Hamberg, Esq.<br>1038 Darby Drive<br>Yardley, PA 19067<br>ghamberg_3@msn.com | John M. Koneck<br>Fredrikson & Byron, P.A.<br>200 South Sixth Street, Suite 4000<br>Minneapolis, MN 55402-1425<br>jkoneck@fredlaw.com |
| Glazier Foods Company<br>Art Innis<br>11303 Antoine Dr.<br>Houston, TX 77066<br>artinnis@glazierfoods.com | CASS<br>Attn: Frank Garcia<br>2675 Corporate Exchange Drive<br>Columbus, OH 43231<br>fgarcia@cassinfo.com | Mackenzie S. Wallace<br>Thompson & Knight, LLP<br>1722 Routh Street, Suite 1500<br>Dallas, TX 75201<br>mackenzie.wallace@tklaw.com |
| Independent Bank<br>Charley Rigney<br>8004 Woodway Dr., Suite 200<br>Waco, TX 76712<br>crigney@ibtx.com | Fintech<br>Attn: Mandi Aiton<br>7702 Woodland Center Blvd., #50<br>Tampa, FL 33614<br>maiton@fintech.com | Timothy E. Hudson<br>Thompson & Knight, LLP<br>1722 Routh Street, Suite 1500<br>Dallas, TX 75201<br>tim.hudson@tklaw.com |
| National Retail Properties, Inc.<br>David G. Byrnes, Jr.<br>450 S. Orange Avenue, Suite 900<br>Orlando, FL 32801<br>david.byrnes@nnnreit.com | Summit Energy<br>Attn: Tim Ward<br>103 Historic Town Square<br>Lancaster, TX 75146<br>tim.ward@ems.schneider-electric.com | William M. Kane<br>Traylor, Tompkins & Black, P.C.<br>751 Horizon Court, Suite 200<br>Grand Junction, CO 81506-8754<br>wmk@grandjunctionlaw.com |

**Notices of Appearance:**

Arlington ISD, Mansfield ISD
c/o Elizabeth Banda Calvo
Perdue, Brandon, Fielder, et al
P.O. Box 13430
Arlington, TX 76094-0430
ebcalvo@pbfcm.com

Atascocita 1692, LLC
c/o Crystal R. Axelrod
Morgan, Lewis & Bockius, LLP
1000 Louisiana Street, Suite 4000
Houston, TX 77002
caxelrod@morganlewis.com

Atascocita 1692, LLC
c/o Patrick D. Fleming
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178
pfleming@morganlewis.com

Bexar County
c/o David G. Aelvoet
Linebarger Goggan Blair & Sampson
711 Navarro Street, Suite 300
San Antonio, TX 78205
sanantonio.bankruptcy@publicans.com

Inland American Retail Mgmt., LLC
c/o Kevin M. Newman, Esq.
Menter, Rudin & Trivelpiece, P.C.
308 Maltbie Street, Suite 200
Syracuse, NY 13204-1498
knewman@menterlaw.com

National Retail Properties, LP
c/o David M. Bennett
and Cassandra Ann Sepanik
Thompson & Knight, LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201
david.bennett@tklaw.com
cassandra.sepanik@tklaw.com

Texas Ad Valorem Taxing Entities
c/o Lee Gordon
McCreary, Veselka, Bragg & Allen
P.O. Box 1269
Round Rock, TX 78680
lgordon@mvbalaw.com

Texas Ad Valorem Taxing Entities
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson
P.O. Box 17428
Austin, TX 78760-7428
austin.bankruptcy@publicans.com

Texas Ad Valorem Taxing Entities
c/o Elizabeth Weller
Linebarger Goggan Blair & Sampson
2777 N. Stemmons Frwy, Suite 1000
Dallas, TX 75207
dallas.bankruptcy@publicans.com

RioCan America Management, Inc.
c/o R. Spencer Shytles
Graham Bright & Smith, P.C.
5420 LBJ Freeway, Suite 300
Dallas, TX 75240
rss@gbstxlaw.com

