**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 10, 2014.**

_____
**TONY M. DAVIS**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| FIRED UP, INC. | § § | CASE NO. 14-10447 |
| DEBTOR[1] | § § | (Chapter 11) |

**ORDER GRANTING MOTION TO ESTABLISH PROOF OF CLAIM BAR DATE FOR EXECUTORY CONTRACT AND LEASE REJECTION DAMAGE CLAIMS**

CAME TO CONSIDERED on the date above the *Motion to Establish Proof of Claim Bar Date for Executory Contract and Lease Rejection Damage Claims* filed by Fired Up, Inc., the Debtor and Debtor-in-Possession in the above-styled and referenced case. Notice and opportunity for hearing having been timely provided and no objections having been filed, the Court finds that the Motion is meritorious and should be granted. It is therefore

---

[1] Until February 26, 2014, Debtor's business was being operated partially by the Debtor, partially by Kona Restaurant Group, Inc. ("KRG"), a Delaware corporation wholly owned by the Debtor, and partially by Carino's Italian Kitchen, Inc. ("CIK"), a Delaware corporation wholly owned by KRG. CIK was merged into KRG in Delaware and KRG was merged into the Debtor, a Texas corporation, in Texas.

DOCS_SF:85417.2 28294/002

ORDERED that landlords whose leases were rejected by this Court's Order of April 11, 2014, as set forth in Exhibit "A" attached hereto, shall have up to and including the general bar date in this case of July 28, 2014, to file any claim or claims it may have in this case arising from the rejection of their leases. It is further

ORDERED that the bar date for any all an executory contracts or leases other than for those leases previously rejected by this Court's order of April 11, 2014 as set forth in Exhibit "A" hereto, shall be the <u>later</u> of (a) the general claims bar date of July 28, 2014 previously fixed in this chapter 11 case, or (b) twenty-eight (28) days after service of any order approving the rejection of a lease or other executory contract. It is further

ORDERED that all subsequent orders drafted by any party rejecting leases or other executory contracts shall include the bar date established by this Order.

# # #

Submitted by:

Barbara M. Barron
Stephen W. Sather
BARRON & NEWBURGER, P.C.
1212 Guadalupe St., Suite 104
Austin, Texas 78701
(512) 476-9103

DOCS_SF:85417.2 28294/002

AGREED AS TO FORM AND SUBSTANCE:

/s/ Barbara M. Barron
Barbara M. Barron (TBN 01817300)
Stephen W. Sather (TBN 17657520)
Barron & Newburger, P.C.
1212 Guadalupe, Suite 104
Austin, Texas 78701
(512) 476-9103 Ext. 220
(512) 476-9253 Facsimile

*Attorneys for Debtor*


/s/      Joshua M. Fried
Bradford J. Sandler (DE Bar No. 4142)
Joshua M. Fried (CA Bar No. 181541)
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
       jfried@pszjlaw.com

and

G. James Landon (TX Bar No. 24002445)
Seth E. Meisel (TX Bar No. 24037089)
Streusand, Landon & Ozburn, LLP
811 Barton Springs Rd., Ste. 811
Austin, Texas 78704
Telephone: (512) 236-9900
Facsimile: (512) 236-9904
Email: landon@slollp.com

*Counsel to the Official Committee of Unsecured Creditors*

# EXHIBIT A

## REJECTED LEASES PER COURT'S ORDER OF 4/11/14

| Store # | Lessor/Servicer | Lease Type | Leasehold Property Location |
|---|---|---|---|
| 85 | AEI Income & Growth Fund 25 LLC | Non-Residential Real Property (Full) | 2638 Derek Drive Lake Charles, LA 70607 |
| 98 | AEI Income & Growth Fund 25 LLC | Non-Residential Real Property (Full) | 5700 N. Elizabeth Street Pueblo, CO 81008 |
| 42 | Cassidy Turley Midwest, Inc. | Non-Residential Real Property (Full) | 421 E. Nolana Loop McAllen, TX 78504 |
| 44 | Cassidy Turley Midwest, Inc. | Non-Residential Real Property (Full) | 389 S. Wadsworth Blvd. Lakewood, CO 80226 |
| 66 | Cassidy Turley Midwest, Inc. | Non-Residential Real Property (Full) | 510 LBJ Freeway (West IH-635) Irving, TX 75063 |
| 81 | Cassidy Turley Midwest, Inc. | Non-Residential Real Property (Full) | 960 N. Hwy 287 Mansfield, TX 76063 |
| 84 | Cassidy Turley Midwest, Inc. | Non-Residential Real Property (Full) | 411 B East Loop 281 Longview, TX 75605 |
| 51 | Gentilis, Inc. | Non-Residential Real Property (Full) | 3402 St. Michael Dr. Texarkana, TX 75503 |

