**TRIAL/HEARING ON 196** Motion For Adequate Protection filed by Steve Turner for Creditor Independent Bank

**226**- Application to Employ Financial Advisor, Unique Strategies Group, Inc. *(21 Day Objection Language)* filed by Barbara M. Barron for Debtor Fired Up, Inc

**243**-Motion to Sell Property Free and Clear of Liens 11USC,363(f) *(21 Day Objection Language)* ( Filing Fee: $ 176.00 ) filed by Barbara M. Barron for Debtor Fired Up, Inc

**261**- First Motion to Modify and Extend Authority for Use of Cash Collateral in the Ordinary Course *(21 Day Objection Language)* filed by Stephen W. Sather for Debtor Fired Up, Inc

**262**-Amended Motion to Sell Property Free and Clear of Liens 11USC,363(f) *(21 Day Objection Language)* ( Filing Fee: $ 176.00 ) filed by Barbara M. Barron for Debtor Fired Up, Inc

**263**-Motion to Extend Time Assume or Reject Unexpired Leases of Non-Residential Real Property filed by Barbara M. Barron for Debtor Fired Up, Inc

**264**-Motion to Modify and Assume Agreements with SIK Texas License Corp. and SIK Texas License Corp. Kansas or Liquor Licenses/Permits Held by Them *(21 Day Objection Language)* filed by Barbara M. Barron for Debtor Fired Up, Inc.

**282**-Application for Order Authorizing and Approving Insurance Premium Finance Agreement filed by Stephen W. Sather for Debtor Fired Up, Inc

**FILED**

**EXHIBIT AND WITNESS LIST**

JUL 0 3 2014

U.S. BANKRUPTCY COURT
BY _____ DEPUTY

| PLAINTIFF'S ATTORNEY: Steve Sather and Barbara Barron- Fired Up, Inc. | | | DEFENDANT'S ATTORNEY: Lisa Fancher – Prosperity Bank  Joshua Fried –Offical Committee of Unsecured Creditors  Henry Hobbs- US Trustee | | Docket Number: 14-10447 |
|---|---|---|---|---|---|
| | | | | | Trial Date(s) 7/3/14 |
| X | | | 7/3/14 | X | **D EX 1 Commercial Contract for Sale of 4157 Buffalo Gap Road, Abilene, Texas** |
| X | | | 7/3/14 | X | **D EX 2 Amended Commercial Listing Agreement** |
| X | | | 7/3/14 | X | D EX 3 **Professional Disclosure for J.T. Evans Company, Inc.** |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**TRIAL/HEARING ON 196** Motion For Adequate Protection filed by Steve Turner for Creditor Independent Bank

**226**- Application to Employ Financial Advisor, Unique Strategies Group, Inc. *(21 Day Objection Language)* filed by Barbara M. Barron for Debtor Fired Up, Inc

**243**-Motion to Sell Property Free and Clear of Liens 11USC,363(f) *(21 Day Objection Language)* ( Filing Fee: $ 176.00 ) filed by Barbara M. Barron for Debtor Fired Up, Inc

**261**- First Motion to Modify and Extend Authority for Use of Cash Collateral in the Ordinary Course *(21 Day Objection Language)* filed by Stephen W. Sather for Debtor Fired Up, Inc

**262**-Amended Motion to Sell Property Free and Clear of Liens 11USC,363(f) *(21 Day Objection Language)* ( Filing Fee: $ 176.00 ) filed by Barbara M. Barron for Debtor Fired Up, Inc

**263**-Motion to Extend Time Assume or Reject Unexpired Leases of Non-Residential Real Property filed by Barbara M. Barron for Debtor Fired Up, Inc

**264**-Motion to Modify and Assume Agreements with SIK Texas License Corp. and SIK Texas License Corp. Kansas or Liquor Licenses/Permits Held by Them *(21 Day Objection Language)* filed by Barbara M. Barron for Debtor Fired Up, Inc.

**282**-Application for Order Authorizing and Approving Insurance Premium Finance Agreement filed by Stephen W. Sather for Debtor Fired Up, Inc

## EXHIBIT AND WITNESS LIST

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF'S ATTORNEY:** <br><br> Steve Sather and Barbara Barron- Fired Up, Inc. | | **DEFENDANT'S ATTORNEY:** <br><br> Lisa Fancher – Prosperity Bank <br><br> Joshua Fried –Offical Committee of Unsecured Creditors <br><br> Henry Hobbs- US Trustee | | | **Docket Number:** <br><br> 14-10447 <br><br> **Trial Date(s)** <br><br> 7/3/14 | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |