B6F (Official Form 6F) (12/07)

In re  Fired Up, Inc.

Case No. 14-10447-tmd
(if known)

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Accent Food<br>PO Box 81515<br>Austin, TX 78708 | | DATE INCURRED:<br>CONSIDERATION:<br>Vendor<br>REMARKS: | | | | $220.00 |
| ACCT #:<br>Alloway Light<br>1420 Grove St.<br>Boise, ID 83702 | | DATE INCURRED:<br>CONSIDERATION:<br>Vendor<br>REMARKS: | | | | $491.31 |
| ACCT #:<br>Alpha Imaging<br>2118 Wilshire Blvd #410<br>Santa Monica, CA 90403 | | DATE INCURRED:<br>CONSIDERATION:<br>Vendor<br>REMARKS: | | | | $187.20 |
| ACCT #:<br>American Upholstery<br>8508 Urbana<br>Lubbock, TX 79424 | | DATE INCURRED:<br>CONSIDERATION:<br>Vendor<br>REMARKS: | | | | $404.86 |
| ACCT #:<br>Avis<br>7876 Collections Center Drive<br>Chicago, IL 60693 | | DATE INCURRED:<br>CONSIDERATION:<br>Vendor<br>REMARKS: | | | | $529.78 |
| ACCT #:<br>Bosart Lock & Key<br>801 E. Rio Grande St.<br>Victoria, TX 77901 | | DATE INCURRED:<br>CONSIDERATION:<br>Vendor<br>REMARKS: | | | | $88.71 |
| | | | | | Subtotal > | $1,921.86 |
| | | | | | Total > | |

_____9_____ continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   Fired Up, Inc.                                              Case No.  14-10447-tmd
                                                                             (if known)

## *AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Canyon Park I, LLC<br>PO Box 5478<br>Twin Falls, ID 83303 | | DATE INCURRED:<br>CONSIDERATION:<br>Contract/Lease<br>REMARKS:<br>Lease - Store #49<br>1921 Blue Lakes Blvd N<br>Twin Falls, ID 83301 | | | | Unknown |
| ACCT #:<br>Captive Aire<br>PO Box 60270<br>Charlotte, NC 28260 | | DATE INCURRED:<br>CONSIDERATION:<br>Vendor<br>REMARKS: | | | | $800.00 |
| ACCT #:<br>Cary Services<br>PO Box 5101<br>Abilene, TX 79608 | | DATE INCURRED:<br>CONSIDERATION:<br>Vendor<br>REMARKS: | | | | $1,222.14 |
| ACCT #:<br>Cole MT Humble TX LLC<br>c/o Cole Real Estate Investment<br>Attn:  David Benavente<br>2555 East Camelback Rd Ste 400<br>Phoenix, AZ 85016 | | DATE INCURRED:<br>CONSIDERATION:<br>Contract/Lease<br>REMARKS:<br>Lease - Store #120<br>7069 FM 1960 East<br>Humble, TX 77346 | | | | Unknown |
| ACCT #:<br>Crock, LLC<br>c/o Commercial Realty Advisors<br>4775 South Durango Drive, Ste 101<br>Las Vegas, NV 89147 | | DATE INCURRED:<br>CONSIDERATION:<br>Contract/Lease<br>REMARKS:<br>Lease - Store #82<br>3213 MacArthur Drive<br>Alexandria, LA 71303 | | | | Unknown |
| ACCT #:<br>DBR Marketing<br>1201 N. Watson Rd Ste 187<br>Arlington, TX 76006 | | DATE INCURRED:<br>CONSIDERATION:<br>Vendor<br>REMARKS: | | | | $140.00 |

Sheet no. __1__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $2,162.14

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Fired Up, Inc.**                                                      Case No. **14-10447-tmd**

(if known)

