UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: Fired Up, Inc.            CASE NO    14-10447-tmd

CHAPTER    11

*AMENDED*
**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   7-16-14          Signature _____
*Creed Ford III*
*President/CEO*

Date _____        Signature _____

A Handyman to Know
2106 E. Loma Vista
Victoria, TX 77901


Aetna
Attn: Aaron G. McCollough
McGuire Woods LP
77 West Wacker Drive Ste 4100
Chicago, IL 60601

Allied Waste
West Texas
PO Box 78829
Phoenix, AZ 85062


Alsco
404 N. University
Lubbock, TX 79408


Ana Manus
4925 Cromwell #11201
Kyle, TX 78640


Andrews Distributing
2730 Irving Blvd
Dallas, TX 75207


Aramark Uniform
10501 Fischer Rd
Von Ormy, TX 78073


Arkansas Western Gas
PO Box 660559
Dallas, TX 75266


Bancroft Clover
Water and Sanitation
900 S Wadsworth Blvd
Lakewood, CO 80226

Big Jim's Liquor Store
2304 Guadalupe
Laredo, TX 78043


Bill Reed Distributing Co.
4101 Amarillo St.
Abilene, TX 79602


Boulder County Treasurer
PO Box 471
Boulder, CO 80306


Brahmtex Inc
5756 Easterling Drive
Bryan, TX 77808


BRJ Distributing Co
635 N. Phillippi Street
Boise, ID 83706


Brooke Maresh
59 Elm Ct.
Lake Jackson, TX 77566


Budweiser
1220 Gulf Freeway
Galveston, TX 77541


Bushland ISD-Tax/Amarillo
Sharon Hollingsworth
PO Box 9514
Amarillo, TX 79105-9514


Calvin Hooker
405 McKee Lane, #F7
San Angelo, TX 76904

```
Central Distributing -  Ar
2800 Vance St.
Little Rock, AR 72206



Chain Restaurant Compensation Ass.
4 Overlook Point
Lincolnshire, IL 60069-4302



Charles Mercer
1629 Sun Valley Ct
Austin, TX 78734



Chris Peitersen
2555 Wallaby Circle
New Braunfels, TX 78132



Christina Bunsey
8818 Travis Hills Drive #327
Austin, TX 78735



Christopher Smith
2501 Thomason Circle Apt 304
Arlington, TX 76006



Cinnamon Smith
2456 Glenwood Dr.
San Angelo, TX 76901



City of McAllen
1501 Pecan Blvd
McAllen, TX 78501-4275



Colorado Association Of School  Nurses
PO Box 24332
Denver, CO 80224
```

Coors-G.P.
2730 Irving Blvd
Dallas, TX 75207


Corpus Christi Produce
238 N Port Ave
Corpus Christi, TX 78408


Craig Campbell
9931 Hyatt Resort Dr. #711
San Antonio, TX 78251


Creed and Lynn Ford
201 S. Angel Light Drive
Spicewood, TX 78669


DaVinci Gourmet
7224 1st Ave South
Seattle, Washington 98108


Donna Knopp
Legends Outlets
1843 Village West Parkway Ste C127
Kansas City, KS 66111


Dunnwell, LLC
4601 Creekstone Drive, Ste 200
Durham, NC 27703


EDO Interactive
3841 Green Hills Village Dr.
Suite 425
Nashville, TN 37215


Eric Montez
1432 77th St.
Lubbock, TX 79401

Excel Linen
501 Funston Rd
Kansas City, KS 66115


Fisher Nuts
1703 N. Randall Rd
Elgin, IL 60123


Fort Bend County M.U.D. #115
Greg Ordeneaux, T.A.C.
873 Dulles Avenue, Suite A
Stafford, TX 77477-1223


Freshpoint
P. O. Box 816211
Dallas, TX 75381


Gentilis, Inc.
PO Box 810
Redwood Valley, CA 95470


Glazier Foods Company
14911 Quorum Dr Ste 400
Dallas, TX 75254


Golden Eagle Sales-Ammon
PO Box 1825
Twin Falls, ID 83303


Green Mountain Energy
300 West 6th St. Ste 1600
Austin, TX 78701-4521


Gregory Glasbrenner
9531 State Highway 151, Apt 13306
San Antonio, TX 78251

Hartman Dist-Victoria
8316 Lone Tree Rd
Victoria, TX 77905


Hays County Tax Assessor Coll
Luanne Caraway/Tac
712 Stage Coach Trail
San Marcos, TX 78666


Holly Brock
3005 Cody Ave
Evans, CO 80620-9139


Idaho State Tax Commission
1349 E. Beechcraft Ct.
Boise, ID 83716


IES Commercial Inc
5320 George Cooper Rd
San Antonio, TX 78247


Jennifer Prisock
10608 Hiawatha
Waco, TX 76710


Julia Schwartz
303 Gingerbread Ln
Waxahachie, TX 75165


Julie Willis
11301 Farrah Lane, Apt 1119
Austin, TX 78748


Kathryn Kucera
137 Blossom Valley Stream
Buda, TX 78610

Kristina Fiedler
2700 Ambassador Caffery Prkway,
Apt. 222
Lafayette, LA 70506-5936


LMR Silverlake North, Ltd.
c/o Lasco Development Corp.
3301 Edloe St. Ste 100
Houston, TX 77027


Lyons Magnus
3158 E Hamilton Ave
Fresno, CA 93702


Marcos Avila
4266 Apple Hill Ct.
Colorado Springs, CO 80920


Marcus Barugh
2526 Business Center Dr., Apt. 4112
Pearland, TX 77584


Marshall Dilley
5417 S. Mopac Expy
Austin, TX 78749


Micros Systems, Inc.
7031 Columbia Gateway Dr.
Columbia, MD 21046


National Bugmobiles
2304 Mockingbird
Victoria, TX 77904


Nichole Beaudin
805 S. Estes St.
Lakewood, CO 80226

NW Harris Co Mud
c/o Perdue, Brandon, Fielder, Collins
1235 North Loop West
Ste 600
Houston, TX 77008

Progressive Waste
PO Box 17608
Austin, TX 78760

Randy Liles
2797 4th Ave. East
Twin Falls, ID 83301

Rapid Air
2101 Leopard St.
Corpus Christi, TX 78408

Republic Waste
1212 Harrison Ave
Arlington, TX 76011

Rick Villarreal
11416 Ashbrooks Drive
Manachaca, TX 78652

Robert Gonzales
4200 Northern Cross Blvd #12109
Haltom City, TX 76137

Ruben Sanchez
5757 S. Staples St. Apt 2808
Corpus Christi, TX 78413

Sale Amp Inc
7600 Burnet Rd
Suite 400
Austin, TX 78757

Sourcegas
PO Box 660559
Dallas, TX 75266


Standard Sales
408 E. Hunter St.
Lubbock, TX 79403


Stephanie Flores
509 E. 93rd
Odessa, TX 78765


Steven Salinas
2208 N. Dahlia #1
Pharr, TX 78577


Texas Gas Service
PO Box 219913
Kansas City, MO 64121-9913


Tri-City - New Braunfels
1172 Landa
New Braunfels, TX 78130


Troy Smith
2600 W. 103rd Ave #1214
Denver, CO 80260


Venture Marketing
34 Feed Mill Rd
Lecompte, LA 71346-9518


Veronica Gibson
334 East Walnut
Rogers, AR 72756

Wilmington Center LLC
9471 Lomitas Ave.
Beverly Hills, CA 90210


XCEL Energy
414 Nicollet Mall
Minneapolis, MN 55401


Zerega Pasta
P.O. Box 241
Fair Lawn, NJ 07410