**MOR-1**

UNITED STATES BANKRUPTCY COURT

CASE NAME: Fired Up, Inc.
CASE NUMBER: 14-10447-TMD
PROPOSED PLAN DATE:

PETITION DATE: 3/27/2014
DISTRICT OF TEXAS: Western
DIVISION: Austin

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH YEAR

| MONTH | 4/30/2014 | 5/28/2014 | 6/25/2014 | | | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 8,240,111 | 7,012,419 | 6,332,705 | | | |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | 238,793 | -136,686 | -243,677 | | | |
| NET INCOME (LOSS) (MOR-6) | 47,221 | -187,851 | -300,715 | | | |
| PAYMENTS TO INSIDERS (MOR-9) | 47,483 | 60,831 | 59,522 | | | |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 268 | 2,000 | 0 | | | |
| TOTAL DISBURSEMENTS (MOR-7) | -6,913,860 | -7,791,506 | -7,523,623 | | | |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

**REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE**

| | | EXP. DATE |
|---|---|---|
| CASUALTY | YES (X) NO ( ) | 5-31-15 |
| LIABILITY | YES (X) NO ( ) | 5-31-15 |
| VEHICLE | YES (X) NO ( ) | 5-31-15 |
| WORKER'S | YES (X) NO ( ) | 5-31-15 |
| OTHER | YES (X) NO ( ) | 5-31-15 |
| See attached | | |

CIRCLE ONE

Are all accounts receivable being collected within terms? Yes **No** (circled)
Are all post-petition liabilities, including taxes, being paid within terms? **Yes** (circled) No
Have any pre-petition liabilities been paid? Yes No
If so, describe Critical Vendors and Utilities
Are all funds received being deposited into DIP bank accounts?* **Yes** (circled) No — *Through Non-DIP accounts per cash management order
Were any assets disposed of outside the normal course of business? Yes **No** (circled)
If so, describe
Are all U.S. Trustee Quarterly Fee Payments current? **Yes** (circled) No
What is the status of your Plan of Reorganization? in progress

ATTORNEY NAME: Barbara Barron/Steven Sather
FIRM NAME: Barron & Newburger, P.C.
ADDRESS: 1212 Guadalupe, Suite 104
CITY, STATE, ZIP: Austin, TX 78701
TELEPHONE/FAX: 512.476.9103/ 512.476.9253

*I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.*

SIGNED X [signature] (ORIGINAL SIGNATURE) TITLE: Director of Finance

Margaret B. [illegible] (PRINT NAME OF SIGNATORY) 7-23-14 DATE

CASE NAME: Fired Up, Inc.
CASE NUMBER: 14-10447-TMD

# COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 3/26/2014 | MONTH 04/30/214 | MONTH 5/28/2014 | MONTH 6/25/2014 | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| CURRENT ASSETS | | | | | | | |
| Cash | 548,773 | 2,692,498 | 2,823,259 | 2,356,709 | | | |
| Accounts Receivable, Net | 1,217,770 | 1,283,873 | 1,267,884 | 1,355,339 | | | |
| Inventory: Lower of Cost or Market | 2,286,923 | 2,908,737 | 2,908,737 | 2,856,749 | | 0 | |
| Prepaid Expenses | 0 | 415,535 | 282,450 | 411,653 | | | |
| Investments | 0 | 0 | | | | | |
| Other - Escrow Accounts | 558,000 | 554,961 | 557,003 | 557,293 | | | |
| TOTAL CURRENT ASSETS | 4,611,465 | 7,855,604 | 7,839,333 | 7,537,743 | | | |
| PROPERTY, PLANT & EQUIP. @ COST | | 62,819,327 | 62,812,817 | 62,820,031 | | | |
| Less Accumulated Depreciation | | -48,708,088 | -48,887,470 | -49,082,249 | | | |
| NET BOOK VALUE OF PP & E ** | 5,598,025 | 14,111,239 | 13,925,347 | 13,737,782 | | | |
| OTHER ASSETS | | | | | | | |
| 1. Deposits | 151,387 | 161,175 | 173,614 | 162,386 | | | |
| 2. Franchise Broker Fees, Net | 0 | 296,825 | 296,825 | 296,825 | | | |
| 3. Loan Fees, Net | 0 | 127,425 | 122,177 | 116,928 | | | |
| 4. Liquor License | 0 | 286,840 | 286,840 | 286,840 | | | |
| 5. Goodwill, Net | 0 | 6,780,126 | 6,780,126 | 6,780,126 | | | |
| TOTAL ASSETS | 10,360,877 | 29,619,234 | 29,424,262 | 28,918,630 | | | |

* Per Schedules and Statement of Affairs

** Pre-petition PP&E is market value, post-petition PP&E is book value.

CASE NAME: Fired Up, Inc.
CASE NUMBER: 14-10447-TMD

# COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 3/26/2014 0:00 | MONTH 4/30/2014 0:00 | MONTH 5/28/2014 0:00 | MONTH** 6/25/2014 0:00 | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | -4,239,004 | -4,458,860 | -4,448,958 | | | |
| PRE-PETITION LIABILITIES | | | | | | | |
| Notes Payable - Secured | -17,133,249 | -17,205,907 | -17,205,907 | -17,205,907 | | | |
| Accrued 2014 Ad Valorem Taxes | | -764,033 | -883,190 | -764,033 | Marked as unknown in Schedule D | | |
| Priority Debt - | -1,780,121 | -1,133,973 | -855,973 | -855,973 | | | |
| Federal Income Tax | 0 | 0 | | 0 | | | |
| FICA/Withholding | -1,339,191 | -909,567 | -909,567 | -903,445 | | | |
| Unsecured Debt | -15,886,815 | -11,544,360 | -11,526,554 | -11,506,309 | | | |
| Insurance Claim Reserves | | -381,227 | -381,227 | -381,227 | Self funded programs. Offset by escrow accounts on balance sheet | | |
| Deferred Franchise Revenue | | -920,000 | -920,000 | -920,000 | | | |
| Deferred Rent | | -6,360,836 | -6,360,836 | -6,360,826 | | | |
| Deferred gain on sale/leaseback | | -7,753,174 | -7,702,847 | -7,652,519 | | | |
| TOTAL PRE-PETITION LIABILITIES | -36,139,375 | -46,973,076 | -46,746,099 | -46,550,238 | | | |
| **TOTAL LIABILITIES** | -36,139,375 | -51,212,080 | -51,204,959 | -50,999,196 | | | |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | -1,454 | -1,454 | -1,454 | -1,454 | | | |
| TREASURY STOCK, AT COST | 5,183,726 | 5,183,726 | 5,183,726 | 5,183,726 | | | |
| ADDITIONAL PAID-IN CAPITAL | -20,181,710 | -20,181,710 | -20,181,710 | -20,181,710 | | | |
| RETAINED EARNINGS: Filing Date | 36,639,504 | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | 36,592,283 | 36,780,134 | 37,080,004 | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | 21,640,066 | 21,592,846 | 21,780,697 | 22,080,566 | | | |
| **TOTAL LIABILITIES & OWNERS EQUITY** | -14,499,309 | -29,619,234 | -29,424,262 | -28,918,630 | | | |

