# UNITED STATES BANKRUPTCY COURT

**MOR-1**

| | |
|---|---|
| CASE NAME: | Fired Up, Inc. |
| CASE NUMBER: | 14-10447-TMD |
| PROPOSED PLAN DATE: | |

PETITION DATE: 3/27/2014
DISTRICT OF TEXAS: Western
DIVISION: Austin

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH

| MONTH | 4/30/2014 | 5/28/2014 | 6/25/2014 | 7/30/2014 | YEAR |
|---|---|---|---|---|---|
| REVENUES (MOR-6) | 8,240,111 | 7,012,419 | 6,332,705 | 7,578,807 | |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | 238,793 | -287,586 | -287,586 | -391,920 | |
| NET INCOME (LOSS) (MOR-6) | 47,221 | -187,851 | -344,624 | -491,190 | |
| PAYMENTS TO INSIDERS (MOR-9) | 47,483 | 60,831 | 59,522 | 0 | |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 268 | 2,000 | 0 | 0 | |
| TOTAL DISBURSEMENTS (MOR-7) | -6,913,860 | -7,791,506 | -7,458,588 | -9,372,389 | |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED | | EXP. | | | CIRCLE ONE |
|---|---|---|---|---|---|
| AS OF SIGNATURE DATE | | DATE | | | |
| CASUALTY | YES (x) NO ( ) | 05-31-2015 | Are all accounts receivable being collected within terms? | | Yes No |
| LIABILITY | YES (x) NO ( ) | 05-31-2015 | Are all post-petition liabilities, including taxes, being paid within terms? | | Yes No |
| VEHICLE | YES (x) NO ( ) | 05-31-2015 | Have any pre-petition liabilities been paid? | | Yes No |
| WORKER'S | YES (x) NO ( ) | 05-31-2015 | If so, describe | Critical Vendors and Utilities | |
| OTHER | YES (x) NO ( ) | 05-31-2015 | Are all funds received being deposited into DIP bank accounts? | | Yes No |
| See attached | | | Were any assets disposed of outside the normal course of business? | | Yes No |
| | | | If so, describe | | |
| | | | Are all U.S. Trustee Quarterly Fee Payments current? | | Yes No |
| | | | What is the status of your Plan of Reorganization? | in process | |

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED x _____
(ORIGINAL SIGNATURE)

Marquis B. Jones TITLE: Director of Finance
(PRINT NAME OF SIGNATORY)

DATE 8-21-14

Revised 07/01/98

*Through Non-DIP accounts per cash management order

| ATTORNEY NAME: | Barbara Barron/Steven Sather |
|---|---|
| FIRM NAME: | Barron & Newburger, P.C. |
| ADDRESS: | 1212 Guadalupe, Suite 104 |
| CITY, STATE, ZIP: | Austin, TX 78701 |
| TELEPHONE/FAX: | 512.476.9103/ 512.476.9253 |

**MOR-1**

CASE NAME:     Fired Up, Inc.
CASE NUMBER:  14-10447-TMD

# COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 3/26/2014 | MONTH 04/30/2014 | MONTH 5/28/2014 | MONTH 6/25/2014 | MONTH 7/30/2014 | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| CURRENT ASSETS | | | | | | | |
| Cash | 548,773 | 2,692,498 | 2,823,259 | 2,421,744 | 1,532,718 | | |
| Accounts Receivable, Net | 1,217,770 | 1,283,873 | 1,267,884 | 1,355,472 | 1,384,192 | 0 | |
| Inventory: Lower of Cost or Market | 2,286,923 | 2,908,737 | 2,908,737 | 2,856,749 | 2,856,749 | | |
| Prepaid Expenses | 0 | 415,535 | 282,449 | 346,579 | 510,329 | | |
| Investments | 0 | 0 | | | | | |
| Other - Escrow Accounts | 558,000 | 554,961 | 557,003 | 557,293 | 555,562 | | |
| TOTAL CURRENT ASSETS | 4,611,465 | 7,855,604 | 7,839,333 | 7,537,837 | 6,839,550 | | |
| PROPERTY, PLANT & EQUIP. @ COST | | 62,855,319 | 62,848,809 | 62,856,023 | 62,893,648 | | |
| Less Accumulated Depreciation | | -48,708,088 | -48,887,470 | -49,082,249 | -49,331,754 | | |
| NET BOOK VALUE OF PP & E ** | 5,598,025 | 14,147,231 | 13,961,339 | 13,773,774 | 13,561,894 | | |
| OTHER ASSETS | | | | | | | |
| 1. Deposits | 151,387 | 78,203 | 90,642 | 79,415 | 79,415 | | |
| 2. Franchise Broker Fees, Net | 0 | 296,825 | 296,825 | 296,825 | 296,825 | | |
| 3. Loan Fees, Net | 0 | 127,425 | 122,177 | 116,928 | 111,680 | | |
| 4. Liquor License | 0 | 286,840 | 286,840 | 286,840 | 286,840 | | |
| 5. Goodwill, Net | 0 | 6,780,126 | 6,780,126 | 6,780,126 | 6,780,126 | | |
| TOTAL ASSETS | 10,360,877 | 29,572,254 | 29,377,282 | 28,871,745 | 27,956,330 | | |

MOR-2

* Per Schedules and Statement of Affairs

** Pre-petition PP&E is market value, post-petition PP&E is book value.

Note, the Financials for each month following filing were adjusted for deposits. We had to reduce the deposits on our books to the correct amount each month.
Also note we adjusted the financials for the period ended 08/25/14 for an incorrect utility accrual.

Revised 07/01/08

CASE NAME: Fired Up, Inc.
CASE NUMBER: 14-10447-TMD

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE 3/26/2014 | MONTH 4/30/2014 | MONTH 5/28/2014 | MONTH** 6/25/2014 | MONTH 7/30/2014 | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| LIABILITIES | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | | | | | | |
| PRE-PETITION LIABILITIES | | | | | | | |
| Notes Payable - Secured | -17,133,249 | -17,205,907 | -17,205,907 | -17,205,907 | -17,205,907 | | |
| Accrued 2014 Ad Valorem Taxes | -764,033 | -764,033 | -883,190 | -764,033 | -764,033 | Marked as unknown in Schedule D | |
| Priority Debt - | -1,780,121 | -1,133,973 | -855,973 | -855,973 | -777,289 | | |
| Federal Income Tax | 0 | 0 | 0 | 0 | 0 | | |
| FICA/Withholding | -1,339,191 | -909,567 | -909,567 | -903,445 | -890,142 | | |
| Unsecured Debt | -15,886,815 | -11,544,360 | -11,526,554 | -11,506,309 | -11,670,311 | | |
| Insurance Claim Reserves | -381,227 | -381,227 | -381,227 | -381,227 | -381,227 | Self funded programs. Offset by escrow accounts | |
| Deferred Franchise Revenue | -920,000 | -920,000 | -920,000 | -920,000 | -920,000 | | |
| Deferred Rent | | -6,360,836 | -6,360,836 | -6,360,826 | -6,360,826 | | |
| Deferred gain on sale/leaseback | | -7,753,174 | -7,702,847 | -7,652,519 | -7,602,191 | | |
| TOTAL PRE-PETITION LIABILITIES | -36,139,375 | -46,973,076 | -46,746,099 | -46,550,238 | -46,571,926 | | |
| TOTAL LIABILITIES | -36,139,375 | -51,212,080 | -51,204,959 | -51,047,601 | -50,618,970 | | |
| OWNERS' EQUITY (DEFICIT) | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | -1,454 | -1,454 | -1,454 | -1,454 | -1,454 | | |
| TREASURY STOCK, AT COST | 5,183,726 | 5,183,726 | 5,183,726 | 5,183,726 | 5,183,726 | | |
| ADDITIONAL PAID-IN CAPITAL | -20,181,710 | -20,181,710 | -20,181,710 | -20,181,710 | -20,181,710 | | |
| RETAINED EARNINGS: Post Filing Date | 36,639,504 | 36,639,263 | 36,827,114 | 37,175,293 | 37,662,079 | | |
| RETAINED EARNINGS: Filing Date | | | | | | | |
| TOTAL OWNERS EQUITY (NET WORTH) | 21,640,066 | 21,639,826 | 21,827,677 | 22,175,856 | 22,662,641 | | |
| TOTAL LIABILITIES & OWNERS EQUITY | -14,499,309 | -29,572,254 | -29,377,282 | -28,871,745 | -27,956,330 | | |

