UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| FIRED UP, INC. | § | Case No. 14-10447 |
| | § | (Chapter 11) |
| Debtor.[1] | § | |
| | § | |

## APPLICATION FOR ORDER AUTHORIZING AND APPROVING POST-PETITION FINANCING WITH INDEPENDENT BANK

**Debtor has requested that an interim hearing be conducted on this matter on September 4, 2014 at 1:30 pm in Courtroom No. 1, 903 San Jacinto, Austin, TX 78701. If the expedited hearing is granted, you will receive a separate notice.**

TO THE HONORABLE JUDGE OF SAID COURT:

**Fired Up, Inc.** ("Debtor"), Debtor in the above-styled and referenced case, hereby files this Application for Order Authorizing and Approving Post-Petition Financing with Independent Bank which will finance the Debtor's acquisition of a new point of sale system. In support thereof, Debtor respectfully states the following:

### Jurisdiction

1       The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157. This Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(D).

2.      Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The basis for the relief requested herein is primarily ground in 11 U.S.C. §§ 105(a) and 364 as supplemented and amplified by Fed. R. Bankr. P. 4001(c).

---

[1] Until February 26, 2014, Debtor's business was being operated partially by the Debtor, partially by Kona Restaurant Group, Inc.("KRG"), a Delaware corporation wholly owned by the Debtor, and partially by Carino's Italian Kitchen, Inc. ("CIK"), a Delaware corporation wholly owned by KRG. CIK was merged into KRG in Delaware and KRG was merged in to the Debtor, a Texas corporation, in Texas.

**Background**

4. On March 27, 2014 ("Petition Date"), Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code ("Bankruptcy Code") in the United States Bankruptcy Court for the Western District of Texas, Austin Division ("Court"), thereby commencing this chapter 11 case ("Case"). Debtor continues in possession of its property and is operating and managing its business as Debtor-in-Possession pursuant to the provisions of 11 U.S.C. §§ 1107(a) and 1108.

5. No trustee or examiner has been appointed in the Case.

6. The United States Trustee appointed an Official Committee of Unsecured Creditors on April 7, 2014.

6. The Debtor is engaged in the business of owning, operating and franchising the Johnny Carino's chain of casual dining restaurants.

7. The Debtor requires new Point of Sale (POS) software in order to meet industry standards (known as Payment Card Industry or PCI standards), to bring its operating systems up to date and provide security to its customers. The Debtor has selected the North Star Order Entry (NSOE) system which uses sophisticated point to point (P2P) encryption methods to protect credit card data. This system will allow the Debtor to certify its compliance to the PCI compliance council. Furthermore, Debtor has received notice from Discover and American Express requesting that the Debtor become PCI compliant or risk losing the ability to accept those cards. The cost of the new system will be $450,000. The Debtor intends to implement the system in phases. The initial phase to be commenced in September 2014 will cost approximately $150,000.

8. The Debtor has elected to finance the purchase of the point of sale system in the exercise of its business judgment because it was able to obtain advantageous financing terms from Independent Bank and because the financing transaction will allow the Debtor to conserve its cash in the months leading up to approval of a plan of reorganization.

9. The Debtor has two pre-petition debts with Independent Bank.

    a. A secured debt in the amount of $603,252.58 secured by the assets of the Debtor's Pearland location; and

    b. An unsecured debt in the amount of $621,913.87 resulting from a loan with regard to a former leased location.

Independent Bank was originally appointed to the Official Committee of Unsecured Creditors but subsequently resigned.

10. The terms of the proposed financing are as follows:

    a. Debtor requests permission to borrow $150,000 following an interim hearing to begin implementation of its POS system and up to $300,000 in additional funds upon final approval of the Motion.

    b. The debt will be secured by a Certificate of Deposit posted by two of the Debtor's shareholders, Creed and Lynn Ford.

    c. The debt will be payable in sixty equal monthly installments at an interest rate of 3.5%.

    d. The new loan will not be cross-collateralized with any pre-petition debt. Debtor will provide a commitment letter from Independent Bank by the interim hearing on the Motion.

