**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 17, 2014.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| FIRED UP, INC. | § | Case No. 14-10447 |
| | § | (Chapter 11) |
| Debtor. | § | |
| | § | |

### ORDER GRANTING FIRST INTERIM APPLICATION OF PACHULSKI STANG ZIEHL & JONES, LLP FOR COMPENSATION AS COUNSEL FOR UNSECURED CREDITORS' COMMITTEE FROM APRIL 8, 2014 TO JUNE 30, 2014

CAME TO BE CONSIDERED on September 16, 2014, the *First Interim Application of Pachulski Stang Ziehl & Jones, LLP (PSZJ) for Compensation as Counsel for Unsecured Creditors' Committee from April 8, 2014 through June 30, 2014.* The Court finds that such application should be GRANTED.

IT IS THEREFORE ORDERED that PSZJ is hereby awarded fees in the amount of $204,052.50 and expenses in the amount of $7,655.66 as an interim fee award. It is further

ORDERED that that $4,170.13 as and for reimbursement of Committee Members expenses is allowed under 11 U.S.C section 503(b)(3)(F). It is further

ORDERED that payment of the fees and expenses allowed shall be deferred pending consideration of the Joint Motion to Modify Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code, Bankruptcy Rule 2016(a) and Local Bankruptcy Rule 1020.1 Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals. It is further

ORDERED that should the interim fee award become payable prior to entry of an order approving PSZJ's final fee application, such payment shall be subject to a 30% holdback in the amount of $61,215.75. Payment of the holdback amount shall be subject to future court order.

# # #

**Proposed Order Submitted by:**

**STREUSAND, LANDON & OZBURN, LLP**

G. James Landon
State Bar No. 24002445
Seth E. Meisel
State Bar No. 24037089
811 Barton Springs Road, Suite 811
Austin, Texas 78704
(512) 236-9900
(512) 236-9904 (Fax)
landon@slollp.com
meisel@slollp.com

**ATTORNEYS FOR THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS**