**Expedited hearing shall be held on 10/23/2014 at 01:30 PM in Austin Courtroom 1. Movant is responsible for notice.**



**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 24, 2014**

_____
          **TONY M. DAVIS**
    **UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | Case No. 14-10447-tmd |
| **FIRED UP, INC.** | § | (Chapter 11) |
| Debtor | § | |
| | § | |

### ORDER GRANTING MOTION TO EXPEDITE
### MOTION TO COMPROMISE BETWEEN DEBTOR, UNSECURED CREDITORS' COMMITTEE, FRG CAPITAL, LLC AND FORD FAMILY

CAME ON TO BE CONSIDERED Debtor's Motion to Expedite Motion to Compromise Between Debtor, Unsecured Creditors' Committee, FRG Capital, LLC and the Ford Family. The Court finds that such motion should be GRANTED.

IT IS THEREFORE ORDERED that the Court shall consider the Motion to Compromise and Settle Between Debtor, the Unsecured Creditors' Committee, FRG Capital, LLC and the Ford Family on the date and time set forth above. Debtor shall be responsible for notice.

1

###

Order Submitted By:

Stephen W. Sather
Barron & Newburger, P.C.
1212 Guadalupe, Suite 104
Austin, TX 78701