

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 24, 2014.**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE FIRED UP, INC. | § | CHAPTER 11 |
| DEBTOR. | § | CASE NO. 14-10447 |
| | § | |

**ORDER GRANTING AGREED MOTION TO CONTINUE
A PORTION OF HEARING SET FOR OCTOBER 2, 2014**

CAME ON FOR CONSIDERATION, the Agreed Motion to Continue a Portion of Hearing Set for October 2, 2014 ("Motion"). The Court, having considered same, and found that notice of the Motion was proper, is of the opinion that the Motion should, and is hereby GRANTED in its entirety; it is therefore

ORDERED ADJUDGED and DECREED that the Motion is hereby GRANTED; it is further

ORDERED the hearing on Debtor's Omnibus Motion to Assume Lease of Non Residential Real Property in so far as it relates to the Debtor's lease of a location designated as store number 87, 4321 Ambassador Caffrey Pkwy Lafayette Louisiana is continued until **November 6, 2014 at 1:30 p.m.**; it is further

294018

ORDERED that the current setting on October 2, 2014 has been changed to a status conference in so far as it relates to the Debtor's lease of a location designated as store number 87, 4321 Ambassador Caffrey Pkwy Lafayette Louisiana.

###