MOR-1

# UNITED STATES BANKRUPTCY COURT

CASE NAME: Filed Up, Inc.

CASE NUMBER: 14-10447-TMD

PETITION DATE: 3/27/2014

DISTRICT OF TEXAS: Western

DIVISION: Austin

PROPOSED PLAN DATE:

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH

| MONTH | 4/30/2014 | 5/28/2014 | 6/25/2014 | 7/30/2014 | 8/27/2014 | YEAR |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 8,240,111 | 7,012,419 | 6,332,705 | 7,578,807 | 6,529,712 | |
| INCOME BEFORE INT. DEPREC./TAX (MOR-6) | 238,793 | -136,686 | -287,586 | -391,920 | -388,272 | |
| NET INCOME (LOSS) (MOR-6) | 47,221 | -187,851 | -344,624 | -476,794 | -493,512 | |
| PAYMENTS TO INSIDERS (MOR-9) | 47,483 | 60,831 | 59,522 | 65,333 | 63,577 | |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 268 | 2,000 | 0 | 0 | 0 | |
| TOTAL DISBURSEMENTS (MOR-7) | -6,913,860 | -7,791,506 | -7,458,588 | -9,372,389 | -7,404,110 | |

*The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| | | CIRCLE ONE |
|---|---|---|
| Are all accounts receivable being collected within terms? | | Yes No |
| Are all post-petition liabilities, including taxes, being paid within terms? | | Yes No |
| Have any pre-petition liabilities been paid? | | Yes No |
| If so, describe | Critical Vendors and Utilities | |
| Are all funds received being deposited into DIP bank accounts?* | | Yes No |
| Were any assets disposed of outside the normal course of business? | | Yes No |
| If so, describe | | |
| Are all U.S. Trustee Quarterly Fee Payments current? | | Yes No |
| What is the status of your Plan of Reorganization? | In process | |

*Through Non-DIP accounts per cash management order

REQUIRED INSURANCE MAINTAINED
AS OF SIGNATURE DATE

| | | EXP. DATE |
|---|---|---|
| CASUALTY | YES (x) NO ( ) | 05-31-2015 |
| LIABILITY | YES (x) NO ( ) | 05-31-2015 |
| VEHICLE | YES (x) NO ( ) | 05-31-2015 |
| WORKER'S | YES (x) NO ( ) | 05-31-2015 |
| OTHER | YES (x) NO ( ) | 05-31-2015 |
| See attached | | |

I certify under penalty of perjury that the following complete
Monthly Operating Report (MOR), consisting of MOR-1 through
MOR-9 plus attachments, is true and correct.

SIGNED x/ Margaret B Smith _(ORIGINAL SIGNATURE)_

_(PRINT NAME OF SIGNATORY)_

TITLE: Director of Finance

DATE: 9-23-14

ATTORNEY NAME: Barbara Barron/Steven Sather

FIRM NAME: Barron & Newburger, P.C.

ADDRESS: 1212 Guadalupe, Suite 104

CITY, STATE, ZIP: Austin, TX 78701

TELEPHONE/FAX: 512.476.9103/ 512.476.9253

Revised 07/01/98

CASE NAME:  Fired Up, Inc.
CASE NUMBER:  14-10447-TMD

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| | 3/26/2014 | 04/30/214 | 5/28/2014 | 6/25/2014 | 7/30/2014 | 8/27/2014 | |
| CURRENT ASSETS | | | | | | | |
| Cash | 548,773 | 2,692,498 | 2,823,259 | 2,421,744 | 1,532,718 | 1,478,312 | |
| Accounts Receivable, Net | 1,217,770 | 1,283,873 | 1,267,884 | 1,355,472 | 1,398,588 | 1,414,808 | |
| Inventory: Lower of Cost or Market | 2,286,923 | 2,908,737 | 2,908,737 | 2,856,749 | 2,856,749 | 2,856,749 | |
| Prepaid Expenses | 0 | 415,535 | 282,449 | 346,579 | 510,329 | 529,001 | |
| Investments | 0 | 0 | | | | | |
| Other – Escrow Accounts | 558,000 | 554,961 | 557,003 | 557,293 | 555,562 | 519,450 | |
| TOTAL CURRENT ASSETS | 4,611,465 | 7,855,604 | 7,839,333 | 7,537,837 | 6,853,946 | 6,798,320 | |
| PROPERTY, PLANT & EQUIP. @ COST | | 62,855,319 | 62,848,809 | 62,856,023 | 62,893,648 | 62,943,955 | |
| Less Accumulated Depreciation | | -48,708,088 | -48,887,470 | -49,082,249 | -49,331,754 | -49,581,259 | |
| NET BOOK VALUE OF PP & E ** | 5,598,025 | 14,147,231 | 13,961,339 | 13,773,774 | 13,561,894 | 13,362,696 | |
| OTHER ASSETS | | | | | | | |
| Deposits | 151,387 | 78,203 | 90,642 | 79,415 | 79,415 | 75,965 | |
| Franchise Broker Fees, Net | 0 | 296,825 | 296,825 | 296,825 | 296,825 | 296,825 | |
| Loan Fees, Net | 0 | 127,425 | 122,177 | 116,928 | 111,680 | 106,431 | |
| Liquor License | 0 | 286,840 | 286,840 | 286,840 | 286,840 | 286,840 | |
| Goodwill, Net | 0 | 6,780,126 | 6,780,126 | 6,780,126 | 6,780,126 | 6,780,126 | |
| TOTAL ASSETS | 10,360,877 | 29,572,254 | 29,377,282 | 28,871,745 | 27,970,726 | 27,707,203 | |

* Per Schedules and Statement of Affairs

** Pre-petition PP&E is market value, post-petition PP&E is book value.

Note, the Financials for each month following filing were adjusted for deposits.  We had to reduce the deposits on our books to the correct amount each month.

Also note we adjusted the financials for the period ended 06/25/14 for an incorrect utility accrual.

MOR-2

Revised 07/01/98

CASE NAME: __Fired Up, Inc.__
CASE NUMBER: __14-10447-TMD__

# COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 3/26/2014 | MONTH 4/30/2014 | MONTH 5/28/2014 | MONTH** 6/25/2014 | MONTH 7/30/2014 | MONTH 8/27/2014 | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | -4,239,004 | -4,458,860 | -4,497,363 | -4,047,045 | -4,876,394 | |
| Notes Payable – Secured | -17,133,249 | -17,205,907 | -17,205,907 | -17,205,907 | -17,205,907 | -17,205,907 | |
| Accrued 2014 Ad Valorem Taxes | -764,033 | -764,033 | -883,190 | -764,033 | -764,033 | -764,033 | Marked as unknown in Schedule D |
| Priority Debt – | -1,780,121 | -1,133,973 | -855,973 | -855,973 | -777,289 | -777,289 | |
| Federal Income Tax | 0 | 0 | 0 | 0 | 0 | 0 | |
| FICA/Withholding | -1,339,191 | -909,567 | -909,567 | -903,445 | -890,142 | -903,445 | |
| Unsecured Debt | -15,886,815 | -11,544,360 | -11,526,554 | -11,506,309 | -11,670,311 | -11,108,179 | |
| Insurance Claim Reserves | -381,227 | -381,227 | -381,227 | -381,227 | -381,227 | -381,227 | Self funded programs. Offset by escrow accounts on balance sheet |
| Deferred Franchise Revenue | -920,000 | -920,000 | -920,000 | -920,000 | -920,000 | -920,000 | |
| Deferred Rent | -6,360,836 | -6,360,836 | -6,360,836 | -6,360,826 | -6,360,826 | -6,360,826 | |
| TOTAL POST-PETITION LIABILITIES | | | | | | | |
| Deferred gain on sale/leaseback | -7,753,174 | -7,753,174 | -7,702,847 | -7,652,519 | -7,602,191 | -7,551,863 | |
| TOTAL PRE-PETITION LIABILITIES | -36,139,375 | -46,973,076 | -46,746,099 | -46,550,238 | -46,571,926 | -45,972,769 | |
| TOTAL LIABILITIES | -36,139,375 | -51,212,080 | -51,204,959 | -51,047,601 | -50,618,970 | -50,849,163 | |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | -1,454 | -1,454 | -1,454 | -1,454 | -1,454 | -1,454 | |
| TREASURY STOCK, AT COST | 5,183,726 | 5,183,726 | 5,183,726 | 5,183,726 | 5,183,726 | 5,183,726 | |
| ADDITIONAL PAID-IN CAPITAL | -20,181,710 | -20,181,710 | -20,181,710 | -20,181,710 | -20,181,710 | -20,181,710 | |
| RETAINED EARNINGS: Filing Date | 36,639,504 | 36,639,263 | 36,827,114 | 37,175,293 | 37,647,683 | 38,141,398 | |
| RETAINED EARNINGS: Post Filing Date | | | | | | | |
| TOTAL OWNERS EQUITY (NET WORTH) | 21,640,066 | 21,639,826 | 21,827,677 | 22,173,856 | 22,648,245 | 23,141,960 | |
| TOTAL LIABILITIES & OWNERS EQUITY | -14,499,309 | -29,572,254 | -29,377,282 | -28,871,745 | -27,970,725 | -27,707,203 | |

