**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 07, 2014**

_____
TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| In Re: | § | |
|---|---|---|
| | § | |
| FIRED UP, INC. | § | Case No. 14-10447-tmd |
| | § | (Chapter 11) |
| Debtor | § | |

### ORDER GRANTING DEBTOR'S OMNIBUS [FOURTH] MOTION TO REJECT UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY EFFECTIVE NOVEMBER 30, 2014

CAME ON TO BE CONSIDERED the *Omnibus [Fourth] Motion to Reject Unexpired Leases of Non-Residential Real Property Effective November 30, 2014* filed by the Debtor. Notice and opportunity to be heard having been properly provided and no objections having been filed or otherwise raised, the Court finds that good cause exists to permit the Debtor to reject the leases set forth in Exhibit "A", attached hereto, effective November 30, 2014. The Court therefore finds that the Motion is meritorious and should be granted. It is therefore

**ORDERED** that Debtor may reject the leases set forth in Exhibit "A" effective November 30, 2014. It is further

**ORDERED** that the Debtor shall continue to make all payments due on the rejected leases through November 2014. It is further

**ORDERED** that the Landlords for such rejected leases shall file their claims for rejection damages, if any, within twenty-eight (28) days from entry of this order.

# # #

Order Submitted By:
Barbara M. Barron/Stephen W. Sather
Barron & Newburger, P.C.
1212 Guadalupe, Suite 104
Austin, TX 78701

**EXHIBIT A – FOURTH REJECTION MOTION OF NON-RESIDENTIAL REAL PROPERTY LEASES**

**(September 4, 2014)**

| Store No. | Location and Leasehold Property Address | Lessee[1] | Lessor (L)/Servicer (S)[2] | Lease[3] Type (F/G) | End of Current Lease Term | Status[4] (A/R/U) | Escrow | Defaults (R –Rent/ T – Taxes) | Proposed Cures/Adequate Assurance of Future Performance |
|---|---|---|---|---|---|---|---|---|---|
| 61 | Parker 9355 Crown Crest Blvd. Parker, CO 80138 | KRG | BGN Ventures, Ltd.* **(L)** c/o ACP Management Company 3720 S. Susan Street, Suite 100 Santa Ana, CA 92702 | F | 12/31/2020 | A - M Term of lease amended to 3/31/17. Monthly rent reduced to the greater of (i) $10,600.00 per month; or (ii) 7.5/ of net sales over a natural breakpoint for each period of April through March | $12,400.00 (E – pre) $22,800.00 (E – post) | R - $0 T - $0 | |
| 88 | Colorado Springs 3015 New Center Point Colorado Springs, CO 80922 | KRG | Nor'wood Limited, Inc.* **(L)** 111 South Tejon St., Suite 222 Colorado Springs, CO 80903-2246 | F | 10/31/2018 | A - M Term of lease amended to 4/30/15. Monthly rent reduced to $10,000.00 per month. | $5,537.40 (E – pre) $11,074.80 (E – post) | R - $0 T - $0 | |

[1] KRG (Kona Restaurant Group, Inc.); CIK (Carino's Italian Kitchen, Inc.)
[2] Asterisk (*) denotes Scheduled Address.
[3] Full Lease(F)/Ground Lease(G)
[4] Assumed(A)/Rejected(R)/Undecided(U); AI denotes "As Is"; M denotes "Modification"
[5] ED (Effective Date of Plan)

