MOR-1

UNITED STATES BANKRUPTCY COURT

CASE NAME: Fired Up, Inc.
CASE NUMBER: 14-10447-TMD
PROPOSED PLAN DATE: _____

PETITION DATE: 3/27/2014
DISTRICT OF TEXAS: Western
DIVISION: Austin

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH     YEAR

| MONTH | 4/30/2014 | 5/28/2014 | 6/25/2014 | 7/30/2014 | 8/27/2014 | 9/24/2014 |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 8,240,111 | 7,012,419 | 6,332,705 | 7,578,807 | 6,529,712 | 5,891,466 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | 238,793 | -136,686 | -287,586 | -391,920 | -453,344 | -306,202 |
| NET INCOME (LOSS) (MOR-6) | 47,221 | -187,851 | -344,624 | -476,794 | -558,584 | -432,371 |
| PAYMENTS TO INSIDERS (MOR-9) | 47,483 | 60,831 | 59,522 | 65,333 | 63,577 | 201,979 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 268 | 2,000 | 0 | 0 | 0 | |
| TOTAL DISBURSEMENTS (MOR-7) | -6,913,860 | -7,791,506 | -7,458,588 | -9,372,389 | -7,404,110 | -6,770,939 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE |
|---|---|---|
| CASUALTY | YES (x) NO ( ) | 05-31-2015 |
| LIABILITY | YES (x) NO ( ) | 05-31-2015 |
| VEHICLE | YES (x) NO ( ) | 05-31-2015 |
| WORKER'S | YES (x) NO ( ) | 05-31-2015 |
| OTHER | YES (x) NO ( ) | 05-31-2015 |
| See attached | | |

CIRCLE ONE
- Are all accounts receivable being collected within terms?   Yes (No)
- Are all post-petition liabilities, including taxes, being paid within terms? (Yes) No
- Have any pre-petition liabilities been paid? (Yes) No
  - If so, describe    Critical Vendors and Utilities
- Are all funds received being deposited into DIP bank accounts?* (Yes) No    *Through Non-DIP accounts per cash management order
- Were any assets disposed of outside the normal course of business? Yes (No)
  - If so, describe
- Are all U.S. Trustee Quarterly Fee Payments current? (Yes) No
- What is the status of your Plan of Reorganization?   Filed 9-30-14

ATTORNEY NAME: Barbara Barron/Steven Sather
FIRM NAME: Barron & Newburger, P.C.
ADDRESS: 1212 Guadalupe, Suite 104
CITY, STATE, ZIP: Austin, TX 78701
TELEPHONE/FAX: 512.476.9103/ 512.476.9253

*I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.*

SIGNED X _[signature]_   TITLE: Director of Finance
(ORIGINAL SIGNATURE)

Margaret B Smith    10-20-14
(PRINT NAME OF SIGNATORY)    DATE

MOR-1

Revised 07/01/98

CASE NAME: Fired Up, Inc.
CASE NUMBER: 14-10447-TMD

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| | 3/26/2014 | 04/30/214 | 5/28/2014 | 6/25/2014 | 7/30/2014 | 8/27/2014 | 9/24/2014 |
| CURRENT ASSETS | | | | | | | |
| Cash | 548,773 | 2,692,498 | 2,823,259 | 2,421,744 | 1,532,718 | 1,478,312 | 1,500,208 |
| Accounts Receivable, Net | 1,217,770 | 1,283,873 | 1,267,884 | 1,355,472 | 1,398,588 | 1,414,808 | 1,351,198 |
| Inventory: Lower of Cost or Market | 2,286,923 | 2,908,737 | 2,908,737 | 2,856,749 | 2,856,749 | 2,856,749 | 2,856,749 |
| Prepaid Expenses | 0 | 415,535 | 282,449 | 346,579 | 510,329 | 463,930 | 529,465 |
| Investments | 0 | 0 | | | | | |
| Other - Escrow Accounts | 558,000 | 554,961 | 557,003 | 557,293 | 555,562 | 519,450 | 523,000 |
| TOTAL CURRENT ASSETS | 4,611,465 | 7,855,604 | 7,839,333 | 7,537,837 | 6,853,946 | 6,733,249 | 6,760,620 |
| PROPERTY, PLANT & EQUIP. @ COST | | 62,855,319 | 62,848,809 | 62,856,023 | 62,893,648 | 62,943,955 | 63,026,045 |
| Less Accumulated Depreciation | | -48,708,088 | -48,887,470 | -49,082,249 | -49,331,754 | -49,581,259 | -49,798,842 |
| NET BOOK VALUE OF PP & E ** | 5,598,025 | 14,147,231 | 13,961,339 | 13,773,774 | 13,561,894 | 13,362,696 | 13,227,203 |
| OTHER ASSETS | | | | | | | |
| 1. Deposits | 151,387 | 78,203 | 90,642 | 79,415 | 79,415 | 75,965 | 73,665 |
| 2. Franchise Broker Fees, Net | 0 | 296,825 | 296,825 | 296,825 | 296,825 | 296,825 | 296,825 |
| 3. Loan Fees, Net | 0 | 127,425 | 122,177 | 116,928 | 111,680 | 106,431 | 101,183 |
| 4. Liquor License | 0 | 286,840 | 286,840 | 286,840 | 286,840 | 286,840 | 286,840 |
| 5. Goodwill, Net | 0 | 6,780,126 | 6,780,126 | 6,780,126 | 6,780,126 | 6,780,126 | 6,780,126 |
| TOTAL ASSETS | 10,360,877 | 29,572,254 | 29,377,282 | 28,871,745 | 27,970,726 | 27,642,132 | 27,526,462 |

\* Per Schedules and Statement of Affairs

MOR-2    \*\* Pre-petition PP&E is market value, post-petition PP&E is book value.    *Revised 07/01/98*

We adjusted the 8/27/2014 financials, our monthly entry to expense prepaid insurance for 65K was inadvertently missed
We made this correction after the MOR was issued so therefore had to restate these financials with this current MOR

CASE NAME: Fired Up, Inc.
CASE NUMBER: 14-10447-TMD

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 3/26/2014 | MONTH 4/30/2014 | MONTH 5/28/2014 | MONTH** 6/25/2014 | MONTH 7/30/2014 | MONTH 8/27/2014 | MONTH 9/24/2014 | MONTH |
|---|---|---|---|---|---|---|---|---|
| LIABILITIES | | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | -4,239,004 | -4,458,860 | -4,497,363 | -4,047,045 | -4,876,394 | -5,213,724 | |
| PRE-PETITION LIABILITIES | | | | | | | | |
| Notes Payable - Secured | -17,133,249 | -17,205,907 | -17,205,907 | -17,205,907 | -17,205,907 | -17,205,907 | -17,056,790 | |
| Accrued 2014 Ad Valorem Taxes | | -764,033 | -883,190 | -764,033 | -764,033 | -764,033 | -764,033 | Marked as unknown in Schedule D |
| Priority Debt - | -1,780,121 | -1,133,973 | -855,973 | -855,973 | -777,289 | -777,289 | -777,289 | |
| Federal Income Tax | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| FICA/Withholding | -1,339,191 | -909,567 | -909,567 | -903,445 | -890,142 | -903,445 | -903,445 | |
| Unsecured Debt | -15,886,815 | -11,544,360 | -11,526,554 | -11,506,309 | -11,670,311 | -11,108,179 | -11,455,257 | |
| Insurance Claim Reserves | | -381,227 | -381,227 | -381,227 | -381,227 | -381,227 | -381,227 | Self funded programs. Offset by escrow accounts on balance sheet |
| Deferred Franchise Revenue | | -920,000 | -920,000 | -920,000 | -920,000 | -920,000 | -920,000 | |
| Deferred Rent | | -6,360,836 | -6,360,836 | -6,360,826 | -6,360,826 | -6,360,826 | -6,360,826 | |
| Deferred gain on sale/leaseback | | -7,753,174 | -7,702,847 | -7,652,519 | -7,602,191 | -7,551,863 | -7,551,863 | |
| TOTAL PRE-PETITION LIABILITIES | -36,139,375 | -46,973,076 | -46,746,099 | -46,550,238 | -46,571,926 | -45,972,769 | -46,170,730 | |
| TOTAL LIABILITIES | -36,139,375 | -51,212,080 | -51,204,959 | -51,047,601 | -50,618,970 | -50,849,163 | -51,384,454 | |
| OWNER'S EQUITY (DEFICIT) | | | | | | | | |
| PREFERRED STOCK | | | | | | | | |
| COMMON STOCK | -1,454 | -1,454 | -1,454 | -1,454 | -1,454 | -1,454 | -1,454 | |
| TREASURY STOCK, AT COST | 5,183,726 | 5,183,726 | 5,183,726 | 5,183,726 | 5,183,726 | 5,183,726 | 5,183,726 | |
| ADDITIONAL PAID-IN CAPITAL | -20,181,710 | -20,181,710 | -20,181,710 | -20,181,710 | -20,181,710 | -20,181,710 | -20,181,710 | |
| RETAINED EARNINGS: Filing Date | 36,639,504 | | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | 36,639,263 | 36,827,114 | 37,175,293 | 37,647,683 | 38,206,469 | 38,857,429 | |
| TOTAL OWNER'S EQUITY (NET WORTH) | 21,640,066 | 21,639,826 | 21,827,677 | 22,175,856 | 22,648,245 | 23,207,031 | 23,857,991 | |
| TOTAL LIABILITIES & OWNERS EQUITY | -14,499,309 | -29,572,254 | -29,377,282 | -28,871,745 | -27,970,725 | -27,642,132 | -27,526,462 | |

