**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 29, 2014.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| FIRED UP, INC. | § | Case No. 14-10447-tmd |
| | § | (Chapter 11) |
| Debtor | § | |

### ORDER GRANTING DEBTOR'S OMNIBUS [SECOND] MOTION TO ASSUME LEASES OF NON-RESIDENTIAL REAL PROPERTY

CAME TO BE CONSIDERED on the 2nd day of October, 2014, the *Omnibus [Second] Motion to Assume Leases of Non-Residential Real Property* filed by the Debtor. Notice and opportunity to be heard having been properly provided and all objections having been resolved, the Court finds that good cause exists to permit the Debtor to assume the leases set forth in Exhibit "A", attached hereto as set forth below. The Debtor also announced that certain leases described on Exhibit "B" would be addressed through separate order. The Court therefore finds that the Motion is meritorious and should be granted. It is therefore

**ORDERED** that Debtor may assume the leases set forth in Exhibit "A" effective upon

the Effective Date of Debtor's Plan of Reorganization. It is further

**ORDERED** Debtor may assume such leases regardless whether they are in the name of the Debtor, Kona Restaurant Group, Inc., Carino's Italian Kitchen, Inc., SIK Acquisition Corp. or SIK Texas, LP. It is further

**ORDERED** that the modifications agreed to between the parties and referenced on the Motion shall take effect *nunc pro tunc* to the date that the modifications were executed unless otherwise specified by the parties. It is further

**ORDERED** that any cure payments on the assumed leases shall be made as agreed to by the parties or allowed by final order as provided in the plan. It is further

**ORDERED** that the leases set forth in Exhibit "B" shall be addressed by separate orders.

# # #

Order Submitted By:
Barbara M. Barron/Stephen W. Sather
Barron & Newburger, P.C.
1212 Guadalupe, Suite 104
Austin, TX 78701

# EXHIBIT A –
# LEASES BEING ASSUMED

| Store No. | Location and Leasehold Property Address | Lessee[1] | Lessor (L)/Servicer (S)[2] |
|---|---|---|---|
| 21 | Lubbock<br>6821 Slide Road<br>Lubbock, TX 79424 | KRG | Commercial Net Lease Realty, LP (**L**)<br>450 S. Orange Avenue, Suite 900<br>Orlando, FL 32801<br><br>National Retail Properties, L.P. (**S**)<br>450 S. Orange Avenue, Suite 900<br>Orlando, FL 32801 |
| 29 | Little Rock<br>4221 Warden<br>N. Little Rock, AR 72116 | SIK Acquisition Corp., a Delaware Corp. | Simon Property Group, L.P. (**L**)<br>c/o M.S. Management Associates, Inc.<br>Merchant's Plaza<br>225 W. Washington Street<br>Indianapolis, IN 46204<br><br>McCain Mall Company, LP (**S**)<br>867930 Reliable Parkway<br>Chicago, IL 60686-0079 |
| 30 | Katy<br>21875 Katy Freeway<br>Katy, TX 77450 | KRG | 21875 Katy Freeway, LLC (**L**)<br>Red Bank Avenue, LLC<br>106 Banyan Isle Dr.*<br>Palm Beach Gardens, FL 33418<br><br>Brinker Texas, L.P. (**L**)<br>Attn: General Counsel-Leasing<br>6820 LBJ Freeway<br>Dallas, TX 75240 |
| 31 | Waco<br>1411 N. Valley Mills Drive<br>Waco, TX 76712 | S.I.K. Texas, LP | Hoppenstein Properties, LLC. (**L**)<br>Attn: Norman J. Hoppenstein<br>708 Franklin Avenue<br>Waco, TX 76701 |
| 32 | Round Rock<br>2600 N. IH-35, No. 35<br>Round Rock, TX 78681 | KRG | Carino Round Rock, LP* (**L**)<br>8333 Douglas Avenue, Suite 1500<br>Dallas, TX 75225<br>Attn: Charlie Corson<br>ccorson@centriccapitalinc.com<br><br>Robert Williams (**L**)<br>Zale/Corson Group, Centric Capital Partners<br>rwilliams@centriccapitalinc.com |
| 33 | New Braunfels<br>1304 E. Common St., Ste. B<br>New Braunfels, TX 78130 | CIK | Chandelier Properties, Ltd.* (**L**)<br>Hughes Interests, Inc., General Partner<br>301 Main Plaza, #392<br>New Braunfels, TX 78130 |
| 34 | Lake Jackson<br>106 E. Highway 332<br>Lake Jackson, TX 77566 | KRG | McLean Associates, LLC* (**L**)<br>2578 Enterprise Road, #342<br>Orange City, FL 32763 |

