**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 03, 2014.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| FIRED UP, INC. | § | CASE NO. 14-10447-tmd |
| | § | (Chapter 11) |
| Debtor. | § | |

### ORDER (1) APPROVING AMENDED DISCLOSURE STATEMENT, (2) FIXING TIME FOR FILING OBJECTIONS AND ACCEPTANCES OR REJECTIONS OF PLAN, TOGETHER WITH (3) NOTICE OF HEARING ON CONFIRMATION OF PLAN

On October 23, 2014 and October 29, 2014, the Court conducted hearings on approval of a Disclosure Statement dated October 1, 2014 (docket entry 499) filed by Fired Up Inc. ("Debtor") and the Official Committee of Unsecured Creditors ("Committee") and any objections thereto. Amendments were incorporated into an Amended Plan dated October 29, 2014 ("Amended Plan") (Dkt. #543) and an Amended Disclosure Statement dated October 29, 2014, ("Amended Disclosure

Statement") (Dkt. #544 . The Court hereby approves the Amended Disclosure Statement (Dkt. #544) as containing adequate information under 11 U.S.C. § 1125.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED **AND NOTICE IS HEREBY GIVEN THAT:**

1. The Amended Disclosure Statement filed by the Debtor is approved.

2. On or before **November 5, 2014**, counsel for the Debtor shall mail, by first class mail, a copy of the Amended Disclosure Statement, Amended Plan, this Order or a notice of its provisions, and a ballot conforming with Official Bankruptcy Form 14, to all creditors, the Debtor, and any other party in interest as provided in Rule 3017(d). Counsel for the Debtor shall promptly file a Certificate of Service with the Court reflecting such mailing.

3. **December 1, 2014, at 5:00 p.m. (CT)** is fixed as the last day for submitting ballots for acceptance or rejection of the Amended Plan. Such ballots shall be submitted to counsel for the Debtor at the address set forth in the Amended Disclosure Statement. Ballots shall not be filed with the Court.

4. **December 1, 2014 at 5:00 p.m. (CT)** is also fixed, pursuant to Rule 3020(b)(1), as the last day for filing and serving written objections to confirmation of the Amended Plan. Any objections to the Amended Plan shall be accompanied by a memorandum of legal authorities supporting such objection.

5. **By December 3, 2014 at 5:00 p.m. (CT)**, counsel for Debtors shall file with the Court a ballot summary in the form required by Local Bankruptcy Rule 3018(b) with a copy of the ballots and the Debtor and/or the Committee shall file a memorandum of legal authorities that addresses any objections filed to the Amended Plan.

6. **December 8, 2014 at 9:30 a.m. (CT)**, at the U.S. Bankruptcy Court, Courtroom No. 1, 903

San Jacinto Blvd, Austin, Texas, is fixed as the time and place of the hearing on confirmation of the Amended Plan and any objections thereto.

# # #

APPROVED AS TO FORM:

*/s/Stephen W. Sather*
Stephen W. Sather
Attorney for Debtor

*/s/Deborah A. Bynum*
Deborah A. Bynum
Trial Attorney, U.S. Trustee's Office

*/s/Joshua Fried*
Joshua Fried
Attorney for Official Committee of Unsecured Creditors

*/s/Kevin M. Newman*
Kevin M. Newman
Attorney for MB San Antonio Brooks Limited Partnership

*/s/Joseph D. Martinec*
Joseph D. Martinec
Attorney for South Coast Plaza and Hill Country Galleria

Order Submitted By:

Stephen W. Sather
Barron & Newburger, P.C.
1212 Guadalupe, Suite 104
Austin, TX 78701
(512) 476-9103 Ext. 220
ssather@bn-lawyers.com