UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: FIRED UP, INC. | § | CASE NO. 14-10447-tmd |
| DEBTOR | § | (Chapter 11) |

OBJECTION BY THE UNITED STATES TRUSTEE
TO AMENDED PLAN (DOCKET ENTRY 543)

TO THE HONORABLE TONY M. DAVIS, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, JUDY A. ROBBINS, United States Trustee for Region 7 ("UST"), through the undersigned counsel and files this Objection to Amended Plan ("Amended Plan"), and in support thereof, respectfully shows the Court as follows:

1. On October 29, 2014, Debtor and the Unsecured Creditors Committee filed an Amended Joint Plan of Reorganization (docket entry 543).

2. Section 8.06 of the Amended Plan provides for third party releases for "Affiliates" of Debtor, the Ford Family, and FRG Capital LLC. The proposed release covers any type of action or claim. Third party releases, such as for the Ford Family and FRG Capital LLC, and for unnamed "Affiliates" of affiliates for claims that are not specifically described are overly broad. Section 1.01.82, in defining Released Parties, only specifically identifies Debtor, the Ford Family (which is defined elsewhere), and FRG Capital, LLC. Section 1141 of the Bankruptcy Code sets forth the effect of confirmation of a plan, which the Amended Plan incorporates at Section 8.05. Section 524(e) requires that "discharge of a debt of the debtor does not affect the liability of any other entity on … such debt." Section 524(g) provides a mechanism for seeking an injunction that may enjoin parties from action against third parties who are specifically identified and for a limited number of liabilities. The proposed language of 8.06 of the Amended Plan does not comply with the statutory requirements of § 524.

1

3. In the Objection to Disclosure Statement filed by MB San Antonio Brooks Limited Partnership (docket entry 520), this issue was raised with respect to non consensual releases. The UST incorporates the argument contained therein:

> The Fifth Circuit Court of Appeals has held that § 524(e) "only releases the debtor, not co-liable third parties. *Bank of New York Trust Co., N.A. v. Official Unsecured Cred. Comm. (In re Pacific Lumber Co,)*, 584 F.3d 229, 254 (5th Cir. 2009.) The *Pacific Lumber* Court also held that case law "broadly forecloses non-consensual non-debtor releases and permanent injunctions." *Id.*; *see also Ad Hoc Group of Vitro Noteholders v. Vitro SAB De CV (In re Vitro SAB De CV)*, 701 F.3d 1031, 1069 (5th Cir. 2012).

4. Section 2.16 of the Amended Plan proposes an injunction on jointly liable third parties and a claim modification for any claim against a third party that differs from claims allowed under the Amended Plan. The Amended Plan proposes to alter the relationship between creditors and third parties. These third parties are not identified, nor are the obligations identified. While § 524 of the Bankruptcy Code voids judgments and collection actions against Debtor, third party obligations are not affected, unless specific, injunctive steps are followed and then only for limited purposes. This proposed injunction is impermissibly broad against unidentified parties for unidentified claims. While a debtor's performance under a confirmed plan may provide injunctive type relief, the Bankruptcy Code only provides an injunction through a specific process.

5. Section 2.18, which proposes to limit the time period for a § 1111(b) election does not comply with the Bankruptcy Code requirements set forth in § 1111(b). The Amended Plan should not alter statutory rights of creditors. In addition, the notice of the proposed time period limitation was only provided after the proposed deadline had passed. This provision of the Amended Plan should be disallowed.

6. Section 5.08 sets a deadline for Debtor to notice parties of cure amounts. Debtor did not file the Cure Claim Schedule until November 24, 2014, which is less than the 10 days required in

the plan. This factor, together with the bar dates for claims based on rejection, which is contained in Section 5.05, creates multiple deadlines that apply to lease rejections. 11 U.S.C. § 365 sets forth the process for lease rejections and the required timing of that process. To the extent that the various deadlines in Sections 5.05 and 5.08 conflict with the requirements of § 365 and are without the consent of the affected parties, the UST asserts that the provisions of § 365 apply and not the Amended Plan.

