IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | CASE NO. 14-10447-TMD |
| FIRED UP, INC. | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |

**OBJECTION TO DEBTORS AND UNSECURED CREDITORS
COMMITTTEE'S JOINT PLAN OF REORGANIZATION**

TO THE HONORABLE TONY M. DAVIS, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Independent Bank (the "Bank"), a secured creditor of the estate under Class 8 and unsecured creditor under Class 12 under the Debtor's and Unsecured Creditor's Committee Chapter 11 Plan of Reorganization dated September 30, 2014 (the "Plan"), and files this objection to confirmation of the Plan, and in support thereof would show the Court as follows:

1.  On or about March 27, 2014, Fired Up, Inc., d/b/a Kona Restaurant Group, Inc. ("Debtor"), filed a petition for an order for relief under Chapter 11 of the Bankruptcy Code, Title 11 U.S.C.

2.  At the time of filing the Chapter 11 petition, the Bank held a Promissory Note executed on December 10, 2008, in the original principal amount of EIGHT HUNDRED TWELVE THOUSAND DOLLARS ($812,000.00) ("Note No. 1").

3.  Thereafter, on December 5, 2011, the Debtor executed a Modification and Extension of Note No. 1 extending the term of the Note to December 5, 2016 (the "Modification").

4.  With respect to Note No. 1 and Modification, the indebtedness is secured by a Deed of Trust dated December 10, 2008, and executed by Debtor on real estate with all improvements locally known as 3050 Silverlake Village Drive, Pearland, Texas 72584 (the "Deed of Trust").

5.  The indebtedness is additionally secured by a UCC-1 Financing Statement properly recorded with the Secretary of State on February 11, 2009, on all of the Debtor's interest in the following personal property and all proceeds of such property:

> "All machinery, equipment, furniture, fixtures, decorations, tools signs, small wares and all other items of tangible personal property, and all parts, accessories, attachments, additions,

accessions or replacements thereto or proceeds therefrom, including without limit, rights to payment and return premiums and insurance proceeds under insurance policies with respect to any of the foregoing now or in the future installed in, affixed to or used in the operation or ownership of debtor's facilities located at 1301 North Loop West, San Antonio, Bexar County, Texas Improved by Carino's Grill Restaurant and 3050 Silverlake Village Drive Pearland, Brazoria County, Texas Improved by Carino's Italian Grill Restaurant."

6. In addition, the Bank holds a second Promissory Note dated December 10, 2008 in the original principal amount of EIGHT HUNDRED FORTTY FIVE THOUSAND FIVE HUNDRED DOLLARS ($845,500.00) ("Note No. 2"). Note No. 2 was secured by certain real and personal property however, Debtor defaulted on Note No. 2 prior to the filing of its petition for relief. The deficiency balance owed by the Debtor to the Bank at the time this case was filed totaled $630,085.26. The indebtedness owed under Note No. 2 is unsecured.

7. Both Notes are guaranteed by Creed Ford and Lynn Ford.

8. The Bank objects on the ground that the Plan proposes pursuant to paragraph 2.16 that upon of the confirmation of the Plan all guarantees and other obligation shall be modified to reflect the restructuring of the primary obligations under the Plan. The Plan further attempts to reduce the amount owed under any guaranty to the amount of the claim owed under the Plan This is a blatant attempt to discharge the liability of the non-debtor guarantors in violation of 11 U.S.C. § 524(e). The Bank objects to any restructuring or modifications of the guaranties. The Plan is neither fair nor equitable.

9. The Plan also, in paragraph 2.16, states that confirmation shall result in the issuance of an injunction against the Bank from taking any action of any kind against any guarantor unless the Debtor defaults under the Plan. Thus, the Bank objects in that the injunctive relief sought through the Plan attempts additionally to impermissibly modify the Bank's rights *vis a vis* non-debtor guarantors.

WHEREFORE, PREMISES CONSIDERED, Independent Bank prays that confirmation of the Plan of Reorganization be denied and for such other and further relief to which it may show itself to be justly entitled.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP


By: /s/ Steve Turner
    Steve Turner
    State Bar No. 20341700
    610 West 5th Street, Suite 602
    Austin, Texas 78701
    Phone: (512) 477-0008
    Fax: (512) 477-1112
    SteveT@BDFGroup.com

ATTORNEYS FOR INDEPENDENT BANK


## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on the 1st day of December, 2014, a true and correct copy of the foregoing document was served upon the parties on the attached mailing matrix via electronic means as listed on the Court's ECF noticing system or by email as indicated in the matrix.


