

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 03, 2014.**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | Chapter 11 |
| FIRED UP, INC., | § § | CASE NO. 14-10447-TMD |
| Debtor. | § § § | |

**ORDER GRANTING THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS' UNOPPOSED MOTION TO CONTINUE HEARING**

The Court has considered the *Unopposed Motion to Continue Hearing* (the "Motion"[1]), filed by the Official Committee of Unsecured Creditors in the above-captioned Case. The Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) proper and adequate notice of the Motion has been given and

---

[1] All capitalized terms not defined herein shall have the meanings assigned to them in the Motion.

{01293/0001/00140166.1}

that no other or further notice is necessary; (iv) the Debtor's counsel and the U.S. Trustee have no objection; and (v) upon the record herein, after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein.

**IT IS THEREFORE ORDERED** that the hearing is re-set for December 8, 2014 at 9:30 a.m.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

###

**Proposed Order Submitted by:**

**STREUSAND, LANDON & OZBURN, LLP**

G. James Landon
State Bar No. 24002445
811 Barton Springs Road, Suite 811
Austin, Texas 78704
(512) 236-9900
(512) 236-9904 (Fax)

**ATTORNEYS FOR THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS**