IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In Re: § | | |
| § | | |
| FIRED UP, INC. § | Case No. 14-10447 | |
| § | (Chapter 11) | |
| Debtor. § | | |

**REPORT OF BALLOTS FOR DEBOR AND THE UNSECURED COMMITTEE'S AMENDED PLAN OF REORGANIZATION DATED OCTOBER 29, 2014**

| Name of Creditor | | Yes | No | Amt. Yes | Amt. No |
|---|---|---|---|---|---|
| **Class 1--Administrative Claims** | | | | | |
| Not a voting class | | | | | |
| **Class 2--Non-Priority Tax Claims** | | | | | |
| Not a voting class | | | | | |
| Chris Delmark | | 1 | | N/A | |
| | Subtotal Number | 1 | | | |
| | Subtotal Percentage | 100% | | | |
| **Class 3--Allowed Claims of the Internal Revenue Service** | | | | | |
| No ballot received | | | | | |
| **Class 4--Allowed Claims of State and Local Taxing Authorities** | | | | | |
| City of Loveland Sales Tax administration | | 1 | | 4,594.00 | |
| City of Rogers City Clerk | | 1 | | 444.05 | |
| | Subtotal Number | 2 | 0 | 5,038.05 | 0 |
| | Subtotal Percentage | 100% | 0% | 100% | 0% |
| **Class 5--Allowed Claims of Ad Valorem Taxing Entities** | | | | | |
| Arlington ISD | Rec'd 12/3/14 | 1 | | 3,914.34 | |
| Bexar County | Rec'd 12/3/14* | 1 | | 19,093.28 | |
| Boulder County Treasurer | | | 1 | | 43,035.56 |
| Brazoria County MUD #6 | Rec'd 12/3/14 | 1 | | 1,269.37 | |
| Brazoria County Tax Office | Rec'd 12/3/14 | 1 | | 11,844.27 | |
| Cameron County | Rec'd 12/3/14* | 1 | | 5,299.62 | |
| Cypress-Fairbanks ISD | Rec'd 12/3/14* | 1 | | 2,770.46 | |
| Dallas County | Rec'd 12/3/14* | 1 | | 7,939.40 | |
| Ector CAD | Rec'd 12/3/14* | 1 | | 2,778.80 | |

*Original rejections per objections; 1 ballot received 12/2/14, changed all votes.

| Name of Creditor | | Yes | No | Amt. Yes | Amt. No |
|---|---|---|---|---|---|
| Ellis County | Rec'd 12/3/14* | 1 | | 3,385.19 | |
| El Paso County Treasurer | Rec'd 12/3/14 | 1 | | 2,047.89 | |
| Fort Bend County | Rec'd 12/3/14* | 1 | | 1,921.67 | |
| Fort Bend County MUD #115 | Rec'd 12/3/14 | 1 | | 902.83 | |
| Fort Bend ISD | Rec'd 12/3/14 | 1 | | 2,419.57 | |
| Galena Park ISD | Rec'd 12/3/14 | 1 | | 1,868.21 | |
| Gregg County | Rec'd 12/3/14* | 1 | | 6,533.72 | |
| Harris County | Rec'd 12/3/14* | 1 | | 3,412.13 | |
| Harris County MUD #132 | Rec'd 12/3/14 | 1 | | 200.44 | |
| Harris County MUD #285 | Rec'd 12/3/14 | 1 | | 1,185.06 | |
| Hidalgo County * DD #1 | Rec'd 12/3/14 | 1 | | 3,302.93 | |
| Humble ISD | Rec'd 12/3/14 | 1 | | 2,437.39 | |
| Interstate MUD | Rec'd 12/3/14 | 1 | | 897.48 | |
| City of McAllen | Rec'd 12/3/14* | 1 | | 1,449.49 | |
| Lubbock CAD | Rec'd 12/3/14 | 1 | | 3,618.37 | |
| Mansfield ISD | Rec'd 12/3/14 | 1 | | 2,334.70 | |
| McAllen ISD | Rec'd 12/3/14 | 1 | | 3,915.24 | |
| McLennan County | Rec'd 12/3/14* | 1 | | 1,311.36 | |
| Midland County | Rec'd 12/3/14 | 1 | | 194.53 | |
| Nueces County | Rec'd 12/3/14* | 1 | | 14,897.07 | |
| City of Pharr | Rec'd 12/3/14* | 1 | | 990.19 | |
| Pharr-San Juan-Alamo ISD | Rec'd 12/3/14* | 1 | | 1,979.21 | |
| Potter County Taxing Dist | Rec'd 12/3/14 | 1 | | 18,716.21 | |
| Randall County Taxing Dist. | Rec'd 12/3/14 | 1 | | 20,210.36 | |
| Rockwall CAD | Rec'd 12/3/14* | 1 | | 3,639.79 | |
| San Marcos CISD | Rec'd 12/3/14* | 1 | | 1,898.51 | |
| South Texas College | Rec'd 12/3/14* | 1 | | 532.30 | |
| South Texas ISD | Rec'd 12/3/14* | 1 | | 157.87 | |
| Tarrant County | Rec'd 12/3/14* | 1 | | 8,529.55 | |
| Tyler ISD | Rec'd 12/3/14 | 1 | | 4,530.28 | |
| Victoria County | Rec'd 12/3/14* | 1 | | 3,818.17 | |
| Subtotal Number | | 39 | 1 | 178,147.25 | 43,035.56 |
| Subtotal Percentage | | 98% | 2% | 81% | 19% |
| **Class 6--Claim of GE Capital Franchise Corporation** | | | | | |
| GE Capital Franchise Corporation | | 1 | | 1,871,062.64 | |
| Subtotal Number | | 1 | | | |
| Subtotal Percentage | | 100% | | 1,871,062.64 | |
| **Class 7--Allowed Claim of Prosperity Bank** | | | | | |

