

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 04, 2014**

_____

                           **TONY M. DAVIS**
              **UNITED STATES BANKRUPTCY JUDGE**
_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | **Case No. 14-10447-tmd** |
| **FIRED UP, INC.** | § | **(Chapter 11)** |
| Debtor | § | |
| | § | |

**ORDER GRANTING MOTION TO COMPROMISE ALL CLAIMS BY AND BETWEEN DEBTOR AND WELLS FARGO BANK, N.A.**

**CAME TO BE HEARD** on the 4th day of December, 2014, the *Motion to Compromise All Claims By and Between Debtor and Wells Fargo Bank, N.A..* Notice and opportunity for hearing have been properly served and no objections having been filed, the Court finds that the relief requested is in the best interests of the estate and should Settlement between Debtor and Wells Fargo Bank, N.A. should be approved. It is therefore

ORDERED that the Mediation Settlement Agreement entered into by Fired Up, Inc. and Wells Fargo Bank, N.A. entered into by the parties on October 30, 2014, be and hereby is approved.

# # #

1

Order Submitted by:

Barbara M. Barron/Stephen W. Sather
Barron & Newburger, P.C.
1212 Guadalupe Street, Suite 104
Austin, Texas 78701
(512-476-9103