**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 22, 2014.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FIRED UP, INC. | § | CASE NO. 14-10447-tmd |
| | § | (Chapter 11) |
| DEBTOR | § | |
| | § | |

**ORDER GRANTING
MOTION TO AMEND EXHIBIT TO CONFIRMATION ORDER**

CAME ON TO BE CONSIDERED the *Motion to Amend Exhibit to Confirmation Order* filed by the Debtor. The Court finds that it may correct omissions to Exhibit B to the Order Confirming the Amended Plan of Reorganization filed by the Debtor and the Official Unsecured Creditors' Committee (Dkt. 655) under Fed.R.Civ.P. 60(a) as incorporated by Fed.R.Bankr.P. 9024. The Court further finds that these modifications do not modify the Plan so that it fails to meet the requirements of §§ 1122 and 1123.

IT IS THEREFORE ORDERED that Exhibit B to the Order Confirming Debtor and the Unsecured Creditor's Committee's Amended Joint Plan of Reorganization Dated October 29, 2014 as Modified is hereby amended in the following respects:

1. In paragraph 16, the following language should be substituted in place of the final sentence:

> Any reference to "affiliates" shall be deemed to reference the definition of "Affiliates" as defined in this Modification

2. The following language should be added as new paragraph 26:

ADD a NEW Paragraph to 12.04 U.S. Trustee Matters as follows:

> 12.04.03 The GUC Trust or is successors shall file post confirmation reports until the case is closed converted or dismissed. The GUC Trust or its successors shall pay fees as required by 28 U.S.C. § 1930 on any disbursements made from funds that are NOT related to the Initial Funding.

IT IS FURTHER ORDERED that the amended provisions set forth above shall be deemed to be fully incorporated into Exhibit B the same as if they had been included in the Confirmation Order.

###

APPROVED:

*/s/Stephen W. Sather*
Stephen W. Sather
Attorney for Debtor

*/s/Bradford Sandler*
Bradford Sandler
Attorney for Official Unsecured Creditors' Committee

*/s/Deborah Bynum*
Deborah Bynum
Trial Attorney, U.S. Trustee's Office