**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | |
| **FIRED UP, INC.** | § | **Case No. 14-10447** |
| | § | **(Chapter 11)** |
| **Debtor.** | § | |
| | § | |

**ORDER GRANTING THIRD AND FINAL APPLICATION OF BARRON &
NEWBURGER, P.C. FOR COMPENSATION AS ATTORNEYS FOR DEBTOR FROM
OCTOBER 1, 2014 TO DECEMBER 23, 2014**

CAME TO BE CONSIDERED the *Third and Final Application of Barron & Newburger, P.C. for Compensation as Attorneys for Debtor from October 1, 2014 through December 23, 2014.* The Court finds that such application should be GRANTED.

IT IS THEREFORE ORDERED as follows:

1. Barron & Newburger, P.C. is hereby awarded additional fees in the amount of $123,301.50 and expenses in the amount of $1,236.25.
2. The interim fees and expenses previously awarded in the amount of $434,040.86 are approved on a final basis.

3. The Debtor is authorized to pay all amounts approved without hold back.

# # #

Order Submitted By:

Stephen W. Sather
Barron & Newburger, P.C.
1212 Guadalupe, Suite 104
Austin, TX  78701