**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| **FIRED UP, INC.** | § | **Case No. 14-10447** |
| | § | **(Chapter 11)** |
| Debtor. | § | |

**THIRD AND FINAL APPLICATION OF HAJJAR PETERS, LLP FOR
COMPENSATION AS SPECIAL COUNSEL FOR DEBTOR FROM OCTOBER 1, 2014
TO DECEMBER 23, 2014**

**A hearing will be conducted on this matter on March 5, 2015 at 1:30 pm in Courtroom No.
1, 903 San Jacinto, Austin, TX 78701.**

**If you object to the relief requested, you must respond in writing, specifically answering
each paragraph of this pleading. Unless otherwise directed by the court, you must file your
response with the clerk of the bankruptcy court within 21 days from the date you were
served with this pleading. You must serve a copy of your response on the person who sent
you the notice; otherwise, the court may treat the pleading as unopposed and grant the
relief requested.**

Fired Up, Inc.**,** Debtor in the above-styled and referenced case, respectfully requests
approval of the compensation described below for its special counsel, Hajjar Peters, LLP
(formerly known as Hajjar, Sutherland & Peters, LLP) showing the Court as follows:

1.      This case was filed on March 27, 2014.      Movant was employed as special
counsel for the Debtor by order entered on June 9, 2014.

2.      The Court confirmed the Joint Plan of Reorganization on December 19, 2014.
The plan was amended for clarification on December 23, 2014.

3.      This is a final fee application submitted to obtain approval of time incurred since
October 1, 2014 and for final approval of amounts previously approved on an interim basis.

4.      The Court has previously approved the following interim fee applications:

| Number | Fees | Expenses | Amount Approved |
|---|---|---|---|
| First | $45,553.50 | $263.35 | $45,816.85 |
| Second | $37,859.75 | $1,996.35 | $24,920.22 |

5.      Movant obtained the following results since October 1, 2014:
         a.      Maintained qualification for Fired Up to do business in multiple states;

    b.      Assisted with assignment of Humble lease;
    c.      Coordinated with Mexican counsel to protect trademarks;
    d.      Negotiated access agreement for Katy location;
    e.      Reviewed loan documents with Prosperity;
    f.      Negotiated amended Master Lease with ARC;
    g.      Handled various issues relating to leases.

6.      A Fee Application Summary, which includes a summary description of the services rendered by category, reflecting the total cost of each category of services and summarizing the nature and purpose of each category of services rendered, and the results obtained, is attached hereto as Exhibit "A".

7.      A Compensation Support Exhibit, reflecting contemporaneous time records itemizing services rendered by category in a format which reflects a description of each service entry, the amount of time spent rendering that service, the date the service was performed, who performed that service, and the hourly rate of the person performing that service, is attached hereto as Exhibit "B".

8.      Movant seeks additional fees of $37,859.75 and expenses of $1,996.35.

WHEREFORE, Fired Up, Inc. requests compensation for special counsel, Hajjar Peters, LLP in the amount of $37,859.75 as fees and $1,996.35 as reasonable costs for total compensation requested of $39,856.10, and for such and further relief as is just.

Respectfully submitted,

BARRON & NEWBURGER, P.C.
1212 Guadalupe Street, Suite 104
Austin, Texas 78701
Tel:    (512) 476-9103
Fax:   (512) 476-9253


By:    /s/Stephen W. Sather
       Stephen W. Sather
       State Bar No. 17657520
       Barbara M. Barron
       State Bar No. 01817300

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion was served on the 9th day of February, 2015, by email transmission to all the parties on the Twelfth Limited Master Service List attached hereto.

/s/Stephen W. Sather

**United States Trustee:**

Henry G. Hobbs
Deborah A. Bynum
Office of the U.S. Trustee
903 San Jacinto Blvd., Room 230
Austin, TX 78701
henry.g.hobbs@usdoj.gov
deborah.a.bynum@usdoj.gov

**Debtor:**

Creed Ford, III
President/CEO
Ford Restaurant Group
1514 RR 620 South
Austin, TX 78734
cford@carinos.com

Margaret B. Smith, CPA
Director of Finance
Ford Restaurant Group
1514 RR 620 South
Austin, TX 78734
msmith@fordrestgrp.com

**Attorneys for Debtor:**

Barbara M. Barron
Stephen W. Sather
Barron & Newburger, P.C.
1212 Guadalupe Street, Suite 104
Austin, TX 78701
bbarron@bn-lawyers.com
ssather@bn-lawyers.com

John Vernon
The Vernon Law Group, PLLC
4925 Greenville Avenue, Suite 200
Dallas, TX 75206
jvernon@vernonlawgroup.com

Kareem Hajjar
Hajjar Sutherland Peters, LLP
3144 Bee Caves Road
Austin, TX 78746
khajjar@legalstrategy.com

**20 Largest Unsecured Creditors:**

AEI Accredited Investor Fund 2002
Attn:  Brian Schulz
1300 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
bschulz@aeifunds.com

AEI Fund Management, Inc.
Attn:  Brian Schulz
1300 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
bschulz@aeifunds.com

ARC CAFÉ, LLC
American Realty Capital
Attn:  Cindy Dip
200 Dryden Road, Suite 1100
Dresher, PA 19025
cdip@arlcap.com

Cassidy Turley Midwest, Inc.
Attn:  Brian Schulz
1300 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
bschulz@aeifunds.com

Food Services of America
Attn:  Lee Clark
P.O. Box 839
Meridian, ID 83680
lee_clark@fsafood.com
boise_ar@fsafood.com

GE Capital Franchise Finance Corp.
c/o Jeffrey T. Wegner
Kutak Rock, LLP
1650 Farnam Street
Omaha, NE 68102-2186
jeffrey.wegner@kutakrock.com

Gentilis, Inc.
Attn:  Moja Lindsey
P.O. Box 810
Redwood Valley, CA 95470
moja2@thelindseycompanies.com

Internal Revenue Service
Special Procedures Staff-Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

Magdalena Properties, LLC
c/o R. Spencer Shytles
Graham Bright & Smith, P.C.
5420 LBJ Freeway, Suite 300
Dallas, TX 75240
rss@gbstxlaw.com

Pleasant Ridge Development Co.
Attn:  Lou Schickel
11601 Pleasant Ridge Rd., Suite 300
Little Rock, AR 72212
lou@schickels.com
invoices@schickels.com

Mary Raney & Dick P. Wood, Jr., as
Trustees of RC Nelms Jr. Hillcrest Trst
c/o James H. Billingsley
Polsinelli, PC
2501 N. Harwood St., Suite 1900
Dallas, TX 75201
jbillingsley@polsinelli.com

Shamrock Foods-Consolidated
Attn:  Jessica Harlow
Department 219
Denver, CO 80291-0219
jessica_harlow@shamrockfoods.com

Texas Comptroller of Public Accts.
c/o Jason A. Starks
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
jason.starks@texasattorneygeneral.gov

Texas Workforce Commission
Attn:  Regulatory Integrity Div-SAU
101 E. 15th Street, Room 556
Austin, TX 78778-0001
rid.taxbankruptcy@twc.state.tx.us

*Twelfth Master Limited Service List dated October 30, 2014*                    Page **1** of **5**

**Secured Creditors:**

FRG Capital, LLC
c/o Blake Rasner
Haley & Olson, P.C.
510 N. Valley Mills Drive, Suite 600
Waco, TX 76710
brasner@haleyolson.com

Prosperity Bank
c/o Lisa C. Fancher
Fritz, Byrne, Head & Harrison, PLLC
98 San Jacinto Blvd., Suite 2000
Austin, TX 78701-4286
lfancher@fbhh.com

**Unsecured Creditors Committee:**

AEI Income & Growth Fund 24, LLC
Robert P. Johnson
30 Seventh Street East, Suite 1300
St. Paul, MN 55101
bschulz@aeifunds.com

Ben E. Keith Company (interim chair)
Richard Grasso
P. O. Box 2628
Ft. Worth, TX 76112
rngrasso@benekeith.com

Glazier Foods Company
John Miller
11303 Antoine Dr.
Houston, TX 77066
john.miller@glazierfoods.com

Independent Bank
Charley Rigney
8004 Woodway Dr., Suite 200
Waco, TX 76712
crigney@ibtx.com

National Retail Properties, Inc.
David G. Byrnes, Jr.
450 S. Orange Avenue, Suite 900
Orlando, FL 32801
david.byrnes@nnnreit.com

The Coca-Cola Company
William Kay, Sr. Bankruptcy Advisor
P.O. Box 1734
NAT 2008 Mail Stop
Atlanta, GA 30313
billkaye@jllconsultants.com

Wilmington Center, LLC
Attn:  Fay Farzani
9471 Lomitas Avenue
Beverly Hills, CA 90210
fafar101@aol.com

**Counsel for Creditors' Committee:**

Bradford J. Sandler
Pachulski, Stang, Ziehl & Jones, LLP
919 North Market St., 17th Floor
Wilmington, DE 19801
bsandler@pszjlaw.com

Peter J. Keane
Pachulski, Stang, Ziehl & Jones, LLP
919 North Market St., 17th Floor
Wilmington, DE 19801
pkeane@pszjlaw.com

Joshua M. Fried
Pachulski, Stang, Ziehl & Jones, LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
jfried@pszjlaw.com

G. James Landon
Seth E. Meisel
Streusand, Landon & Ozburn, LLP
811 Barton Springs Rd., Suite 811
Austin, TX 78704
landon@slollp.com
meisel@slollp.com

**Miscellaneous:**

Brownsville Public Utilities Board
c/o Gilbert L. Hamberg, Esq.
1038 Darby Drive
Yardley, PA 19067
ghamberg_3@msn.com

CASS
Attn:  Frank Garcia
2675 Corporate Exchange Drive
Columbus, OH 43231
fgarcia@cassinfo.com

Fintech
Attn:  Mandi Aiton
7702 Woodland Center Blvd., #50
Tampa, FL 33614
maiton@fintech.com

Summit Energy
Attn:  Tim Ward
103 Historic Town Square
Lancaster, TX 75146
tim.ward@ems.schneider-electric.com

Wells Fargo Bank, N.A.
c/o James G. Ruiz
Winstead, P.C.
401 Congress Avenue, Suite 2100
Austin, TX 78701
jruiz@winstead.com

**Additional Notice:**

Sheila Pattison
Special Assistant U.S. Attorney
Internal Revenue Service
300 E. 8th Street, Suite 601
Austin, TX 78701
sheila.pattison@irscounsel.treas.gov

Jason P. Wylie
The Law Office of Jason Wylie
8553 N. Beach St., PMB 316
Fort Worth, TX 76244-4919
jason@jasonwylielaw.com

John M. Koneck
Fredrikson & Byron, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
jkoneck@fredlaw.com

Mackenzie S. Wallace
Thompson & Knight, LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201
mackenzie.wallace@tklaw.com

Inland American Retail Mgmt., LLC
c/o Kevin M. Newman, Esq.
Menter, Rudin & Trivelpiece, P.C.
308 Maltbie Street, Suite 200
Syracuse, NY 13204-1498
knewman@menterlaw.com

Texas Ad Valorem Taxing Entities
c/o Owen M. Sonik
Perdue, Brandon, Fielder, et al
1235 North Loop West, Suite 600
Houston, TX 77008
houbank@pbfcm.com

Timothy E. Hudson
Thompson & Knight, LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201
tim.hudson@tklaw.com

National Retail Properties, LP
c/o David M. Bennett
and Cassandra Ann Sepanik
Thompson & Knight, LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201
david.bennett@tklaw.com
cassandra.sepanik@tklaw.com

Hidalgo County & McAllen ISD
c/o John T. Banks
Perdue, Brandon, Fielder, et al
3301 Northland Drive, Suite 505
Austin, TX 78731
jbanks@pbfcm.com

William M. Kane
Traylor, Tompkins & Black, P.C.
751 Horizon Court, Suite 200
Grand Junction, CO 81506-8754
wmk@grandjunctionlaw.com

Texas Ad Valorem Taxing Entities
c/o Lee Gordon
McCreary, Veselka, Bragg & Allen
P.O. Box 1269
Round Rock, TX 78680
lgordon@mvbalaw.com

Lubbock Central Appraisal District
c/o Laura J. Monroe
Perdue, Brandon, Fielder, et al
P.O. Box 817
Lubbock, TX 79408
lmonroe@pbfcm.com

**Notices of Appearance:**

Arlington ISD, Mansfield ISD
and Crowley ISD
c/o Elizabeth Banda Calvo
Perdue, Brandon, Fielder, et al
P.O. Box 13430
Arlington, TX 76094-0430
ebcalvo@pbfcm.com

Texas Ad Valorem Taxing Entities
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson
P.O. Box 17428
Austin, TX 78760-7428
austin.bankruptcy@publicans.com

Texas Ad Valorem Taxing Entities
c/o John P. Dillman
Linebarger Goggan Blair & Sampson
P.O. Box 3064
Houston, TX 77253-3064
houston_bankruptcy@publicans.com

Atascocita 1692, LLC
c/o Crystal R. Axelrod
Morgan, Lewis & Bockius, LLP
1000 Louisiana Street, Suite 4000
Houston, TX 77002
caxelrod@morganlewis.com

