**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | |
| **FIRED UP, INC.** | § | **Case No. 14-10447** |
| | § | **(Chapter 11)** |
| **Debtor.** | § | |
| | § | |

### ORDER GRANTING THIRD AND FINAL APPLICATION OF HAJJAR PETERS, LLP FOR COMPENSATION AS SPECIAL COUNSEL FOR DEBTOR FROM OCTOBER 1, 2014 TO DECEMBER 23, 2014

CAME TO BE CONSIDERED the *Third and Final Application of Hajjar Peters, LLP for Compensation as Special Counsel for Debtor from October 1, 2014 through December 23, 2014.* The Court finds that such application should be GRANTED.

IT IS THEREFORE ORDERED that Hajjar Peters, LLP is hereby awarded additional fees in the amount of $37,859.75 and expenses in the amount of $1,996.35. The fees and expenses previously approved on an interim basis are approved on a final basis. The Debtor is authorized to pay all allowed fees and expenses.

# # #

Order Submitted By:

Stephen W. Sather
Barron & Newburger, P.C.
1212 Guadalupe, Suite 104
Austin, TX 78701