**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| **FIRED UP, INC.** | § | Case No. 14-10447 |
| | § | (Chapter 11) |
| Debtor. | § | |

**THIRD AND FINAL APPLICATION OF UNIQUE STRATEGIES GROUP, INC. FOR COMPENSATION AS FINANCIAL ADVISOR FOR DEBTOR FROM OCTOBER 1, 2014 TO DECEMBER 8, 2014**

**A hearing will be conducted on this matter on March 5, 2015 at 1:30 pm in Courtroom No. 1, 903 San Jacinto, Austin, TX 78701.**

**If you object to the relief requested, you must respond in writing, specifically answering each paragraph of this pleading. Unless otherwise directed by the court, you must file your response with the clerk of the bankruptcy court within 21 days from the date you were served with this pleading. You must serve a copy of your response on the person who sent you the notice; otherwise, the court may treat the pleading as unopposed and grant the relief requested.**

Fired Up, Inc., Debtor herein, ("Debtor") hereby files this *Third and Final Application of Unique Strategies Group, Inc. for Compensation as Financial Advisor for Debtor from October 1, 2014 to December 8, 2014,* and respectfully requests approval of the compensation described below, showing the Court as follows:

1. This case was filed on March 27, 2014. Unique Strategies Group, Inc. ("USG") was employed as Financial Advisor for the Debtor by order entered on July 10, 2014, effective as of May 24, 2014.

2. This is a final application seeking approval of the prior interim fee awards and additional time incurred from October 1, 2014 through confirmation of Debtor's Plan of Reorganization.

3. USG obtained the following results since October 1, 2014: analyzed Debtor's Plan and financial, reviewed and discussed Debtor's budget, reviewed Debtor's monthly operating reports, reviewed Debtor's proformas and cash flows and drafted proffer and attended the confirmation hearing on December 8, 2014.

4. A Fee Application Summary, which includes a summary description of the

services rendered by category, reflecting the total cost of each category of services and summarizing the nature and purpose of each category of services rendered, and the results obtained, is attached hereto as Exhibit "A".

5. A Compensation Support Exhibit, reflecting contemporaneous time records itemizing services rendered by category in a format which reflects a description of each service entry, the amount of time spent rendering that service, the date the service was performed, who performed that service, and the hourly rate of the person performing that service, is attached hereto as Exhibit "B".

6. USG seeks fees of $4,100.00 and expenses of $0.00.

7. By order dated September 19, 2014, [Dkt # 472] the Court approved USG's First Interim Fee Application for the time period June 1, 2014 to June 30, 2014 [Dkt # 377]. By that order, the Court approved and allowed fees and expenses in the total amount of $19,625.00 less a 30% holdback in the amount of $5,887.00, subject to future Court order.

8. By order dated December 5, 2014 [Dkt # 640] the Court approved USG's Second Interim Fee Application for the time period July 1, 2014 to September 30, 2014 [Dkt # 549]. By that order, the Court approved and allowed fees and expenses in the total amount of $18,875.00 with no holdback.

9. USG did not receive a pre-petition retainer. All fees approved will be paid from the Debtor's estate.

10. USG asks for final approval and allowance of the fees and expenses previously approved and allowed by the Court on an interim basis and for the final approval and allowance of the fees set forth herein for a total amount of $36,712.50. USG also seeks the Court's reconsideration and final allowance and approval of the holdback amount of $5,887.50

WHEREFORE, Fired Up, Inc. requests that Unique Strategies Group, Inc. be allowed compensation for its services for the period October 1, 2014 to December 8, 2014 in the amount of $4,100.00 as fees and $0.00 as reasonable costs for total compensation requested of $4,100.00, and that Unique Strategies Group, Inc. be awarded and allowed, on a final basis, the fees requested herein and those previously awarded and allowed on an interim basis and that the holdback amount of interim fees in the amount of $5,887.50 be allowed and approved as final for the total amount of $42,600.00, and for such and further relief as is just.

        Respectfully submitted,

        BARRON & NEWBURGER, P.C.
        1212 Guadalupe Street, Suite 104
        Austin, Texas 78701
        Tel: (512) 476-9103 / Fax: (512) 476-9253

By:   */s/ Stephen W. Sather*
       Stephen W. Sather, SBN 17657520
       Barbara M. Barron, SBN 01817300
       ATTORNEYS FOR FIRED UP, INC.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing *Third and Final Application of Unique Strategies Group, Inc.* was served on February 9, 2015, by email transmission to all the parties on the Twelfth Limited Master Service List attached hereto.

