IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| **FIRED UP, INC.** | § | Case No. 14-10447 |
| | § | (Chapter 11) |
| Debtor. | § | |

## THIRD AND FINAL APPLICATION OF BKD, LLP FOR COMPENSATION AS AUDIT ACCOUNTANT FOR DEBTOR FROM OCTOBER 1, 2014 TO DECEMBER 23, 2014

**A hearing will be conducted on this matter on March 5, 2015 at 1:30 pm in Courtroom No. 1, 903 San Jacinto, Austin, TX 78701.**

**If you object to the relief requested, you must respond in writing, specifically answering each paragraph of this pleading. Unless otherwise directed by the court, you must file your response with the clerk of the bankruptcy court within 21 days from the date you were served with this pleading. You must serve a copy of your response on the person who sent you the notice; otherwise, the court may treat the pleading as unopposed and grant the relief requested.**

Fired Up, Inc., Debtor herein, ("Debtor") hereby files this *Third and Final Application of BKD, LLP*, *for Compensation as Audit Accountant for Debtor from October 1, 2014 to December 23, 2014* ("BKD"), and respectfully requests approval of the compensation described below, showing the Court as follows:

1. This case was filed on March 27, 2014. BKD, LLP ("BKD") was employed as Audit Accountant and Tax Professional for the Debtor from the petition date, March 27, 2014 through May 31, 2014 and thereafter as Audit Accountant only by order entered on July 10, 2014, effective as of March 27, 2014.

2. This is a final application seeking approval of the prior interim fee awards. For the period October 1, 2014 through December 23, 2014, BKD does not seek approval or allowance of any fees or expenses.

3. By order dated September 17, 2014, [Dkt # 468] the Court approved BKD's First Interim Fee Application for the time period March 27, 2014 to June 30, 2014 [Dkt # 372]. By that order, the Court approved and allowed fees and expenses in the total amount of $1,573.84.

4.  By order dated December 4, 2014 [Dkt # 632] the Court approved BKD's Second Interim Fee Application for the time period July 1, 2014 to September 30, 2014 [Dkt # 554]. By that order, the Court approved and allowed fees and expenses in the total amount of $6,372.68.

5.  BKD asks for final approval and allowance of the fees and expenses previously approved and allowed by the Court on an interim basis in the total amount of $7,946.52.

WHEREFORE, Fired Up, Inc. requests that BKD, LLP be awarded and allowed, on a final basis, the fees and expenses previously approved on an interim basis in the total amount of $7,946.52 and for such and further relief as is just.

    Respectfully submitted,

    BARRON & NEWBURGER, P.C.
    1212 Guadalupe Street, Suite 104
    Austin, Texas 78701
    Tel:   (512) 476-9103
    Fax:  (512) 476-9253

By:   */s/ Stephen W. Sather*
    Stephen W. Sather, State Bar No. 17657520
    Barbara M. Barron, State Bar No. 01817300
    Lynn Saarinen, State Bar No. 17498900

    ATTORNEYS FOR FIRED UP, INC.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing *Third and Final Interim Application of BKD, LLP* was served on February 9, 2015, by email transmission to all the parties on the Twelfth Limited Master Service List attached hereto.

