IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | |
| **FIRED UP, INC.** | § | Case No. 14-10447 |
| | § | (Chapter 11) |
| **Debtor.** | § | |

### ORDER GRANTING THIRD AND FINAL APPLICATION OF BKD, LLP FOR COMPENSATION AS AUDIT ACCOUNTANT FOR DEBTOR FROM OCTOBER 1, 2014 TO DECEMBER 23, 2014

CAME ON TO BE CONSIDERED the *Third and Final Application of BKD, LLP for Compensation as Audit Accountant for Debtor from October 1, 2014 through December 23, 2014.* The Court finds that such application should be GRANTED.

IT IS THEREFORE ORDERED as follows:

1. The interim fees and expenses previously awarded in the amount of $7,946.52 are approved on a final basis.
2. The Debtor is authorized to pay all amounts approved.

# # #

Order Submitted By:
Stephen W. Sather
Barron & Newburger, P.C.
1212 Guadalupe, Suite 104
Austin, TX 78701