IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| **FIRED UP, INC.** | § | **Case No. 14-10447** |
| | § | **(Chapter 11)** |
| Debtor. | § | |

**THIRD AND FINAL APPLICATION OF THE VERNON LAW GROUP, PLLC FOR
COMPENSATION AS SPECIAL COUNSEL FOR DEBTOR
FROM SEPTEMBER 29, 2014 TO DECEMBER 23, 2014**

**A hearing will be conducted on this matter on March 5, 2015 at 1:30 pm in Courtroom No.
1, 903 San Jacinto, Austin, TX  78701.**

**If you object to the relief requested, you must respond in writing, specifically answering
each paragraph of this pleading. Unless otherwise directed by the court, you must file your
response with the clerk of the bankruptcy court within 21 days from the date you were
served with this pleading. You must serve a copy of your response on the person who sent
you the notice; otherwise, the court may treat the pleading as unopposed and grant the
relief requested.**

Fired Up, Inc., Debtor herein, ("Debtor") hereby files this *Third and Final Application of
The Vernon Law Group, PLLC, for Compensation as Special Counsel for Debtor from
September 29, 2014 to December 23, 2014,* and respectfully requests approval of the
compensation described below, showing the Court as follows:

1.     This case was filed on March 27, 2014.  The Vernon Law Group, PLLC ("VLG")
was employed as Special Counsel for the Debtor by order entered on October 10, 2014, effective
as of March 27, 2014.

2.     This is a final application seeking approval of the prior interim fee awards and
additional time incurred from September 29, 2014 through confirmation of Debtor's Plan of
Reorganization.

3.     VLG obtained the following results since September 29, 2014: (a) extensive work
on issues of good standing and registration to transact business for franchisees and company
stores; (b) review issues relating to license store versus franchise in Tennessee; (c) reviewed
issues regarding foreign corporation franchising and incorporation issues for New Mexico, North
Carolina, Tennessee and Florida; (d) reviewed foreign entity authorization for nine states and

renewal registration requirements for franchise registration states vis-a-vis bankruptcy and merger disclosure requirements; (e) reviewed and assessed post-bankruptcy FTC Franchise Disclosure Rule amendments and renewal issues for requalification in registration and business opportunity states per Plan of Reorganization and Disclosure Statement; (f) prepared Federal Disclosure Documents incorporating revised Carino's Development Agreements for various stores; (g) reviewed, analyzed and conferred with Debtor and attorneys post-termination procedures and coverage under Franchise and Development Agreements; (h) reviewed, analyzed and commented on amendments to Development Agreements and Franchise Agreements covering various stores and states; and (i) reviewed state and federal tax decisions on long arm jurisdiction and nexus issues.

4.      A Fee Application Summary, which includes a summary description of the services rendered by category, reflecting the total cost of each category of services and summarizing the nature and purpose of each category of services rendered, and the results obtained, is attached hereto as Exhibit "A".

5.      A Compensation Support Exhibit, reflecting contemporaneous time records itemizing services rendered by category in a format which reflects a description of each service entry, the amount of time spent rendering that service, the date the service was performed, who performed that service, and the hourly rate of the person performing that service, is attached hereto as Exhibit "B".

6.      VLG seeks fees of $34,043.25 and expenses of $201.00.

7.      By order dated September 19, 2014, [Dkt # 474] the Court approved VLG's First Interim Fee Application for the time period March 27, 2014 to June 30, 2014 [Dkt # 370]. By that order, the Court approved and allowed fees and expenses in the total amount of $13,353.20.

8.      By order dated December 4, 2014 [Dkt # 634] the Court approved VLG's Second Interim Fee Application for the time period June 30, 2014 to September 30, 2014 [Dkt # 551]. By that order, the Court approved and allowed fees and expenses in the total amount of $40,342.35.

9.      VLG received a pre-petition retainer in the amount of $25,000.00 to be applied to the representation of the Debtor in this Chapter 11 proceeding. VLG's first interim fees awarded by the Court in the amount of $13,353.20 and a portion of its second interim fees awarded by the Court were paid from this retainer. There is nothing remaining in its pre-petition retainer.

10. VLG asks for final approval and allowance of the fees and expenses previously approved and allowed by the Court on an interim basis and for the final approval and allowance of the fees set forth herein for a total amount of $87,939.80.

WHEREFORE, Fired Up, Inc. requests that Vernon Law Group, PLLC, Inc. be allowed compensation for its services for the period September 29, 2014 to December 23, 2014 in the amount of $34,043.25 as fees and $201.00 as reasonable costs for total compensation requested of $34,244.25, and that Vernon Law Group, PLLC be awarded and allowed, on a final basis, the fees requested herein and those previously awarded and allowed on an interim basis in the total amount of $87,939.80 and for such and further relief as is just.

Respectfully submitted,

BARRON & NEWBURGER, P.C.
1212 Guadalupe Street, Suite 104
Austin, Texas 78701
Tel: (512) 476-9103 / Fax: (512) 476-9253

By: */s/ Stephen W. Sather*
Stephen W. Sather, SBN 17657520
Barbara M. Barron, SBN 01817300
Lynn Saarinen, SBN 17498900

ATTORNEYS FOR FIRED UP, INC.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing *Third and Final Interim Application of The Vernon Law Group, PLLC* was served on February 9, 2015, by email transmission to all the parties on the Twelfth Limited Master Service List attached hereto.

