IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | |
| **FIRED UP, INC.** | § | Case No. 14-10447 |
| | § | (Chapter 11) |
| **Debtor.** | § | |

## ORDER GRANTING THIRD AND FINAL APPLICATION OF THE VERNON LAW GROUP, PLLC FOR COMPENSATION AS SPECIAL COUNSEL FOR DEBTOR FROM SEPTEMBER 29, 2014 TO DECEMBER 23, 2014

CAME ON TO BE CONSIDERED the *Third and Final Application of The Vernon Law Group, PLLC for Compensation as Special Counsel for Debtor from September 29, 2014 through December 23, 2014.* The Court finds that such application should be GRANTED.

IT IS THEREFORE ORDERED as follows:

1. The Vernon Law Group, PLLC is hereby awarded additional fees in the amount of $34,043.25 and expenses of $201.00.
2. The interim fees and expenses previously awarded in the amount of $53,695.55 are approved on a final basis.
3. The Debtor is authorized to pay all amounts approved.

# # #

Order Submitted By:

Stephen W. Sather
Barron & Newburger, P.C.
1212 Guadalupe, Suite 104
Austin, TX 78701