**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | |
| **FIRED UP, INC.** | § | Case No. 14-10447 |
| | § | (Chapter 11) |
| **Debtor.** | § | |

## ORDER GRANTING THIRD AND FINAL APPLICATION OF R. ERIC DREWS FOR COMPENSATION AS TAX PROFESSIONAL FOR DEBTOR FROM OCTOBER 1, 2014 TO DECEMBER 19, 2014

CAME ON TO BE CONSIDERED the *Third and Final Application of R. Eric Drews for Compensation as Tax Professional for Debtor from October 1, 2014 through December 19, 2014.* The Court finds that such application should be GRANTED.

IT IS THEREFORE ORDERED as follows:

1. R. Eric Drews is hereby awarded additional fees in the amount of $17,551.00.
2. The interim fees and expenses previously awarded in the amount of $14,410.00 are approved on a final basis.
3. The Debtor is authorized to pay all amounts approved.

# # #

Order Submitted By:

Stephen W. Sather
Barron & Newburger, P.C.
1212 Guadalupe, Suite 104
Austin, TX 78701