### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | |
| **FIRED UP, INC.** | § | **Case No. 14-10447** |
| | § | **(Chapter 11)** |
| **Debtor.** | § | |

### ORDER GRANTING AMENDED THIRD AND FINAL APPLICATION OF UNIQUE STRATEGIES GROUP, INC. FOR COMPENSATION AS FINANCIAL ADVISOR FOR DEBTOR FROM OCTOBER 1, 2014 TO DECEMBER 8, 2014

CAME ON TO BE CONSIDERED the *Amended Third and Final Application of Unique Strategies Group, Inc. for Compensation as Financial Advisor for Debtor from October 1, 2014 through December 8, 2014.* The Court finds that such application should be GRANTED.

IT IS THEREFORE ORDERED as follows:

1. Unique Strategies Group, Inc. is hereby awarded additional fees in the amount of $4,100.00 and expenses of $0.00.
2. The interim fees and expenses previously awarded in the amount of $38,500.00 are approved on a final basis.
3. The Debtor is authorized to pay all amounts approved without hold back.

# # #

Order Submitted By:

Stephen W. Sather
Barron & Newburger, P.C.
1212 Guadalupe, Suite 104
Austin, TX 78701