IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | Chapter 11 |
| FIRED UP, INC., | § § | CASE NO. 14-10447-TMD |
| Debtor. | § § § | |

**ORDER APPROVING THE THIRD AND FINAL APPLICATION OF STREUSAND, LANDON & OZBURN, LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS FOR THE PERIOD OCTOBER 1, 2014 THROUGH JANUARY 31, 2015**

The Court has considered the *Third and Final Application of Streusand, Landon & Ozburn, LLP for Compensation and Reimbursement of Expenses of Professionals for the Period October 1, 2014 through January 31, 2015* (the "Third and Final

{01293/0001/00144363.1}

Application"[1]) filed by Streusand, Landon & Ozburn, LLP ("SLO") in the above-captioned Case pursuant to section 327, 330(a), 331, and 503 of the Bankruptcy Code, Rule 2016 of the Bankruptcy Rules, and Local Rule 2016. The Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) proper and adequate notice of the Third and Final Application has been given and that no other or further notice is necessary; (v) all objections to the Third and Final Application have been resolved by this Order or are overruled in their entirety; and (vi) after review of the record, good and sufficient cause exists for the granting of the relief as set forth herein.

**IT IS HEREBY ORDERED** that

1. The Third and Final Application is granted.

2. SLO is allowed (a) compensation for professional services rendered by SLO for the period commencing October 1, 2014 through and including January 31, 2015 (the "Application Period") in the amount of $20,117.00; and (b) the reimbursement of SLO's actual and necessary expenses in the amount of $525.37 incurred during the Application Period.

3. This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

###

---

[1] Capitalized terms unless otherwise defined herein shall have the same meaning ascribed to them in the Third and Final Application.

**Proposed Order Submitted by:**

**STREUSAND, LANDON & OZBURN, LLP**

G. James Landon
State Bar No. 24002445
811 Barton Springs Road, Suite 811
Austin, Texas 78704
(512) 236-9900
(512) 236-9904 (Fax)
landon@slollp.com

**ATTORNEYS FOR THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS**