IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | Chapter 11 |
| FIRED UP, INC., | § § | CASE NO. 14-10447-TMD |
| Debtor. | § § § | |

**ORDER APPROVING THE THIRD AND FINAL APPLICATION OF PACHULSKI STANG ZIEHL& JONES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 8, 2014 THROUGH JANUARY 31, 2015**

The Court has considered the *Third and Final Application of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period April 8, 2014 through January 31, 2015* (the "Final Application")[4] filed by Pachulski Stang Ziehl & Jones LLP ("PSZJ") in the above-captioned Case pursuant to section 327, 330(a), 331,

---

[4] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Final Application.

DOCS_LA:285743.4 28294/002

and 503 of the Bankruptcy Code, Rule 2016 of the Bankruptcy Rules, and Local Rule 2016. The Court finds that (i) it has jurisdiction over the matters raised in the Final Application pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) proper and adequate notice of the Final Application has been given and that no other or further notice is necessary; (v) all objections to the Final Application have been resolved by this Order or are overruled in their entirety; and (vi) after review of the record, good and sufficient cause exists for the granting of the relief as set forth herein.

**IT IS HEREBY ORDERED** that

1. The Final Application is granted on a final basis.

2. PSZJ is allowed (a) final compensation for professional services rendered by PSZJ for the period commencing October 1, 2014 through and including January 31, 2015 (the "Third Interim Fee Period") in the amount of $156,542.50; and (b) the reimbursement of actual and necessary expenses in the amount of $9,570.99 incurred during the Third Interim Fee Period.

3. The Committee Members are allowed on a final basis, $2,241.40 as and for reimbursement of Committee member expenses incurred during the Third Interim Fee Period.

4. PSZJ is allowed (a) final compensation for professional services rendered by PSZJ for the period commencing April 8, 2014 through and including January 31, 2015 (the "Final Fee Period") in the amount of $498,449.32 (net of write-offs); and (b) the reimbursement of actual and necessary expenses in the amount of $32,252.61 incurred during the Final Fee Period.

3

5. The Committee Members are allowed on a final basis, $6,411.53 as and for reimbursement of Committee member expenses incurred during the Final Fee Period.

6. This Court retains jurisdiction to hear and determine all matters arising from, or related to, the implementation, interpretation and/or enforcement of this Order.

###

**Proposed Order Submitted by:**

**STREUSAND, LANDON & OZBURN, LLP**

G. James Landon
State Bar No. 24002445
811 Barton Springs Road, Suite 811
Austin, Texas 78704
(512) 236-9900
(512) 236-9904 (Fax)

**ATTORNEYS FOR THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS**