**Fired Up, Inc.**
**Exhibit A - Scheduled Unsecured Claim Reduced/Paid Per Debtor's Books and Records**

| Claimant Name and Address | Debtor | Claim Amount * | Class | Modified Claim Amount * | Class |
|---|---|---|---|---|---|
| ADMIRAL LINEN & UNIFORM SERVIC<br>2030 KIPLING<br>HOUSTON, TX 77098 | Fired Up, Inc.<br>14-10447 | $23,190.11 | U | $0.00 | U |
| AMERICAN EAGLE DISTRIBUTING CO<br>3800 CLYDESDALE PARKWAY<br>LOVELAND, CO 80538 | Fired Up, Inc.<br>14-10447 | $285.20 | U | $0.00 | U |
| AMERIPRIDE<br>PO BOX 728<br>BEMIDJI, MN 56619 | Fired Up, Inc.<br>14-10447 | $1,668.53 | U | $0.00 | U |
| AMERIPRIDE<br>PO BOX 697<br>BEMIDJI, MN 56619 | Fired Up, Inc.<br>14-10447 | $391.00 | U | $0.00 | U |
| AMERIPRIDE LINEN<br>PO BOX 3130<br>BEMIDJI, MN 56619 | Fired Up, Inc.<br>14-10447 | $282.60 | U | $0.00 | U |
| AMERIPRIDE LINEN & APPAREL<br>PO BOX 280<br>BEMIDJI, MN 56619 | Fired Up, Inc.<br>14-10447 | $591.52 | U | $0.00 | U |
| AMERIPRIDE LINEN & APPAREL<br>PO BOX 695<br>BEMIDJI, MN 56619-0695 | Fired Up, Inc.<br>14-10447 | $1,583.92 | U | $0.00 | U |
| AZTEC SYSTEMS<br>1345 VALWOOD PKWY, STE 301<br>CARROLLTON, TX 75006 | Fired Up, Inc.<br>14-10447 | $4,208.22 | U | $0.00 | U |

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown
* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

**Fired Up, Inc.**
**Exhibit A - Scheduled Unsecured Claim Reduced/Paid Per Debtor's Books and Records**

| Claimant Name and Address | Debtor | Claim Amount * | Claim Class | Modified Claim Amount * | Modified Claim Class |
|---|---|---|---|---|---|
| BEVERAGE DISTRIBUTORS<br>P.O. BOX 17647, T.A.<br>DENVER, CO 80217 | Fired Up, Inc.<br>14-10447 | $2,763.35 | U | $0.00 | U |
| BIG JIM'S LIQUOR STORE<br>ACCT # 12672304 GUADALUPE<br>LAREDO, TX 78045 | Fired Up, Inc.<br>14-10447 | $197.25 | U | $0.00 | U |
| BOSWORTH COMPANY<br>2205 W. INDUSTRIAL AVE.<br>MIDLAND, TX 79701 | Fired Up, Inc.<br>14-10447 | $521.77 | U | $0.00 | U |
| BRIAN KELLY<br>11221 ROONEY COVE<br>AUSTIN, TX 78739 | Fired Up, Inc.<br>14-10447 | $82,997.09 | U | $0.00 | U |
| BROTHERS SERVICES<br>4541 VEROT SCHOOL RD<br>YOUNGSVILLE, LA 70592 | Fired Up, Inc.<br>14-10447 | $715.00 | U | $0.00 | U |
| BROWN DISTRIBUTING CO INC<br>8711 JOHNNY MORRIS RD<br>AUSTIN, TX 78724-2006 | Fired Up, Inc.<br>14-10447 | $308.50 | U | $0.00 | U |
| BRYAN & SONS LOCKSMITH SERVICE<br>1012 DALLAS DRIVE<br>DENTON, TX 76205 | Fired Up, Inc.<br>14-10447 | $210.98 | U | $0.00 | U |
| BUDWEISER<br>1220 GULF FREEWAY<br>GALVESTON, TX 77541 | Fired Up, Inc.<br>14-10447 | $262.90 | U | $0.00 | U |

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown
* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

