**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 18, 2015.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | § | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FIRED UP, INC., | § | CASE NO. 14-10447-TMD |
| | § | |
| Debtor. | § | Related Docket No. 737 |
| | § | |

**ORDER GRANTING OBJECTION TO PROOF OF CLAIM (CLAIM NO. 92) FILED BY PUBLIC SERVICE COMPANY OF COLORADO**

On this day came on to be considered the GUC Trust's Objection to Claim (Claim No. 92) in the amount of $7,144.22 (the "Objection") [Docket No. 737]. The Court having reviewed the Objection, finds that the Claim should be disallowed as a claim against the estate; it is therefore

ORDERED ADJUDGED AND DECREED that the Objection to Claim is GRANTED; it is further

ORDERED that the Claim shall be disallowed in its entirety and is hereby expunged from the official claims register in the case; it is further

ORDERED that a copy of this Order, in addition to those to whom the Clerk would generally send same, shall be mailed to claimants as set forth below: Public Service Company of Colorado, 1800 Larimer Street, 15th Floor, Denver, CO 80202-4204.

###

**Proposed Order Submitted by:**

**STREUSAND, LANDON & OZBURN, LLP**

G. James Landon
State Bar No. 24002445
Richard D. Villa
State Bar No. 24043974
811 Barton Springs Road, Suite 811
Austin, Texas 78704
(512) 236-9900
(512) 236-9904 (Fax)
landon@slollp.com

**ATTORNEYS FOR THE GUC TRUST**