

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 18, 2015.**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | Chapter 11 |
| FIRED UP, INC., | § § | CASE NO. 14-10447-TMD |
| Debtor. | § § § | Related Docket No. 738 |

**ORDER GRANTING THE GUC TRUST'S FIRST
OMNIBUS OBJECTION TO CLAIMS (Late-Filed Claims)
(CLAIM NUMBERS: 176, 182, 187, 188, 190)**

On this day came on to be considered the *GUC Trust's First Omnibus Objection to Claims (Late-Filed Claims)* (the "Objection") [Docket No. 738]. The Court having reviewed the Objection, finds that the Claims listed on **Exhibit A** to the Objection should each be disallowed as a claim against the estate; it is therefore

DOCS_LA:288455.2 28294/001

ORDERED, ADJUDGED, AND DECREED that the Objection to Claims is GRANTED; it is further

ORDERED that the Claims shall be disallowed in their entirety, and are hereby expunged from the official claims register in the case; it is further

ORDERED that a copy of this Order, in addition to those to whom the Clerk would generally send same, shall be mailed to claimants as set forth below:

City of Abilene
Stanley E Smith, Ass't City Atty.
PO Box 60
Abilene, TX 79604

Colorado Department of Labor and Employment
PO Box 8789
Denver, CO 80201-8789

Federal Heath Sign Company LLC
Department #41283
P. O. Box 650823
Dallas, TX 75265

Intermountain Rural Elec Assoc.
5496 North U.S. Highway 85
Sedalia, CO 80135

###

**Proposed Order Submitted by:**

**STREUSAND, LANDON & OZBURN, LLP**

G. James Landon
State Bar No. 24002445
Richard D. Villa
State Bar No. 24043974
811 Barton Springs Road, Suite 811
Austin, Texas 78704
(512) 236-9900
(512) 236-9904 (Fax)
landon@slollp.com

**ATTORNEYS FOR THE GUC TRUST**