

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 18, 2015.**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

|   |   |   |
|---|---|---|
| IN RE: | § § § | Chapter 11 |
| FIRED UP, INC., | § § | CASE NO. 14-10447-TMD |
| Debtor. | § § § | Related Docket No. 739 |

**ORDER GRANTING THE GUC TRUST'S
SECOND OMNIBUS OBJECTION TO CLAIMS (Paid/Satisfied)
(CLAIM NUMBERS: 14, 43, 49, 56, 64, 69, 70, 71, 74, 79, 86, 91, 105, 127, 136, 151)**

On this day came on to be considered the *GUC Trust's Second Omnibus Objection to Claims (Paid/Satisfied)* ("Objection") [Docket No. 739]. The Court having reviewed the Objection, and due and sufficient notice having been given, finds that the Claims listed on **Exhibit A** to the Objection should each be disallowed as a claim against the estate; it is therefore

ORDERED, ADJUDGED, AND DECREED that the Objection to Claims is GRANTED; it is further

ORDERED that the Claims shall be disallowed in their entirety, and are hereby expunged from the official claims register in the case; it is further

ORDERED that a copy of this Order, in addition to those to whom the Clerk would generally send same, shall be mailed to claimants as set forth below:

Alsco Inc.
314 S 4th St.
Laramie WY 82070

Bullseye Telecom
25925 Telegraph Rd
Ste 210
Southfield, MI 48033

Centerpoint Energy
PO Box 1700
Houston, TX 77251

CenturyLink Communications Company, LLC
1801 California St Rm 900
Denver, CO 80202-265

City of Alexandria
Utility Dept.
625 Murray St
Alexandria LA 71301

City of Austin
dba Austin Energy
721 Barton Springs Rd.
Austin, TX 78704

City of Denton
c/o Sawko & Burroughs PC
1172 Bent Oaks Dr
Denton TX 76210

CPS Energy
Bankruptcy Section
146 Navarro – Mail Drop 110910
San Antonio, TX 78205

Harris County Municipal Utility District #132
11111 Katy Freeway, Suite 725
Houston, TX 77079

Hotschedules Holdings, Inc.
6504 Bridgepoint Pkwy, Ste 425
Austin, TX 78730

Missouri American Water
PO Box 578
Alton, IL 62002

PacifiCorp
dba Rocky Mtn Power & Pacific Power
PO Box 25308
Salt Lake City, UT 84125-0308

Public Service Company of Colorado
1800 Larimer St., 15th Flr.
Denver, CO 80202

RSVP Event Equipment Rental, Inc
426 Towne Oaks
Waco, TX 76710

Shamrock Foods Company
2540 N 29th Ave.
Phoenix AZ 85009

Southwestern Public Service Company
1800 Larimer St., 15th Flr.
Denver, CO 80202

###

**Proposed Order Submitted by:**

**STREUSAND, LANDON & OZBURN, LLP**

G. James Landon
State Bar No. 24002445
Richard D. Villa
State Bar No. 24043974
811 Barton Springs Road, Suite 811
Austin, Texas 78704
(512) 236-9900
(512) 236-9904 (Fax)
landon@slollp.com

**ATTORNEYS FOR THE GUC TRUST**