Tyler Independent School District
c/o Tab Beall
Perdue, Brandon, Fielder, et al
P.O. Box 2007
Tyler, TX 75710-2007
tbeall@pbfcm.com
tylbkc@pbfcm.com

Texas Ad Valorem Taxing Entities
c/o Owen M. Sonik
Perdue, Brandon, Fielder, et al
1235 North Loop West, Suite 600
Houston, TX 77008
houbank@pbfcm.com

Hidalgo County & McAllen ISD
c/o John T. Banks
Perdue, Brandon, Fielder, et al
3301 Northland Drive, Suite 505
Austin, TX 78731
jbanks@pbfcm.com

Lubbock Central Appraisal District
c/o Laura J. Monroe
Perdue, Brandon, Fielder, et al
P.O. Box 817
Lubbock, TX 79408
lmonroe@pbfcm.com

Texas Ad Valorem Taxing Entities
c/o John P. Dillman
Linebarger Goggan Blair & Sampson
P.O. Box 3064
Houston, TX 77253-3064
houston_bankruptcy@publicans.com

GS II Meridian Crossroads, LLC
c/o Renee B. Weiss, Esq.
DDR Corp.
P.O. Box 228042
Beachwood, OH 44122
rweiss@ddr.com

ARC CAFÉ, LLC
c/o R. Brandon Bundren
Duane Morris, LLP
1330 Post Oak Blvd., Suite 800
Houston, TX 77056-3166
rbbundren@duanemorris.com

ARC CAFE, LLC
c/o William C. Heuer
and Patricia H. Heer
Duane Morris, LLP
1540 Broadway
New York, NY 10036
wheuer@duanemorris.com
phheer@duanemorris.com

Missouri Department of Revenue
Bankruptcy Unit
Attn: S. Christopher Conway
P.O. Box 475
Jefferson City, MO 65105-0475
txwdecf@dor.mo.gov

RB River IV, LLC, et al
c/o Jeffrey Ackermann
Durio, McGoffin, Stagg & Ackermann
P.O. Box 51308
Lafayette, LA 70505-1308
jeffackermann@dmsfirm.com

City of Fort Worth
c/o Christopher B. Mosley
Senior Assistant City Attorney
1000 Throckmorton Street
Fort Worth, TX 76102
chris.mosley@fortworthtexas.gov

The City of Laredo
c/o Christina Flores
Flores & Saucedo, PLLC
5517 McPherson, Suite 14
Laredo, TX 78041
cfloreslaw@sbcglobal.net
floressaucedopllc@gmail.com

Megaplex Four, Inc.
c/o Paul M. Hoffmann
Stinson Leonard Street, LLP
1201 Walnut St., Suite 2900
Kansas City, MO 64106
paul.hoffmann@stinsonleonard.com

Travis County
c/o Kay D. Brock
Assistant Travis County Attorney
P.O. Box 1748
Austin, TX 78767
kay.brock@co.travis.tx.us

Ecolab, Inc.
c/o Kohner, Mann & Kailas, S.C.
Attn: Samuel C. Wisotzkey
4650 N. Port Washington Rd.
Milwaukee, WI 53212-1059
swisotzkey@kmksc.com

Independent Bank
c/o Steve Turner
Barrett Daffin Frappier Turner, et al
15000 Surveyor Blvd., Suite 100
Addison, TX 75001
wdecf@bdfgroup.com

DDR Corp.
c/o Robert L. LeHane, Esq.
and Jennifer D. Raviele, Esq.
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178
KDWBankruptcyDepartment@kelleydrye.com
rlehane@kelleydrye.com
jraviele@kelleydrye.com

Hill Country Texas Galleria, LLC
c/o Joseph D. Martinec
Martinec, Winn, Vickers & McElroy, PC
919 Congress Avenue, Suite 200
Austin, TX 78701
martinec@mwvmlaw.com

South Coast Plaza, LLC
c/o Joseph D. Martinec
Martinec, Winn, Vickers &
McElroy, PC
919 Congress Avenue, Suite 200
Austin, TX 78701
martinec@mwvmlaw.com