| | | | |
|---|---|---|---|
| 95[1] | Moondance, Inc. | Non-Residential Real Property (Full) | 5900 S. Hulen St. Fort Worth, TX 76132 |
| 46 | National Retail Properties | Non-Residential Real Property (Full) | 3805 I-10 South Beaumont, TX 77705 |
| 50[2] | National Retail Properties | Non-Residential Real Property (Full) | 595 E. Round Grove Road Lewisville, TX 75067 |
| 47 | Native Land Investments, Ltd. | Non-Residential Real Property (Full) | 2473 28th Street Greeley, CO 80634 |
| 96 | RC NELMS JR. HILLCREST TRUST | Non-Residential Real Property (Full) | 1725 Loop 323 WSW Tyler, TX 75701 |
| 59 | Wilmington Center, LLC | Non-Residential Real Property (Full) | 2840 Highway 6 & 50, Grand Junction, CO |
| 90 | Magdalena Properties, | Non-Residential Real Property (Ground) | 5750 Hwy. 6, Missouri City, TX 77459 |
| 104 | Pleasant Ridge Development Co., LLLP | Non-Residential Real Property (Ground) | 11600 Pleasant Ridge Rd., West Little Rock, AR 72223 |
| 37 | AEI Accredited Investor Fund 2002, Ltd. | Non-Residential Real Property (Full) | 2033 Ken Pratt Blvd., Longmont, CO 80501 |

```
                          United States Bankruptcy Court
                           Western District of Texas
In re:                                                                    Case No. 14-10447-tmd
Fired Up, Inc.                                                            Chapter 11
         Debtor                      CERTIFICATE OF NOTICE
District/off: 0542-1           User: chapmana              Page 1 of 4                   Date Rcvd: Jun 10, 2014
                               Form ID: pdfintp            Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 12, 2014.
db           +Fired Up, Inc.,    1514 Ranch Road 620 South,    Austin, TX 78734-6210
aty          +Brian A Kilmer,    Chamberlain Hrdlicka,    1200 Smith Street, 14th Floor,    Houston, TX 77002-4317
aty          +Gilbert Hamberg,    1038 Darby Dr.,    Yardley, Pa 19067-4519
aty          +Jeffrey Ackermann,    Durio McGoffin et al,    220 Heymann Blvd.,    PO Box 51308,
               Lafayette, LA 70505-1308
aty          +Joshua M. Fried,    Pachulski Stang Ziehl & Jones LLP,    150 California Street 15th Floor,
               San Francisco, CA 94111-4554
aty          +Peter J. Keane,    Pachulski Stang Ziehl & Jones LLP,    919 North Market Steet, 17th Floor,
               Wilimington, DE 19801-3034
cr           +Arlington ISD, Mansfield ISD,    c/o Perdue, Brandon, Fielder, et al,    P. O. Box 13430,
               Arlington, TX 76094-0430
intp         +BKD, LLP,    c/o R. Eric Drews,    14241 Dallas Pkwy #1100,    Dallas, TX 75254-2961
cr           +Bowie Central Appraisal District,    c/o Lee Gordon,    P.O. Box 1269,    Round Rock, TX 78680-1269
cr           +Capitol City Produce Company, LLC,    c/o McCarron & Diess,    4530 Wisconsin Ave., N.W.,
               Suite 301,    Washington, DC 20016-4667
cr           +Central Appraisal District of Taylor County,    c/o Lee Gordon,    P.O. Box 1269,
               Round Rock, TX 78680-1269
cr           +City of Laredo,    c/o Flores & Saucedo, PLLC,    5517 Mcpherson Rd., Ste. 14,
               Laredo, TX 78041-6687
cr           +City of Waco,    c/o Lee Gordon,    P.O. Box 1269,    Round Rock, TX 78680-1269
cr           +Dallas County,    Linebarger Goggan Blair & Sampson, LLP,    c/o Elizabeth Weller,
               2777 N. Stemmons Frwy,    Suite 1000,    Dallas, TX 75207-2328
cr            Ecolab Inc.,   c/o Kohner, Mann & Kailas, S.C.,    460 North Port Washington Road,
               Milwaukee, WI   53212
cr           +Ellis County,    Linebarger Goggan Blair & Sampson LLP,    c/o Elizabeth Weller,
               2777 N. Stemmons Frwy Ste 1000,    Dallas, TX 75207-2328
intp         +FTI Consulting, Inc.,    Three Times Square 11th FL,    New York, NY 10036-6564