## *AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> Delta Fire Systems <br> 1507 South Pioneer Rd <br> Salt Lake City, UT 84126-0587 | | DATE INCURRED: <br> CONSIDERATION: Vendor <br> REMARKS: | | | | $369.14 |
| ACCT #: <br> Discover Card Services <br> PO Box 30943 <br> Salt Lake City, UT 84130 | | DATE INCURRED: <br> CONSIDERATION: Credit Card <br> REMARKS: | | | | $5,986.08 |
| ACCT #: <br> Diversified Adjustment Services <br> 600 Coon Rapids Blvd <br> Coon Rapids, MN 55433 | | DATE INCURRED: <br> CONSIDERATION: Vendor <br> REMARKS: | | | | $1,254.10 |
| ACCT #: <br> Donna Knopp <br> Legends Outlets <br> 1843 Village West Parkway Ste C127 <br> Kansas City, KS 66111 | | DATE INCURRED: <br> CONSIDERATION: Contract/Lease <br> REMARKS: Lease - Store #108 <br> 1706 Village West Parkway <br> Kansas City, KS 66111 | | | | Unknown |
| ACCT #: <br> Drivers License Guide <br> 1492 Oddstad Drive <br> Redwood City, CA 94063 | | DATE INCURRED: <br> CONSIDERATION: Vendor <br> REMARKS: | | | | $290.25 |
| ACCT #: <br> EDO Interactive <br> 3841 Green Hills Village Dr. <br> Suite 425 <br> Nashville, TN 37215 | | DATE INCURRED: <br> CONSIDERATION: Vendor <br> REMARKS: | | | | $5,630.30 |

Sheet no. __2__ of __9__ continuation sheets attached to           Subtotal >    **$13,529.87**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                               Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Fired Up, Inc.**                    Case No. **14-10447-tmd**
                                                                                     (if known)

## *AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: xxxxx0164<br>Executive Lawn Care<br>802 Ruyssell Palmer Rd.<br>Kingwood, TX 77339 | | DATE INCURRED:<br>CONSIDERATION:<br>Vendor<br>REMARKS: | | | | $421.09 |
| ACCT #:<br>Fed Ex<br>PO Box 660481<br>Dallas, TX 75266-0481 | | DATE INCURRED:<br>CONSIDERATION:<br>Vendor<br>REMARKS: | | | | $31.80 |
| ACCT #:<br>Fifth Third Processing Solutions, Llc.<br>38 Fountain Square Plaza<br>Cincinnati, OH 45263 | | DATE INCURRED:<br>CONSIDERATION:<br>Contract/Lease<br>REMARKS:<br>Bank Card Merchant Agreement | | | | Unknown |
| ACCT #:<br>Fisher BC ID TV<br>PO Box 94394<br>Seattle, WA 98124-6694 | | DATE INCURRED:<br>CONSIDERATION:<br>Vendor<br>REMARKS: | | | | $1,745.00 |
| ACCT #:<br>Five Star Equipment<br>2801 Richmond Rd #157<br>Texarkana, TX 75503 | | DATE INCURRED:<br>CONSIDERATION:<br>Vendor<br>REMARKS: | | | | $235.88 |
| ACCT #:<br>Flores Enterprise<br>15575 HWY 239W<br>Goliad, TX 77963 | | DATE INCURRED:<br>CONSIDERATION:<br>Vendor<br>REMARKS: | | | | $270.63 |

Sheet no. **3** of **9** continuation sheets attached to                Subtotal >    **$2,704.40**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                 Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re  **Fired Up, Inc.**  Case No. **14-10447-tmd**
(if known)