* Per Schedules and Statement of Affairs

**Please note pre-petition liabilities will not be adjusted to agreed upon proof of claim amounts until the bar date deadline has past

CASE NAME: Fired Up, Inc.
CASE NUMBER: 14-10447-TMD

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH 4/30/2014 | MONTH 5/28/2014 | MONTH 6/25/2014 | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | -669,032 | -597,899 | -375,374 | | | |
| TAX PAYABLE | | | | | | |
| Federal Payroll Taxes | -235,022 | -207,676 | -148,228 | | | |
| State Payroll Taxes | -95,199 | -118,994 | -129,672 | | | |
| Ad Valorem Taxes | -125,795 | -244,952 | -373,558 | | | |
| Other Taxes | -566,697 | -483,050 | -394,534 | | | |
| TOTAL TAXES PAYABLE | -1,022,713 | -1,054,673 | -1,045,993 | | | |
| SECURED DEBT POST-PETITION | 0 | 0 | 0 | | | |
| ACCRUED INTEREST PAYABLE | -61,946 | -115,668 | -166,836 | Accrued post-petition interest on pre-petition secured debt. Does not include GE Capital loans that have matured. | | |
| ACCRUED PROFESSIONAL FEES* | -167,052 | -371,652 | -611,368 | | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
| 1 Accrued Payroll | -1,700,940 | -1,792,186 | -1,619,183 | | | |
| 2 Accrued Credit Card Fees | -28,075 | -16,231 | -16,689 | | | |
| 3 Accrued Texas Franchise Tax | -25,000 | -50,000 | -75,000 | | | |
| 4 Accrued Utilities and Other | -477,196 | -300,035 | -320,239 | | | |
| 4 Accrued Rents | -87,049 | -160,515 | -218,276 | | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | -4,239,004 | -4,458,860 | -4,448,958 | | | |

*Payment requires Court Approval

**CASE NAME:** Fired Up, Inc.
**CASE NUMBER:** 14-10447-TMD

**AGING OF POST-PETITION LIABILITIES**
**MONTH** 05/29/2014 thru 06/25/2014

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | Accrued AD VALOREM, OTHER TAXES |
|---|---|---|---|---|---|
| 0-30 | -4,448,958 | -375,374 | -148,228 | -129,672 | -768,092 |
| 31-60 | | | | | |
| 61-90 | | | | | |
| 91+ | | | | | |
| TOTAL | -4,448,958 | | | | |

**AGING OF ACCOUNTS RECEIVABLE**

| MONTH | Franchise Receivables | Other Receivables (See Footnote) | Mastercard/Visa/Diners Receivable | American Express Receivable | Total |
|---|---|---|---|---|---|
| 0-30 DAYS | 179,540 | 37,199 | 317,706 | 71,748 | 606,193 |
| 31-60 DAYS | 72,652 | | 0 | 0 | 72,652 |
| 61-90 DAYS | 0 | 0 | 0 | 0 | 0 |
| 91+ DAYS | 676,495 | 0 | 0 | 0 | 676,495 |
| TOTAL | 928,686 | 37,199 | 317,706 | 71,748 | 1,355,339 |

Footnote:
Includes receivable due from Prosperity Bank for mistaken debt payment of 10,124 for note due on Abilene land & building
Also includes receivable due from Independent Bank of Waco for mistaken debt payment of 6563 and 6816 for notes due on Pearland building and SA1604 building , respectively.

**CASE NAME:**
**CASE NUMBER:**

| DAYS | Accrued Prof Fees | Accrued Interest | Accrued Payroll Accrued Franchise Tax | Accrued Utilities and Other | Accrued Rents |
|---|---|---|---|---|---|
| 0-30 | -611,368 | -166,836 | -1,694,183 | -336,928 | -218,276 |
| 31-60 | | | | | |
| 61-90 | | | | | |
| 91+ | | | | | |
| TOTAL | | | | | |