MOR-3

* Per Schedules and Statement of Affairs

**Please note pre-petition liabilities will not be adjusted to agreed upon proof of claim amounts until the bar date deadline has past

Revised 07/01/98

CASE NAME: Fired Up, Inc.
CASE NUMBER: 14-10447-TMD

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH 4/30/2014 | MONTH 5/28/2014 | MONTH 6/25/2014 | MONTH 7/30/2014 | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | -669,032 | -597,899 | -375,374 | -373,099 | | |
| *TAX PAYABLE* | | | | | | |
| Federal Payroll Taxes | -235,022 | -207,676 | -148,228 | -116,123 | | |
| State Payroll Taxes | -95,199 | -118,994 | -129,672 | -151,782 | | |
| Ad Valorem Taxes | -125,795 | -244,952 | -373,538 | -462,657 | | |
| Other Taxes | -566,697 | -483,050 | -394,534 | -339,163 | | |
| TOTAL TAXES PAYABLE | -1,022,713 | -1,054,673 | -1,045,993 | -1,069,726 | | |
| SECURED DEBT POST-PETITION | 0 | 0 | 0 | | | |
| ACCRUED INTEREST PAYABLE | -61,946 | -115,668 | -166,836 | -222,566 | Accrued post-petition interest on pre-petition secured debt. Does not include GE Capital loans that have matured | |
| ACCRUED PROFESSIONAL FEES* | -167,052 | -371,652 | -611,368 | -846,368 | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
| 1 Accrued Payroll | -1,700,940 | -1,792,186 | -1,619,183 | -1,077,357 | | |
| 2 Accrued Credit Card Fees | -28,075 | -16,231 | -16,689 | -17,187 | | |
| 3 Accrued Texas Franchise Tax | -25,000 | -50,000 | -75,000 | -100,000 | | |
| 4 Accrued Utilities and Other | -777,196 | -300,035 | -368,645 | -113,983 | | |
| 4 Accrued Rents | -87,049 | -160,515 | -218,276 | -276,759 | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | -4,239,004 | -4,458,860 | -4,497,363 | -4,047,045 | | |

*Payment requires Court Approval

MOR-4

*Revised 07/30/98*

CASE NAME: Fired Up, Inc.
CASE NUMBER: 14-10447-TMD

## AGING OF POST-PETITION LIABILITIES
### 05/29/2014 thru 06/25/2014
MONTH

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | Accrued AD VALOREM, OTHER TAXES |
|---|---|---|---|---|---|
| 0-30 | -4,047,045 | -323,099 | -116,123 | -151,782 | -801,820 |
| 31-60 | | | | | |
| 61-90 | | | | | |
| 91+ | | | | | |
| TOTAL | -4,047,045 | | | | |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | Franchise Receivables | Other Receivables (See Footnote) | Mastercard/Visa/Diners Receivable | American Express Receivable | Total |
|---|---|---|---|---|---|
| 0-30 DAYS | 139,923 | 37,199 | 325,257 | 80,603 | 582,982 |
| 31-60 DAYS | 16,967 | 0 | 0 | 0 | 16,967 |
| 61-90 DAYS | 85,101 | 0 | 0 | 0 | 85,101 |
| 91+ DAYS | 699,235 | 0 | 0 | 0 | 699,235 |
| TOTAL | 941,226 | 37,199 | 325,257 | 80,603 | 1,384,285 |

Footnote:
Includes receivable due from Prosperity Bank for mistaken debt payment of 10,124 for note due on Abilene land & building
Also includes receivable due from Independent Bank of Waco for mistaken debt payment of 6563 and 6816 for notes due
on Pearland building and SA1604 building , respectively.

**CASE NAME:**
**CASE NUMBER:**

| DAYS | Accrued Prof Fees | Accrued Interest | Accrued Payroll Accrued Franchise Tax | Accrued Utilities and Other | Accrued Rents |
|---|---|---|---|---|---|
| 0-30 | -846,368 | -222,566 | -1,177,357 | -131,170 | -276,759 |
| 31-60 | | | | | |
| 61-90 | | | | | |
| 91+ | | | | | |
| TOTAL | | | | | |

| MONTH | |
|---|---|
| 0-30 DAYS | |
| 31-60 DAYS | |
| 61-90 DAYS | |
| 91+ DAYS | |
| TOTAL | |

CASE NAME:  Fired Up, Inc.
CASE NUMBER:  14-10447-TMD

## STATEMENT OF INCOME (LOSS)

| | MONTH for 5 week period 03/27/2014 thru 04/30/2014 | MONTH for 4 week Period 05/01/2014 thru 05/28/2014 | MONTH for 4 week Period 05/29/2014 thru 06/25/2014 | MONTH for 5 week Period 06/26/2014 thru 07/30/2014 | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES  (MOR-1) | 8,240,111 | 7,012,419 | 6,332,705 | 7,578,807 | | | |
| TOTAL COST OF REVENUES | See Attached | See Attached | See Attached | See Attached | | | |
| GROSS PROFIT | | | | | | | |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | See Attached | See Attached | See Attached | See Attached | | | |
| General & Administrative | | | | | | | |
| Insiders Compensation | | | | | | | |
| Professional Fees | | | | | | | |
| Other | | | | | | | |
| Other | | | | | | | |
| TOTAL OPERATING EXPENSES | 8,001,318 | 7,149,105 | 6,620,291 | 7,970,727 | | | |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 238,793 | -136,686 | -287,586 | -391,920 | | | |
| INTEREST EXPENSE | 61,946 | 53,722 | 51,168 | 55,730 | | | |
| DEPRECIATION | 305,547 | 179,382 | 194,780 | 249,505 | | | |
| OTHER (INCOME) EXPENSE* FRANCHISE ROYALTIES | -223,135 | -184,000 | -199,657 | -190,205 | | | |
| OTHER (INCOME) EXPENSE* GAIN ON SALE OF ASSETS | -50,328 | -50,328 | -50,328 | -50,328 | | | |
| OTHER ITEMS** - CLOSED STORE EXPENSES | 85,906 | 27,689 | 69,705 | 17,458 | | | |
| OTHER ITEMS** - STATE FRANCHISE TAX EXPENSE | 11,636 | 24,700 | -8,630 | 17,110 | | | |
| TOTAL INT, DEPR & OTHER ITEMS | 191,572 | 51,165 | 57,038 | 99,270 | | | |
| NET INCOME BEFORE TAXES | 47,221 | -187,851 | -344,624 | -491,190 | | | |
| FEDERAL INCOME TAXES | 0 | 0 | | | | | |
| NET INCOME (LOSS) (MOR-1) | 47,221 | -187,851 | -344,624 | -491,190 | | | |

Accrual Accounting Required, Otherwise Footnote with Explanation.

* Footnote Mandatory

** Unusual and/or infrequent item(s) outside the ordinary course of business require footnote.

* Franchise royalties and gain on sale of assets monthly amortization (from previous year sale leasebacks).