**Relief Requested**

12. Debtor seeks permission to enter into the proposed post-petition financing with Independent Bank pursuant to 11 U.S.C. §364.

13. Debtor requests that the Court schedule an interim hearing on expedited notice and schedule a final hearing.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that the Court allow it to enter into the proposed post-petition financing with Independent Bank and for such further and additional relief to which it may be entitled.

Respectfully Submitted,

BARRON & NEWBURGER, P.C.

/s/Stephen W. Sather
Barbara Barron (SBN 01817300)
Stephen W. Sather (SBN 17657520)
1212 Guadalupe St Ste 104
Austin, Texas 78701-1837
Telephone: (512) 476-9103
Facsimile: (512) 476-9253

**CERTIFICATE OF SERVICE**

I certify that the foregoing was served by electronic mail on August __, 2014, to all parties listed on the Tenth Master Limited Service List attached hereto and made a part hereof and electronically by the Court's ECF system to all parties registered to receive such service.

/s/ *Stephen W. Sather*

| | | |
|---|---|---|
| **United States Trustee:**<br>Henry G. Hobbs<br>Deborah A. Bynum<br>Office of the U.S. Trustee<br>903 San Jacinto Blvd., Room 230<br>Austin, TX 78701<br>henry.g.hobbs@usdoj.gov<br>deborah.a.bynum@usdoj.gov | **20 Largest Unsecured Creditors:**<br>AEI Accredited Investor Fund 2002<br>Attn: Brian Schulz<br>1300 Wells Fargo Place<br>30 East Seventh Street<br>St. Paul, MN 55101<br>bschulz@aeifunds.com | Internal Revenue Service<br>Special Procedures Staff- Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| **Debtor:**<br>Creed Ford, III<br>President/CEO<br>Ford Restaurant Group<br>1514 RR 620 South<br>Austin, TX 78734<br>cford@carinos.com | AEI Fund Management, Inc.<br>Attn: Brian Schulz<br>1300 Wells Fargo Place<br>30 East Seventh Street<br>St. Paul, MN 55101<br>bschulz@aeifunds.com | Magdalena Properties, LLC<br>c/o R. Spencer Shytles<br>Graham Bright & Smith, P.C.<br>5420 LBJ Freeway, Suite 300<br>Dallas, TX 75240<br>rss@gbstxlaw.com |
| Margaret B. Smith, CPA<br>Director of Finance<br>Ford Restaurant Group<br>1514 RR 620 South<br>Austin, TX 78734<br>msmith@fordrestgrp.com | ARC CAFÉ, LLC<br>American Realty Capital<br>Attn: Cindy Dip<br>200 Dryden Road, Suite 1100<br>Dresher, PA 19025<br>cdip@arlcap.com | Pleasant Ridge Development Co.<br>Attn: Lou Schickel<br>11601 Pleasant Ridge Rd., Suite 300<br>Little Rock, AR 72212<br>lou@schickels.com<br>invoices@schickels.com |
| **Proposed Attorneys for Debtor:**<br>Barbara M. Barron<br>Stephen W. Sather<br>Barron & Newburger, P.C.<br>1212 Guadalupe Street, Suite 104<br>Austin, TX 78701<br>bbarron@bn-lawyers.com<br>ssather@bn-lawyers.com | Cassidy Turley Midwest, Inc.<br>Attn: Brian Schulz<br>1300 Wells Fargo Place<br>30 East Seventh Street<br>St. Paul, MN 55101<br>bschulz@aeifunds.com | Mary Raney & Dick P. Wood, Jr., as Trustees of RC Nelms Jr. Hillcrest Trst<br>c/o James H. Billingsley<br>Polsinelli, PC<br>2501 N. Harwood St., Suite 1900<br>Dallas, TX 75201<br>jbillingsley@polsinelli.com |
| John Vernon<br>The Vernon Law Group, PLLC<br>4925 Greenville Avenue, Suite 200<br>Dallas, TX 75206<br>jvernon@vernonlawgroup.com | Food Services of America<br>Attn: Lee Clark<br>P.O. Box 839<br>Meridian, ID 83680<br>lee_clark@fsafood.com<br>boise_ar@fsafood.com | Shamrock Foods-Consolidated<br>Attn: Jessica Harlow<br>Department 219<br>Denver, CO 80291-0219<br>jessica_harlow@shamrockfoods.com |
| Kareem Hajjar<br>Hajjar Sutherland Peters, LLP<br>3144 Bee Caves Road<br>Austin, TX 78746<br>khajjar@legalstrategy.com | GE Capital Franchise Finance Corp.<br>c/o Jeffrey T. Wegner<br>Kutak Rock, LLP<br>1650 Farnam Street<br>Omaha, NE 68102-2186<br>jeffrey.wegner@kutakrock.com | Texas Comptroller of Public Accts.<br>c/o Jason A. Starks<br>Assistant Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548<br>jason.starks@texasattorneygeneral.gov |
| | Gentilis, Inc.<br>Attn: Moja Lindsey<br>3400 Reeves Canyon Road<br>Redwood Valley, CA 95470<br>moja2@thelindseycompanies.com | Texas Workforce Commission<br>Attn: Regulatory Integrity Div-SAU<br>101 E. 15th Street, Room 556<br>Austin, TX 78778-0001<br>rid.taxbankruptcy@twc.state.tx.us |