* Per Schedules and Statement of Affairs

** Please note pre-petition liabilities will not be adjusted to agreed upon proof of claim amounts until the bar date deadline has past

MOR-3

Revised 07/01/98

CASE NAME: Fired Up, Inc.
CASE NUMBER: 14-10447-TMD

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH 4/30/2014 | MONTH 5/28/2014 | MONTH 6/25/2014 | MONTH 7/30/2014 | MONTH 8/27/2014 |
|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | -669,032 | -597,899 | -375,374 | -323,099 | -488,229 |
| TAX PAYABLE | | | | | |
| Federal Payroll Taxes | -235,022 | -207,676 | -148,228 | -116,123 | -85,105 |
| State Payroll Taxes | -95,199 | -118,994 | -129,672 | -98,716 | -612,914 |
| Ad Valorem Taxes | -125,795 | -244,952 | -373,558 | -462,657 | -386,831 |
| Sales Taxes | -566,697 | -483,050 | -394,534 | -391,463 | |
| TOTAL TAXES PAYABLE | -1,022,713 | -1,054,672 | -1,045,993 | -1,069,726 | -1,069,726 |
| SECURED DEBT POST-PETITION | 0 | 0 | 0 | 0 | 0 |
| ACCRUED INTEREST POST-PETITION | -61,946 | -115,668 | -166,836 | -222,566 | -275,742 |
| ACCRUED PROFESSIONAL FEES* | -167,052 | -371,652 | -611,368 | -846,368 | -1,093,368 |
| OTHER ACCRUED LIABILITIES | | | | | |
| Accrued Payroll | -1,700,940 | -1,792,186 | -1,619,183 | -1,077,357 | -1,091,482 |
| Accrued Credit Card Fees | -28,075 | -16,231 | -16,689 | -17,187 | -14,830 |
| Accrued Texas Franchise Tax | -25,000 | -50,000 | -75,000 | -100,000 | -125,000 |
| Accrued Utilities and Other | -477,196 | -300,035 | -388,645 | -113,983 | -382,775 |
| Accrued Rents | -87,049 | -160,515 | -218,276 | -276,759 | -335,242 |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | -4,239,004 | -4,658,860 | -4,497,363 | -4,047,045 | -4,876,394 |

*Accrued post-petition interest on pre-petition secured debt. Does not include GE Capital loans that have matured.

Payment requires Court Approval

MOR-4

Revised 07/01/98

**CASE NAME:**  Fired Up, Inc.
**CASE NUMBER:**  14-10447-TMD

## AGING OF POST-PETITION LIABILITIES
### MONTH 07/31/2014 thru 08/27/2014

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | Accrued AD VALOREM, OTHER TAXES |
|---|---|---|---|---|---|
| 0-30 | -4,990,234 | -488,229 | -98,716 | -85,105 | -999,745 |
| 31-60 | | | | | |
| 61-90 | | | | | |
| 91+ | | | | | |
| TOTAL | -4,990,234 | | | | |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | Franchise Receivables | Mastercard/Visa/Diners Receivable | American Express Receivable | Total |
|---|---|---|---|---|
| 0-30 DAYS | 171,147 | 319,813 | 78,650 | 569,610 |
| 31-60 DAYS | 0 | 0 | 0 | 0 |
| 61-90 DAYS | 63,817 | 0 | 0 | 63,817 |
| 91+ DAYS | 781,382 | 0 | 0 | 781,382 |
| TOTAL | 1,016,345 | 319,813 | 78,650 | 1,414,808 |

**CASE NAME:**
**CASE NUMBER:**

| DAYS | Accrued Prof Fees | Accrued Interest | Accrued Payroll Accrued Franchise Tax | Accrued Utilities and Other | Accrued Rents |
|---|---|---|---|---|---|
| 0-30 | -1,093,368 | -275,742 | -1,216,482 | -397,605 | -335,242 |
| 31-60 | | | | | |
| 61-90 | | | | | |
| 91+ | | | | | |
| TOTAL | | | | | |

| MONTH | |
|---|---|
| 0-30 DAYS | |
| 31-60 DAYS | |
| 61-90 DAYS | |
| 91+ DAYS | |
| TOTAL | |

CASE NAME: ___Fired Up, Inc.___

CASE NUMBER: ___14-10447-TMD___

## STATEMENT OF INCOME (LOSS)

| | MONTH for 5 week period 03/27/2014 thru 04/30/2014 | MONTH for 4 week Period 05/1/2014 thru 05/28/2014 | MONTH for 4 week Period 05/29/2014 thru 06/25/2014 | MONTH for 5 week Period 06/26/2014 thru 07/30/2014 | MONTH for 4 week Period 07/31/2014 thru 08/27/2014 | MONTH FILING TO DATE |
|---|---|---|---|---|---|---|
| REVENUES (MOR-I) | 8,240,111 | 7,012,419 | 6,332,705 | 7,578,807 | 6,529,712 | |
| TOTAL COST OF REVENUES | See Attached | See Attached | See Attached | See Attached | See Attached | |
| GROSS PROFIT | | | | | | |
| OPERATING EXPENSES: | | | | | | |
| Selling & Marketing | See Attached | See Attached | See Attached | See Attached | See Attached | |
| General & Administrative | | | | | | |
| Insiders Compensation | | | | | | |
| Professional Fees | | | | | | |
| Other | | | | | | |
| Other | | | | | | |
| TOTAL OPERATING EXPENSES | 8,001,318 | 7,149,105 | 6,620,291 | 7,970,727 | 6,917,984 | |
| INCOME BEFORE INT. DEPR/TAX (MOR-I) | 238,793 | -136,686 | -287,586 | -391,920 | -388,272 | |
| INTEREST EXPENSE | 61,946 | 53,722 | 51,168 | 55,730 | 53,176 | |
| DEPRECIATION | 305,547 | 179,382 | 194,780 | 249,505 | 249,505 | |
| OTHER (INCOME) EXPENSE* FRANCHISE ROYALTIES | -223,135 | -184,000 | -199,657 | -204,601 | -185,413 | |
| OTHER (INCOME) EXPENSE* GAIN ON SALE OF ASSETS | -50,328 | -50,328 | -50,328 | -50,328 | -50,328 | |
| OTHER ITEMS** - CLOSED STORE EXPENSES | 85,906 | 27,689 | 69,705 | 17,458 | 13,300 | |
| OTHER ITEMS** - STATE FRANCHISE TAX EXPENSE | 11,636 | 24,700 | -8,630 | 17,110 | 25,000 | |
| TOTAL INT, DEPR & OTHER ITEMS | 191,572 | 51,165 | 57,038 | 84,874 | 105,240 | |
| NET INCOME BEFORE TAXES | 47,221 | -187,851 | -344,624 | -476,794 | -493,512 | |
| FEDERAL INCOME TAXES | 0 | 0 | | | | |
| NET INCOME (LOSS) (MOR-I) | 47,221 | -187,851 | -344,624 | -476,794 | -493,512 | |

MOR-6

Footnote Mandatory:

*External Accounting Required, Otherwise Footnote with Explanation.    Franchise royalties and gain on sale of assets monthly amortization (from previous year sale leasebacks).

* Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.    Closed Store Expenses - see attached detail P&L

Revised 07/01/98

CASE NAME: Fired Up, Inc.
CASE NUMBER: 14-10447-TMD

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 4/30/2014 | MONTH 5/28/2014 | MONTH 6/25/2014 | MONTH 7/30/2014 | MONTH 8/27/2014 | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| CASH-BEGINNING OF MONTH | $383,546 | $2,692,498 | $2,823,259 | $2,421,744 | 1,532,718 | | |
| RECEIPTS: | | | | | | | |
| CASH SALES | 8,998,580 | 7,661,503 | 6,963,331 | 8,381,927 | 7,264,205 | | |
| COLLECTION OF ACCOUNTS RECEIVABLE | 79,194 | 149,872 | 93,742 | 101,437 | 85,499 | | |
| LOANS & ADVANCES (attach list) | | | | | | | |
| SALE OF ASSETS | | 18,500 | | | | | |
| OTHER (attach list) | 145,198 | 92,393 | | | | | |
| Withdrawal Contribution by Individual Debtor MFR-2* | | | | | | | |
| TOTAL RECEIPTS** | 9,222,972 | 7,922,267 | 7,057,073 | 8,483,364 | 7,349,704 | | |
| DISBURSEMENTS: | | | | | | | |
| NET PAYROLL | -1,874,871 | -1,897,110 | -1,878,264 | -2,642,416 | -1,766,319 | | |
| PAYROLL TAXES PAID | -914,990 | -826,355 | -899,462 | -1,117,912 | -896,761 | | |
| SALES, USE & OTHER TAXES PAID | -541,552 | -911,413 | -594,108 | -644,904 | -640,169 | | |
| SECURED/RENTAL/LEASES | -628,256 | -637,823 | -662,061 | -584,972 | -637,091 | | |
| UTILITIES & TELEPHONE | -420,326 | -528,789 | -359,803 | -391,224 | -432,256 | | |
| INSURANCE | -129,394 | -194,254 | -172,700 | -81,885 | -121,363 | | |
| INVENTORY PURCHASES | -1,743,232 | -2,306,590 | -2,437,993 | -3,392,163 | -2,175,617 | | |
| VEHICLE EXPENSES | -117 | -799 | -328 | 0 | 0 | | |
| TRAVEL & ENTERTAINMENT | -8,695 | -28,419 | -27,969 | -38,727 | -29,612 | | |
| REPAIRS, MAINTENANCE & SUPPLIES | -253,244 | -255,321 | -181,021 | -187,482 | -428,926 | | |
| ADMINISTRATIVE & SELLING | -124,680 | -168,382 | -209,779 | -218,147 | -243,768 | | |
| OTHER (attach list) | -273,911 | -34,252 | -35,100 | -52,556 | -32,228 | | |
| TOTAL DISBURSEMENTS FROM OPERATIONS | -6,913,268 | -7,789,506 | -7,458,588 | -9,352,389 | -7,404,110 | | |
| PROFESSIONAL FEES | -267.50 | -2,000.00 | 0.00 | 0.00 | - | | |
| U.S. TRUSTEE FEES | -325.00 | 0.00 | 0.00 | -20,000.00 | - | | |
| OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | |
| TOTAL DISBURSEMENTS** | -6,913,860 | -7,791,506 | -7,458,588 | -9,372,389 | -7,404,110 | | |
| NET CASH FLOW | 2,692,658 | 2,823,259 | 2,421,744 | 1,532,718 | 1,478,312 | | |
| CASH - END OF MONTH (MOR-2) | 2,692,498 | 2,823,259 | 2,421,744 | 1,532,718 | 1,478,312 | | |

* Applies to Individual debtors only
**Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

MOR-7

Revised 07/01/98

CASE NAME: Fired Up, Inc.
CASE NUMBER: 14-10447-TMD

## CASH ACCOUNT RECONCILIATION
### MONTH OF AUGUST

| | Prosperity ACH | Prosperity Master | Prosperity AP | Prosperity Payroll | Prosperity Fintech | Prosperity Tax account |
|---|---|---|---|---|---|---|
| BANK NAME | | | | | | |
| ACCOUNT NUMBER | #215049182 | #214980730 | #215049174 | #215049700 | #215049190 | #214980749 |
| ACCOUNT TYPE | ACH | MASTER | A/P | PAYROLL | FINTECH | TAX |
| BANK BALANCE | 0.00 | 582,829.04 | 0.00 | 0.00 | 0.00 | 38,378.88 |
| DEPOSITS IN TRANSIT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OUTSTANDING CHECKS | 0.00 | 0.00 | -181,108.78 | -17,885.84 | 0.00 | 0.00 |
| ADJUSTED BANK BALANCE | 0.00 | 582,829.04 | -181,108.78 | -17,885.84 | 0.00 | 38,378.88 |
| BEGINNING CASH - PER BOOKS | 0.00 | 434,775.00 | -111,547.17 | -18,010.16 | 186,515.21 | 186,515.21 |
| RECEIPTS* | 0.00 | 6,494,947.51 | 0.00 | 0.00 | 0.00 | 0.00 |
| TRANSFERS BETWEEN ACCOUNTS | 660,776.21 | -4,146,999.29 | 1,354,487.39 | 1,786,812.46 | 158,451.93 | 1,002,971.30 |
| WITHDRAWAL OR CONTRIBUTION BY DEBTOR | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CHECKS/OTHER DISBURSEMENTS* | -660,776.21 | -2,199,884.22 | -1,424,049.00 | (1,721,194.30) | -158,451.93 | -1,151,107.63 |
| ENDING CASH - PER BOOKS | 0.00 | 582,829.00 | -181,108.78 | 47,608.00 | 0.00 | 38,378.88 |

MFR-2

MFR-8

*Numbers should balance (match) TOTAL RECEIPTS and
TOTAL DISBURSEMENTS lines on MOR-7

CASE NAME:     Fired Up, Inc.
CASE NUMBER:   14-10447-TMD

MFR-8

| | Prosperity Savings account | Prosperity Utility Escrow account | Capital One | WF SWEEP depositories | WF Payroll |
|---|---|---|---|---|---|
| BANK NAME | Prosperity Savings account | Prosperity Utility Escrow account | Capital One | WF SWEEP depositories | WF Payroll |
| ACCOUNT NUMBER | #212471518 | #212471496 | Multiple Accounts | #494609815O | #4421698637 |
| ACCOUNT TYPE | SAVINGS | UTILITY ESCROW | | DEPOSITORY | PAYROLL |
| BANK BALANCE | 600,073.57 | 256,566.00 | 2,879.57 | 0.00 | 0.00 |
| DEPOSITS IN TRANSIT | | | | 161,588.60 | 0.00 |
| OUTSTANDING CHECKS | | | | | -102,863.34 |
| ADJUSTED BANK BALANCE | 600,073.57 | 256,566.00 | 2,879.57 | 161,588.60 | -102,863.34 |
| BEGINNING CASH - PER BOOKS | 600,032.71 | 256,522.43 | 7,803.23 | 76,433.00 | -102,994.72 |
| RECEIPTS* | 0.00 | 43.57 | 26,576.34 | 774,834.28 | 0.00 |
| TRANSFERS BETWEEN ACCOUNTS | 0.00 | | -31,500.00 | -683,875.28 | |
| (WITHDRAWAL) OR CONTRIBUTION BY DEBTOR   MFR-2 | | | | | |
| CHECKS/OTHER DISBURSEMENTS* | | | | | 131.38 |
| ENDING CASH - PER BOOKS | 600,032.71 | 256,566.00 | 2,879.57 | 167,392.00 | -102,863.34 |