United States Bankruptcy Court
Western District of Texas

In re:                                                                  Case No. 14-10447-tmd
Fired Up, Inc.                                                          Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0542-1          User: miillers          Page 1 of 3          Date Rcvd: Oct 07, 2014
                      Form ID: pdfintp          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 09, 2014.
db             +Fired Up, Inc.,    1514 Ranch Road 620 South,    Austin, TX 78734-6210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2014                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 7, 2014 at the address(es) listed below:
        Barbara M. Barron    on behalf of Plaintiff   Fired Up, Inc. bbarron@bnpclaw.com,
         saugusta@bn-lawyers.com;lhicks@bn-lawyers.com;kelliott@bn-lawyers.com;cbeyer@bn-lawyers.com
        Barbara M. Barron    on behalf of Debtor   Fired Up, Inc. bbarron@bnpclaw.com,
         saugusta@bn-lawyers.com;lhicks@bn-lawyers.com;kelliott@bn-lawyers.com;cbeyer@bn-lawyers.com
        Blake Rasner    on behalf of Creditor   FRG Capital LLC brasner@haleyolson.com,
         dserenil@haleyolson.com
        Bradford J Sandler    on behalf of Interested Party   Official Committee Of Unsecured Creditors
         bsandler@pszjlaw.com,   ljones@pszjlaw.com
        Cassandra A. Sepanik     on behalf of Creditor   National Retail Properties, LP
         cassandra.sepanik@tklaw.com,   dannette.johnson@tklaw.com
        Christina Flores    on behalf of Creditor   City of Laredo ffccpllc14@gmail.com
        Christopher Bedford Mosley    on behalf of Creditor   City Of Fort Worth
         chris.mosley@fortworthtexas.gov,   sharon.floyd@fortworthtexas.gov
        Crystal R. Axelrod    on behalf of Creditor   Atascocita 1692, LLC. caxelrod@morganlewis.com
        David G. Aelvoet    on behalf of Creditor   Bexar County davida@publicans.com
        David M. Bennett    on behalf of Creditor   National Retail Properties, LP david.bennett@tklaw.com,
         gracie.gonzales@tklaw.com
        Deborah A. Bynum    on behalf of U.S. Trustee   United States Trustee - AU12
         deborah.a.bynum@usdoj.gov
        Dennis I Wilenchik    on behalf of Creditor   Legacy Air, Inc. admin@wb-law.com
        Diane W. Sanders    on behalf of Creditor   South Texas ISD austin.bankruptcy@publicans.com
        Diane W. Sanders    on behalf of Creditor   Bexar County austin.bankruptcy@publicans.com
        Diane W. Sanders    on behalf of Creditor   Harris County austin.bankruptcy@publicans.com
        Diane W. Sanders    on behalf of Creditor   City of McAllen austin.bankruptcy@publicans.com
        Diane W. Sanders    on behalf of Creditor   Tarrant County austin.bankruptcy@publicans.com
        Diane W. Sanders    on behalf of Creditor   McLennan County austin.bankruptcy@publicans.com
        Diane W. Sanders    on behalf of Creditor   South Texas College austin.bankruptcy@publicans.com
        Elizabeth Banda Calvo    on behalf of Creditor   Arlington ISD, Mansfield ISD rgleason@pbfcm.com,
         ebcalvo@ecf.inforuptcy.com
        G. James Landon    on behalf of Interested Party   Official Committee Of Unsecured Creditors
         landon@slollp.com,   prentice@slollp.com
        George C Scherer    on behalf of Creditor   Lewisville Independent School District
         scherer@txschoollaw.com,   camby@txschoollaw.com
        H. Elizabeth Weller    on behalf of Creditor   Dallas County bethw@publicans.com
        H. Elizabeth Weller    on behalf of Creditor   Rockwall CAD bethw@publicans.com
        H. Elizabeth Weller    on behalf of Creditor   Tarrant County bethw@publicans.com
        H. Elizabeth Weller    on behalf of Creditor   Gregg County bethw@publicans.com
        H. Elizabeth Weller    on behalf of Creditor   Ellis County bethw@publicans.com
        James G Ruiz    on behalf of Defendant   Wells Fargo Bank, N.A. jruiz@winstead.com,
         ngriffes@winstead.com
        James G Ruiz    on behalf of Creditor   Wells Fargo Bank, N.A. jruiz@winstead.com,
         ngriffes@winstead.com
        James H. Billingsley    on behalf of Creditor   Mary Raney Nelms and Dick P. Wood, as Trustees of
         the R.C. Nelms Jr. Hillcrest Trust jbillingsley@polsinelli.com

```
District/off: 0542-1                User: miillers              Page 2 of 3                  Date Rcvd: Oct 07, 2014