\* Per Schedules and Statement of Affairs

\*\*Please note pre-petition liabilities will not be adjusted to agreed upon proof of claim amounts until the bar date deadline has past

MOR-3

*Revised 07/01/98*

CASE NAME: Fired Up, Inc.
CASE NUMBER: 14-10447-TMD

### SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH 4/30/2014 | MONTH 5/28/2014 | MONTH 6/25/2014 | MONTH 7/30/2014 | MONTH 8/27/2014 | MONTH 9/24/2014 | MONTH |
|---|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | -669,032 | -597,899 | -375,374 | -323,099 | -488,229 | -826,398 | |
| TAX PAYABLE | | | | | | | |
| Federal Payroll Taxes | -235,022 | -207,676 | -148,228 | -116,123 | -98,716 | -144,983 | |
| State Payroll Taxes | -95,199 | -118,994 | -129,672 | -151,782 | -85,105 | -112,757 | |
| Ad Valorem Taxes | -125,795 | -244,952 | -373,558 | -462,657 | -612,914 | -738,648 | |
| Other Taxes | -566,697 | -483,050 | -394,534 | -339,163 | -386,831 | -560,006 | |
| TOTAL TAXES PAYABLE | -1,022,713 | -1,054,673 | -1,045,993 | -1,069,726 | -1,069,726 | -1,069,726 | |
| SECURED DEBT POST-PETITION | 0 | 0 | 0 | | | | |
| ACCRUED INTEREST PAYABLE | -61,946 | -115,668 | -166,836 | -222,566 | -275,742 | -320,629 | Accrued post-petition interest on pre-petition secured debt. Does not include GE Capital loans that have matured. |
| ACCRUED PROFESSIONAL FEES* | -167,052 | -371,652 | -611,368 | -846,368 | -1,093,368 | -1,118,368 | |
| OTHER ACCRUED LIABILITIES | | | | | | | |
| 1 Accrued Payroll | -1,700,940 | -1,792,186 | -1,619,183 | -1,077,357 | -1,091,482 | -1,000,979 | |
| 2 Accrued Credit Card Fees | -28,075 | -16,231 | -16,689 | -17,187 | -14,830 | -19,999 | |
| 3 Accrued Texas Franchise Tax | -25,000 | -50,000 | -75,000 | -100,000 | -125,000 | -150,000 | |
| 4 Accrued Utilities and Other | -477,196 | -300,035 | -368,645 | -113,983 | -382,775 | -390,715 | |
| 4 Accrued Rents | -87,049 | -160,515 | -218,276 | -276,759 | -335,242 | -316,910 | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | -4,239,004 | -4,458,860 | -4,497,363 | -4,047,045 | -4,876,394 | -5,213,724 | |

*Payment requires Court Approval

MOR-4

*Revised 07/01/98*

CASE NAME: Fired Up, Inc.
CASE NUMBER: 14-10447-TMD

## AGING OF POST-PETITION LIABILITIES
MONTH 08/28/2014 thru 09/24/2014

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | Accrued AD VALOREM, OTHER TAXES |
|---|---|---|---|---|---|
| 0-30 | -5,700,392 | -826,398 | -144,983 | -112,757 | -1,298,654 |
| 31-60 | | | | | |
| 61-90 | | | | | |
| 91+ | | | | | |
| TOTAL | -5,700,392 | | | | |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | Franchise Receivables | Mastercard/Visa/Diners Receivable | American Express Receivable | Total |
|---|---|---|---|---|
| 0-30 DAYS | 101,530 | 290,037 | 75,012 | 466,579 |
| 31-60 DAYS | 78,830 | 0 | 0 | 78,830 |
| 61-90 DAYS | 0 | 0 | 0 | 0 |
| 91+ DAYS | 805,789 | 0 | 0 | 805,789 |
| TOTAL | 986,149 | 290,037 | 75,012 | 1,351,198 |

986149

CASE NAME:

CASE NUMBER:

| DAYS | Accrued Prof Fees | Accrued Interest | Accrued Payroll Accrued Franchise Tax | Accrued Utilities and Other | Accrued Rents |
|---|---|---|---|---|---|
| 0-30 | -1,118,368 | -320,629 | -1,150,979 | -410,714 | -316,910 |
| 31-60 | | | | | |
| 61-90 | | | | | |
| 91+ | | | | | |
| TOTAL | | | | | |

| MONTH |
|---|
| 0-30 DAYS |
| 31-60 DAYS |
| 61-90 DAYS |
| 91+ DAYS |
| TOTAL |

CASE NAME: Fired Up, Inc.
CASE NUMBER: 14-10447-TMD

## STATEMENT OF INCOME (LOSS)

| | MONTH for 5 week period 03/27/2014 thru 04/30/2014 | MONTH for 4 week Period 05/1/2014 thru 05/28/2014 | MONTH for 4 week Period 05/29/2014 thru 06/25/2014 | MONTH for 5 week Period 06/26/2014 thru 07/30/2014 | MONTH for 4 week Period 07/31/2014 thru 08/27/2014 | MONTH for 4 week Period 07/31/2014 thru 09/24/2014 | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 8,240,111 | 7,012,419 | 6,332,705 | 7,578,807 | 6,529,712 | 5,891,466 | |
| TOTAL COST OF REVENUES | See Attached | See Attached | See Attached | See Attached | See Attached | See Attached | |
| GROSS PROFIT | | | | | | | |
| OPERATING EXPENSES: | | | | | | | |
|    Selling & Marketing | See Attached | See Attached | See Attached | See Attached | See Attached | See Attached | |
|    General & Administrative | | | | | | | |
|    Insiders Compensation | | | | | | | |
|    Professional Fees | | | | | | | |
|    Other | | | | | | | |
|    Other | | | | | | | |
| TOTAL OPERATING EXPENSES | 8,001,318 | 7,149,105 | 6,620,291 | 7,970,727 | 6,983,056 | 6,197,668 | |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 238,793 | -136,686 | -287,586 | -391,920 | -453,344 | -306,202 | |
| INTEREST EXPENSE | 61,946 | 53,722 | 51,168 | 55,730 | 53,176 | 44,887 | |
| DEPRECIATION | 305,547 | 179,382 | 194,780 | 249,505 | 249,505 | 217,584 | |
| OTHER (INCOME) EXPENSE* FRANCHISE ROYALTIES | -223,135 | -184,000 | -199,657 | -204,601 | -185,413 | -159,283 | |
| OTHER (INCOME) EXPENSE* GAIN ON SALE OF ASSETS | -50,328 | -50,328 | -50,328 | -50,328 | -50,328 | -50,328 | |
| OTHER ITEMS** - CLOSED STORE EXPENSES | 85,906 | 27,689 | 69,705 | 17,458 | 13,300 | 48,309 | |
| OTHER ITEMS** - STATE FRANCHISE TAX EXPENSE | 11,636 | 24,700 | -8,630 | 17,110 | 25,000 | 25,000 | |
| TOTAL INT, DEPR & OTHER ITEMS | 191,572 | 51,165 | 57,038 | 84,874 | 105,240 | 126,169 | |
| NET INCOME BEFORE TAXES | 47,221 | -187,851 | -344,624 | -476,794 | -558,584 | -432,371 | |
| FEDERAL INCOME TAXES | 0 | 0 | | | | | |
| NET INCOME (LOSS) (MOR-1) | 47,221 | -187,851 | -344,624 | -476,794 | -558,584 | -432,371 | |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*
\* *Footnote Mandatory.*     Franchise royalties and gain on sale of assets monthly amortization (from previous year sale leasebacks).
\*\* *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*     Closed Store Expenses - see attached detail P&L