---

[1] KRG (Kona Restaurant Group, Inc.); CIK (Carino's Italian Kitchen, Inc.)
[2] Asterisk (*) denotes Scheduled Address.

| | | | |
|---|---|---|---|
| 35 | College Station<br>620 Harvey Road<br>College Station, TX 74880 | KRG | Gibralter 1031 Restaurants Acquisition No.1, LLC **(L)**<br>P.O. Box 235169<br>Encinitas, CA 92023 |
| 36 | Laredo<br>1603 San Dario<br>Laredo, TX 78045 | KRG | Moondance, Inc.* **(L)**<br>c/o Ford Restaurant Group<br>1514 RR 620 South<br>Lakeway, TX 78734 |
| 38 | Brownsville<br>2600 Hwy 77/83 N.<br>Brownsville, TX 78521 | KRG | Moondance, Inc.* **(L)**<br>c/o Ford Restaurant Group<br>1514 RR 620 South<br>Lakeway, TX 78734 |
| 40 | Victoria<br>4904 N. Navarro<br>Victoria, TX 77904 | KRG | AEI Income & Growth Fund 23 LLC; The Caves Family Trust dated June 12, 1997; The Judith Gilbert Cox Trust dated August 31, 2001; Doyle G. Davis; the Gross Family Farms, LLC; D.L. & P.D. Hovey Family Trust dated August 21, 1992; Mission Hills Apartments, LP; David Shine; and The Charles M. and Judith K. Westphal Community Trust dated June 2, 1994 **(L)**<br>1300 Wells Fargo Place<br>30 East Seventh Street<br>St. Paul, MN 55101 |
| 43 | Boise<br>1700 S. Entertainment Ave.<br>Boise, ID 83709 | KRG | Boise Spectrum-Dunlap, LLC* **(L)**<br>16897 Algonquin, Suite A<br>Huntington Beach, CA 92649 |
| 45 | Ammon<br>2833 South 25th East<br>Ammon, ID 83406 | KRG | Tom & Joanne Sargis Family Trust **(L)**<br>55 Turnsworth Avenue<br>Redwood City, CA 94062<br><br>Hawkins Companies Commercial Developers **(S)**<br>855 Broad Street, Suite 300<br>Boise, ID 83702 |
| 52 | Rockwall<br>819 E. IH 30<br>Rockwall, TX | KRG | HAROLD WEINBERGER AS TRUSTEE OF THE HAROLD E. WIENBERGER 1998 FAMILY TRUST, as to an undivided 66.67% interest, and ELANA KROLL AS TRUSTEE OF THE ELANA KROLL FAMILY TRUST, as to an undivided 33.33% interest<br>1425 Camino Lujan<br>San Diego, CA 92111 |
| 53 | Denton<br>1516 Centre Place Drive<br>Denton, TX 76205 | KRG | Mary Jane Lawrence **(L)**<br>9317 Brightwood Court<br>Northridge, CA 91325 |
| 55 | Brodie<br>5601 Brodie Lane, #1600<br>Austin, TX 78745 | KRG | AEI Exchange Services, Inc. on behalf of The Cheeseman Family Revocable Living Trust dated August 14 1989; The Coffey Family Limited Partnership; The Holland Island, LLC; Brian Jones and Deborah Jones; Robert L. Munz and Bonnie E. Munz; Gary J. Susak and Linda Susak; The Charles M. and Judith K. Westphal Community Trust dated 6/2/ 1994; FAE Holdings 373763R LLC; Giovani E. Jackson; Antonio L. Rendall; **(L)** |