7.      Sections 6.02 and 8.07 of the Amended Plan references "Exculpated Parties" and releases, but those parties are not identified. Instead "Exculpated Parties" include a list of unidentified persons in Section 1.01.41. The UST believes these provisions are similar to the third party releases objected to above, and the UST objects to these provisions as well.

8.      Section 2.14 sets forth the payment date for claims that are paid by Debtor. Similar information should be provided with respect to the claims that will be paid by the Trust. This information is not provided in the specific plan treatment descriptions for the classes that will be paid by the Trust either.

9.      The UST conditionally objects to the Amended Plan in that it does not meet the absolute priority requirement of § 1129(b)(2)(B)(ii) if a senior class of creditors does not vote to accept the Amended Plan. With respect to Section 10.02, the Amended Plan proposes that a guarantee of Debtor's new debt is "new value" sufficient to overcome any absolute priority dispute. In the event that senior classes of creditors do not vote in favor of the Amended Plan, the Court must determine to what extent guarantees provide property of a value equal to the allowed amount of such claim as required by 11 U.S.C. § 1129(b)(2).

10.     Section 10.04.02 provides general information about the GUC Trust. As objected to above, the estimated timing of distributions from the Trust should be described. In the

3

alternative, the Trust Agreement should set forth specific distribution triggers and rights and remedies in the event of a default.

11. Section 12.04.02 describes reporting requirements required by Debtor required pursuant to 28 U.S.C. § 1930. No matching provision is included for the Trust. The Amended Plan should clarify whether Debtor will be receiving information from the Trust to include in its reports or whether the Trust will be filing its own reports.

12. Article XV, Section 15.01, should include applicable bankruptcy law as well as applicable non-bankruptcy contract law under remedies for a default, given the long time between the possible confirmation hearing and the Effective Date. Also, the Trust Agreement provides that the Bankruptcy Court shall enter an order relieving and discharging the Trustee, which will necessarily require the consideration of applicable bankruptcy law.

13. Article XV, Section 15.01 requires creditors alleging a default under the Plan to give Debtor notice of such default. There is not a similar remedy for a default for creditors whose claim is transferred to the Trust. The Amended Plan should clarify the remedies those creditors have.

WHEREFORE, PREMISES CONSIDERED, the UST prays that confirmation of the Amended Plan be denied and for such further and other relief as is just.

Respectfully submitted,
JUDY A. ROBBINS
UNITED STATES TRUSTEE

By: */s/ Deborah A. Bynum*
Deborah A. Bynum
Trial Attorney
SBT No. 03556250
903 San Jacinto Blvd., Room 230
Austin, Texas 78701
Phone: (512) 916-5328 / Fax: 916-5331
Deborah.A.Bynum@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I forwarded a true and correct copy of the foregoing United States Trustee's Objection to Amended Plan by electronic means for all Pacer system participants and to the parties listed on Debtor's Mailing Matrix, attached to the filed Objection, and mailed to the party listed below on this the 1st day of December, 2014.

>  /s/ Deborah A. Bynum
>  Deborah A. Bynum

Internal Revenue Service
Special Procedures Staff-Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

**United States Trustee:**

Henry G. Hobbs
Deborah A. Bynum
Office of the U.S. Trustee
903 San Jacinto Blvd., Room 230
Austin, TX 78701
henry.g.hobbs@usdoj.gov
deborah.a.bynum@usdoj.gov

**Debtor:**

Creed Ford, III
President/CEO
Ford Restaurant Group
1514 RR 620 South
Austin, TX 78734
cford@carinos.com

Margaret B. Smith, CPA
Director of Finance
Ford Restaurant Group
1514 RR 620 South
Austin, TX 78734
msmith@fordrestgrp.com

**Attorneys for Debtor:**

Barbara M. Barron
Stephen W. Sather
Barron & Newburger, P.C.
1212 Guadalupe Street, Suite 104
Austin, TX 78701
bbarron@bn-lawyers.com
ssather@bn-lawyers.com

John Vernon
The Vernon Law Group, PLLC
4925 Greenville Avenue, Suite 200
Dallas, TX 75206
jvernon@vernonlawgroup.com