/s/ Steve Turner
Steve Turner

**United States Trustee:**

Henry G. Hobbs
Deborah A. Bynum
Office of the U.S. Trustee
903 San Jacinto Blvd., Room 230
Austin, TX 78701
henry.g.hobbs@usdoj.gov
deborah.a.bynum@usdoj.gov

**Debtor:**

Creed Ford, III
President/CEO
Ford Restaurant Group
1514 RR 620 South
Austin, TX 78734
cford@carinos.com

Margaret B. Smith, CPA
Director of Finance
Ford Restaurant Group
1514 RR 620 South
Austin, TX 78734
msmith@fordrestgrp.com

**Attorneys for Debtor:**

Barbara M. Barron
Stephen W. Sather
Barron & Newburger, P.C.
1212 Guadalupe Street, Suite 104
Austin, TX 78701
bbarron@bn-lawyers.com
ssather@bn-lawyers.com

John Vernon
The Vernon Law Group, PLLC
4925 Greenville Avenue, Suite 200
Dallas, TX 75206
jvernon@vernonlawgroup.com

Kareem Hajjar
Hajjar Sutherland Peters, LLP
3144 Bee Caves Road
Austin, TX 78746
khajjar@legalstrategy.com

**20 Largest Unsecured Creditors:**

AEI Accredited Investor Fund 2002
Attn: Brian Schulz
1300 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
bschulz@aeifunds.com

AEI Fund Management, Inc.
Attn: Brian Schulz
1300 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
bschulz@aeifunds.com

ARC CAFÉ, LLC
American Realty Capital
Attn: Cindy Dip
200 Dryden Road, Suite 1100
Dresher, PA 19025
cdip@arlcap.com

Cassidy Turley Midwest, Inc.
Attn: Brian Schulz
1300 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
bschulz@aeifunds.com

Food Services of America
Attn: Lee Clark
P.O. Box 839
Meridian, ID 83680
lee_clark@fsafood.com
boise_ar@fsafood.com

GE Capital Franchise Finance Corp.
c/o Jeffrey T. Wegner
Kutak Rock, LLP
1650 Farnam Street
Omaha, NE 68102-2186
jeffrey.wegner@kutakrock.com

Gentilis, Inc.
Attn: Moja Lindsey
P.O. Box 810
Redwood Valley, CA 95470
moja2@thelindseycompanies.com

Internal Revenue Service
Special Procedures Staff-Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

Magdalena Properties, LLC
c/o R. Spencer Shytles
Graham Bright & Smith, P.C.
5420 LBJ Freeway, Suite 300
Dallas, TX 75240
rss@gbstxlaw.com

Pleasant Ridge Development Co.
Attn: Lou Schickel
11601 Pleasant Ridge Rd., Suite 300
Little Rock, AR 72212
lou@schickels.com
invoices@schickels.com

Mary Raney & Dick P. Wood, Jr., as
Trustees of RC Nelms Jr. Hillcrest Trst
c/o James H. Billingsley
Polsinelli, PC
2501 N. Harwood St., Suite 1900
Dallas, TX 75201
jbillingsley@polsinelli.com

Shamrock Foods-Consolidated
Attn: Jessica Harlow
Department 219
Denver, CO 80291-0219
jessica_harlow@shamrockfoods.com

Texas Comptroller of Public Accts.
c/o Jason A. Starks
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
jason.starks@texasattorneygeneral.gov

Texas Workforce Commission
Attn: Regulatory Integrity Div-SAU
101 E. 15th Street, Room 556
Austin, TX 78778-0001
rid.taxbankruptcy@twc.state.tx.us

Twelfth Master Limited Service List dated October 30, 2014               Page 1 of 5

**Secured Creditors:**

FRG Capital, LLC
c/o Blake Rasner
Haley & Olson, P.C.
510 N. Valley Mills Drive, Suite 600
Waco, TX 76710
brasner@haleyolson.com

Prosperity Bank
c/o Lisa C. Fancher
Fritz, Byrne, Head & Harrison, PLLC
98 San Jacinto Blvd., Suite 2000
Austin, TX 78701-4286
lfancher@fbhh.com

**Unsecured Creditors Committee:**

AEI Income & Growth Fund 24, LLC
Robert P. Johnson
30 Seventh Street East, Suite 1300
St. Paul, MN 55101
bschulz@aeifunds.com