*Original rejections per objections; 1 ballot received 12/2/14, changed all votes.

| Name of Creditor | Yes | No | Amt. Yes | Amt. No |
|---|---|---|---|---|
| Prosperity Bank (Rec'd 12/2/14 - Acceptable subject to agrmnt) | 1 | | 1,190,598.75 | |
| Subtotal Number | 1 | | | |
| Subtotal Percentage | 100% | | 1,190,598.75 | |
| | | | | |
| **Class 8--Allowed Secured Claim of Independent Bank** | | | | |
| **Independent Bank of Waco** | 1 | | 630,085.26 | |
| Subtotal Number | 1 | | | |
| Subtotal Percentage | | 100% | 630,085.26 | |
| | | | | |
| **Class 9--Allowed Claim of FRG Capital, LLC** | | | | |
| FRG Capital, LLC | 1 | | 13,560,385.76 | |
| Subtotal Number | 1 | | | |
| Subtotal Percentage | 100% | | 13,560,385.76 | |
| | | | | |
| **Class 10--Allowed Unsecured Personal Injury and Employment Claims** | | | | |
| Don Anderson | 1 | | 4,130.00 | |
| Subtotal Number | 1 | | | |
| Subtotal Percentage | 100% | | 4,130.00 | |
| | | | | |
| **Class 11--Allowed Convenience Claims** | | | | |
| 1st Source Plumbing | 1 | | 883.60 | |
| 1st Source Restaurant Services | 1 | | 1,394.60 | |
| A-1 Oak N. Hickory | 1 | | 140.00 | |
| AJ's Restaurant Service, LLC | 1 | | 1,319.50 | |
| All Repair Plumbing, Inc. | 1 | | 505.53 | |
| American Upholstery & Trim | 1 | | 404.86 | |
| BEK Beers | 1 | | 36.00 | |
| Best Plumbing, LLC | 1 | | 1,880.48 | |
| Boice Plumbing | 1 | | 495.00 | |
| BS&R Design & Supplies | 1 | | 373.65 | |
| Butler Wood, Inc. | 1 | | 630.00 | |
| Caprock Window Cleaning, LLC | 1 | | 86.60 | |
| Cary Services, Inc. | 1 | | 1,222.14 | |
| Central Uniform | 1 | | 2,000.00 | |
| Colorado Springs School District 11 | 1 | | 58.50 | |
| Comal Rental Co. | 1 | | 428.88 | |
| Cothran's Safe & Lock | 1 | | 372.12 | |
| Custom Business Solutions | 1 | | 728.65 | |
| DACA VI, LLC (Arnold's Plumbing) | 1 | | 740.69 | |
| DACA VI, LLC (Jackson's Upholstery) | 1 | | 595.00 | |

*Original rejections per objections; 1 ballot received 12/2/14, changed all votes.