Texas Ad Valorem Taxing Entities
c/o Elizabeth Weller
Linebarger Goggan Blair & Sampson
2777 N. Stemmons Frwy, Suite 1000
Dallas, TX 75207
dallas.bankruptcy@publicans.com

GS II Meridian Crossroads, LLC
c/o Renee B. Weiss, Esq.
DDR Corp.
P.O. Box 228042
Beachwood, OH 44122
rweiss@ddr.com

Atascocita 1692, LLC
c/o Patrick D. Fleming
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178
pfleming@morganlewis.com

RioCan America Management, Inc.
c/o R. Spencer Shytles
Graham Bright & Smith, P.C.
5420 LBJ Freeway, Suite 300
Dallas, TX 75240
rss@gbstxlaw.com

ARC CAFE, LLC
c/o William C. Heuer
and Patricia H. Heer
Duane Morris, LLP
1540 Broadway
New York, NY 10036
wheuer@duanemorris.com
phheer@duanemorris.com

Bexar County
c/o David G. Aelvoet
Linebarger Goggan Blair & Sampson
711 Navarro Street, Suite 300
San Antonio, TX 78205
sanantonio.bankruptcy@publicans.com

Tyler Independent School District
c/o Tab Beall
Perdue, Brandon, Fielder, et al
P.O. Box 2007
Tyler, TX 75710-2007
tbeall@pbfcm.com
tylbkc@pbfcm.com

Missouri Department of Revenue
Bankruptcy Unit
Attn: S. Christopher Conway
P.O. Box 475
Jefferson City, MO 65105-0475
txwdecf@dor.mo.gov

*Twelfth Master Limited Service List dated October 30, 2014*                     Page 3 of 5

RB River IV, LLC, et al
c/o Jeffrey Ackermann
Durio, McGoffin, Stagg & Ackermann
P.O. Box 51308
Lafayette, LA 70505-1308
jeffackermann@dmsfirm.com

RB River IV, LLC, et al
and Megaplex Four, Inc.
c/o Marvin E. Sprouse III
Jackson Walker, LLP
100 Congress Avenue, Suite 1100
Austin, TX 78701
msprouse@jw.com

City of Fort Worth
c/o Christopher B. Mosley
Senior Assistant City Attorney
1000 Throckmorton Street
Fort Worth, TX 76102
chris.mosley@fortworthtexas.gov

The City of Laredo
c/o Christina Flores
Flores & Saucedo, PLLC
5517 McPherson, Suite 14
Laredo, TX 78041
cfloreslaw@sbcglobal.net
floressaucedopllc@gmail.com

Megaplex Four, Inc.
c/o Paul M. Hoffmann
Stinson Leonard Street, LLP
1201 Walnut St., Suite 2900
Kansas City, MO 64106
paul.hoffmann@stinsonleonard.com

Travis County
c/o Kay D. Brock
Assistant Travis County Attorney
P.O. Box 1748
Austin, TX 78767
kay.brock@co.travis.tx.us

DDR Corp.
c/o Robert L. LeHane, Esq.
and Jennifer D. Raviele, Esq.
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178
kdwbankruptcydepartment@kelleydrye.com
rlehane@kelleydrye.com
jraviele@kelleydrye.com

Ecolab, Inc.
c/o Kohner, Mann & Kailas, S.C.
Attn:  Samuel C. Wisotzkey
4650 N. Port Washington Rd.
Milwaukee, WI 53212-1059
swisotzkey@kmksc.com

Independent Bank
c/o Steve Turner
Barrett Daffin Frappier Turner, et al
610 West 5th Street, Suite 602
Austin, TX 78701
stevet@bdfgroup.com

Hill Country Texas Galleria, LLC
c/o Joseph D. Martinec
Martinec, Winn, Vickers, et al
919 Congress Avenue, Suite 200
Austin, TX 78701
martinec@mwvmlaw.com

South Coast Plaza, LLC
c/o Joseph D. Martinec
Martinec, Winn, Vickers, et al
919 Congress Avenue, Suite 200
Austin, TX 78701
martinec@mwvmlaw.com

South Dakota Department of
Revenue & Regulation
Attn:  Carol Van Roekel
445 East Capitol Avenue
Pierre, SD 57501-3185
carol.vanroekel@state.sd.us

The Laredo Community College
c/o George R. Meurer
Kazen, Meurer & Perez
P.O. Box 6237
Laredo, TX 78042-6237
grmeurer@kmp-law.com

GE Capital (GEFF and GEBAF)
c/o Lynn H. Butler
Husch Blackwell, LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701
lynn.butler@huschblackwell.com

Lewisville ISD
c/o George C. Scherer, Esq.
Law Offices of Robert E. Luna, PC
4411 N. Central Expressway
Dallas, TX 75205
scherer@txschoollaw.com

Glazier Foods Company
c/o Joseph R. Sgroi
Honigman Miller Schwartz, et al
2290 First National Bank Bldg.
660 Woodward Avenue
Detroit, MI 48226
jsgroi@honigman.com

Legacy Air, Inc.
c/o Dennis I. Wilenchik
Wilenchik & Bartness, P.C.
The Wilenchik & Bartness Bldg.
2810 North Third Street
Phoenix, AZ 85004
admin@wb-law.com
DIW@wb-law.com

**Additional Parties-in-Interest:**

Keri Knows, LLC
P.O. Box 7906
Beverly Hills, CA 90212
kerihausner@aol.com

21875 Katy Freeway, LLC, et al
c/o Steven M. Zelitch
Attorney at Law
261 Old York Rd., Suite 526
Jenkintown, PA 19046
steven@smzlaw.com

PACA Trust Creditors
c/o Robert Yaquinto, Jr.
Sherman & Yaquinto, LLP
509 N. Montclair Avenue
Dallas, TX 75208
rob@syllp.com

MB San Antonio Brooks Ltd. Ptship
c/o Adam F. Kinney, Esq.
Menter, Rudin & Trivelpiece, P.C.
308 Maltbie Street, Suite 200
Syracuse, NY 13204-1498
akinney@menterlaw.com

Tom Green CAD
c/o Lanty W. Dean
Dean & Dean
305 W. Twohig
San Angelo, TX 76903
rusty@deandeanlaw.com

Brian A. Kilmer
Chamberlain Hrdlicka
1200 Smith Street, 14th Floor
Houston, TX 77002
brian.kilmer@chamberlainlaw.com

BKD, LLP
Attn: Barry Adamson
14241 Dallas Parkway, Suite 1100
Dallas, TX 75254-2961
badamson@bkd.com

R. Eric Drews
R. Eric Drews, PLLC
13901 Midway Rd., Suite 102-278
Dallas, TX 75244
eric@redrews.com

FTI Consulting, Inc.
c/o Seth E. Meisel
Streusand, Landon & Ozburn, LLP
811 Barton Springs Rd., Suite 811
Austin, TX 78704
steven.simms@fticonsulting.com

Unique Strategies Group, Inc.
5810 Tom Wooten Drive
Austin, TX 78731
dbensimon@austin.rr.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| **FIRED UP, INC.** | § | **Case No. 14-10447** |
| | § | **(Chapter 11)** |
| Debtor. | § | |
| | § | |

**EXHIBIT "A"**

I.    CLIENT:    Debtor—FIRED UP, INC.

II.    REQUESTING APPLICANT/FIRM:
Hajjar Peters, LLP
3144 Bee Caves Rd.
Austin, TX 78746
(512) 637-4956

III.    TOTAL AMOUNT OF FEES REQUESTED:
a.    Fees:    $37,859.75
b.    Expenses: $1,996.35
c.    Retainer, if any: $0
d.    Time period covered:   October 1, 2014 to December 23, 2014

IV.    BREAKOUT OF CURRENT APPLICATION:

| Name/Title | Graduation Date | Partnership Date | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Kareem Hajjar/Partner | 2003 | 2005 | 18.95 | $275.00 | $ 5,211.25 |
| Doran Peters/ Partner | 2000 | 2008 | 0.00 | $315.00 | 0.00 |
| Santiago Diaz/ Associate | 2012 | N/A | 0.00 | $140.00 | 0.00 |
| Adam Bernhard/ Associate | 2009 | N/A | 0.00 | $200.00 | 0.00 |
| Ben Ruiz/ Associate | 2000 | N/A | 7.1 | $250.00 | 1,775.00 |
| Whitney Withers/ | 2000 | N/A | 40.2 | $250.00 | 10,050.00 |

| Associate | | | | | |
|---|---|---|---|---|---|
| Angela Woodbury/ Associate | 1984 | N/A | 22.10 | $275.00 | 6,077.50 |
| Jessica Metz/ Legal Assistant | N/A | N/A | 53.15 | $110.00 | 5,846.50 |
| Connie Robinson/ Paralegal | N/A | N/A | 59.00 | $130.00 | 7,670.00 |
| Frances Rosales/ Paralegal | N/A | N/A | .9 | $100.00 | 90.00 |
| Total Fees | | | | | $37,859.75 |

Blended Rate:   $

      MINIMUM FEE INCREMENTS:     $0.10
      TOTAL EXPENSES:                      $1,996.35
      (Expenses are calculated as follows:  $.10 per page for photocopying; other items at actual cost).

      AMOUNT (fees and expenses) ALLOCATED AND BILLED FOR PREPARATION OF THIS FEE APPLICATION:   $0.00

V.      PRIOR APPLICATIONS:

| Number | Fees | Expenses | Amount Approved |
|---|---|---|---|
| First | $45,553.50 | $263.35 | $45,816.85 |
| Second | $37,859.75 | $1,996.35 | $24,920.22 |

VI.      OTHER CO-EQUAL OR ADMINISTRATIVE CLAIMANTS IN THE INSTANT CASE:

NAME                 PARTY/PARTY REPRESENTED

Office of the United States Trustee
Barron & Newburger, P.C.        Debtor
The Vernon Law Group        Debtor
BKD, LLP        Debtor
Eric Drews        Debtor
Unique Strategies, Inc.        Debtor
Pachulski, Stang, Ziehl & Jones, LLP        UCC
Streusand & Landon, LLP        UCC

FTI Consulting                                    UCC

VII.    RESULTS OBTAINED SINCE October 1, 2014:
   a.      Maintained qualification for Fired Up to do business in multiple states;
   b.      Assisted with assignment of Humble lease;
   c.      Coordinated with Mexican counsel to protect trademarks;
   d.      Negotiated access agreement for Katy location;
   e.      Reviewed loan documents with Prosperity;
   f.      Negotiated amended Master Lease with ARC;
   g.      Handled various issues relating to leases.


### BREAKDOWN OF FEES BY EVENTS

| Task | Tot. Fee | % of App. |
|---|---|---|
| Executory Contracts/ Leases | $  9,307.50 | 24.6% |
| General Business | 3,377.75 | 8.9% |
| Real Estate, including lease negotiations | 5,647.50 | 14.9% |
| Corporate Governance | 19,527.00 | 51.6% |
|  |  |  |
|  |  |  |
| **Total** | **$ 37,859.75** |  |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FIRED UP, INC. | § | CASE NO. 14-10447-tmd |
| | § | (Chapter 11) |
| DEBTOR | § | |
| | § | |

**COVER SHEET FOR OCTOBER FEE STATEMENTS OF
HAJJAR & PETERS, LLP**

| Name/Title | Graduation Date | Partnership Date | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Kareem Hajjar/Partner | 2003 | 2005 | 3.3 | $275.00 | $907.50 |
| Santiago Diaz/Associate | 2012 | N/A | | $140.00 | 0 |
| Ben Ruiz/Associate | 2000 | N/A | 3.0 | $250.00 | $750.00 |
| Whitney Withers/Associate | 2000 | N/A | 1.7 | $250.00 | $425.00 |
| Angela Woodbury/Associate | 1984 | N/A | 15.4 | $275.00 | $4,235.00 |
| Jessica Metz/Legal Assistant | N/A | N/A | 28.0 | $110.00 | $3,080.00 |
| Connie Robinson/Paralegal | N/A | N/A | 29.3 | $130.00 | $3,809.00 |
| Francis R. Rosales/Paralegal | | | .1 | $100.00 | $10.00 |
| | | | | | |
| Total Fees | | | | | $13,216.50 |
| Total Expenses | | | | | $1,897.01 |
| **Total Fees & Expenses** | | | | | **$15,113.51** |

**Fees by Category**

| Billing Code | Amount |
|---|---|
| CG—Corporate Governance | $11,079.00 |
| EC - Executory Contracts | $1,917.50 |
| | |
| GB - General Business Advice | $ 82.50 |
| RE - Real Estate | $137.50 |
| **Total** | **$13,216.50** |

## HAJJAR PETERS, LLP

3144 BEE CAVES ROAD
AUSTIN, TEXAS 78746
512-637-4956

Attn: Lynn Ford
Carino's Italian
Ford Restaurant Group
1514 RR 620 South
Austin, TX  78734

Statement Date: November 11, 2014
Statement No.  148035
Account No.  1601.018
Page: 1