*/s/ Stephen W. Sather*

**United States Trustee:**

Henry G. Hobbs
Deborah A. Bynum
Office of the U.S. Trustee
903 San Jacinto Blvd., Room 230
Austin, TX 78701
henry.g.hobbs@usdoj.gov
deborah.a.bynum@usdoj.gov

**Debtor:**

Creed Ford, III
President/CEO
Ford Restaurant Group
1514 RR 620 South
Austin, TX 78734
cford@carinos.com

Margaret B. Smith, CPA
Director of Finance
Ford Restaurant Group
1514 RR 620 South
Austin, TX 78734
msmith@fordrestgrp.com

**Attorneys for Debtor:**

Barbara M. Barron
Stephen W. Sather
Barron & Newburger, P.C.
1212 Guadalupe Street, Suite 104
Austin, TX 78701
bbarron@bn-lawyers.com
ssather@bn-lawyers.com

John Vernon
The Vernon Law Group, PLLC
4925 Greenville Avenue, Suite 200
Dallas, TX 75206
jvernon@vernonlawgroup.com

Kareem Hajjar
Hajjar Sutherland Peters, LLP
3144 Bee Caves Road
Austin, TX 78746
khajjar@legalstrategy.com

**20 Largest Unsecured Creditors:**

AEI Accredited Investor Fund 2002
Attn: Brian Schulz
1300 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
bschulz@aeifunds.com

AEI Fund Management, Inc.
Attn: Brian Schulz
1300 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
bschulz@aeifunds.com

ARC CAFÉ, LLC
American Realty Capital
Attn: Cindy Dip
200 Dryden Road, Suite 1100
Dresher, PA 19025
cdip@arlcap.com

Cassidy Turley Midwest, Inc.
Attn: Brian Schulz
1300 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
bschulz@aeifunds.com

Food Services of America
Attn: Lee Clark
P.O. Box 839
Meridian, ID 83680
lee_clark@fsafood.com
boise_ar@fsafood.com

GE Capital Franchise Finance Corp.
c/o Jeffrey T. Wegner
Kutak Rock, LLP
1650 Farnam Street
Omaha, NE 68102-2186
jeffrey.wegner@kutakrock.com

Gentilis, Inc.
Attn: Moja Lindsey
P.O. Box 810
Redwood Valley, CA 95470
moja2@thelindseycompanies.com

Internal Revenue Service
Special Procedures Staff-Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

Magdalena Properties, LLC
c/o R. Spencer Shytles
Graham Bright & Smith, P.C.
5420 LBJ Freeway, Suite 300
Dallas, TX 75240
rss@gbstxlaw.com

Pleasant Ridge Development Co.
Attn: Lou Schickel
11601 Pleasant Ridge Rd., Suite 300
Little Rock, AR 72212
lou@schickels.com
invoices@schickels.com

Mary Raney & Dick P. Wood, Jr., as
Trustees of RC Nelms Jr. Hillcrest Trst
c/o James H. Billingsley
Polsinelli, PC
2501 N. Harwood St., Suite 1900
Dallas, TX 75201
jbillingsley@polsinelli.com

Shamrock Foods-Consolidated
Attn: Jessica Harlow
Department 219
Denver, CO 80291-0219
jessica_harlow@shamrockfoods.com

Texas Comptroller of Public Accts.
c/o Jason A. Starks
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
jason.starks@texasattorneygeneral.gov

Texas Workforce Commission
Attn: Regulatory Integrity Div-SAU
101 E. 15th Street, Room 556
Austin, TX 78778-0001
rid.taxbankruptcy@twc.state.tx.us

*Twelfth Master Limited Service List dated October 30, 2014*                                      Page **1** of **5**

**Secured Creditors:**

FRG Capital, LLC
c/o Blake Rasner
Haley & Olson, P.C.
510 N. Valley Mills Drive, Suite 600
Waco, TX 76710
brasner@haleyolson.com

Prosperity Bank
c/o Lisa C. Fancher
Fritz, Byrne, Head & Harrison, PLLC
98 San Jacinto Blvd., Suite 2000
Austin, TX 78701-4286
lfancher@fbhh.com