    */s/ Stephen W. Sather*

| | | |
|---|---|---|
| **United States Trustee:**<br>Henry G. Hobbs<br>Deborah A. Bynum<br>Office of the U.S. Trustee<br>903 San Jacinto Blvd., Room 230<br>Austin, TX 78701<br>henry.g.hobbs@usdoj.gov<br>deborah.a.bynum@usdoj.gov | **20 Largest Unsecured Creditors:**<br>AEI Accredited Investor Fund 2002<br>Attn: Brian Schulz<br>1300 Wells Fargo Place<br>30 East Seventh Street<br>St. Paul, MN 55101<br>bschulz@aeifunds.com | Internal Revenue Service<br>Special Procedures Staff-Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| **Debtor:**<br>Creed Ford, III<br>President/CEO<br>Ford Restaurant Group<br>1514 RR 620 South<br>Austin, TX 78734<br>cford@carinos.com | AEI Fund Management, Inc.<br>Attn: Brian Schulz<br>1300 Wells Fargo Place<br>30 East Seventh Street<br>St. Paul, MN 55101<br>bschulz@aeifunds.com | Magdalena Properties, LLC<br>c/o R. Spencer Shytles<br>Graham Bright & Smith, P.C.<br>5420 LBJ Freeway, Suite 300<br>Dallas, TX 75240<br>rss@gbstxlaw.com |
| Margaret B. Smith, CPA<br>Director of Finance<br>Ford Restaurant Group<br>1514 RR 620 South<br>Austin, TX 78734<br>msmith@fordrestgrp.com | ARC CAFÉ, LLC<br>American Realty Capital<br>Attn: Cindy Dip<br>200 Dryden Road, Suite 1100<br>Dresher, PA 19025<br>cdip@arlcap.com | Pleasant Ridge Development Co.<br>Attn: Lou Schickel<br>11601 Pleasant Ridge Rd., Suite 300<br>Little Rock, AR 72212<br>lou@schickels.com<br>invoices@schickels.com |
| **Attorneys for Debtor:**<br>Barbara M. Barron<br>Stephen W. Sather<br>Barron & Newburger, P.C.<br>1212 Guadalupe Street, Suite 104<br>Austin, TX 78701<br>bbarron@bn-lawyers.com<br>ssather@bn-lawyers.com | Cassidy Turley Midwest, Inc.<br>Attn: Brian Schulz<br>1300 Wells Fargo Place<br>30 East Seventh Street<br>St. Paul, MN 55101<br>bschulz@aeifunds.com | Mary Raney & Dick P. Wood, Jr., as<br>Trustees of RC Nelms Jr. Hillcrest Trst<br>c/o James H. Billingsley<br>Polsinelli, PC<br>2501 N. Harwood St., Suite 1900<br>Dallas, TX 75201<br>jbillingsley@polsinelli.com |
| John Vernon<br>The Vernon Law Group, PLLC<br>4925 Greenville Avenue, Suite 200<br>Dallas, TX 75206<br>jvernon@vernonlawgroup.com | Food Services of America<br>Attn: Lee Clark<br>P.O. Box 839<br>Meridian, ID 83680<br>lee_clark@fsafood.com<br>boise_ar@fsafood.com | Shamrock Foods-Consolidated<br>Attn: Jessica Harlow<br>Department 219<br>Denver, CO 80291-0219<br>jessica_harlow@shamrockfoods.com |
| Kareem Hajjar<br>Hajjar Sutherland Peters, LLP<br>3144 Bee Caves Road<br>Austin, TX 78746<br>khajjar@legalstrategy.com | GE Capital Franchise Finance Corp.<br>c/o Jeffrey T. Wegner<br>Kutak Rock, LLP<br>1650 Farnam Street<br>Omaha, NE 68102-2186<br>jeffrey.wegner@kutakrock.com | Texas Comptroller of Public Accts.<br>c/o Jason A. Starks<br>Assistant Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548<br>jason.starks@texasattorneygeneral.gov |
| | Gentilis, Inc.<br>Attn: Moja Lindsey<br>P.O. Box 810<br>Redwood Valley, CA 95470<br>moja2@thelindseycompanies.com | Texas Workforce Commission<br>Attn: Regulatory Integrity Div-SAU<br>101 E. 15th Street, Room 556<br>Austin, TX 78778-0001<br>rid.taxbankruptcy@twc.state.tx.us |

*Twelfth Master Limited Service List dated October 30, 2014* Page **1** of **5**

**Secured Creditors:**

FRG Capital, LLC
c/o Blake Rasner
Haley & Olson, P.C.
510 N. Valley Mills Drive, Suite 600
Waco, TX 76710
brasner@haleyolson.com

Prosperity Bank
c/o Lisa C. Fancher
Fritz, Byrne, Head & Harrison, PLLC
98 San Jacinto Blvd., Suite 2000
Austin, TX 78701-4286
lfancher@fbhh.com