*/s/ Stephen W. Sather*

**United States Trustee:**

Henry G. Hobbs
Deborah A. Bynum
Office of the U.S. Trustee
903 San Jacinto Blvd., Room 230
Austin, TX 78701
henry.g.hobbs@usdoj.gov
deborah.a.bynum@usdoj.gov

**Debtor:**

Creed Ford, III
President/CEO
Ford Restaurant Group
1514 RR 620 South
Austin, TX 78734
cford@carinos.com

Margaret B. Smith, CPA
Director of Finance
Ford Restaurant Group
1514 RR 620 South
Austin, TX 78734
msmith@fordrestgrp.com

**Attorneys for Debtor:**

Barbara M. Barron
Stephen W. Sather
Barron & Newburger, P.C.
1212 Guadalupe Street, Suite 104
Austin, TX 78701
bbarron@bn-lawyers.com
ssather@bn-lawyers.com

John Vernon
The Vernon Law Group, PLLC
4925 Greenville Avenue, Suite 200
Dallas, TX 75206
jvernon@vernonlawgroup.com

Kareem Hajjar
Hajjar Sutherland Peters, LLP
3144 Bee Caves Road
Austin, TX 78746
khajjar@legalstrategy.com

**20 Largest Unsecured Creditors:**

AEI Accredited Investor Fund 2002
Attn:  Brian Schulz
1300 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
bschulz@aeifunds.com

AEI Fund Management, Inc.
Attn:  Brian Schulz
1300 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
bschulz@aeifunds.com

ARC CAFÉ, LLC
American Realty Capital
Attn:  Cindy Dip
200 Dryden Road, Suite 1100
Dresher, PA 19025
cdip@arlcap.com

Cassidy Turley Midwest, Inc.
Attn:  Brian Schulz
1300 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
bschulz@aeifunds.com

Food Services of America
Attn:  Lee Clark
P.O. Box 839
Meridian, ID 83680
lee_clark@fsafood.com
boise_ar@fsafood.com

GE Capital Franchise Finance Corp.
c/o Jeffrey T. Wegner
Kutak Rock, LLP
1650 Farnam Street
Omaha, NE 68102-2186
jeffrey.wegner@kutakrock.com

Gentilis, Inc.
Attn:  Moja Lindsey
P.O. Box 810
Redwood Valley, CA 95470
moja2@thelindseycompanies.com

Internal Revenue Service
Special Procedures Staff-Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

Magdalena Properties, LLC
c/o R. Spencer Shytles
Graham Bright & Smith, P.C.
5420 LBJ Freeway, Suite 300
Dallas, TX 75240
rss@gbstxlaw.com

Pleasant Ridge Development Co.
Attn:  Lou Schickel
11601 Pleasant Ridge Rd., Suite 300
Little Rock, AR 72212
lou@schickels.com
invoices@schickels.com

Mary Raney & Dick P. Wood, Jr., as
Trustees of RC Nelms Jr. Hillcrest Trst
c/o James H. Billingsley
Polsinelli, PC
2501 N. Harwood St., Suite 1900
Dallas, TX 75201
jbillingsley@polsinelli.com

Shamrock Foods-Consolidated
Attn:  Jessica Harlow
Department 219
Denver, CO 80291-0219
jessica_harlow@shamrockfoods.com

Texas Comptroller of Public Accts.
c/o Jason A. Starks
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
jason.starks@texasattorneygeneral.gov

Texas Workforce Commission
Attn:  Regulatory Integrity Div-SAU
101 E. 15th Street, Room 556
Austin, TX 78778-0001
rid.taxbankruptcy@twc.state.tx.us

*Twelfth Master Limited Service List dated October 30, 2014*                    Page **1** of **5**

**Secured Creditors:**

FRG Capital, LLC
c/o Blake Rasner
Haley & Olson, P.C.
510 N. Valley Mills Drive, Suite 600
Waco, TX 76710
brasner@haleyolson.com

The Coca-Cola Company
William Kay, Sr. Bankruptcy Advisor
P.O. Box 1734
NAT 2008 Mail Stop
Atlanta, GA 30313
billkaye@jllconsultants.com

CASS
Attn:  Frank Garcia
2675 Corporate Exchange Drive
Columbus, OH 43231
fgarcia@cassinfo.com

Prosperity Bank
c/o Lisa C. Fancher
Fritz, Byrne, Head & Harrison, PLLC
98 San Jacinto Blvd., Suite 2000
Austin, TX 78701-4286
lfancher@fbhh.com

Wilmington Center, LLC
Attn:  Fay Farzani
9471 Lomitas Avenue
Beverly Hills, CA 90210
fafar101@aol.com

Fintech
Attn:  Mandi Aiton
7702 Woodland Center Blvd., #50
Tampa, FL 33614
maiton@fintech.com

**Unsecured Creditors Committee:**

AEI Income & Growth Fund 24, LLC
Robert P. Johnson
30 Seventh Street East, Suite 1300
St. Paul, MN 55101
bschulz@aeifunds.com

**Counsel for Creditors' Committee:**

Bradford J. Sandler
Pachulski, Stang, Ziehl & Jones, LLP
919 North Market St., 17th Floor
Wilmington, DE 19801
bsandler@pszjlaw.com

Summit Energy
Attn:  Tim Ward
103 Historic Town Square
Lancaster, TX 75146
tim.ward@ems.schneider-electric.com

Ben E. Keith Company (interim chair)
Richard Grasso
P. O. Box 2628
Ft. Worth, TX 76112
rngrasso@benekeith.com

Peter J. Keane
Pachulski, Stang, Ziehl & Jones, LLP
919 North Market St., 17th Floor
Wilmington, DE 19801
pkeane@pszjlaw.com

Wells Fargo Bank, N.A.
c/o James G. Ruiz
Winstead, P.C.
401 Congress Avenue, Suite 2100
Austin, TX 78701
jruiz@winstead.com

Glazier Foods Company
John Miller
11303 Antoine Dr.
Houston, TX 77066
john.miller@glazierfoods.com

Joshua M. Fried
Pachulski, Stang, Ziehl & Jones, LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
jfried@pszjlaw.com

**Additional Notice:**

Sheila Pattison
Special Assistant U.S. Attorney
Internal Revenue Service
300 E. 8th Street, Suite 601
Austin, TX 78701
sheila.pattison@irscounsel.treas.gov