**Fired Up, Inc.**
**Exhibit A - Scheduled Unsecured Claim Reduced/Paid Per Debtor's Books and Records**

| Claimant Name and Address | Debtor | Claim Amount * | Claim Class | Modified Claim Amount * | Modified Claim Class |
|---|---|---|---|---|---|
| CAPITOL BEVERAGE<br>PO BOX 9190<br>AUSTIN, TX 78766 | Fired Up, Inc.<br>14-10447 | $478.16 | U | $0.00 | U |
| CAPITOL CITY PRODUCE<br>16550 COMMERCIAL DR<br>BATON ROUGE, LA 70816 | Fired Up, Inc.<br>14-10447 | $3,630.68 | U | $0.00 | U |
| COLORMARK<br>1840 HUTTON DRIVE, BLDG 208<br>CARROLLTON, TX 75006 | Fired Up, Inc.<br>14-10447 | $11,621.06 | U | $0.00 | U |
| COORS-G.P.<br>2550 MCMILLAN PARKWAY<br>FORT WORTH, TX 76137 | Fired Up, Inc.<br>14-10447 | $201.66 | U | $0.00 | U |
| COZZINI BROS., INC<br>350 HOWARD AVENUE<br>DES PLAINES, IL 60018-1908 | Fired Up, Inc.<br>14-10447 | $4,243.22 | U | $0.00 | U |
| CSB<br>4719 MARKET STSUITE 100<br>BOISE, ID 83705 | Fired Up, Inc.<br>14-10447 | $116.52 | U | $0.00 | U |
| CUSTOM BUSINESS SOLUTIONS<br>12 MORGAN<br>IRVINE, CA 92618 | Fired Up, Inc.<br>14-10447 | $728.65 | U | $0.00 | U |
| DEBB'S LIQUOR<br>2525 COLLEGE STREET<br>BEAUMONT, TX 77701 | Fired Up, Inc.<br>14-10447 | $4,345.90 | U | $0.00 | U |

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown
* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

# Fired Up, Inc.
### Exhibit A - Scheduled Unsecured Claim Reduced/Paid Per Debtor's Books and Records

| Claimant Name and Address | Debtor | Claim Amount * | Class | Modified Claim Amount * | Class |
|---|---|---|---|---|---|
| DECISION LOGICS<br>PO BOX 22543<br>LINCOLN, NE 68542 | Fired Up, Inc.<br>14-10447 | $22,250.00 | U | $0.00 | U |
| DONE PLUMBING AND HEATING<br>541 NORFOLK STREET<br>AURORA, CO 80011 | Fired Up, Inc.<br>14-10447 | $199.00 | U | $0.00 | U |
| DON'S & BEN'S LIQUOR BARNS<br>10903 GABRIEL'S PLACE<br>SAN ANTONIO, TX 78217 | Fired Up, Inc.<br>14-10447 | $3,701.24 | U | $0.00 | U |
| DOUCET PLUMBING INC<br>DBA 3D'S PLUMBING6474 HWY 87 N SIDEVIEW RD<br>SAN ANGELO, TX 76901 | Fired Up, Inc.<br>14-10447 | $467.00 | U | $0.00 | U |
| DR POWER WASHERS INC<br>1307 WEST MAIN STREETB323<br>GUN BARREL CITY, TX 75156 | Fired Up, Inc.<br>14-10447 | $125.00 | U | $0.00 | U |
| DUNNWELL, LLC<br>4601 CREEKSTONE DRIVE, STE 200<br>DURHAM, NC 27703 | Fired Up, Inc.<br>14-10447 | $14,445.23 | U | $0.00 | U |
| EAGLE DIST. OF TEXARKANA<br>45 GLOBE<br>TEXARKANA, TX 71854 | Fired Up, Inc.<br>14-10447 | $1,384.39 | U | $0.00 | U |
| EXCEL LINEN<br>501 FUNSTON RD<br>KANSAS CITY, MO 66115 | Fired Up, Inc.<br>14-10447 | $531.26 | U | $0.00 | U |

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown
* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