Fired Up, Inc.
4 Month Budget

| # weeks:<br>Period Ended: | *5 Weeks*<br>*7/30/2014* | *4 Weeks*<br>*8/27/2014* | *4 Weeks*<br>*9/24/2014* | *5 Weeks*<br>*10/29/2014* | **Total** | |
|---|---:|---:|---:|---:|---:|---:|
| **Store Budget** | | | | | | |
| Food Sales | 7,452,150 | 6,554,989 | 5,786,533 | 7,469,248 | **27,262,920** | 85.9% |
| Beverage Sales | 447,634 | 373,451 | 324,235 | 468,219 | **1,613,540** | 5.1% |
| Total Alcohol Sales | 779,724 | 667,917 | 606,888 | 791,876 | **2,846,404** | 9.0% |
| Gross Sales | 8,679,508 | 7,596,357 | 6,717,655 | 8,729,343 | **31,722,864** | |
| Food Comps | 710,558 | 622,171 | 551,114 | 714,672 | 2,598,514 | *82.4%* |
| Alcohol Comps | 0 | 0 | 0 | 0 | 0 | *0.0%* |
| Employee Discounts | 52,390 | 45,873 | 40,634 | 52,693 | 191,590 | *6.1%* |
| BOGs | 6,918 | 6,057 | 5,365 | 6,958 | 25,298 | *0.8%* |
| Coupons | 67,997 | 59,538 | 52,739 | 68,390 | 248,664 | *7.9%* |
| Guest Loyalty | 24,745 | 21,667 | 19,192 | 24,888 | 90,491 | *2.9%* |
| Total Comps | 862,607 | 755,306 | 669,044 | 867,602 | **3,154,558** | 9.9% |
| Net Sales | 7,816,902 | 6,841,051 | 6,048,612 | 7,861,741 | **28,568,306** | 90.1% |
| Meat | 220,072 | 192,601 | 170,258 | 221,176 | 804,107 | 11.3% |
| Seafood | 135,285 | 118,398 | 104,663 | 135,964 | 494,309 | 7.0% |
| Poultry | 249,610 | 218,453 | 193,110 | 250,863 | 912,037 | 12.8% |
| Produce | 224,304 | 196,306 | 173,533 | 225,430 | 819,573 | 11.5% |
| Dairy | 261,292 | 228,677 | 202,148 | 262,603 | 954,720 | 13.4% |
| Bakery | 156,079 | 136,597 | 120,750 | 156,863 | 570,289 | 8.0% |
| Pasta | 144,046 | 126,065 | 111,441 | 144,769 | 526,320 | 7.4% |
| Sauces | 131,006 | 114,653 | 101,352 | 131,663 | 478,675 | 6.7% |
| Oils | 76,918 | 67,316 | 59,507 | 77,304 | 281,045 | 4.0% |
| Desserts | 55,260 | 48,363 | 42,752 | 55,538 | 201,913 | 2.8% |
| Other Food | 291,154 | 254,811 | 225,251 | 292,615 | 1,063,831 | 15.0% |
| Other | 0 | 0 | 0 | 0 | 0 | 0.0% |
| Total Food Cost | 1,945,026 | 1,702,240 | 1,504,765 | 1,954,787 | **7,106,819** | 26.1% |