cr           +FreshPoint Dallas, Inc.,    c/o McCarron & Diess,    4530 Wisconsin Avenue, N.W.,    Suite 301,
               Washington, DC 20016-4667
cr           +FreshPoint Denver, Inc.,    c/o McCarron & Diess,    4530 Wisconsin Avenue, N.W.,    Suite 301,
               Washington, DC 20016-4667
cr           +FreshPoint Oklahoma City, LLC,    c/o McCarron & Diess,    4530 Wisconsin Avenue, N.W.,    Suite 301,
               Washington, DC 20016-4667
cr           +FreshPoint South Texas, LP,    c/o McCarron & Diess,    4530 Wisconsin Avenue, N.W.,    Suite 301,
               Washington, DC 20016-4667
cr           +Gregg County,    Linebarger Goggan Blair & Sampson, LLP,    c/o Elizabeth Weller,
               2777 N. Stemmons Frwy Ste 1000,    Dallas, TX 75207-2328
intp         +Hajjar, Sutherland & Peters, LLP,    3144 Bee Caves Rd,    Austin, TX 78746-5560
cr           +Hidalgo County, Hidalgo Co. Drainage Dist. #1, and,    c/o John T Banks,
               3301 Northland Dr., Ste. 505,    Austin, TX 78731-4954
cr           +Hill Country Texas Galleria, LLC,    12700 Hill Country Blvd., Ste. T-100,
               Bee Cave, TX 78738-6365
cr           +Independent Bank,    c/o Steve Turner,    Barrett Daffin Frappier Turner & Engel,
               610 West 5th Street, Suite 602,    Austin, TX 78701-2872
cr            Inland American Retail Management, LLC,    c/o Menter, Rudin & Trivelpiece, P.C.,
               Attn: Kevin M. Newman, Esq.,    308 Maltbie Street, Suite 200,    Syracuse, NY  13204-1439
cr           +Lubbock Central Appraisal District,    c/o Laura J. Monroe,
               Perdue, Brandon, Fielder, Collins & Mott,    P.O. Box 817,    Lubbock, TX 79408-0817
cr           +Magdalena Properties, LLC,    c/o R. Spencer Shytles,    5420 LBJ Freeway, Suite 300,
               Dallas, TX 75240-6271
cr           +Mary Raney Nelms and Dick P. Wood, as Trustees of,    c/o James H. Billingsley,    Polsinelli PC,
               2501 N. Harwood Street,    Suite 1900,    Dallas, TX 75201-1664
cr           +Megaplex Four, Inc.,    c/o Paul M. Hoffmann,    1201 Walnut,    Stuie 2900,
               Kansas City, MO 64106-2149
cr           +National Retail Properties, LP,    c/o Thompson & Knight LLP,    1722 Routh Street,    Suite 1500,
               Dallas, TX 75201-2532,    US
intp         +Pachulski Stang Ziehl & Jones LLP,    919 N Market St 17th FL,    Wilmington, DE 19801-3034
cr           +Potato Specialty Co.,    c/o McCarron & Diess,    4530 Wisconsin Avenue, N.W.,    Suite 301,
               Washington, DC 20016-4667
cr           +Prosperity Bank,    c/o Lisa C. Fancher,    Fritz, Byrne, Head & Harrison, PLLC,
               98 San Jacinto Boulevard,    Suite 2000,    Austin, TX 78701-4288
cr           +RioCan America Management, Inc.,    c/o R. Spencer Shytles,    5420 LBJ Freeway, Suite 300,
               Dallas, TX 75240-6271
cr           +Rockwall CAD,    Linebarger Goggan Blair & Sampson, LLP,    c/o Elizabeth Weller,
               2777 N. Stemmons Frwy,    Ste 1000,    Dallas, TX 75207-2328
cr           +South Coast Plaza, LLC,    Attn: John Kim,    P.O. Box 60609,    Colorado Springs, CO 80960-0609
cr           +Tarrant County,    Linebarger Goggan Blair & Sampson, LLP,    c/o Elizabeth Weller,
               2777 N. Stemmons Frwy Ste 1000,    Dallas, TX 75207-2328
cr           +The County of Brazos, Texas,    c/o Lee Gordon,    P.O. Box 1269,    Round Rock, TX 78680-1269
cr           +The County of Comal, Texas,    c/o Lee Gordon,    P.O. Box 1269,    Round Rock, TX 78680-1269
cr           +The County of Denton, Texas,    c/o Lee Gordon,    P.O. Box 1269,    Round Rock, TX 78680-1269
cr           +The County of Hays, Texas,    c/o Lee Gordon,    P.O. Box 1269,    Round Rock, TX 78680-1269
cr           +The County of Williamson, Texas,    c/o Lee Gordon,    P.O. Box 1269,    Round Rock, TX 78680-1269
intp         +The Vernon Law Group, PLLC,    4925 Greenville Ave #200,    Dallas, TX 75206-0500