## *AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> Golden Ocean <br> 10035 W. Desert Canyon <br> Reno, NV 89511 | | DATE INCURRED: <br> CONSIDERATION: Contract/Lease <br> REMARKS: Lease - Store #65 <br> 231 Loop 410SW <br> San Antonio, TX 78238 | | | | Unknown |
| ACCT #: <br> Graf Plumbing <br> 5961 La Costa Drive <br> Corpus Christi, TX 78414 | | DATE INCURRED: <br> CONSIDERATION: Vendor <br> REMARKS: | | | | $260.51 |
| ACCT #: <br> GS II Meridian Crossroads <br> 3300 Enterprise Parkway <br> Beachwood, OH 44122 | | DATE INCURRED: <br> CONSIDERATION: Contract/Lease <br> REMARKS: Lease - Store #73 <br> 3551 E. Fairway Ave <br> Meridian, ID 83642 | | | | Unknown |
| ACCT #: <br> Handsome Hoods <br> 306 Washburn Ave North <br> Minneapolis, MN 55405 | | DATE INCURRED: <br> CONSIDERATION: Vendor <br> REMARKS: | | | | $900.00 |
| ACCT #: <br> Hawkins Companies <br> 855 Broad Street, Ste 300 <br> Boise, ID 83702 | | DATE INCURRED: <br> CONSIDERATION: Contract/Lease <br> REMARKS: Lease - Store #45 <br> 2833 South 25th East <br> Ammon, ID 83406 | | | | Unknown |
| ACCT #: <br> Heath and Company <br> Department #41283 <br> PO Box 650823 <br> Dallas, TX 75265 | | DATE INCURRED: <br> CONSIDERATION: Vendor <br> REMARKS: | | | | $649.22 |

Sheet no. **4** of **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$1,809.73**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   Fired Up, Inc.                                                    Case No.   14-10447-tmd
                                                                                       (if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> Hoppenstein Properties, Inc <br> Attn: David Hoppenstein <br> 708 Franklin Ave <br> Waco, TX 76701 | | DATE INCURRED: <br> CONSIDERATION: <br> Contract/Lease <br> REMARKS: <br> Lease - Store #31 <br> 1411 N. Valley Mills Dr. <br> Waco, TX 76712 | | | | Unknown |
| ACCT #: xx7733 <br> Hot Schedules Inc. <br> 6504 Bridge Point Pkwy <br> Ste 425 <br> Austin, TX 78730 | | DATE INCURRED: <br> CONSIDERATION: <br> Vendor <br> REMARKS: | | | | $5,299.58 |
| ACCT #: <br> Inland American San Antonio <br> c/o Norma Aleman <br> 12340 Jones Rd <br> Houston, TX 77070 | | DATE INCURRED: <br> CONSIDERATION: <br> Contract/Lease <br> REMARKS: <br> Lease - Store #65 <br> 231 Loop 410 SW <br> San Antonio, TX 78238 | | | | Unknown |
| ACCT #: <br> K&M Environmental <br> 511 S. Lariat Circle <br> Dripping Springs, TX 78620 | | DATE INCURRED: <br> CONSIDERATION: <br> Vendor <br> REMARKS: | | | | $140.73 |
| ACCT #: <br> Kapp Services <br> PO Box 944 <br> Kaufman, TX 75142 | | DATE INCURRED: <br> CONSIDERATION: <br> Vendor <br> REMARKS: | | | | $500.00 |
| ACCT #: <br> KMGJ Majic 93.1 <br> 1360 E. Sherwood Rd <br> Grand Junction, CO 81501 | | DATE INCURRED: <br> CONSIDERATION: <br> Vendor <br> REMARKS: | | | | $1,270.00 |

Sheet no. __5__ of __9__ continuation sheets attached to                                Subtotal >   $7,210.31
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                        Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re    Fired Up, Inc.                                                                 Case No.  14-10447-tmd
                                                                                                   (if known)

## *AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Lamont Plumbing<br>PO Box 1352<br>Clute, TX 77531 | | DATE INCURRED:<br>CONSIDERATION:<br>Vendor<br>REMARKS: | | | | $275.00 |
| ACCT #:<br>Liquid Networks<br>PO Box 780099<br>San Antonio, TX 78278-0099 | | DATE INCURRED:<br>CONSIDERATION:<br>Vendor<br>REMARKS: | | | | $526.06 |
| ACCT #:<br>Lone Star Contracting<br>1725 Cox Lane<br>San Angelo, TX 76903 | | DATE INCURRED:<br>CONSIDERATION:<br>Vendor<br>REMARKS: | | | | $1,146.40 |
| ACCT #:<br>Lone Star Logos & Signs, LLC<br>611 S. Congress Ave #300<br>Austin, TX 78704 | | DATE INCURRED:<br>CONSIDERATION:<br>Sign vendor<br>REMARKS: | | | | $3,952.57 |
| ACCT #:<br>Marrs Electric<br>PO Box 1370<br>Springdale, AR 72765 | | DATE INCURRED:<br>CONSIDERATION:<br>Vendor<br>REMARKS: | | | | $775.58 |
| ACCT #:<br>MB San Antonio Brooks, LOP<br>2901 Butterfield Rd<br>Oak Brook, IL 60523 | | DATE INCURRED:<br>CONSIDERATION:<br>Contract/Lease<br>REMARKS:<br>Lease - Store #103<br>3147 SE Military Dr.<br>San Antonio, TX 78223 | | | | Unknown |