| MONTH |
|---|
| 0-30 DAYS |
| 31-60 DAYS |
| 61-90 DAYS |
| 91+ DAYS |
| TOTAL |

CASE NAME: Fired Up, Inc.
CASE NUMBER: 14-10447-TMD

# STATEMENT OF INCOME (LOSS)

| | MONTH for 5 week period 03/27/2014 thru 04/30/2014 | MONTH Period 05/1/2014 thru 05/28/2014 | MONTH Period 05/29/2014 thru 06/25/2014 | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 8,240,111 | 7,012,419 | 6,332,705 | | | | |
| TOTAL COST OF REVENUES | See Attached | See Attached | See Attached | | | | |
| GROSS PROFIT | | | | | | | |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | See Attached | See Attached | See Attached | | | | |
| General & Administrative | | | | | | | |
| Insiders Compensation | | | | | | | |
| Professional Fees | | | | | | | |
| Other | | | | | | | |
| Other | | | | | | | |
| TOTAL OPERATING EXPENSES | 8,001,318 | 7,149,105 | 6,576,382 | | | | |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 238,793 | -136,686 | -243,677 | | | | |
| INTEREST EXPENSE | 61,946 | 53,722 | 51,168 | | | | |
| DEPRECIATION | 305,547 | 179,382 | 194,780 | | | | |
| OTHER (INCOME) EXPENSE* FRANCHISE ROYALTIES | -223,135 | -184,000 | -199,657 | | | | |
| OTHER (INCOME) EXPENSE* GAIN ON SALE OF ASSETS | -50,328 | -50,328 | -50,328 | | | | |
| OTHER ITEMS** - CLOSED STORE EXPENSES | 85,906 | 27,689 | 69,705 | | | | |
| OTHER ITEMS** - STATE FRANCHISE TAX EXPENSE | 11,636 | 24,700 | -8,630 | | | | |
| TOTAL INT, DEPR & OTHER ITEMS | 191,572 | 51,165 | 57,038 | | | | |
| NET INCOME BEFORE TAXES | 47,221 | -187,851 | -300,715 | | | | |
| FEDERAL INCOME TAXES | 0 | 0 | | | | | |
| NET INCOME (LOSS) (MOR-1) | 47,221 | -187,851 | -300,715 | | | | |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

* *Footnote Mandatory.* Franchise royalties and gain on sale of assets monthly amortization (from previous year sale leasebacks).

** *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.* Closed Store Expenses - see attached detail P&L.

CASE NAME: Fired Up, Inc.
CASE NUMBER: 14-10447-TMD

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 4/30/2014 | MONTH 5/28/2014 | MONTH 6/25/2014 | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $383,546 | $2,692,498 | $2,823,259 | | | | |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 8,998,580 | 7,661,503 | 6,963,331 | | | | |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 79,194 | 149,872 | 93,742 | | | | |
| 4. LOANS & ADVANCES (attach list) | | | | | | | |
| 5. SALE OF ASSETS | | 18,500 | | | | | |
| 6. OTHER (attach list) | 145,198 | 92,393 | | | | | |
| TOTAL RECEIPTS** | 9,222,972 | 7,922,267 | 7,057,073 | | | | |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | -1,874,871 | -1,897,110 | -1,943,299 | | | | |
| 8. PAYROLL TAXES PAID | -914,990 | -826,355 | -899,462 | | | | |
| 9. SALES, USE & OTHER TAXES PAID | -541,552 | -911,413 | -594,108 | | | | |
| 10. SECURED/RENTAL/LEASES | -628,256 | -637,823 | -662,061 | | | | |
| 11. UTILITIES & TELEPHONE | -420,326 | -528,789 | -359,803 | | | | |
| 12. INSURANCE | -129,394 | -194,254 | -172,700 | | | | |
| 13. INVENTORY PURCHASES | -1,743,232 | -2,306,590 | -2,437,993 | | | | |
| 14. VEHICLE EXPENSES | -117 | -799 | -328 | | | | |
| 15. TRAVEL & ENTERTAINMENT | -8,695 | -28,419 | -27,969 | | | | |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | -253,244 | -255,321 | -181,021 | | | | |
| 17. ADMINISTRATIVE & SELLING | -124,680 | -168,382 | -209,779 | | | | |
| 18. OTHER (attach list) | -273,911 | -34,252 | -35,100 | | | | |
| TOTAL DISBURSEMENTS FROM OPERATIONS | -6,913,268 | -7,789,506 | -7,523,623 | | | | |
| 19. PROFESSIONAL FEES | -267.50 | -2,000.00 | 0.00 | | | | |
| 20. U.S. TRUSTEE FEES | -325.00 | 0.00 | 0.00 | | | | |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | |
| TOTAL DISBURSEMENTS** | -6,913,860 | -7,791,506 | -7,523,623 | | | | |
| 22. NET CASH FLOW | 2,692,658 | 2,823,259 | 2,356,709 | | | | |
| 23. CASH - END OF MONTH (MOR-2) | 2,692,498 | 2,823,259 | 2,356,709 | | | | |

* Applies to Individual debtors only

**Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

CASE NAME: Fired Up, Inc.
CASE NUMBER: 14-10447-TMD

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 4/30/2014 | MONTH 5/28/2014 | MONTH 6/25/2014 | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $383,546 | $2,692,498 | $2,823,259 | | | | |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 8,998,580 | 7,661,503 | 6,963,331 | | | | |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 79,194 | 149,872 | 93,742 | | | | |
| 4. LOANS & ADVANCES (attach list) | | | | | | | |
| 5. SALE OF ASSETS | | 18,500 | | | | | |
| 6. OTHER (attach list) | 145,198 | 92,393 | | | | | |
| TOTAL RECEIPTS** | 9,222,972 | 7,922,267 | 7,057,073 | | | | |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | -1,874,871 | -1,897,110 | -1,943,299 | | | | |
| 8. PAYROLL TAXES PAID | -914,990 | -826,355 | -899,462 | | | | |
| 9. SALES, USE & OTHER TAXES PAID | -541,552 | -911,413 | -594,108 | | | | |
| 10. SECURED/RENTAL/LEASES | -628,256 | -637,823 | -662,061 | | | | |
| 11. UTILITIES & TELEPHONE | -420,326 | -528,789 | -359,803 | | | | |
| 12. INSURANCE | -129,394 | -194,254 | -172,700 | | | | |
| 13. INVENTORY PURCHASES | -1,743,232 | -2,306,590 | -2,437,993 | | | | |
| 14. VEHICLE EXPENSES | -117 | -799 | -328 | | | | |
| 15. TRAVEL & ENTERTAINMENT | -8,695 | -28,419 | -27,969 | | | | |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | -253,244 | -255,321 | -181,021 | | | | |
| 17. ADMINISTRATIVE & SELLING | -124,680 | -168,382 | -209,779 | | | | |
| 18. OTHER (attach list) | -273,911 | -34,252 | -35,100 | | | | |
| TOTAL DISBURSEMENTS FROM OPERATIONS | -6,913,268 | -7,789,506 | -7,523,623 | | | | |
| 19. PROFESSIONAL FEES | -267.50 | -2,000.00 | 0.00 | | | | |
| 20. U.S. TRUSTEE FEES | -325.00 | 0.00 | 0.00 | | | | |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | |
| TOTAL DISBURSEMENTS** | -6,913,860 | -7,791,506 | -7,523,623 | | | | |
| 22. NET CASH FLOW | 2,692,658 | 2,823,259 | 2,356,709 | | | | |
| 23. CASH - END OF MONTH (MOR-2) | 2,692,498 | 2,823,259 | 2,356,709 | | | | |