** Closed Store Expenses - see attached detail P&L

MOR-6

Revised 07/01/98

CASE NAME:  Fired Up, Inc.
CASE NUMBER:  14-10447-TMD

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 4/30/2014 | MONTH 5/28/2014 | MONTH 6/25/2014 | MONTH 7/30/2014 | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $383,546 | $2,692,498 | $2,823,259 | $2,421,744 | | | |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 8,998,580 | 7,661,503 | 6,963,331 | 8,381,927 | | | |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 79,194 | 149,872 | 93,742 | 101,437 | | | |
| 4. LOANS & ADVANCES (attach list) | | | | | | | |
| 5. SALE OF ASSETS | | 18,500 | | | | | |
| 6. OTHER (attach list) | 145,198 | 92,393 | | | | | |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | |
| TOTAL RECEIPTS** | 9,222,972 | 7,922,267 | 7,057,073 | 8,483,364 | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | -1,874,871 | -1,897,110 | -1,878,264 | -2,642,416 | | | |
| 8. PAYROLL TAXES PAID | -914,990 | -826,355 | -899,462 | -1,117,912 | | | |
| 9. SALES, USE, & OTHER TAXES PAID | -541,552 | -911,413 | -594,108 | -644,904 | | | |
| 10. SECURED/RENTAL/LEASES | -628,256 | -637,823 | -662,061 | -584,972 | | | |
| 11. UTILITIES & TELEPHONE | -420,326 | -528,789 | -359,803 | -391,224 | | | |
| 12. INSURANCE | -129,394 | -194,254 | -172,700 | -81,885 | | | |
| 13. INVENTORY PURCHASES | -1,743,232 | -2,306,590 | -2,437,993 | -3,392,163 | | | |
| 14. VEHICLE EXPENSES | -117 | -799 | -328 | -28,594 | | | |
| 15. TRAVEL & ENTERTAINMENT | -8,695 | -28,419 | -27,969 | -10,133 | | | |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | -253,244 | -255,321 | -181,021 | -187,482 | | | |
| 17. ADMINISTRATIVE & SELLING | -124,680 | -168,382 | -209,779 | -218,147 | | | |
| 18. OTHER (attach list) | -273,911 | -34,252 | -35,100 | -52,556 | | | |
| TOTAL DISBURSEMENTS FROM OPERATIONS | -6,913,268 | -7,789,506 | -7,458,588 | -9,352,389 | | | |
| 19. PROFESSIONAL FEES | -267.50 | -2,000.00 | 0.00 | 0.00 | | | |
| 20. U.S. TRUSTEE FEES | -325.00 | 0.00 | 0.00 | -20,000.00 | | | |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | |
| TOTAL DISBURSEMENTS** | -6,913,860 | -7,791,506 | -7,458,588 | -9,372,389 | | | |
| 22. NET CASH FLOW | 2,692,658 | 2,823,259 | 2,421,744 | 1,532,718 | | | |
| 23. CASH - END OF MONTH (MOR-2) | 2,692,498 | 2,823,259 | 2,421,744 | 1,532,718 | | | |

\* Applies to Individual debtors only
\*\*Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

MOR-7

CASE NAME: Fired Up, Inc.
CASE NUMBER: 14-10447-TMD

CASH ACCOUNT RECONCILIATION
MONTH OF July

| BANK NAME | Prosperity ACH | Prosperity Master | Prosperity AP | Prosperity Payroll | Prosperity Fintech | Prosperity Tax account |
|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | #215049182 | #214980730 | #215049174 | #215049700 | #215049190 | #214980749 |
| ACCOUNT TYPE | ACH | MASTER | AP | PAYROLL | FINTECH | TAX |
| BANK BALANCE | - | 796,150.97 | - | - | - | 186,853.97 |
| DEPOSITS IN TRANSIT | - | - | (111,547.17) | - | - | - |
| OUTSTANDING CHECKS | - | - | - | (18,469.30) | - | - |
| ADJUSTED BANK BALANCE | - | 796,150.97 | (111,547.17) | (18,469.30) | - | 186,853.97 |
| BEGINNING CASH - PER BOOKS | - | 1,570,086.32 | (165,864.91) | (11,752.32) | - | 386,791.54 |
| RECEIPTS* | - | 7,514,793.63 | - | - | - | - |
| TRANSFERS BETWEEN ACCOUNTS | 628,012.88 | (6,297,182.05) | 1,819,749.07 | 2,671,010.24 | 181,214.46 | 1,579,694.80 |
| (WITHDRAWAL) OR CONTRIBUTION BY DEBTOR   MFR-2 | - | - | - | - | - | - |
| CHECKS/OTHER DISBURSEMENTS* | (628,012.88) | (2,352,922.90) | (1,765,431.93) | (2,677,268.22) | (181,214.46) | (1,761,632.37) |
| ENDING CASH - PER BOOKS | - | 434,775.00 | (111,547.17) | (18,010.30) | - | 186,853.97 |

MOR-8

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

CASE NAME: Fired Up, Inc.
CASE NUMBER: 14-10447-TMD

MFR-2

| BANK NAME | Prosperity Savings account | Prosperity Utility Escrow account | Capital One | WF SWEEP depositories | WF Payroll |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | #212471518 | #212471496 | Multiple Accounts | #494509160 | #4121695637 |
| ACCOUNT TYPE | SAVINGS | UTILITY ESCROW | | DEPOSITORY | PAYROLL |
| BANK BALANCE | 228,532.71 | 256,522.43 | 7,803.23 | 73,255.30 | (102,994.72) |
| DEPOSITS IN TRANSIT | | | | - | - |
| OUTSTANDING CHECKS | | | - | | |
| ADJUSTED BANK BALANCE | 228,532.71 | 256,522.43 | 7,803.23 | 73,255.30 | (102,994.72) |
| BEGINNING CASH - PER BOOKS | 228,500.05 | 256,480.27 | 3,727.70 | 77,936.00 | (102,994.72) |
| RECEIPTS* | 32.66 | 42.16 | 38,304.49 | 930,179.62 | - |
| TRANSFERS BETWEEN ACCOUNTS | 371,500.00 | | (34,000.00) | (932,015.62) | (103,713.37) |
| (WITHDRAWAL) OR CONTRIBUTION BY DEBTOR | | | | | - |
| CHECKS/OTHER DISBURSEMENTS* | | | (228.96) | | 718.65 |
| ENDING CASH - PER BOOKS | 600,032.71 | 256,522.43 | 7,803.23 | 76,094.00 | (102,994.72) |

339.00

MOR-8

CASE NAME:  Fired Up, Inc.
CASE NUMBER: 14-10447-TMD

MOR-8

| BANK NAME | WF A/P | WF Master | Petty Cash | TOTAL |
|---|---|---|---|---|
| ACCOUNT NUMBER | #4124699645 | #41216331139 | | |
| ACCOUNT TYPE | AP | MASTER | | |
| BANK BALANCE | - | 1,145.00 | 54,900.00 | 1,531,900 |
| DEPOSITS IN TRANSIT | | 238,056.86 | | 311,312 |
| OUTSTANDING CHECKS | (90,913.01) | | | (323,924) |
| ADJUSTED BANK BALANCE | (90,913.01) | 239,201.86 | 54,900.00 | 1,519,286 |
| BEGINNING CASH - PER BOOKS | (90,913.01) | 233,565.46 | 54,900.00 | 2,421,744 |
| RECEIPTS* | - | 16.86 | | 8,483,363 |
| TRANSFERS BETWEEN ACCOUNTS | | 12,015.62 | | 0 |
| (WITHDRAWAL) OR CONTRIBUTION BY DEBTOR  MFR-2 | | | | 0 |
| CHECKS/OTHER DISBURSEMENTS* | - | (6,390.08) | | (9,372,389) |
| ENDING CASH - PER BOOKS | (90,913.01) | 239,201.86 | 54,900.00 | 1,532,718 |