*Tenth Master Limited Service List dated July 25, 2014*     Page **1** of **4**

**Secured Creditors:**

FRG Capital, LLC
c/o Blake Rasner
Haley & Olson, P.C.
510 N. Valley Mills Drive, Suite 600
Waco, TX 76710
brasner@haleyolson.com

Prosperity Bank
c/o Lisa C. Fancher
Fritz, Byrne, Head & Harrison, PLLC
98 San Jacinto Blvd., Suite 2000
Austin, TX 78701-4286
lfancher@fbhh.com

**Unsecured Creditors Committee:**

AEI Income & Growth Fund 24, LLC
Robert P. Johnson
30 Seventh Street East, Suite 1300
St. Paul, MN 55101
bschulz@aeifunds.com

Ben E. Keith Company (interim chair)
Richard Grasso
P. O. Box 2628
Ft. Worth, TX 76112
rngrasso@benekeith.com

Glazier Foods Company
Art Innis
11303 Antoine Dr.
Houston, TX 77066
artinnis@glazierfoods.com

Independent Bank
Charley Rigney
8004 Woodway Dr., Suite 200
Waco, TX 76712
crigney@ibtx.com

National Retail Properties, Inc.
David G. Byrnes, Jr.
450 S. Orange Avenue, Suite 900
Orlando, FL 32801
david.byrnes@nnnreit.com

The Coca-Cola Company
William Kay, Sr. Bankruptcy Advisor
P.O. Box 1734
NAT 2008 Mail Stop
Atlanta, GA 30313
billkaye@jllconsultants.com

Wilmington Center, LLC
Attn: Fay Farzani
9471 Lomitas Avenue
Beverly Hills, CA 90210
fafar101@aol.com

**Proposed Counsel for Creditors' Committee:**

Bradford J. Sandler
Pachulski, Stang, Ziehl & Jones, LLP
919 North Market St., 17th Floor
Wilmington, DE 19801
bsandler@pszjlaw.com

**Miscellaneous:**

Brownsville Public Utilities Board
c/o Gilbert L. Hamberg, Esq.
1038 Darby Drive
Yardley, PA 19067
ghamberg_3@msn.com

CASS
Attn: Frank Garcia
2675 Corporate Exchange Drive
Columbus, OH 43231
fgarcia@cassinfo.com

Fintech
Attn: Mandi Aiton
7702 Woodland Center Blvd., #50
Tampa, FL 33614
maiton@fintech.com

Summit Energy
Attn: Tim Ward
103 Historic Town Square
Lancaster, TX 75146
tim.ward@ems.schneider-electric.com