CASE NAME: Fired Up, Inc.
CASE NUMBER: 14-10447-TMD

| | WF A/P | WF Master | FIFTH THIRD BANK | FIFTH THIRD BANK | Petty Cash | TOTAL |
|---|---|---|---|---|---|---|
| BANK NAME | WF A/P | WF Master | FIFTH THIRD BANK | FIFTH THIRD BANK | Petty Cash | |
| ACCOUNT NUMBER | #41216996645 | #412163139 | #999020607 1 | #999020607 1 | | |
| ACCOUNT TYPE | AP | MASTER | MASTER | SWEEP | | TOTAL |
| BANK BALANCE | 0.00 | 724.00 | 18,288.15 | 0.00 | 54,900.00 | 1,554,639.21 |
| DEPOSITS IN TRANSIT | | 149,052.15 | 0.00 | 0.00 | | 310,640.75 |
| OUTSTANDING CHECKS | -80,913.01 | | | | | -392,770.97 |
| ADJUSTED BANK BALANCE | -80,913.01 | 149,776.16 | 18,288.15 | 0.00 | 54,900.00 | 1,472,508.99 |
| BEGINNING CASH - PER BOOKS | -80,913.01 | 239,201.86 | 0.00 | 0.00 | 54,900.00 | 1,532,718.38 |
| RECEIPTS* | 0.00 | 35,014.08 | 0.00 | 18,288.15 | | 7,349,703.93 |
| TRANSFERS BETWEEN ACCOUNTS | 0.00 | (101,124.72) | 18,288.15 | (18,288.15) | 54,900.00 | 0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY DEBTOR    MFR-2 | | | | | | 0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 0.00 | -23,315.07 | 0.00 | | | -7,338,656.98 |
| ENDING CASH - PER BOOKS | -80,913.01 | 149,776.15 | 18,288.15 | 0.00 | 54,900.00 | 1,543,765.33 |
| | | | | | | 1,543,765.33 |

MFR-8

CASE NAME: Fired Up, Inc.

CASE NUMBER: 14-10447-TMD

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH - 5 week Period 03/27/2014 thru 04/30/2014 | MONTH - 4 week Period 05/01/2014 thru 05/28/2014 | MONTH Period 05/29/2014 thru 06/25/2014 | MONTH Period 06/26/2014 thru 07/30/2014 | MONTH Period 07/31/2014 thru 08/27/2014 | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| 1. Pictoric Media Group (Non-Statutory Insider) | 19,415.18 | 32,762.93 | 31,453.68 | 37,265.36 | 35,509.21 | | |
| 2. Moondance, Inc. (Rent) | 28,068.05 | 28,068.05 | 28,068.05 | 28,068.05 | 28,068.05 | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| TOTAL INSIDERS (MOR-1) | $47,483.23 | $60,830.98 | $59,521.73 | $65,333.41 | $63,577.26 | | |

| PROFESSIONALS | MONTH - 5 week Period 03/27/2014 thru 04/30/2014 | MONTH - 4 week Period 05/01/2014 thru 05/28/2014 | MONTH Period 05/29/2014 thru 06/25/2014 | MONTH Period 06/26/2014 thru 07/30/2014 | MONTH Period 07/31/2014 thru 08/27/2014 | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| 1. Dorsett Johnson & Swift, LLP | 267.50 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 2. | | | | | | | |
| 3. Layne Berman-Labor Consultant | 0.00 | 2,000.00 | 0.00 | 0.00 | 0.00 | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $267.50 | $2,000.00 | $0.00 | $0.00 | $0.00 | | |

MOR-9

Fired Up, Inc.
Consolidated Income Statement
For the Two Periods Ending August 27, 2014

| | Current Period | | Year-to-Date | | |
|---|---|---|---|---|---|
| | 2 | % | % | $ | % |
| 00040 Guest Counts | 469,094 | 6.3% | 6.3% | 1,001,496 | 6.2% |
| | | | | | |
| 40000 Food Sales | 6,358,649 | 85.2% | 85.2% | 13,635,033 | 85.0% |
| 40010 Beverage Sales | 455,280 | 6.1% | 6.2% | 985,457 | 6.1% |
| Food & Beverage Sales | 6,813,929 | 91.3% | 91.3% | 14,620,490 | 91.2% |
| | | | | | |
| 40020 Liquor Sales | 272,836 | 3.7% | 3.2% | 600,868 | 3.7% |
| 40030 Beer Sales | 111,464 | 1.5% | 1.5% | 240,216 | 1.5% |
| 40040 Wine Sales | 267,417 | 3.6% | 3.9% | 577,128 | 3.6% |
| Total Alcohol Sales | 651,717 | 8.7% | 8.7% | 1,418,212 | 8.8% |
| | | | | | |
| Gross Sales | 7,465,646 | 100.0% | 100.0% | 16,038,702 | 100.0% |
| | | | | | |
| 50140 Food Comps | 707,819 | 9.5% | 7.2% | 1,469,330 | 9.2% |
| 50150 Alcohol Comps | | | | | |
| 50155 Employee Discounts | 44,698 | 0.6% | 0.6% | 101,018 | 0.6% |
| 50161 BOGs | 5,913 | 0.1% | 0.1% | 14,723 | 0.1% |
| 50160 Coupons | 163,864 | 2.2% | 1.8% | 315,768 | 2.0% |
| 50156 Guest Loyalty | 13,640 | 0.2% | 0.2% | 29,343 | 0.2% |
| Total Comps | 935,934 | 12.5% | 9.9% | 1,930,182 | 12.0% |
| | | | | | |
| Net Sales | 6,529,712 | 87.5% | 90.1% | 14,108,520 | 88.0% |
| | | | | | |
| 50000 Meat | 203,174 | 3.2% | 3.0% | 420,970 | 3.1% |
| 50010 Seafood | 129,789 | 2.0% | 1.9% | 276,592 | 2.0% |
| 50020 Poultry | 216,890 | 3.4% | 3.3% | 455,267 | 3.3% |
| 50030 Produce | 197,188 | 3.1% | 3.0% | 426,175 | 3.1% |
| 50040 Dairy | 235,233 | 3.7% | 3.7% | 507,683 | 3.7% |
| 50050 Bakery | 137,016 | 2.2% | 2.1% | 294,578 | 2.2% |
| 50060 Pasta | 122,053 | 1.9% | 2.0% | 257,375 | 1.9% |
| 50070 Sauces | 113,986 | 1.8% | 1.7% | 237,004 | 1.7% |
| 50080 Oils | 68,872 | 1.1% | 1.0% | 144,332 | 1.1% |
| 50095 Desserts | 41,236 | 0.6% | 0.7% | 85,387 | 0.6% |
| 50090 Other Food | 251,985 | 4.0% | 3.7% | 537,612 | 3.9% |
| 58000 Other | | | | | |
| Total Food Cost | 1,717,422 | 27.0% | 26.3% | 3,642,975 | 26.7% |
| | | | | | |
| 50100 NA Beverage | 75,469 | 16.6% | 17.3% | 165,954 | 16.8% |
| Total Food & Beverage Costs | 1,792,891 | 26.3% | 25.7% | 3,808,929 | 26.1% |
| | | | | | |
| 50110 Liquor | 38,793 | 14.2% | 17.1% | 83,702 | 13.9% |
| 50120 Beer | 42,423 | 38.1% | 38.7% | 91,185 | 38.0% |
| 50130 Wine | 89,505 | 33.5% | 30.5% | 188,654 | 32.7% |
| Total Alcohol Costs | 170,721 | 26.2% | 27.0% | 363,541 | 25.6% |
| | | | | | |
| Total Cost of Sales | 1,963,612 | 26.3% | 25.8% | 4,172,470 | 26.0% |
| | | | | | |
| 50170 Hostess | 80,319 | 1.1% | 1.1% | 179,637 | 1.1% |
| 50171 Hostess-OT | 319 | 0.0% | 0.0% | 596 | 0.0% |
| 50180 Foodserver | 189,633 | 2.5% | 2.6% | 416,142 | 2.6% |
| 50181 Foodserver-OT | 3,647 | 0.0% | 0.1% | 6,071 | 0.0% |
| 50190 Tender | 76,449 | 1.0% | 1.0% | 169,346 | 1.1% |
| 50191 Tender-OT | 780 | 0.0% | 0.0% | 1,527 | 0.0% |
| 50200 Bartender | 59,614 | 0.8% | 0.8% | 133,222 | 0.8% |
| 50201 Bartender-OT | 1,205 | 0.0% | 0.0% | 1,900 | 0.0% |
| 50185 Curbside/To Go | 40,411 | 0.5% | 0.6% | 88,165 | 0.5% |
| 50186 Curbside/To Go - OT | 199 | 0.0% | 0.0% | 463 | 0.0% |
| 50187 Catering | 41,484 | 0.6% | 0.8% | 97,382 | 0.6% |
| 50188 Catering - OT | 889 | 0.0% | 0.0% | 1,314 | 0.0% |
| 50195 Dining Room Expo | | | | | |
| 50196 Dining Room Expo - OT | | | | | |
| 50205 Key Staff | 43,505 | 0.6% | 0.5% | 98,562 | 0.6% |
| 50206 Key Staff - OT | 2,881 | 0.0% | 0.0% | 4,689 | 0.0% |
| 50210 Dining Room Training | 49,123 | 0.7% | 0.6% | 101,274 | 0.6% |
| 50215 Dining Room Training-OT | 154 | 0.0% | 0.0% | 400 | 0.0% |
| Total Dining Room Labor | 590,612 | 7.9% | 8.1% | 1,300,690 | 8.1% |
| | | | | | |
| 50220 Kitchen | 623,977 | 8.4% | 8.5% | 1,380,433 | 8.6% |
| 50221 Kitchen-OT | 17,982 | 0.2% | 0.3% | 31,662 | 0.2% |
| 50240 Steward | 166,218 | 2.2% | 2.1% | 365,213 | 2.3% |
| 50241 Steward-OT | 3,350 | 0.0% | 0.1% | 6,097 | 0.0% |