                                    Form ID: pdfintp            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Jason A. Starks     on behalf of Creditor    Texas Comptroller of Public Accounts
               bk-jstarks@texasattorneygeneral.gov,  sherri.simpson@texasattorneygeneral.gov
              John P. Dillman     on behalf of Creditor    Cypress Fairbanks ISD houston_bankruptcy@publicans.com
              John P. Dillman     on behalf of Creditor    Harris County houston_bankruptcy@publicans.com
              John P. Dillman     on behalf of Creditor    Fort Bend County houston_bankruptcy@publicans.com
              John T. Banks     on behalf of Creditor    Hidalgo County, Hidalgo Co. Drainage Dist. #1, and
               McAllen Independent School District jbanks@pbfcm.com,  jbanks@ecf.inforuptcy.com
              Joseph D. Martinec     on behalf of Creditor    Hill Country Texas Galleria, LLC
               martinec@mwvmlaw.com,  white@mwvmlaw.com
              Joseph D. Martinec     on behalf of Creditor    South Coast Plaza, LLC martinec@mwvmlaw.com,
               white@mwvmlaw.com
              Joseph R Sgroi     on behalf of Creditor    Glazier Foods Company jsgroi@honigman.com,
               litdocket@honigman.com
              Kay D. Brock     on behalf of Creditor    Travis County bkecf@co.travis.tx.us
              Kevin M Newman     on behalf of Creditor    Inland American Retail Management, LLC
               knewman@menterlaw.com,  kmnbk@menterlaw.com
              Kevin M Newman     on behalf of Creditor    MB San Antonio Brooks Limited Partnership
               knewman@menterlaw.com,  kmnbk@menterlaw.com
              Kristin S Elliott     on behalf of Creditor     DDR Corp. kelliott@kelleydrye.com,
               kdwbankruptcydepartment@kelleydrye.com
              Laura J. Monroe     on behalf of Creditor    Lubbock Central Appraisal District lmbkr@pbfcm.com,
               krobertson@ecf.inforuptcy.com
              Laura J. Monroe     on behalf of Creditor    Potter County, et al lmbkr@pbfcm.com,
               krobertson@ecf.inforuptcy.com
              Lee  Gordon     on behalf of Creditor    Waco Independent School District
               vcovington@mvbalaw.com;kmorriss@mvbalaw.com;othercourts@mvbalaw.com
              Lee  Gordon     on behalf of Creditor    The County of Brazos, Texas
               vcovington@mvbalaw.com;kmorriss@mvbalaw.com;othercourts@mvbalaw.com
              Lee  Gordon     on behalf of Creditor    City of Waco
               vcovington@mvbalaw.com;kmorriss@mvbalaw.com;othercourts@mvbalaw.com
              Lee  Gordon     on behalf of Creditor    Bowie Central Appraisal District
               vcovington@mvbalaw.com;kmorriss@mvbalaw.com;othercourts@mvbalaw.com
              Lee  Gordon     on behalf of Creditor    Taylor Central Appraisal District
               vcovington@mvbalaw.com;kmorriss@mvbalaw.com;othercourts@mvbalaw.com
              Lee  Gordon     on behalf of Creditor    The County of Hays, Texas
               vcovington@mvbalaw.com;kmorriss@mvbalaw.com;othercourts@mvbalaw.com
              Lee  Gordon     on behalf of Creditor    Central Appraisal District of Taylor County
               vcovington@mvbalaw.com;kmorriss@mvbalaw.com;othercourts@mvbalaw.com
              Lee  Gordon     on behalf of Creditor    The County of Comal, Texas
               vcovington@mvbalaw.com;kmorriss@mvbalaw.com;othercourts@mvbalaw.com
              Lee  Gordon     on behalf of Creditor    The County of Williamson, Texas
               vcovington@mvbalaw.com;kmorriss@mvbalaw.com;othercourts@mvbalaw.com
              Lee  Gordon     on behalf of Creditor    The County of Denton, Texas
               vcovington@mvbalaw.com;kmorriss@mvbalaw.com;othercourts@mvbalaw.com
              Lisa C. Fancher     on behalf of Creditor    Prosperity Bank lfancher@fbhh.com,  cdeacon@fbhh.com
              Lynn  Saarinen     on behalf of Debtor    Fired Up, Inc. lsaarinen@bn-lawyers.com,
               ahewes@bn-lawyers.com;lhicks@bn-lawyers.com;saugusta@bn-lawyers.com
              Lynn H. Butler     on behalf of Creditor    GE Capital Franchise Finance Corporation
               lynn.butler@huschblackwell.com,
               penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com
              Lynn H. Butler     on behalf of Creditor    General Electric Capital Business Asset Funding