MOR-6                Revised 07/01/98

CASE NAME: Fired Up, Inc.
CASE NUMBER: 14-10447-TMD

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 4/30/2014 | MONTH 5/28/2014 | MONTH 6/25/2014 | MONTH 7/30/2014 | MONTH 8/27/2014 | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $383,546 | $2,692,498 | $2,823,259 | $2,421,744 | 1,532,718 | $1,478,311.62 | |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 8,998,580 | 7,661,503 | 6,963,331 | 8,381,927 | 7,264,205 | 6,404,666 | |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 79,194 | 149,872 | 93,742 | 101,437 | 85,499 | 190,305 | |
| 4. LOANS & ADVANCES (attach list) | | | | | | 144,886 | |
| 5. SALE OF ASSETS | | 18,500 | | | | | |
| 6. OTHER (attach list) | 145,198 | 92,393 | | | | 52,955 | |
| TOTAL RECEIPTS** | 9,222,972 | 7,922,267 | 7,057,073 | 8,483,364 | 7,349,704 | 6,792,812 | |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | 6,792,812 | |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | -1,874,871 | -1,897,110 | -1,878,264 | -2,642,416 | -1,766,319 | -1,796,951 | |
| 8. PAYROLL TAXES PAID | -914,990 | -826,355 | -899,462 | -1,117,912 | -896,761 | -763,759 | |
| 9. SALES, USE & OTHER TAXES PAID | -541,552 | -911,413 | -594,108 | -644,904 | -640,169 | -544,653 | |
| 10. SECURED/RENTAL/LEASES | -628,256 | -637,823 | -662,061 | -584,972 | -637,091 | -581,809 | |
| 11. UTILITIES & TELEPHONE | -420,326 | -528,789 | -359,803 | -391,224 | -432,256 | -397,943 | |
| 12. INSURANCE | -129,394 | -194,254 | -172,700 | -81,885 | -121,363 | -88,060 | |
| 13. INVENTORY PURCHASES | -1,743,232 | -2,306,590 | -2,437,993 | -3,392,163 | -2,175,617 | -1,873,631 | |
| 14. VEHICLE EXPENSES | -117 | -799 | -328 | 0 | 0 | 0 | |
| 15. TRAVEL & ENTERTAINMENT | -8,695 | -28,419 | -27,969 | -38,727 | -29,612 | -34,150 | |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | -253,244 | -255,321 | -181,021 | -187,482 | -428,926 | -388,117 | |
| 17. ADMINISTRATIVE & SELLING | -124,680 | -168,382 | -209,779 | -218,147 | -230,329 | -236,619 | |
| 18. OTHER (attach list) | -273,911 | -34,252 | -35,100 | -52,556 | -32,228 | -34,422 | |
| TOTAL DISBURSEMENTS FROM OPERATIONS | -6,913,268 | -7,789,506 | -7,458,588 | -9,352,389 | -7,390,671 | -6,740,115 | |
| 19. PROFESSIONAL FEES | -267.50 | -2,000.00 | 0.00 | 0.00 | -13,439.46 | -30,824.75 | |
| 20. U.S. TRUSTEE FEES | -325.00 | 0.00 | 0.00 | -20,000.00 | - | | |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | |
| TOTAL DISBURSEMENTS** | -6,913,860 | -7,791,506 | -7,458,588 | -9,372,389 | -7,404,110 | -6,770,939 | |
| 22. NET CASH FLOW | 2,692,658 | 2,823,259 | 2,421,744 | 1,532,718 | 1,478,312 | 1,500,184 | |
| 23. CASH - END OF MONTH (MOR-2) | 2,692,498 | 2,823,259 | 2,421,744 | 1,532,718 | 1,478,312 | 1,500,184 | |

**MOR-7**

\* Applies to Individual debtors only
\*\*Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

*Revised 07/01/98*

CASE NAME: Fired Up, Inc.
CASE NUMBER: 14-10447-TMD

CASH ACCOUNT RECONCILIATION
MONTH OF SEPTEMBER

| BANK NAME | Prosperity ACH | Prosperity Master | Prosperity AP | Prosperity Payroll | Prosperity Fintech | Prosperity Tax account |
|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | #215049182 | # 214980730 | # 215049174 | #215049700 | #215049190 | #214980749 |
| ACCOUNT TYPE | ACH | MASTER | A/P | PAYROLL | FINTECH | TAX |
| BANK BALANCE | 0.00 | 696,850.92 | 0.00 | 0.00 | 0.00 | 23,837.98 |
| DEPOSITS IN TRANSIT | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| OUTSTANDING CHECKS | 0.00 | 0.00 | -252,283.47 | -17,624.75 | | 0.00 |
| ADJUSTED BANK BALANCE | 0.00 | 696,850.92 | -252,283.47 | -17,624.75 | 0.00 | 23,837.98 |
| BEGINNING CASH - PER BOOKS | 0.00 | 582,829.04 | -181,108.78 | -17,462.97 | | 38,378.88 |
| RECEIPTS* | 0.00 | 5,848,249.15 | 0.00 | 0.00 | | |
| TRANSFERS BETWEEN ACCOUNTS | 637,102.51 | -4,662,100.91 | 1,414,873.83 | 1,796,951.06 | 149,822.51 | 1,299,593.00 |
| (WITHDRAWAL) OR INDIVIDUA CONTRIBUTION BY DEBTOR MFR-2 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| CHECKS/OTHER DISBURSEMENTS* | -702,834.51 | -1,072,126.36 | -1,486,048.52 | (1,797,112.84) | -149,822.51 | -1,314,133.90 |
| ENDING CASH - PER BOOKS | -65,732.00 | 696,850.92 | -252,283.47 | -17,624.75 | 0.00 | 23,837.98 |

MOR-8

*Numbers should balance (match) TOTAL RECEIPTS and
TOTAL DISBURSEMENTS lines on MOR-7

CASE NAME: Fired Up, Inc.
CASE NUMBER: 14-10447-TMD

| BANK NAME | | Prosperity Savings account | Prosperity Utility Escrow account | Capital One | WF Payroll | WF A/P |
|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | | #212471518 | #212471496 | Multiple Accounts | #4121696637 | #4121696645 |
| ACCOUNT TYPE | | SAVINGS | UTILITY ESCROW | | PAYROLL | AP |
| BANK BALANCE | | 600,175.50 | 256,609.58 | 0.00 | 0.00 | 0.00 |
| DEPOSITS IN TRANSIT | | | | 0.00 | 0.00 | |
| OUTSTANDING CHECKS | | | | | -102,716.31 | -90,913.01 |
| ADJUSTED BANK BALANCE | | 600,175.50 | 256,609.58 | 0.00 | -102,716.31 | -90,913.01 |
| BEGINNING CASH - PER BOOKS | | 600,073.57 | 256,566.00 | 2,879.57 | -102,863.34 | -90,913.01 |
| RECEIPTS* | | 101.93 | 43.58 | 0.00 | 0.00 | 0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | 0.00 | | -2,677.09 | | |
| (WITHDRAWAL) OR INDIVIDUA CONTRIBUTION BY DEBTOR MFR-2 | | | | | | |
| CHECKS/OTHER DISBURSEMENTS* | | | | -246.42 | 147.03 | 0.00 |
| ENDING CASH - PER BOOKS | | 600,175.50 | 256,609.58 | -43.94 | -102,716.31 | -90,913.01 |