|    |                                                          |     |                                                                                                                                                                                                                                                                                  |
|----|----------------------------------------------------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |                                                          |     | 30 East Seventh Street<br>St. Paul, MN 55101<br><br>Cassidy Turley Midwest, Inc. **(S)**<br>Lock Box # 129<br>P.O. Box 1575<br>Minneapolis, MN 55480                                                                                                                            |
| 60 | Waxahachie<br>988 West 287 Bypass<br>Waxahachie, TX 75165 | KRG | Roger & Carol Flores Trust Dated March 10, 1981 **(L)**<br>Attn: Roger Flores<br>549 Palomar Drive<br>Palomar Park, CA 94602<br>RFCO549@gmail.com                                                                                                                               |
| 64 | Cedar Park<br>11620 FM 620 North<br>Austin, TX 78750      | KRG | Mary Jane Lawrence* **(L)**<br>9317 Brightwood Ct.<br>Northridge, CA 91325                                                                                                                                                                                                     |
| 65 | SA 410<br>231 Loop 410 SW<br>San Antonio, TX 78238        | KRG | Golden Ocean, LLC **(L)**<br>Dr. & Mrs. Cyrus Goldin<br>10035 W. Desert Canyon<br>Reno, NV 89511<br><br>Zivitz Family Trust<br>c/o Leonard Zivitz<br>1337 Skyline Dr.<br>Fullerton, CA 92831                                                                                    |
| 71 | Wallisville<br>5921 E. Sam Houston Pkwy.<br>Houston, TX 77049 | KRG | Michelle Amirkhas* **(L)**<br>100 Rishell Drive<br>Oakland, CA 94619                                                                                                                                                                                                       |
| 78 | Pearland<br>3050 Silverlake Village Dr.<br>Pearland, TX 77584 | KRG | LMR Silverlake North, Ltd. **(L)**<br>c/o Lasco Development Corp.<br>3301 Edloe Street, Suite 100<br>Houston, TX 77027                                                                                                                                                     |
| 82 | Alexandria<br>3213 MacArthur Drive<br>Alexandria, LA 71303 | KRG | Crock, LLC **(L)**<br>c/o Commercial Realty Advisors, Inc.<br>4775 South Durango Drive, Suite 101<br>Las Vegas, NV 89147<br>Attn: Marilyn Gubler, Managing Member<br><br>Crock, LLC **(S)**<br>c/o Nevada Management Services<br>P.O. Box 371330<br>Las Vegas, Nevada 89137-1330 |
| 83 | Pharr<br>601 South Jackson Road<br>Pharr, TX 78577        | KRG | The L. Wayne Batmale and Therese Batmale Revocable Living Trust; Thomas J. Campbell; C & E DeVries Investment Company, LP; The Lilian E. Haijcek Family Trust dated October 13, 1992, Viking Nursery, Inc.; and Roediger Family LLC **(L)**<br>1300 Wells Fargo Place<br>30 East Seventh Street<br>St. Paul, MN 55101 |
| 89 | Baytown                                                  | KRG | Memorial Northwest Pavilion, Ltd.* **(L)**                                                                                                                                                                                                                                    |

|  | | | |
|---|---|---|---|
|  | 7017 Garth Road<br>Baytown, TX 77521 |  | 1496 San Jacinto Mall<br>Baytown, TX 77521 |
| 91 | San Marcos<br>1235 IH 35 South<br>San Marcos, TX 78666 | KRG | EMC Realty Texas, LLC **(L)**<br>c/o ERA Realty Co.<br>100 Quentin Roosevelt Blvd., Suite 400<br>Garden City, NY 11530<br>Attn: Carmen Perez |
| 105 | Odessa<br>5100 E. 42nd Street<br>Odessa, TX 79762 | KRG | Leeco Energy & Investments* **(L)**<br>3501 Billy Hext Road<br>Odessa, TX 79765 |
| 107 | Joplin<br>137 N. Rangeline Rd<br>Joplin, MO 64801 | KRG | Northpark Mall/Joplin, LLC **(L)**<br>Attn: Lockbox #74265*<br>P.O. Box 74265<br>Cleveland, OH 44194-4265 |
| 108 | Kansas City<br>1706 Village West Parkway<br>Kansas City, KS 66111 | KRG | KKR Legends, LLC* **(L)**<br>26616 Network Place<br>Chicago, IL 60673<br><br>KKR Legends, LLC **(L)**<br>c/o Legacy Asset Management, LLC<br>4717 Central<br>Kansas City, MO 64112<br><br>KKR Legends, LLC **(L)**<br>c/o Legacy Asset Management, LLC<br>1843 Village West Parkway, Suite C127<br>Kansas City, KS 66111<br><br>Donna Knopp **(S)**<br>Legends Outlets<br>1843 Village West Parkway, SuiteC127<br>Kansas City, KS 66111 |
| 111 | Hurst<br>2174 Precinct Line Road<br>Hurst, TX 76054 | KRG | Hurst Precinct, Ltd.<br>c/o Hank Dickerson & Company<br>8333 Douglas Ave., S. 1300-LB #72<br>Dallas, TX 75225<br>Attn: John Dickerson |
| 112 | Slaughter<br>9500 S. IH-35 Service Rd. SB<br>Bldg. B<br>Austin, TX 78748 | KRG | RC Inland REIT, LP* **(L)**<br>62054 Collections Center Drive<br>Chicago, IL 60693-0621<br><br>Inland Western Austin Southpark Meadows II Limited Partnership **(S)**<br>62054 Collections Center Drive<br>Chicago, IL 60693 |
| CORP | Corporate<br>13420 Galleria Circle<br>Building A, Suite 250<br>Austin, TX 78738 | Fired Up, Inc. | Hill Country Texas Galleria, LLC **(L)**<br>12700 Hill Country Blvd., Suite T-100<br>Bee Cave, TX 78738<br>Attn: Adrian Overstreet |
| CORP | Corporate<br>13420 Galleria Circle<br>Building A, Suite 250 | Cloud Imperium Games | Fired Up, Inc. **(L)**<br>1514 RR 620 South<br>Austin, TX 78734 |