Kareem Hajjar
Hajjar Sutherland Peters, LLP
3144 Bee Caves Road
Austin, TX 78746
khajjar@legalstrategy.com

**20 Largest Unsecured Creditors:**

AEI Accredited Investor Fund 2002
Attn: Brian Schulz
1300 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
bschulz@aeifunds.com

AEI Fund Management, Inc.
Attn: Brian Schulz
1300 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
bschulz@aeifunds.com

ARC CAFÉ, LLC
American Realty Capital
Attn: Cindy Dip
200 Dryden Road, Suite 1100
Dresher, PA 19025
cdip@arlcap.com

Cassidy Turley Midwest, Inc.
Attn: Brian Schulz
1300 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
bschulz@aeifunds.com

Food Services of America
Attn: Lee Clark
P.O. Box 839
Meridian, ID 83680
lee_clark@fsafood.com
boise_ar@fsafood.com

GE Capital Franchise Finance Corp.
c/o Jeffrey T. Wegner
Kutak Rock, LLP
1650 Farnam Street Omaha, NE 68102-2186
jeffrey.wegner@kutakrock.com

Gentilis, Inc.
Attn: Moja Lindsey
P.O. Box 810
Redwood Valley, CA 95470
moja2@thelindseycompanies.com

Internal Revenue Service
Special Procedures Staff-Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

Magdalena Properties, LLC
c/o R. Spencer Shytles
Graham Bright & Smith, P.C.
5420 LBJ Freeway, Suite 300
Dallas, TX 75240
rss@gbstxlaw.com

Pleasant Ridge Development Co.
Attn: Lou Schickel
11601 Pleasant Ridge Rd., Suite 300
Little Rock, AR 72212
lou@schickels.com
invoices@schickels.com

Mary Raney & Dick P. Wood, Jr., as Trustees of RC Nelms Jr. Hillcrest Trst
c/o James H. Billingsley
Polsinelli, PC
2501 N. Harwood St., Suite 1900
Dallas, TX 75201
jbillingsley@polsinelli.com

Shamrock Foods-Consolidated
Attn: Jessica Harlow
Department 219
Denver, CO 80291-0219
jessica_harlow@shamrockfoods.com

Texas Comptroller of Public Accts.
c/o Jason A. Starks
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
jason.starks@texasattorneygeneral.gov

Texas Workforce Commission
Attn: Regulatory Integrity Div-SAU
101 E. 15th Street, Room 556
Austin, TX 78778-0001
rid.taxbankruptcy@twc.state.tx.us

*Twelfth Master Limited Service List dated October 30, 2014*                                                                                             Page **1** of **5**

**Secured Creditors:**

FRG Capital, LLC
c/o Blake Rasner
Haley & Olson, P.C.
510 N. Valley Mills Drive, Suite 600
Waco, TX 76710
brasner@haleyolson.com

Prosperity Bank
c/o Lisa C. Fancher
Fritz, Byrne, Head & Harrison, PLLC
98 San Jacinto Blvd., Suite 2000
Austin, TX 78701-4286
lfancher@fbhh.com

**Unsecured Creditors Committee:**

AEI Income & Growth Fund 24, LLC
Robert P. Johnson
30 Seventh Street East, Suite 1300
St. Paul, MN 55101
bschulz@aeifunds.com

Ben E. Keith Company (interim chair)
Richard Grasso
P. O. Box 2628
Ft. Worth, TX 76112
rngrasso@benekeith.com

Glazier Foods Company
John Miller
11303 Antoine Dr. Houston,
TX 77066
john.miller@glazierfoods.com

Independent Bank
Charley Rigney
8004 Woodway Dr., Suite 200
Waco, TX 76712
crigney@ibtx.com

National Retail Properties, Inc.
David G. Byrnes, Jr.
450 S. Orange Avenue, Suite 900
Orlando, FL 32801
david.byrnes@nnnreit.com

The Coca-Cola Company
William Kay, Sr. Bankruptcy Advisor
P.O. Box 1734
NAT 2008 Mail Stop
Atlanta, GA 30313
billkaye@jllconsultants.com

Wilmington Center, LLC
Attn: Fay Farzani
9471 Lomitas Avenue
Beverly Hills, CA 90210
fafar101@aol.com