Ben E. Keith Company (interim chair)
Richard Grasso
P. O. Box 2628
Ft. Worth, TX 76112
rngrasso@benekeith.com

Glazier Foods Company
John Miller
11303 Antoine Dr.
Houston, TX 77066
john.miller@glazierfoods.com

Independent Bank
Charley Rigney
8004 Woodway Dr., Suite 200
Waco, TX 76712
crigney@ibtx.com

National Retail Properties, Inc.
David G. Byrnes, Jr.
450 S. Orange Avenue, Suite 900
Orlando, FL 32801
david.byrnes@nnnreit.com

The Coca-Cola Company
William Kay, Sr. Bankruptcy Advisor
P.O. Box 1734
NAT 2008 Mail Stop
Atlanta, GA 30313
billkaye@jllconsultants.com

Wilmington Center, LLC
Attn: Fay Farzani
9471 Lomitas Avenue
Beverly Hills, CA 90210
fafar101@aol.com

**Counsel for Creditors' Committee:**

Bradford J. Sandler
Pachulski, Stang, Ziehl & Jones, LLP
919 North Market St., 17th Floor
Wilmington, DE 19801
bsandler@pszjlaw.com

Peter J. Keane
Pachulski, Stang, Ziehl & Jones, LLP
919 North Market St., 17th Floor
Wilmington, DE 19801
pkeane@pszjlaw.com

Joshua M. Fried
Pachulski, Stang, Ziehl & Jones, LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
jfried@pszjlaw.com

G. James Landon
Seth E. Meisel
Streusand, Landon & Ozburn, LLP
811 Barton Springs Rd., Suite 811
Austin, TX 78704
landon@slollp.com
meisel@slollp.com

**Miscellaneous:**

Brownsville Public Utilities Board
c/o Gilbert L. Hamberg, Esq.
1038 Darby Drive
Yardley, PA 19067
ghamberg_3@msn.com

CASS
Attn: Frank Garcia
2675 Corporate Exchange Drive
Columbus, OH 43231
fgarcia@cassinfo.com

Fintech
Attn: Mandi Aiton
7702 Woodland Center Blvd., #50
Tampa, FL 33614
maiton@fintech.com

Summit Energy
Attn: Tim Ward
103 Historic Town Square
Lancaster, TX 75146
tim.ward@ems.schneider-electric.com

Wells Fargo Bank, N.A.
c/o James G. Ruiz
Winstead, P.C.
401 Congress Avenue, Suite 2100
Austin, TX 78701
jruiz@winstead.com

**Additional Notice:**

Sheila Pattison
Special Assistant U.S. Attorney
Internal Revenue Service
300 E. 8th Street, Suite 601
Austin, TX 78701
sheila.pattison@irscounsel.treas.gov

Jason P. Wylie
The Law Office of Jason Wylie
8553 N. Beach St., PMB 316
Fort Worth, TX 76244-4919
jason@jasonwylielaw.com

John M. Koneck
Fredrikson & Byron, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
jkoneck@fredlaw.com

Mackenzie S. Wallace
Thompson & Knight, LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201
mackenzie.wallace@tklaw.com

Inland American Retail Mgmt., LLC
c/o Kevin M. Newman, Esq.
Menter, Rudin & Trivelpiece, P.C.
308 Maltbie Street, Suite 200
Syracuse, NY 13204-1498
knewman@menterlaw.com

Texas Ad Valorem Taxing Entities
c/o Owen M. Sonik
Perdue, Brandon, Fielder, et al
1235 North Loop West, Suite 600
Houston, TX 77008
houbank@pbfcm.com

Timothy E. Hudson
Thompson & Knight, LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201
tim.hudson@tklaw.com

National Retail Properties, LP
c/o David M. Bennett
and Cassandra Ann Sepanik
Thompson & Knight, LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201
david.bennett@tklaw.com
cassandra.sepanik@tklaw.com

Hidalgo County & McAllen ISD
c/o John T. Banks
Perdue, Brandon, Fielder, et al
3301 Northland Drive, Suite 505
Austin, TX 78731
jbanks@pbfcm.com

William M. Kane
Traylor, Tompkins & Black, P.C.
751 Horizon Court, Suite 200
Grand Junction, CO 81506-8754
wmk@grandjunctionlaw.com

Texas Ad Valorem Taxing Entities
c/o Lee Gordon
McCreary, Veselka, Bragg & Allen
P.O. Box 1269
Round Rock, TX 78680
lgordon@mvbalaw.com