| Name of Creditor | Yes | No | Amt. Yes | Amt. No |
|---|---|---|---|---|
| DACA VI, LLC (Jimson, Inc.) | 1 | | 711.05 | |
| DACA VI, LLC (Just Call Joe, LLC) | 1 | | 1,252.00 | |
| DACA VI, LLC (Texas Restaurant Equipment) | 1 | | 1,633.16 | |
| Delta Fire Systems, Inc. | 1 | | 369.14 | |
| Doucet Plumbing, Inc. | 1 | | 467.00 | |
| Dr. Vinyl of The Permian Basin | 1 | | 584.55 | |
| Employment Screening Services, Inc. | 1 | | 1,103.00 | |
| Environmental Waste Solutions, LLC | 1 | | 2,000.00 | |
| Four Seasons Lawn Service dba Grounds Guys of Boise | 1 | | 1,580.00 | |
| Fox Service Company ii, LLC | 1 | | 359.37 | |
| Freshko Foodservice, Inc. | 1 | | 295.00 | |
| Full Nelson Plumbing, Inc. | 1 | | 650.35 | |
| GS Gelato & Desserts, Inc. | 1 | | 268.94 | |
| Guthrie's Lock & Safe Shop | 1 | | 151.55 | |
| Hawkins Commercial Appliance Service | 1 | | 970.16 | |
| Hyginix, LLC | 1 | | 722.58 | |
| Insight Mechanical Contractors, LLC | 1 | | 1,939.86 | |
| Jani-King of San Antonio | 1 | | 487.12 | |
| John B. Sanfilippo & Son, Inc./Fisher Nuts | 1 | | 9,150.00 | |
| Lamar Wholesale Supply, Inc. | | | 556.82 | |
| Landscapes USA | 1 | | 844.09 | |
| Lighthouse | 1 | | 0.00 | |
| Luycx Plumbing Company | 1 | | 139.97 | |
| MG Landscaping, Inc. | 1 | | 541.25 | |
| M&G Upholstery, Inc. | 1 | | 909.30 | |
| Mansfield High School Athletic Booster Club | 1 | | 167.35 | |
| National Refurbishing | 1 | | 274.09 | |
| Nor-Tex Restaurant Service | 1 | | 160.00 | |
| Novation Commercial Services | 1 | | 706.61 | |
| OHMS Law Electric & Air Conditioning | 1 | | 676.73 | |
| Precision Lawns | 1 | | 649.50 | |
| Rapid Air | 1 | | 1,387.77 | |
| Rochester Armored Car Co., Inc. | 1 | | 2,000.00 | |
| Rocky Mountain Business Products | 1 | | 677.08 | |
| Rolland Safe & Lock, LLC | 1 | | 215.31 | |
| Scotto Mechanical Contractor, Inc. | 1 | | 225.00 | |
| Senior Citizens Services of Texarkana, Inc. | 1 | | 26.30 | |
| Southern Distributing | 1 | | 184.75 | |
| Southwest Beverage (Ballot not signed) | | | 982.12 | |
| Superior Food Equipment Service | 1 | | 191.84 | |

*Original rejections per objections; 1 ballot received 12/2/14, changed all votes.