RE: Re-Organization

**Payments received after 11/11/2014 may _not_ be included on this statement.**

Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 10/01/2014 | CR | Continue research on withdrawing Kona Restaurant Group, Inc. and qualifying Fired Up, Inc. in Oklahoma; Receipt and review of email from Mr. Drews regarding filings in Florida and Tennessee; work with Angela Woodbury regarding same; continue research on withdrawing Kona Restaurant Group, Inc. and qualifying Fired Up, Inc. in Florida; complete and send detailed email to client regarding actions needed for Oklahoma filings; work with Angela Woodbury regarding same; draft and send email to client regarding status of qualification in Tennessee; continue work on withdrawing Kona Restaurant Group, Inc. in Pennsylvania. | 130.00 | 3.90 | 507.00 |
| | ACW | supervise legal assistant work on corporate withdrawals of CIK and KRG in various states and FUI qualification in OK; phone conference with M. Smith on TN and FL qualification; phone conferences with V. Lacy on same and on identifying company stores v. franchised stores v. licensed stores; phone conference with J. Vernon regarding foreign corporation qualification requirements based on franchisor activity, bankruptcy case status, and identification of states with franchising activity | 275.00 | 5.60 | 1,540.00 |
| 10/02/2014 | CR | Continue research on withdrawing Kona Restaurant Group, Inc. and qualifying Fired Up, Inc. in North Carolina and New Mexico; correspond with Mr. Drews regarding same; telephone conference with Capitol Services regarding withdrawal requirements in Pennsylvania; draft and send detailed email to client regarding actions needed for withdrawing Kona Restaurant Group, Inc. in Pennsylvania; work with Angela Woodbury regarding same; follow up emails to Vici and Eric regarding filings in Kansas and Arkansas; prepare chart by state of open item and actions needed; review and maintenance of recent emails to record receipt of all relevant documents from Vici and Eric; receipt and review of various emails from Vici and respond to same; contacted OK SOS regarding response to question 6 on the certificate. | 130.00 | 4.50 | 585.00 |
| | ACW | Supervise legal assistant work on corporate withdrawal and certificates of authority in various states; phone conferences with | | | |

Carino's Italian
Account No.     1601.018
RE: Re-Organization

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| | | V. Lacy on interpretation of store lists and impact withdrawal and qualification matters, and on trademark matters | 275.00 | 2.50 | 687.50 |
| 10/03/2014 | CR | Continue work on registration chart by state of open item and actions needed; continue review and maintenance of recent emails to record receipt of  all relevant documents from Vici and Eric. | 130.00 | 0.50 | 65.00 |
| 10/06/2014 | JM | Review lease schedules for Carino's leases on locations on a nationwide basis. | 110.00 | 2.00 | 220.00 |
| | CR | Continue work on registration chart by state of open item and actions needed; continue review and maintenance of recent emails to record receipt of all relevant documents from Vici and Eric; receipt and review of multiple emails from Vici regarding documents being sent for filing; respond to same. | 130.00 | 1.60 | 208.00 |
| | ACW | Determine which statesactive franchisees are located in; correspondence with J. Vernon on qualification to transact business requirements flowing from franchise program activity | 275.00 | 0.40 | 110.00 |
| 10/07/2014 | CR | Review of documents received by Vici Lacy for Kansas and Oklahoma filings; note missing information on Oklahoma filing and telephone conference with Ms. Lacy regarding same; work with Angela Woodbury regarding same; prepare correspondence to Kansas SOS and file Certificates of Withdrawal; work with Angela Woodbury regarding need to file qualification documents with Florida, Tennessee, New Mexico and North Carolina. | 130.00 | 1.50 | 195.00 |
| | ACW | Phone conference with J. Vernon on qualification to transact business issues for franchise law compliance; correspondence with M. Smith and E.Drews relating to same; instruct legal assistants on updates to list of states in which to qualify FUI | 275.00 | 1.00 | 275.00 |
| 10/08/2014 | JM | Research Name availability and determine requirements to Qualify a Foreign Corporation in Florida, Tennessee and North Carolina.  Compile data and prepare for attorney review. | 110.00 | 5.75 | 632.50 |
| | CR | Telephone conference with representative at KS SOS regarding need to file annual reports before we can file Certificates of Withdrawal; draft and send email to client regarding same; prepare correspondence to OK SOS filing Certificate of Withdrawal for Kona Restaurant Group; work with Angela Woodbury regarding same; file Certificate of Withdrawal with OK SOS; continue research on qualifying Fired UP, Inc. in  Florida, Tennessee, New Mexico and North Carolina; email exchanges with Vici and Harper regarding registered agent services. | 130.00 | 3.00 | 390.00 |
| | ACW | Supervise legal assistant work on FUI qualification applications in Tennessee and Kansas | 275.00 | 1.60 | 440.00 |
| 10/09/2014 | JM | Finalize data collection for Florida, Tennessee and North | | | |

Carino's Italian  
Account No.      1601.018  
RE: Re-Organization

Statement Date: 11/11/2014  
Statement No.        14803  
Page No.                  3

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | | Carolina and prepare for attorney review.  Email client with necessary documents. | 110.00 | 2.00 | 220.00 |
| | JM | Research Name availability and determine requirements to Qualify a Foreign Corporation in New Mexico.  Compile data and prepare for attorney review. | 110.00 | 2.50 | 275.00 |
| | CR | Continue work on registration chart by state and open item and actions needed; work with Angela Woodbury regarding actions needed with regard to qualifying PA and AL; follow up email to Vici and Eric regarding Arkansas filings; work with Jessica Metz regarding filings in NM, FL and NC; receipt of missing OK filing information from Margaret Smith; complete OK Certificate of Qualification; obtain Certificate of Fact from TX SOS; prepare correspondence to OK SOS to file Certificate of Qualification; work with Angela Woodbury regarding same. | 130.00 | 2.50 | 325.00 |
| | ACW | Supervise legal assistant work on FUI qualification applications in New Mexico and Florida | 275.00 | 1.30 | 357.50 |
| 10/10/2014 | JM | Finalize requirements to Qualify a Foreign Corporation in New Mexico and send to client for execution. | 110.00 | 1.00 | 110.00 |
| | CR | File Certificate of Qualification with OK SOS. | 130.00 | 0.50 | 65.00 |
| | ACW | Supervise legal assistant work on NM qualification issues | 275.00 | 1.10 | 302.50 |
| 10/13/2014 | FRR | Receive Order on Motion for Authority to Obtain Credit Under Section 364. Forward to attorneys for review. | 100.00 | 0.10 | 10.00 |
| 10/15/2014 | CR | Email exchanges with Vici regarding filings in Arkansas; confirm that CIK withdrawal is on hold due to liquor licensing issues; receipt and review of emails from Vici regarding qualifications in Florida, New Mexico and North Carolina; correspond with Vici regarding filing in Tennessee; prepare cover letter to Florida Department of State; coordinate documents for filing of same. | 130.00 | 1.20 | 156.00 |
| 10/16/2014 | CR | Receipt of signed originals for filings in Florida, New Mexico and North Carolina; work with Jessica Metz to coordinate documents and prepare for filing of same. | 130.00 | 1.20 | 156.00 |
| | ACW | Supervise legal assistant work on FUI FL qualification documenters | 275.00 | 0.10 | 27.50 |
| 10/17/2014 | JM | Finalize requirements to Qualify a Foreign Corporation in New Mexico, Florida, Tennessee and South Carolina and prepare mailings to each state.. | 110.00 | 5.50 | 605.00 |
| 10/21/2014 | JM | Finalize requirements to Qualify a Foreign Corporation in New Mexico and Tennessee and revise prepared mailings to each state.. | 110.00 | 1.50 | 165.00 |

Carino's Italian
Account No.    1601.018
RE:  Re-Organization

Statement Date: 11/11/2014
Statement No.    14803
Page No.    4

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 10/22/2014 | CR | Receipt and review of file-marked Certificate of Withdrawal for KRG and Certificate of Authority for Fired Up, Inc. from Oklahoma Secretary of State. | 130.00 | 0.20 | 26.00 |
| 10/23/2014 | CR | Update registration chart to determine current status and actions needed; work with Jessica Metz regarding same; follow up email to Vici regarding status of Arkansas and New Mexico. | 130.00 | 0.70 | 91.00 |
| 10/27/2014 | JM | Clarification from the New Mexico Secretary of State regarding questions 10b & 10d on the Certificate of Authority Application. | 110.00 | 0.25 | 27.50 |
| | JM | Receipt and electronic filing of Official Certificate of Authority from North Carolina and Florida for attorney review. | 110.00 | 0.25 | 27.50 |
| | CR | Work with Jessica Metz regarding receipt of confirmation of filings from Florida and North Carolina; research and contact NM SOS regarding filing requirements for Certificate of Authority, more specifically Items 10(b) and 10(d); email to Margaret Smith regarding same. | 130.00 | 1.00 | 130.00 |
| 10/28/2014 | JM | Research Name availability and determine requirements to Qualify a Foreign Corporation in Oregon and North Dakota and Indiana.  Compile data and prepare for attorney review. | 110.00 | 4.75 | 522.50 |
| | CR | Begin work on next round of qualification documents for Fired Up, Inc.; work with Jessica Metz regarding same; begin research on withdrawal documents in CO, LA, AL, CA, ND, OR, IN, KY, MO, UT and MT for Carino's Italian Kitchen, Inc. and/or Kona Restaurant Group, Inc.; email Eric Drews regarding states in which same don't appear to be registered. | 130.00 | 1.30 | 169.00 |
| 10/29/2014 | JM | Research Name availability and determine requirements to Qualify a Foreign Corporation in Kentucky.  Compile data and prepare for attorney review. | 110.00 | 1.00 | 110.00 |
| | CR | Receipt and review of email from Eric Drews regarding various states; research information received from Eric; follow up email exchange with Eric regarding same; email to Vici Lacy regarding same; email exchange with Margaret Smith regarding NM filing issues; work with Jessica Metz on filings in CA, ND and OR. | 130.00 | 1.50 | 195.00 |
| 10/30/2014 | JM | Review correspondence regarding qualifying New Mexico. | 110.00 | 0.50 | 55.00 |
| | JM | Finalize qualification paperwork for New Mexico and prepare mailing to Secretary of State. | 110.00 | 0.50 | 55.00 |
| | CR | Receipt and review of emails from Vici regarding final information needed for NM filing; email exchange with Vici regarding same; work with Jessica Metz to finalize the Certificate of Authority to file same with NM SOS. | 130.00 | 0.50 | 65.00 |
| 10/31/2014 | CR | Begin work on Colorado Application of Withdrawal for CIK. | 130.00 | 0.30 | 39.00 |

Carino's Italian
Account No.     1601.018
RE:  Re-Organization

Statement Date: 11/11/2014
Statement No.          14803
Page No.                      5

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| For Current Services Rendered |  | 67.10 | 10,142.00 |  |

### Advances

| Date | Description | Amount |
|---|---|---|
| 09/26/2014 | Filing Fee - Idaho Secretary of State - Assumed Business Name Amendment | 81.00 |
| 09/26/2014 | Filing Fee - Idaho Secretary of State - Kona Restaurant Group Inc Withdrawal | 41.00 |
| 10/09/2014 | Filing Fee - Oklahoma Secretary of State | 100.00 |
| 10/10/2014 | Filing Fee - Oklahoma Secretary of State - Foreign Corporation Certificate of Qualification for FIred Up, Inc. | 312.00 |
| 10/10/2014 | Filing Fee - Oklahoma Secretary of State - Foreign Corporation Certificate of Withdrawal - Kona Restaurant Group | 104.00 |
| 10/10/2014 | Outside professional fee - Secretary of State - Certificate of Fact - Fired Up, Inc. | 15.00 |
| 10/16/2014 | Outside professional fee - Registered Agent Solutions, Inc. | 15.00 |
| 10/17/2014 | Filing Fee - Tenessee Secretary of State | 600.00 |
| 10/17/2014 | Filing Fee - North Carolina Secretary of State | 250.00 |
| 10/17/2014 | Filing Fee - Florida Department of State | 78.75 |
| 10/17/2014 | Postage | 2.80 |
| 10/21/2014 | Filing Fee  - New Mexico Secretary of State | 250.00 |
| 10/30/2014 | Postage | 1.40 |
|  | Total Advances | 1,850.95 |
|  | Total Current Work                      CG | 11,992.95 |
|  | Previous Balance before Adjustments | $28,677.28 |
| 10/13/2014 | Write off per KTH | -126.50 |
|  | Previous Balance | $28,550.78 |

### Payments

| Date | Description | Amount |
|---|---|---|
| 10/13/2014 | Payment Received - Thank You - Check #1071045 | -3,350.00 |
| 10/13/2014 | Payment Received - Thank You - Check #1071045 | -7,058.38 |
| 10/13/2014 | Payment Received - Thank You - Check #1071045 | -1,072.50 |
| 10/13/2014 | Payment Received - Thank You - Check #1071045 | -4,906.50 |
|  | Total Payments | -16,387.38 |
|  | Balance Due | $24,156.35 |

### Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 11,992.95 | 5,213.00 | 0.00 | 0.00 | 0.00 | 6,950.40 |

Carino's Italian                                          Statement Date: 11/11/2014
Account No.      1601.018                                  Statement No.        14803
RE:  Re-Organization                                      Page No.                  6