**Unsecured Creditors Committee:**

AEI Income & Growth Fund 24, LLC
Robert P. Johnson
30 Seventh Street East, Suite 1300
St. Paul, MN 55101
bschulz@aeifunds.com

Ben E. Keith Company (interim chair)
Richard Grasso
P. O. Box 2628
Ft. Worth, TX 76112
rngrasso@benekeith.com

Glazier Foods Company
John Miller
11303 Antoine Dr.
Houston, TX 77066
john.miller@glazierfoods.com

Independent Bank
Charley Rigney
8004 Woodway Dr., Suite 200
Waco, TX 76712
crigney@ibtx.com

National Retail Properties, Inc.
David G. Byrnes, Jr.
450 S. Orange Avenue, Suite 900
Orlando, FL 32801
david.byrnes@nnnreit.com

The Coca-Cola Company
William Kay, Sr. Bankruptcy Advisor
P.O. Box 1734
NAT 2008 Mail Stop
Atlanta, GA 30313
billkaye@jllconsultants.com

Wilmington Center, LLC
Attn: Fay Farzani
9471 Lomitas Avenue
Beverly Hills, CA 90210
fafar101@aol.com

**Counsel for Creditors' Committee:**

Bradford J. Sandler
Pachulski, Stang, Ziehl & Jones, LLP
919 North Market St., 17th Floor
Wilmington, DE 19801
bsandler@pszjlaw.com

Peter J. Keane
Pachulski, Stang, Ziehl & Jones, LLP
919 North Market St., 17th Floor
Wilmington, DE 19801
pkeane@pszjlaw.com

Joshua M. Fried
Pachulski, Stang, Ziehl & Jones, LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
jfried@pszjlaw.com

G. James Landon
Seth E. Meisel
Streusand, Landon & Ozburn, LLP
811 Barton Springs Rd., Suite 811
Austin, TX 78704
landon@slollp.com
meisel@slollp.com

**Miscellaneous:**

Brownsville Public Utilities Board
c/o Gilbert L. Hamberg, Esq.
1038 Darby Drive
Yardley, PA 19067
ghamberg_3@msn.com

CASS
Attn: Frank Garcia
2675 Corporate Exchange Drive
Columbus, OH 43231
fgarcia@cassinfo.com

Fintech
Attn: Mandi Aiton
7702 Woodland Center Blvd., #50
Tampa, FL 33614
maiton@fintech.com

Summit Energy
Attn: Tim Ward
103 Historic Town Square
Lancaster, TX 75146
tim.ward@ems.schneider-electric.com

Wells Fargo Bank, N.A.
c/o James G. Ruiz
Winstead, P.C.
401 Congress Avenue, Suite 2100
Austin, TX 78701
jruiz@winstead.com

**Additional Notice:**

Sheila Pattison
Special Assistant U.S. Attorney
Internal Revenue Service
300 E. 8th Street, Suite 601
Austin, TX 78701
sheila.pattison@irscounsel.treas.gov

Jason P. Wylie
The Law Office of Jason Wylie
8553 N. Beach St., PMB 316
Fort Worth, TX 76244-4919
jason@jasonwylielaw.com

John M. Koneck
Fredrikson & Byron, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
jkoneck@fredlaw.com

*Twelfth Master Limited Service List dated October 30, 2014* Page **2** of **5**

Mackenzie S. Wallace
Thompson & Knight, LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201
mackenzie.wallace@tklaw.com

Timothy E. Hudson
Thompson & Knight, LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201
tim.hudson@tklaw.com

William M. Kane
Traylor, Tompkins & Black, P.C.
751 Horizon Court, Suite 200
Grand Junction, CO 81506-8754
wmk@grandjunctionlaw.com

**Notices of Appearance:**

Arlington ISD, Mansfield ISD
and Crowley ISD
c/o Elizabeth Banda Calvo
Perdue, Brandon, Fielder, et al
P.O. Box 13430
Arlington, TX 76094-0430
ebcalvo@pbfcm.com

Atascocita 1692, LLC
c/o Crystal R. Axelrod
Morgan, Lewis & Bockius, LLP
1000 Louisiana Street, Suite 4000
Houston, TX 77002
caxelrod@morganlewis.com

Atascocita 1692, LLC
c/o Patrick D. Fleming
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178
pfleming@morganlewis.com