**Unsecured Creditors Committee:**

AEI Income & Growth Fund 24, LLC
Robert P. Johnson
30 Seventh Street East, Suite 1300
St. Paul, MN 55101
bschulz@aeifunds.com

Ben E. Keith Company (interim chair)
Richard Grasso
P. O. Box 2628
Ft. Worth, TX 76112
rngrasso@benekeith.com

Glazier Foods Company
John Miller
11303 Antoine Dr.
Houston, TX 77066
john.miller@glazierfoods.com

Independent Bank
Charley Rigney
8004 Woodway Dr., Suite 200
Waco, TX 76712
crigney@ibtx.com

National Retail Properties, Inc.
David G. Byrnes, Jr.
450 S. Orange Avenue, Suite 900
Orlando, FL 32801
david.byrnes@nnnreit.com

The Coca-Cola Company
William Kay, Sr. Bankruptcy Advisor
P.O. Box 1734
NAT 2008 Mail Stop
Atlanta, GA 30313
billkaye@jllconsultants.com

Wilmington Center, LLC
Attn: Fay Farzani
9471 Lomitas Avenue
Beverly Hills, CA 90210
fafar101@aol.com

**Counsel for Creditors' Committee:**

Bradford J. Sandler
Pachulski, Stang, Ziehl & Jones, LLP
919 North Market St., 17th Floor
Wilmington, DE 19801
bsandler@pszjlaw.com

Peter J. Keane
Pachulski, Stang, Ziehl & Jones, LLP
919 North Market St., 17th Floor
Wilmington, DE 19801
pkeane@pszjlaw.com

Joshua M. Fried
Pachulski, Stang, Ziehl & Jones, LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
jfried@pszjlaw.com

G. James Landon
Seth E. Meisel
Streusand, Landon & Ozburn, LLP
811 Barton Springs Rd., Suite 811
Austin, TX 78704
landon@slollp.com
meisel@slollp.com

**Miscellaneous:**

Brownsville Public Utilities Board
c/o Gilbert L. Hamberg, Esq.
1038 Darby Drive
Yardley, PA 19067
ghamberg_3@msn.com

CASS
Attn: Frank Garcia
2675 Corporate Exchange Drive
Columbus, OH 43231
fgarcia@cassinfo.com

Fintech
Attn: Mandi Aiton
7702 Woodland Center Blvd., #50
Tampa, FL 33614
maiton@fintech.com

Summit Energy
Attn: Tim Ward
103 Historic Town Square
Lancaster, TX 75146
tim.ward@ems.schneider-electric.com

Wells Fargo Bank, N.A.
c/o James G. Ruiz
Winstead, P.C.
401 Congress Avenue, Suite 2100
Austin, TX 78701
jruiz@winstead.com

**Additional Notice:**

Sheila Pattison
Special Assistant U.S. Attorney
Internal Revenue Service
300 E. 8th Street, Suite 601
Austin, TX 78701
sheila.pattison@irscounsel.treas.gov

Jason P. Wylie
The Law Office of Jason Wylie
8553 N. Beach St., PMB 316
Fort Worth, TX 76244-4919
jason@jasonwylielaw.com

John M. Koneck
Fredrikson & Byron, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
jkoneck@fredlaw.com