Independent Bank
Charley Rigney
8004 Woodway Dr., Suite 200
Waco, TX 76712
crigney@ibtx.com

G. James Landon
Seth E. Meisel
Streusand, Landon & Ozburn, LLP
811 Barton Springs Rd., Suite 811
Austin, TX 78704
landon@slollp.com
meisel@slollp.com

Jason P. Wylie
The Law Office of Jason Wylie
8553 N. Beach St., PMB 316
Fort Worth, TX 76244-4919
jason@jasonwylielaw.com

National Retail Properties, Inc.
David G. Byrnes, Jr.
450 S. Orange Avenue, Suite 900
Orlando, FL 32801
david.byrnes@nnnreit.com

**Miscellaneous:**

Brownsville Public Utilities Board
c/o Gilbert L. Hamberg, Esq.
1038 Darby Drive
Yardley, PA 19067
ghamberg_3@msn.com

John M. Koneck
Fredrikson & Byron, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
jkoneck@fredlaw.com

Mackenzie S. Wallace
Thompson & Knight, LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201
mackenzie.wallace@tklaw.com

Timothy E. Hudson
Thompson & Knight, LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201
tim.hudson@tklaw.com

William M. Kane
Traylor, Tompkins & Black, P.C.
751 Horizon Court, Suite 200
Grand Junction, CO 81506-8754
wmk@grandjunctionlaw.com

**Notices of Appearance:**

Arlington ISD, Mansfield ISD
and Crowley ISD
c/o Elizabeth Banda Calvo
Perdue, Brandon, Fielder, et al
P.O. Box 13430
Arlington, TX 76094-0430
ebcalvo@pbfcm.com

Atascocita 1692, LLC
c/o Crystal R. Axelrod
Morgan, Lewis & Bockius, LLP
1000 Louisiana Street, Suite 4000
Houston, TX 77002
caxelrod@morganlewis.com

Atascocita 1692, LLC
c/o Patrick D. Fleming
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178
pfleming@morganlewis.com

Bexar County
c/o David G. Aelvoet
Linebarger Goggan Blair & Sampson
711 Navarro Street, Suite 300
San Antonio, TX 78205
sanantonio.bankruptcy@publicans.com

Inland American Retail Mgmt., LLC
c/o Kevin M. Newman, Esq.
Menter, Rudin & Trivelpiece, P.C.
308 Maltbie Street, Suite 200
Syracuse, NY 13204-1498
knewman@menterlaw.com

National Retail Properties, LP
c/o David M. Bennett
and Cassandra Ann Sepanik
Thompson & Knight, LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201
david.bennett@tklaw.com
cassandra.sepanik@tklaw.com

Texas Ad Valorem Taxing Entities
c/o Lee Gordon
McCreary, Veselka, Bragg & Allen
P.O. Box 1269
Round Rock, TX 78680
lgordon@mvbalaw.com

Texas Ad Valorem Taxing Entities
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson
P.O. Box 17428
Austin, TX 78760-7428
austin.bankruptcy@publicans.com

Texas Ad Valorem Taxing Entities
c/o Elizabeth Weller
Linebarger Goggan Blair & Sampson
2777 N. Stemmons Frwy, Suite 1000
Dallas, TX 75207
dallas.bankruptcy@publicans.com

RioCan America Management, Inc.
c/o R. Spencer Shytles
Graham Bright & Smith, P.C.
5420 LBJ Freeway, Suite 300
Dallas, TX 75240
rss@gbstxlaw.com

Tyler Independent School District
c/o Tab Beall
Perdue, Brandon, Fielder, et al
P.O. Box 2007
Tyler, TX 75710-2007
tbeall@pbfcm.com
tylbkc@pbfcm.com

Texas Ad Valorem Taxing Entities
c/o Owen M. Sonik
Perdue, Brandon, Fielder, et al
1235 North Loop West, Suite 600
Houston, TX 77008
houbank@pbfcm.com

Hidalgo County & McAllen ISD
c/o John T. Banks
Perdue, Brandon, Fielder, et al
3301 Northland Drive, Suite 505
Austin, TX 78731
jbanks@pbfcm.com

Lubbock Central Appraisal District
c/o Laura J. Monroe
Perdue, Brandon, Fielder, et al
P.O. Box 817
Lubbock, TX 79408
lmonroe@pbfcm.com

Texas Ad Valorem Taxing Entities
c/o John P. Dillman
Linebarger Goggan Blair & Sampson
P.O. Box 3064
Houston, TX 77253-3064
houston_bankruptcy@publicans.com

GS II Meridian Crossroads, LLC
c/o Renee B. Weiss, Esq.
DDR Corp.
P.O. Box 228042
Beachwood, OH 44122
rweiss@ddr.com

ARC CAFE, LLC
c/o William C. Heuer
and Patricia H. Heer
Duane Morris, LLP
1540 Broadway
New York, NY 10036
wheuer@duanemorris.com
phheer@duanemorris.com

Missouri Department of Revenue
Bankruptcy Unit
Attn: S. Christopher Conway
P.O. Box 475
Jefferson City, MO 65105-0475
txwdecf@dor.mo.gov

RB River IV, LLC, et al
c/o Jeffrey Ackermann
Durio, McGoffin, Stagg & Ackermann
P.O. Box 51308
Lafayette, LA 70505-1308
jeffackermann@dmsfirm.com

RB River IV, LLC, et al
and Megaplex Four, Inc.
c/o Marvin E. Sprouse III
Jackson Walker, LLP
100 Congress Avenue, Suite 1100
Austin, TX 78701
msprouse@jw.com

City of Fort Worth
c/o Christopher B. Mosley
Senior Assistant City Attorney
1000 Throckmorton Street
Fort Worth, TX 76102
chris.mosley@fortworthtexas.gov

The City of Laredo
c/o Christina Flores
Flores & Saucedo, PLLC
5517 McPherson, Suite 14
Laredo, TX 78041
cfloreslaw@sbcglobal.net
floressaucedopllc@gmail.com