**Fired Up, Inc.**
**Exhibit A - Scheduled Unsecured Claim Reduced/Paid Per Debtor's Books and Records**

| Claimant Name and Address | Debtor | Claim Amount * | Class | Modified Claim Amount * | Class |
|---|---|---|---|---|---|
| FAUST DISTRIBUTORS<br>PO BOX 24728<br>HOUSTON, TX 77229-4728 | Fired Up, Inc.<br>14-10447 | $445.89 | U | $0.00 | U |
| FELDMANS/STATEWIDE BEV HARLINGEN<br>3010 NORTH 10TH STREET<br>MCALLEN, TX 78501 | Fired Up, Inc.<br>14-10447 | $1,451.78 | U | $0.00 | U |
| FELDMANS/WAREHOUSE/STATEWIDE42<br>116 WEST VAN BUREN<br>HARLINGEN, TX 78550 | Fired Up, Inc.<br>14-10447 | $2,821.03 | U | $0.00 | U |
| FIESTA DISCOUNT LIQUORS<br>600 SANDAU #600<br>SAN ANTONIO, TX 78216 | Fired Up, Inc.<br>14-10447 | $188.55 | U | $0.00 | U |
| FOOD SERVICES OF AMERICA<br>PO BOX 839<br>MERIDIAN, ID 83680 | Fired Up, Inc.<br>14-10447 | $142,713.93 | U | $0.00 | U |
| FRESHPOINT<br>P. O. BOX 816211<br>DALLAS, TX 75381 | Fired Up, Inc.<br>14-10447 | $67,343.96 | U | $0.00 | U |
| FRONT RANGE EVENT RENTAL INC<br>3800 WEICKER DRUNIT #2<br>FORT COLLINS, TX 80524 | Fired Up, Inc.<br>14-10447 | $198.76 | U | $0.00 | U |
| GARDA CL SOUTHWEST<br>3209 MOMENTUM PLACE<br>CHICAGO, IL 60689 | Fired Up, Inc.<br>14-10447 | $8,151.15 | U | $0.00 | U |

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown
* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

# Fired Up, Inc.
### Exhibit A - Scheduled Unsecured Claim Reduced/Paid Per Debtor's Books and Records

| Claimant Name and Address | Debtor | Claim Amount * | Class | Modified Claim Amount * | Class |
|---|---|---|---|---|---|
| GCS SERVICE INC<br>24673 NETWORK PLACE<br>CHICAGO, IL 60673-1246 | Fired Up, Inc.<br>14-10447 | $980.06 | U | $0.00 | U |
| GIGLIO DIST-BEAUMONT<br>PO BOX 4046<br>BEAUMONT, TX 77704 | Fired Up, Inc.<br>14-10447 | $2,030.90 | U | $0.00 | U |
| GINNY'S COPYING SERVICE INC<br>P. O. BOX 143924<br>AUSTIN, TX 78714-3924 | Fired Up, Inc.<br>14-10447 | $192.49 | U | $0.00 | U |
| GLAZERS WHOLESALE<br>8119 EXCHANGE DRIVE<br>AUSTIN, TX 78714 | Fired Up, Inc.<br>14-10447 | $5,839.28 | U | $0.00 | U |
| GLAZERS WHOLESALE ARK<br>P O BOX 17980<br>NORTH LITTLE ROCK, AR 72117 | Fired Up, Inc.<br>14-10447 | $1,294.65 | U | $0.00 | U |
| GLI DISTRIBUTING<br>PO BOX 830728<br>SAN ANTONIO, TX 78283 | Fired Up, Inc.<br>14-10447 | $253.00 | U | $0.00 | U |
| GOLDEN EAGLE OF ARKANSAS, INC<br>1900 E. 15TH STREET<br>LITTLE ROCK, AR 72202 | Fired Up, Inc.<br>14-10447 | $125.65 | U | $0.00 | U |
| GOODY GOODY LIQUOR, INC.<br>10301 HARRY HINES BLVD.<br>DALLAS, TX 75220 | Fired Up, Inc.<br>14-10447 | $552.92 | U | $0.00 | U |

Class Key:  A - Administrative,  P - Priority,  S - Secured,  U - Unsecured,  K - Unknown
* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