| NA Beverage | 92,684 | 81,096 | 71,621 | 93,019 | **338,420** | 21.0% |
| Liquor | 50,697 | 44,362 | 39,244 | 50,986 | 185,289 | 21.9% |
| Beer | 53,837 | 47,109 | 41,674 | 54,144 | 196,763 | 23.3% |
| Wine | 126,536 | 110,723 | 97,948 | 127,257 | 462,464 | 54.8% |
| Total Alcohol Costs | 231,070 | 202,195 | 178,866 | 232,387 | **844,517** | 29.7% |
| Total Cost of Sales | 2,268,780 | 1,985,531 | 1,755,251 | 2,280,193 | **8,289,755** | 26.1% |
| Hostess | 97,426 | 85,323 | 75,429 | 97,838 | 356,016 | 3.8% |
| Foodserver | 243,288 | 213,064 | 188,356 | 244,315 | 889,023 | 9.4% |
| Tender | 92,439 | 80,956 | 71,568 | 92,830 | 337,792 | 3.6% |
| Bartender | 69,402 | 60,780 | 53,732 | 69,695 | 253,610 | 2.7% |
| Curbside/To Go | 49,808 | 43,620 | 38,562 | 50,018 | 182,008 | 1.9% |
| Catering | 61,460 | 53,825 | 47,583 | 61,720 | 224,589 | 2.4% |
| Dining Room Expo | 0 | 0 | 0 | 0 | 0 | 0.0% |
| Key Staff | 36,417 | 31,893 | 28,195 | 36,571 | 133,077 | 1.4% |
| Dining Room Training | 43,665 | 38,241 | 33,806 | 43,850 | 159,562 | 1.7% |
| Kitchen | 779,128 | 682,337 | 603,210 | 782,419 | 2,847,094 | 30.1% |
| Steward | 186,626 | 163,442 | 144,488 | 187,414 | 681,970 | 7.2% |
| Kitchen Training | 18,623 | 16,310 | 14,418 | 18,702 | 68,053 | 0.7% |
| Meetings | 9,322 | 8,164 | 7,217 | 9,362 | 34,066 | 0.4% |
| MIT/Incentive Credits | 0 | 0 | 0 | 0 | 0 | 0.0% |
| Manager Salaries | 540,966 | 473,762 | 418,823 | 543,251 | 1,976,802 | 20.9% |
| Staff Incentives | 532 | 466 | 412 | 535 | 1,946 | 0.0% |
| Payroll Taxes | 356,035 | 311,805 | 275,647 | 357,539 | 1,301,025 | 13.8% |
| Total Labor Expense | 2,585,140 | 2,263,987 | 2,001,446 | 2,596,058 | **9,446,632** | 29.8% |
| Rebates | (33,773) | (29,561) | (26,118) | (33,989) | (123,441) | -10.6% |
| Fuel Charge | 6,675 | 5,843 | 5,162 | 6,718 | 24,398 | 2.1% |
| Inventory Reserve Adjustment | 0 | 0 | 0 | 0 | 0 | 0.0% |
| Supplies | 102,533 | 89,744 | 79,293 | 103,190 | 374,761 | 32.3% |
| Catering Supplies | 31,038 | 27,167 | 24,003 | 31,237 | 113,445 | 9.8% |
| China | 10,809 | 9,461 | 8,359 | 10,878 | 39,507 | 3.4% |