```

```
District/off: 0542-1           User: chapmana              Page 2 of 4                   Date Rcvd: Jun 10, 2014
                               Form ID: pdfintp            Total Noticed: 53

cr            +Travis County,    c/o Kay D. Brock,    PO Box 1748,    Austin, TX 78767-1748
cr             Tyler Independent School District,    c/o Tab Beall,    Perdue Brandon Fielder Collins & Mott,
                 PO Box 2007,    Tyler, TX 75710-2007
cr            +Waco Independent School District,    c/o Lee Gordon,    P.O. Box 1269,    Round Rock, TX 78680-1269
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: sharon.floyd@fortworthtexas.gov Jun 10 2014 23:32:59      City Of Fort Worth,
                 City of Fort Worth,    1000 Throckmorton St,    Fort Worth, TX 76102-6311
cr             E-mail/Text: houston_bankruptcy@LGBS.com Jun 10 2014 23:33:31      Cypress Fairbanks ISD,
                 c/o John P Dillman,    Linebarger Goggan Blair & Sampson LLP,     P.O. Box 3064,
                 Houston, TX 77253-3064
cr             E-mail/Text: houston_bankruptcy@LGBS.com Jun 10 2014 23:33:31      Fort Bend County,
                 c/o John P. Dillman,    Linebarger Goggan Blair & Sampson LLP,     P.O. Box 3064,
                 Houston, TX 77253-3064
cr             E-mail/Text: houston_bankruptcy@LGBS.com Jun 10 2014 23:33:31      Harris County,
                 c/o John P.Dillman,    Post Office Box 3064,    Houston, TX 77253-3064
cr            +E-mail/Text: ecfnotices@dor.mo.gov Jun 10 2014 23:32:25      Missouri Department of Revenue,
                 Bankruptcy Unit,    PO Box 475,    Jefferson City, MO 65105-0475
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Gilbert R. Saydah Jr.
cr             ARC CAFE, LLC
cr             Atascocita 1692, LLC.
cr             Bexar County,   Linebarger Goggan et al
cr             Brazoria County Tax Office
cr             Brownsville Public Utilities Board
cr             City of McAllen
cr             DDR Corp.
cr             FRG Capital LLC
cr             Independent Bank
cr             McLennan County
intp           Official Committee Of Unsecured Creditors
cr             RB River IV LLC
cr             RB River VI LLC
cr             South Texas College
cr             South Texas ISD
cr             Texas Comptroller of Public Accounts
cr             Wells Fargo Bank, N.A.
                                                                                   TOTALS: 18, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2014                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 10, 2014 at the address(es) listed below:
              Barbara M. Barron    on behalf of Plaintiff    Fired Up, Inc. bbarron@bnpclaw.com,
               saugusta@bn-lawyers.com;lhicks@bn-lawyers.com;kelliott@bn-lawyers.com
              Barbara M. Barron    on behalf of Debtor    Fired Up, Inc. bbarron@bnpclaw.com,
               saugusta@bn-lawyers.com;lhicks@bn-lawyers.com;kelliott@bn-lawyers.com
              Blake  Rasner    on behalf of Creditor    FRG Capital LLC brasner@haleyolson.com,
               dserenil@haleyolson.com
              Bradford J Sandler    on behalf of Interested Party    Official Committee Of Unsecured Creditors
               bsandler@pszjlaw.com,    ljones@pszjlaw.com
              Cassandra A. Sepanik     on behalf of Creditor    National Retail Properties, LP
               cassandra.sepanik@tklaw.com,    dannette.johnson@tklaw.com
              Christina  Flores    on behalf of Creditor    City of Laredo ffccpllc14@gmail.com
              Christopher Bedford Mosley    on behalf of Creditor    City Of Fort Worth
               chris.mosley@fortworthtexas.gov,    sharon.floyd@fortworthtexas.gov
              Crystal R. Axelrod    on behalf of Creditor    Atascocita 1692, LLC. caxelrod@morganlewis.com