Sheet no.  6  of  9  continuation sheets attached to                                    Subtotal >    $6,675.61
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Fired Up, Inc.**            Case No. **14-10447-tmd**
                                                                                                  (if known)

## *AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Modernage, Inc<br>Attn: General Counsel-Leasing<br>6820 LBJ Freeway<br>Dallas, TX 75240 | | DATE INCURRED:<br>CONSIDERATION:<br>Contract/Lease<br>REMARKS:<br>Lease - Store #30<br>21875 Katy Freeway<br>Katy, TX 77450 | | | | Unknown |
| ACCT #:<br>North Texas Water Systems<br>4568 State Hwy 121, Ste 101<br>Plano, TX 75024 | | DATE INCURRED: 1-16-2014<br>CONSIDERATION:<br>Vendor<br>REMARKS: | | | | $262.00 |
| ACCT #:<br>Olsen Plumbing<br>121 W. Cucharras St.<br>Colorado Springs, CO 80903 | | DATE INCURRED:<br>CONSIDERATION:<br>Vendor<br>REMARKS: | | | | $129.00 |
| ACCT #:<br>Reliable Rest Repair<br>1910 Edgewood Ave<br>Carthage, MO 64836 | | DATE INCURRED:<br>CONSIDERATION:<br>Vendor<br>REMARKS: | | | | $475.25 |
| ACCT #:<br>Saint Clair<br>4910 Weeping Willow<br>Houston, TX 77092 | | DATE INCURRED:<br>CONSIDERATION:<br>Vendor<br>REMARKS: | | | | $1,050.76 |
| ACCT #:<br>San Angelo Standard<br>Scripps TX Newspapers<br>PO Box 5111<br>San Angelo, TX 76902 | | DATE INCURRED:<br>CONSIDERATION:<br>Vendor<br>REMARKS: | | | | $200.00 |

Sheet no. **7** of **9** continuation sheets attached to            Subtotal >    **$2,117.01**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                           Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   Fired Up, Inc.                                                    Case No.  **14-10447-tmd**
                                                                                 (if known)

## *AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>San Marcos Daily<br>PO Box 1109<br>San Marcos, TX 78667 | | DATE INCURRED:<br>CONSIDERATION:<br>Vendor<br>REMARKS: | | | | $435.00 |
| ACCT #:<br>Simon Property Group<br>c/o MS Management Assoc<br>225 W. Washington St.<br>Indianapolis, IN 46204 | | DATE INCURRED:<br>CONSIDERATION:<br>Contract/Lease<br>REMARKS:<br>Lease - Store #29<br>4221 Warden<br>N. Little Rock, AR 72116 | | | | Unknown |
| ACCT #:<br>South Dakota Dept of Revene<br>445 East Capitol Ave<br>Pierre, SD 57501-3185 | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>The Chair Doctor<br>1101 Green Street<br>Ft. Collins, CO 80524 | | DATE INCURRED:<br>CONSIDERATION:<br>Vendor<br>REMARKS: | | | | $160.00 |
| ACCT #:<br>Troy Lawrence<br>13740 Research Blvd, Bldg L4<br>Austin, TX 78750 | | DATE INCURRED:<br>CONSIDERATION:<br>Attorney for - Mary Jane Lawrence<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>TX Restaurant Group<br>500 S. Arthur<br>Amarillo, TX 79102 | | DATE INCURRED:<br>CONSIDERATION:<br>Vendor<br>REMARKS: | | | | $191.24 |