* Applies to Individual debtors only

**Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

CASE NAME: Fired Up, Inc.
CASE NUMBER: 14-10447-TMD

CASH ACCOUNT RECONCILIATION
MONTH OF June

| BANK NAME | Prosperity ACH | Prosperity Master | Prosperity AP | Prosperity Payroll | Prosperity Fintech |
|---|---|---|---|---|---|
| **ACCOUNT NUMBER** | **#215049182** | **# 214980730** | **# 215049174** | **#215049700** | **#215049190** |
| ACCOUNT TYPE | **ACH** | **MASTER** | **A/P** | **PAYROLL** | **FINTECH** |
| BANK BALANCE | - | 1,570,086.32 | - | - | - |
| DEPOSITS IN TRANSIT | - | - | - | - | |
| OUTSTANDING CHECKS | - | - | (165,864.91) | (11,752.32) | |
| ADJUSTED BANK BALANCE | **-** | **1,570,086.32** | **(165,864.91)** | **(11,752.32)** | **-** |
| BEGINNING CASH - PER BOOKS | - | 2,036,120.58 | (123,667.24) | (8,786.55) | |
| RECEIPTS* | - | 6,213,201.49 | - | - | |
| TRANSFERS BETWEEN ACCOUNTS | 634,112.64 | (4,702,108.82) | 1,204,827.78 | 1,896,451.43 | 152,145.86 |
| (WITHDRAWAL) OR CONTRIBUTION BY DEBTOR MFR-2 | - | - | - | - | |
| CHECKS/OTHER DISBURSEMENTS* | (634,112.64) | (1,977,126.93) | (1,247,025.45) | (1,964,451.88) | (152,145.86) |
| ENDING CASH - PER BOOKS | **-** | **1,570,086.32** | **(165,864.91)** | **(76,787.00)** | **-** |

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

| Prosperity Tax account<br>#214980749<br>TAX | Prosperity Savings account<br>#212471518<br>SAVINGS | Prosperity Utility Escrow account<br>#212471496<br>UTILITY ESCROW | Capital One<br>Multiple Accounts | WF SWEEP depositories<br>#4945098150<br>DEPOSITORY |
|---|---|---|---|---|
| 367,607.66 | 228,500.05 | 256,480.27 | 3,727.70 | - |
| - | | | - | 72,529.81 |
| 1,183.88 | | | | |
| **368,791.54** | **228,500.05** | **256,480.27** | **3,727.70** | **72,529.81** |
| 407,885.53 | 18,500.00 | 256,462.00 | 3,215.51 | 167,282.00 |
| | 0.05 | 18.27 | 24,834.21 | 818,808.49 |
| 1,493,571.11 | 210,000.00 | | (24,000.00) | (908,154.49) |
| | | | | |
| (1,532,665.10) | | | (322.02) | - |
| **368,791.54** | **228,500.05** | **256,480.27** | **3,727.70** | **77,936.00** |

| WF Payroll | WF A/P | WF Master | Petty Cash | | |
|---|---|---|---|---|---|
| #4121696637 | #4121696645 | #4121631139 | | | |
| PAYROLL | AP | MASTER | | TOTAL | |
| - | - | 1,746.00 | | 2,428,148.00 | |
| - | | 231,819.46 | | 304,349.27 | |
| (103,713.37) | (90,913.01) | | | (371,059.73) | |
| **(103,713.37)** | **(90,913.01)** | **233,565.46** | | **2,361,437.54** | |
| (103,791.62) | (91,107.73) | 206,246.64 | 54,900.00 | 2,823,259.12 | |
| - | 194.72 | 15.74 | | 7,057,072.97 | |
| | | 43,154.49 | | 0.00 | Must be zero |
| | | | | - | |
| 78.25 | - | (15,851.41) | | (7,523,623.04) | |
| **(103,713.37)** | **(90,913.01)** | **233,565.46** | **54,900.00** | **2,356,709.05** | - |
| | | | | 2,356,709.05 | |
| | | | | 2,356,709.05 | |

**CASE NAME:** Fired Up, Inc.
**CASE NUMBER:** 14-10447-TMD

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH - 5 week Period 03/27/2014 thru 04/30/2014 | MONTH - 4 week Period 05/01/2014 thru 05/28/2014 | MONTH Period 05/29/2014 thru 06/25/2014 | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. Pictoric Media Group (Non-Statutory Insider) | 19,415.18 | 32,762.93 | 31,453.68 | | | |
| 2. Moondance, Inc. (Rent) | 28,068.05 | 28,068.05 | 28,068.05 | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $47,483.23 | $60,830.98 | $59,521.73 | | | |

| PROFESSIONALS | MONTH - 5 week Period 03/27/2014 thru 04/30/2014 | MONTH - 4 week Period 05/01/2014 thru 05/28/2014 | MONTH Period 05/29/2014 thru 06/25/2014 | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. Dorsett Johnson & Swift, LLP | 267.50 | 0.00 | 0.00 | | | |
| 3. Layne Berman-Labor Consultant | 0.00 | 2,000.00 | 0.00 | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $267.50 | $2,000.00 | $0.00 | | | |