CASE NAME:    Fired Up, Inc.
CASE NUMBER:  14-10447-TMD

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals.
Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.). (Attach additional pages as necessary).

| INSIDERS:  NAME/COMP  TYPE | MONTH - 5 week Period 03/27/2014 thru 04/30/2014 | MONTH - 4 week Period 05/01/2014 thru 05/28/2014 | MONTH Period 05/29/2014 thru 06/25/2014 | MONTH Period 06/26/2014 thru 07/30/2014 | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. Picture Media Group (Non-Statutory Insider) | 19,415.18 | 32,762.93 | 31,453.68 | 37,265.36 | | |
| 2. Moondance, Inc. (Rent) | 28,068.05 | 28,068.05 | 28,068.05 | 28,068.05 | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $47,483.23 | $60,830.98 | $59,521.73 | $65,333.41 | | |

| PROFESSIONALS | MONTH - 5 week Period 03/27/2014 thru 04/30/2014 | MONTH - 4 week Period 05/01/2014 thru 05/28/2014 | MONTH Period 05/29/2014 thru 06/25/2014 | MONTH Period 06/26/2014 thru 07/30/2014 | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. Dorsett Johnson & Swift, LLP | 267.50 | 0.00 | 0.00 | 0.00 | | |
| 2. | | | | | | |
| 3. Layne Berman-Labor Consultant | 0.00 | 2,000.00 | 0.00 | 0.00 | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $267.50 | $2,000.00 | $0.00 | $0.00 | | |

MOR-9

Revised 07/01/98

Fired Up, Inc.
Income Statement
For the Period Ending July 30, 2014

|  | Current Period | |
|---|---:|---:|
|  | 1 | % |
| Guest Counts | 532,402 | 6.2% |
|  | | |
| Food Sales | 7,276,384 | 84.9% |
| Beverage Sales | 530,177 | 6.2% |
| Food & Beverage Sales | 7,806,561 | 91.1% |
|  | | |
| Liquor Sales | 328,031 | 3.8% |
| Beer Sales | 128,752 | 1.5% |
| Wine Sales | 309,711 | 3.6% |
| Total Alcohol Sales | 766,494 | 8.9% |
|  | | |
| Gross Sales | 8,573,055 | 100.0% |
|  | | |
| Food Comps | 761,510 | 8.9% |
| Alcohol Comps | | |
| Employee Discounts | 56,321 | 0.7% |
| BOGs | 8,810 | 0.1% |
| Coupons | 151,904 | 1.8% |
| Guest Loyalty | 15,703 | 0.2% |
| Total Comps | 994,248 | 11.6% |
|  | | |
| Net Sales | 7,578,807 | 88.4% |
|  | | |
| Meat | 217,796 | 3.0% |
| Seafood | 146,803 | 2.0% |
| Poultry | 238,378 | 3.3% |
| Produce | 228,987 | 3.1% |
| Dairy | 272,450 | 3.7% |
| Bakery | 157,562 | 2.2% |
| Pasta | 135,322 | 1.9% |
| Sauces | 123,018 | 1.7% |
| Oils | 75,460 | 1.0% |
| Desserts | 44,152 | 0.6% |
| Other Food | 285,626 | 3.9% |
| Other | | |
| Total Food Cost | 1,925,554 | 26.5% |
|  | | |
| NA Beverage | 90,484 | 17.1% |
| Total Food & Beverage Costs | 2,016,038 | 25.8% |
|  | | |
| Liquor | 44,909 | 13.7% |
| Beer | 48,762 | 37.9% |
| Wine | 99,149 | 32.0% |
| Total Alcohol Costs | 192,820 | 25.2% |
|  | | |
| Total Cost of Sales | 2,208,858 | 25.8% |
|  | | |
| Hostess | 99,319 | 1.2% |
| Hostess-OT | 276 | 0.0% |
| Foodserver | 226,508 | 2.6% |
| Foodserver-OT | 2,424 | 0.0% |
| Tender | 92,897 | 1.1% |
| Tender-OT | 747 | 0.0% |
| Bartender | 73,608 | 0.9% |
| Bartender-OT | 695 | 0.0% |
| Curbside/To Go | 47,754 | 0.6% |
| Curbside/To Go - OT | 264 | 0.0% |
| Catering | 55,898 | 0.7% |
| Catering - OT | 425 | 0.0% |
| Dining Room Expo | | |
| Dining Room Expo - OT | | |
| Key Staff | 55,057 | 0.6% |
| Key Staff - OT | 1,808 | 0.0% |
| Dining Room Training | 52,151 | 0.6% |
| Dining Room Training-OT | 247 | 0.0% |
| Total Dining Room Labor | 710,078 | 8.3% |
|  | | |
| Kitchen | 756,456 | 8.8% |
| Kitchen-OT | 13,680 | 0.2% |
| Steward | 198,994 | 2.3% |
| Steward-OT | 2,747 | 0.0% |
| Kitchen Training | 23,028 | 0.3% |

1

Fired Up, Inc.
Income Statement
For the Period Ending July 30, 2014

| | Current Period | |
|---|---:|---:|
| | 1 | % |
| Kitchen Training-OT | 63 | 0.0% |
| Total Kitchen Labor | 994,968 | 11.6% |
| | | |
| Meetings | 5,159 | 0.1% |
| | | |
| Total Wages | 1,710,205 | 19.9% |
| | | |
| MIT/Incentive Credits | | |
| Manager Salaries | 552,506 | 6.4% |
| Total Manager Salaries | 552,506 | 6.4% |
| | | |
| Staff Incentives | 680 | 0.0% |
| Payroll Taxes | 333,186 | 3.9% |
| | | |
| Total Labor Expense | 2,596,577 | 30.3% |
| | | |
| Rebates | -35,284 | -0.4% |
| Fuel Charge | 11,413 | 0.1% |
| Inventory Reserve Adjustment | | |
| Supplies | 94,919 | 1.1% |
| Catering Supplies | 34,724 | 0.4% |
| China | 4,335 | 0.1% |
| Glassware | 16,155 | 0.2% |
| Silverware | 3,457 | 0.0% |
| TakeOut | 66,513 | 0.8% |
| Chemicals | 48,815 | 0.6% |
| Supply Rebates | | |
| Uniforms | 4,805 | 0.1% |
| Tableware / Menus | 2,686 | 0.0% |
| Linen | 70,821 | 0.8% |
| Total Restaurant Expense | 323,359 | 3.8% |
| | | |
| Telephone Expense | 36,116 | 0.4% |
| WC Insurance - Fixed | 22,500 | 0.3% |
| WC Insurance - Variable | 6,000 | 0.1% |
| Fixed Rental | 38,492 | 0.4% |
| Exterminator Expense | 13,825 | 0.2% |
| R&M Variable - Electrical | 11,249 | 0.1% |
| R&M Variable - Plumbing | 14,941 | 0.2% |
| R&M Variable - HVAC | 18,683 | 0.2% |
| R&M Variable - Equipment | 45,777 | 0.5% |
| R&M Variable - Other | 40,650 | 0.5% |
| Janitorial | 54,204 | 0.6% |
| Maint Contracts | 91,382 | 1.1% |
| Utilities Expense - Electric | 216,649 | 2.5% |
| Utilities Expense - Water | 56,294 | 0.7% |
| Utilities Expense - Gas | 83,110 | 1.0% |
| Security Expense | 18,746 | 0.2% |
| Total Facility Expense | 768,618 | 9.0% |
| | | |
| Office Expense | 10,254 | 0.1% |
| Credit Card Chargebacks | 2,021 | 0.0% |
| Bad Debt | 16,906 | 0.2% |
| Misc/Delivery/Customer Relations | 2,904 | 0.0% |
| Sales Tax | 11,764 | 0.1% |
| Dues and Subscriptions Exp | 545 | 0.0% |
| Community Interaction | 978 | 0.0% |
| Parking Expense | | |
| Misc. Income | -68,448 | -0.8% |
| Gift Certificates | 2,025 | 0.0% |
| Petty Cash Expense | | |
| Total Other Expenses | -21,051 | -0.2% |
| | | |
| Total Controllable Expense | 5,876,361 | 68.5% |
| | | |
| Net Operating Income | 1,702,446 | 19.9% |
| | | |
| Vacation Pay | 8,650 | 0.1% |
| Staff Benefits | 1,533 | 0.0% |
| Manager Bonus | 49,260 | 0.6% |
| Manager Benefits | 76,292 | 0.9% |
| Total Bonus & Benefits | 135,735 | 1.6% |