Wells Fargo Bank, N.A.
c/o James G. Ruiz
Winstead, P.C.
401 Congress Avenue, Suite 2100
Austin, TX 78701
jruiz@winstead.com

**Additional Notice:**

Bruce M. Wilpon
Special Assistant U.S. Attorney
Internal Revenue Service
300 E. 8th Street, Suite 601
Austin, TX 78701
bruce.m.wilpon@irscounsel.treas.gov

Jason P. Wylie
The Law Office of Jason Wylie
8553 N. Beach St., PMB 316
Fort Worth, TX 76244-4919
jason@jasonwylielaw.com

John M. Koneck
Fredrikson & Byron, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
jkoneck@fredlaw.com

Mackenzie S. Wallace
Thompson & Knight, LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201
mackenzie.wallace@tklaw.com

Timothy E. Hudson
Thompson & Knight, LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201
tim.hudson@tklaw.com

William M. Kane
Traylor, Tompkins & Black, P.C.
751 Horizon Court, Suite 200
Grand Junction, CO 81506-8754
wmk@grandjunctionlaw.com

**Notices of Appearance:**

Arlington ISD, Mansfield ISD
c/o Elizabeth Banda Calvo
Perdue, Brandon, Fielder, et al
P.O. Box 13430
Arlington, TX 76094-0430
ebcalvo@pbfcm.com

Atascocita 1692, LLC
c/o Crystal R. Axelrod
Morgan, Lewis & Bockius, LLP
1000 Louisiana Street, Suite 4000
Houston, TX 77002
caxelrod@morganlewis.com

Atascocita 1692, LLC
c/o Patrick D. Fleming
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178
pfleming@morganlewis.com

Bexar County
c/o David G. Aelvoet
Linebarger Goggan Blair & Sampson
711 Navarro Street, Suite 300
San Antonio, TX 78205
sanantonio.bankruptcy@publicans.com

Inland American Retail Mgmt., LLC
c/o Kevin M. Newman, Esq.
Menter, Rudin & Trivelpiece, P.C.
308 Maltbie Street, Suite 200
Syracuse, NY 13204-1498
knewman@menterlaw.com

National Retail Properties, LP
c/o David M. Bennett
and Cassandra Ann Sepanik
Thompson & Knight, LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201
david.bennett@tklaw.com
cassandra.sepanik@tklaw.com

Texas Ad Valorem Taxing Entities
c/o Lee Gordon
McCreary, Veselka, Bragg & Allen
P.O. Box 1269
Round Rock, TX 78680
lgordon@mvbalaw.com

Texas Ad Valorem Taxing Entities
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson
P.O. Box 17428
Austin, TX 78760-7428
austin.bankruptcy@publicans.com

Texas Ad Valorem Taxing Entities
c/o Elizabeth Weller
Linebarger Goggan Blair & Sampson
2777 N. Stemmons Frwy, Suite 1000
Dallas, TX 75207
dallas.bankruptcy@publicans.com

RioCan America Management, Inc.
c/o R. Spencer Shytles
Graham Bright & Smith, P.C.
5420 LBJ Freeway, Suite 300
Dallas, TX 75240
rss@gbstxlaw.com

Tyler Independent School District
c/o Tab Beall
Perdue, Brandon, Fielder, et al
P.O. Box 2007
Tyler, TX 75710-2007
tbeall@pbfcm.com
tylbkc@pbfcm.com

Texas Ad Valorem Taxing Entities
c/o Owen M. Sonik
Perdue, Brandon, Fielder, et al
1235 North Loop West, Suite 600
Houston, TX 77008
houbank@pbfcm.com

Hidalgo County & McAllen ISD
c/o John T. Banks
Perdue, Brandon, Fielder, et al
3301 Northland Drive, Suite 505
Austin, TX 78731
jbanks@pbfcm.com

Lubbock Central Appraisal District
c/o Laura J. Monroe
Perdue, Brandon, Fielder, et al
P.O. Box 817
Lubbock, TX 79408
lmonroe@pbfcm.com