Fired Up, Inc.
Consolidated Income Statement
For the Two Periods Ending August 27, 2014

| | Current Period | | Year-to-Date | | |
|---|---|---|---|---|---|
| | 2 | % | % | $ | % |
| 50250 Kitchen Training | 22,335 | 0.3% | 0.2% | 45,363 | 0.3% |
| 50260 Kitchen Training-OT | 236 | 0.0% | 0.0% | 298 | 0.0% |
| Total Kitchen Labor | 834,098 | 11.2% | 11.2% | 1,829,066 | 11.4% |
| 50265 Meetings | 4,375 | 0.1% | 0.1% | 9,534 | 0.1% |
| Total Wages | 1,429,085 | 19.1% | 19.4% | 3,139,290 | 19.6% |
| 50299 MIT/Incentive Credits | | | | | |
| 77500 Manager Salaries | 445,542 | 6.0% | 5.8% | 998,049 | 6.2% |
| Total Manager Salaries | 445,542 | 6.0% | 5.8% | 998,049 | 6.2% |
| 50290 Staff Incentives | 481 | 0.0% | 0.0% | 1,161 | 0.0% |
| 77505 Payroll Taxes | 273,083 | 3.7% | 3.5% | 606,269 | 3.8% |
| Total Labor Expense | 2,148,191 | 28.8% | 28.7% | 4,744,769 | 29.6% |
| 50135 Rebates | -28,227 | -0.4% | -0.4% | -63,511 | -0.4% |
| 73510 Fuel Charge | 5,731 | 0.1% | 0.0% | 17,144 | 0.1% |
| 50136 Inventory Reserve Adjustment | | | | | |
| 50300 Supplies | 100,141 | 1.3% | 1.1% | 195,060 | 1.2% |
| 50315 Catering Supplies | 35,398 | 0.5% | 0.6% | 70,123 | 0.4% |
| 50306 China | 4,343 | 0.1% | 0.1% | 8,678 | 0.1% |
| 50307 Glassware | 4,878 | 0.1% | 0.1% | 21,033 | 0.1% |
| 50308 Silverware | 4,782 | 0.1% | 0.1% | 8,238 | 0.1% |
| 50302 TakeOut | 61,221 | 0.8% | 0.8% | 127,734 | 0.8% |
| 50303 Chemicals | 55,778 | 0.7% | 0.5% | 104,593 | 0.7% |
| 50301 Supply Rebates | | | | | |
| 50305 Uniforms | 6,166 | 0.1% | 0.1% | 10,971 | 0.1% |
| 50320 Tableware / Menus | 643 | 0.0% | 0.0% | 3,330 | 0.0% |
| 50340 Linen | 58,278 | 0.8% | 0.6% | 129,098 | 0.8% |
| Total Restaurant Expense | 309,132 | 4.1% | 3.5% | 632,491 | 3.9% |
| 76000 Telephone Expense | 36,116 | 0.5% | 0.5% | 72,232 | 0.5% |
| 67010 WC Insurance - Fixed | 22,500 | 0.3% | 0.3% | 45,000 | 0.3% |
| 67020 WC Insurance - Variable | -2,000 | 0.0% | 0.0% | 4,000 | 0.0% |
| 65300 Fixed Rental | 21,423 | 0.3% | 0.3% | 59,915 | 0.4% |
| 65100 Exterminator Expense | 10,368 | 0.1% | 0.1% | 24,193 | 0.2% |
| 74510 R&M Variable - Electrical | 8,034 | 0.1% | 0.1% | 19,283 | 0.1% |
| 74520 R&M Variable - Plumbing | 14,141 | 0.2% | 0.1% | 29,081 | 0.2% |
| 74530 R&M Variable - HVAC | 16,433 | 0.2% | 0.1% | 35,116 | 0.2% |
| 74540 R&M Variable - Equipment | 39,483 | 0.5% | 0.3% | 85,260 | 0.5% |
| 74500 R&M Variable - Other | 45,607 | 0.6% | 0.3% | 86,257 | 0.5% |
| 70000 Janitorial | 43,673 | 0.6% | 0.6% | 97,878 | 0.6% |
| 70100 Maint Contracts | 100,660 | 1.3% | 1.0% | 192,042 | 1.2% |
| 77010 Utilities Expense - Electric | 197,494 | 2.6% | 2.2% | 414,144 | 2.6% |
| 77020 Utilities Expense - Water | 56,702 | 0.8% | 0.7% | 112,996 | 0.7% |
| 77000 Utilities Expense - Gas | 84,502 | 1.1% | 1.1% | 167,612 | 1.0% |
| 75110 Security Expense | 19,077 | 0.3% | 0.2% | 37,823 | 0.2% |
| Total Facility Expense | 714,213 | 9.6% | 7.8% | 1,482,832 | 9.2% |
| 71000 Office Expense | 9,331 | 0.1% | 0.1% | 19,585 | 0.1% |
| 50355 Credit Card Chargebacks | 698 | 0.0% | 0.0% | 2,720 | 0.0% |
| 61500 Bad Debt | -17,229 | -0.2% | 0.1% | -323 | 0.0% |
| 70600 Misc/Delivery/Customer Relations | 2,817 | 0.0% | 0.0% | 5,721 | 0.0% |
| 75100 Sales Tax | 10,871 | 0.1% | 0.1% | 22,634 | 0.1% |
| 64500 Dues and Subscriptions Exp | 139 | 0.0% | 0.0% | 684 | 0.0% |
| 69400 Community Interaction | 3,706 | 0.0% | 0.0% | 4,683 | 0.0% |
| 76505 Parking Expense | | | | | |
| 70650 Misc. Income | -48,364 | -0.6% | -0.9% | -116,812 | -0.7% |
| 50400 Gift Certificates | 2,025 | 0.0% | 0.0% | 4,050 | 0.0% |
| 73300 Petty Cash Expense | | | | | |
| Total Other Expenses | -36,006 | -0.5% | -0.5% | -57,058 | -0.4% |
| Total Controllable Expense | 5,099,142 | 68.3% | 65.2% | 10,975,504 | 68.4% |
| Net Operatng Income | 1,430,570 | 19.2% | 24.9% | 3,133,016 | 19.5% |
| 50270 Vacation Pay | 13,950 | 0.2% | 0.1% | 22,600 | 0.1% |
| 50280 Staff Benefits | 645 | 0.0% | 0.1% | 2,178 | 0.0% |
| 50295 Manager Bonus | 39,408 | 0.5% | 0.5% | 88,668 | 0.6% |
| 77610 Manager Benefits | 58,501 | 0.8% | 0.7% | 134,793 | 0.8% |