               Corporation of Connecticut lynn.butler@huschblackwell.com,
               penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com
              Marvin E. Sprouse, III     on behalf of Creditor    Megaplex Four, Inc. msprouse@jw.com,
               kgradney@jw.com;ccthomas@jw.com
              Marvin E. Sprouse, III     on behalf of Creditor    RB River IV LLC msprouse@jw.com,
               kgradney@jw.com;ccthomas@jw.com
              Marvin E. Sprouse, III     on behalf of Creditor    RB River VI LLC msprouse@jw.com,
               kgradney@jw.com;ccthomas@jw.com
              Owen M Sonik     on behalf of Creditor    Brazoria County Tax Office osonik@pbfcm.com,
               tpope@pbfcm.com;osonik@ecf.inforuptcy.com;houbank@pbfcm.com
              Paul Matthias Hoffmann     on behalf of Creditor    Megaplex Four, Inc.
               paul.hoffmann@stinsonleonard.com
              R. Spencer Shytles     on behalf of Creditor    RioCan America Management, Inc. rss@gbstxlaw.com
              R. Spencer Shytles     on behalf of Creditor    Magdalena Properties, LLC rss@gbstxlaw.com
              Richard E. Hettinger     on behalf of Creditor    Brownsville Public Utilities Board
               rhettinger@davidsontroilo.com
              Robert  Yaquinto, Jr     on behalf of Creditor    FreshPoint Denver, Inc. rob@syllp.com
              Robert  Yaquinto, Jr     on behalf of Creditor    Capitol City Produce Company, LLC rob@syllp.com
              Robert  Yaquinto, Jr     on behalf of Creditor    FreshPoint Dallas, Inc. rob@syllp.com
              Robert  Yaquinto, Jr     on behalf of Creditor    FreshPoint South Texas, LP rob@syllp.com
              Robert  Yaquinto, Jr     on behalf of Creditor    FreshPoint Oklahoma City, LLC rob@syllp.com
              Robert  Yaquinto, Jr     on behalf of Creditor    Potato Specialty Co. rob@syllp.com
              Russell Brandon Bundren     on behalf of Creditor    ARC CAFE, LLC bbundren@babc.com,
               rbbundren@me.com
              Samuel C Wisotzkey     on behalf of Creditor    Ecolab Inc. swisotzkey@kmksc.com
              Seth E. Meisel     on behalf of Interested Party    Official Committee Of Unsecured Creditors
               meisel@slollp.com,  prentice@slollp.com
```

```
District/off: 0542-1           User: miillers              Page 3 of 3                    Date Rcvd: Oct 07, 2014
                               Form ID: pdfintp            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Seth E. Meisel    on behalf of Interested Party    Pachulski Stang Ziehl & Jones LLP
               meisel@slollp.com,   prentice@slollp.com
              Seth E. Meisel    on behalf of Interested Party    Streusand, Landon & Ozburn, LLP
               meisel@slollp.com,   prentice@slollp.com
              Seth E. Meisel    on behalf of Interested Party    FTI Consulting, Inc. meisel@slollp.com,
               prentice@slollp.com
              Stephen Christopher Conway    on behalf of Creditor    Missouri Department of Revenue
               bankruptcy@dor.mo.gov
              Stephen W. Sather    on behalf of Attorney    Barron & Newburger, P.C. ssather@bn-lawyers.com,
               saugusta@bn-lawyers.com;lhicks@bn-lawyers.com;bbarron@bn-lawyers.com;kelliott@bn-lawyers.com;cbey
               er@bn-lawyers.com
              Stephen W. Sather    on behalf of Plaintiff    Fired Up, Inc. ssather@bn-lawyers.com,
               saugusta@bn-lawyers.com;lhicks@bn-lawyers.com;bbarron@bn-lawyers.com;kelliott@bn-lawyers.com;cbey
               er@bn-lawyers.com
              Stephen W. Sather    on behalf of Debtor    Fired Up, Inc. ssather@bn-lawyers.com,
               saugusta@bn-lawyers.com;lhicks@bn-lawyers.com;bbarron@bn-lawyers.com;kelliott@bn-lawyers.com;cbey
               er@bn-lawyers.com
              Steve  Turner    on behalf of Creditor    Independent Bank wdecf@BDFGROUP.com,  marshak@BDFGroup.com
              Tab  Beall    on behalf of Creditor    Tyler Independent School District tbeall@pbfcm.com,
               tylbkc@pbfcm.com;tbeall@ecf.inforuptcy.com
              United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
              William C Heuer    on behalf of Creditor    ARC CAFE, LLC WCHeuer@duanemorris.com,
               WCHeuer@duanemorris.com
                                                                                             TOTAL: 86
```