MOR-8

CASE NAME: Fired Up, Inc.
CASE NUMBER: 14-10447-TMD

| BANK NAME | | WF Master | FIFTH THIRD BANK | FIFTH THIRD BANK | Petty Cash | |
|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | | #4121631139 | #9990206071 | #7027493746 | | |
| ACCOUNT TYPE | | MASTER | MASTER | SWEEP | | TOTAL |
| BANK BALANCE | | 0.00 | 164,794.50 | 0.00 | 54,500.00 | 1,796,768.48 |
| DEPOSITS IN TRANSIT | | 0.00 | | 232,752.59 | | 232,752.59 |
| OUTSTANDING CHECKS | | | | | | -463,537.54 |
| ADJUSTED BANK BALANCE | | 0.00 | 164,794.50 | 232,752.59 | 54,500.00 | 1,565,983.53 |
| BEGINNING CASH - PER BOOKS | | 149,776.15 | 18,288.15 | 167,391.51 | 54,500.00 | 1,478,334.77 |
| RECEIPTS* | | 251,245.30 | 627,811.13 | 65,361.08 | | 6,792,812.17 |
| TRANSFERS BETWEEN ACCOUNTS | | -158,564.91 | (475,000.00) | - | | 0.00 |
| (WITHDRAWAL) OR INDIVIDUA CONTRIBUTION BY DEBTOR MFR-2 | | | | | | 0.00 |
| CHECKS/OTHER DISBURSEMENTS* | | -20,294.54 | -6,304.78 | -222,161.59 | | -6,770,938.94 |
| ENDING CASH - PER BOOKS | | 222,162.00 | 164,794.50 | 10,591.00 | 54,500.00 | 1,500,208.00 |

MOR-8

CASE NAME: Fired Up, Inc.
CASE NUMBER: 14-10447-TMD

| | |
|---|---:|
| **BANK NAME** | |
| **ACCOUNT NUMBER** | |
| ACCOUNT TYPE | |
| BANK BALANCE | |
| DEPOSITS IN TRANSIT | |
| OUTSTANDING CHECKS | |
| ADJUSTED BANK BALANCE | |
| BEGINNING CASH - PER BOOKS | |
| RECEIPTS* | |
| TRANSFERS BETWEEN ACCOUNTS | |
| (WITHDRAWAL) OR INDIVIDUA CONTRIBUTION BY DEBTOR MFR-2 | |
| CHECKS/OTHER DISBURSEMENTS* | |
| ENDING CASH - PER BOOKS | 0.00 |

MOR-8

CASE NAME: Fired Up, Inc.
CASE NUMBER: 14-10447-TMD

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH - 5 week Period 03/27/2014 thru 04/30/2014 | MONTH - 4 week Period 05/01/2014 thru 05/28/2014 | MONTH Period 05/29/2014 thru 06/25/2014 | MONTH Period 06/26/2014 thru 07/30/2014 | MONTH Period 07/31/2014 thru 08/27/2014 | MONTH Period 08/28/2014 thru 09/24/2014 |
|---|---|---|---|---|---|---|
| 1. Pictoric Media Group (Non-Statutory Insider) | 19,415.18 | 32,762.93 | 31,453.68 | 37,265.36 | 35,509.21 | 33,910.83 |
| 2. Moondance, Inc. (Rent) | 28,068.05 | 28,068.05 | 28,068.05 | 28,068.05 | 28,068.05 | 28,068.05 |
| 3. FRG Capital-August and September Payments | | | | | | 140,000.00 |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $47,483.23 | $60,830.98 | $59,521.73 | $65,333.41 | $63,577.26 | $201,978.88 |

| PROFESSIONALS | MONTH - 5 week Period 03/27/2014 thru 04/30/2014 | MONTH - 4 week Period 05/01/2014 thru 05/28/2014 | MONTH Period 05/29/2014 thru 06/25/2014 | MONTH Period 06/26/2014 thru 07/30/2014 | MONTH Period 07/31/2014 thru 08/27/2014 | MONTH Period 08/28/2014 thru 09/24/2014 |
|---|---|---|---|---|---|---|
| 1. Dorsett Johnson & Swift, LLP | 267.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. Layne Berman-Labor Consultant | 0.00 | 2,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. Tax Advisors Group-Personal Property Tax Consultant | | | | | | 21,517.50 |
| 5. Wells Fargo Legal Fees * | | | | | 13,439.46 | 9,307.25 |
| 6. | | | | | | |
| TOT\ | $267.50 | $2,000.00 | $0.00 | $0.00 | $13,439.46 | $30,824.75 |

MOR-9

*Revised 07/01/98*

\*--Payments to Wells Fargo were not made voluntarily.

| Date | Payee | Ref | Amount | Description |
|---|---|---|---:|---|
| 9/5/2014 | Groupon | | 41,377.00 | |
| 9/9/2014 | Judy Couvillon | | 10.21 | Reimbursements postage |
| 9/9/2014 | Carino's Country Italian of Rogers | | 5,000.00 | Club Management Fees |
| 9/9/2014 | Carino's Family Fund | | 108.20 | Reimbursements supplies |
| 9/9/2014 | Fired Up Foundation | | 108.20 | Reimbursements supplies |
| 9/9/2014 | Live Oak Brewing Company LC | | 300.00 | Returned PPD Alcohol Deposit |
| 9/9/2014 | Coeur d'Alene Senior HS | | 792.47 | Catering |
| 9/9/2014 | Atmos Energy Corp. | | 232.84 | Energy refund |
| 9/9/2014 | Client Rewards | | 1,088.24 | Corp rebate |
| 9/9/2014 | TEC Distributing of Idaho, LLC | | 2,000.00 | Returned PPD Alcohol Deposit |
| 9/9/2014 | Dar Pro Solutions | | 162.12 | Grease rebate |
| 9/9/2014 | Dar Pro Solutions | | 176.81 | Grease rebate |
| 9/18/2014 | Holy-Field Vineyard | 8026 | 369.47 | Catering |
| 9/18/2014 | Ferguston Drywall Co., Inc. | 3326 | 120.00 | Catering |
| 9/18/2014 | Dar Pro Solutions | 881375 | 41.86 | Grease rebate |
| 9/18/2014 | Dar Pro Solutions | 2154665 | 319.37 | Grease rebate |
| 9/18/2014 | Crossland Construction Co., Inc. | 594233 | 488.55 | Catering |
| 9/18/2014 | Glaziers Foods | 389671 | 60.00 | Reimburse alarm fee |
| 9/24/2014 | Michael Medued | 676 | 200.00 | Catering |
| | | | **52,955.34** | |

**Garnishments**

| | |
|---|---|
| Idaho Child Support Receipting | $3,104.25 |
| Office of the Attorney General | $22,967.24 |
| Family Support Registry | $685.54 |
| INTERNAL REVENUE SERVICE | $175.64 |
| Arkansas Child Support Clearinghouse | $1,411.43 |
| Family Support Payment Center | $624.97 |
| Mn Child Support Payment Ctr | $672.59 |
| Support Enforcement Services- LA | $193.84 |
| TG-SA | $455.85 |
| Kansas Payment Center | $80.24 |
| California Disbursment Center | $362.52 |
| Clearinghouse ATLAS | $7.04 |
| JASPER COUNTY | $148.73 |
| INTERNAL REVENUE SERVICE | $291.00 |
| Student Loan Guarantee Foundation of Arkansas | $535.30 |
| Child Support Services | $152.30 |
| Department of Social Services | $1,821.93 |
| Collection Services Center | $558.56 |
| Massachusetts Department of Revenue | $173.04 |
| | $34,422.01 |