|  |  |  |  |
|---|---|---|---|
|  | Austin, TX  78738 | Texas, LLC[1] | Attn: Creed Ford |
| CORP | Corporate<br>1514 RR 620 South<br>Austin, TX  78734 | Fired Up, Inc.[1] | Ford Restaurant Group, Inc. **(L)**<br>1514 RR 620 South<br>Austin, TX  78734 |
| CORP | Corporate<br>3555 RR 620 South<br>Austin, TX  78734 | Fired Up, Inc. | Moondance Investments, Ltd. **(L)**<br>3555 RR 620 South<br>Austin, TX  78734 |

_____

[1] Sub-lessee

# EXHIBIT B –

# LEASES BEING ADDRESSED IN SEPARATE ORDERS

| Store No. | Location and Leasehold Property Address | Lessee | Lessor(L)/Servicer(S) |
|---|---|---|---|
| 41 | Corpus Christi<br>1652 S. Padre Island Drive<br>Corpus Christi, TX 78416 | KRG | South Coast Plaza, LLC* (L)<br>c/o Property Managers, LLC<br>P.O. Box 3218<br>Fort Worth, TX 76113 |
| 54 | Grand Prairie<br>2750 West Interstate 20<br>Grand Prairie, TX | KRG | ARC CAFEUSA001, LLC* (L)<br>American Realty Capital<br>Attn: Cindy Dip<br>200 Dryden Road, Suite 1100<br>Dresher, PA 19025<br>cdip@arlcap.com |
| 56 | Rogers<br>535 North 46th Street<br>Rogers, AR 72756 | KRG | ARC CAFEUSA001, LLC* (L)<br>American Realty Capital<br>Attn: Cindy Dip<br>200 Dryden Road, Suite 1100<br>Dresher, PA 19025<br>cdip@arlcap.com |
| 69 | Houston 290<br>19820 Northwest Freeway<br>Houston, TX 77065-4017 | KRG | ARC CAFEUSA001, LLC* (L)<br>American Realty Capital<br>Attn: Cindy Dip<br>200 Dryden Road, Suite 1100<br>Dresher, PA 19025 |
| 73 | Meridian<br>3551 E. Fairview Avenue<br>Meridian, ID 83642 | KRG | GS II Meridian Crossroads, LLC* (L)<br>P.O. Box 92388<br>Cleveland, OH 44193<br><br>GS II Meridian Crossroads, LLC (L)<br>3300 Enterprise Parkway<br>Beachwood, OH 44122<br><br>Diversified Realty Corp. (S)<br>3300 Enterprise Parkway<br>Beachwood, OH 44122 |

| | | | |
|---|---|---|---|
| 75 | Parmer<br>12901 N I-35 , Bldg. 16<br>Austin, TX 78753 | KRG | Kerri Knows, LLC (L)<br>PO Box 7906<br>Beverley Hills, CA 90212 |
| 87 | Lafayette<br> 4321 Ambassador Caffery Pkwy<br>Lafayette, LA 70508 | KRG | RB River VI, LLC; WRI River Marketplace, LLC; RB River V, LLC; and RB River VI, LLC* (L)<br>c/o Stirling Properties, LLC<br>109 Northpark Blvd., Suite 300<br>Covington, LA 70433 |
| 94 | San Angelo<br>1407 Knickerbocker Road<br>San Angelo, TX 76904 | KRG | ARC CAFEUSA001, LLC* (L)<br>American Realty Capital<br>Attn: Cindy Dip<br>200 Dryden Road, Suite 1100<br>Dresher, PA 19025<br>cdip@arlcap.com |
| 100 | Midland<br>4711 West Loop 250 N.<br>Midland, TX 79707 | KRG | ARC CAFEUSA001, LLC* (L)<br>American Realty Capital<br>Attn: Cindy Dip<br>200 Dryden Road, Suite 1100<br>Dresher, PA 19025<br>cdip@arlcap.com |
| 103 | SA Military<br>3147 S.E. Military Dr.<br>San Antonio, TX 78223 | KRG | MB San Antonio Brooks, LP (L)<br>2901 Butterfield Road<br>Oak Brook, IL 60523<br><br>Inland American Retail Management, LLC/ Bldg. #4554* (S)<br>13977 Collections Center Drive<br>Chicago, IL 60693 |