**Counsel for Creditors' Committee:**

Bradford J. Sandler
Pachulski, Stang, Ziehl & Jones, LLP
919 North Market St., 17th Floor
Wilmington, DE 19801
bsandler@pszjlaw.com

Peter J. Keane
Pachulski, Stang, Ziehl & Jones, LLP
919 North Market St., 17th Floor
Wilmington, DE 19801
pkeane@pszjlaw.com

Joshua M. Fried
Pachulski, Stang, Ziehl & Jones, LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
jfried@pszjlaw.com

G. James Landon
Seth E. Meisel
Streusand, Landon & Ozburn, LLP
811 Barton Springs Rd., Suite 811
Austin, TX 78704
landon@slollp.com
meisel@slollp.com

**Miscellaneous:**

Brownsville Public Utilities Board
c/o Gilbert L. Hamberg, Esq.
1038 Darby Drive
Yardley, PA 19067
ghamberg_3@msn.com

CASS
Attn: Frank Garcia
2675 Corporate Exchange Drive
Columbus, OH 43231
fgarcia@cassinfo.com

Fintech
Attn: Mandi Aiton
7702 Woodland Center Blvd., #50
Tampa, FL 33614
maiton@fintech.com

Summit Energy
Attn: Tim Ward
103 Historic Town Square Lancaster,
TX 75146 tim.ward@ems.schneider-electric.com

Wells Fargo Bank, N.A.
c/o James G. Ruiz
Winstead, P.C.
401 Congress Avenue, Suite 2100
Austin, TX 78701
jruiz@winstead.com

**Additional Notice:**

Sheila Pattison
Special Assistant U.S. Attorney
Internal Revenue Service
300 E. 8th Street, Suite 601
Austin, TX 78701
sheila.pattison@irscounsel.treas.gov

Jason P. Wylie
The Law Office of Jason Wylie
8553 N. Beach St., PMB 316
Fort Worth, TX 76244-4919
jason@jasonwylielaw.com

John M. Koneck
Fredrikson & Byron, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
jkoneck@fredlaw.com

Mackenzie S. Wallace
Thompson & Knight, LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201
mackenzie.wallace@tklaw.com

Timothy E. Hudson
Thompson & Knight, LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201
tim.hudson@tklaw.com

William M. Kane
Traylor, Tompkins & Black, P.C.
751 Horizon Court, Suite 200
Grand Junction, CO 81506-8754
wmk@grandjunctionlaw.com

**Notices of Appearance:**

Arlington ISD, Mansfield ISD
and Crowley ISD
c/o Elizabeth Banda Calvo
Perdue, Brandon, Fielder, et al
P.O. Box 13430
Arlington, TX 76094-0430
ebcalvo@pbfcm.com

Atascocita 1692, LLC
c/o Crystal R. Axelrod
Morgan, Lewis & Bockius, LLP
1000 Louisiana Street, Suite 4000
Houston, TX 77002
caxelrod@morganlewis.com

Atascocita 1692, LLC
c/o Patrick D. Fleming
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178
pfleming@morganlewis.com

Bexar County
c/o David G. Aelvoet
Linebarger Goggan Blair & Sampson
711 Navarro Street, Suite 300
San Antonio, TX 78205
sanantonio.bankruptcy@publicans.com

Inland American Retail Mgmt., LLC
c/o Kevin M. Newman, Esq.
Menter, Rudin & Trivelpiece, P.C.
308 Maltbie Street, Suite 200
Syracuse, NY 13204-1498
knewman@menterlaw.com

National Retail Properties, LP
c/o David M. Bennett
and Cassandra Ann Sepanik
Thompson & Knight, LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201
david.bennett@tklaw.com
cassandra.sepanik@tklaw.com

Texas Ad Valorem Taxing Entities
c/o Lee Gordon
McCreary, Veselka, Bragg & Allen
P.O. Box 1269
Round Rock, TX 78680
lgordon@mvbalaw.com

Texas Ad Valorem Taxing Entities
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson
P.O. Box 17428
Austin, TX 78760-7428
austin.bankruptcy@publicans.com