Lubbock Central Appraisal District
c/o Laura J. Monroe
Perdue, Brandon, Fielder, et al
P.O. Box 817
Lubbock, TX 79408
lmonroe@pbfcm.com

**Notices of Appearance:**

Arlington ISD, Mansfield ISD
and Crowley ISD
c/o Elizabeth Banda Calvo
Perdue, Brandon, Fielder, et al
P.O. Box 13430
Arlington, TX 76094-0430
ebcalvo@pbfcm.com

Texas Ad Valorem Taxing Entities
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson
P.O. Box 17428
Austin, TX 78760-7428
austin.bankruptcy@publicans.com

Texas Ad Valorem Taxing Entities
c/o John P. Dillman
Linebarger Goggan Blair & Sampson
P.O. Box 3064
Houston, TX 77253-3064
houston_bankruptcy@publicans.com

Atascocita 1692, LLC
c/o Crystal R. Axelrod
Morgan, Lewis & Bockius, LLP
1000 Louisiana Street, Suite 4000
Houston, TX 77002
caxelrod@morganlewis.com

Texas Ad Valorem Taxing Entities
c/o Elizabeth Weller
Linebarger Goggan Blair & Sampson
2777 N. Stemmons Frwy, Suite 1000
Dallas, TX 75207
dallas.bankruptcy@publicans.com

GS II Meridian Crossroads, LLC
c/o Renee B. Weiss, Esq.
DDR Corp.
P.O. Box 228042
Beachwood, OH 44122
rweiss@ddr.com

Atascocita 1692, LLC
c/o Patrick D. Fleming
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178
pfleming@morganlewis.com

RioCan America Management, Inc.
c/o R. Spencer Shytles
Graham Bright & Smith, P.C.
5420 LBJ Freeway, Suite 300
Dallas, TX 75240
rss@gbstxlaw.com

ARC CAFE, LLC
c/o William C. Heuer
and Patricia H. Heer
Duane Morris, LLP
1540 Broadway
New York, NY 10036
wheuer@duanemorris.com
phheer@duanemorris.com

Bexar County
c/o David G. Aelvoet
Linebarger Goggan Blair & Sampson
711 Navarro Street, Suite 300
San Antonio, TX 78205
sanantonio.bankruptcy@publicans.com

Tyler Independent School District
c/o Tab Beall
Perdue, Brandon, Fielder, et al
P.O. Box 2007
Tyler, TX 75710-2007
tbeall@pbfcm.com
tylbkc@pbfcm.com

Missouri Department of Revenue
Bankruptcy Unit
Attn: S. Christopher Conway
P.O. Box 475
Jefferson City, MO 65105-0475
txwdecf@dor.mo.gov