| Name of Creditor | Yes | No | Amt. Yes | Amt. No |
|---|---|---|---|---|
| Superior Service Company | | 1 | | 1,998.74 |
| Texas Landscape Creations | 1 | | 1,488.38 | |
| The Vernon Law Group, PLLC | 1 | | 840.00 | |
| Three-G Electrical Supply, Inc. | 1 | | 163.58 | |
| Top Gun Pressure Washing, Inc. | 1 | | 195.00 | |
| Townley Elementary | 1 | | 37.03 | |
| Trinity Church & Christian Academy | 1 | | 148.84 | |
| United Parcel Service | 1 | | 2,000.00 | |
| Waco Carbonic Company, Inc. | 1 | | 135.31 | |
| Western First Aid & Safety | 1 | | $134.99 | |
| Subtotal Number | 67 | 1 | 55,649.64 | 1,998.74 |
| Subtotal Percentage | 99% | 1% | 97% | 3% |
| **Class 12--Allowed General Unsecured Claims** | | | | |
| AEI Accredited Investor Fund 2002 Ltd. Ptship - Olathe Note | 1 | | 1,551,329.98 | |
| AEI Income & Growth Fund 24 LLC - Littleton Note | 1 | | 1,336,989.80 | |
| Ben E. Keith Company | 1 | | 2,188.461.69 | |
| Brian Kelly | 1 | | 82,997.09 | |
| Bruce Thornton A/C, Inc. | 1 | | 5,735.12 | |
| CPS Energy | | 1 | | 17,354.00 |
| Don Cassaro Lawn & Landscape | 1 | | 1,575.03 | |
| Ford Restaurant Group, Inc. | 1 | | 137,934.00 | |
| Independent Bank of Waco | 1 | | 605,614.67 | |
| J&T Refrigeration | 1 | | 5,221.82 | |
| McLean Associates, LLC | 1 | | | |
| Paradise Lawns of Texas | 1 | | 3,036.41 | |
| Rhonda Green | 1 | | 2,000.00 | |
| State Side, LLC | 1 | | 0.00 | |
| Superior Service Company | | 1 | | 21,289.08 |
| TWC Services, Inc. | 1 | | 1,587.68 | |
| Ward's Lawn Service, Inc. | 1 | | 1,470.00 | |
| Xerox Corporation | 1 | | 1,912.68 | |
| Subtotal Number | 16 | 2 | 3,735,491.60 | 38,643.08 |
| Subtotal Percentage | 89% | 11% | 99% | 1% |
| **Class 13--Allowed Unsecured Lease Rejection Claims** | | | | |
| AEI Exchange Services, Inc., as Administrator-Mansfield, TX | 1 | | 468,333.79 | |
| AEI Exchange Services, Inc., as Administrator-Irving, TX | 1 | | 465,736.64 | |
| AEI Exchange Services, Inc., as Administrator, et al - McAllen, TX | 1 | | 521,977.97 | |
| AEI Exchange Services, Inc., as Administrator - Longview, TX | 1 | | 507,223.39 | |

*Original rejections per objections; 1 ballot received 12/2/14, changed all votes.

| Name of Creditor | Yes | No | Amt. Yes | Amt. No |
|---|---|---|---|---|
| AEI Exchange Services, Inc., as Administrator - Lakewood, CO | 1 | | 460,243.28 | |
| AEI Income & Growth Fund 25 LLC - Pueblo, CO | 1 | | 512,961.41 | |
| AEI Income & Growth Fund 25 LLC, et al - Lake Charles, LA | 1 | | 437,970.17 | |
| AEI Income & Growth Fund XXII Ltd. Ptshp, et al - Longmont, CO | 1 | | 461,317.31 | |
| Gentilis, Inc. | 1 | | 38,126.43 | |
| Harold E. Weinberger 1998 Family Trust, et al | 1 | | | |
| Mary Raney Nelms, et al as Trustees of RC Nelms Jr. Hilcrest Trust | | 1 | | 418,082.71 |
| Moondance, Inc. | 1 | | 275,120.78 | |
| National Retail Properties, LP | 1 | | 669,000.59 | |
| Native Land Investments, Ltd. | 1 | | 199,623.69 | |
| Wilmington Center, LLC | 1 | | 752,463.28 | |
| Subtotal Number | 14 | 1 | 5,770,098.73 | 418,082.71 |
| Subtotal Percentage | 93% | 7% | 93% | 7% |
| **Class 14--Contingent Claims** | | | | |
| No ballots received | | | | |
| **Class 15--Equity Interests** | | | | |
| No ballots received | | | | |
| **Ballots from unclassified creditors** | | | | |
| ERA Realty TX, LLC | 1 | | 0 | |
| Foundation One Insurance Services, Ltd. | 1 | | | |
| Zivitz Family Trust | 1 | | | |
| Synergy Pacific Mgmt LLC (rec'd 12/2/14) | 1 | | | |
| Synery - Summit Lake Partners (rec'd 12/2/14) | 1 | | | |
| Synery - CarLoma Partners (rec'd 12/2/14) | 1 | | | |
| Synery - Car 72 Partners (rec'd 12/2/14) | 1 | | | |
| Synery - Camino Bay Partners (rec'd 12/2/14) | 1 | | | |
| Synery - Arroyo Real Partners (rec'd 12/2/14) | 1 | | | |
| Synery - 71 Chin Partners (rec'd 12/2/14) | 1 | | | |
| Synery - 15 Amargosa Partners (rec'd 12/2/14) | 1 | | | |
| Subtotal Number | 11 | 0 | | |
| Subtotal Percentage | 100% | 0% | | |

*Original rejections per objections; 1 ballot received 12/2/14, changed all votes.