BALANCE DUE UPON RECEIPT

WE ACCEPT MAJOR CREDIT CARDS

TAX ID NO.: 20-5113046

WE HAVE MOVED.  OUR NEW ADDRESS IS 3144 BEE CAVE ROAD
AUSTIN, TX  78746

## HAJJAR PETERS, LLP

3144 BEE CAVES ROAD
AUSTIN, TEXAS 78746
512-637-4956

Attn: Lynn Ford
Carino's Italian
Ford Restaurant Group
1514 RR 620 South
Austin, TX 78734

Statement Date: November 11, 2014
Statement No. 148036
Account No. 1601.019
Page: 1

RE: Carino's - Humble, TX

*Payments received after 11/11/2014 may <u>not</u> be included on this statement.*

### Fees

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 10/28/2014 | KTH | Review Order approving Motion to Assign Lease. Prepare framework for lease assignment. | 275.00 | 0.50 | 137.50 |
| 10/30/2014 | BTR | Review file, including bankruptcy order, lease and letter of intent; Conference with K. Hajjar regarding same; Prepare Assignment and Assumption of Lease; Prepare Guaranty of Lease. | 250.00 | 3.00 | 750.00 |
| | KTH | Review and prepare edits to Assignment of Lease for Humble location in accordance with judicial order. | 275.00 | 1.00 | 275.00 |
| | | For Current Services Rendered | | 4.50 | 1,162.50 |
| | | Total Current Work | | | 1,162.50 |
| | | Previous Balance before Adjustments | | | $2,538.42 |
| 10/13/2014 | | Write off per KTH | | | -288.75 |
| | | Previous Balance | | | $2,249.67 |

### Payments

| | | | |
|---|---|---|---|
| 10/13/2014 | Payment Received - Thank You - CHeck #1071045 | | -68.75 |
| 10/13/2014 | Payment Received - Thank You - Check #146458 | | -888.42 |
| 10/13/2014 | Payment Received - Thank You - Check #1071045 | | -165.00 |
| 10/13/2014 | Payment Received - Thank You - CHeck #1071045 | | -165.00 |
| | Total Payments | | -1,287.17 |
| | Balance Due | | $2,125.00 |

#### Aged Due Amounts

| <u>0-30</u> | <u>31-60</u> | <u>61-90</u> | <u>91-120</u> | <u>121-180</u> | <u>181+</u> |
|---|---|---|---|---|---|
| 1,162.50 | 82.50 | 0.00 | 0.00 | 0.00 | 880.00 |

Carino's Italian
Account No.     1601.019
RE:  Carino's - Humble, TX

Statement Date: 11/11/2014
Statement No.      14803
Page No.                2

**BALANCE DUE UPON RECEIPT**

**WE ACCEPT MAJOR CREDIT CARDS**

**TAX ID NO.: 20-5113046**

**WE HAVE MOVED.  OUR NEW ADDRESS IS 3144 BEE CAVE ROAD
AUSTIN, TX  78746**

### HAJJAR PETERS, LLP

3144 BEE CAVES ROAD
AUSTIN, TEXAS  78746
512-637-4956

Attn:  Lynn Ford

Carino's Italian
Ford Restaurant Group
1514 RR 620 South
Austin, TX  78734

Statement Date:  November 11, 2014
Statement No.          148039
Account No.          1601.022
Page:  1

RE: Carino's - Grand Prairie, TX

***Payments received after 11/11/2014 may <u>not</u> be included on this statement.***

#### Fees

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 10/01/2014 | KTH | Phone conference with Joe Mascia, counsel to Landlord, regarding revisions in Master Lease. | 275.00 | 0.50 | 137.50 |
| | | For Current Services Rendered | | 0.50 | 137.50 |
| | | Total Current Work | | | 137.50 |
| | | Previous Balance before Adjustments | | | $4,838.50 |
| 10/13/2014 | | Write off per KTH | | | -110.00 |
| | | Previous Balance | | | $4,728.50 |

#### Payments

| | | |
|---|---|---|
| 10/13/2014 | Payment Received - Thank You - Check #1071045 | -137.50 |
| 10/13/2014 | Payment Received - Thank You - Check #1071045 | -1,637.50 |
| 10/13/2014 | Payment Received - Thank You - Check #1071045 | -522.50 |
| 10/13/2014 | Payment Received - Thank You - Check #1071045 | -770.00 |
| | Total Payments | -3,067.50 |
| | Balance Due | $1,798.50 |

Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 137.50 | 1,331.00 | 0.00 | 0.00 | 0.00 | 330.00 |

**BALANCE DUE UPON RECEIPT**

**WE ACCEPT MAJOR CREDIT CARDS**

**TAX ID NO.: 20-5113046**

**WE HAVE MOVED.  OUR NEW ADDRESS IS 3144 BEE CAVE ROAD
AUSTIN, TX  78746**

# HAJJAR  PETERS, LLP

3144 BEE CAVES ROAD
AUSTIN, TEXAS  78746
512-637-4956

Attn:  Lynn Ford

Carino's Italian
Ford Restaurant Group
1514 RR 620 South
Austin, TX  78734

Statement Date:  November 11, 2014
Statement No.            148041
Account No.           1601.025
Page:  1

RE: Trademark

*Payments received after 11/11/2014 may <u>not</u> be included on this statement.*

### Fees

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 10/09/2014 | CR | Prepare correspondence to counsel in Mexico sending original POA and certified copies/apostilles of POA and merger documents; email to Ms. Mora regarding requirement of Clarke Modet tax identification number for federal express. | 130.00 | 0.60 | 78.00 |
| 10/10/2014 | CR | Finalize correspondence, coordinate documents and send to Clarke Modet via federal express; email same to Ms. Mora. | 130.00 | 0.30 | 39.00 |
| 10/14/2014 | CR | Email exchanges with Ms. Mora regarding POA; work with Angela Woodbury regarding same; research list of Mexico trademarks. | 130.00 | 1.30 | 169.00 |
| | ACW | Crosscheck list of Mexican trademarks provided by Mexican counsel against our records for completeness; advise legal assistant on response to Mexican counsel on mark portfolio; correspondence with Mexican counsel on POA issues | 275.00 | 1.80 | 495.00 |
| 10/22/2014 | CR | Receipt of originally signed POA; complete request for apostille form and coordinate obtaining same from TX SOS. | 130.00 | 0.50 | 65.00 |
| 10/23/2014 | CR | Receipt of apostille from TX SOS; prepare correspondence to Ms. Mora and send same via federal express; email same to Clarke Modet. | 130.00 | 0.70 | 91.00 |
| | | For Current Services Rendered | | 5.20 | 937.00 |

### Advances

| | | | |
|---|---|---|---|
| 10/23/2014 | Filing Fee - Secretary of State of Texas - Apostille Mexico | | 15.00 |
| 10/23/2014 | Courier fee - Courier Depot - HP to Texas Secretary of State | | 15.53 |
| 10/23/2014 | Courier fee - Courier Depot - Texas Secretary of State to HP | | 15.53 |
| | Total Advances | | 46.06 |
| | Total Current Work | | 983.06 |
| | Previous Balance before Adjustments | | $5,053.00 |
| 10/13/2014 | Write off per KTH | | -1,002.75 |

Carino's Italian
Account No.    1601.025
RE: Trademark

Statement Date: 11/11/2014
Statement No.    14804
Page No.    2

| | |
|---|---:|
| Previous Balance | $4,050.25 |

### Payments

| Date | Description | Amount |
|---|---|---:|
| 10/13/2014 | Payment Received - Thank You - Check #1071045 | -626.25 |
| 10/13/2014 | Payment Received - Thank You - Check #1071045 | -1,555.00 |
| 10/13/2014 | Payment Received - Thank You - Check #1071045 | -350.00 |
| | Total Payments | -2,531.25 |
| | Balance Due | $2,502.06 |

### Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 983.06 | 1,519.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**BALANCE DUE UPON RECEIPT**

**WE ACCEPT MAJOR CREDIT CARDS**

**TAX ID NO.: 20-5113046**

**WE HAVE MOVED.  OUR NEW ADDRESS IS 3144 BEE CAVE ROAD
AUSTIN, TX  78746**

### HAJJAR  PETERS, LLP

3144 BEE CAVES ROAD
AUSTIN, TEXAS  78746
512-637-4956

Attn:  Lynn Ford
Carino's Italian
Ford Restaurant Group
1514 RR 620 South
Austin, TX  78734

Statement Date:  November 11, 2014
Statement No.              148042
Account No.              1601.027
Page:  1

RE: Carino's - Lafayette

*Payments received after 11/11/2014 may <u>not</u> be included on this statement.*

#### Fees

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 10/07/2014 | KTH | Review correspondence from Jeff Ackermann via Barbara Barron. Prepare correspondence to Barbara Barron and Jeff Ackerman. | 275.00 | 0.30 | 82.50 |
| | | For Current Services Rendered | | 0.30 | 82.50 |
| | | Total Current Work | | *GB* | 82.50 |
| | | Previous Balance before Adjustments | | | $4,961.17 |
| 10/13/2014 | | Write off per KTH | | | -327.25 |
| | | Previous Balance | | | $4,633.92 |

#### Payments

| | | | |
|---|---|---|---|
| 10/13/2014 | Payment Received - Thank You - Check #1071045 | | -1,072.50 |
| 10/13/2014 | Payment Received - Thank You  - Check #1071045 | | -165.00 |
| 10/13/2014 | Payment Received - Thank You - Check #1071045 | | -1,520.92 |
| 10/13/2014 | Payment Received - Thank You - Check #1071045 | | -913.00 |
| | Total Payments | | -3,671.42 |
| | Balance Due | | $1,045.00 |

#### Aged Due Amounts

| <u>0-30</u> | <u>31-60</u> | <u>61-90</u> | <u>91-120</u> | <u>121-180</u> | <u>181+</u> |
|---|---|---|---|---|---|
| 82.50 | 412.50 | 0.00 | 0.00 | 0.00 | 550.00 |

Carino's Italian
Account No.      1601.027
RE:  Carino's - Lafayette

Statement Date: 11/11/2014
Statement No.      14804
Page No.                  2

**BALANCE DUE UPON RECEIPT**

**WE ACCEPT MAJOR CREDIT CARDS**

**TAX ID NO.: 20-5113046**

**WE HAVE MOVED.  OUR NEW ADDRESS IS 3144 BEE CAVE ROAD
AUSTIN, TX  78746**

### HAJJAR  PETERS, LLP

3144 BEE CAVES ROAD
AUSTIN, TEXAS  78746
512-637-4956

Attn:  Lynn Ford

Carino's Italian
Ford Restaurant Group
1514 RR 620 South
Austin, TX  78734

Statement Date:  November 11, 2014
Statement No.                  148052
Account No.                 1601.041
Page:  1

RE:  Carino's - Katy

*Payments received after 11/11/2014 may <u>not</u> be included on this statement.*

#### Fees

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 10/02/2014 | WEW | T/C with client regarding proposed final terms of Access Agreement. Prepare final revisions to proposed Access Agreement for Katy based on phone conversation. Correspondence with  V. Lacy regarding confirmation of fax number.  Complete email to client summarizing key terms and requesting review and signature, if acceptable. | 250.00 | 0.80 | 200.00 |
| 10/09/2014 | WEW | Follow-up on request for executed Access Agreement.  Multiple pieces of correspondence with Whataburger to discuss execution of Agreement and agreement to slip sheet first page until insurance is submitted and fully executed agreement is received.  Correspondence with client regarding same. | 250.00 | 0.30 | 75.00 |
| 10/15/2014 | WEW | Receive and review correspondence from Whataburger and Landlord attorney regarding agreement to slip sheet first page to correct Effective Date of agreement.  confirm acceptable for fully executed agreement. | 250.00 | 0.20 | 50.00 |
| 10/20/2014 | WEW | correspondence with Landlord counsel regarding bankruptcy and notice for Landlord. Correspondence with client regarding same. | 250.00 | 0.20 | 50.00 |
| 10/22/2014 | WEW | Receive fully executed access agreement from Whataburger and Landlord.  Receive copy of insurance required to be delivered per agreement.  Receive correspondence confirming dates of Access Period and note to file. | 250.00 | 0.20 | 50.00 |
| | | For Current Services Rendered | | 1.70 | 425.00 |
| | | Total Current Work | | *EC* | 425.00 |
| | | Previous Balance | | | $1,533.00 |

#### Payments

| | | |
|---|---|---|
| 10/13/2014 | Payment Received - Thank You - Check #1071045 | -525.00 |
| 10/13/2014 | Payment Received - Thank You - Check #1071045 | -475.00 |
| 10/13/2014 | Payment Received - Thank You - Check #1071045 | -250.00 |
| | Total Payments | -1,250.00 |

Carino's Italian
Account No.     1601.041
RE:  Carino's - Katy

Statement Date: 11/11/2014
Statement No.      14805
Page No.             2

Balance Due                                                                                    $708.00

Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 425.00 | 250.00 | 0.00 | 0.00 | 0.00 | 33.00 |