Bexar County
c/o David G. Aelvoet
Linebarger Goggan Blair & Sampson
711 Navarro Street, Suite 300
San Antonio, TX 78205
sanantonio.bankruptcy@publicans.com

Inland American Retail Mgmt., LLC
c/o Kevin M. Newman, Esq.
Menter, Rudin & Trivelpiece, P.C.
308 Maltbie Street, Suite 200
Syracuse, NY 13204-1498
knewman@menterlaw.com

National Retail Properties, LP
c/o David M. Bennett
and Cassandra Ann Sepanik
Thompson & Knight, LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201
david.bennett@tklaw.com
cassandra.sepanik@tklaw.com

Texas Ad Valorem Taxing Entities
c/o Lee Gordon
McCreary, Veselka, Bragg & Allen
P.O. Box 1269
Round Rock, TX 78680
lgordon@mvbalaw.com

Texas Ad Valorem Taxing Entities
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson
P.O. Box 17428
Austin, TX 78760-7428
austin.bankruptcy@publicans.com

Texas Ad Valorem Taxing Entities
c/o Elizabeth Weller
Linebarger Goggan Blair & Sampson
2777 N. Stemmons Frwy, Suite 1000
Dallas, TX 75207
dallas.bankruptcy@publicans.com

RioCan America Management, Inc.
c/o R. Spencer Shytles
Graham Bright & Smith, P.C.
5420 LBJ Freeway, Suite 300
Dallas, TX 75240
rss@gbstxlaw.com

Tyler Independent School District
c/o Tab Beall
Perdue, Brandon, Fielder, et al
P.O. Box 2007
Tyler, TX 75710-2007
tbeall@pbfcm.com
tylbkc@pbfcm.com

Texas Ad Valorem Taxing Entities
c/o Owen M. Sonik
Perdue, Brandon, Fielder, et al
1235 North Loop West, Suite 600
Houston, TX 77008
houbank@pbfcm.com

Hidalgo County & McAllen ISD
c/o John T. Banks
Perdue, Brandon, Fielder, et al
3301 Northland Drive, Suite 505
Austin, TX 78731
jbanks@pbfcm.com

Lubbock Central Appraisal District
c/o Laura J. Monroe
Perdue, Brandon, Fielder, et al
P.O. Box 817
Lubbock, TX 79408
lmonroe@pbfcm.com

Texas Ad Valorem Taxing Entities
c/o John P. Dillman
Linebarger Goggan Blair & Sampson
P.O. Box 3064
Houston, TX 77253-3064
houston_bankruptcy@publicans.com

GS II Meridian Crossroads, LLC
c/o Renee B. Weiss, Esq.
DDR Corp.
P.O. Box 228042
Beachwood, OH 44122
rweiss@ddr.com

ARC CAFE, LLC
c/o William C. Heuer
and Patricia H. Heer
Duane Morris, LLP
1540 Broadway
New York, NY 10036
wheuer@duanemorris.com
phheer@duanemorris.com

Missouri Department of Revenue
Bankruptcy Unit
Attn: S. Christopher Conway
P.O. Box 475
Jefferson City, MO 65105-0475
txwdecf@dor.mo.gov