| | | |
|---|---|---|
| Mackenzie S. Wallace<br>Thompson & Knight, LLP<br>1722 Routh Street, Suite 1500<br>Dallas, TX 75201<br>mackenzie.wallace@tklaw.com | Inland American Retail Mgmt., LLC<br>c/o Kevin M. Newman, Esq.<br>Menter, Rudin & Trivelpiece, P.C.<br>308 Maltbie Street, Suite 200<br>Syracuse, NY 13204-1498<br>knewman@menterlaw.com | Texas Ad Valorem Taxing Entities<br>c/o Owen M. Sonik<br>Perdue, Brandon, Fielder, et al<br>1235 North Loop West, Suite 600<br>Houston, TX 77008<br>houbank@pbfcm.com |
| Timothy E. Hudson<br>Thompson & Knight, LLP<br>1722 Routh Street, Suite 1500<br>Dallas, TX 75201<br>tim.hudson@tklaw.com | National Retail Properties, LP<br>c/o David M. Bennett<br>and Cassandra Ann Sepanik<br>Thompson & Knight, LLP<br>1722 Routh Street, Suite 1500<br>Dallas, TX 75201<br>david.bennett@tklaw.com<br>cassandra.sepanik@tklaw.com | Hidalgo County & McAllen ISD<br>c/o John T. Banks<br>Perdue, Brandon, Fielder, et al<br>3301 Northland Drive, Suite 505<br>Austin, TX 78731<br>jbanks@pbfcm.com |
| William M. Kane<br>Traylor, Tompkins & Black, P.C.<br>751 Horizon Court, Suite 200<br>Grand Junction, CO 81506-8754<br>wmk@grandjunctionlaw.com | Texas Ad Valorem Taxing Entities<br>c/o Lee Gordon<br>McCreary, Veselka, Bragg & Allen<br>P.O. Box 1269<br>Round Rock, TX 78680<br>lgordon@mvbalaw.com | Lubbock Central Appraisal District<br>c/o Laura J. Monroe<br>Perdue, Brandon, Fielder, et al<br>P.O. Box 817<br>Lubbock, TX 79408<br>lmonroe@pbfcm.com |
| **Notices of Appearance:**<br>Arlington ISD, Mansfield ISD<br>and Crowley ISD<br>c/o Elizabeth Banda Calvo<br>Perdue, Brandon, Fielder, et al<br>P.O. Box 13430<br>Arlington, TX 76094-0430<br>ebcalvo@pbfcm.com | Texas Ad Valorem Taxing Entities<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson<br>P.O. Box 17428<br>Austin, TX 78760-7428<br>austin.bankruptcy@publicans.com | Texas Ad Valorem Taxing Entities<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson<br>P.O. Box 3064<br>Houston, TX 77253-3064<br>houston_bankruptcy@publicans.com |
| Atascocita 1692, LLC<br>c/o Crystal R. Axelrod<br>Morgan, Lewis & Bockius, LLP<br>1000 Louisiana Street, Suite 4000<br>Houston, TX 77002<br>caxelrod@morganlewis.com | Texas Ad Valorem Taxing Entities<br>c/o Elizabeth Weller<br>Linebarger Goggan Blair & Sampson<br>2777 N. Stemmons Frwy, Suite 1000<br>Dallas, TX 75207<br>dallas.bankruptcy@publicans.com | GS II Meridian Crossroads, LLC<br>c/o Renee B. Weiss, Esq.<br>DDR Corp.<br>P.O. Box 228042<br>Beachwood, OH 44122<br>rweiss@ddr.com |
| Atascocita 1692, LLC<br>c/o Patrick D. Fleming<br>Morgan, Lewis & Bockius, LLP<br>101 Park Avenue<br>New York, NY 10178<br>pfleming@morganlewis.com | RioCan America Management, Inc.<br>c/o R. Spencer Shytles<br>Graham Bright & Smith, P.C.<br>5420 LBJ Freeway, Suite 300<br>Dallas, TX 75240<br>rss@gbstxlaw.com | ARC CAFE, LLC<br>c/o William C. Heuer<br>and Patricia H. Heer<br>Duane Morris, LLP<br>1540 Broadway<br>New York, NY 10036<br>wheuer@duanemorris.com<br>phheer@duanemorris.com |
| Bexar County<br>c/o David G. Aelvoet<br>Linebarger Goggan Blair & Sampson<br>711 Navarro Street, Suite 300<br>San Antonio, TX 78205<br>sanantonio.bankruptcy@publicans.com | Tyler Independent School District<br>c/o Tab Beall<br>Perdue, Brandon, Fielder, et al<br>P.O. Box 2007<br>Tyler, TX 75710-2007<br>tbeall@pbfcm.com<br>tylbkc@pbfcm.com | Missouri Department of Revenue<br>Bankruptcy Unit<br>Attn: S. Christopher Conway<br>P.O. Box 475<br>Jefferson City, MO 65105-0475<br>txwdecf@dor.mo.gov |