Megaplex Four, Inc.
c/o Paul M. Hoffmann
Stinson Leonard Street, LLP
1201 Walnut St., Suite 2900
Kansas City, MO 64106
paul.hoffmann@stinsonleonard.com

Travis County
c/o Kay D. Brock
Assistant Travis County Attorney
P.O. Box 1748
Austin, TX 78767
kay.brock@co.travis.tx.us

DDR Corp.
c/o Robert L. LeHane, Esq.
and Jennifer D. Raviele, Esq.
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178
kdwbankruptcydepartment@kelleydrye.com
rlehane@kelleydrye.com
jraviele@kelleydrye.com

Ecolab, Inc.
c/o Kohner, Mann & Kailas, S.C.
Attn:  Samuel C. Wisotzkey
4650 N. Port Washington Rd.
Milwaukee, WI 53212-1059
swisotzkey@kmksc.com

Independent Bank
c/o Steve Turner
Barrett Daffin Frappier Turner, et al
610 West 5th Street, Suite 602
Austin, TX 78701
stevet@bdfgroup.com

Hill Country Texas Galleria, LLC
c/o Joseph D. Martinec
Martinec, Winn, Vickers, et al
919 Congress Avenue, Suite 200
Austin, TX 78701
martinec@mwvmlaw.com

South Coast Plaza, LLC
c/o Joseph D. Martinec
Martinec, Winn, Vickers, et al
919 Congress Avenue, Suite 200
Austin, TX 78701
martinec@mwvmlaw.com

South Dakota Department of
Revenue & Regulation
Attn:  Carol Van Roekel
445 East Capitol Avenue
Pierre, SD 57501-3185
carol.vanroekel@state.sd.us

The Laredo Community College
c/o George R. Meurer
Kazen, Meurer & Perez
P.O. Box 6237
Laredo, TX 78042-6237
grmeurer@kmp-law.com

GE Capital (GEFF and GEBAF)
c/o Lynn H. Butler
Husch Blackwell, LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701
lynn.butler@huschblackwell.com

Lewisville ISD
c/o George C. Scherer, Esq.
Law Offices of Robert E. Luna, PC
4411 N. Central Expressway
Dallas, TX 75205
scherer@txschoollaw.com

Glazier Foods Company
c/o Joseph R. Sgroi
Honigman Miller Schwartz, et al
2290 First National Bank Bldg.
660 Woodward Avenue
Detroit, MI 48226
jsgroi@honigman.com

Legacy Air, Inc.
c/o Dennis I. Wilenchik
Wilenchik & Bartness, P.C.
The Wilenchik & Bartness Bldg.
2810 North Third Street
Phoenix, AZ 85004
admin@wb-law.com
DIW@wb-law.com

**Additional Parties-in-Interest:**

Keri Knows, LLC
P.O. Box 7906
Beverly Hills, CA 90212
kerihausner@aol.com

21875 Katy Freeway, LLC, et al
c/o Steven M. Zelitch
Attorney at Law
261 Old York Rd., Suite 526
Jenkintown, PA 19046
steven@smzlaw.com

PACA Trust Creditors
c/o Robert Yaquinto, Jr.
Sherman & Yaquinto, LLP
509 N. Montclair Avenue
Dallas, TX 75208
rob@syllp.com

MB San Antonio Brooks Ltd. Ptship
c/o Adam F. Kinney, Esq.
Menter, Rudin & Trivelpiece, P.C.
308 Maltbie Street, Suite 200
Syracuse, NY 13204-1498
akinney@menterlaw.com

Tom Green CAD
c/o Lanty W. Dean
Dean & Dean
305 W. Twohig
San Angelo, TX 76903
rusty@deandeanlaw.com

Brian A. Kilmer
Chamberlain Hrdlicka
1200 Smith Street, 14th Floor
Houston, TX 77002
brian.kilmer@chamberlainlaw.com

BKD, LLP
Attn:  Barry Adamson
14241 Dallas Parkway, Suite 1100
Dallas, TX 75254-2961
badamson@bkd.com

R. Eric Drews
R. Eric Drews, PLLC
13901 Midway Rd., Suite 102-278
Dallas, TX 75244
eric@redrews.com

FTI Consulting, Inc.
c/o Seth E. Meisel
Streusand, Landon & Ozburn, LLP
811 Barton Springs Rd., Suite 811
Austin, TX 78704
steven.simms@fticonsulting.com

Unique Strategies Group, Inc.
5810 Tom Wooten Drive
Austin, TX 78731
dbensimon@austin.rr.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| **FIRED UP, INC.** | § | **Case No. 14-10447** |
| | § | **(Chapter 11)** |
| Debtor. | § | |

**EXHIBIT "A"**

I.  **CLIENT:**  Debtor—FIRED UP, INC.

II.  **REQUESTING APPLICANT/FIRM:**
**The Vernon Law Group, PLLC**
4925 Greenville Avenue, Suite 200
Dallas, TX 75206
(214) 273-3715

III.  **TOTAL AMOUNT OF FEES REQUESTED:**
   a.   Fees:   $34,043.25
   b.   Expenses:  $201.00
   c.   Pre-petition retainer, if any:  $0 remaining (originally $25,000.00)
   d.   Time period covered:   September 29, 2014 to December 23, 2014

IV.  **BREAKOUT OF CURRENT APPLICATION:**

| Name/Title | Graduation Date | Partnership Date | Hours | Rate | Fees |
|---|---|---|---|---|---|
| John Vernon/ Partner | 1978 | | 53.40 | $575.00 | $30,705.00 |
| Taylor Vernon/ Associate | 2013 | | 4.45 | $275.00 | $ 1,223.75 |
| | | | 6.10 | $295.00 | $ 1,799.50 |
| Claire Kerian/Legal Assistant | N/A | | 1.80 | $175.00 | $     315.00 |
| **Total Fees** | | | **65.75** | | **$34,043.25** |

MINIMUM FEE INCREMENTS:   $0.10
TOTAL EXPENSES:     $201.00
(Expenses are calculated as follows:  $.20 per page for black and white photocopying;
$1.00 per page for color photocopying).