**Fired Up, Inc.**
**Exhibit A - Scheduled Unsecured Claim Reduced/Paid Per Debtor's Books and Records**

| Claimant Name and Address | Debtor | Claim Amount * | Class | Modified Claim Amount * | Class |
|---|---|---|---|---|---|
| GRASMICK PRODUCE-BOISE<br>PO BOX 45120<br>BOISE, ID 83711 | Fired Up, Inc.<br>14-10447 | $28,275.94 | U | $0.00 | U |
| GREAT PLAINS DISTRIBUTORS, LP<br>5701 E. HWY 84<br>LUBBOCK, TX 79404 | Fired Up, Inc.<br>14-10447 | $22.10 | U | $0.00 | U |
| GREAT WESTERN DISTRIBUTING<br>3333 E 3RD<br>AMARILLO, TX 79104 | Fired Up, Inc.<br>14-10447 | $109.35 | U | $0.00 | U |
| HAGEN'S LIGHTING<br>15860 FM 2493<br>TYLER, TX 75703 | Fired Up, Inc.<br>14-10447 | $134.37 | U | $0.00 | U |
| HALO DISTRIBUTING CO.<br>200 LOMBRANO<br>SAN ANTONIO, TX 78207 | Fired Up, Inc.<br>14-10447 | $4,758.41 | U | $0.00 | U |
| HARDKACE CONSTRUCTION<br>3621 TOPEKA ST<br>CORPUS CHRISTI, TX 78411 | Fired Up, Inc.<br>14-10447 | $989.56 | U | $0.00 | U |
| HARLEY'S- GOODY<br>HARLEY ENT., INC.1302 NW LOOP 281<br>LONGVIEW, TX 75604 | Fired Up, Inc.<br>14-10447 | $4,261.41 | U | $0.00 | U |
| HARTMAN DIST-VICTORIA<br>8316 LONE TREE RD<br>VICTORIA, TX 77905 | Fired Up, Inc.<br>14-10447 | $2,490.70 | U | $0.00 | U |

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown
* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

**Fired Up, Inc.**
**Exhibit A - Scheduled Unsecured Claim Reduced/Paid Per Debtor's Books and Records**

| Claimant Name and Address | Debtor | Claim Amount * | Class | Modified Claim Amount * | Class |
|---|---|---|---|---|---|
| HAYDEN BEVERAGE<br>PO BOX 15619<br>BOISE, ID 83715-5619 | Fired Up, Inc.<br>14-10447 | $1,917.89 | U | $0.00 | U |
| HEART OF AMERICA BEVERAGE CO, LLC<br>PO BOX 2626<br>JOPLIN, MO 64803 | Fired Up, Inc.<br>14-10447 | $23.15 | U | $0.00 | U |
| HEART OF TEXAS PRODUCE<br>PO BOX 1225<br>WACO, TX 76703 | Fired Up, Inc.<br>14-10447 | $172.50 | U | $0.00 | U |
| HIGH COUNTRY BEVERAGE CORP<br>5706 WRIGHT DRIVE<br>LOVELAND, CO 80538 | Fired Up, Inc.<br>14-10447 | $923.00 | U | $0.00 | U |
| HILAND DAIRY<br>P O BOX 842125<br>KANSAS CITY, MO 64184-2125 | Fired Up, Inc.<br>14-10447 | $448.14 | U | $0.00 | U |
| IDAHO DISTRIBUTING<br>4719 MARKET ST STE 100<br>BOISE, ID 83705 | Fired Up, Inc.<br>14-10447 | $6,965.45 | U | $0.00 | U |
| IDAHO WINE MERCHANT<br>P O BOX 9443<br>BOISE, ID 83707 | Fired Up, Inc.<br>14-10447 | $486.39 | U | $0.00 | U |
| IMAGE TEXTILE<br>P.O. BOX 542966<br>DALLAS, TX 75354 | Fired Up, Inc.<br>14-10447 | $130.29 | U | $0.00 | U |

Class Key:  A - Administrative,  P - Priority,  S - Secured,  U - Unsecured,  K - Unknown
* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