Fired Up, Inc.
4 Month Budget

| # weeks:<br>Period Ended: | *5 Weeks*<br>*7/30/2014* | *4 Weeks*<br>*8/27/2014* | *4 Weeks*<br>*9/24/2014* | *5 Weeks*<br>*10/29/2014* | **Total** | |
|---|---:|---:|---:|---:|---:|---:|
| Glassware | 5,474 | 4,791 | 4,233 | 5,509 | 20,008 | 1.7% |
| Silverware | 8,189 | 7,167 | 6,333 | 8,241 | 29,930 | 2.6% |
| TakeOut | 78,111 | 68,368 | 60,406 | 78,611 | 285,495 | 24.6% |
| Chemicals | 48,054 | 42,060 | 37,162 | 48,362 | 175,638 | 15.1% |
| Supply Rebates | 0 | 0 | 0 | 0 | 0 | 0.0% |
| Uniforms | 5,734 | 5,019 | 4,434 | 5,771 | 20,958 | 1.8% |
| Tableware / Menus | 2,545 | 2,228 | 1,968 | 2,562 | 9,303 | 0.8% |
| Linen | 52,222 | 45,708 | 40,385 | 52,556 | 190,871 | 16.4% |
|   Total Restaurant Expense | 317,611 | 277,996 | 245,622 | 319,644 | **1,160,874** | 3.7% |
| Telephone Expense | 37,843 | 33,177 | 29,341 | 38,043 | 138,403 | 5.1% |
| WC Insurance - Fixed | 23,576 | 20,669 | 18,279 | 23,701 | 86,224 | 3.2% |
| WC Insurance - Variable | 5,239 | 4,593 | 4,062 | 5,267 | 19,161 | 0.7% |
| Fixed Rental | 33,406 | 29,287 | 25,901 | 33,583 | 122,178 | 4.5% |
| Exterminator Expense | 11,801 | 10,346 | 9,150 | 11,864 | 43,160 | 1.6% |
| R&M Variable - Electrical | 11,288 | 9,896 | 8,752 | 11,348 | 41,285 | 1.5% |
| R&M Variable - Plumbing | 15,665 | 13,734 | 12,146 | 15,749 | 57,294 | 2.1% |
| R&M Variable - HVAC | 5,123 | 4,491 | 3,972 | 5,150 | 18,737 | 0.7% |
| R&M Variable - Equipment | 57,027 | 49,996 | 44,216 | 57,330 | 208,569 | 7.7% |
| R&M Variable - Other | 27,535 | 24,140 | 21,349 | 27,681 | 100,704 | 3.7% |
| Janitorial | 57,085 | 50,046 | 44,260 | 57,387 | 208,778 | 7.7% |
| Maint Contracts | 105,198 | 92,227 | 81,565 | 105,757 | 384,747 | 14.2% |
| Utilities Expense - Electric | 188,893 | 165,603 | 146,458 | 189,895 | 690,849 | 25.5% |
| Utilities Expense - Water | 61,203 | 53,657 | 47,454 | 61,528 | 223,841 | 8.3% |
| Utilities Expense - Gas | 81,965 | 71,859 | 63,551 | 82,400 | 299,775 | 11.0% |
| Security Expense | 18,974 | 16,634 | 14,711 | 19,075 | 69,395 | 2.6% |
|   Total Facility Expense | 741,821 | 650,354 | 575,168 | 745,757 | **2,713,100** | 8.6% |
| Office Expense | 13,651 | 13,651 | 13,651 | 13,651 | 54,604 | 155.0% |
| Credit Card Chargebacks | 884 | 884 | 884 | 884 | 3,538 | 10.0% |
| Bad Debt | 0 | 0 | 0 | 0 | 0 | 0.0% |
| Misc/Delivery/Customer Relations | 1,268 | 1,268 | 1,268 | 1,268 | 5,073 | 14.4% |
| Sales Tax | 7,752 | 7,752 | 7,752 | 7,752 | 31,006 | 88.0% |
| Dues and Subscriptions Exp | 451 | 451 | 451 | 451 | 1,806 | 5.1% |
| Community Interaction | 3,963 | 3,963 | 3,963 | 3,963 | 15,854 | 45.0% |
| Parking Expense | 0 | 0 | 0 | 0 | 0 | 0.0% |
| Misc. Income | (22,019) | (22,019) | (22,019) | (22,019) | (88,076) | -250.0% |
| Gift Certificates | 2,857 | 2,857 | 2,857 | 2,857 | 11,426 | 32.4% |
| Petty Cash Expense | 0 | 0 | 0 | 0 | 0 | 0.0% |
|   Total Other Expenses | 8,808 | 8,808 | 8,808 | 8,808 | **35,230** | 0.1% |
| Total Controllable Expense | 5,922,161 | 5,186,675 | 4,586,295 | 5,950,460 | **21,645,591** | 68.2% |
| Net Operating Income | 1,894,741 | 1,654,376 | 1,462,316 | 1,911,281 | **6,922,715** | 21.8% |