              David G. Aelvoet    on behalf of Creditor    Bexar County davida@publicans.com
              David M. Bennett    on behalf of Creditor    National Retail Properties, LP david.bennett@tklaw.com,
               gracie.gonzales@tklaw.com
```

```
District/off: 0542-1           User: chapmana              Page 3 of 4                   Date Rcvd: Jun 10, 2014
                               Form ID: pdfintp            Total Noticed: 53
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Deborah A. Bynum    on behalf of U.S. Trustee    United States Trustee - AU12    deborah.a.bynum@usdoj.gov
          Diane W. Sanders    on behalf of Creditor    McLennan County austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    South Texas College austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    City of McAllen austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    South Texas ISD austin.bankruptcy@publicans.com
          Elizabeth Banda Calvo    on behalf of Creditor    Arlington ISD, Mansfield ISD rgleason@pbfcm.com, ebcalvo@ecf.inforuptcy.com
          G. James Landon    on behalf of Interested Party    Official Committee Of Unsecured Creditors    landon@slollp.com, prentice@slollp.com
          H. Elizabeth Weller    on behalf of Creditor    Rockwall CAD bethw@publicans.com
          H. Elizabeth Weller    on behalf of Creditor    Tarrant County bethw@publicans.com
          H. Elizabeth Weller    on behalf of Creditor    Gregg County bethw@publicans.com
          H. Elizabeth Weller    on behalf of Creditor    Ellis County bethw@publicans.com
          H. Elizabeth Weller    on behalf of Creditor    Dallas County bethw@publicans.com
          James G Ruiz    on behalf of Creditor    Wells Fargo Bank, N.A. jruiz@winstead.com
          James G Ruiz    on behalf of Defendant    Wells Fargo Bank, N.A. jruiz@winstead.com
          James H. Billingsley    on behalf of Creditor    Mary Raney Nelms and Dick P. Wood, as Trustees of the R.C. Nelms Jr. Hillcrest Trust jbillingsley@polsinelli.com
          Jason A. Starks    on behalf of Creditor    Texas Comptroller of Public Accounts    bk-jstarks@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
          John P. Dillman    on behalf of Creditor    Fort Bend County houston_bankruptcy@publicans.com
          John P. Dillman    on behalf of Creditor    Cypress Fairbanks ISD houston_bankruptcy@publicans.com
          John P. Dillman    on behalf of Creditor    Harris County houston_bankruptcy@publicans.com
          John T. Banks    on behalf of Creditor    Hidalgo County, Hidalgo Co. Drainage Dist. #1, and McAllen Independent School District jbanks@pbfcm.com, jbanks@ecf.inforuptcy.com
          Joseph D. Martinec    on behalf of Creditor    South Coast Plaza, LLC martinec@mwvmlaw.com, white@mwvmlaw.com
          Joseph D. Martinec    on behalf of Creditor    Hill Country Texas Galleria, LLC    martinec@mwvmlaw.com, white@mwvmlaw.com
          Kay D. Brock    on behalf of Creditor    Travis County bkecf@co.travis.tx.us
          Kevin M Newman    on behalf of Creditor    Inland American Retail Management, LLC    knewman@menterlaw.com, kmnbk@menterlaw.com
          Kristin S Elliott    on behalf of Creditor    DDR Corp. kelliott@kelleydrye.com, kdwbankruptcydepartment@kelleydrye.com
          Laura J. Monroe    on behalf of Creditor    Lubbock Central Appraisal District lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com
          Lee Gordon    on behalf of Creditor    The County of Hays, Texas    vcovington@mvbalaw.com;kmorriss@mvbalaw.com;othercourts@mvbalaw.com
          Lee Gordon    on behalf of Creditor    Central Appraisal District of Taylor County    vcovington@mvbalaw.com;kmorriss@mvbalaw.com;othercourts@mvbalaw.com
          Lee Gordon    on behalf of Creditor    The County of Comal, Texas    vcovington@mvbalaw.com;kmorriss@mvbalaw.com;othercourts@mvbalaw.com