Sheet no. __8__ of __9__ continuation sheets attached to                         Subtotal >    $786.24
Schedule of Creditors Holding Unsecured Nonpriority Claims
                                                                                 Total >
                        (Use only on last page of the completed Schedule F.)
                   (Report also on Summary of Schedules and, if applicable, on the
                        Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Fired Up, Inc.**  Case No. **14-10447-tmd**
(if known)

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> Uline <br> 2200 S. Lakeside Dr. <br> Waukegan, IL 60085 | | DATE INCURRED: <br> CONSIDERATION: <br> Vendor <br> REMARKS: | | | | $75.58 |
| ACCT #: <br> Uniform Junction <br> 561 25 Rd Unit C <br> Grand Junction, CO 81505 | | DATE INCURRED: <br> CONSIDERATION: <br> Vendor <br> REMARKS: | | | | $80.74 |
| ACCT #: <br> Valu U Chem <br> PO Box 82310 <br> Phoenix, AZ 85071 | | DATE INCURRED: <br> CONSIDERATION: <br> Vendor <br> REMARKS: | | | | $198.07 |
| ACCT #: <br> Waco Cash Register <br> 3917 West Waco Drive <br> Waco, TX 76710 | | DATE INCURRED: <br> CONSIDERATION: <br> Vendor <br> REMARKS: | | | | $61.65 |
| ACCT #: <br> XIX Limited Partnership <br> 1300 World Trade Center <br> 30 East Seventh St. <br> St. Paul, MN 55101 | | DATE INCURRED: <br> CONSIDERATION: <br> Contract/Lease <br> REMARKS: <br> Lease - Store #48 <br> 1301 N. FM 1604 West <br> San Antonio, TX 78258 | | | | Unknown |
| ACCT #: <br> Yesco Kansas City <br> 326 Choctaw <br> Leavenworth, KS 66048 | | DATE INCURRED: <br> CONSIDERATION: <br> Vendor <br> REMARKS: | | | | $456.99 |

Sheet no. __9__ of __9__ continuation sheets attached to Subtotal > $873.03
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total > $39,790.20
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Fired Up, Inc.**            Case No. **14-10447-tmd**
                                                                                                           (if known)

## *AMENDED*
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President/CEO**_____ of the _____**Corporation**_____ named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**11**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date __7-16-14__          Signature _____[signature]_____
                                                                                    **Creed Ford III**
                                                                                    *President/CEO*

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE: Fired Up, Inc.　　　　　　　　　　　　　　　　CASE NO　14-10447-tmd

　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER　11

## AMENDED
## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date　7-16-14　　　　　　　　　　Signature _____
　　　　　　　　　　　　　　　　　　Creed Ford III
　　　　　　　　　　　　　　　　　　President/CEO