Fired Up, Inc.
Consolidated Income Statement
For the Twelve Periods Ending June 25, 2014

| | 06/25/2014 | | 05/28/2014 | | 04/30/2014 | |
|---|---|---|---|---|---|---|
| | 12 | % | 11 | % | 10 | % |
| Guest Counts | 443,106 | 6.3% | 489,200 | 6.3% | 596,826 | 6.5% |
| Food Sales | 6,005,269 | 85.1% | 6,630,035 | 85.2% | 7,829,602 | 85.0% |
| Beverage Sales | 439,866 | 6.2% | 480,042 | 6.2% | 561,129 | 6.1% |
| Food & Beverage Sales | 6,445,135 | 91.3% | 7,110,077 | 91.3% | 8,390,731 | 91.0% |
| Liquor Sales | 223,742 | 3.2% | 247,393 | 3.2% | 292,023 | 3.2% |
| Beer Sales | 110,670 | 1.6% | 118,836 | 1.5% | 144,241 | 1.6% |
| Wine Sales | 278,123 | 3.9% | 307,242 | 3.9% | 389,712 | 4.2% |
| Total Alcohol Sales | 612,535 | 8.7% | 673,471 | 8.7% | 825,976 | 9.0% |
| Gross Sales | 7,057,670 | 100.0% | 7,783,548 | 100.0% | 9,216,707 | 100.0% |
| Food Comps | 592,712 | 8.4% | 559,999 | 7.2% | 805,518 | 8.7% |
| Alcohol Comps | | | | | | |
| Employee Discounts | 46,510 | 0.7% | 46,187 | 0.6% | 58,590 | 0.6% |
| BOGs | 6,821 | 0.1% | 8,061 | 0.1% | 7,945 | 0.1% |
| Coupons | 63,463 | 0.9% | 140,418 | 1.8% | 82,095 | 0.9% |
| Guest Loyalty | 15,459 | 0.2% | 16,464 | 0.2% | 22,448 | 0.2% |
| Total Comps | 724,965 | 10.3% | 771,129 | 9.9% | 976,596 | 10.6% |
| Net Sales | 6,332,705 | 89.7% | 7,012,419 | 90.1% | 8,240,111 | 89.4% |
| Meat | 180,723 | 3.0% | 198,444 | 3.0% | 216,486 | 2.8% |
| Seafood | 115,120 | 1.9% | 127,607 | 1.9% | 148,696 | 1.9% |
| Poultry | 196,318 | 3.3% | 221,934 | 3.3% | 250,883 | 3.2% |
| Produce | 206,332 | 3.4% | 196,013 | 3.0% | 235,289 | 3.0% |
| Dairy | 202,910 | 3.4% | 246,364 | 3.7% | 287,937 | 3.7% |
| Bakery | 129,195 | 2.2% | 138,918 | 2.1% | 160,184 | 2.0% |
| Pasta | 114,793 | 1.9% | 135,905 | 2.0% | 167,079 | 2.1% |
| Sauces | 102,679 | 1.7% | 113,335 | 1.7% | 133,583 | 1.7% |
| Oils | 64,022 | 1.1% | 66,934 | 1.0% | 81,833 | 1.0% |
| Desserts | 39,051 | 0.7% | 48,406 | 0.7% | 53,194 | 0.7% |
| Other Food | 234,577 | 3.9% | 248,597 | 3.7% | 298,378 | 3.8% |
| Other | | | | | | |
| Total Food Cost | 1,585,720 | 26.4% | 1,742,457 | 26.3% | 2,033,542 | 26.0% |
| NA Beverage | 75,571 | 17.2% | 83,004 | 17.3% | 94,555 | 16.9% |
| Total Food & Beverage Costs | 1,661,291 | 25.8% | 1,825,461 | 25.7% | 2,128,097 | 25.4% |
| Liquor | 37,049 | 16.6% | 42,364 | 17.1% | 45,262 | 15.5% |
| Beer | 42,123 | 38.1% | 46,045 | 38.7% | 57,814 | 40.1% |
| Wine | 86,345 | 31.0% | 93,573 | 30.5% | 113,186 | 29.0% |
| Total Alcohol Costs | 165,517 | 27.0% | 181,982 | 27.0% | 216,262 | 26.2% |
| Total Cost of Sales | 1,826,808 | 25.9% | 2,007,443 | 25.8% | 2,344,359 | 25.4% |
| Hostess | 82,849 | 1.2% | 84,993 | 1.1% | 101,626 | 1.1% |
| Hostess-OT | 424 | 0.0% | 183 | 0.0% | 77 | 0.0% |
| Foodserver | 190,451 | 2.7% | 202,873 | 2.6% | 242,824 | 2.6% |
| Foodserver-OT | 2,634 | 0.0% | 5,044 | 0.1% | 2,477 | 0.0% |
| Tender | 75,627 | 1.1% | 79,697 | 1.0% | 93,477 | 1.0% |
| Tender-OT | 1,046 | 0.0% | 818 | 0.0% | 385 | 0.0% |
| Bartender | 58,836 | 0.8% | 59,746 | 0.8% | 74,505 | 0.8% |
| Bartender-OT | 911 | 0.0% | 1,434 | 0.0% | 570 | 0.0% |
| Curbside/To Go | 40,216 | 0.6% | 43,487 | 0.6% | 54,170 | 0.6% |
| Curbside/To Go - OT | 133 | 0.0% | 131 | 0.0% | 8 | 0.0% |
| Catering | 45,062 | 0.6% | 58,960 | 0.8% | 67,998 | 0.7% |
| Catering - OT | 283 | 0.0% | 1,609 | 0.0% | 966 | 0.0% |
| Dining Room Expo | | | | | | |
| Dining Room Expo - OT | | | | | | |
| Key Staff | 42,106 | 0.6% | 37,382 | 0.5% | 40,765 | 0.4% |
| Key Staff - OT | 2,394 | 0.0% | 2,736 | 0.0% | 1,292 | 0.0% |
| Dining Room Training | 44,821 | 0.6% | 48,789 | 0.6% | 44,609 | 0.5% |
| Dining Room Training-OT | 138 | 0.0% | 303 | 0.0% | 258 | 0.0% |
| Total Dining Room Labor | 587,931 | 8.3% | 628,185 | 8.1% | 726,007 | 7.9% |
| Kitchen | 633,015 | 9.0% | 659,327 | 8.5% | 819,515 | 8.9% |
| Kitchen-OT | 12,122 | 0.2% | 24,865 | 0.3% | 11,557 | 0.1% |
| Steward | 165,063 | 2.3% | 165,538 | 2.1% | 200,705 | 2.2% |
| Steward-OT | 2,642 | 0.0% | 5,859 | 0.1% | 3,048 | 0.0% |
| Kitchen Training | 15,954 | 0.2% | 18,911 | 0.2% | 21,683 | 0.2% |