Fired Up, Inc.
Income Statement
For the Period Ending July 30, 2014

|  | Current Period | |
|---|---:|---:|
|  | 1 | % |
| Credit Card Fees | 134,852 | 1.6% |
| Marketing | 56,797 | 0.7% |
| Liquor Tax | 41,184 | 0.5% |
| Non-Controllable Misc. Exp |  |  |
| Licenses Expense | 13,303 | 0.2% |
| Bank Charges | 6,683 | 0.1% |
| Other Taxes |  |  |
| Minimum Wage Variance |  |  |
| Other Insurance Expense | 60,750 | 0.7% |
| Non-Controllable G&A Expense | 313,569 | 3.7% |
|  |  |  |
| Rent or Lease Expense | 642,265 | 7.5% |
| Property Tax | 152,120 | 1.8% |
| Total Other Non-Controllable | 794,385 | 9.3% |
|  |  |  |
| Interest Expense |  |  |
|  |  |  |
| Depreciation Expense | 192,413 | 2.2% |
|  |  |  |
| Net Income | 266,344 | 3.1% |
|  |  |  |
| Operating Cash Flow | 458,757 | 5.4% |
|  |  |  |
| Royalties | 190,205 | 2.2% |
| Development Fees |  |  |
| Franchise Fees |  |  |
| Total Franchise Revenue | 190,205 | 2.2% |
|  |  |  |
| Preopening Expense/Amortization |  |  |
|  |  |  |
| Corporate Compensation | 131,041 | 1.5% |
| Operations Compensation | 98,323 | 1.1% |
| Bonuses | 16,755 | 0.2% |
| Payroll Taxes | 19,010 | 0.2% |
| Vacation | 3,141 | 0.0% |
| Employee Benefits | 400 | 0.0% |
| G&A - Compensation | 268,670 | 3.1% |
|  |  |  |
| Airfare | 4,548 | 0.1% |
| Lodging | 5,403 | 0.1% |
| Meals | 2,976 | 0.0% |
| Mileage/Gas/Parking | 28,594 | 0.3% |
| Auto Rental | 1,611 | 0.0% |
| Car Allowance | 16,154 | 0.2% |
| Entertainment / Gifts | 184 | 0.0% |
| G&A - T&E | 59,470 | 0.7% |
|  |  |  |
| Bad Debt | 10,063 | 0.1% |
| Bank charges | 5,972 | 0.1% |
| Gift Card Fees | 2,386 | 0.0% |
| Insurance | -34,239 | -0.4% |
| Misc Exps |  |  |
| Non Income Based Taxes |  |  |
| Other Taxes |  |  |
| Penalties | 19,283 | 0.2% |
| Sales Tax Discount | -2,902 | 0.0% |
| Other income | -1,098 | 0.0% |
| G&A - Finance | -535 | 0.0% |
|  |  |  |
| BOD Expense |  |  |
| Charitable Contributions |  |  |
| Computer/IT Expenses | 60,701 | 0.7% |
| Dues & Subcriptions |  |  |
| Licenses |  |  |
| Research and Development | 1,464 | 0.0% |
| Franchise Exps | 48 | 0.0% |
| Special Projects |  |  |
| Corporate Rebates | -11,090 | -0.1% |
| G&A - General | 51,123 | 0.6% |

3

Fired Up, Inc.
Income Statement
For the Period Ending July 30, 2014

| | Current Period | |
|---|---|---|
| | 1 | % |
| Rent | 8,208 | 0.1% |
| Property Taxes | | |
| Utilities | | |
| Telephone | 33,031 | 0.4% |
| Security | | |
| R&M Variable | | |
| Fixed Rental | 1,470 | 0.0% |
| Freight & Postage | 4,196 | 0.0% |
| Office Expenses | 10,156 | 0.1% |
| G&A - Facilities | 57,061 | 0.7% |
| | | |
| Marketing | 102,838 | 1.2% |
| Corporate Menu Expenses | | |
| G&A - Marketing | 102,838 | 1.2% |
| | | |
| Accounting Expenses | 5,000 | 0.1% |
| Contract Maintenance | 6,102 | 0.1% |
| Legal and Professional Expense | 253,428 | 3.0% |
| Professional Reimbursements | | |
| G&A - Professional Fees | 264,530 | 3.1% |
| | | |
| Personal Development | | |
| Uniforms | | |
| Meetings / Seminars | 1,382 | 0.0% |
| Relocation Expense | 9,745 | 0.1% |
| Training Expenses | | |
| Recruiting | 1,241 | 0.0% |
| Bonuses-Mgr Training | 1,100 | 0.0% |
| MIT Salaries | 32,029 | 0.4% |
| 401K-Employer Matching | 2,023 | 0.0% |
| G&A - People | 47,520 | 0.6% |
| | | |
| Total General and administrative | 850,677 | 9.9% |
| | | |
| Closed Store Expenses-General & Utilitie | -1,749 | 0.0% |
| Closed Store Expenses - Rent/CAM | 17,946 | 0.2% |
| Closed Store Expenses - Property Tax | 1,261 | 0.0% |
| Total Closed Store Expenses | 17,458 | 0.2% |
| | | |
| (Gain)loss sale of assets | -50,328 | -0.6% |
| | | |
| Restaurant Depreciation | 192,413 | 2.2% |
| Amortization Expense | | |
| Corporate Depreciation | 10,269 | 0.1% |
| Closed Store - Depreciation | 46,823 | 0.5% |
| Total Deprecuation and Amortization | 249,505 | 2.9% |
| | | |
| Interest Expense | 55,822 | 0.7% |
| Interest Income | -92 | 0.0% |
| Interest expense, net | 55,730 | 0.7% |
| | | |
| Loss on Asset Impairment | | |
| Income tax expense (benefit) | 17,110 | 0.2% |
| | | |
| Total Company  Net income (loss) | -491,190 | -5.7% |
| | | |
| Total Company Net Operating Cash Flow | -241,685 | -2.8% |
| Before Principal Pymt & Capex | | |
| | | |
| Add Back Closed Store Expenses | 17,458 | |
| Add Back Excessive Legal Fees | 228,428 | |
| Add Back Deferred Gain on Sale/Leaseba | ( 50,328 ) | |
| Adjusted Cash Flow | ( 46,127 ) | |