Texas Ad Valorem Taxing Entities
c/o John P. Dillman
Linebarger Goggan Blair & Sampson
P.O. Box 3064
Houston, TX 77253-3064
houston_bankruptcy@publicans.com

GS II Meridian Crossroads, LLC
c/o Renee B. Weiss, Esq.
DDR Corp.
P.O. Box 228042
Beachwood, OH 44122
rweiss@ddr.com

ARC CAFÉ, LLC
c/o R. Brandon Bundren
Duane Morris, LLP
1330 Post Oak Blvd., Suite 800
Houston, TX 77056-3166
rbbundren@duanemorris.com

ARC CAFE, LLC
c/o William C. Heuer
and Patricia H. Heer
Duane Morris, LLP
1540 Broadway
New York, NY 10036
wheuer@duanemorris.com
phheer@duanemorris.com

Missouri Department of Revenue
Bankruptcy Unit
Attn: S. Christopher Conway
P.O. Box 475
Jefferson City, MO 65105-0475
txwdecf@dor.mo.gov

RB River IV, LLC, et al
c/o Jeffrey Ackermann
Durio, McGoffin, Stagg & Ackermann
P.O. Box 51308
Lafayette, LA 70505-1308
jeffackermann@dmsfirm.com

City of Fort Worth
c/o Christopher B. Mosley
Senior Assistant City Attorney
1000 Throckmorton Street
Fort Worth, TX 76102
chris.mosley@fortworthtexas.gov

The City of Laredo
c/o Christina Flores
Flores & Saucedo, PLLC
5517 McPherson, Suite 14
Laredo, TX 78041
cfloreslaw@sbcglobal.net
floressaucedopllc@gmail.com

Megaplex Four, Inc.
c/o Paul M. Hoffmann
Stinson Leonard Street, LLP
1201 Walnut St., Suite 2900
Kansas City, MO 64106
paul.hoffmann@stinsonleonard.com

Travis County
c/o Kay D. Brock
Assistant Travis County Attorney
P.O. Box 1748
Austin, TX 78767
kay.brock@co.travis.tx.us

Ecolab, Inc.
c/o Kohner, Mann & Kailas, S.C.
Attn: Samuel C. Wisotzkey
4650 N. Port Washington Rd.
Milwaukee, WI 53212-1059
swisotzkey@kmksc.com

Independent Bank
c/o Steve Turner
Barrett Daffin Frappier Turner, et al
15000 Surveyor Blvd., Suite 100
Addison, TX 75001
wdecf@bdfgroup.com

DDR Corp.
c/o Robert L. LeHane, Esq.
and Jennifer D. Raviele, Esq.
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178
KDWBankruptcyDepartment@kelleydrye.com
rlehane@kelleydrye.com
jraviele@kelleydrye.com

Hill Country Texas Galleria, LLC
c/o Joseph D. Martinec
Martinec, Winn, Vickers & McElroy, PC
919 Congress Avenue, Suite 200
Austin, TX 78701
martinec@mwvmlaw.com

South Coast Plaza, LLC
c/o Joseph D. Martinec
Martinec, Winn, Vickers &
McElroy, PC
919 Congress Avenue, Suite 200
Austin, TX 78701
martinec@mwvmlaw.com

South Dakota Department of
Revenue & Regulation
Attn: Carol Van Roekel
445 East Capitol Avenue
Pierre, SD 57501-3185
carol.vanroekel@state.sd.us

The Laredo Community College
c/o George R. Meurer
Kazen, Meurer & Perez
P.O. Box 6237
Laredo, TX 78042-6237
grmeurer@kmp-law.com

GE Capital (GEFF and GEBAF)
c/o Lynn H. Butler
Husch Blackwell, LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701
lynn.butler@huschblackwell.com

Lewisville ISD
c/o George C. Scherer, Esq.
Law Offices of Robert E. Luna, P.C.
4411 N. Central Expressway
Dallas, TX 75205
scherer@txschoollaw.com