Fired Up, Inc.
Consolidated Income Statement
For the Two Periods Ending August 27, 2014

| | Current Period | | | Year-to-Date | |
|---|---|---|---|---|---|
| | 2 | % | % | $ | % |
| Total Bonus & Benefits | 112,504 | 1.5% | 1.4% | 248,239 | 1.5% |
| | | | | | |
| 50350 Credit Card Fees | 134,622 | 1.8% | 1.8% | 269,474 | 1.7% |
| 60000 Marketing | 48,928 | 0.7% | 0.7% | 105,725 | 0.7% |
| 69300 Liquor Tax | 34,907 | 0.5% | 0.4% | 76,090 | 0.5% |
| 70660 Non-Controllable Misc. Exp | 226 | 0.0% | | 226 | 0.0% |
| 69000 Licenses Expense | 11,139 | 0.1% | 0.2% | 24,441 | 0.2% |
| 62000 Bank Charges | 5,554 | 0.1% | 0.1% | 12,237 | 0.1% |
| 71500 Other Taxes | | | | | |
| 77700 Minimum Wage Variance | | | | | |
| 67000 Other Insurance Expense | 60,750 | 0.8% | 0.8% | 121,500 | 0.8% |
| Non-Controllable G&A Expense | 296,126 | 4.0% | 4.0% | 609,693 | 3.8% |
| | | | | | |
| 74000 Rent or Lease Expense | 647,379 | 8.7% | 8.4% | 1,289,644 | 8.0% |
| 73540 Property Tax | 148,481 | 2.0% | 1.9% | 300,602 | 1.9% |
| Total Other Non-Controllable | 795,860 | 10.7% | 10.3% | 1,590,246 | 9.9% |
| | | | | | |
| 64510 Interest Expense | | | | | |
| | | | | | |
| 64000 Depreciation Expense | 192,413 | 2.6% | 2.1% | 384,827 | 2.4% |
| | | | | | |
| Net Income | 33,667 | 0.5% | 7.1% | 300,011 | 1.9% |
| | | | | | |
| Operating Cash Flow | 226,080 | 3.0% | 9.1% | 684,838 | 4.3% |
| | | | | | |
| | | | | | |
| 41200 Royalties | 182,413 | 2.4% | 2.4% | 387,014 | 2.4% |
| 41210 Development Fees | | | | | |
| 41005 Franchise Fees | | | | | |
| Total Franchise Revenue | 182,413 | 2.4% | 2.4% | 387,014 | 2.4% |
| | | | | | |
| 60500 Preopening Expense/Amortization | | | | | |
| | | | | | |
| 87200 Corporate Compensation | 106,772 | 1.4% | 1.3% | 237,813 | 1.5% |
| 87100 Operations Compensation | 80,519 | 1.1% | 1.1% | 178,843 | 1.1% |
| 83700 Bonuses | 11,560 | 0.2% | 0.2% | 28,316 | 0.2% |
| 87300 Payroll Taxes | 15,551 | 0.2% | 0.2% | 34,561 | 0.2% |
| 87600 Vacation | 4,982 | 0.1% | 0.2% | 8,123 | 0.1% |
| 85000 Employee Benefits | 91 | 0.0% | 0.0% | 491 | 0.0% |
| G&A - Compensation | 219,475 | 2.9% | 3.0% | 488,147 | 3.0% |
| | | | | | |
| 85750 Airfare | 3,762 | 0.1% | 0.0% | 8,309 | 0.1% |
| 85700 Lodging | 4,635 | 0.1% | 0.0% | 10,037 | 0.1% |
| 86500 Meals | 1,289 | 0.0% | 0.0% | 4,265 | 0.0% |
| 86505 Mileage/Gas/Parking | 21,217 | 0.3% | 0.2% | 49,811 | 0.3% |
| 85600 Auto Rental | 410 | 0.0% | 0.0% | 2,021 | 0.0% |
| 85650 Car Allowance | 8,330 | 0.1% | 0.1% | 24,483 | 0.2% |
| 80500 Entertainment / Gifts | 1,678 | 0.0% | | 1,862 | 0.0% |
| G&A - T&E | 41,321 | 0.6% | 0.3% | 100,788 | 0.6% |
| | | | | | |
| 81500 Bad Debt | 35 | 0.0% | 0.0% | 10,097 | 0.1% |
| 82000 Bank charges | 5,789 | 0.1% | 0.1% | 11,761 | 0.1% |
| 82100 Gift Card Fees | 342 | 0.0% | 0.0% | 2,728 | 0.0% |
| 87000 Insurance | -61,812 | -0.8% | 2.0% | -96,051 | -0.6% |
| 80600 Misc Exps | | | | | |
| 90300 Non Income Based Taxes | | | | | |
| 81600 Other Taxes | | | | | |
| 84700 Penalties | 471 | 0.0% | 0.1% | 19,754 | 0.1% |
| 80000 Sales Tax Discount | -3,611 | 0.0% | 0.0% | -6,513 | 0.0% |
| 41000 Other income | -7,802 | -0.1% | 0.0% | -8,900 | -0.1% |
| G&A - Finance | -66,588 | -0.9% | 2.1% | -67,124 | -0.4% |
| | | | | | |
| 85900 BOD Expense | | | | | |
| 82600 Charitable Contributions | | | | | |
| 80400 Computer/IT Expenses | 39,321 | 0.5% | 0.1% | 100,022 | 0.6% |
| 84500 Dues & Subcriptions | | | | | |
| 89000 Licenses | 150 | 0.0% | | 150 | 0.0% |
| 85800 Research and Development | 611 | 0.0% | 0.0% | 2,075 | 0.0% |
| 80550 Franchise Exps | 50 | 0.0% | 0.0% | 98 | 0.0% |
| 83670 Special Projects | | | | | |
| 80135 Corporate Rebates | -1,291 | 0.0% | -0.1% | -12,381 | -0.1% |
| G&A - General | 38,841 | 0.5% | 0.1% | 89,964 | 0.6% |