Fired Up, Inc.
Consolidated Income Statement
For the Three Periods Ending September 24, 2014

| | 09/24/2014 | % | 08/27/2014 | % | 7/30/2014 | % | Year-to-Date $ | % |
|---|---|---|---|---|---|---|---|---|
| | 3 | | 2 | | 1 | | | |
| Guest Counts | 416,160 | 6.2% | 469,094 | 6.3% | 532,402 | 6.2% | 1,417,656 | 6.2% |
| Food Sales | 5,752,861 | 85.2% | 6,358,649 | 85.2% | 7,276,384 | 84.9% | 19,387,894 | 85.1% |
| Beverage Sales | 403,270 | 6.0% | 455,280 | 6.1% | 530,177 | 6.2% | 1,388,727 | 6.1% |
| Food & Beverage Sales | 6,156,131 | 91.1% | 6,813,929 | 91.3% | 7,806,561 | 91.1% | 20,776,621 | 91.1% |
| Liquor Sales | 237,327 | 3.5% | 272,836 | 3.7% | 328,031 | 3.8% | 838,194 | 3.7% |
| Beer Sales | 103,625 | 1.5% | 111,464 | 1.5% | 128,752 | 1.5% | 343,841 | 1.5% |
| Wine Sales | 258,902 | 3.8% | 267,417 | 3.6% | 309,711 | 3.6% | 836,029 | 3.7% |
| Total Alcohol Sales | 599,854 | 8.9% | 651,717 | 8.7% | 766,494 | 8.9% | 2,018,064 | 8.9% |
| Gross Sales | 6,755,985 | 100.0% | 7,465,646 | 100.0% | 8,573,055 | 100.0% | 22,794,685 | 100.0% |
| Food Comps | 744,058 | 11.0% | 707,819 | 9.5% | 761,510 | 8.9% | 2,213,388 | 9.7% |
| Alcohol Comps | | | | | | | | |
| Employee Discounts | 42,748 | 0.6% | 44,698 | 0.6% | 56,321 | 0.7% | 143,766 | 0.6% |
| BOGs | 4,678 | 0.1% | 5,913 | 0.1% | 8,810 | 0.1% | 19,400 | 0.1% |
| Produce | 62,018 | 0.9% | 163,864 | 2.2% | 151,904 | 1.8% | 377,786 | 1.7% |
| Coupons | | | | | | | | |
| Guest Loyalty | 11,017 | 0.2% | 13,640 | 0.2% | 15,703 | 0.2% | 40,360 | 0.2% |
| Total Comps | 864,519 | 12.8% | 935,934 | 12.5% | 994,248 | 11.6% | 2,794,700 | 12.3% |
| Net Sales | 5,891,466 | 87.2% | 6,529,712 | 87.5% | 7,578,807 | 88.4% | 19,999,985 | 87.7% |
| Meat | 174,740 | 3.0% | 203,174 | 3.2% | 217,796 | 3.0% | 595,710 | 3.1% |
| Seafood | 107,336 | 1.9% | 129,789 | 2.0% | 146,803 | 2.0% | 383,928 | 2.0% |
| Poultry | 188,144 | 3.3% | 216,890 | 3.4% | 238,378 | 3.3% | 643,412 | 3.3% |
| Produce | 184,766 | 3.2% | 197,188 | 3.1% | 228,987 | 3.1% | 610,941 | 3.2% |
| Dairy | 213,608 | 3.7% | 235,233 | 3.7% | 272,450 | 3.7% | 721,290 | 3.7% |
| Bakery | 124,479 | 2.2% | 137,016 | 2.2% | 157,562 | 2.2% | 419,056 | 2.2% |
| Pasta | 103,150 | 1.8% | 122,053 | 1.9% | 135,322 | 1.9% | 360,525 | 1.9% |
| Sauces | 98,962 | 1.7% | 113,986 | 1.8% | 123,018 | 1.7% | 335,965 | 1.7% |
| Oils | 59,922 | 1.0% | 68,872 | 1.1% | 75,460 | 1.0% | 204,254 | 1.1% |
| Desserts | 41,502 | 0.7% | 41,236 | 0.6% | 44,152 | 0.6% | 126,889 | 0.7% |
| Other Food | 231,707 | 4.0% | 251,985 | 4.0% | 285,626 | 3.9% | 769,319 | 4.0% |
| Other | | | | | | | | |
| Total Food Cost | 1,528,316 | 26.6% | 1,717,422 | 27.0% | 1,925,554 | 26.5% | 5,171,289 | 26.7% |
| NA Beverage | 65,962 | 16.4% | 75,469 | 16.6% | 90,484 | 17.1% | 231,916 | 16.7% |
| Total Food & Beverage Costs | 1,594,278 | 25.9% | 1,792,891 | 26.3% | 2,016,038 | 25.8% | 5,403,205 | 26.0% |
| Liquor | 36,671 | 15.5% | 38,793 | 14.2% | 44,909 | 13.7% | 120,373 | 14.4% |
| Beer | 43,771 | 42.2% | 42,423 | 38.1% | 48,762 | 37.9% | 134,956 | 39.2% |
| Wine | 83,141 | 32.1% | 89,505 | 33.5% | 99,149 | 32.0% | 271,795 | 32.5% |
| Total Alcohol Costs | 163,583 | 27.3% | 170,721 | 26.2% | 192,820 | 25.2% | 527,124 | 26.1% |
| Total Cost of Sales | 1,757,861 | 26.0% | 1,963,612 | 26.3% | 2,208,858 | 25.8% | 5,930,329 | 26.0% |
| Hostess | 76,482 | 1.1% | 80,319 | 1.1% | 99,319 | 1.2% | 256,120 | 1.1% |
| Hostess-OT | 121 | 0.0% | 319 | 0.0% | 276 | 0.0% | 717 | 0.0% |
| Foodserver | 177,690 | 2.6% | 189,633 | 2.5% | 226,508 | 2.6% | 593,832 | 2.6% |
| Foodserver-OT | 2,496 | 0.0% | 3,647 | 0.0% | 2,424 | 0.0% | 8,567 | 0.0% |
| Tender | 71,704 | 1.1% | 76,449 | 1.0% | 92,897 | 1.1% | 241,050 | 1.1% |
| Tender-OT | 531 | 0.0% | 780 | 0.0% | 747 | 0.0% | 2,059 | 0.0% |
| Bartender | 59,407 | 0.9% | 59,614 | 0.8% | 73,608 | 0.9% | 192,629 | 0.8% |
| Bartender-OT | 722 | 0.0% | 1,205 | 0.0% | 695 | 0.0% | 2,622 | 0.0% |
| Curbside/To Go | 37,133 | 0.5% | 40,411 | 0.5% | 47,754 | 0.6% | 125,298 | 0.5% |
| Curbside/To Go - OT | 8 | 0.0% | 199 | 0.0% | 264 | 0.0% | 470 | 0.0% |
| Catering | 40,494 | 0.6% | 41,484 | 0.6% | 55,898 | 0.7% | 137,876 | 0.6% |
| Catering - OT | 519 | 0.0% | 889 | 0.0% | 425 | 0.0% | 1,833 | 0.0% |
| Dining Room Expo | | | | | | | | |
| Dining Room Expo - OT | | | | | | | | |
| Key Staff | 42,928 | 0.6% | 43,505 | 0.6% | 55,057 | 0.6% | 141,490 | 0.6% |
| Key Staff - OT | 723 | 0.0% | 2,881 | 0.0% | 1,808 | 0.0% | 5,412 | 0.0% |
| Dining Room Training | 50,033 | 0.7% | 49,123 | 0.7% | 52,151 | 0.6% | 151,306 | 0.7% |
| Dining Room Training-OT | 141 | 0.0% | 154 | 0.0% | 247 | 0.0% | 541 | 0.0% |
| Total Dining Room Labor | 561,132 | 8.3% | 590,612 | 7.9% | 710,078 | 8.3% | 1,861,822 | 8.2% |
| Kitchen | 607,696 | 9.0% | 623,977 | 8.4% | 756,456 | 8.8% | 1,988,129 | 8.7% |
| Kitchen-OT | 10,990 | 0.2% | 17,982 | 0.2% | 13,680 | 0.2% | 42,651 | 0.2% |
| Steward | 156,693 | 2.3% | 166,218 | 2.2% | 198,994 | 2.3% | 521,905 | 2.3% |