Texas Ad Valorem Taxing Entities
c/o Elizabeth Weller
Linebarger Goggan Blair & Sampson
2777 N. Stemmons Frwy, Suite 1000
Dallas, TX 75207
dallas.bankruptcy@publicans.com

RioCan America Management, Inc.
c/o R. Spencer Shytles
Graham Bright & Smith, P.C.
5420 LBJ Freeway, Suite 300
Dallas, TX 75240
rss@gbstxlaw.com

Tyler Independent School District
c/o Tab Beall
Perdue, Brandon, Fielder, et al
P.O. Box 2007
Tyler, TX 75710-2007
tbeall@pbfcm.com
tylbkc@pbfcm.com

Texas Ad Valorem Taxing Entities
c/o Owen M. Sonik
Perdue, Brandon, Fielder, et al
1235 North Loop West, Suite 600
Houston, TX 77008
houbank@pbfcm.com

Hidalgo County & McAllen ISD
c/o John T. Banks
Perdue, Brandon, Fielder, et al
3301 Northland Drive, Suite 505
Austin, TX 78731
jbanks@pbfcm.com

Lubbock Central Appraisal District
c/o Laura J. Monroe
Perdue, Brandon, Fielder, et al
P.O. Box 817
Lubbock, TX 79408
lmonroe@pbfcm.com

Texas Ad Valorem Taxing Entities
c/o John P. Dillman
Linebarger Goggan Blair & Sampson
P.O. Box 3064
Houston, TX 77253-3064
houston_bankruptcy@publicans.com

GS II Meridian Crossroads, LLC
c/o Renee B. Weiss, Esq.
DDR Corp.
P.O. Box 228042
Beachwood, OH 44122
rweiss@ddr.com

ARC CAFE, LLC
c/o William C. Heuer
and Patricia H. Heer
Duane Morris, LLP
1540 Broadway
New York, NY 10036
wheuer@duanemorris.com
phheer@duanemorris.com

Missouri Department of Revenue
Bankruptcy Unit
Attn: S. Christopher Conway
P.O. Box 475
Jefferson City, MO 65105-0475
txwdecf@dor.mo.gov