| | | |
|---|---|---|
| RB River IV, LLC, et al<br>c/o Jeffrey Ackermann<br>Durio, McGoffin, Stagg & Ackermann<br>P.O. Box 51308<br>Lafayette, LA 70505-1308<br>jeffackermann@dmsfirm.com | Ecolab, Inc.<br>c/o Kohner, Mann & Kailas, S.C.<br>Attn: Samuel C. Wisotzkey<br>4650 N. Port Washington Rd.<br>Milwaukee, WI 53212-1059<br>swisotzkey@kmksc.com | Lewisville ISD<br>c/o George C. Scherer, Esq.<br>Law Offices of Robert E. Luna, PC<br>4411 N. Central Expressway<br>Dallas, TX 75205<br>scherer@txschoollaw.com |
| RB River IV, LLC, et al<br>and Megaplex Four, Inc.<br>c/o Marvin E. Sprouse III<br>Jackson Walker, LLP<br>100 Congress Avenue, Suite 1100<br>Austin, TX 78701<br>msprouse@jw.com | Independent Bank<br>c/o Steve Turner<br>Barrett Daffin Frappier Turner, et al<br>610 West 5th Street, Suite 602<br>Austin, TX 78701<br>stevet@bdfgroup.com | Glazier Foods Company<br>c/o Joseph R. Sgroi<br>Honigman Miller Schwartz, et al<br>2290 First National Bank Bldg.<br>660 Woodward Avenue<br>Detroit, MI 48226<br>jsgroi@honigman.com |
| City of Fort Worth<br>c/o Christopher B. Mosley<br>Senior Assistant City Attorney<br>1000 Throckmorton Street<br>Fort Worth, TX 76102<br>chris.mosley@fortworthtexas.gov | Hill Country Texas Galleria, LLC<br>c/o Joseph D. Martinec<br>Martinec, Winn, Vickers, et al<br>919 Congress Avenue, Suite 200<br>Austin, TX 78701<br>martinec@mwvmlaw.com | Legacy Air, Inc.<br>c/o Dennis I. Wilenchik<br>Wilenchik & Bartness, P.C.<br>The Wilenchik & Bartness Bldg.<br>2810 North Third Street<br>Phoenix, AZ 85004<br>admin@wb-law.com<br>DIW@wb-law.com |
| The City of Laredo<br>c/o Christina Flores<br>Flores & Saucedo, PLLC<br>5517 McPherson, Suite 14<br>Laredo, TX 78041<br>cfloreslaw@sbcglobal.net<br>floressaucedopllc@gmail.com | South Coast Plaza, LLC<br>c/o Joseph D. Martinec<br>Martinec, Winn, Vickers, et al<br>919 Congress Avenue, Suite 200<br>Austin, TX 78701<br>martinec@mwvmlaw.com | **Additional Parties-in-Interest:**<br>Keri Knows, LLC<br>P.O. Box 7906<br>Beverly Hills, CA 90212<br>kerihausner@aol.com |
| Megaplex Four, Inc.<br>c/o Paul M. Hoffmann<br>Stinson Leonard Street, LLP<br>1201 Walnut St., Suite 2900<br>Kansas City, MO 64106<br>paul.hoffmann@stinsonleonard.com | South Dakota Department of<br>Revenue & Regulation<br>Attn: Carol Van Roekel<br>445 East Capitol Avenue<br>Pierre, SD 57501-3185<br>carol.vanroekel@state.sd.us | 21875 Katy Freeway, LLC, et al<br>c/o Steven M. Zelitch<br>Attorney at Law<br>261 Old York Rd., Suite 526<br>Jenkintown, PA 19046<br>steven@smzlaw.com |
| Travis County<br>c/o Kay D. Brock<br>Assistant Travis County Attorney<br>P.O. Box 1748<br>Austin, TX 78767<br>kay.brock@co.travis.tx.us | The Laredo Community College<br>c/o George R. Meurer<br>Kazen, Meurer & Perez<br>P.O. Box 6237<br>Laredo, TX 78042-6237<br>grmeurer@kmp-law.com | PACA Trust Creditors<br>c/o Robert Yaquinto, Jr.<br>Sherman & Yaquinto, LLP<br>509 N. Montclair Avenue<br>Dallas, TX 75208<br>rob@syllp.com |
| DDR Corp.<br>c/o Robert L. LeHane, Esq.<br>and Jennifer D. Raviele, Esq.<br>Kelley Drye & Warren, LLP<br>101 Park Avenue<br>New York, NY 10178<br>kdwbankruptcydepartment@kelleydrye.com<br>rlehane@kelleydrye.com<br>jraviele@kelleydrye.com | GE Capital (GEFF and GEBAF)<br>c/o Lynn H. Butler<br>Husch Blackwell, LLP<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701<br>lynn.butler@huschblackwell.com | MB San Antonio Brooks Ltd. Ptship<br>c/o Adam F. Kinney, Esq.<br>Menter, Rudin & Trivelpiece, P.C.<br>308 Maltbie Street, Suite 200<br>Syracuse, NY 13204-1498<br>akinney@menterlaw.com |

Tom Green CAD
c/o Lanty W. Dean
Dean & Dean
305 W. Twohig
San Angelo, TX 76903
rusty@deandeanlaw.com

Brian A. Kilmer
Chamberlain Hrdlicka
1200 Smith Street, 14th Floor
Houston, TX 77002
brian.kilmer@chamberlainlaw.com

BKD, LLP
Attn: Barry Adamson
14241 Dallas Parkway, Suite 1100
Dallas, TX 75254-2961
badamson@bkd.com

R. Eric Drews
R. Eric Drews, PLLC
13901 Midway Rd., Suite 102-278
Dallas, TX 75244
edrews@bkd.com

FTI Consulting, Inc.
c/o Seth E. Meisel
Streusand, Landon & Ozburn, LLP
811 Barton Springs Rd., Suite 811
Austin, TX 78704
meisel@slollp.com

Unique Strategies Group, Inc.
5810 Tom Wooten Drive
Austin, TX 78731
dbensimon@austin.rr.com