**BALANCE DUE UPON RECEIPT**

**WE ACCEPT MAJOR CREDIT CARDS**

**TAX ID NO.: 20-5113046**

**WE HAVE MOVED.  OUR NEW ADDRESS IS 3144 BEE CAVE ROAD
AUSTIN, TX  78746**

## HAJJAR PETERS, LLP

3144 BEE CAVES ROAD
AUSTIN, TEXAS 78746
512-637-4956

Attn: Lynn Ford
Carino's Italian
Ford Restaurant Group
1514 RR 620 South
Austin, TX 78734

| | |
|---|---|
| Statement Date: | November 11, 2014 |
| Statement No. | 148083 |
| Account No. | 1601.072 |
| Page: | 1 |

RE: Carino's - Irving

**_Payments received after 11/11/2014 may <u>not</u> be included on this statement._**

### Fees

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 10/31/2014 | JM | Prepare file for attorney review. | 110.00 | 0.25 | 27.50 |
| | JM | Make edits to Bill of Sale and Release Agreement and email to Creed Ford and Margaret Smith. | 110.00 | 0.25 | 27.50 |
| | KTH | Prepare Bill of Sale for sale of Furniture, Fixtures and Equipment at Irving location. | 275.00 | 1.00 | 275.00 |
| | | For Current Services Rendered | | 1.50 | 330.00 |
| | | Total Current Work | | | 330.00 |
| | | Balance Due | | | $330.00 |

**BALANCE DUE UPON RECEIPT**

**WE ACCEPT MAJOR CREDIT CARDS**

**TAX ID NO.: 20-5113046**

**WE HAVE MOVED.  OUR NEW ADDRESS IS 3144 BEE CAVE ROAD
AUSTIN, TX 78746**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FIRED UP, INC. | § | CASE NO. 14-10447-tmd |
| | § | (Chapter 11) |
| DEBTOR | § | |
| | § | |

## COVER SHEET FOR NOVEMBER FEE STATEMENTS OF
## HAJJAR, SUTHERLAND & PETERS, LLP

| Name/Title | Graduation Date | Partnership Date | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Kareem Hajjar/Partner | 2003 | 2005 | 3.20 | $275.00 | $   880.00 |
| Santiago Diaz/Associate | 2012 | N/A | 0.00 | $140.00 | $     0.00 |
| Ben Ruiz/Associate | 2000 | N/A | 0.00 | $250.00 | $     0.00 |
| Whitney Withers/Associate | 2000 | N/A | .20 | $250.00 | $    50.00 |
| Angela Woodbury/Associate | 1984 | N/A | 5.50 | $275.00 | $1,512.50 |
| Jessica Metz/Legal Assistant | N/A | N/A | 20.25 | $110.00 | $2,227.50 |
| Connie Robinson/Paralegal | N/A | N/A | 25.00 | $130.00 | $3,250.00 |
| | | | | | |
| Total Fees | | | | | $7,920.00 |
| Total Expenses | | | | | $    81.58 |
| **Total Fees & Expenses** | | | | | **$8,001.58** |

## Fees by Category

| Billing Code | Amount |
|---|---|
| EC - Executory Contracts | $   215.00 |
| GB - General Business Advice | $   247.50 |
| RE - Real Estate | $   467.50 |
| CG – Corporate Governance | $ 6,990.00 |
| **Total** | **$ 7,920.00** |

## HAJJAR PETERS, LLP

3144 BEE CAVES ROAD
AUSTIN, TEXAS 78746
512-637-4956

Attn: Lynn Ford
Carino's Italian
Ford Restaurant Group
1514 RR 620 South
Austin, TX 78734

| | |
|---|---|
| Statement Date: | December 11, 2014 |
| Statement No. | 148524 |
| Account No. | 1601.018 |
| Page: | 1 |

RE: Re-Organization

***Payments received after 12/11/2014 may <u>not</u> be included on this statement.***

### Fees

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 11/03/2014 | JM | Draft and send emails regarding Qualification for Oregon, Indiana, Kentucky and North Dakota to Fired Up, Inc. Draft cover letters to each state in preparation of receipt of signed documents from Fired Up, Inc. | 110.00 | 3.00 | 330.00 |
| | CR | Work with Jessica Metz and Angela Woodbury regarding open items and actions needed for various states; work on and update registration chart to track status and actions needed; email exchanges with Eric Drews regarding status and possible actions needed for GA, SD and MI; work on CO Application of Withdrawal for CIK and KRG. | 130.00 | 4.50 | 585.00 |
| | ACW | Review draft FUI qualification documents and transmittals for 4 states and provide appropriate revisions | 275.00 | 0.70 | 192.50 |
| 11/04/2014 | CR | Complete work on drafts of CO Application of Withdrawal for CIK and KRG; work on Statement of Trade Name Withdrawals filed under CIK; contact CO SOS to confirm filing requirements. | 130.00 | 1.00 | 130.00 |
| 11/05/2014 | JM | Research Name availability and determine requirements to Qualify a Foreign Corporation in Utah, California, Montana and Washington. Compile data and prepare for attorney review. | 110.00 | 4.00 | 440.00 |
| | CR | Complete work on Statement of Trade Name Withdrawals in CO for CIK; work on Statement of Trade Name under Fired Up, Inc. for trade names originally filed in CO under CIK; draft detailed email to client regarding actions needed for Colorado filings; work with Angela Woodbury regarding same; work on drafts of MO Application of Withdrawal for CIK and KRG; contact MO SOS to confirm filing requirements; research filing requirements in order to obtain a tax clearance letter in MO; draft detailed email to client regarding actions needed for Missouri filings; work with Angela Woodbury regarding same. | 130.00 | 4.50 | 585.00 |
| | ACW | Review draft FUI qualification documents and instructions for 2 states and prepare corrections | 275.00 | 0.80 | 220.00 |

Carino's Italian  
Account No.    1601.018  
RE: Re-Organization  

Statement Date: 12/11/2014  
Statement No.      14852  
Page No.              2  

| Date | | Description | Rate | Hours | |
|------|--|-------------|------|-------|--|
| 11/06/2014 | JM | Draft and send emails regarding Qualification for Utah, Washington and Montana to Fired Up, Inc. Draft cover letters to each state in preparation of receipt of signed documents from Fired Up, Inc. | 110.00 | 1.50 | 165.00 |
| | CR | Work on LA Applications of Withdrawal for CIK and KRG; contact LA SOS regarding filing requirements; research regarding assumed names filed in LA; contact LA clerk's office regarding assumed names; draft detailed email to client regarding actions needed for Louisiana filings; work with Angela Woodbury regarding same; send detailed email to client regarding actions needed for Missouri and Colorado. | 130.00 | 1.80 | 234.00 |
| | ACW | Review CIK and KRG withdrawal documents and instructions for 2 states and FUI qualification documents and instructions for 1 state and provide corrections | 275.00 | 1.00 | 275.00 |
| 11/07/2014 | CR | Update registration chart in preparation of sending to Mr. Vernon; work with Angela Woodbury regarding same. | 130.00 | 0.60 | 78.00 |
| 11/10/2014 | CR | Research checking name availability in CA, including multiple telephone calls and emails to various departments; prepare and send Name Availability Inquiry Letter to CA SOS; follow up with Angela Woodbury regarding status of LA withdrawals. | 130.00 | 0.60 | 78.00 |
| 11/11/2014 | JM | Research Name availability and determine requirements to Qualify a Foreign Corporation in Georgia, South Dakota and Michigan. Compile data and prepare for attorney review. Continue efforts to qualify California. electronically file executed documents for New Mexico. Review correspondence regarding registration chart. | 110.00 | 2.00 | 220.00 |
| | JM | Prepare and send mailings for Qualification for Oregon, Indiana, Kentucky and North Dakota to Fired Up, Inc. | 110.00 | 1.00 | 110.00 |
| | CR | Complete work on LA Applications of Withdrawal for CIK and KRG; work with Angela Woodbury regarding same; send detailed email to client regarding actions needed for Louisiana filings; work with Jessica Metz on filing in MI; receipt and review of file-marked NM Certificate of Authority; research need for filing of annual reports; work on registration chart; work with Angela Woodbury regarding same; draft and send detailed email to Mr. Vernon and all client parties. | 130.00 | 2.60 | 338.00 |
| | ACW | Review CIK and KRG withdrawal documents and instructions and provide corrections; corporate qualification chart and make changes for transmission to J. Vernon | 275.00 | 0.60 | 165.00 |
| 11/12/2014 | JM | Continue researching name availability and determine requirements to Qualify a Foreign Corporation in Georgia, South Dakota and Michigan. Compile data and prepare for attorney review. | 110.00 | 3.00 | 330.00 |

Carino's Italian
Account No.    1601.018
RE: Re-Organization

Statement Date: 12/11/2014
Statement No.       14852
Page No.                  3

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | CR | Work with Jessica Metz regarding qualification filings. | 130.00 | 0.50 | 65.00 |
| | ACW | Review FUI qualification documents and instruction for 2 states and provide corrections | 275.00 | 0.30 | 82.50 |
| 11/13/2014 | JM | Finalize documents for South Dakota and MIssouri and forward via email to Fired Up, Inc. Continued efforts to determine process for filing FUI under a fictitious name, Fired Up Inc. of Texas. | 110.00 | 1.00 | 110.00 |
| | JM | Review and organization of leases for all outstanding Carino's locations. | 110.00 | 0.50 | 55.00 |
| | CR | Work with Jessica Metz regarding filing requirements in Georgia; work with Angela Woodbury regarding same. | 130.00 | 0.30 | 39.00 |
| 11/17/2014 | CR | Research Eric's request to withdraw CIK and KRG in Texas; contact TX SOS to confirm status of CIK and KRG; contact DE SOS regarding cost of obtaining certified copies versus Certificate of Status; work on Terminations of Registrations for CIK and KRG in TX. | 130.00 | 1.50 | 195.00 |
| 11/18/2014 | JM | Draft and send email to Fired Up, Inc. to follow up on pending Certificates of Authority for WA, UT, MT, MI and SD. | 110.00 | 0.25 | 27.50 |
| | JM | Determine to file GA under the name Fired Up, Inc., finalize application and prepare correspondence to FUI for attorney review. | 110.00 | 1.00 | 110.00 |
| | CR | Draft detailed email to client regarding actions needed for Texas withdrawal filings for CIK and KRG; research TX SOS for assumed names filed under CIK and KRG; research TX SOS to confirm filing requirements to abandon assumed names; research Travis County Clerk records for assumed names filed under CIK and abandonment of same; work on certificates of abandonment for CIK with TX SOS and Travis County;  work with Angela Woodbury regarding same; work with Jessica Metz regarding current status of state qualifications; follow up email to Vici regarding status of CO, LA and MO. | 130.00 | 4.20 | 546.00 |
| | ACW | Review FUI qualification documents and instructions for GA and prepare corrections; review CIK & KRG TX withdrawal forms and instructions and prepare corrections | 275.00 | 0.70 | 192.50 |
| 11/19/2014 | CR | Contact TX SOS regarding registered agent address for purposes of filing certificate of abandonment; finalize certificates of abandonment for CIK with TX SOS and Travis County; finalize and send detailed email to client regarding actions needed for Texas withdrawal filings for CIK and KRG; email exchange with Vici regarding MO filings; receipt and review of email from Vici regarding WA, UT and MO; work with Jessica Metz regarding | | | |

Carino's Italian
Account No.    1601.018
RE: Re-Organization

Statement Date: 12/11/2014
Statement No.      14852
Page No.            4

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | | same. | 130.00 | 1.50 | 195.00 |
| | ACW | Resolve question on registered office address for purposes of withdrawing TX certificate of authority for entity merged out of existence and final adjustments to instruction letter | 275.00 | 0.20 | 55.00 |
| 11/20/2014 | JM | Prepare document and email to Jaclyn Wright for registered agent signature. | 110.00 | 0.25 | 27.50 |
| | CR | Email exchange with Vici regarding miscellaneous filings; receipt and review of name availability inquiry results from CA SOS; receipt and review of signed qualification documents in MT, WA and UT for Fired Up, Inc.; work with Jessica Metz regarding same. | 130.00 | 0.30 | 39.00 |
| 11/21/2014 | CR | Receipt and review of filing receipt from IN SOS; combine certificate with filing document and email same to client along with a note pointing out entity report filing requirements; update registration chart accordingly. | 130.00 | 0.70 | 91.00 |
| | ACW | Review correspondence from Mexican TM counsel regarding filing of assignment documents and statements of use; prepare email in Spanish to Mexican counsel concerning role of statements of use | 275.00 | 1.00 | 275.00 |
| 11/24/2014 | JM | Review signed documents and prepare mailings to the MT, UT and WA Secretary of State. | 110.00 | 1.25 | 137.50 |
| | JM | Research states which have been successfully filed and submit Client Information Form to RASI for their records.  Finalize application for California and forward to A. Woodbury for attorney review.  Receive, review and electronically file COA for KY. | 110.00 | 1.50 | 165.00 |
| | CR | Work with Jessica Metz regarding registered agent services for Fired Up, Inc. qualifications in various states; receipt and review of confirmation of filing of FUI from Kentucky SOS. | 130.00 | 0.40 | 52.00 |
| | ACW | Review draft FUI qualification documents and instructions for CA and prepare revisions to instructions | 275.00 | 0.20 | 55.00 |
| | | For Current Services Rendered | | 50.75 | 6,990.00 |