| | | |
|---|---|---|
| RB River IV, LLC, et al<br>c/o Jeffrey Ackermann<br>Durio, McGoffin, Stagg & Ackermann<br>P.O. Box 51308<br>Lafayette, LA 70505-1308<br>jeffackermann@dmsfirm.com | Ecolab, Inc.<br>c/o Kohner, Mann & Kailas, S.C.<br>Attn: Samuel C. Wisotzkey<br>4650 N. Port Washington Rd.<br>Milwaukee, WI 53212-1059<br>swisotzkey@kmksc.com | Lewisville ISD<br>c/o George C. Scherer, Esq.<br>Law Offices of Robert E. Luna, PC<br>4411 N. Central Expressway<br>Dallas, TX 75205<br>scherer@txschoollaw.com |
| RB River IV, LLC, et al<br>and Megaplex Four, Inc.<br>c/o Marvin E. Sprouse III<br>Jackson Walker, LLP<br>100 Congress Avenue, Suite 1100<br>Austin, TX 78701<br>msprouse@jw.com | Independent Bank<br>c/o Steve Turner<br>Barrett Daffin Frappier Turner, et al<br>610 West 5th Street, Suite 602<br>Austin, TX 78701<br>stevet@bdfgroup.com | Glazier Foods Company<br>c/o Joseph R. Sgroi<br>Honigman Miller Schwartz, et al<br>2290 First National Bank Bldg.<br>660 Woodward Avenue<br>Detroit, MI 48226<br>jsgroi@honigman.com |
| City of Fort Worth<br>c/o Christopher B. Mosley<br>Senior Assistant City Attorney<br>1000 Throckmorton Street<br>Fort Worth, TX 76102<br>chris.mosley@fortworthtexas.gov | Hill Country Texas Galleria, LLC<br>c/o Joseph D. Martinec<br>Martinec, Winn, Vickers, et al<br>919 Congress Avenue, Suite 200<br>Austin, TX 78701<br>martinec@mwvmlaw.com | Legacy Air, Inc.<br>c/o Dennis I. Wilenchik<br>Wilenchik & Bartness, P.C.<br>The Wilenchik & Bartness Bldg.<br>2810 North Third Street<br>Phoenix, AZ 85004<br>admin@wb-law.com<br>DIW@wb-law.com |
| The City of Laredo<br>c/o Christina Flores<br>Flores & Saucedo, PLLC<br>5517 McPherson, Suite 14<br>Laredo, TX 78041<br>cfloreslaw@sbcglobal.net<br>floressaucedopllc@gmail.com | South Coast Plaza, LLC<br>c/o Joseph D. Martinec<br>Martinec, Winn, Vickers, et al<br>919 Congress Avenue, Suite 200<br>Austin, TX 78701<br>martinec@mwvmlaw.com | **Additional Parties-in-Interest:**<br>Keri Knows, LLC<br>P.O. Box 7906<br>Beverly Hills, CA 90212<br>kerihausner@aol.com |
| Megaplex Four, Inc.<br>c/o Paul M. Hoffmann<br>Stinson Leonard Street, LLP<br>1201 Walnut St., Suite 2900<br>Kansas City, MO 64106<br>paul.hoffmann@stinsonleonard.com | South Dakota Department of<br>Revenue & Regulation<br>Attn: Carol Van Roekel<br>445 East Capitol Avenue<br>Pierre, SD 57501-3185<br>carol.vanroekel@state.sd.us | 21875 Katy Freeway, LLC, et al<br>c/o Steven M. Zelitch<br>Attorney at Law<br>261 Old York Rd., Suite 526<br>Jenkintown, PA 19046<br>steven@smzlaw.com |
| Travis County<br>c/o Kay D. Brock<br>Assistant Travis County Attorney<br>P.O. Box 1748<br>Austin, TX 78767<br>kay.brock@co.travis.tx.us | The Laredo Community College<br>c/o George R. Meurer<br>Kazen, Meurer & Perez<br>P.O. Box 6237<br>Laredo, TX 78042-6237<br>grmeurer@kmp-law.com | PACA Trust Creditors<br>c/o Robert Yaquinto, Jr.<br>Sherman & Yaquinto, LLP<br>509 N. Montclair Avenue<br>Dallas, TX 75208<br>rob@syllp.com |
| DDR Corp.<br>c/o Robert L. LeHane, Esq.<br>and Jennifer D. Raviele, Esq.<br>Kelley Drye & Warren, LLP<br>101 Park Avenue<br>New York, NY 10178<br>kdwbankruptcydepartment@kelleydrye.com<br>rlehane@kelleydrye.com<br>jraviele@kelleydrye.com | GE Capital (GEFF and GEBAF)<br>c/o Lynn H. Butler<br>Husch Blackwell, LLP<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701<br>lynn.butler@huschblackwell.com | MB San Antonio Brooks Ltd. Ptship<br>c/o Adam F. Kinney, Esq.<br>Menter, Rudin & Trivelpiece, P.C.<br>308 Maltbie Street, Suite 200<br>Syracuse, NY 13204-1498<br>akinney@menterlaw.com |

Tom Green CAD
c/o Lanty W. Dean
Dean & Dean
305 W. Twohig
San Angelo, TX 76903
rusty@deandeanlaw.com

Brian A. Kilmer
Chamberlain Hrdlicka
1200 Smith Street, 14th Floor
Houston, TX 77002
brian.kilmer@chamberlainlaw.com