*Twelfth Master Limited Service List dated October 30, 2014*     Page **3** of **5**

| | | |
|---|---|---|
| RB River IV, LLC, et al<br>c/o Jeffrey Ackermann<br>Durio, McGoffin, Stagg & Ackermann<br>P.O. Box 51308<br>Lafayette, LA 70505-1308<br>jeffackermann@dmsfirm.com | Ecolab, Inc.<br>c/o Kohner, Mann & Kailas, S.C.<br>Attn: Samuel C. Wisotzkey<br>4650 N. Port Washington Rd.<br>Milwaukee, WI 53212-1059<br>swisotzkey@kmksc.com | Lewisville ISD<br>c/o George C. Scherer, Esq.<br>Law Offices of Robert E. Luna, PC<br>4411 N. Central Expressway<br>Dallas, TX 75205<br>scherer@txschoollaw.com |
| RB River IV, LLC, et al<br>and Megaplex Four, Inc.<br>c/o Marvin E. Sprouse III<br>Jackson Walker, LLP<br>100 Congress Avenue, Suite 1100<br>Austin, TX 78701<br>msprouse@jw.com | Independent Bank<br>c/o Steve Turner<br>Barrett Daffin Frappier Turner, et al<br>610 West 5th Street, Suite 602<br>Austin, TX 78701<br>stevet@bdfgroup.com | Glazier Foods Company<br>c/o Joseph R. Sgroi<br>Honigman Miller Schwartz, et al<br>2290 First National Bank Bldg.<br>660 Woodward Avenue<br>Detroit, MI 48226<br>jsgroi@honigman.com |
| City of Fort Worth<br>c/o Christopher B. Mosley<br>Senior Assistant City Attorney<br>1000 Throckmorton Street<br>Fort Worth, TX 76102<br>chris.mosley@fortworthtexas.gov | Hill Country Texas Galleria, LLC<br>c/o Joseph D. Martinec<br>Martinec, Winn, Vickers, et al<br>919 Congress Avenue, Suite 200<br>Austin, TX 78701<br>martinec@mwvmlaw.com | Legacy Air, Inc.<br>c/o Dennis I. Wilenchik<br>Wilenchik & Bartness, P.C.<br>The Wilenchik & Bartness Bldg.<br>2810 North Third Street<br>Phoenix, AZ 85004<br>admin@wb-law.com<br>DIW@wb-law.com |
| The City of Laredo<br>c/o Christina Flores<br>Flores & Saucedo, PLLC<br>5517 McPherson, Suite 14<br>Laredo, TX 78041<br>cfloreslaw@sbcglobal.net<br>floressaucedopllc@gmail.com | South Coast Plaza, LLC<br>c/o Joseph D. Martinec<br>Martinec, Winn, Vickers, et al<br>919 Congress Avenue, Suite 200<br>Austin, TX 78701<br>martinec@mwvmlaw.com | **Additional Parties-in-Interest:**<br>Keri Knows, LLC<br>P.O. Box 7906<br>Beverly Hills, CA 90212<br>kerihausner@aol.com |
| Megaplex Four, Inc.<br>c/o Paul M. Hoffmann<br>Stinson Leonard Street, LLP<br>1201 Walnut St., Suite 2900<br>Kansas City, MO 64106<br>paul.hoffmann@stinsonleonard.com | South Dakota Department of<br>Revenue & Regulation<br>Attn: Carol Van Roekel<br>445 East Capitol Avenue<br>Pierre, SD 57501-3185<br>carol.vanroekel@state.sd.us | 21875 Katy Freeway, LLC, et al<br>c/o Steven M. Zelitch<br>Attorney at Law<br>261 Old York Rd., Suite 526<br>Jenkintown, PA 19046<br>steven@smzlaw.com |
| Travis County<br>c/o Kay D. Brock<br>Assistant Travis County Attorney<br>P.O. Box 1748<br>Austin, TX 78767<br>kay.brock@co.travis.tx.us | The Laredo Community College<br>c/o George R. Meurer<br>Kazen, Meurer & Perez<br>P.O. Box 6237<br>Laredo, TX 78042-6237<br>grmeurer@kmp-law.com | PACA Trust Creditors<br>c/o Robert Yaquinto, Jr.<br>Sherman & Yaquinto, LLP<br>509 N. Montclair Avenue<br>Dallas, TX 75208<br>rob@syllp.com |
| DDR Corp.<br>c/o Robert L. LeHane, Esq.<br>and Jennifer D. Raviele, Esq.<br>Kelley Drye & Warren, LLP<br>101 Park Avenue<br>New York, NY 10178<br>kdwbankruptcydepartment@kelleydrye.com<br>rlehane@kelleydrye.com<br>jraviele@kelleydrye.com | GE Capital (GEFF and GEBAF)<br>c/o Lynn H. Butler<br>Husch Blackwell, LLP<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701<br>lynn.butler@huschblackwell.com | MB San Antonio Brooks Ltd. Ptship<br>c/o Adam F. Kinney, Esq.<br>Menter, Rudin & Trivelpiece, P.C.<br>308 Maltbie Street, Suite 200<br>Syracuse, NY 13204-1498<br>akinney@menterlaw.com |