AMOUNT BILLED FOR PREPARATION OF THIS FEE APPLICATION:  $0.00

## V.  PRIOR APPLICATIONS:

| Number | Date of Hearing | Amount requested | Amount authorized |
|---|---|---|---|
| 1st | September 16, 2014 | $13,353.20 | $13,353.20 (Dkt. # 474) |
| 2d | December 4, 2014 | $40,342.35 | $40,342.35 (Dkt # 634) |

.

## VI.  OTHER CO-EQUAL OR ADMINISTRATIVE CLAIMANTS IN THIS  CASE:**

| NAME | PARTY REPRESENTED |
|---|---|
| Office of the United States Trustee | |
| Barron & Newburger, P.C. | Debtor |
| Hajjar, Sutherland & Peters | Debtor |
| BKD, LLP | Debtor |
| Eric Drews | Debtor |
| Unique Strategies, Inc. | Debtor |
| Pachulski Stang | UCC |
| Streusand & Landon | UCC |
| FTI Consulting | UCC |

## VII.  RESULTS OBTAINED SINCE SEPTEMBER 29, 2014:

(a) extensive work on issues of good standing and registration to transact business for franchisees and company stores;

(b) review issues relating to license store versus franchise in Tennessee;

(c) reviewed issues regarding foreign corporation franchising and incorporation issues for New Mexico, North Carolina, Tennessee and Florida;

(d) reviewed foreign entity authorization for nine states and renewal registration requirements for franchise registration states vis-a-vis bankruptcy and merger disclosure requirements;

(e) reviewed and assessed post-bankruptcy FTC Franchise Disclosure Rule amendments and renewal issues for requalification in registration and business opportunity states per Plan of Reorganization and Disclosure Statement;

(f) prepared Federal Disclosure Documents incorporating revised Carino's Development Agreements for various stores;

(g) reviewed, analyzed and conferred with Debtor and attorneys post-termination procedures and coverage under Franchise and Development Agreements;

(h) reviewed, analyzed and commented on amendments to Development Agreements and Franchise Agreements covering various stores and states; and

(i) reviewed state and federal tax decisions on long arm jurisdiction and nexus issues.

**\*\*Does not include payments made in the ordinary course of business.  Other than professionals, no other applications for administrative expense claims have been approved.**

## The Vernon Law Group, PLLC

# Invoice

P. O. Box 600271
Dallas, TX  75206

Phone #   214-273-3710
Fax #     214-299-8596

**Invoice #:** 11803
**Invoice Date:** 10/31/2014
**Due Date:** 10/31/2014
**Regarding:** Ch. 11 Bankruptcy

**Bill To:**

Ford Restaurant Group
Fired Up, Inc.

| Date | Description | Hours/Qty | Rate | Amount |
|------|-------------|-----------|------|--------|
| 9/29/2014 | JMV -Review states where Fired Up, Inc. needs to have registered to transact business (.5); review which states require a grant or offer of a franchise to counts as transacting business in the state (1.1). | 1.6 | 575.00 | 920.00 |
| 10/1/2014 | JMV -Lengthy conference with Angela Woodbury of Haijar Peters regarding states good standing issues for franchisee and company stores (.5); review outstanding tax filings to be filed in franchise states (.7) | 1.2 | 575.00 | 690.00 |
| 10/2/2014 | JMV -Reviewed certificates of good standing and qualifications to do business certificate for Carino's and Kona Restaurant Group (.5); review Tennessee license store versus franchise issue and whether heading of licensed store constitutes "transacting business" under Tennessee qualification to transact business regulations (.8). | 1.3 | 575.00 | 747.50 |
| 10/6/2014 | JMV -Review email and attached questions from Angel Woodbury regarding foreign corporation franchising issues for KRG (.7); review Tennessee, Florida, New Mexico and North Carolina franchise laws and responded to same (1.7). | 2.4 | 575.00 | 1,380.00 |
| 10/7/2014 | JMV -Respond to Angela Woodsbury's email regarding Carino's, KRG's tax issues (.3); lengthy conference with Angela Woodbury regarding Florida and North Carolina Business Opportunity filings 9.5); Review post-merger Business Opportunity renewal filings in non-registration states (.8). | 1.6 | 575.00 | 920.00 |
| 10/7/2014 | CK-Research incorporation issues for New Mexico, North Carolina, Tennessee and Florida. | 1.8 | 175.00 | 315.00 |

**Total**

**Payments/Retainers**

**Total Balance Due**

**EXHIBIT "B"**

# The Vernon Law Group, PLLC

# Invoice

P. O. Box 600271
Dallas, TX  75206

Phone #     214-273-3710
Fax #        214-299-8596

**Invoice #:** 11803
**Invoice Date:** 10/31/2014
**Due Date:** 10/31/2014
**Regarding:** Ch. 11 Bankruptcy

**Bill To:**

Ford Restaurant Group
Fired Up, Inc.