**Fired Up, Inc.**
**Exhibit A - Scheduled Unsecured Claim Reduced/Paid Per Debtor's Books and Records**

| Claimant Name and Address | Debtor | Claim Amount * | Claim Class | Modified Claim Amount * | Modified Claim Class |
|---|---|---|---|---|---|
| JACK HILLIARD DISTRIBUTING<br>1000 INDEPENDENCE DR<br>BRYAN, TX 77803 | Fired Up, Inc.<br>14-10447 | $67.25 | U | $0.00 | U |
| JOE HARDING SALES & SERVICE<br>515 N. RANGELINE<br>JOPLIN, MO 64801 | Fired Up, Inc.<br>14-10447 | $85.00 | U | $0.00 | U |
| KEG 1 CENTRAL TEXAS<br>6100 TRAVIS STREETPO BOX 777<br>MINERAL WELLS, TX 76068 | Fired Up, Inc.<br>14-10447 | $61.40 | U | $0.00 | U |
| KRISTEN DISTRIBUTING<br>1501 INDEPENDENCE<br>BRYAN, TX 77803 | Fired Up, Inc.<br>14-10447 | $359.00 | U | $0.00 | U |
| L&F DISTRIBUTORS<br>3502 SPUR 54<br>HARLINGEN, TX 78552 | Fired Up, Inc.<br>14-10447 | $669.35 | U | $0.00 | U |
| LANE & MCCLAIN DISTRIBUTORS<br>2062 IRVING BLVD<br>DALLAS, TX 75207 | Fired Up, Inc.<br>14-10447 | $433.00 | U | $0.00 | U |
| LAURA'S UPHOLSTERY<br>616 CLARK BLVD<br>LAREDO, TX 78040 | Fired Up, Inc.<br>14-10447 | $484.96 | U | $0.00 | U |
| LIBERTY FRUIT CO INC<br>1247 ARGENTINE BLVD<br>KANSAS CITY, MO 66105-1508 | Fired Up, Inc.<br>14-10447 | $1,981.70 | U | $0.00 | U |

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown
* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

**Fired Up, Inc.**
**Exhibit A - Scheduled Unsecured Claim Reduced/Paid Per Debtor's Books and Records**

| Claimant Name and Address | Debtor | Claim Amount * | Class | Modified Claim Amount * | Class |
|---|---|---|---|---|---|
| LIQUID ENVIRONMENTAL SOLUTIONS<br>P.O. BOX 203371<br>DALLAS, TX 75320-3371 | Fired Up, Inc.<br>14-10447 | $7,918.99 | U | $0.00 | U |
| LONG RANGE SYSTEMS INC<br>4550 EXCEL PARKWAY<br>ADDISON, TX 75001 | Fired Up, Inc.<br>14-10447 | $1,102.92 | U | $0.00 | U |
| M&R PACKAGE STORE<br>PO BOX 52281<br>AMARILLO, TX 79159 | Fired Up, Inc.<br>14-10447 | $354.60 | U | $0.00 | U |
| MAGIC VALLEY DISTRIBUTING<br>P.O. BOX 1825<br>TWIN FALLS, ID 83301 | Fired Up, Inc.<br>14-10447 | $4,788.61 | U | $0.00 | U |
| MARINA CAVAZOS<br>C/O JAVIER ESPINOZA 503 E. RAMSEY, STE 103<br>SAN ANTONIO, TX 78216 | Fired Up, Inc.<br>14-10447 | $50,000.00 | U | $0.00 | U |
| MDL WINE AND SPIRITS<br>8850 W. 95TH STREET<br>OVERLAND PARK, KS 66212 | Fired Up, Inc.<br>14-10447 | $581.85 | U | $0.00 | U |
| MEADOW GOLD<br>DEPARTMENT 960<br>DENVER, CO 80271-0960 | Fired Up, Inc.<br>14-10447 | $8,045.73 | U | $0.00 | U |
| MERCHANT LINK, LLC<br>26125 NETWORK PLACE<br>CHICAGO, IL 60673-1261 | Fired Up, Inc.<br>14-10447 | $4,243.79 | U | $0.00 | U |

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown
* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