Fired Up, Inc.
4 Month Budget

| # weeks:<br>Period Ended: | 5 Weeks<br>7/30/2014 | 4 Weeks<br>8/27/2014 | 4 Weeks<br>9/24/2014 | 5 Weeks<br>10/29/2014 | Total | |
|---|---|---|---|---|---|---|
| Vacation Pay | 11,857 | 10,374 | 9,179 | 11,936 | 43,346 | 9.3% |
| Staff Benefits | 1,303 | 1,140 | 1,009 | 1,311 | 4,763 | 1.0% |
| Manager Bonus | 55,082 | 48,194 | 42,642 | 55,447 | 201,365 | 43.4% |
| Manager Benefits | 58,572 | 51,247 | 45,343 | 58,960 | 214,122 | 46.2% |
| Total Bonus & Benefits | 126,814 | 110,955 | 98,172 | 127,654 | **463,596** | 1.5% |
| | | | | | | |
| Credit Card Fees | 152,464 | 121,971 | 121,971 | 152,464 | 548,869 | 44.5% |
| Marketing | 63,907 | 51,126 | 51,126 | 63,907 | 230,065 | 18.6% |
| Liquor Tax | 44,731 | 35,784 | 35,784 | 44,731 | 161,030 | 13.1% |
| Non-Controllable Misc. Exp | 785 | 628 | 628 | 785 | 2,825 | 0.2% |
| Licenses Expense | 8,049 | 6,439 | 6,439 | 8,049 | 28,975 | 2.3% |
| Bank Charges | 3,877 | 3,102 | 3,102 | 3,877 | 13,957 | 1.1% |
| Other Insurance Expense | 68,869 | 55,095 | 55,095 | 68,869 | 247,927 | 20.1% |
| Non-Controllable G&A Expense | 342,680 | 274,144 | 274,144 | 342,680 | **1,233,648** | 3.9% |
| | | | | | | |
| Rent or Lease Expense | 649,829 | 649,829 | 649,829 | 649,829 | 2,599,317 | 80.5% |
| Property Tax | 157,794 | 157,794 | 157,794 | 157,794 | 631,177 | 19.5% |
| Rent/ Lease, Property Tax | 807,624 | 807,624 | 807,624 | 807,624 | **3,230,495** | 10.2% |
| | | | | | | |
| Depreciation Expense | 206,582 | 165,265 | 165,265 | 206,582 | **743,694** | 2.3% |
| Total Non-Controllable Expense | 1,483,699 | 1,357,988 | 1,345,205 | 1,484,540 | **5,671,432** | 17.9% |
| | | | | | | |
| Store Net Income | 411,042 | 296,388 | 117,111 | 426,742 | **1,251,282** | 3.9% |
| **Store EBITDA** | 617,623 | 461,653 | 282,376 | 633,323 | 1,994,977 | *6.3%* |
| **Less G&A and Additional Store Level Costs** | (559,718) | (482,441) | (482,441) | (374,718) | (1,899,320) | *-6.0%* |
| **Company EBITDA** | 57,905 | ( 20,788 ) | ( 200,065 ) | 258,605 | 95,657 | *0.3%* |
| **Less Estimated Capital Expenditures** | - | ( 50,000 ) | ( 50,000 ) | ( 50,000 ) | ( 150,000 ) | *-0.5%* |
| **Net Cash Flow** | 57,905 | ( 70,788 ) | ( 250,065 ) | 208,605 | ( 54,343 ) | *-0.2%* |
| | | | | | | |
| **Add Beginning Cash Balance** | 2,035,851 | 2,093,756 | 2,022,968 | 1,772,903 | 1,981,508 | |
| | | | | | | |
| *Projected Cash* | *2,093,756* | *2,022,968* | *1,772,903* | *1,981,508* | *1,927,165* | |