          Lee Gordon    on behalf of Creditor    The County of Williamson, Texas    vcovington@mvbalaw.com;kmorriss@mvbalaw.com;othercourts@mvbalaw.com
          Lee Gordon    on behalf of Creditor    The County of Denton, Texas    vcovington@mvbalaw.com;kmorriss@mvbalaw.com;othercourts@mvbalaw.com
          Lee Gordon    on behalf of Creditor    Waco Independent School District    vcovington@mvbalaw.com;kmorriss@mvbalaw.com;othercourts@mvbalaw.com
          Lee Gordon    on behalf of Creditor    The County of Brazos, Texas    vcovington@mvbalaw.com;kmorriss@mvbalaw.com;othercourts@mvbalaw.com
          Lee Gordon    on behalf of Creditor    City of Waco    vcovington@mvbalaw.com;kmorriss@mvbalaw.com;othercourts@mvbalaw.com
          Lee Gordon    on behalf of Creditor    Bowie Central Appraisal District    vcovington@mvbalaw.com;kmorriss@mvbalaw.com;othercourts@mvbalaw.com
          Lisa C. Fancher    on behalf of Creditor    Prosperity Bank lfancher@fbhh.com, cdeacon@fbhh.com
          Lynn Saarinen    on behalf of Debtor    Fired Up, Inc. lsaarinen@bn-lawyers.com, rlevins@bn-lawyers.com;lhicks@bn-lawyers.com
          Owen M Sonik    on behalf of Creditor    Brazoria County Tax Office osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com;houbank@pbfcm.com
          Paul Matthias Hoffmann    on behalf of Creditor    Megaplex Four, Inc.    paul.hoffmann@stinsonleonard.com
          R. Brandon Bundren    on behalf of Creditor    ARC CAFE, LLC rbbundren@duanemorris.com, mmbliler@duanemorris.com;aqslocum@duanemorris.com;arsmith@duanemorris.com
          R. Spencer Shytles    on behalf of Creditor    RioCan America Management, Inc. rss@gbstxlaw.com
          R. Spencer Shytles    on behalf of Creditor    Magdalena Properties, LLC rss@gbstxlaw.com
          Richard E. Hettinger    on behalf of Creditor    Brownsville Public Utilities Board    rhettinger@davidsontroilo.com
          Robert Yaquinto, Jr    on behalf of Creditor    Capitol City Produce Company, LLC rob@syllp.com
          Robert Yaquinto, Jr    on behalf of Creditor    FreshPoint Dallas, Inc. rob@syllp.com
          Robert Yaquinto, Jr    on behalf of Creditor    FreshPoint South Texas, LP rob@syllp.com
          Robert Yaquinto, Jr    on behalf of Creditor    FreshPoint Oklahoma City, LLC rob@syllp.com
          Robert Yaquinto, Jr    on behalf of Creditor    Potato Specialty Co. rob@syllp.com
          Robert Yaquinto, Jr    on behalf of Creditor    FreshPoint Denver, Inc. rob@syllp.com
          Samuel C Wisotzkey    on behalf of Creditor    Ecolab Inc. swisotzkey@kmksc.com
          Seth E. Meisel    on behalf of Interested Party    Official Committee Of Unsecured Creditors    meisel@slollp.com, prentice@slollp.com


```
District/off: 0542-1          User: chapmana              Page 4 of 4              Date Rcvd: Jun 10, 2014
                              Form ID: pdfintp            Total Noticed: 53
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Stephen Christopher Conway   on behalf of Creditor   Missouri Department of Revenue bankruptcy@dor.mo.gov
        Stephen W. Sather   on behalf of Plaintiff   Fired Up, Inc. ssather@bn-lawyers.com, saugusta@bn-lawyers.com;lhicks@bn-lawyers.com;bbarron@bn-lawyers.com;kelliott@bn-lawyers.com
        Stephen W. Sather   on behalf of Debtor   Fired Up, Inc. ssather@bn-lawyers.com, saugusta@bn-lawyers.com;lhicks@bn-lawyers.com;bbarron@bn-lawyers.com;kelliott@bn-lawyers.com
        Steve Turner   on behalf of Creditor   Independent Bank wdecf@BDFGROUP.com, marshak@BDFGroup.com
        Tab Beall   on behalf of Creditor   Tyler Independent School District tbeall@pbfcm.com, tylbkc@pbfcm.com;tbeall@ecf.inforuptcy.com
        United States Trustee - AU12   ustpregion07.au.ecf@usdoj.gov

                                                                                                                                TOTAL: 67