Date _____　　　Signature _____

Accent Food
PO Box 81515
Austin, TX 78708


Alloway Light
1420 Grove St.
Boise, ID 83702


Alpha Imaging
2118 Wilshire Blvd #410
Santa Monica, CA 90403


American Upholstery
8508 Urbana
Lubbock, TX 79424


Avis
7876 Collections Center Drive
Chicago, IL 60693


Bosart Lock & Key
801 E. Rio Grande St.
Victoria, TX 77901


Canyon Park I, LLC
PO Box 5478
Twin Falls, ID 83303


Captive Aire
PO Box 60270
Charlotte, NC 28260


Cary Services
PO Box 5101
Abilene, TX 79608

```
Cole MT Humble TX LLC
c/o Cole Real Estate Investment
Attn: David Benavente
2555 East Camelback Rd Ste 400
Phoenix, AZ 85016




Crock, LLC
c/o Commercial Realty Advisors
4775 South Durango Drive, Ste 101
Las Vegas, NV 89147


DBR Marketing
1201 N. Watson Rd Ste 187
Arlington, TX 76006


Delta Fire Systems
1507 South Pioneer Rd
Salt Lake City, UT 84126-0587


Discover Card Services
PO Box 30943
Salt Lake City, UT 84130


Diversified Adjustment Services
600 Coon Rapids Blvd
Coon Rapids, MN 55433


Donna Knopp
Legends Outlets
1843 Village West Parkway Ste C127
Kansas City, KS 66111


Drivers License Guide
1492 Oddstad Drive
Redwood City, CA 94063
```

```
EDO Interactive
3841 Green Hills Village Dr.
Suite 425
Nashville, TN 37215


Executive Lawn Care
802 Ruyssell Palmer Rd.
Kingwood, TX 77339


Fed Ex
PO Box 660481
Dallas, TX 75266-0481


Fifth Third Processing Solutions, Llc.
38 Fountain Square Plaza
Cincinnati, OH 45263


Fisher BC ID TV
PO Box 94394
Seattle, WA 98124-6694


Five Star Equipment
2801 Richmond Rd #157
Texarkana, TX 75503


Flores Enterprise
15575 HWY 239W
Goliad, TX 77963


Golden Ocean
10035 W. Desert Canyon
Reno, NV 89511


Graf Plumbing
5961 La Costa Drive
Corpus Christi, TX 78414
```

```
GS II Meridian Crossroads
3300 Enterprise Parkway
Beachwood, OH 44122



Handsome Hoods
306 Washburn Ave North
Minneapolis, MN 55405



Hawkins Companies
855 Broad Street, Ste 300
Boise, ID 83702



Heath and Company
Department #41283
PO Box 650823
Dallas, TX 75265



Hoppenstein Properties, Inc
Attn:  David Hoppenstein
708 Franklin Ave
Waco, TX 76701



Hot Schedules Inc.
6504 Bridge Point Pkwy
Ste 425
Austin, TX 78730



Inland American San Antonio
c/o Norma Aleman
12340 Jones Rd
Houston, TX 77070



K&M Environmental
511 S. Lariat Circle
Dripping Springs, TX 78620



Kapp Services
PO Box 944
Kaufman, TX 75142
```

```
KMGJ Majic 93.1
1360 E. Sherwood Rd
Grand Junction, CO 81501



Lamont Plumbing
PO Box 1352
Clute, TX 77531



Liquid Networks
PO Box 780099
San Antonio, TX 78278-0099



Lone Star Contracting
1725 Cox Lane
San Angelo, TX 76903



Lone Star Logos & Signs, LLC
611 S. Congress Ave #300
Austin, TX 78704



Marrs Electric
PO Box 1370
Springdale, AR 72765



MB San Antonio Brooks, LOP
2901 Butterfield Rd
Oak Brook, IL 60523



Modernage, Inc
Attn:  General Counsel-Leasing
6820 LBJ Freeway
Dallas, TX 75240


North Texas Water Systems
4568 State Hwy 121, Ste 101
Plano, TX 75024
```

```
Olsen Plumbing
121 W. Cucharras St.
Colorado Springs, CO 80903



Reliable Rest Repair
1910 Edgewood Ave
Carthage, MO 64836



Saint Clair
4910 Weeping Willow
Houston, TX 77092



San Angelo Standard
Scripps TX Newspapers
PO Box 5111
San Angelo, TX 76902



San Marcos Daily
PO Box 1109
San Marcos, TX 78667



Simon Property Group
c/o MS Management Assoc
225 W. Washington St.
Indianapolis, IN 46204


South Dakota Dept of Revene
445 East Capitol Ave
Pierre, SD 57501-3185



The Chair Doctor
1101 Green Street
Ft. Collins, CO 80524
```

Troy Lawrence
13740 Research Blvd, Bldg L4
Austin, TX 78750


TX Restaurant Group
500 S. Arthur
Amarillo, TX 79102


Uline
2200 S. Lakeside Dr.
Waukegan, IL 60085


Uniform Junction
561 25 Rd Unit C
Grand Junction, CO 81505


Valu U Chem
PO Box 82310
Phoenix, AZ 85071


Waco Cash Register
3917 West Waco Drive
Waco, TX 76710


XIX Limited Partnership
1300 World Trade Center
30 East Seventh St.
St. Paul, MN 55101


Yesco Kansas City
326 Choctaw
Leavenworth, KS 66048