Fired Up, Inc.
Consolidated Income Statement
For the Twelve Periods Ending June 25, 2014

| | 06/25/2014 | | 05/28/2014 | | 04/30/2014 | |
|---|---|---|---|---|---|---|
| | 12 | % | 11 | % | 10 | % |
| Kitchen Training-OT | 117 | 0.0% | 199 | 0.0% | 173 | 0.0% |
| Total Kitchen Labor | 828,913 | 11.7% | 874,699 | 11.2% | 1,056,681 | 11.5% |
| Meetings | 8,176 | 0.1% | 7,621 | 0.1% | 8,311 | 0.1% |
| Total Wages | 1,425,020 | 20.2% | 1,510,505 | 19.4% | 1,790,999 | 19.4% |
| MIT/Incentive Credits | | | | | | |
| Manager Salaries | 435,408 | 6.2% | 450,773 | 5.8% | 570,213 | 6.2% |
| Total Manager Salaries | 435,408 | 6.2% | 450,773 | 5.8% | 570,213 | 6.2% |
| Staff Incentives | 847 | 0.0% | 1,478 | 0.0% | 510 | 0.0% |
| Payroll Taxes | 261,023 | 3.7% | 269,135 | 3.5% | 348,383 | 3.8% |
| Total Labor Expense | 2,122,298 | 30.1% | 2,231,891 | 28.7% | 2,710,105 | 29.4% |
| Rebates | -28,227 | -0.4% | -28,227 | -0.4% | -35,766 | -0.4% |
| Fuel Charge | 1,136 | 0.0% | 3,706 | 0.0% | 11,497 | 0.1% |
| Inventory Reserve Adjustment | | | | | | |
| Supplies | 77,454 | 1.1% | 86,930 | 1.1% | 94,289 | 1.0% |
| Catering Supplies | 33,473 | 0.5% | 43,310 | 0.6% | 48,678 | 0.5% |
| China | 3,729 | 0.1% | 7,882 | 0.1% | 5,697 | 0.1% |
| Glassware | 2,371 | 0.0% | 3,979 | 0.1% | 2,046 | 0.0% |
| Silverware | 1,602 | 0.0% | 6,618 | 0.1% | 3,331 | 0.0% |
| TakeOut | 56,519 | 0.8% | 62,319 | 0.8% | 74,022 | 0.8% |
| Chemicals | 39,080 | 0.6% | 38,876 | 0.5% | 48,508 | 0.5% |
| Supply Rebates | | | | | | |
| Uniforms | 7,438 | 0.1% | 3,941 | 0.1% | 9,236 | 0.1% |
| Tableware / Menus | 4,561 | 0.1% | 840 | 0.0% | 4,266 | 0.0% |
| Linen | 53,623 | 0.8% | 44,790 | 0.6% | 52,955 | 0.6% |
| Total Restaurant Expense | 252,759 | 3.6% | 274,964 | 3.5% | 318,759 | 3.5% |
| Telephone Expense | 36,116 | 0.5% | 36,076 | 0.5% | 36,921 | 0.4% |
| WC Insurance - Fixed | 22,500 | 0.3% | 22,500 | 0.3% | 23,000 | 0.2% |
| WC Insurance - Variable | 4,000 | 0.1% | 2,000 | 0.0% | 6,000 | 0.1% |
| Fixed Rental | 9,547 | 0.1% | 20,883 | 0.3% | 32,582 | 0.4% |
| Exterminator Expense | 253 | 0.0% | 6,311 | 0.1% | 10,001 | 0.1% |
| R&M Variable - Electrical | 7,552 | 0.1% | 7,045 | 0.1% | 12,786 | 0.1% |
| R&M Variable - Plumbing | 15,968 | 0.2% | 7,933 | 0.1% | 14,503 | 0.2% |
| R&M Variable - HVAC | 9,504 | 0.1% | 6,677 | 0.1% | 7,873 | 0.1% |
| R&M Variable - Equipment | 34,973 | 0.5% | 23,064 | 0.3% | 44,808 | 0.5% |
| R&M Variable - Other | 19,592 | 0.3% | 21,585 | 0.3% | 24,633 | 0.3% |
| Janitorial | 45,706 | 0.6% | 45,647 | 0.6% | 56,235 | 0.6% |
| Maint Contracts | 81,174 | 1.2% | 81,092 | 1.0% | 117,333 | 1.3% |
| Utilities Expense - Electric | 201,644 | 2.9% | 168,124 | 2.2% | 193,962 | 2.1% |
| Utilities Expense - Water | 57,246 | 0.8% | 53,859 | 0.7% | 61,617 | 0.7% |
| Utilities Expense - Gas | 51,914 | 0.7% | 84,741 | 1.1% | 101,531 | 1.1% |
| Security Expense | 18,860 | 0.3% | 16,657 | 0.2% | 18,321 | 0.2% |
| Total Facility Expense | 616,549 | 8.7% | 604,194 | 7.8% | 762,106 | 8.3% |
| Office Expense | 4,495 | 0.1% | 4,070 | 0.1% | 8,258 | 0.1% |
| Credit Card Chargebacks | 2,513 | 0.0% | 2,145 | 0.0% | 3,203 | 0.0% |
| Bad Debt | -4,667 | -0.1% | 5,406 | 0.1% | 5,970 | 0.1% |
| Misc/Delivery/Customer Relations | 2,726 | 0.0% | 1,898 | 0.0% | 5,077 | 0.1% |
| Sales Tax | 9,790 | 0.1% | 11,518 | 0.1% | 12,151 | 0.1% |
| Dues and Subscriptions Exp | 1,535 | 0.0% | 45 | 0.0% | 883 | 0.0% |
| Community Interaction | 2,752 | 0.0% | 2,615 | 0.0% | 3,331 | 0.0% |
| Parking Expense | | | | | | |
| Misc. Income | -48,780 | -0.7% | -71,535 | -0.9% | -82,645 | -0.9% |
| Gift Certificates | 2,025 | 0.0% | 2,025 | 0.0% | 2,070 | 0.0% |
| Petty Cash Expense | | | | | | |
| Total Other Expenses | -27,611 | -0.4% | -41,813 | -0.5% | -41,702 | -0.5% |
| Total Controllable Expense | 4,790,803 | 67.9% | 5,076,679 | 65.2% | 6,093,627 | 66.1% |
| Net Operatng Income | 1,541,902 | 21.8% | 1,935,740 | 24.9% | 2,146,484 | 23.3% |
| Vacation Pay | 8,600 | 0.1% | 11,450 | 0.1% | 22,250 | 0.2% |
| Staff Benefits | 1,539 | 0.0% | 4,106 | 0.1% | 961 | 0.0% |
| Manager Bonus | 39,408 | 0.6% | 39,408 | 0.5% | 50,355 | 0.5% |
| Manager Benefits | 55,881 | 0.8% | 57,051 | 0.7% | 57,513 | 0.6% |
| Total Bonus & Benefits | 105,428 | 1.5% | 112,015 | 1.4% | 131,079 | 1.4% |