4

Fired Up, Inc.
Support for Other Disbursements - MOR 07/30/2014

| | |
|---|---|
| EE Withholding-Garnishments | $95.06 |
| EE Withholding-Garnishments | $230.76 |
| EE Withholding-Garnishments | $289.33 |
| EE Withholding-Garnishments | $115.59 |
| EE Withholding-Garnishments | $94.60 |
| EE Withholding-Garnishments | $210.46 |
| EE Withholding-Garnishments | $249.74 |
| EE Withholding-Garnishments | $69.22 |
| EE Withholding-Garnishments | $98.30 |
| EE Withholding-Garnishments | $69.22 |
| EE Withholding-Garnishments | $194.17 |
| EE Withholding-Garnishments | $32.30 |
| EE Withholding-Garnishments | $112.00 |
| EE Withholding-Garnishments | $230.77 |
| EE Withholding-Garnishments | $91.20 |
| EE Withholding-Garnishments | $190.18 |
| EE Withholding-Garnishments | $120.43 |
| EE Withholding-Garnishments | $63.80 |
| EE Withholding-Garnishments | $104.00 |
| EE Withholding-Garnishments | $176.00 |
| EE Withholding-Garnishments | $66.00 |
| EE Withholding-Garnishments | $57.60 |
| EE Withholding-Garnishments | $252.46 |
| EE Withholding-Garnishments | $98.45 |
| EE Withholding-Garnishments | $46.15 |
| EE Withholding-Garnishments | $31.91 |
| EE Withholding-Garnishments | $272.96 |
| EE Withholding-Garnishments | $140.63 |
| EE Withholding-Garnishments | $170.79 |
| EE Withholding-Garnishments | $168.74 |
| EE Withholding-Garnishments | $1.12 |
| EE Withholding-Garnishments | $54.17 |
| EE Withholding-Garnishments | $96.56 |
| EE Withholding-Garnishments | $73.90 |
| EE Withholding-Garnishments | $8.09 |
| EE Withholding-Garnishments | $16.15 |
| EE Withholding-Garnishments | $117.57 |
| EE Withholding-Garnishments | $39.96 |
| EE Withholding-Garnishments | $18.02 |
| EE Withholding-Garnishments | $102.52 |
| EE Withholding-Garnishments | $145.50 |
| EE Withholding-Garnishments | $252.33 |
| EE Withholding-Garnishments | $200.88 |
| EE Withholding-Garnishments | $192.30 |
| EE Withholding-Garnishments | $16.40 |
| EE Withholding-Garnishments | $14.91 |
| EE Withholding-Garnishments | $157.50 |
| EE Withholding-Garnishments | $263.87 |
| EE Withholding-Garnishments | $57.33 |
| EE Withholding-Garnishments | $95.06 |
| EE Withholding-Garnishments | $230.76 |
| EE Withholding-Garnishments | $236.49 |
| EE Withholding-Garnishments | $95.39 |
| EE Withholding-Garnishments | $23.06 |
| EE Withholding-Garnishments | $94.60 |
| EE Withholding-Garnishments | $210.46 |
| EE Withholding-Garnishments | $249.74 |

Fired Up, Inc.
Support for Other Disbursements - MOR 07/30/2014

| | |
|---|---|
| EE Withholding-Garnishments | $69.22 |
| EE Withholding-Garnishments | $69.22 |
| EE Withholding-Garnishments | $194.17 |
| EE Withholding-Garnishments | $32.30 |
| EE Withholding-Garnishments | $112.00 |
| EE Withholding-Garnishments | $230.77 |
| EE Withholding-Garnishments | $91.20 |
| EE Withholding-Garnishments | $197.08 |
| EE Withholding-Garnishments | $124.80 |
| EE Withholding-Garnishments | $51.00 |
| EE Withholding-Garnishments | $104.00 |
| EE Withholding-Garnishments | $176.00 |
| EE Withholding-Garnishments | $66.00 |
| EE Withholding-Garnishments | $57.60 |
| EE Withholding-Garnishments | $252.46 |
| EE Withholding-Garnishments | $23.35 |
| EE Withholding-Garnishments | $46.15 |
| EE Withholding-Garnishments | $13.35 |
| EE Withholding-Garnishments | $272.96 |
| EE Withholding-Garnishments | $129.12 |
| EE Withholding-Garnishments | $170.79 |
| EE Withholding-Garnishments | $168.74 |
| EE Withholding-Garnishments | $91.81 |
| EE Withholding-Garnishments | $131.38 |
| EE Withholding-Garnishments | $100.55 |
| EE Withholding-Garnishments | $11.01 |
| EE Withholding-Garnishments | $16.15 |
| EE Withholding-Garnishments | $117.57 |
| EE Withholding-Garnishments | $42.21 |
| EE Withholding-Garnishments | $2.19 |
| EE Withholding-Garnishments | $133.01 |
| EE Withholding-Garnishments | $145.50 |
| EE Withholding-Garnishments | $38.24 |
| EE Withholding-Garnishments | $252.33 |
| EE Withholding-Garnishments | $200.88 |
| EE Withholding-Garnishments | $192.30 |
| EE Withholding-Garnishments | $42.12 |
| EE Withholding-Garnishments | $30.63 |
| EE Withholding-Garnishments | $157.50 |
| EE Withholding-Garnishments | $263.87 |
| EE Withholding-Garnishments | $37.72 |
| EE Withholding-Garnishments | $230.76 |
| EE Withholding-Garnishments | $212.46 |
| EE Withholding-Garnishments | $76.01 |
| EE Withholding-Garnishments | $23.06 |
| EE Withholding-Garnishments | $94.60 |
| EE Withholding-Garnishments | $197.15 |
| EE Withholding-Garnishments | $249.74 |
| EE Withholding-Garnishments | $69.22 |
| EE Withholding-Garnishments | $98.30 |
| EE Withholding-Garnishments | $69.22 |
| EE Withholding-Garnishments | $194.17 |
| EE Withholding-Garnishments | $32.30 |
| EE Withholding-Garnishments | $112.00 |
| EE Withholding-Garnishments | $230.77 |
| EE Withholding-Garnishments | $91.20 |
| EE Withholding-Garnishments | $197.08 |

Fired Up, Inc.
Support for Other Disbursements - MOR 07/30/2014

| | |
|---|---|
| EE Withholding-Garnishments | $124.80 |
| EE Withholding-Garnishments | $63.80 |
| EE Withholding-Garnishments | $104.00 |
| EE Withholding-Garnishments | $176.00 |
| EE Withholding-Garnishments | $66.00 |
| EE Withholding-Garnishments | $57.60 |
| EE Withholding-Garnishments | $252.46 |
| EE Withholding-Garnishments | $100.87 |
| EE Withholding-Garnishments | $19.50 |
| EE Withholding-Garnishments | $272.96 |
| EE Withholding-Garnishments | $95.92 |
| EE Withholding-Garnishments | $168.74 |
| EE Withholding-Garnishments | $49.85 |
| EE Withholding-Garnishments | $59.95 |
| EE Withholding-Garnishments | $45.88 |
| EE Withholding-Garnishments | $5.03 |
| EE Withholding-Garnishments | $16.15 |
| EE Withholding-Garnishments | $117.57 |
| EE Withholding-Garnishments | $40.63 |
| EE Withholding-Garnishments | $168.73 |
| EE Withholding-Garnishments | $59.13 |
| EE Withholding-Garnishments | $145.50 |
| EE Withholding-Garnishments | $252.34 |
| EE Withholding-Garnishments | $76.15 |
| EE Withholding-Garnishments | $200.88 |
| EE Withholding-Garnishments | $192.30 |
| EE Withholding-Garnishments | $140.20 |
| EE Withholding-Garnishments | $26.76 |
| EE Withholding-Garnishments | $157.50 |
| EE Withholding-Garnishments | $263.87 |
| EE Withholding-Garnishments | $82.38 |
| EE Withholding-Garnishments | $56.24 |
| EE Withholding-Garnishments | $108.23 |
| EE Withholding-Garnishments | $104.25 |
| EE Withholding-Garnishments | $13.86 |
| EE Withholding-Garnishments | $172.62 |
| EE Withholding-Garnishments | $461.54 |
| EE Withholding-Garnishments | $23.08 |
| EE Withholding-Garnishments | $8.31 |
| EE Withholding-Garnishments | $49.77 |
| EE Withholding-Garnishments | $80.77 |
| EE Withholding-Garnishments | $226.15 |
| EE Withholding-Garnishments | $80.77 |
| EE Withholding-Garnishments | $10.06 |
| EE Withholding-Garnishments | $115.85 |
| EE Withholding-Garnishments | $7.64 |
| EE Withholding-Garnishments | $45.72 |
| EE Withholding-Garnishments | $2.77 |
| EE Withholding-Garnishments | $45.17 |
| EE Withholding-Garnishments | $17.28 |
| EE Withholding-Garnishments | $38.72 |
| EE Withholding-Garnishments | $88.23 |
| EE Withholding-Garnishments | $184.62 |
| EE Withholding-Garnishments | $21.57 |
| EE Withholding-Garnishments | $163.68 |
| EE Withholding-Garnishments | $109.32 |
| EE Withholding-Garnishments | $148.53 |