Fired Up, Inc.
Consolidated Income Statement
For the Two Periods Ending August 27, 2014

| | Current Period | | Year-to-Date | | |
|---|---|---|---|---|---|
| | 2 | % | % | $ | % |
| 84000 Rent | -2,362 | 0.0% | 0.0% | 5,846 | 0.0% |
| 83540 Property Taxes | -5,938 | -0.1% | | -5,938 | 0.0% |
| 84800 Utilities | | | | | |
| 86000 Telephone | -2,658 | 0.0% | 0.2% | 30,374 | 0.2% |
| 85110 Security | | | | | |
| 84600 R&M Variable | | | | | |
| 85300 Fixed Rental | 1,605 | 0.0% | 0.0% | 3,075 | 0.0% |
| 85500 Freight & Postage | 817 | 0.0% | 0.0% | 5,012 | 0.0% |
| 81000 Office Expenses | 9,783 | 0.1% | 0.1% | 19,940 | 0.1% |
| G&A - Facilities | 1,247 | 0.0% | 0.4% | 58,309 | 0.4% |
| (8170( Marketing | 30,908 | 0.4% | 1.2% | 133,746 | 0.8% |
| 86400 Corporate Menu Expenses | | | | | |
| G&A - Marketing | 30,908 | 0.4% | 1.2% | 133,746 | 0.8% |
| 80300 Accounting Expenses | 5,000 | 0.1% | 0.1% | 10,000 | 0.1% |
| 88600 Contract Maintenance | 7,814 | 0.1% | 0.5% | 13,916 | 0.1% |
| 88500 Legal and Professional Expense | 284,535 | 3.8% | 2.6% | 537,963 | 3.4% |
| 40810 Professional Reimbursements | | | | | |
| G&A - Professional Fees | 297,349 | 4.0% | 3.1% | 561,879 | 3.5% |
| 86250 Personal Development | | | | | |
| 84900 Uniforms | -371 | 0.0% | | -371 | 0.0% |
| 86300 Meetings / Seminars | 284 | 0.0% | | 1,665 | 0.0% |
| 83550 Relocation Expense | 7,998 | 0.1% | 0.1% | 17,743 | 0.1% |
| 86200 Training Expenses | | | | | |
| 83600 Recruiting | 4,743 | 0.1% | | 5,984 | 0.0% |
| 83650 Bonuses-Mgr Training | 1,000 | 0.0% | | 2,100 | 0.0% |
| 87250 MIT Salaries | 33,278 | 0.4% | 0.6% | 65,307 | 0.4% |
| 88000 401K-Employer Matching | 1,867 | 0.0% | 0.0% | 3,890 | 0.0% |
| G&A - People | 48,799 | 0.7% | 0.7% | 96,318 | 0.6% |
| Total General and administrative | 611,352 | 8.2% | 10.9% | 1,462,027 | 9.1% |
| 82500 Closed Store Expenses-General & Utilities | -6,116 | -0.1% | 0.1% | -7,865 | 0.0% |
| 82505 Closed Store Expenses - Rent/CAM | 17,946 | 0.2% | 0.2% | 35,891 | 0.2% |
| 82510 Closed Store Expenses - Property Tax | 1,470 | 0.0% | 0.0% | 2,730 | 0.0% |
| Total Closed Store Expenses | 13,300 | 0.2% | 0.4% | 30,756 | 0.2% |
| 90000 (Gain)loss sale of assets | -50,328 | -0.7% | -0.6% | -100,656 | -0.6% |
| 64000 Restaurant Depreciation | 192,413 | 2.6% | 2.1% | 384,827 | 2.4% |
| 89600 Amortization Expense | | | | | |
| 89500 Corporate Depreciation | 10,269 | 0.1% | 0.1% | 20,538 | 0.1% |
| 82515 Closed Store - Depreciation | 46,823 | 0.6% | 0.2% | 93,645 | 0.6% |
| Total Depreuation and Amortization | 249,505 | 3.3% | 2.3% | 499,010 | 3.1% |
| 87500 Interest Expense | 53,275 | 0.7% | 0.7% | 109,097 | 0.7% |
| 40800 Interest Income | -99 | 0.0% | 0.0% | -190 | 0.0% |
| Interest expense, net | 53,176 | 0.7% | 0.7% | 108,907 | 0.7% |
| 41800 Loss on Asset Impairment | | | | | |
| 90100 Income tax expense (benefit) | 25,000 | 0.3% | 0.3% | 42,110 | 0.3% |
| Total Company  Net income (loss) | -493,512 | -6.6% | -2.4% | -970,302 | -6.0% |
| Total Company Net Operating Cash Flow Before Principal Pymt & Capex | -244,007 | -3.3% | -0.1% | -471,292 | -2.9% |

Other Disbursements as of 08/27/2014

| | | | |
|---|---|---|---:|
| 8/7/2014 | GARN-30057 | California Disbursment Center | $16.15 |
| 8/7/2014 | GARN-30032 | Kansas Payment Center | $47.39 |
| 8/7/2014 | GARN-00004 | Idaho Child Support Receipting | $230.76 |
| 8/7/2014 | GARN-00004 | Idaho Child Support Receipting | $273.85 |
| 8/7/2014 | GARN-00004 | Idaho Child Support Receipting | $50.13 |
| 8/7/2014 | GARN-00004 | Idaho Child Support Receipting | $78.53 |
| 8/7/2014 | GARN-00004 | Idaho Child Support Receipting | $23.06 |
| 8/7/2014 | GARN-00004 | Idaho Child Support Receipting | $94.60 |
| 8/7/2014 | GARN-00031 | Arkansas Child Support Clearinghouse | $91.20 |
| 8/7/2014 | GARN-00031 | Arkansas Child Support Clearinghouse | $192.19 |
| 8/7/2014 | GARN-00031 | Arkansas Child Support Clearinghouse | $121.71 |
| 8/7/2014 | GARN-30074 | Clearinghouse ATLAS | $5.85 |
| 8/7/2014 | GARN-00004 | Idaho Child Support Receipting | $210.46 |
| 8/7/2014 | GARN-00031 | Arkansas Child Support Clearinghouse | $63.80 |
| 8/7/2014 | GARN-45898 | Child Support Services | $76.15 |
| 8/7/2014 | GARN-30011 | TG-SA | $82.17 |
| 8/7/2014 | GARN-00031 | Arkansas Child Support Clearinghouse | $104.00 |
| 8/7/2014 | GARN-00031 | Arkansas Child Support Clearinghouse | $164.87 |
| 8/7/2014 | GARN-00031 | Arkansas Child Support Clearinghouse | $61.83 |
| 8/7/2014 | GARN-00004 | Idaho Child Support Receipting | $249.74 |
| 8/7/2014 | GARN-00026 | INTERNAL REVENUE SERVICE | $83.94 |
| 8/7/2014 | GARN-00037 | Family Support Payment Center | $252.46 |
| 8/7/2014 | GARN-00031 | Arkansas Child Support Clearinghouse | $57.60 |
| 8/7/2014 | GARN-49735 | Department of Social Services | $200.88 |
| 8/7/2014 | GARN-00015 | Family Support Registry | $112.00 |
| 8/7/2014 | GARN-00555 | Michigan Disbursement Unit | $124.26 |
| 8/7/2014 | GARN-49735 | Department of Social Services | $192.30 |
| 8/7/2014 | GARN-30137 | JASPER COUNTY | $124.26 |
| 8/7/2014 | GARN-49735 | Department of Social Services | $111.66 |
| 8/7/2014 | GARN-49735 | Department of Social Services | $26.87 |
| 8/7/2014 | GARN-49735 | Department of Social Services | $157.50 |
| 8/7/2014 | GARN-00004 | Idaho Child Support Receipting | $69.22 |
| 8/7/2014 | GARN-64611 | Collection Services Center | $233.83 |
| 8/7/2014 | GARN-00047 | Mn Child Support Payment Ctr | $290.27 |
| 8/7/2014 | GARN-30057 | California Disbursment Center | $117.57 |
| 8/7/2014 | GARN-30011 | TG-SA | $168.74 |
| 8/7/2014 | GARN-00004 | Idaho Child Support Receipting | $98.30 |
| 8/7/2014 | GARN-30148 | INTERNAL REVENUE SERVICE | $145.50 |
| 8/7/2014 | GARN-00004 | Idaho Child Support Receipting | $69.22 |
| 8/7/2014 | GARN-30057 | California Disbursment Center | $47.74 |
| 8/7/2014 | GARN-00004 | Idaho Child Support Receipting | $194.17 |
| 8/7/2014 | GARN-64611 | Collection Services Center | $33.12 |
| 8/7/2014 | GARN-40005 | Student Loan Guarantee Foundation of Arkansas | $252.33 |
| 8/7/2014 | GARN-30141 | IDAHO TAX COMMISSION | $67.72 |