Fired Up, Inc.
Consolidated Income Statement
For the Three Periods Ending September 24, 2014

| | 09/24/2014 | % | 08/27/2014 | % | 07/30/2014 | % | Year-to-Date $ | % |
|---|---|---|---|---|---|---|---|---|
| | 3 | | 2 | | 1 | | | |
| Steward-OT | 2,529 | 0.0% | 3,350 | 0.0% | 2,747 | 0.0% | 8,626 | 0.0% |
| Kitchen Training | 19,609 | 0.3% | 22,335 | 0.3% | 23,028 | 0.3% | 64,972 | 0.3% |
| Kitchen Training-OT | -20 | 0.0% | 236 | 0.0% | 63 | 0.0% | 279 | 0.0% |
| Total Kitchen Labor | 797,497 | 11.8% | 834,098 | 11.2% | 994,968 | 11.6% | 2,626,562 | 11.5% |
| Meetings | 4,299 | 0.1% | 4,375 | 0.1% | 5,159 | 0.1% | 13,833 | 0.1% |
| Total Wages | 1,362,928 | 20.2% | 1,429,085 | 19.1% | 1,710,205 | 19.9% | 4,502,217 | 19.8% |
| MIT/Incentive Credits | | | | | | | | |
| Manager Salaries | 478,273 | 7.1% | 445,542 | 6.0% | 552,506 | 6.4% | 1,476,322 | 6.5% |
| Total Manager Salaries | 478,273 | 7.1% | 445,542 | 6.0% | 552,506 | 6.4% | 1,476,322 | 6.5% |
| Staff Incentives | 287 | 0.0% | 481 | 0.0% | 680 | 0.0% | 1,449 | 0.0% |
| Payroll Taxes | 243,971 | 3.6% | 273,083 | 3.7% | 333,186 | 3.9% | 850,240 | 3.7% |
| Total Labor Expense | 2,085,459 | 30.9% | 2,148,191 | 28.8% | 2,596,577 | 30.3% | 6,830,228 | 30.0% |
| Rebates | -28,227 | -0.4% | -28,227 | -0.4% | -35,284 | -0.4% | -91,739 | -0.4% |
| Fuel Charge | 3,325 | 0.0% | 5,731 | 0.1% | 11,413 | 0.1% | 20,468 | 0.1% |
| Inventory Reserve Adjustment | | | | | | | | |
| Supplies | 82,690 | 1.2% | 100,141 | 1.3% | 94,919 | 1.1% | 277,750 | 1.2% |
| Catering Supplies | 30,355 | 0.4% | 35,398 | 0.5% | 34,724 | 0.4% | 100,478 | 0.4% |
| China | 6,485 | 0.1% | 4,343 | 0.1% | 4,335 | 0.1% | 15,163 | 0.1% |
| Glassware | 6,840 | 0.1% | 4,878 | 0.1% | 16,155 | 0.2% | 27,873 | 0.1% |
| Silverware | 3,291 | 0.0% | 4,782 | 0.1% | 3,457 | 0.0% | 11,530 | 0.1% |
| TakeOut | 54,718 | 0.8% | 61,221 | 0.8% | 66,513 | 0.8% | 182,452 | 0.8% |
| Chemicals | 37,165 | 0.6% | 55,778 | 0.7% | 48,815 | 0.6% | 141,758 | 0.6% |
| Supply Rebates | | | | | | | | |
| Uniforms | 11,656 | 0.2% | 6,166 | 0.1% | 4,805 | 0.1% | 22,626 | 0.1% |
| Tableware / Menus | 3,535 | 0.1% | 643 | 0.0% | 2,686 | 0.0% | 6,865 | 0.0% |
| Linen | 55,199 | 0.8% | 58,278 | 0.8% | 70,821 | 0.8% | 184,297 | 0.8% |
| Total Restaurant Expense | 267,032 | 4.0% | 309,132 | 4.1% | 323,359 | 3.8% | 899,521 | 3.9% |
| Telephone Expense | 36,116 | 0.5% | 36,116 | 0.5% | 36,116 | 0.4% | 108,348 | 0.5% |
| WC Insurance - Fixed | 22,500 | 0.3% | 22,500 | 0.3% | 22,500 | 0.3% | 67,500 | 0.3% |
| WC Insurance - Variable | 3,000 | 0.0% | -2,000 | 0.0% | 6,000 | 0.1% | 7,000 | 0.0% |
| Fixed Rental | 23,973 | 0.4% | 21,423 | 0.3% | 38,492 | 0.4% | 83,888 | 0.4% |
| Exterminator Expense | 9,496 | 0.1% | 10,368 | 0.1% | 13,825 | 0.2% | 33,689 | 0.1% |
| R&M Variable - Electrical | 3,717 | 0.1% | 8,034 | 0.1% | 11,249 | 0.1% | 22,999 | 0.1% |
| R&M Variable - Plumbing | 14,190 | 0.2% | 14,141 | 0.2% | 14,941 | 0.2% | 43,271 | 0.2% |
| R&M Variable - HVAC | 9,295 | 0.1% | 16,433 | 0.2% | 18,683 | 0.2% | 44,412 | 0.2% |
| R&M Variable - Equipment | 34,470 | 0.5% | 39,483 | 0.5% | 45,777 | 0.5% | 119,730 | 0.5% |
| R&M Variable - Other | 28,158 | 0.4% | 45,607 | 0.6% | 40,650 | 0.5% | 114,415 | 0.5% |
| Janitorial | 45,986 | 0.7% | 43,673 | 0.6% | 54,204 | 0.6% | 143,863 | 0.6% |
| Maint Contracts | 80,093 | 1.2% | 100,660 | 1.3% | 91,382 | 1.1% | 272,135 | 1.2% |
| Utilities Expense - Electric | 168,620 | 2.5% | 197,494 | 2.6% | 216,649 | 2.5% | 582,764 | 2.6% |
| Utilities Expense - Water | 51,031 | 0.8% | 56,702 | 0.8% | 56,294 | 0.7% | 164,026 | 0.7% |
| Utilities Expense - Gas | 73,964 | 1.1% | 84,502 | 1.1% | 83,110 | 1.0% | 241,576 | 1.1% |
| Security Expense | 8,111 | 0.1% | 19,077 | 0.3% | 18,746 | 0.2% | 45,934 | 0.2% |
| Total Facility Expense | 612,720 | 9.1% | 714,213 | 9.6% | 768,618 | 9.0% | 2,095,550 | 9.2% |
| Office Expense | 7,076 | 0.1% | 9,331 | 0.1% | 10,254 | 0.1% | 26,660 | 0.1% |
| Credit Card Chargebacks | 1,594 | 0.0% | 698 | 0.0% | 2,021 | 0.0% | 4,314 | 0.0% |
| Bad Debt | -2,602 | 0.0% | -17,229 | -0.2% | 16,906 | 0.2% | -2,925 | 0.0% |
| Misc/Delivery/Customer Relations | 388 | 0.0% | 2,817 | 0.0% | 2,904 | 0.0% | 6,109 | 0.0% |
| Sales Tax | 9,882 | 0.1% | 10,871 | 0.1% | 11,764 | 0.1% | 32,516 | 0.1% |
| Dues and Subscriptions Exp | 769 | 0.0% | 139 | 0.0% | 545 | 0.0% | 1,453 | 0.0% |
| Community Interaction | 3,039 | 0.0% | 3,706 | 0.0% | 978 | 0.0% | 7,723 | 0.0% |
| Parking Expense | | | | | | | | |
| Misc. Income | -38,921 | -0.6% | -48,364 | -0.6% | -68,448 | -0.8% | -155,734 | -0.7% |
| Gift Certificates | 2,025 | 0.0% | 2,025 | 0.0% | 2,025 | 0.0% | 6,075 | 0.0% |
| Petty Cash Expense | | | | | | | | |
| Total Other Expenses | -16,750 | -0.2% | -36,006 | -0.5% | -21,051 | -0.2% | -73,809 | -0.3% |
| Total Controllable Expense | 4,706,322 | 69.7% | 5,099,142 | 68.3% | 5,876,361 | 68.5% | 15,681,819 | 68.8% |
| Net Operating Income | 1,185,144 | 17.5% | 1,430,570 | 19.2% | 1,702,446 | 19.9% | 4,318,166 | 18.9% |
| Vacation Pay | 7,150 | 0.1% | 13,950 | 0.2% | 8,650 | 0.1% | 29,750 | 0.1% |
| Staff Benefits | 762 | 0.0% | 645 | 0.0% | 1,533 | 0.0% | 2,940 | 0.0% |