| | | |
|---|---|---|
| RB River IV, LLC, et al<br>c/o Jeffrey Ackermann<br>Durio, McGoffin, Stagg & Ackermann<br>P.O. Box 51308<br>Lafayette, LA 70505-1308<br>jeffackermann@dmsfirm.com | Ecolab, Inc.<br>c/o Kohner, Mann & Kailas, S.C.<br>Attn: Samuel C. Wisotzkey<br>4650 N. Port Washington Rd.<br>Milwaukee, WI 53212-1059<br>swisotzkey@kmksc.com | Lewisville ISD<br>c/o George C. Scherer, Esq.<br>Law Offices of Robert E. Luna, PC<br>4411 N. Central Expressway<br>Dallas, TX 75205<br>scherer@txschoollaw.com |
| RB River IV, LLC, et al<br>and Megaplex Four, Inc.<br>c/o Marvin E. Sprouse III<br>Jackson Walker, LLP<br>100 Congress Avenue, Suite 1100<br>Austin, TX 78701<br>msprouse@jw.com | Independent Bank<br>c/o Steve Turner<br>Barrett Daffin Frappier Turner, et al<br>610 West 5th Street, Suite 602<br>Austin, TX 78701<br>stevet@bdfgroup.com | Glazier Foods Company<br>c/o Joseph R. Sgroi<br>Honigman Miller Schwartz, et al<br>2290 First National Bank Bldg.<br>660 Woodward Avenue<br>Detroit, MI 48226<br>jsgroi@honigman.com |
| City of Fort Worth<br>c/o Christopher B. Mosley<br>Senior Assistant City Attorney<br>1000 Throckmorton Street Fort<br>Worth, TX 76102<br>chris.mosley@fortworthtexas.gov | Hill Country Texas Galleria, LLC<br>c/o Joseph D. Martinec<br>Martinec, Winn, Vickers, et al<br>919 Congress Avenue, Suite 200<br>Austin, TX 78701<br>martinec@mwvmlaw.com | Legacy Air, Inc.<br>c/o Dennis I. Wilenchik<br>Wilenchik & Bartness, P.C.<br>The Wilenchik & Bartness Bldg.<br>2810 North Third Street<br>Phoenix, AZ 85004<br>admin@wb-law.com<br>DIW@wb-law.com |
| The City of Laredo c/o<br>Christina Flores Flores &<br>Saucedo, PLLC<br>5517 McPherson, Suite 14<br>Laredo, TX 78041<br>cfloreslaw@sbcglobal.net<br>floressaucedopllc@gmail.com | South Coast Plaza, LLC c/o<br>Joseph D. Martinec Martinec,<br>Winn, Vickers, et al<br>919 Congress Avenue, Suite 200<br>Austin, TX 78701<br>martinec@mwvmlaw.com | **Additional Parties-in-Interest:**<br>Keri Knows, LLC<br>P.O. Box 7906<br>Beverly Hills, CA 90212<br>kerihausner@aol.com |
| Megaplex Four, Inc. c/o Paul<br>M. Hoffmann Stinson<br>Leonard Street, LLP<br>1201 Walnut St., Suite 2900<br>Kansas City, MO 64106<br>paul.hoffmann@stinsonleonard.com | South Dakota Department of<br>Revenue & Regulation<br>Attn: Carol Van Roekel<br>445 East Capitol Avenue<br>Pierre, SD 57501-3185<br>carol.vanroekel@state.sd.us | 21875 Katy Freeway, LLC, et al<br>c/o Steven M. Zelitch<br>Attorney at Law<br>261 Old York Rd., Suite 526<br>Jenkintown, PA 19046<br>steven@smzlaw.com |
| Travis County<br>c/o Kay D. Brock<br>Assistant Travis County Attorney<br>P.O. Box 1748<br>Austin, TX 78767<br>kay.brock@co.travis.tx.us | The Laredo Community College<br>c/o George R. Meurer<br>Kazen, Meurer & Perez<br>P.O. Box 6237<br>Laredo, TX 78042-6237<br>grmeurer@kmp-law.com | PACA Trust Creditors c/o<br>Robert Yaquinto, Jr.<br>Sherman & Yaquinto, LLP<br>509 N. Montclair Avenue<br>Dallas, TX 75208<br>rob@syllp.com |
| DDR Corp.<br>c/o Robert L. LeHane, Esq.<br>and Jennifer D. Raviele, Esq.<br>Kelley Drye & Warren, LLP<br>101 Park Avenue<br>New York, NY 10178<br>kdwbankruptcydepartment@kelleydrye.com<br>rlehane@kelleydrye.com<br>jraviele@kelleydrye.com | GE Capital (GEFF and GEBAF)<br>c/o Lynn H. Butler<br>Husch Blackwell, LLP<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701<br>lynn.butler@huschblackwell.com | MB San Antonio Brooks Ltd. Ptship<br>c/o Adam F. Kinney, Esq.<br>Menter, Rudin & Trivelpiece, P.C.<br>308 Maltbie Street, Suite 200<br>Syracuse, NY 13204-1498<br>akinney@menterlaw.com |

Tom Green CAD
c/o Lanty W. Dean
Dean & Dean
305 W. Twohig
San Angelo, TX 76903
rusty@deandeanlaw.com

Brian A. Kilmer
Chamberlain Hrdlicka
1200 Smith Street, 14th Floor
Houston, TX 77002
brian.kilmer@chamberlainlaw.com

BKD, LLP
Attn: Barry Adamson
14241 Dallas Parkway, Suite 1100
Dallas, TX 75254-2961
badamson@bkd.com

R. Eric Drews
R. Eric Drews, PLLC
13901 Midway Rd., Suite 102-278
Dallas, TX 75244
edrews@bkd.com

FTI Consulting, Inc.
c/o Seth E. Meisel
Streusand, Landon & Ozburn, LLP
811 Barton Springs Rd., Suite 811
Austin, TX 78704
meisel@slollp.com

Unique Strategies Group, Inc.
5810 Tom Wooten Drive
Austin, TX 78731
dbensimon@austin.rr.com