Advances

| | | |
|---|---|---|
| 11/11/2014 | Postage | 7.52 |
| 11/18/2014 | Online legal research - Secretary of State - Kona Restaurant Group/Carino's Italian Kitchen/Fired Up, Inc. | 3.00 |
| | Total Advances | 10.52 |
| | Total Current Work | 7,000.52 |

Carino's Italian
Account No.     1601.018
RE:  Re-Organization

Statement Date: 12/11/2014
Statement No.      14852
Page No.              5

| | |
|---|---:|
| Previous Balance | $24,156.35 |
| Balance Due | $31,156.87 |

Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 18,993.47 | 0.00 | 5,213.00 | 0.00 | 0.00 | 6,950.40 |

**BALANCE DUE UPON RECEIPT**

**WE ACCEPT MAJOR CREDIT CARDS**

**TAX ID NO.: 20-5113046**

**WE HAVE MOVED.  OUR NEW ADDRESS IS 3144 BEE CAVE ROAD
AUSTIN, TX  78746**

### HAJJAR  PETERS, LLP

3144 BEE CAVES ROAD
AUSTIN, TEXAS  78746
512-637-4956

Attn:  Lynn Ford

Carino's Italian
Ford Restaurant Group
1514 RR 620 South
Austin, TX  78734

Statement Date:  December 11, 2014
Statement No.            148525
Account No.            1601.019
Page:  1

RE: Carino's - Humble, TX

**Payments received after 12/11/2014 may <u>not</u> be included on this statement.**

<u>Fees</u>

|            |     |                                                                                  | Rate   | Hours |          |
|------------|-----|----------------------------------------------------------------------------------|--------|-------|----------|
| 11/17/2014 | KTH | Phone conference with Vaughan Ford pertaining to new LOI with potential assignee. | 275.00 | 0.30  | 82.50    |
| 11/21/2014 | KTH | Phone conference with Vaughan Ford pertaining to new LOIs received for Humble.    | 275.00 | 0.30  | 82.50    |
|            |     | For Current Services Rendered                                                    |        | 0.60  | 165.00   |
|            |     | Total Current Work                                                               |        | *EC*  | 165.00   |
|            |     | Previous Balance                                                                 |        |       | $2,125.00 |
|            |     | Balance Due                                                                      |        |       | $2,290.00 |

|                | Aged Due Amounts |           |            |             |          |
|----------------|------------------|-----------|------------|-------------|----------|
| <u>0-30</u>    | <u>31-60</u>     | <u>61-90</u> | <u>91-120</u> | <u>121-180</u> | <u>181+</u> |
| 1,327.50       | 0.00             | 82.50     | 0.00       | 0.00        | 880.00   |

**BALANCE DUE UPON RECEIPT**

**WE ACCEPT MAJOR CREDIT CARDS**

**TAX ID NO.: 20-5113046**

**WE HAVE MOVED.  OUR NEW ADDRESS IS 3144 BEE CAVE ROAD
AUSTIN, TX  78746**

## HAJJAR  PETERS, LLP

3144 BEE CAVES ROAD
AUSTIN, TEXAS  78746
512-637-4956

Attn:  Lynn Ford
Carino's Italian
Ford Restaurant Group
1514 RR 620 South
Austin, TX  78734

| | |
|---|---|
| Statement Date: | December 11, 2014 |
| Statement No. | 148540 |
| Account No. | 1601.041 |
| Page: | 1 |

RE: Carino's - Katy

***Payments received after 12/11/2014 may not be included on this statement.***

<u>Fees</u>

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 11/05/2014 | WEW | Email to client to follow-up on proposed notice from Whataburger of entry.  Request response and/or confirmation of client's response. | 250.00 | 0.20 | 50.00 |
| | | For Current Services Rendered | | 0.20 | 50.00 |
| | | Total Current Work | | | 50.00 |
| | | Previous Balance | | | $708.00 |
| | | Balance Due | | | $758.00 |

Aged Due Amounts

| <u>0-30</u> | <u>31-60</u> | <u>61-90</u> | <u>91-120</u> | <u>121-180</u> | <u>181+</u> |
|---|---|---|---|---|---|
| 475.00 | 0.00 | 250.00 | 0.00 | 0.00 | 33.00 |

**BALANCE DUE UPON RECEIPT**

**WE ACCEPT MAJOR CREDIT CARDS**

**TAX ID NO.: 20-5113046**

**WE HAVE MOVED.  OUR NEW ADDRESS IS 3144 BEE CAVE ROAD
AUSTIN, TX  78746**

**HAJJAR PETERS, LLP**

3144 BEE CAVES ROAD
AUSTIN, TEXAS 78746
512-637-4956

Attn: Lynn Ford

Carino's Italian
Ford Restaurant Group
1514 RR 620 South
Austin, TX 78734

Statement Date: December 11, 2014
Statement No.        148547
Account No.        1601.048
Page:  1

RE: Carino's - SA Bandera

*Payments received after 12/11/2014 may not be included on this statement.*

Fees

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 11/19/2014 | KTH | Review correspondence from Margaret Smith regarding payment of rent and prepare a response to same. | 275.00 | 0.30 | 82.50 |
| | | For Current Services Rendered | | 0.30 | 82.50 |
| | | Total Current Work | | | 82.50 |
| | | Previous Balance | | | $198.00 |
| | | Balance Due | | | $280.50 |

Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 82.50 | 0.00 | 165.00 | 0.00 | 0.00 | 33.00 |

BALANCE DUE UPON RECEIPT

WE ACCEPT MAJOR CREDIT CARDS

TAX ID NO.: 20-5113046

WE HAVE MOVED.  OUR NEW ADDRESS IS 3144 BEE CAVE ROAD
AUSTIN, TX  78746

## HAJJAR PETERS, LLP

3144 BEE CAVES ROAD
AUSTIN, TEXAS 78746
512-637-4956

Attn: Lynn Ford
Carino's Italian
Ford Restaurant Group
1514 RR 620 South
Austin, TX 78734

Statement Date: December 11, 2014
Statement No.    148534
Account No.    1601.032
Page:   1

RE: Carino's - Colorado Springs

*Payments received after 12/11/2014 may <u>not</u> be included on this statement.*

<u>Fees</u>

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 11/04/2014 | KTH | Review lease for Colorado Springs for any requirement regarding maintenance of alcohol permits. | 275.00 | 0.70 | 192.50 |
| | | For Current Services Rendered | | 0.70 | 192.50 |
| | | Total Current Work | | | 192.50 |
| | | Previous Balance | | | $530.00 |
| | | Balance Due | | | $722.50 |

### Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 192.50 | 0.00 | 0.00 | 0.00 | 0.00 | 530.00 |

**BALANCE DUE UPON RECEIPT**

**WE ACCEPT MAJOR CREDIT CARDS**

**TAX ID NO.: 20-5113046**

**WE HAVE MOVED. OUR NEW ADDRESS IS 3144 BEE CAVE ROAD
AUSTIN, TX 78746**

**HAJJAR PETERS, LLP**

3144 BEE CAVES ROAD
AUSTIN, TEXAS  78746
512-637-4956

Attn:  Lynn Ford
Carino's Italian
Ford Restaurant Group
1514 RR 620 South
Austin, TX  78734

| | |
|---|---|
| Statement Date: | December 11, 2014 |
| Statement No. | 148533 |
| Account No. | 1601.031 |
| Page: | 1 |

RE: Carino's - Parker, CO

*Payments received after 12/11/2014 may <u>not</u> be included on this statement.*

<u>Fees</u>

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 11/04/2014 | KTH | Review lease for Parker, CO for any requirement regarding maintenance of alcohol permits. Prepare correspondence to Harper Ford. | 275.00 | <u>0.70</u> | <u>192.50</u> |
| | | For Current Services Rendered | | 0.70 | 192.50 |
| | | Total Current Work | | | 192.50 |
| | | Previous Balance | | | $695.00 |
| | | Balance Due | | | <u>$887.50</u> |

Aged Due Amounts

| <u>0-30</u> | <u>31-60</u> | <u>61-90</u> | <u>91-120</u> | <u>121-180</u> | <u>181+</u> |
|---|---|---|---|---|---|
| 192.50 | 0.00 | 0.00 | 0.00 | 0.00 | 695.00 |

**BALANCE DUE UPON RECEIPT**

**WE ACCEPT MAJOR CREDIT CARDS**

**TAX ID NO.: 20-5113046**

**WE HAVE MOVED.  OUR NEW ADDRESS IS 3144 BEE CAVE ROAD
AUSTIN, TX  78746**

## HAJJAR PETERS, LLP

3144 BEE CAVES ROAD
AUSTIN, TEXAS  78746
512-637-4956

Attn:  Lynn Ford
Carino's Italian
Ford Restaurant Group
1514 RR 620 South
Austin, TX  78734

Statement Date:  December 11, 2014
Statement No.          148530
Account No.          1601.025
Page:  1

RE: Trademark

*Payments received after 12/11/2014 may not be included on this statement.*

<u>Advances</u>

| Date | Description | | Amount |
|---|---|---|---|
| 10/10/2014 | Postage - Federal Express | | 35.53 |
| 10/23/2014 | Postage - Federal Express | | 35.53 |
| | Total Advances | | 71.06 |
| | Total Current Work | | 71.06 |
| | Previous Balance | | $2,502.06 |
| | Balance Due | | $2,573.12 |

### Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 1,054.12 | 0.00 | 1,519.00 | 0.00 | 0.00 | 0.00 |

**BALANCE DUE UPON RECEIPT**

**WE ACCEPT MAJOR CREDIT CARDS**

**TAX ID NO.: 20-5113046**

**WE HAVE MOVED.  OUR NEW ADDRESS IS 3144 BEE CAVE ROAD
AUSTIN, TX  78746**

## HAJJAR  PETERS, LLP

3144 BEE CAVES ROAD
AUSTIN, TEXAS  78746
512-637-4956

Attn:  Lynn Ford
Carino's Italian
Ford Restaurant Group
1514 RR 620 South
Austin, TX  78734

Statement Date:  December 11, 2014
Statement No.              148529
Account No.            1601.024
Page:   1

RE: Carino's - Boise

*Payments received after 12/11/2014 may <u>not</u> be included on this statement.*

### Fees

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 11/19/2014 | KTH | Phone conference with Creed Ford regarding rejection claims. | 275.00 | 0.30 | 82.50 |
| 11/20/2014 | KTH | Prepare correspondence to Bill Gage regarding potential conference. | 275.00 | 0.30 | 82.50 |
| | KTH | Phone conference with Bill Gage regarding rejection claim vs. forfeiture of FF&E. | 275.00 | 0.30 | 82.50 |
| | | For Current Services Rendered | | 0.90 | 247.50 |
| | | Total Current Work | | | 247.50 |
| | | Previous Balance | | | $1,320.00 |
| | | Balance Due | | | $1,567.50 |

| | Aged Due Amounts | | | | |
|---|---|---|---|---|---|
| <u>0-30</u> | <u>31-60</u> | <u>61-90</u> | <u>91-120</u> | <u>121-180</u> | <u>181+</u> |
| 247.50 | 0.00 | 220.00 | 0.00 | 100.00 | 1,000.00 |

**BALANCE DUE UPON RECEIPT**

**WE ACCEPT MAJOR CREDIT CARDS**

**TAX ID NO.: 20-5113046**

**WE HAVE MOVED.  OUR NEW ADDRESS IS 3144 BEE CAVE ROAD
AUSTIN, TX  78746**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FIRED UP, INC. | § | CASE NO. 14-10447-tmd |
| | § | (Chapter 11) |
| DEBTOR | § | |
| | § | |

## COVER SHEET FOR DECEMBER FEE STATEMENTS OF
## HAJJAR, SUTHERLAND & PETERS, LLP

| Name/Title | Graduation Date | Partnership Date | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Kareem Hajjar/Partner | 2003 | 2005 | 12.45 | $275.00 | $ 3,423.75 |
| Santiago Diaz/Associate | 2012 | N/A | 0 | $140.00 | $ 0.00 |
| Ben Ruiz/Associate | 2000 | N/A | 4.1 | $250.00 | $ 1,025.00 |
| Whitney Withers/Associate | 2000 | N/A | 38.3 | $250.00 | $ 9,575.00 |
| Angela Woodbury/Associate | 1984 | N/A | 1.2 | $275.00 | $ 330.00 |
| Teri C. Baker/Associate | 2005 | N/A | 5.3 | $215.00 | $ 1,139.50 |
| Jessica Metz/Legal Assistant | N/A | N/A | 4.9 | $110.00 | $ 539.00 |
| Connie Robinson/Paralegal | N/A | N/A | 4.7 | $130.00 | $ 611.00 |
| Frances. Rosales/Legal Assistant, | N/A | N/A | .8 | $100.00 | $ 80.00 |
| | | | | | |
| Total Fees | | | | | $16,723.25 |
| Total Expenses | | | | | $ 17.76 |
| **Total Fees & Expenses** | | | | | **$16,741.01** |