BKD, LLP
Attn: Barry Adamson
14241 Dallas Parkway, Suite 1100
Dallas, TX 75254-2961
badamson@bkd.com

R. Eric Drews
R. Eric Drews, PLLC
13901 Midway Rd., Suite 102-278
Dallas, TX 75244
eric@redrews.com

FTI Consulting, Inc.
c/o Seth E. Meisel
Streusand, Landon & Ozburn, LLP
811 Barton Springs Rd., Suite 811
Austin, TX 78704
steven.simms@fticonsulting.com

Unique Strategies Group, Inc.
5810 Tom Wooten Drive
Austin, TX 78731
dbensimon@austin.rr.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| In Re: § | | |
| § | | |
| **FIRED UP, INC.** § | Case No. 14-10447 | |
| § | (Chapter 11) | |
| **Debtor.** § | | |

**EXHIBIT "A"**

**I.   CLIENT:**   Debtor—FIRED UP, INC.

**II.  REQUESTING APPLICANT/FIRM:**
**Unique Strategies Group, Inc.**
5810 Tom Wooten Drive
Austin, TX 78731
(512) 529-7600

**III. TOTAL AMOUNT OF FEES REQUESTED:**
  a. Fees: $4,100.00
  b. Expenses: $0.00
  c. Pre-petition retainer, if any: $0.00
  d. Time period covered: October 1, 2104 to December 8, 2014

**IV.  BREAKOUT OF CURRENT APPLICATION:**

| Name/Title | Graduation Date | Partnership Date | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Dan Bensimon | 1968 | | 16.40 | $250.00 | $4,100.00 |
| **Total Fees** | | | **16.40** | **$250.00** | **$4,100.00** |

  MINIMUM FEE INCREMENTS:   $0.10
  TOTAL EXPENSES:   $0.00

  AMOUNT BILLED FOR PREPARATION OF THIS FEE APPLICATION:  $0.00

**V.   PRIOR APPLICATIONS:**

| Number | Date of Hearing | Amount requested | Amount authorized |
|---|---|---|---|
| 1st | September 16, 2014 | $19,625.00 | $19,625.00 less 30% holdback of $5,887.50 (Dkt # 472) |
| 2nd | December 4, 2014 | $18,875.00 | $18,875.00 (Dkt # 640) |

VI.   OTHER CO-EQUAL OR ADMINISTRATIVE CLAIMANTS IN THIS CASE**:

| NAME | PARTY REPRESENTED |
|---|---|
| Office of the United States Trustee | |
| Barron & Newburger, P.C. | Debtor |
| Hajjar, Sutherland & Peters | Debtor |
| BKD, LLP | Debtor |
| Eric Drews | Debtor |
| Vernon Law Group, PLLC. | Debtor |
| Pachulski Stang | UCC |
| Streusand & Landon | UCC |
| FTI Consulting | UCC |

VII.   RESULTS OBTAINED SINCE OCTOBER 1, 2014:

Analyzed Debtor's Plan and financial, reviewed and discussed Debtor's budget, reviewed Debtor's monthly operating reports, reviewed Debtor's proformas and cash flows and drafted proffer and attended the confirmation hearing on December 8, 2014.

## BREAKDOWN OF FEES BY EVENTS

| Task | Total Hours | Rate | Tot. Fee | % of App. |
|---|---|---|---|---|
| Business Operations | 16.40 | $250.00 | $4,100.00 | 100% |
| Rosewood Transaction | | | | |
| Unsecured Cred. Com. Matters | | | | |
| | | | | |
| **Total** | **16.40** | **$250.00** | **$4,100.00** | **100%** |

**\*\*Does not include payments made in the ordinary course of business. Other than professionals, no other applications for administrative expense claims have been approved.**

Unique Strategies Group, Inc.
7028 Cielo Azul Pass
Austin, Texas 78732

November 14, 2014

Invoice submitted to:

Fired Up

For Professional Services Performed From September 1, 2014 to September 30, 2014
Legend:  DB = Dan Bensimon, BW = Beth Whatley

| Date | Description | Hrs / Rate | Amount |
|---|---|---|---|
| 10/1/14 | DB- BO – Plan & analysis of Financials | 3.0 / $ 250 | $ 750.00 |
| | **Total:** | | **$ 750.00** |

# EXHIBIT "B"

Page **1** of **1**