Tom Green CAD
c/o Lanty W. Dean
Dean & Dean
305 W. Twohig
San Angelo, TX 76903
rusty@deandeanlaw.com

Brian A. Kilmer
Chamberlain Hrdlicka
1200 Smith Street, 14th Floor
Houston, TX 77002
brian.kilmer@chamberlainlaw.com

BKD, LLP
Attn: Barry Adamson
14241 Dallas Parkway, Suite 1100
Dallas, TX 75254-2961
badamson@bkd.com

R. Eric Drews
R. Eric Drews, PLLC
13901 Midway Rd., Suite 102-278
Dallas, TX 75244
eric@redrews.com

FTI Consulting, Inc.
c/o Seth E. Meisel
Streusand, Landon & Ozburn, LLP
811 Barton Springs Rd., Suite 811
Austin, TX 78704
steven.simms@fticonsulting.com

Unique Strategies Group, Inc.
5810 Tom Wooten Drive
Austin, TX 78731
dbensimon@austin.rr.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

In Re: §
§
**FIRED UP, INC.** § Case No. 14-10447
**Debtor.** § (Chapter 11)

## EXHIBIT "A"

I. **CLIENT:** Debtor—FIRED UP, INC.

II. **REQUESTING APPLICANT/FIRM:**
 **BKD, LLP**
 14241 Dallas Parkway, Suite 1100
 Dallas, TX 75254
 (972) 702-8262

III. **TOTAL AMOUNT OF FEES REQUESTED:**
 a. Fees: $0
 b. Expenses: $0
 c. Pre-petition retainer, if any: $0.00
 d. Time period covered: October 1, 2014 to December 23, 2014

IV. **PRIOR APPLICATIONS:**

| Number | Date of Hearing | Amount requested | Amount authorized |
|---|---|---|---|
| 1st | September 16, 2014 | $1,573.84 | $1,573.84 (Dkt. # 468) |
| 2nd | December 4, 2014 | $6,372.68 | $6,372.68 (Dkt. # 632) |

VI. **OTHER CO-EQUAL OR ADMINISTRATIVE CLAIMANTS IN THIS CASE:**\*\*

| NAME | PARTY REPRESENTED |
|---|---|
| Office of the United States Trustee | |
| Barron & Newburger, P.C. | Debtor |
| Hajjar, Sutherland & Peters | Debtor |
| Vernon Law Group, PLLC | Debtor |
| Eric Drews | Debtor |
| Unique Strategies, Inc. | Debtor |
| Pachulski Stang | UCC |
| Streusand & Landon | UCC |
| FTI Consulting | UCC |

**\*\*Does not include payments made in the ordinary course of business. Other than professionals, no other applications for administrative expense claims have been approved.**