| Date | Description | Hours/Qty | Rate | Amount |
|------|-------------|-----------|------|--------|
| 10/8/2014 | Review Statement of Foreign Entity Authority for Colorado, Arkansas, Idaho, Louisiana, Kansas, Texas, Missouri, Montana, and California (.8); Review renewal registration requirements for franchise registration states vis-à-vis bankruptcy and merger material disclosure requirements (1.3); revise materiality section of Federal Disclosure Documents to include updated registration information (.6). | 2.7 | 575.00 | 1,552.50 |
| 10/9/2014 | JMV -Review Item 19 Financial Performance Representations and required warning legend for non-representations (.6); review cost/expense  allocations for Item 19 (.4); review and revise Chart 1 System status for Franchised and Company owned stores (.5). | 1.5 | 575.00 | 862.50 |
| 10/13/2014 | JMV -Continued revision to Federal Disclosure Documents and outlining gaps in FTC Franchise Disclosure Rule requirement. | 1.2 | 575.00 | 690.00 |
| 10/14/2014 | JMV -Review and revise Carino's Franchise Agreement and FDD (.8); review Plan and Arrangement for inclusion in FDD (1.3). | 2.1 | 575.00 | 1,207.50 |
| 10/15/2014 | JMV -Review and assess post-bankruptcy FTC Franchise Disclosure Rule amendments and renewal issues for requalification in registration and business opportunity states as revised by proposed plan of arrangement and Disclosure Statement (2.1). | 2.1 | 575.00 | 1,207.50 |
| 10/24/2014 | TMV -Emailed with Chris re: NWJC Amend No. Two and personal guaranty issue. | 0.2 | 295.00 | 59.00 |
| 10/27/2014 | TMV -Reviewed the DA and edited the Amendment; emailed Chris/Creed re: FA guaranty; sent Amendment draft to Jv to review. | 0.7 | 295.00 | 206.50 |

**Total**

**Payments/Retainers**

**Total Balance Due**

### The Vernon Law Group, PLLC

# Invoice

P. O. Box 600271
Dallas, TX  75206

| | |
|---|---|
| Phone # | 214-273-3710 |
| Fax # | 214-299-8596 |

| | |
|---|---|
| **Invoice #:** | 11803 |
| **Invoice Date:** | 10/31/2014 |
| **Due Date:** | 10/31/2014 |
| **Regarding:** | Ch. 11 Bankruptcy |

**Bill To:**

Ford Restaurant Group
Fired Up, Inc.

| Date | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|
| 10/28/2014 | JMV -Review revised California Amendment (.4); review response from Chris Peitersen and Chico regarding Texas Amendments to be finalized (.5); review issue of guaranties and releases waived for franchisees (.6). | 1.5 | 575.00 | 862.50 |
| 10/31/2014 | Black & White Copies/Printer | 705 | 0.20 | 141.00 |

| | |
|---|---|
| **Total** | $11,761.50 |
| **Payments/Retainers** | $0.00 |
| **Total Balance Due** | $11,761.50 |

## The Vernon Law Group, PLLC

# Invoice

P. O. Box 600271
Dallas, TX  75206

Phone #    214-273-3710
Fax #        214-299-8596

**Invoice #:** 11809
**Invoice Date:** 11/26/2014
**Due Date:** 11/26/2014
**Regarding:** Fired Up, Inc. Ch. 11

**Bill To:**

Ford Restaurant Group
Fired Up, Inc.

| Date | Description | Hours/Qty | Rate | Amount |
|------|-------------|-----------|------|--------|
| 10/30/2014 | TMV -Finalize the Northwest Johnny Carino's, LLC Amendment and email to Chris and Creed to review. | 0.3 | 275.00 | 82.50 |
| 11/3/2014 | JMV -Continue preparation of Federal Disclosure Documents incorporating revised Carino's Development Agreements for Northwest Johnny Carino's, LLC, Johnny Carino's of Skagit Valley, LLC and Johnny Carino's of Albany, LLC. (.6) | 0.6 | 575.00 | 345.00 |
| 11/4/2014 | JMV -Review Southwest Xtreme Cuisine comments and suggested revisions to the Carino's Franchise Agreement and Amendment No. Three (.5); Review Item 7 changes to FDD vis-à-vis Parent disclosure issues post-bankruptcy (.4). | 0.9 | 575.00 | 517.50 |
| 11/6/2014 | JMV -Review Fired Up, Inc. certificates from Angela Woodbury (.3); review chart prepared by Eric Drews for states where taxes have been paid and are current for Carino's Italian Restaurant and Kona Restaurant Group (.4); update FDD accordingly (.3). | 1 | 575.00 | 575.00 |
| 11/7/2014 | JMV -Review emails from Greg Hubert regarding the Royalty Relief Program Northwest Johnny Carino's Amendment No. Two and his lawyers' comments to same (.2); email sent to Angela Woodbury regarding status update on the qualification to transact business filing status for Arkansas, Kansas, Louisiana and Missouri (.3); compare qualification to transact business filings with franchise states for compliance (.4). | 0.9 | 575.00 | 517.50 |

**Total**

**Payments/Retainers**

**Total Balance Due**

## The Vernon Law Group, PLLC

# Invoice

P. O. Box 600271
Dallas, TX  75206

Phone #    214-273-3710
Fax #        214-299-8596

**Invoice #:** 11809
**Invoice Date:** 11/26/2014
**Due Date:** 11/26/2014
**Regarding:** Fired Up, Inc. Ch. 11

**Bill To:**

Ford Restaurant Group
Fired Up, Inc.

| Date | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|
| 11/10/2014 | JMV -Began revising Item 4 of FDD to include proposed Plan of Reorganization (.6); reviewed post-termination coverage in Franchise and Development Agreements for various defaulting franchisees (.8); Lengthy conference with Barbara Barron regarding post-termination procedure under the Franchise Agreement (.4). | 1.8 | 575.00 | 1,035.00 |
| 11/10/2014 | TMV -Email with Chris regarding Northwest Johnny Carino's Amendment questions and attorney contact and with Chico regarding Amendment review (.1). | 0.1 | 275.00 | 27.50 |
| 11/11/2014 | JMV -Discuss Maren Gaylor's changes to Northwest Johnny Carino's amendment language, specifically paragraphs 2 and 6, with Taylor Vernon (.5); Review Waiver of Personal Guaranty language in revised Amendment and the transfer and assignment section of Development Agreement (.4), analyze same and proposed compromise language to cover the heirs and transferees of Greg and Teresa Hubert (.6). | 1.5 | 575.00 | 862.50 |
| 11/11/2014 | TMV -Review post-termination issues and transmit the sections of Carino's Franchise Agreement that deal with those issues to John Vernon (.3); return Maren Gaylor's phone call regarding Northwest Johnny Carino's Amendment and discussed heirs and representatives issue with her (.3); email Creed and Peit regarding the Waiver of Personal Guaranty to confirm their understanding (.15). | 0.75 | 275.00 | 206.25 |