**Fired Up, Inc.**
**Exhibit A - Scheduled Unsecured Claim Reduced/Paid Per Debtor's Books and Records**

| Claimant Name and Address | Debtor | Claim Amount * | Claim Class | Modified Claim Amount * | Modified Claim Class |
|---|---|---|---|---|---|
| MICHAEL'S KEYS INC<br>4003 COLLEYVILLE BLVD<br>COLLEYVILLE, TX 76034 | Fired Up, Inc.<br>14-10447 | $623.52 | U | $0.00 | U |
| MIDWEST DISTRIBUTORS COMPANY, INC.<br>6501 KANSAS AVE<br>KANSAS CITY, MO 66111-2396 | Fired Up, Inc.<br>14-10447 | $119.23 | U | $0.00 | U |
| MILK PRODUCTS LP<br>P. O. BOX 972431<br>DALLAS, TX 75397-2431 | Fired Up, Inc.<br>14-10447 | $745.58 | U | $0.00 | U |
| MILLER BREWING CO<br>2421 IH35W NORTH<br>DENTON, TX 76207 | Fired Up, Inc.<br>14-10447 | $5,219.69 | U | $0.00 | U |
| MIRUS<br>820 GESSNERSUITE #1600<br>HOUSTON, TX 77024 | Fired Up, Inc.<br>14-10447 | $11,042.82 | U | $0.00 | U |
| MOON DISTRIBUTING<br>2800 VANCE STREET<br>LITTLE ROCK, AR 72206 | Fired Up, Inc.<br>14-10447 | $627.34 | U | $0.00 | U |
| NATIONAL DISTRIBUTING<br>P.O. BOX 5708<br>DENVER, CO 80217 | Fired Up, Inc.<br>14-10447 | $2,663.50 | U | $0.00 | U |
| OAK FARMS DAIRY<br>PO BOX 200349<br>DALLAS, TX 75320-0349 | Fired Up, Inc.<br>14-10447 | $10,575.89 | U | $0.00 | U |

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown
* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

# Fired Up, Inc.
**Exhibit A - Scheduled Unsecured Claim Reduced/Paid Per Debtor's Books and Records**

| Claimant Name and Address | Debtor | Claim Amount * | Class | Modified Claim Amount * | Class |
|---|---|---|---|---|---|
| ON THE BALL PLUMBING<br>931 SIERRA WAY<br>KIMBERLY, ID 83341 | Fired Up, Inc.<br>14-10447 | $149.90 | U | $0.00 | U |
| ONE SOURCE LIGHTING<br>552 25 ROAD #C<br>GRAND JUNCTION, CO 81505 | Fired Up, Inc.<br>14-10447 | $191.62 | U | $0.00 | U |
| OPTIMUM CARD SOLUTIONS<br>855 S. FIENE DR.<br>ADDISON, IL 60101 | Fired Up, Inc.<br>14-10447 | $619.31 | U | $120.08 | U |
| PARADISE LIQUORS-DENTON<br>1217 FM 407 WESTIH-35 WEST<br>ARGYLE, TX 76226 | Fired Up, Inc.<br>14-10447 | $14,121.42 | U | $0.00 | U |
| PINKIES INC<br>1426 EAST 8TH STREET<br>ODESSA, TX 79761 | Fired Up, Inc.<br>14-10447 | $1,328.05 | U | $0.00 | U |
| PIONEER WINE COMPANY LP<br>1801 ROYAL LN STE 1001<br>DALLAS, TX 75229 | Fired Up, Inc.<br>14-10447 | $2,165.80 | U | $0.00 | U |
| POTATO SPECIALTY CO.<br>PO BOX 3925<br>LUBBOCK, TX 79404 | Fired Up, Inc.<br>14-10447 | $24,565.67 | U | $0.00 | U |
| PRICE DISTRIBUTING COMPANY<br>1212 S. CLAY ST.<br>ENNIS, TX 75120 | Fired Up, Inc.<br>14-10447 | $215.10 | U | $0.00 | U |

Class Key: A - Administrative, P - Priority, S - Secured, U - Unsecured, K - Unknown
* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties, and/or fees.