Fired Up, Inc.
4 Month Budget

| # weeks:<br>Period Ended: | 5 Weeks<br>7/30/2014 | 4 Weeks<br>8/27/2014 | 4 Weeks<br>9/24/2014 | 5 Weeks<br>10/29/2014 | Total |
|---|---|---|---|---|---|
| **G&A and Additional Store Level Costs** | | | | | |
| **Total Franchise Revenue** | **222,970** | **178,376** | **178,376** | **222,970** | **802,691** |
| General & Administrative Expenses: | | | | | |
| Corporate Compensation | 134,153 | 107,322 | 107,322 | 134,153 | **482,950** |
| Operations Compensation | 115,550 | 92,440 | 92,440 | 115,550 | **415,981** |
| Bonuses | 18,727 | 14,982 | 14,982 | 18,727 | **67,418** |
| Payroll Taxes | 21,314 | 17,051 | 17,051 | 21,314 | **76,730** |
| Vacation | 11,358 | 9,086 | 9,086 | 11,358 | **40,888** |
| Employee Benefits | 873 | 698 | 698 | 873 | **3,141** |
| Increased compensation | - | - | - | - | **-** |
| G&A - Compensation | 301,974 | 241,580 | 241,580 | 301,974 | **1,087,108** |
| | | | | | |
| Airfare | 4,994 | 3,995 | 3,995 | 4,994 | **17,978** |
| Lodging | 8,227 | 6,582 | 6,582 | 8,227 | **29,618** |
| Meals | 2,884 | 2,307 | 2,307 | 2,884 | **10,382** |
| Mileage/Gas/Parking | 18,825 | 15,060 | 15,060 | 18,825 | **67,770** |
| Auto Rental | 1,277 | 1,021 | 1,021 | 1,277 | **4,596** |
| Car Allowance | 12,583 | 10,066 | 10,066 | 12,583 | **45,297** |
| Entertainment / Gifts | 90 | 72 | 72 | 90 | **324** |
| Travel for IT Implementation | - | - | - | 5,000 | **5,000** |
| G&A - T&E | 48,879 | 39,103 | 39,103 | 53,879 | **180,965** |
| | | | | | |
| Bad Debt | - | - | - | - | **-** |
| Bank charges | 11,016 | 8,813 | 8,813 | 11,016 | **39,659** |
| Gift Card Fees | 2,600 | 2,080 | 2,080 | 2,600 | **9,360** |
| Insurance | 55,877 | 44,701 | 44,701 | 55,877 | **201,156** |
| Misc Exps | - | - | - | - | **-** |
| Non Income Based Taxes | - | - | - | - | **-** |
| Other Taxes | - | - | - | - | **-** |
| Penalties | - | - | - | - | **-** |
| Sales Tax Discount | - | - | - | - | **-** |
| Other income | ( 3,250 ) | ( 2,600 ) | ( 2,600 ) | ( 3,250 ) | **( 11,700 )** |
| G&A - Finance | 66,243 | 52,994 | 52,994 | 66,243 | **238,474** |
| | | | | | |
| Charitable Contributions | - | - | - | - | **-** |
| Computer/IT Expenses | 13,990 | 11,192 | 11,192 | 13,990 | **50,364** |
| Dues & Subcriptions | - | - | - | - | **-** |
| Licenses | - | - | - | - | **-** |
| Research and Development | 416 | 333 | 333 | 416 | **1,498** |
| Franchise Exps | - | - | - | - | **-** |
| Special Projects | - | - | - | - | **-** |
| Corporate Rebates | ( 2,329 ) | ( 1,863 ) | ( 1,863 ) | ( 2,329 ) | **( 8,383 )** |
| G&A - General | 12,078 | 9,662 | 9,662 | 12,078 | **43,479** |
| | | | | | |
| Rent | 3,333 | 3,333 | 3,333 | 3,333 | **13,332** |
| Property Taxes | 1,400 | 1,120 | 1,120 | 1,400 | **5,039** |
| Utilities | - | - | - | - | **-** |
| Telephone | 8,985 | 7,188 | 7,188 | 8,985 | **32,344** |
| Security | - | - | - | - | **-** |
| R&M Variable | - | - | - | - | **-** |
| Fixed Rental | 3,548 | 2,839 | 2,839 | 3,548 | **12,775** |
| Freight & Postage | 2,495 | 1,996 | 1,996 | 2,495 | **8,982** |
| Office Expenses | 9,981 | 7,985 | 7,985 | 9,981 | **35,931** |
| G&A - Facilities | 29,742 | 24,460 | 24,460 | 29,742 | **108,403** |
| | | | | | |
| Marketing | - | - | - | - | **-** |
| Corporate Menu Expenses | 6,799 | 5,439 | 5,439 | 6,799 | **24,475** |
| G&A - Marketing | 6,799 | 5,439 | 5,439 | 6,799 | **24,475** |