Fired Up, Inc.
Consolidated Income Statement
For the Twelve Periods Ending June 25, 2014

| | 06/25/2014 | | 05/28/2014 | | 04/30/2014 | |
|---|---|---|---|---|---|---|
| | 12 | % | 11 | % | 10 | % |
| Credit Card Fees | 115,512 | 1.6% | 143,613 | 1.8% | 148,616 | 1.6% |
| Marketing | 46,921 | 0.7% | 51,815 | 0.7% | 60,761 | 0.7% |
| Liquor Tax | 32,272 | 0.5% | 33,953 | 0.4% | 43,600 | 0.5% |
| Non-Controllable Misc. Exp | | | | | | |
| Licenses Expense | 21,241 | 0.3% | 14,795 | 0.2% | 8,178 | 0.1% |
| Bank Charges | 4,689 | 0.1% | 4,884 | 0.1% | 3,620 | 0.0% |
| Other Taxes | | | | | | |
| Minimum Wage Variance | | | | | | |
| Other Insurance Expense | 60,750 | 0.9% | 60,750 | 0.8% | 62,100 | 0.7% |
| Non-Controllable G&A Expense | 281,385 | 4.0% | 309,810 | 4.0% | 326,875 | 3.5% |
| Rent or Lease Expense | 644,709 | 9.1% | 653,518 | 8.4% | 671,966 | 7.3% |
| Property Tax | 147,807 | 2.1% | 148,562 | 1.9% | 149,528 | 1.6% |
| Total Other Non-Controllable | 792,516 | 11.2% | 802,080 | 10.3% | 821,494 | 8.9% |
| Interest Expense | | | | | | |
| Depreciation Expense | 161,513 | 2.3% | 160,631 | 2.1% | 210,943 | 2.3% |
| Net Income | 201,060 | 2.8% | 551,204 | 7.1% | 656,093 | 7.1% |
| Operating Cash Flow | 362,573 | 5.1% | 711,835 | 9.1% | 867,036 | 9.4% |
| Royalties | 199,657 | 2.8% | 184,000 | 2.4% | 223,135 | 2.4% |
| Development Fees | | | | | | |
| Franchise Fees | | | | | | |
| Total Franchise Revenue | 199,657 | 2.8% | 184,000 | 2.4% | 223,135 | 2.4% |
| Preopening Expense/Amortization | | | | | | |
| Corporate Compensation | 130,614 | 1.9% | 98,016 | 1.3% | 128,993 | 1.4% |
| Operations Compensation | 80,813 | 1.1% | 88,885 | 1.1% | 111,106 | 1.2% |
| Bonuses | 6,795 | 0.1% | 13,439 | 0.2% | 18,007 | 0.2% |
| Payroll Taxes | 16,600 | 0.2% | 16,717 | 0.2% | 20,494 | 0.2% |
| Vacation | 14,068 | 0.2% | 12,059 | 0.2% | | |
| Employee Benefits | 292 | 0.0% | 1,200 | 0.0% | 839 | 0.0% |
| G&A - Compensation | 249,182 | 3.5% | 230,316 | 3.0% | 279,439 | 3.0% |
| Airfare | 4,861 | 0.1% | 808 | 0.0% | 2,067 | 0.0% |
| Lodging | 2,898 | 0.0% | 2,122 | 0.0% | 2,692 | 0.0% |
| Meals | 1,813 | 0.0% | 830 | 0.0% | 958 | 0.0% |
| Mileage/Gas/Parking | 20,328 | 0.3% | 11,987 | 0.2% | 28,161 | 0.3% |
| Auto Rental | 1,079 | 0.0% | 64 | 0.0% | 369 | 0.0% |
| Car Allowance | 1,615 | 0.0% | 9,087 | 0.1% | 11,394 | 0.1% |
| Entertainment / Gifts | 210 | 0.0% | | | 171 | 0.0% |
| G&A - T&E | 32,804 | 0.5% | 24,898 | 0.3% | 45,812 | 0.5% |
| Bad Debt | -9,235 | -0.1% | 807 | 0.0% | 1,150 | 0.0% |
| Bank charges | 8,050 | 0.1% | 6,689 | 0.1% | 7,519 | 0.1% |
| Gift Card Fees | 2,319 | 0.0% | 2,395 | 0.0% | 2,500 | 0.0% |
| Insurance | -15,167 | -0.2% | 154,081 | 2.0% | 21,506 | 0.2% |
| Misc Exps | | | | | | |
| Non Income Based Taxes | | | | | | |
| Other Taxes | | | | | | |
| Penalties | 5,263 | 0.1% | 4,339 | 0.1% | 706 | 0.0% |
| Sales Tax Discount | -2,890 | 0.0% | -3,378 | 0.0% | -4,326 | 0.0% |
| Other income | -731 | 0.0% | 860 | 0.0% | -3,250 | 0.0% |
| G&A - Finance | -12,391 | -0.2% | 165,793 | 2.1% | 25,805 | 0.3% |
| BOD Expense | | | | | | |
| Charitable Contributions | | | | | | |
| Computer/IT Expenses | 2,981 | 0.0% | 8,550 | 0.1% | 13,452 | 0.1% |
| Dues & Subcriptions | | | | | | |
| Licenses | | | | | | |
| Research and Development | 681 | 0.0% | 146 | 0.0% | 400 | 0.0% |
| Franchise Exps | 125 | 0.0% | 78 | 0.0% | 88 | 0.0% |
| Special Projects | | | | | | |
| Corporate Rebates | -1,262 | 0.0% | -6,184 | -0.1% | -2,239 | 0.0% |
| G&A - General | 2,525 | 0.0% | 2,590 | 0.0% | 11,701 | 0.1% |