Fired Up, Inc.
Support for Other Disbursements - MOR 07/30/2014

| | |
|---|---|
| EE Withholding-Garnishments | $81.69 |
| EE Withholding-Garnishments | $138.46 |
| EE Withholding-Garnishments | $111.81 |
| EE Withholding-Garnishments | $82.64 |
| EE Withholding-Garnishments | $84.21 |
| EE Withholding-Garnishments | $63.16 |
| EE Withholding-Garnishments | $10.91 |
| EE Withholding-Garnishments | $25.81 |
| EE Withholding-Garnishments | $30.54 |
| EE Withholding-Garnishments | $29.81 |
| EE Withholding-Garnishments | $22.17 |
| EE Withholding-Garnishments | $25.81 |
| EE Withholding-Garnishments | $13.38 |
| EE Withholding-Garnishments | $19.27 |
| EE Withholding-Garnishments | $30.17 |
| EE Withholding-Garnishments | $48.93 |
| EE Withholding-Garnishments | $21.81 |
| EE Withholding-Garnishments | $169.38 |
| EE Withholding-Garnishments | $200.66 |
| EE Withholding-Garnishments | $184.15 |
| EE Withholding-Garnishments | $135.10 |
| EE Withholding-Garnishments | $8.27 |
| EE Withholding-Garnishments | $148.15 |
| EE Withholding-Garnishments | $851.44 |
| EE Withholding-Garnishments | $329.08 |
| EE Withholding-Garnishments | $353.08 |
| EE Withholding-Garnishments | $145.38 |
| EE Withholding-Garnishments | $172.00 |
| EE Withholding-Garnishments | $94.62 |
| EE Withholding-Garnishments | $240.00 |
| EE Withholding-Garnishments | $186.46 |
| EE Withholding-Garnishments | $131.08 |
| EE Withholding-Garnishments | $8.46 |
| EE Withholding-Garnishments | $7.30 |
| EE Withholding-Garnishments | $219.35 |
| EE Withholding-Garnishments | $145.85 |
| EE Withholding-Garnishments | $226.15 |
| EE Withholding-Garnishments | $7.54 |
| EE Withholding-Garnishments | $8.86 |
| EE Withholding-Garnishments | $18.43 |
| EE Withholding-Garnishments | $52.08 |
| EE Withholding-Garnishments | $51.10 |
| EE Withholding-Garnishments | $135.23 |
| EE Withholding-Garnishments | $392.08 |
| EE Withholding-Garnishments | $172.62 |
| EE Withholding-Garnishments | $344.55 |
| EE Withholding-Garnishments | $207.90 |
| EE Withholding-Garnishments | $207.23 |
| EE Withholding-Garnishments | $23.08 |
| EE Withholding-Garnishments | $240.92 |
| EE Withholding-Garnishments | $168.58 |
| EE Withholding-Garnishments | $8.69 |
| EE Withholding-Garnishments | $138.46 |
| EE Withholding-Garnishments | $552.52 |
| EE Withholding-Garnishments | $6.01 |
| EE Withholding-Garnishments | $10.71 |
| EE Withholding-Garnishments | $15.11 |

Fired Up, Inc.
Support for Other Disbursements - MOR 07/30/2014

| | |
|---|---|
| EE Withholding-Garnishments | $11.04 |
| EE Withholding-Garnishments | $144.00 |
| EE Withholding-Garnishments | $150.46 |
| EE Withholding-Garnishments | $263.40 |
| EE Withholding-Garnishments | $133.14 |
| EE Withholding-Garnishments | $230.77 |
| EE Withholding-Garnishments | $145.38 |
| EE Withholding-Garnishments | $119.40 |
| EE Withholding-Garnishments | $111.22 |
| EE Withholding-Garnishments | $203.61 |
| EE Withholding-Garnishments | $130.36 |
| EE Withholding-Garnishments | $63.12 |
| EE Withholding-Garnishments | $29.36 |
| EE Withholding-Garnishments | $16.07 |
| EE Withholding-Garnishments | $12.84 |
| EE Withholding-Garnishments | $172.62 |
| EE Withholding-Garnishments | $461.54 |
| EE Withholding-Garnishments | $237.53 |
| EE Withholding-Garnishments | $8.31 |
| EE Withholding-Garnishments | $36.10 |
| EE Withholding-Garnishments | $80.77 |
| EE Withholding-Garnishments | $226.15 |
| EE Withholding-Garnishments | $80.77 |
| EE Withholding-Garnishments | $71.87 |
| EE Withholding-Garnishments | $50.92 |
| EE Withholding-Garnishments | $154.68 |
| EE Withholding-Garnishments | $9.46 |
| EE Withholding-Garnishments | $36.25 |
| EE Withholding-Garnishments | $82.60 |
| EE Withholding-Garnishments | $108.45 |
| EE Withholding-Garnishments | $7.75 |
| EE Withholding-Garnishments | $22.50 |
| EE Withholding-Garnishments | $173.70 |
| EE Withholding-Garnishments | $232.45 |
| EE Withholding-Garnishments | $155.25 |
| EE Withholding-Garnishments | $152.10 |
| EE Withholding-Garnishments | $81.69 |
| EE Withholding-Garnishments | $231.69 |
| EE Withholding-Garnishments | $138.46 |
| EE Withholding-Garnishments | $88.10 |
| EE Withholding-Garnishments | $34.40 |
| EE Withholding-Garnishments | $25.42 |
| EE Withholding-Garnishments | $110.53 |
| EE Withholding-Garnishments | $82.90 |
| EE Withholding-Garnishments | $11.42 |
| EE Withholding-Garnishments | $27.03 |
| EE Withholding-Garnishments | $31.98 |
| EE Withholding-Garnishments | $31.22 |
| EE Withholding-Garnishments | $23.23 |
| EE Withholding-Garnishments | $27.03 |
| EE Withholding-Garnishments | $14.01 |
| EE Withholding-Garnishments | $20.18 |
| EE Withholding-Garnishments | $31.60 |
| EE Withholding-Garnishments | $51.25 |
| EE Withholding-Garnishments | $22.84 |
| EE Withholding-Garnishments | $169.38 |
| EE Withholding-Garnishments | $200.66 |