| | | | |
|---|---|---|---:|
| 8/7/2014 | GARN-00004 | Idaho Child Support Receipting | $32.30 |
| 8/7/2014 | GARN-00015 | Family Support Registry | $230.77 |
| 8/7/2014 | GARN-00037 | Family Support Payment Center | $48.38 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $102.00 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $62.06 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $58.63 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $11.15 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $172.62 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $461.54 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $323.08 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $8.31 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $63.30 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $80.77 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $226.15 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $80.77 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $65.59 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $2.98 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $114.03 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $7.81 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $35.02 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $79.78 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $5.34 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $23.08 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $178.15 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $243.36 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $162.54 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $159.24 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $81.69 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $138.46 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $124.72 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $110.77 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $83.08 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $10.92 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $25.85 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $30.58 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $29.85 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $22.21 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $25.85 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $13.40 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $19.30 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $30.22 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $49.01 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $21.84 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $169.38 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $213.38 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $26.51 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $227.37 |

| | | | |
|---|---|---|---|
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $51.50 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $148.15 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $851.44 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $353.08 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $145.38 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $172.00 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $94.62 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $240.00 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $186.46 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $54.47 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $57.14 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $131.08 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $138.46 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $10.89 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $9.40 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $249.23 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $145.85 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $2.65 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $3.11 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $49.89 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $135.23 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $344.55 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $207.90 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $207.23 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $23.08 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $157.38 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $8.12 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $552.52 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $16.59 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $7.23 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $10.19 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $7.45 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $144.00 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $150.46 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $83.41 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $42.17 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $230.77 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $145.38 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $173.08 |
| 8/12/2014 | GARN-00008 | Office of the Attorney General | $166.94 |
| 8/25/2014 | GARN-30057 | California Disbursment Center | $16.15 |
| 8/25/2014 | GARN-30032 | Kansas Payment Center | $94.18 |
| 8/25/2014 | GARN-00004 | Idaho Child Support Receipting | $230.76 |
| 8/25/2014 | GARN-00004 | Idaho Child Support Receipting | $221.56 |
| 8/25/2014 | GARN-00004 | Idaho Child Support Receipting | $37.95 |
| 8/25/2014 | GARN-00004 | Idaho Child Support Receipting | $98.69 |
| 8/25/2014 | GARN-00004 | Idaho Child Support Receipting | $23.06 |

| | | | |
|---|---|---|---|
| 8/25/2014 | GARN-00004 | Idaho Child Support Receipting | $94.60 |
| 8/25/2014 | GARN-00031 | Arkansas Child Support Clearinghouse | $91.20 |
| 8/25/2014 | GARN-00031 | Arkansas Child Support Clearinghouse | $197.08 |
| 8/25/2014 | GARN-00031 | Arkansas Child Support Clearinghouse | $124.80 |
| 8/25/2014 | GARN-30074 | Clearinghouse ATLAS | $8.87 |
| 8/25/2014 | GARN-00004 | Idaho Child Support Receipting | $210.46 |
| 8/25/2014 | GARN-00031 | Arkansas Child Support Clearinghouse | $63.80 |
| 8/25/2014 | GARN-45898 | Child Support Services | $76.15 |
| 8/25/2014 | GARN-30011 | TG-SA | $41.07 |
| 8/25/2014 | GARN-00031 | Arkansas Child Support Clearinghouse | $176.00 |
| 8/25/2014 | GARN-00031 | Arkansas Child Support Clearinghouse | $66.00 |
| 8/25/2014 | GARN-00004 | Idaho Child Support Receipting | $249.74 |
| 8/25/2014 | GARN-00026 | INTERNAL REVENUE SERVICE | $47.21 |
| 8/25/2014 | GARN-00037 | Family Support Payment Center | $252.46 |
| 8/25/2014 | GARN-00031 | Arkansas Child Support Clearinghouse | $57.60 |
| 8/25/2014 | GARN-49735 | Department of Social Services | $200.88 |
| 8/25/2014 | GARN-00015 | Family Support Registry | $112.00 |
| 8/25/2014 | GARN-00555 | Michigan Disbursement Unit | $60.80 |
| 8/25/2014 | GARN-49735 | Department of Social Services | $243.88 |
| 8/25/2014 | GARN-49735 | Department of Social Services | $192.30 |
| 8/25/2014 | GARN-05698 | Support Enforcement Services- LA | $96.92 |
| 8/25/2014 | GARN-30137 | JASPER COUNTY | $132.29 |
| 8/25/2014 | GARN-49735 | Department of Social Services | $230.76 |
| 8/25/2014 | GARN-49735 | Department of Social Services | $34.30 |
| 8/25/2014 | GARN-49735 | Department of Social Services | $157.50 |
| 8/25/2014 | GARN-00004 | Idaho Child Support Receipting | $69.22 |
| 8/25/2014 | GARN-64611 | Collection Services Center | $233.83 |
| 8/25/2014 | GARN-00047 | Mn Child Support Payment Ctr | $290.27 |
| 8/25/2014 | GARN-30057 | California Disbursment Center | $117.57 |
| 8/25/2014 | GARN-30011 | TG-SA | $168.74 |
| 8/25/2014 | GARN-00004 | Idaho Child Support Receipting | $98.30 |
| 8/25/2014 | GARN-30148 | INTERNAL REVENUE SERVICE | $145.50 |
| 8/25/2014 | GARN-00004 | Idaho Child Support Receipting | $69.22 |
| 8/25/2014 | GARN-30057 | California Disbursment Center | $37.79 |
| 8/25/2014 | GARN-00004 | Idaho Child Support Receipting | $194.17 |
| 8/25/2014 | GARN-64611 | Collection Services Center | $24.99 |
| 8/25/2014 | GARN-40005 | Student Loan Guarantee Foundation of Arkansas | $252.34 |
| 8/25/2014 | GARN-00004 | Idaho Child Support Receipting | $32.30 |
| 8/25/2014 | GARN-00015 | Family Support Registry | $230.77 |
| 8/25/2014 | GARN-00037 | Family Support Payment Center | $48.01 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $51.74 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $92.05 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $21.15 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $172.62 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $461.54 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $323.08 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $8.31 |

| | | | |
|---|---|---|---|
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $56.11 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $80.77 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $17.78 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $226.15 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $143.08 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $80.77 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $61.07 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $3.27 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $82.61 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $36.57 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $39.00 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $88.87 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $8.25 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $23.08 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $178.15 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $243.76 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $162.80 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $159.50 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $81.69 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $138.46 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $69.23 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $124.61 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $110.77 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $83.08 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $11.36 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $26.89 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $31.81 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $31.06 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $23.10 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $26.89 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $13.94 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $20.07 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $31.43 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $50.98 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $22.72 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $169.38 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $213.38 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $184.15 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $173.08 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $233.60 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $8.31 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $148.15 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $851.44 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $353.08 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $145.38 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $172.00 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $94.62 |

| | | | |
|---|---|---|---|
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $107.34 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $169.91 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $240.00 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $186.46 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $23.08 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $131.08 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $7.89 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $6.82 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $209.23 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $145.85 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $9.29 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $10.92 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $135.23 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $344.55 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $207.90 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $207.23 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $23.08 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $143.79 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $26.09 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $552.52 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $41.09 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $12.88 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $18.17 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $13.28 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $144.00 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $150.46 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $27.70 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $16.78 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $230.77 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $145.38 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $159.48 |
| 8/22/2014 | GARN-00008 | Office of the Attorney General | $87.92 |
| | | | $32,228.47 |

## <u>CERTIFICATE OF SERVICE</u>

By my signature below, I certify that on the 24th day of September 2014, a true and correct copy of the foregoing Monthly Operating Report was served by electronic mail transmission to the following parties:


Henry G. Hobbs
henry.g.hobbs@usdoj.gov

Deborah a. Bynum
deborah.a.bynum@usdoj.gov

Bradford J. Sandler
bsandler@pszjlaw.com

Joshua M. Fried
jfried@pszjlaw.com


*/s/ Stephen W. Sather*
Stephen W. Sather