Fired Up, Inc.
Consolidated Income Statement
For the Three Periods Ending September 24, 2014

| | 09/24/2014 | % | 08/27/2014 | % | 7/30/2014 | % | Year-to-Date $ | % |
|---|---|---|---|---|---|---|---|---|
| | 3 | | 2 | | 1 | | | |
| Manager Bonus | 39,408 | 0.6% | 39,408 | 0.5% | 49,260 | 0.6% | 128,077 | 0.6% |
| Manager Benefits | 59,505 | 0.9% | 58,501 | 0.8% | 76,292 | 0.9% | 194,298 | 0.9% |
| Total Bonus & Benefits | 106,825 | 1.6% | 112,504 | 1.5% | 135,735 | 1.6% | 355,065 | 1.6% |
| Credit Card Fees | 109,969 | 1.6% | 134,622 | 1.8% | 134,852 | 1.6% | 379,443 | 1.7% |
| Marketing | 42,720 | 0.6% | 48,928 | 0.7% | 56,797 | 0.7% | 148,445 | 0.7% |
| POS Maintenance | | | | | | | | |
| Liquor Tax | 31,337 | 0.5% | 34,907 | 0.5% | 41,184 | 0.5% | 107,428 | 0.5% |
| Non-Controllable Misc. Exp | 258 | 0.0% | 226 | 0.0% | | | 484 | 0.0% |
| Licenses Expense | 12,889 | 0.2% | 11,139 | 0.1% | 13,303 | 0.2% | 37,330 | 0.2% |
| Bank Charges | 10,786 | 0.2% | 5,554 | 0.1% | 6,683 | 0.1% | 23,023 | 0.1% |
| Other Taxes | | | | | | | | |
| Minimum Wage Variance | | | | | | | | |
| Other Insurance Expense | 60,750 | 0.9% | 60,750 | 0.8% | 60,750 | 0.7% | 182,250 | 0.8% |
| Non-Controllable G&A Expense | 268,709 | 4.0% | 296,126 | 4.0% | 313,569 | 3.7% | 878,403 | 3.9% |
| Rent or Lease Expense | 575,532 | 8.5% | 647,379 | 8.7% | 642,265 | 7.5% | 1,865,176 | 8.2% |
| Property Tax | 148,499 | 2.2% | 148,481 | 2.0% | 152,120 | 1.8% | 449,100 | 2.0% |
| Total Other Non-Controllable | 724,031 | 10.7% | 795,860 | 10.7% | 794,385 | 9.3% | 2,314,276 | 10.2% |
| Interest Expense | | | | | | | | |
| Depreciation Expense | 163,097 | 2.4% | 192,413 | 2.6% | 192,413 | 2.2% | 547,924 | 2.4% |
| Net Income | -77,518 | -1.1% | 33,667 | 0.5% | 266,344 | 3.1% | 222,498 | 1.0% |
| Operating Cash Flow | 85,579 | 1.3% | 226,080 | 3.0% | 458,757 | 5.4% | 770,422 | 3.4% |
| Royalties | 159,283 | 2.4% | 182,413 | 2.4% | 204,601 | 2.4% | 546,297 | 2.4% |
| Development Fees | | | | | | | | |
| Franchise Fees | | | | | | | | |
| Total Franchise Revenue | 159,283 | 2.4% | 182,413 | 2.4% | 204,601 | 2.4% | 546,297 | 2.4% |
| Preopening Expense/Amortization | | | | | | | | |
| Corporate Compensation | 100,098 | 1.5% | 106,772 | 1.4% | 131,041 | 1.5% | 337,911 | 1.5% |
| Operations Compensation | 81,442 | 1.2% | 80,519 | 1.1% | 98,323 | 1.1% | 260,285 | 1.1% |
| Bonuses | 10,762 | 0.2% | 11,560 | 0.2% | 16,755 | 0.2% | 39,078 | 0.2% |
| Payroll Taxes | 13,633 | 0.2% | 15,551 | 0.2% | 19,010 | 0.2% | 48,195 | 0.2% |
| Vacation | 4,559 | 0.1% | 4,982 | 0.1% | 3,141 | 0.0% | 12,681 | 0.1% |
| Employee Benefits | 2,446 | 0.0% | 91 | 0.0% | 400 | 0.0% | 2,937 | 0.0% |
| G&A - Compensation | 212,940 | 3.2% | 219,475 | 2.9% | 268,670 | 3.1% | 701,087 | 3.1% |
| Airfare | 4,733 | 0.1% | 3,762 | 0.1% | 4,548 | 0.1% | 13,043 | 0.1% |
| Lodging | 5,364 | 0.1% | 4,635 | 0.1% | 5,403 | 0.1% | 15,401 | 0.1% |
| Meals | 1,910 | 0.0% | 1,289 | 0.0% | 2,976 | 0.0% | 6,175 | 0.0% |
| Mileage/Gas/Parking | 18,207 | 0.3% | 21,217 | 0.3% | 28,594 | 0.3% | 68,018 | 0.3% |
| Auto Rental | 1,358 | 0.0% | 410 | 0.0% | 1,611 | 0.0% | 3,379 | 0.0% |
| Car Allowance | 11,607 | 0.2% | 8,330 | 0.1% | 16,154 | 0.2% | 36,090 | 0.2% |
| Entertainment / Gifts | 121 | 0.0% | 1,678 | 0.0% | 184 | 0.0% | 1,983 | 0.0% |
| G&A - T&E | 43,300 | 0.6% | 41,321 | 0.6% | 59,470 | 0.7% | 144,089 | 0.6% |
| Bad Debt | 1,892 | 0.0% | 35 | 0.0% | 10,063 | 0.1% | 11,989 | 0.1% |
| Bank charges | 9,499 | 0.1% | 5,789 | 0.1% | 5,972 | 0.1% | 21,260 | 0.1% |
| Gift Card Fees | 2,070 | 0.0% | 342 | 0.0% | 2,386 | 0.0% | 4,798 | 0.0% |
| Insurance | 44,696 | 0.7% | 3,260 | 0.0% | -34,239 | -0.4% | 13,716 | 0.1% |
| Misc Exps | | | | | | | | |
| Non Income Based Taxes | | | | | | | | |
| Other Taxes | | | | | | | | |
| Penalties | | | 471 | 0.0% | 19,283 | 0.2% | 19,754 | 0.1% |
| Sales Tax Discount | -3,185 | 0.0% | -3,611 | 0.0% | -2,902 | 0.0% | -9,698 | 0.0% |
| Other income | -1,786 | 0.0% | -7,802 | -0.1% | -1,098 | 0.0% | -10,686 | 0.0% |
| G&A - Finance | 53,186 | 0.8% | -1,516 | 0.0% | -535 | 0.0% | 51,133 | 0.2% |
| BOD Expense | | | | | | | | |
| Charitable Contributions | | | | | | | | |
| Computer/IT Expenses | 40,930 | 0.6% | 39,321 | 0.5% | 60,701 | 0.7% | 140,952 | 0.6% |
| Dues & Subcriptions | | | | | | | | |
| Licenses | 2,360 | 0.0% | 150 | 0.0% | | | 2,510 | 0.0% |
| Research and Development | 1,049 | 0.0% | 611 | 0.0% | 1,464 | 0.0% | 3,124 | 0.0% |