## Fees by Category

| Billing Code | Amount |
|---|---|
| EC - Executory Contracts | $ 7,175.00 |
| GB - General Business Advice | $ 3,047.75 |
| RE - Real Estate | $ 5,042.50 |
| CG - Corporate Government | $ 1,458.00 |
| **Total** | **$16,723.25** |

## HAJJAR PETERS, LLP

3144 BEE CAVES ROAD
AUSTIN, TEXAS  78746
512-637-4956

Attn:  Lynn Ford

Carino's Italian
Ford Restaurant Group
1514 RR 620 South
Austin, TX  78734

| | |
|---|---|
| Statement Date: | January 12, 2015 |
| Statement No. | 149082 |
| Account No. | 1601.018 |
| Page: | 1 |

RE: Re-Organization

*Payments received after 01/12/2015 may not be included on this statement.*

Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 12/03/2014 | JM | Receipt and electronically file confirmation of filing from OR. | 110.00 | 0.25 | 27.50 |
| 12/09/2014 | JM | Review and electronically file confirmation of Certificate of Authority for Utah.  Prepare and send follow -up email to Vici Lacy regarding paperwork still needed for GA, SD, MI and CA. | 110.00 | 0.50 | 55.00 |
| 12/10/2014 | BTR | Conference/Strategy Session with W. Withers; Review Guaranties and provide comments for client's consideration. | 250.00 | 1.30 | 325.00 |
| | WEW | T/c with L. Ford regarding review of loan documents.  Review loan commitment.  Review Promissory Note and Security Agreement and prepare comments for review by client. Strategy sessions with B. Ruiz on a number of provisions in the loan documents to be considered.  Discuss terms related to Guaranty to assist in his review of the Guaranty Agreements.  Meeting with A. Woodbury to review Stock Pledge Agreement.  Meeting with K. Hajjar to discuss potential issues associated with Bankruptcy and other possible security interests, secured parties, etc.  Review related Bankruptcy filing to insure reference to case is correct.  REview ancillary loan documents and prepare any comments thereto.  Begin making comments to Stock Pledge for review by ACW. | 250.00 | 4.20 | 1,050.00 |
| 12/11/2014 | WEW | Prepare comments to Loan documents based on review.  T/c with Lynn regarding same.  T/c with T. Fritz regarding terms of loans and need to revise documents in light of BR Plan and Motion/Order of Court approving the financing. | 250.00 | 3.50 | 875.00 |
| | WEW | Correspondence regarding 3.5m CD;  Review correspondence from T. Fritz regarding subordination. | 250.00 | 0.30 | 75.00 |
| | ACW | Review and prepare comments on Stock Pledge Agreement for $1.8M loan | 275.00 | 1.00 | 275.00 |
| 12/12/2014 | WEW | T/C with client regarding status and to discuss logistics for payoff to GE. T/C with Tim Cardinal regarding deal terms.  T/c with B. Barron (x3) regarding comments to loan documents.  Phone | | | |

Carino's Italian
Account No.     1601.018
RE: Re-Organization

Statement Date: 01/12/2015
Statement No.        14908
Page No.                  2

| | | | Rate | Hours | |
|---|---|---|---|---|---|

|  |  | conference with B. Rasner regarding outstanding issue with Subordination.  Revise comments to loan documents.  Send proposed revised draft to lender.  Mutliple pieces of correspondence between L. Fancher, T. Fritz, B. Barron and B. Rasner & Prosperity Reps regarding outstanding issues, payment to GE and amendment of order to allow use of funds from Loan. | 250.00 | 4.80 | 1,200.00 |
| 12/13/2014 | WEW | Review and analyze correspondence with lender's counsel, lender representatives and B. Barron to determine if additional terms to be include in Plan Order need to be included in Loan Documents.  T/c with Lisa Fancher to discuss circumstances surrounding Motion/Order for financing and recent payment to GE.  T/c with client regarding same.  Correspondence to Prosperity team confirming loan closing to occur on Monday.  Review Ch. 11 Plan necessary for changes to loan documents.  Prepare revisions to loan documents based on prior discussions with lender and client.  Receive Loan Agreement draft from T. Fritz and begin review of same.  Transmit proposed changes and comments in Security Agreement to prompt further discussion on terms and revisions to be made in light of new Loan Agreement proposed. | 250.00 | 4.50 | 1,125.00 |
|  | WEW | Review Stock Pledge Agreement and prepare additional comments based on Loan Agreement. Multiple pieces of correspondence with client regarding StockPledge and stock amounts reflected in register.  Review and Analyze Loan Agreement and compare provisions in Loan Agreement with those in previously provided loan documents.  T/c with L. Ford regarding stock totals.  Correspondence with B. Barron regarding Bankruptcy verbiage added in the Loan Agreement. | 250.00 | 2.80 | 700.00 |
| 12/14/2014 | WEW | Receive, review and analyze revised loan documents from Tom Fritz.  Correspondence with B. Barron.  T/C with B. Barron (x2) regarding same and additional issues to be addressed in the loan documents.  T/c with client regarding same.  Prepare detailed email to client regarding outstanding issues and need for meeting.  Discuss comments with client.  Prepare email to T. Fritz regarding forthcoming comments. | 250.00 | 3.50 | 875.00 |
|  | WEW | Prepare revised comments to loan documents in light of loan Agreement.  Send comments to all parties for review and comment. | 250.00 | 1.80 | 450.00 |
| 12/15/2014 | JM | Receipt and electronic filing of Certificate of Authority for MT and ND. | 110.00 | 0.50 | 55.00 |
|  | JM | Review and prepare edits to lease amendments for attorney review and distribution to landlords in Boise and Humble. | 110.00 | 0.75 | 82.50 |
|  | WEW | Meeting with client, B. Barron & S. Sather to review and discuss outstanding issues in the Loan Documents;  Conf call with C |  |  |  |

Carino's Italian
Account No.    1601.018
RE: Re-Organization

Statement Date: 01/12/2015
Statement No.        14908
Page No.              3

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | | Braz and T. Fritz.  Prepare revisions to loan documents and circulate to all parties.  Receive and review revised loan documents from T Fritz and review same;  Prepare comments to remainder of loan documents based on agreed upon changes in conference and circulate to all parties. | 250.00 | 9.40 | 2,350.00 |
| | | | | | *EC* |
| 12/16/2014 | WEW | T/c with B. Barron on issues remaining in revised loan documents received from Lender's counsel.  Prepare additional notes and revisions.  Numerous phone calls with Tom Fritz regarding proposed changes.  T/c with Tim Cardinal and Lynn Ford regarding CD Pledge Agreement.  Review CD Pledge Agreement and prepare revisions to same.  Circulate proposed final loan documents to all parties.  T/c with client regarding outstanding issues. Conf. with A. Woodbury regarding handling of representation in Stock Pledge in light of no UCC search performed and involvement of Native Land.   Receive and review comments and revised loan documents from Tom Fritz. | 250.00 | 3.50 | 875.00 |
| | | | | | *EC* |
| | ACW | Advise on approaches to handling of Stock Pledge Agreement representation of title | 275.00 | 0.20 | 55.00 |
| | | | | | *CG* |
| | CR | Follow up email to Vici regarding status and actions needed for AR, CO, LA, MO and TX for both CIK and KRG; coordinate Certificates of Authority for Fired Up, Inc. for IN, KY, OR, UT, MT and ND; draft detailed email to Vici and Mr. Vernon regarding same. | 130.00 | 1.60 | 208.00 |
| | | | | | *CG* |
| 12/17/2014 | JM | Prepare mailings of Certificates of Authority applications to Secretary of State for MI, CA, SD and GA. | 110.00 | 1.50 | 165.00 |
| | | | | | *CG* |
| | CR | Finalize draft of email and send to Vici Lacy and Mr. Vernon along with Certificates of Authority for Fired Up, Inc. for IN, KY, OR, UT, MT and ND and registration details from WA. | 130.00 | 0.50 | 65.00 |
| | | | | | *CG* |
| 12/29/2014 | JM | Following of filings for Certificates of Authority for MI, CA and SD. | 110.00 | 1.00 | 110.00 |
| | | | | | *CG* |
| | CR | Telephone conference with Georgia SOS regarding additional information needed; email same to GA SOS; work with Jessica Metz regarding same. | 130.00 | 0.30 | 39.00 |
| | | | | | *CG* |
| 12/30/2014 | JM | Electronically file 2014.12.30 Order Regarding Matter (Bankruptcy). | 110.00 | 0.20 | 22.00 *CG* |
| | | For Current Services Rendered | | 47.90 | 11,059.00 |

### Advances

| 12/17/2014 | | Postage | | | 3.84 |
|---|---|---|---|---|---|
| | | Total Advances | | | 3.84 |

Carino's Italian
Account No.      1601.018
RE: Re-Organization

Statement Date: 01/12/2015
Statement No.          14908
Page No.                      4

| | |
|---|---:|
| Total Current Work | 11,062.84 |
| Previous Balance | $31,156.87 |

### Payments

| | | |
|---|---|---:|
| 12/29/2014 | Payment Received - Thank You - Check #1072537 | -1,176.75 |
| 12/29/2014 | Payment Received - Thank You - Check #1072537 | -5,213.00 |
| | Total Payments | -6,389.75 |
| | Balance Due | $35,829.96 |

### Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 11,062.84 | 7,000.52 | 11,992.95 | 0.00 | 0.00 | 5,773.65 |

**BALANCE DUE UPON RECEIPT**

**WE ACCEPT MAJOR CREDIT CARDS**

**TAX ID NO.: 20-5113046**

**WE HAVE MOVED.  OUR NEW ADDRESS IS 3144 BEE CAVE ROAD
AUSTIN, TX  78746**

## HAJJAR  PETERS, LLP

3144 BEE CAVES ROAD
AUSTIN, TEXAS  78746
512-637-4956

Attn:  Lynn Ford
Carino's Italian
Ford Restaurant Group
1514 RR 620 South
Austin, TX  78734

| | |
|---|---|
| Statement Date: | January 12, 2015 |
| Statement No. | 149083 |
| Account No. | 1601.019 |
| Page: | 1 |

RE: Carino's - Humble, TX

***Payments received after 01/12/2015 may not be included on this statement.***

### Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 12/08/2014 | KTH | Review correspondence from Vaughan Ford and review LOI received from Vaughan Ford for Shogun. | 275.00 | 0.30 | 82.50 |
| 12/12/2014 | KTH | Review correspondence from Vaughan Ford pertaining to conditions requested by Shogun, including consents by Landlord, SNDA, etc. Prepare response thereto. | 275.00 | 0.30 | 82.50 |
| 12/15/2014 | KTH | Phone conference with Andy Dillon regarding assignment of lease to Shogun. Prepare correspondence to Creed Ford. | 275.00 | 0.40 | 110.00 |
| 12/17/2014 | KTH | Review multiple pieces of correspondence from client and landlord pertaining to assignment of lease to shogun. | 275.00 | 0.30 | 82.50 |
| 12/21/2014 | KTH | Review Commission Agreement for Carino's Humble, Shogun Lease Assignment. Prepare correspondence to Creed Ford and Vaughan Ford. | 275.00 | 0.30 | 82.50 |
| | | For Current Services Rendered | | 1.60 | 440.00 |
| | | Total Current Work | | RE (440.00) | |
| | | Previous Balance | | | $2,290.00 |

### Payments

| | | | |
|---|---|---|---|
| 12/29/2014 | Payment Received - Thank You - Check #1072537 | | -206.25 |
| 12/29/2014 | Payment Received - Thank You - Check #1072537 | | -82.50 |
| | Total Payments | | -288.75 |
| | Balance Due | | $2,441.25 |

### Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 440.00 | 165.00 | 1,162.50 | 0.00 | 0.00 | 673.75 |

Carino's Italian
Account No.      1601.019
RE:  Carino's - Humble, TX

Statement Date: 01/12/2015
Statement No.        14908
Page No.                    2

**BALANCE DUE UPON RECEIPT**

**WE ACCEPT MAJOR CREDIT CARDS**

**TAX ID NO.: 20-5113046**

**WE HAVE MOVED.  OUR NEW ADDRESS IS 3144 BEE CAVE ROAD
AUSTIN, TX  78746**

## HAJJAR PETERS, LLP

3144 BEE CAVES ROAD
AUSTIN, TEXAS 78746
512-637-4956

Attn: Lynn Ford
Carino's Italian
Ford Restaurant Group
1514 RR 620 South
Austin, TX 78734

Statement Date:   January 12, 2015
Statement No.   149086
Account No.   1601.022
Page:   1