**Total**

**Payments/Retainers**

**Total Balance Due**

## The Vernon Law Group, PLLC

# Invoice

P. O. Box 600271
Dallas, TX  75206

Phone #    214-273-3710
Fax #       214-299-8596

**Invoice #:** 11809
**Invoice Date:** 11/26/2014
**Due Date:** 11/26/2014
**Regarding:** Fired Up, Inc. Ch. 11

**Bill To:**

Ford Restaurant Group
Fired Up, Inc.

| Date | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|
| 11/12/2014 | JMV -Review Fired Up, Inc.'s updated and revised state registration chart and compare same to prior Federal Disclosure Document (1.8); began to update current Federal Disclosure Document to include state qualifications (1.2); review merged entities state filings for Carino's Italian Kitchen, Kona Restaurant Group and Fired Up, Inc. and their deficiencies post-merger (.6). | 3.6 | 575.00 | 2,070.00 |
| 11/12/2014 | TMV -Review Peit's amendment update email for franchisees (.4). | 0.4 | 275.00 | 110.00 |
| 11/13/2014 | JMV -Review Chris Peitersen's comments to Carino's revised Amendments (.2). | 0.2 | 575.00 | 115.00 |
| 11/14/2014 | JMV -Revised Federal Disclosure Document and Item 20 for Franchise turnover rate, pursuant to emails from Chris Peitersen of Carino's (.3). | 0.3 | 575.00 | 172.50 |
| 11/17/2014 | JMV -Review comments from Northwest Johnny Carino's attorney and from Chris Peitersen regarding paragraphs 2 and 6 of the Amendment (.3); Lengthy conference with Taylor regarding suggestions to resolve Ms. Gaylor's comments and questions (.4). | 0.7 | 575.00 | 402.50 |
| 11/18/2014 | JMV -Review and comment on the Southwest Xtreme Cuisine  Amendment's proposed revisions (.3); review notice from Secretary of State of Indiana regarding application to do business in-state and Certificate of Good Standing (.2). | 0.5 | 575.00 | 287.50 |

**Total**

**Payments/Retainers**

**Total Balance Due**

## The Vernon Law Group, PLLC

**Invoice**

P. O. Box 600271
Dallas, TX  75206

| | |
|---|---|
| Phone # | 214-273-3710 |
| Fax # | 214-299-8596 |

**Invoice #:** 11809
**Invoice Date:** 11/26/2014
**Due Date:** 11/26/2014
**Regarding:** Fired Up, Inc. Ch. 11

**Bill To:**

Ford Restaurant Group
Fired Up, Inc.

| Date | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|
| 11/20/2014 | JMV -Review Balcony Amendment No. 2 (Georgia) vis-à-vis the proposed royalty amendment for two locations and the abated marketing and material funds for the period from July 31, 2014 until June 30, 2016 (.7); compare changes to other states "most favored nation" requirements (.6); review Camp Creek and Discover Mills Letter Agreements and past due royalty payments documentation (.5). | 1.8 | 575.00 | 1,035.00 |
| 11/20/2014 | TMV -Edit the Northwest Johnny Carino's Amendment No. 2 regarding heirs and the personal guarantee and email updated Amendment to Peit and Creed; email Pete regarding Chico (.3); email Chris regarding Balcony and Montana groups (.2). | 0.5 | 275.00 | 137.50 |
| 11/21/2014 | JMV -Review and make comments to Montana Amendment No. 5 (.6); Review the possibility of voiding the Development Agreement and revising the rates per territory for the remaining Franchise Agreement versus keeping the Development Agreement in place, but voiding the development and territorial rights (1.1). | 1.7 | 575.00 | 977.50 |
| 11/21/2014 | TMV -Review Chris' emails and corresponding documents regarding Balcony and Montana; email with Chris and John Vernon regarding Development Agreement's and territorial right issues for amendments (.8); start drafting the Montana (Wards) Amend No. 5 to Development Agreements and Franchise Agreements (1.1). | 1.9 | 275.00 | 522.50 |
| 11/24/2014 | JMV -Continue review of Balcony Amendments One and Two; Default Letter and proposed Royalty Relief Amendments to its Franchise Agreement and Development Agreements (.4). | 0.4 | 575.00 | 230.00 |

| | |
|---|---|
| **Total** | |
| **Payments/Retainers** | |
| **Total Balance Due** | |

## The Vernon Law Group, PLLC

# Invoice

P. O. Box 600271
Dallas, TX  75206

Phone #     214-273-3710
Fax #        214-299-8596

**Invoice #:** 11809
**Invoice Date:** 11/26/2014
**Due Date:** 11/26/2014
**Regarding:** Fired Up, Inc. Ch. 11

**Bill To:**

Ford Restaurant Group
Fired Up, Inc.

| Date | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|
| 11/24/2014 | TMV -Finish drafting the Montana Amend No. 5 (.5). | 0.5 | 275.00 | 137.50 |
| 11/25/2014 | JMV -Review and revise Billings, Montana Amendment (.6); review and comment upon Montana Development Agreement (.5); review and revise proposed P&K Ward Amendment covering No. 2, 3 and 4 with Royalty Relief Program additions (.8); review and comment on Development Agreement termination language (.3). | 2.2 | 575.00 | 1,265.00 |
| 11/26/2014 | JMV -Review and revise Amendment No. 5 for the Carino's Montana-Ward Development Agreement (.7); review underlying Billings, Missoula and Bozeman Franchise Agreements and Development Agreements (.8); review release and default provisions post-relief period in Amendment No. 5 (.3); review Montana good standing qualification for Fired Up successor in interest to Kona Restaurant Group (.4). | 2.2 | 575.00 | 1,265.00 |
| 11/26/2014 | Black & White Copies/Printer | 300 | 0.20 | 60.00 |

| | |
|---|---|
| **Total** | $12,956.25 |
| **Payments/Retainers** | $0.00 |
| **Total Balance Due** | $12,956.25 |