Fired Up, Inc.
4 Month Budget

| # weeks:<br>Period Ended: | *5 Weeks*<br>*7/30/2014* | *4 Weeks*<br>*8/27/2014* | *4 Weeks*<br>*9/24/2014* | *5 Weeks*<br>*10/29/2014* | **Total** |
|---|---:|---:|---:|---:|---:|
| Accounting Expenses | 5,200 | 4,160 | 4,160 | 5,200 | **18,720** |
| Contract Maintenance | 6,027 | 4,821 | 4,821 | 6,027 | **21,696** |
| Legal and Professional Expense | 15,522 | 12,418 | 12,418 | 15,522 | **55,879** |
| Professional Reimbursements | - | - | - | - | **-** |
| Bankruptcy Prof Fees | 200,000 | 200,000 | 200,000 | - | **600,000** |
| US Trustee | 20,000 | - | - | 20,000 | **40,000** |
|   G&A - Professional Fees | 246,749 | 221,399 | 221,399 | 46,749 | **736,296** |
| | | | | | |
| Personal Development | - | - | - | - | **-** |
| Uniforms | - | - | - | - | **-** |
| Meetings / Seminars | 252 | 201 | 201 | 252 | **906** |
| Relocation Expense | 10,743 | 8,595 | 8,595 | 10,743 | **38,676** |
| Training Expenses | 2,400 | 1,920 | 1,920 | 2,400 | **8,640** |
| Recruiting | 855 | 684 | 684 | 855 | **3,078** |
| Bonuses-Mgr Training | - | - | - | - | **-** |
| MIT Salaries | 28,600 | 22,880 | 22,880 | 28,600 | **102,960** |
| 401K-Employer Matching | 2,375 | 1,900 | 1,900 | 2,375 | **8,551** |
|   G&A - People | 45,225 | 36,180 | 36,180 | 45,225 | **162,810** |
| | | | | | |
| **Total General and administrative** | **757,688** | **630,817** | **630,817** | **562,688** | **2,582,011** |
| | | | | | |
| Closed Store Expenses-General & Utilities | 25,000 | - | - | - | **25,000** |
| Closed Store Expenses - Rent/CAM | - | - | - | - | **-** |
| Closed Store Expenses - Property Tax | - | - | - | - | **-** |
|   Total Closed Store Expenses | 25,000 | - | - | - | **25,000** |
| | | | | | |
| (Gain)loss sale of assets | - | - | - | - | **-** |
| | | | | | |
| Additional Store-Level Costs | | | | | |
| Repairs & Maintenance-Remodel | - | 25,000 | 25,000 | 25,000 | **75,000** |
| New POS Software Subscription | - | 5,000 | 5,000 | 10,000 | **20,000** |
|   Total Additional Store-Level Costs | - | 30,000 | 30,000 | 35,000 | **95,000** |
| | | | | | |
| Amortization Expense | - | - | - | - | **-** |
| Corporate Depreciation | 13,103 | 10,482 | 10,482 | 13,103 | **47,171** |
| Closed Store - Depreciation | 85,285 | 68,228 | 68,228 | 85,285 | **307,027** |
| Total Corp Depreciation and Amortization | 98,388 | 78,711 | 78,711 | 98,388 | **354,197** |
| | | | | | |
| Interest Expense | - | - | - | - | **-** |
| Interest Income | - | - | - | - | **-** |
|   Interest expense, net | - | - | - | - | **-** |
| | | | | | |
| Total G&A and Add'l Corp Costs | ( 658,107 ) | ( 561,152 ) | ( 561,152 ) | ( 473,107 ) | **( 2,253,517 )** |
| | | | | | |
| Total G&A and Add'l Corp Costs Excl Depr | ( 559,718 ) | ( 482,441 ) | ( 482,441 ) | ( 374,718 ) | **( 1,899,320 )** |
| | | | | | |
| <u>Capital Expenses</u> | | | | | |
| New POS Hardware | - | 25,000 | 25,000 | 25,000 | **75,000** |
| General | - | 25,000 | 25,000 | 25,000 | **75,000** |
| Total Capital Expenses | - | 50,000 | 50,000 | 50,000 | **150,000** |