Fired Up, Inc.
Consolidated Income Statement
For the Twelve Periods Ending June 25, 2014

| | 06/25/2014 | | 05/28/2014 | | 04/30/2014 | |
|---|---|---|---|---|---|---|
| | 12 | % | 11 | % | 10 | % |
| Rent | 4,875 | 0.1% | 3,333 | 0.0% | 3,333 | 0.0% |
| Property Taxes | 2,872 | 0.0% | | | 1,346 | 0.0% |
| Utilities | | | | | | |
| Telephone | 8,488 | 0.1% | 14,963 | 0.2% | 8,639 | 0.1% |
| Security | | | | | | |
| R&M Variable | | | | | | |
| Fixed Rental | 1,605 | 0.0% | 1,475 | 0.0% | 3,412 | 0.0% |
| Freight & Postage | 731 | 0.0% | 2,717 | 0.0% | 2,399 | 0.0% |
| Office Expenses | 8,998 | 0.1% | 8,037 | 0.1% | 9,597 | 0.1% |
| G&A - Facilities | 27,569 | 0.4% | 30,525 | 0.4% | 28,726 | 0.3% |
| Marketing | 15,591 | 0.2% | 95,084 | 1.2% | 6,675 | 0.1% |
| Corporate Menu Expenses | | | | | | |
| G&A - Marketing | 15,591 | 0.2% | 95,084 | 1.2% | 6,675 | 0.1% |
| Accounting Expenses | 5,000 | 0.1% | 5,000 | 0.1% | 5,000 | 0.1% |
| Contract Maintenance | 5,040 | 0.1% | 35,422 | 0.5% | 5,795 | 0.1% |
| Legal and Professional Expense | 234,477 | 3.3% | 204,404 | 2.6% | 163,925 | 1.8% |
| Professional Reimbursements | | | | | | |
| G&A - Professional Fees | 244,517 | 3.5% | 244,826 | 3.1% | 174,720 | 1.9% |
| Personal Development | | | | | | |
| Uniforms | | | | | 1,456 | 0.0% |
| Meetings / Seminars | 17 | 0.0% | | | 242 | 0.0% |
| Relocation Expense | 4,308 | 0.1% | 9,307 | 0.1% | 10,330 | 0.1% |
| Training Expenses | 595 | 0.0% | | | | |
| Recruiting | 826 | 0.0% | | | 822 | 0.0% |
| Bonuses-Mgr Training | 100 | 0.0% | | | 100 | 0.0% |
| MIT Salaries | 39,720 | 0.6% | 44,479 | 0.6% | 40,131 | 0.4% |
| 401K-Employer Matching | 887 | 0.0% | 703 | 0.0% | 2,284 | 0.0% |
| G&A - People | 46,453 | 0.7% | 54,489 | 0.7% | 55,365 | 0.6% |
| Total General and administrative | 606,250 | 8.6% | 848,521 | 10.9% | 628,243 | 6.8% |
| Closed Store Expenses-General & I | 50,449 | 0.7% | 8,749 | 0.1% | 75,270 | 0.8% |
| Closed Store Expenses - Rent/CAM | 17,786 | 0.3% | 17,786 | 0.2% | 10,636 | 0.1% |
| Closed Store Expenses - Property T | 1,470 | 0.0% | 1,154 | 0.0% | | |
| Total Closed Store Expenses | 69,705 | 1.0% | 27,689 | 0.4% | 85,906 | 0.9% |
| (Gain)loss sale of assets | -50,328 | -0.7% | -50,328 | -0.6% | -50,328 | -0.5% |
| Restaurant Depreciation | 161,513 | 2.3% | 160,631 | 2.1% | 210,943 | 2.3% |
| Amortization Expense | | | | | | |
| Corporate Depreciation | 6,616 | 0.1% | 6,819 | 0.1% | 12,599 | 0.1% |
| Closed Store - Depreciation | 26,651 | 0.4% | 11,932 | 0.2% | 82,005 | 0.9% |
| Total Deprecuation and Amortiza | 194,780 | 2.8% | 179,382 | 2.3% | 305,547 | 3.3% |
| Interest Expense | 51,202 | 0.7% | 53,739 | 0.7% | 61,973 | 0.7% |
| Interest Income | -34 | 0.0% | -17 | 0.0% | -27 | 0.0% |
| Interest expense, net | 51,168 | 0.7% | 53,722 | 0.7% | 61,946 | 0.7% |
| Loss on Asset Impairment | | | | | | |
| Income tax expense (benefit) | -8,630 | -0.1% | 24,700 | 0.3% | 11,636 | 0.1% |
| Total Company Net income (loss) | -300,715 | -4.3% | -187,851 | -2.4% | 47,221 | 0.5% |
| Total Company Net Operating Casl Before Principal Pymt & Capex | -105,935 | -1.5% | -8,469 | -0.1% | 352,768 | 3.8% |

**CERTIFICATE OF SERVICE**

By my signature below, I certify that on the 29th day of July 2014, a true and correct copy of the foregoing Monthly Operating Report was served by electronic mail transmission on the following parties at the e-mail addresses listed below:

Henry G. Hobbs
henry.g.hobbs@usdoj.gov

Deborah A. Bynum
deborah.a.bynum@usdoj.gov

Bradford J. Sandler
bsandler@pszjlaw.com

Joshua M. Fried
jfried@pszjlaw.com

*/s/ Barbara M. Barron*
Barbara M. Barron