Fired Up, Inc.
Support for Other Disbursements - MOR 07/30/2014

| | |
|---|---|
| EE Withholding-Garnishments | $184.15 |
| EE Withholding-Garnishments | $231.79 |
| EE Withholding-Garnishments | $20.65 |
| EE Withholding-Garnishments | $148.15 |
| EE Withholding-Garnishments | $851.43 |
| EE Withholding-Garnishments | $353.08 |
| EE Withholding-Garnishments | $145.38 |
| EE Withholding-Garnishments | $172.00 |
| EE Withholding-Garnishments | $94.62 |
| EE Withholding-Garnishments | $240.00 |
| EE Withholding-Garnishments | $186.46 |
| EE Withholding-Garnishments | $131.08 |
| EE Withholding-Garnishments | $138.46 |
| EE Withholding-Garnishments | $13.73 |
| EE Withholding-Garnishments | $11.85 |
| EE Withholding-Garnishments | $249.23 |
| EE Withholding-Garnishments | $145.85 |
| EE Withholding-Garnishments | $15.34 |
| EE Withholding-Garnishments | $18.01 |
| EE Withholding-Garnishments | $135.23 |
| EE Withholding-Garnishments | $392.08 |
| EE Withholding-Garnishments | $392.08 |
| EE Withholding-Garnishments | $80.03 |
| EE Withholding-Garnishments | $344.55 |
| EE Withholding-Garnishments | $207.90 |
| EE Withholding-Garnishments | $207.23 |
| EE Withholding-Garnishments | $23.08 |
| EE Withholding-Garnishments | $44.62 |
| EE Withholding-Garnishments | $200.92 |
| EE Withholding-Garnishments | $10.36 |
| EE Withholding-Garnishments | $552.52 |
| EE Withholding-Garnishments | $18.19 |
| EE Withholding-Garnishments | $9.10 |
| EE Withholding-Garnishments | $12.84 |
| EE Withholding-Garnishments | $9.39 |
| EE Withholding-Garnishments | $144.00 |
| EE Withholding-Garnishments | $150.46 |
| EE Withholding-Garnishments | $217.40 |
| EE Withholding-Garnishments | $109.90 |
| EE Withholding-Garnishments | $230.77 |
| EE Withholding-Garnishments | $145.38 |
| EE Withholding-Garnishments | $147.61 |
| EE Withholding-Garnishments | $155.73 |
| EE Withholding-Garnishments | $235.92 |
| EE Withholding-Garnishments | $71.76 |
| EE Withholding-Garnishments | $136.69 |
| EE Withholding-Garnishments | $6.54 |
| EE Withholding-Garnishments | $172.62 |
| EE Withholding-Garnishments | $461.54 |
| EE Withholding-Garnishments | $23.08 |
| EE Withholding-Garnishments | $79.35 |
| EE Withholding-Garnishments | $8.31 |
| EE Withholding-Garnishments | $47.16 |
| EE Withholding-Garnishments | $80.77 |
| EE Withholding-Garnishments | $226.15 |
| EE Withholding-Garnishments | $80.77 |
| EE Withholding-Garnishments | $115.85 |

Fired Up, Inc.
Support for Other Disbursements - MOR 07/30/2014

| | |
|---|---:|
| EE Withholding-Garnishments | $78.40 |
| EE Withholding-Garnishments | $33.52 |
| EE Withholding-Garnishments | $175.15 |
| EE Withholding-Garnishments | $30.43 |
| EE Withholding-Garnishments | $56.34 |
| EE Withholding-Garnishments | $128.37 |
| EE Withholding-Garnishments | $184.62 |
| EE Withholding-Garnishments | $26.47 |
| EE Withholding-Garnishments | $198.63 |
| EE Withholding-Garnishments | $132.66 |
| EE Withholding-Garnishments | $129.97 |
| EE Withholding-Garnishments | $81.69 |
| EE Withholding-Garnishments | $138.46 |
| EE Withholding-Garnishments | $174.91 |
| EE Withholding-Garnishments | $83.19 |
| EE Withholding-Garnishments | $61.49 |
| EE Withholding-Garnishments | $88.07 |
| EE Withholding-Garnishments | $66.05 |
| EE Withholding-Garnishments | $11.28 |
| EE Withholding-Garnishments | $26.70 |
| EE Withholding-Garnishments | $31.59 |
| EE Withholding-Garnishments | $30.83 |
| EE Withholding-Garnishments | $22.94 |
| EE Withholding-Garnishments | $26.70 |
| EE Withholding-Garnishments | $13.84 |
| EE Withholding-Garnishments | $19.93 |
| EE Withholding-Garnishments | $31.21 |
| EE Withholding-Garnishments | $50.61 |
| EE Withholding-Garnishments | $22.56 |
| EE Withholding-Garnishments | $169.38 |
| EE Withholding-Garnishments | $200.66 |
| EE Withholding-Garnishments | $184.15 |
| EE Withholding-Garnishments | $229.60 |
| EE Withholding-Garnishments | $17.70 |
| EE Withholding-Garnishments | $148.15 |
| EE Withholding-Garnishments | $851.44 |
| EE Withholding-Garnishments | $353.08 |
| EE Withholding-Garnishments | $145.38 |
| EE Withholding-Garnishments | $172.00 |
| EE Withholding-Garnishments | $94.62 |
| EE Withholding-Garnishments | $240.00 |
| EE Withholding-Garnishments | $186.46 |
| EE Withholding-Garnishments | $131.08 |
| EE Withholding-Garnishments | $5.84 |
| EE Withholding-Garnishments | $5.04 |
| EE Withholding-Garnishments | $249.23 |
| EE Withholding-Garnishments | $145.85 |
| EE Withholding-Garnishments | $24.24 |
| EE Withholding-Garnishments | $28.47 |
| EE Withholding-Garnishments | $41.75 |
| EE Withholding-Garnishments | $8.48 |
| EE Withholding-Garnishments | $23.97 |
| EE Withholding-Garnishments | $23.52 |
| EE Withholding-Garnishments | $135.23 |
| EE Withholding-Garnishments | $392.08 |
| EE Withholding-Garnishments | $122.49 |
| EE Withholding-Garnishments | $11.85 |

Fired Up, Inc.
Support for Other Disbursements - MOR 07/30/2014

| | |
|---|---|
| EE Withholding-Garnishments | $344.56 |
| EE Withholding-Garnishments | $207.90 |
| EE Withholding-Garnishments | $207.23 |
| EE Withholding-Garnishments | $23.08 |
| EE Withholding-Garnishments | $204.40 |
| EE Withholding-Garnishments | $218.79 |
| EE Withholding-Garnishments | $11.28 |
| EE Withholding-Garnishments | $120.82 |
| EE Withholding-Garnishments | $552.51 |
| EE Withholding-Garnishments | $47.13 |
| EE Withholding-Garnishments | $29.63 |
| EE Withholding-Garnishments | $41.79 |
| EE Withholding-Garnishments | $30.55 |
| EE Withholding-Garnishments | $144.00 |
| EE Withholding-Garnishments | $150.46 |
| EE Withholding-Garnishments | $231.59 |
| EE Withholding-Garnishments | $117.07 |
| EE Withholding-Garnishments | $230.77 |
| EE Withholding-Garnishments | $145.38 |
| EE Withholding-Garnishments | $173.08 |
| EE Withholding-Garnishments | $183.17 |
| EE Withholding-Garnishments | $231.67 |
| | $52,556.50 |

## CERTIFICATE OF SERVICE

By my signature below, I certify that on the 22nd day of August 2014, a true and correct copy of the foregoing Monthly Operating Report was served by electronic mail transmission to the following parties:

Deborah Bynum
Henry Hobbs
Bradford Sandler
Joshua Fried

*/s/ Stephen W. Sather*
Stephen W. Sather