Fired Up, Inc.
Consolidated Income Statement
For the Three Periods Ending September 24, 2014

| | 09/24/2014 3 | % | 08/27/2014 2 | % | 7/30/2014 1 | % | Year-to-Date $ | % |
|---|---|---|---|---|---|---|---|---|
| Franchise Exps | 80 | 0.0% | 50 | 0.0% | 48 | 0.0% | 177 | 0.0% |
| Special Projects | -1,088 | 0.0% | -1,291 | 0.0% | -11,090 | -0.1% | -13,469 | -0.1% |
| Corporate Rebates | | | | | | | | |
| G&A - General | 43,331 | 0.6% | 38,841 | 0.5% | 51,123 | 0.6% | 133,294 | 0.6% |
| Rent | 4,875 | 0.1% | -2,362 | 0.0% | 8,208 | 0.1% | 10,721 | 0.0% |
| Property Taxes | | | -5,938 | -0.1% | | | -5,938 | 0.0% |
| Utilities | | | | | | | | |
| Telephone | -2,367 | 0.0% | -2,658 | 0.0% | 33,031 | 0.4% | 28,007 | 0.1% |
| Security | 92 | 0.0% | | | | | 92 | 0.0% |
| R&M Variable | | | | | | | | |
| Fixed Rental | 1,956 | 0.0% | 1,605 | 0.0% | 1,470 | 0.0% | 5,031 | 0.1% |
| Freight & Postage | 686 | 0.0% | 817 | 0.0% | 4,196 | 0.0% | 5,698 | 0.0% |
| Office Expenses | 8,457 | 0.1% | 9,783 | 0.1% | 10,156 | 0.1% | 28,396 | 0.1% |
| G&A - Facilities | 13,699 | 0.2% | 1,247 | 0.0% | 57,061 | 0.7% | 72,007 | 0.3% |
| Marketing | | | | | | | | |
| Corporate Menu Expenses | 61,138 | 0.9% | 30,908 | 0.4% | 102,838 | 1.2% | 194,884 | 0.9% |
| G&A - Marketing | 61,138 | 0.9% | 30,908 | 0.4% | 102,838 | 1.2% | 194,884 | 0.9% |
| Professional Reimbursements | | | | | | | | |
| Legal and Professional Expense | 89,364 | 1.3% | 284,535 | 3.8% | 253,428 | 3.0% | 627,328 | 2.8% |
| Accounting Expenses | 5,000 | 0.1% | 5,000 | 0.1% | 5,000 | 0.1% | 15,000 | 0.1% |
| Contract Maintenance | 9,643 | 0.1% | 7,814 | 0.1% | 6,102 | 0.1% | 23,559 | 0.1% |
| G&A - Professional Fees | 104,007 | 1.5% | 297,349 | 4.0% | 264,530 | 3.1% | 665,887 | 2.9% |
| Personal Development | | | | | | | | |
| Uniforms | | | -371 | 0.0% | | | -371 | 0.0% |
| Meetings / Seminars | 206 | 0.0% | 284 | 0.0% | 1,382 | 0.0% | 1,871 | 0.0% |
| Relocation Expense | 35,469 | 0.5% | 7,998 | 0.1% | 9,745 | 0.1% | 53,212 | 0.2% |
| Training Expenses | 1,666 | 0.0% | | | | | 1,666 | 0.0% |
| Recruiting | 8,400 | 0.1% | 4,743 | 0.1% | 1,241 | 0.0% | 14,384 | 0.1% |
| Bonuses-Mgr Training | | | 1,000 | 0.0% | 1,100 | 0.0% | 2,100 | 0.0% |
| MIT Salaries | 31,340 | 0.5% | 33,278 | 0.4% | 32,029 | 0.4% | 96,647 | 0.4% |
| 401K-Employer Matching | 685 | 0.0% | 1,867 | 0.0% | 2,023 | 0.0% | 4,575 | 0.0% |
| G&A - People | 77,766 | 1.2% | 48,799 | 0.7% | 47,520 | 0.6% | 174,084 | 0.8% |
| Total General and administrative | 609,367 | 9.0% | 676,424 | 9.1% | 850,677 | 9.9% | 2,136,465 | 9.4% |
| Closed Store Expenses-General & | 28,893 | 0.4% | -6,116 | -0.1% | -1,749 | 0.0% | 21,028 | 0.1% |
| Closed Store Expenses - Rent/CAM | 17,946 | 0.3% | 17,946 | 0.2% | 17,946 | 0.2% | 53,837 | 0.2% |
| Closed Store Expenses - Property T | 1,470 | 0.0% | 1,470 | 0.0% | 1,261 | 0.0% | 4,200 | 0.0% |
| Total Closed Store Expenses | 48,309 | 0.7% | 13,300 | 0.2% | 17,458 | 0.2% | 79,065 | 0.3% |
| (Gain)loss sale of assets | -50,328 | -0.7% | -50,328 | -0.7% | -50,328 | -0.6% | -150,983 | -0.7% |
| Restaurant Depreciation | 163,097 | 2.4% | 192,413 | 2.6% | 192,413 | 2.2% | 547,924 | 2.4% |
| Amortization Expense | -8,701 | -0.1% | 10,269 | 0.1% | 10,269 | 0.1% | 11,837 | 0.1% |
| Corporate Depreciation | 63,188 | 0.9% | 46,823 | 0.6% | 46,823 | 0.5% | 156,833 | 0.7% |
| Closed Store - Depreciation | 1,470 | 0.0% | 1,470 | 0.0% | 1,261 | 0.0% | 4,200 | 0.0% |
| Total Depreciation and Amortiza | 217,584 | 3.2% | 249,505 | 3.3% | 249,505 | 2.9% | 716,594 | 3.1% |
| Loss on Asset Impairment | 25,000 | 0.4% | 25,000 | 0.3% | 17,110 | 0.2% | 67,110 | 0.3% |
| Income tax expense (benefit) | | | | | | | | |
| Total Company Net income (loss) | -649,955 | -9.6% | -558,584 | -7.5% | -476,794 | -5.6% | -1,685,323 | -7.4% |
| Interest Expense | 44,887 | 0.7% | 53,275 | 0.7% | 55,822 | 0.7% | 153,984 | 0.7% |
| Interest Income | -2 | 0.0% | -99 | 0.0% | -92 | 0.0% | -193 | 0.0% |
| Interest expense, net | 44,885 | 0.7% | 53,176 | 0.7% | 55,730 | 0.7% | 153,791 | 0.7% |
| Total Company Net Operating Cash Before Principal Pymt & Capex | -432,371 | -6.4% | -309,079 | -4.1% | -227,289 | -2.7% | -968,729 | -4.2% |

## CERTIFICATE OF SERVICE

By my signature below, I certify that on the 22nd day of October 2014, a true and correct copy of the foregoing Monthly Operating Report was served by electronic mail transmission on the following parties at the e-mail addresses listed below:

Henry G. Hobbs
henry.g.hobbs@usdoj.gov

Deborah A. Bynum
deborah.a.bynum@usdoj.gov

Bradford J. Sandler
bsandler@pszjlaw.com

Joshua M. Fried
jfried@pszjlaw.com

*/s/ Stephen W. Sather*
Stephen W. Sather