RE: Carino's - Grand Prairie, TX

***Payments received after 01/12/2015 may <u>not</u> be included on this statement.***

### Fees

| Date | | Description | Rate | Hours | |
|------|---|-------------|------|-------|---|
| 12/03/2014 | KTH | Begin review of redline of lease received from Joseph Mascia, counsel to Landlord for Grand Prairie. | 275.00 | 0.30 | 82.50 |
| | BTR | Review LL's redline of Lease and provide comments for client consideration. | 250.00 | 2.30 | 575.00 |
| | KTH | Review and prepare edits to comments in margins of ARC redline of lease. Prepare correspondence to clients and Barbara Baron and Steve Sather regarding same. | 275.00 | 0.70 | 192.50 |
| 12/16/2014 | KTH | Review multiple pieces of correspondence from Joseph Mascia and William Heuer regarding new Master Lease. Prepare detailed response to same. | 275.00 | 0.70 | 192.50 |
| 12/17/2014 | KTH | Prepare clean and redline of Master Lease for American Realty Capital review. | 275.00 | 2.00 | 550.00 |
| | KTH | Prepare correspondence to William Heuer regarding clean and redline of Master Lease. | 275.00 | 0.30 | 82.50 |
| | KTH | Review follow up correspondence from William Heuer regarding environmental provision. Prepare detailed response with exclusion language. | 275.00 | 0.40 | 110.00 |
| | KTH | Review miscellaneous correspondence pertaining to rental payments and GAAP compliance. Prepare response to same. | 275.00 | 0.30 | 82.50 |
| | | For Current Services Rendered | | 7.00 | 1,867.50 |
| | | Total Current Work | | RE | 1,867.50 |
| | | Previous Balance | | | $1,798.50 |

### Payments

| | | | | | |
|---|---|---|---|---|---|
| 12/29/2014 | | Payment Received - Thank You - Check #1072537 | | | -1,331.00 |

Carino's Italian
Account No.    1601.022
RE:  Carino's - Grand Prairie, TX

Statement Date: 01/12/2015
Statement No.        14908
Page No.                    2

Balance Due                                                                                        $2,335.00

Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|------|-------|-------|--------|---------|------|
| 1,867.50 | 0.00 | 137.50 | 0.00 | 0.00 | 330.00 |

**BALANCE DUE UPON RECEIPT**

**WE ACCEPT MAJOR CREDIT CARDS**

**TAX ID NO.: 20-5113046**

**WE HAVE MOVED.  OUR NEW ADDRESS IS 3144 BEE CAVE ROAD
AUSTIN, TX  78746**

## HAJJAR PETERS, LLP

3144 BEE CAVES ROAD
AUSTIN, TEXAS  78746
512-637-4956

Attn:  Lynn Ford
Carino's Italian
Ford Restaurant Group
1514 RR 620 South
Austin, TX  78734

| | |
|---|---|
| Statement Date: | January 12, 2015 |
| Statement No. | 149087 |
| Account No. | 1601.024 |
| Page: | 1 |

RE: Carino's - Boise

*Payments received after 01/12/2015 may <u>not</u> be included on this statement.*

### Fees

| Date | Atty | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 12/08/2014 | KTH | Prepare Third Amendment to Lease in accordance with terms negotiated by Creed Ford and Bill Gage. Prepare correspondence to all parties regarding same. | 275.00 | 1.50 | 412.50 |
| 12/10/2014 | KTH | Prepare edits to Boise Third Amendment to remove conditional increase in rent to make automatic increase. Prepare correspondence to Bill Gage requesting feedback on termination payment request. | 275.00 | 0.30 | 82.50 |
| | KTH | Prepare additional edits to Third Amendment consistent with correspondence from Bill Gage, including framework for provision for liquidated damages. Prepare correspondence to Bill Gage. | 275.00 | 0.30 | 82.50 |
| 12/11/2014 | KTH | Prepare additional edits to Amendment. Phone conference with Bill Gage regarding Amendment. | 275.00 | 0.50 | 137.50 |
| 12/12/2014 | KTH | Review correspondence from Bill Gage and include damage claim number in lease. Prepare correspondence to Creed Ford regarding same. | 275.00 | 0.30 | 82.50 |
| 12/15/2014 | KTH | Review correspondence from Bill Gage requesting status on third amendment. Prepare correspondence to Creed Ford regarding same. Prepare correspondence to Bill Gage regarding same. | 275.00 | 0.30 | 82.50 |
| 12/17/2014 | KTH | Review redline of Third Amendment received from Landlord and opposing counsel. Prepare correspondence to client and Barbara Barron. | 275.00 | 0.40 | 110.00 |
| 12/18/2014 | KTH | Review correspondence from Barbara Barron and Creed Ford regarding liquidated damages provision. Prepare responses to same. | 275.00 | 0.40 | 110.00 |
| 12/19/2014 | KTH | Prepare additional edits to Boise Third Amendment. Review correspondence from Barbara Barron. Prepare correspondence to Bill Gage and opposing counsel. | 275.00 | 0.80 | 220.00 |

Carino's Italian
Account No.      1601.024
RE: Carino's - Boise

Statement Date: 01/12/2015
Statement No.       14908
Page No.              2

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 12/29/2014 | KTH | Prepare correspondence to Bill Gage regarding execution of lese amendment. | 275.00 | 0.30 | 82.50 |
| | | For Current Services Rendered | | 5.10 | 1,402.50 |
| | | Total Current Work | | | 1,402.50 |
| | | Previous Balance | | | $1,567.50 |

### Payments

| 12/29/2014 | Payment Received - Thank You - Check #1072537 | -100.00 |
|---|---|---|
| 12/29/2014 | Payment Received - Thank You - Check #1072537 | -137.50 |
| 12/29/2014 | Payment Received - Thank You - Check #1072537 | -220.00 |
| | Total Payments | -457.50 |
| | Balance Due | $2,512.50 |

#### Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 1,402.50 | 247.50 | 0.00 | 0.00 | 0.00 | 862.50 |

**BALANCE DUE UPON RECEIPT**

**WE ACCEPT MAJOR CREDIT CARDS**

**TAX ID NO.: 20-5113046**

**WE HAVE MOVED.  OUR NEW ADDRESS IS 3144 BEE CAVE ROAD
AUSTIN, TX  78746**

## HAJJAR  PETERS, LLP

3144 BEE CAVES ROAD
AUSTIN, TEXAS  78746
512-637-4956

Attn:  Lynn Ford
Carino's Italian
Ford Restaurant Group
1514 RR 620 South
Austin, TX  78734

Statement Date:  January 12, 2015
Statement No.  149088
Account No.  1601.025
Page:  1

RE: Trademark

*Payments received after 01/12/2015 may <u>not</u> be included on this statement.*

### Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 12/02/2014 | CR | Receipt and review of several emails from counsel in Mexico; work with Angela Woodbury regarding same. | 130.00 | 0.30 | 39.00 |
| 12/03/2014 | CR | Receipt and review of client correspondence, including filed Statements of Use, Renewal Applications, assignments and client invoices; organize email correspondence; work with Angela Woodbury and Kareem Hajjar regarding same; receipt and review of email exchanges with Mr. Sather; email same to Vici and Harper. | 130.00 | 1.70 | 221.00 |
| 12/09/2014 | CR | Update trademark docket to calendar to reflect change of owner from KRG to FUI for trademarks in Mexico. | 130.00 | 0.30 | 39.00 |
| | | For Current Services Rendered | | 2.30 | 299.00 |
| | | Total Current Work | | *CG* | (299.00) |
| | | Previous Balance | | | $2,573.12 |

### Payments

| | | | |
|---|---|---|---|
| 12/29/2014 | | Payment Received - Thank You - Check #1072537 | -1,519.00 |
| | | Balance Due | $1,353.12 |

Aged Due Amounts

| <u>0-30</u> | <u>31-60</u> | <u>61-90</u> | <u>91-120</u> | <u>121-180</u> | <u>181+</u> |
|---|---|---|---|---|---|
| 299.00 | 71.06 | 983.06 | 0.00 | 0.00 | 0.00 |

Carino's Italian
Account No.     1601.025
RE:  Trademark

Statement Date: 01/12/2015
Statement No.       14908
Page No.                2

BALANCE DUE UPON RECEIPT

WE ACCEPT MAJOR CREDIT CARDS

TAX ID NO.: 20-5113046

WE HAVE MOVED.  OUR NEW ADDRESS IS 3144 BEE CAVE ROAD
AUSTIN, TX  78746

## HAJJAR PETERS, LLP

3144 BEE CAVES ROAD
AUSTIN, TEXAS 78746
512-637-4956

Attn: Lynn Ford
Carino's Italian
Ford Restaurant Group
1514 RR 620 South
Austin, TX 78734

| | |
|---|---|
| Statement Date: | January 12, 2015 |
| Statement No. | 149089 |
| Account No. | 1601.026 |
| Page: | 1 |

RE: Carino's - Bee Cave, TX

***Payments received after 01/12/2015 may <u>not</u> be included on this statement.***

<u>Fees</u>

| Date | Init | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 12/10/2014 | TB | Conference with K. Hajjar concerning dispute. Review of all emails, attachments and lease documents. Review of all calculations. Conference call with client. Preparation of email with our calculations. | 215.00 | 3.20 | 688.00 |
| | KTH | Prepare for meeting with Margaret Smith and conference with Margaret Smith regarding lease/sublease NNN structure for Bee Caves office. | 275.00 | 0.50 | 137.50 |
| 12/15/2014 | TB | Draft/revise demand for Excess Basic Costs to Cloud Imperium. | 215.00 | 1.70 | 365.50 |
| | KTH | Review and prepare edits to letter to Cloud Imperium games. Prepare correspondence to Margaret Smith regarding receipt of partial payment. | 275.00 | 0.25 | 68.75 |
| | TB | Communicate with K. Hajjar concerning status of payment and demand letter. | 215.00 | 0.10 | 21.50 |
| | TB | Modify correspondence with partial payment information and finalize. | 215.00 | 0.30 | 64.50 |
| | FRR | Organize demand letter and forward to opposing parties via first class and certified mail. | 100.00 | 0.80 | 80.00 |
| | | For Current Services Rendered | | 6.85 | 1,425.75 |

<u>Advances</u>

| Date | Description | | | | |
|---|---|---|---|---|---|
| 12/15/2014 | Postage | | | | 13.92 |
| | Total Advances | | | | 13.92 |
| | Total Current Work | | | *GB* | (1,439.67) |
| | | | | | |
| | Balance Due | | | | $1,439.67 |

Carino's Italian
Account No.      1601.026
RE:  Carino's - Bee Cave, TX

Statement Date: 01/12/2015
Statement No.      14908
Page No.                2

**BALANCE DUE UPON RECEIPT**

**WE ACCEPT MAJOR CREDIT CARDS**

**TAX ID NO.: 20-5113046**

**WE HAVE MOVED.  OUR NEW ADDRESS IS 3144 BEE CAVE ROAD**
**AUSTIN, TX  78746**

## HAJJAR PETERS, LLP

3144 BEE CAVES ROAD
AUSTIN, TEXAS 78746
512-637-4956

Attn: Lynn Ford
Carino's Italian
Ford Restaurant Group
1514 RR 620 South
Austin, TX 78734

| | |
|---|---|
| Statement Date: | January 12, 2015 |
| Statement No. | 149092 |
| Account No. | 1601.031 |
| Page: | 1 |

RE: Carino's - Parker, CO

**Payments received after 01/12/2015 may _not_ be included on this statement.**

### Fees

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 12/18/2014 | KTH | Prepare framework for lease termination agreement for Parker, CO location. | 275.00 | 0.30 | 82.50 |
| 12/19/2014 | BTR | Review file; E-mail correspondence to K. Hajjar; Begin preparing Lease Termination Agreement. | 250.00 | 0.50 | 125.00 |
| | | For Current Services Rendered | | 0.80 | 207.50 |
| | | Total Current Work | | | 207.50 |
| | | Previous Balance | | | RE $887.50 |

### Payments

| | | |
|---|---|---|
| 12/29/2014 | Payment Received - Thank You - Check #1072537 | -206.25 |
| | Balance Due | $888.75 |

#### Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 207.50 | 192.50 | 0.00 | 0.00 | 0.00 | 488.75 |

**BALANCE DUE UPON RECEIPT**

**WE ACCEPT MAJOR CREDIT CARDS**

**TAX ID NO.: 20-5113046**

**WE HAVE MOVED.  OUR NEW ADDRESS IS 3144 BEE CAVE ROAD
AUSTIN, TX  78746**

## HAJJAR PETERS, LLP

3144 BEE CAVES ROAD
AUSTIN, TEXAS  78746
512-637-4956

Attn:  Lynn Ford
Carino's Italian
Ford Restaurant Group
1514 RR 620 South
Austin, TX  78734

| | |
|---|---|
| Statement Date: | January 12, 2015 |
| Statement No. | 149106 |
| Account No. | 1601.048 |
| Page: | 1 |

RE: Carino's - SA Bandera

***Payments received after 01/12/2015 may not be included on this statement.***

### Fees

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 12/03/2014 | JM | Review correspondence and prepare for attorney review. | 110.00 | 0.20 | 22.00 |
| | | For Current Services Rendered | | 0.20 | 22.00 |
| | | Total Current Work | | GG | 22.00 |
| | | Previous Balance | | | $280.50 |

### Payments

| | | | |
|---|---|---|---|
| 12/29/2014 | | Payment Received - Thank You - Check #1072537 | -165.00 |
| | | Balance Due | $137.50 |

Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 22.00 | 82.50 | 0.00 | 0.00 | 0.00 | 33.00 |

**BALANCE DUE UPON RECEIPT**

**WE ACCEPT MAJOR CREDIT CARDS**

**TAX ID NO.: 20-5113046**

**WE HAVE MOVED.  OUR NEW ADDRESS IS 3144 BEE CAVE ROAD
AUSTIN, TX  78746**