**The Vernon Law Group, PLLC**

P. O. Box 600271
Dallas, TX 75206

Phone #    214-273-3710
Fax #       214-299-8596

# Invoice

**Invoice #:** 11825
**Invoice Date:** 12/23/2014
**Due Date:** 12/23/2014
**Regarding:** Fired Up, Inc - Ch. 11

**Bill To:**

Ford Restaurant Group
Fired Up, Inc.

| Date | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|
| 11/26/2014 | JMV -Review and comment on revised Balcony Amendments (.5); review conversion language for Amendments from Developer to Georgia store franchisees (.7). | 1.2 | 575.00 | 690.00 |
| 12/1/2014 | JMV -Further revise Montana Development Agreement to comply with Peit Peitersen's requests for adjustments (.4); review proposed revisions to Amendment No. 5 and redefine Developer in Amendment (.6); review and comment on Montana Ward Amendment No. 5 (.7). | 1.7 | 575.00 | 977.50 |
| 12/1/2014 | TMV -Made changes to the Ward Amendment and emailed an updated draft to JV to review (.3); Edited and finalized draft (.2); Reviewed Balcony Amend No. One and began drafting Balcony Amend No. Two (.8). | 1.3 | 295.00 | 383.50 |
| 12/2/2014 | JMV -Review new terms for Georgia franchisees (.3); review and comment upon proposed Balcony Amendment No. 2 (.6). | 0.9 | 575.00 | 517.50 |
| 12/2/2014 | TMV -Finalized the Ward Amendment and sent to Peit (.3); Continued drafting Balcony Amend No. Two (1.7). | 2 | 295.00 | 590.00 |
| 12/3/2014 | JMV -Review Balcony Amendment No. 2 and compared proposed changes to prior certified letters to Ron Simmons and Rena Grever (.4); review Balcony Amendment No.1 for royalty payment structure and attempt to determine effective date (.3); compare to proposed Balcony Amendment No. 2 (.8); review royalty calculation for Royalty Relief Program to be incorporated into Balcony Amendment No. 2 (.6). | 3.1 | 575.00 | 1,782.50 |

**Total**

**Payments/Retainers**

**Total Balance Due**

## The Vernon Law Group, PLLC

# Invoice

P. O. Box 600271
Dallas, TX  75206

Phone #    214-273-3710
Fax #        214-299-8596

**Invoice #:** 11825
**Invoice Date:** 12/23/2014
**Due Date:** 12/23/2014
**Regarding:** Fired Up, Inc - Ch. 11

**Bill To:**

Ford Restaurant Group
Fired Up, Inc.

| Date | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|
| 12/6/2014 | JMV -Lengthy conference with Creed Ford regarding Ch. 11 confirmation hearing and post-bankruptcy issues (.5). | 0.5 | 575.00 | 287.50 |
| 12/8/2014 | JMV -Review and comment on revised Balcony 2 Agreements (.2). | 0.2 | 575.00 | 115.00 |
| 12/9/2014 | JMV -Lengthy conference with Steve Sather regarding franchising disclosure issues pre and post plan confirmation. | 0.3 | 575.00 | 172.50 |
| 12/10/2014 | JMV -California Amendment emails from Peit and Creed received and commented on (.2); outlined documents needed to prepare proper California Amendment (.3). | 0.5 | 575.00 | 287.50 |
| 12/10/2014 | TMV -Reviewed Peit's email re: Synergy Group and previous emails on that subject (.3); emailed back and forth re: questions and docs need; discussed with JV (.2); emailed with Creed, Peit and Jv (.1). | 0.6 | 295.00 | 177.00 |
| 12/17/2014 | JMV -Review Registration Chart and related documents from various states confirming Fired Up's compliance and good standing (.6); updated FDD to reflect same (.5). | 1.1 | 575.00 | 632.50 |
| 12/22/2014 | JMV -Conference with Barbara Barron re: franchise issues vis-à-vis the South Dakota tax claim (.5); review franchise tax law regarding South Dakota and "services rendered", "material aides" and "control by executive" issues (1.8). | 2.3 | 575.00 | 1,322.50 |
| 12/22/2014 | TMV -Reviewed Chico's comments for SWXC Amendment and responded to emails re: DA requirements to Chico and Peit (.4); edited the FA and asked Peit questions re: royalties (.5); edited FA and Amendment based on our discussions (.4). | 1.3 | 295.00 | 383.50 |

**Total**

**Payments/Retainers**

**Total Balance Due**

**The Vernon Law Group, PLLC**

**Invoice**

P. O. Box 600271
Dallas, TX  75206

| | |
|---|---|
| Phone # | 214-273-3710 |
| Fax # | 214-299-8596 |

**Invoice #:** 11825
**Invoice Date:** 12/23/2014
**Due Date:** 12/23/2014
**Regarding:** Fired Up, Inc - Ch. 11

**Bill To:**

Ford Restaurant Group
Fired Up, Inc.

| Date | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|
| 12/23/2014 | JMV -Reviewed state and federal tax decisions on long arm jurisdiction and nexus issues for memo to Barbara Baron (1.1); review Peit's comments and questions vis-a-vis Ron Simmon's ownership in Balcony Family Partners (.6); review disclosure rules on silent partnerships with politicians serving in a state legislative body (.4). | 2.1 | 575.00 | 1,207.50 |

| | |
|---|---|
| **Total** | $9,526.50 |
| **Payments/Retainers** | $0.00 |
| **Total Balance Due** | $9,526.50 |