**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 20, 2015.**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | Case No. 14-10447-tmd |
| FIRED UP, INC. | § | (Chapter 11) |
| | § | |
| Debtor | § | |

**ORDER GRANTING
DEBTOR'S OBJECTION TO PROOF OF CLAIM [NO. 13-3]
FILED BY TARRANT COUNTY**

CAME ON TO BE CONSIDERED the *Objection to Proof of Claim [No. 13-3] Filed by Tarrant County* ("Objection") filed by Debtor. The court finds that such objection should be GRANTED.

IT IS THEREFORE ORDERED that Claim No. 13-3 is denied as a claim against the bankruptcy estate.

IT IS FURTHER ORDERED that a copy of this order will be served by the clerk's office upon the claimant, Tarrant County, c/o Elizabeth Weller, Linebarger Goggan, et al, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207.

###

Order Submitted By:

Stephen W. Sather
Barron & Newburger, P.C.
1212 Guadalupe, Suite 104
Austin, TX 78701

United States Bankruptcy Court
Western District of Texas

In re:                                                                 Case No. 14-10447-tmd
Fired Up, Inc.                                                         Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0542-1    User: miillers    Page 1 of 3    Date Rcvd: Oct 20, 2015
    Form ID: pdfintp    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2015.
db    +Fired Up, Inc., 1514 Ranch Road 620 South, Austin, TX 78734-6210
tr    +Fired Up General Unsecured Claims Liquidation Trus, c/o Streusand, Landon & Ozburn, 811 Barton Springs Rd., Suite 811, Austin, TX 78704-1166
cr    +Ellis County, Linebarger Goggan Blair & Sampson LLP, c/o Elizabeth Weller, 2777 N. Stemmons Frwy Ste 1000, Dallas, TX 75207-2328

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2015    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2015 at the address(es) listed below:
    Barbara M. Barron    on behalf of Debtor    Fired Up, Inc. bbarron@bnpclaw.com, saugusta@bn-lawyers.com;lhicks@bn-lawyers.com;kelliott@bn-lawyers.com;cbeyer@bn-lawyers.com
    Barbara M. Barron    on behalf of Plaintiff    Fired Up, Inc. bbarron@bnpclaw.com, saugusta@bn-lawyers.com;lhicks@bn-lawyers.com;kelliott@bn-lawyers.com;cbeyer@bn-lawyers.com
    Blake Rasner    on behalf of Creditor    FRG Capital LLC brasner@haleyolson.com, dserenil@haleyolson.com
    Bradford J Sandler    on behalf of Interested Party    Official Committee Of Unsecured Creditors bsandler@pszjlaw.com, ljones@pszjlaw.com
    Carl O. Sandin    on behalf of Creditor    Fort Bend County Municipal Utility District #115 csandin@pbfcm.com, tpope@pbfcm.com;csandin@ecf.inforuptcy.com
    Carl O. Sandin    on behalf of Creditor    Harris County Municipal Utility District #132 csandin@pbfcm.com, tpope@pbfcm.com;csandin@ecf.inforuptcy.com
    Carl O. Sandin    on behalf of Creditor    Harris County Municipal Utility District #285 csandin@pbfcm.com, tpope@pbfcm.com;csandin@ecf.inforuptcy.com
    Carl O. Sandin    on behalf of Creditor    Interstate Municipal Utility District csandin@pbfcm.com, tpope@pbfcm.com;csandin@ecf.inforuptcy.com
    Carl O. Sandin    on behalf of Creditor    Humble Independent School District csandin@pbfcm.com, tpope@pbfcm.com;csandin@ecf.inforuptcy.com
    Cassandra A. Shoemaker    on behalf of Creditor    National Retail Properties, LP cassandra.shoemaker@tklaw.com, dannette.johnson@tklaw.com;caroline.lemire@tklaw.com;tj.crittendon@tklaw.com
    Christina Flores    on behalf of Creditor    City of Laredo ffccpllc14@gmail.com
    Christopher Bedford Mosley    on behalf of Creditor    City Of Fort Worth chris.mosley@fortworthtexas.gov, sharon.floyd@fortworthtexas.gov
    Crystal R. Axelrod    on behalf of Creditor    Atascocita 1692, LLC. caxelrod@morganlewis.com
    David G. Aelvoet    on behalf of Creditor    Bexar County davida@publicans.com
    David M. Bennett    on behalf of Creditor    National Retail Properties, LP david.bennett@tklaw.com, gracie.gonzales@tklaw.com;tj.crittendon@tklaw.com
    Deborah A. Bynum    on behalf of U.S. Trustee    United States Trustee - AU12 deborah.a.bynum@usdoj.gov
    Dennis I Wilenchik    on behalf of Creditor    Legacy Air, Inc. admin@wb-law.com
    Diane W. Sanders    on behalf of Creditor    South Texas College austin.bankruptcy@publicans.com
    Diane W. Sanders    on behalf of Creditor    Victoria County austin.bankruptcy@publicans.com
    Diane W. Sanders    on behalf of Creditor    Fort Bend County austin.bankruptcy@publicans.com
    Diane W. Sanders    on behalf of Creditor    Dallas County austin.bankruptcy@publicans.com
    Diane W. Sanders    on behalf of Creditor    Rockwall CAD austin.bankruptcy@publicans.com
    Diane W. Sanders    on behalf of Creditor    Gregg County austin.bankruptcy@publicans.com
    Diane W. Sanders    on behalf of Creditor    South Texas ISD austin.bankruptcy@publicans.com
    Diane W. Sanders    on behalf of Creditor    Ellis County austin.bankruptcy@publicans.com
    Diane W. Sanders    on behalf of Creditor    Bexar County austin.bankruptcy@publicans.com

```
District/off: 0542-1           User: miillers                Page 2 of 3                  Date Rcvd: Oct 20, 2015
                               Form ID: pdfintp              Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Diane W. Sanders      on behalf of Creditor    Cypress Fairbanks ISD austin.bankruptcy@publicans.com
              Diane W. Sanders      on behalf of Creditor    Harris County austin.bankruptcy@publicans.com
              Diane W. Sanders      on behalf of Creditor    City of McAllen austin.bankruptcy@publicans.com
              Diane W. Sanders      on behalf of Creditor    Cameron County austin.bankruptcy@publicans.com
              Diane W. Sanders      on behalf of Creditor    San Marcos CISD austin.bankruptcy@publicans.com
              Diane W. Sanders      on behalf of Creditor    Tarrant County austin.bankruptcy@publicans.com
              Diane W. Sanders      on behalf of Creditor    McLennan County austin.bankruptcy@publicans.com
              Donald P. Stecker     on behalf of Creditor    Dallas County don.stecker@lgbs.com
              Douglas J. Powell     on behalf of Creditor Brian  Kelly notices@swbell.net
              Elizabeth  Banda Calvo     on behalf of Creditor    Crowley ISD rgleason@pbfcm.com,
               ebcalvo@ecf.inforuptcy.com
              Elizabeth  Banda Calvo     on behalf of Creditor    Arlington ISD, Mansfield ISD rgleason@pbfcm.com,
               ebcalvo@ecf.inforuptcy.com
              G. James Landon     on behalf of Interested Party    Official Committee Of Unsecured Creditors
               landon@slollp.com,   prentice@slollp.com
              G. James Landon     on behalf of Trustee    Fired Up General Unsecured Claims Liquidation Trust
               landon@slollp.com,   prentice@slollp.com
              George C Scherer     on behalf of Creditor    Lewisville Independent School District
               scherer@txschoollaw.com,   camby@txschoollaw.com
              H. Elizabeth Weller    on behalf of Creditor    Tarrant County bethw@publicans.com
              H. Elizabeth Weller    on behalf of Creditor    Ellis County bethw@publicans.com
              H. Elizabeth Weller    on behalf of Creditor    Gregg County bethw@publicans.com
              H. Elizabeth Weller    on behalf of Creditor    Dallas County bethw@publicans.com
              H. Elizabeth Weller    on behalf of Creditor    Rockwall CAD bethw@publicans.com
              James G Ruiz    on behalf of Defendant    Wells Fargo Bank, N.A. jruiz@winstead.com,
               kdube@winstead.com
              James G Ruiz    on behalf of Creditor    Wells Fargo Bank, N.A. jruiz@winstead.com,
               kdube@winstead.com
              James H. Billingsley     on behalf of Creditor    Mary Raney Nelms and Dick P. Wood, as Trustees of
               the R.C. Nelms Jr. Hillcrest Trust jbillingsley@polsinelli.com,   tsmith@polsinelli.com
              Jason A. Starks    on behalf of Creditor    Texas Comptroller of Public Accounts
               bk-jstarks@texasattorneygeneral.gov,    sherri.simpson@texasattorneygeneral.gov
              John P. Dillman     on behalf of Creditor    Cypress Fairbanks ISD houston_bankruptcy@publicans.com
              John P. Dillman     on behalf of Creditor    Harris County houston_bankruptcy@publicans.com
              John P. Dillman     on behalf of Creditor    Fort Bend County houston_bankruptcy@publicans.com
              John T Richter    on behalf of Creditor    South Dakota Department of Revenue
               John.Richter@state.sd.us
              John T. Banks     on behalf of Creditor    Hidalgo County, Hidalgo Co. Drainage Dist. #1, and
               McAllen Independent School District jbanks@pbfcm.com,    jbanks@ecf.inforuptcy.com
              Joseph D. Martinec     on behalf of Creditor    Hill Country Texas Galleria, LLC
               martinec@mwvmlaw.com,   white@mwvmlaw.com
              Joseph D. Martinec     on behalf of Creditor    South Coast Plaza, LLC martinec@mwvmlaw.com,
               white@mwvmlaw.com
              Joseph R Sgroi    on behalf of Creditor    Glazier Foods Company jsgroi@honigman.com,
               litdocket@honigman.com
              Kay D. Brock    on behalf of Creditor    Travis County bkecf@traviscountytx.gov,
               kay.brock@traviscountytx.gov
              Kevin M Newman     on behalf of Creditor    Inland American Retail Management, LLC
               knewman@menterlaw.com,   kmnbk@menterlaw.com
              Kevin M Newman     on behalf of Creditor    Inland American Missouri City Riverstone Limited
               Partnership knewman@menterlaw.com,    kmnbk@menterlaw.com
              Kevin M Newman     on behalf of Creditor    MB San Antonio Brooks Limited Partnership
               knewman@menterlaw.com,   kmnbk@menterlaw.com
              Kristin S Elliott    on behalf of Creditor    DDR Corp. kelliott@kelleydrye.com,
               kdwbankruptcydepartment@kelleydrye.com
              Lanty W Dean    on behalf of Creditor    Tom Green CAD rusty@deandeanlaw.com,   mary@deandeanlaw.com
              Laura J. Monroe     on behalf of Creditor    Midland County lmbkr@pbfcm.com,
               krobertson@ecf.inforuptcy.com
              Laura J. Monroe     on behalf of Creditor    Lubbock Central Appraisal District lmbkr@pbfcm.com,
               krobertson@ecf.inforuptcy.com
              Laura J. Monroe     on behalf of Creditor    Potter County, et al lmbkr@pbfcm.com,
               krobertson@ecf.inforuptcy.com
              Lee  Gordon     on behalf of Creditor    The County of Williamson, Texas
               vcovington@mvbalaw.com;kmorriss@mvbalaw.com;sonya.ragsdale@mvbalaw.com
              Lee  Gordon     on behalf of Creditor    The County of Denton, Texas
               vcovington@mvbalaw.com;kmorriss@mvbalaw.com;sonya.ragsdale@mvbalaw.com
              Lee  Gordon     on behalf of Creditor    Waco Independent School District
               vcovington@mvbalaw.com;kmorriss@mvbalaw.com;sonya.ragsdale@mvbalaw.com
              Lee  Gordon     on behalf of Creditor    The County of Brazos, Texas
               vcovington@mvbalaw.com;kmorriss@mvbalaw.com;sonya.ragsdale@mvbalaw.com
              Lee  Gordon     on behalf of Creditor    City of Waco
               vcovington@mvbalaw.com;kmorriss@mvbalaw.com;sonya.ragsdale@mvbalaw.com
              Lee  Gordon     on behalf of Creditor    Bowie Central Appraisal District
               vcovington@mvbalaw.com;kmorriss@mvbalaw.com;sonya.ragsdale@mvbalaw.com
              Lee  Gordon     on behalf of Creditor    Taylor Central Appraisal District
               vcovington@mvbalaw.com;kmorriss@mvbalaw.com;sonya.ragsdale@mvbalaw.com
              Lee  Gordon     on behalf of Creditor    The County of Hays, Texas
               vcovington@mvbalaw.com;kmorriss@mvbalaw.com;sonya.ragsdale@mvbalaw.com

```
District/off: 0542-1           User: miillers              Page 3 of 3                  Date Rcvd: Oct 20, 2015
                               Form ID: pdfintp            Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Lee Gordon    on behalf of Creditor   Central Appraisal District of Taylor County
           vcovington@mvbalaw.com;kmorriss@mvbalaw.com;sonya.ragsdale@mvbalaw.com
          Lee Gordon    on behalf of Creditor   The County of Comal, Texas
           vcovington@mvbalaw.com;kmorriss@mvbalaw.com;sonya.ragsdale@mvbalaw.com
          Lisa C. Fancher    on behalf of Creditor   Prosperity Bank lfancher@fbhh.com
          Lynn Saarinen    on behalf of Debtor   Fired Up, Inc. lsaarinen@bn-lawyers.com,
           ahewes@bn-lawyers.com;saugusta@bn-lawyers.com;cbeyer@bn-lawyers.com
          Lynn H. Butler    on behalf of Creditor   General Electric Capital Business Asset Funding
           Corporation of Connecticut lynn.butler@huschblackwell.com,
           penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com
          Lynn H. Butler    on behalf of Creditor   GE Capital Franchise Finance Corporation
           lynn.butler@huschblackwell.com,
           penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com
          Marvin E. Sprouse, III    on behalf of Creditor   Megaplex Four, Inc. msprouse@glennrogerslaw.com,
           kgradney@jw.com
          Marvin E. Sprouse, III    on behalf of Creditor   RB River IV LLC msprouse@glennrogerslaw.com,
           kgradney@jw.com
          Marvin E. Sprouse, III    on behalf of Creditor   RB River VI LLC msprouse@glennrogerslaw.com,
           kgradney@jw.com
          Michael J. Darlow    on behalf of Creditor   Brazoria County Tax Office mdarlow@pbfcm.com,
           tpope@pbfcm.com;mdarlow@ecf.inforuptcy.com
          Michael J. Darlow    on behalf of Creditor   Brazoria County Municipal Utility District #6
           mdarlow@pbfcm.com, tpope@pbfcm.com;mdarlow@ecf.inforuptcy.com
          Owen M Sonik    on behalf of Creditor   Galena Park Independent School District osonik@pbfcm.com,
           tpope@pbfcm.com;osonik@ecf.inforuptcy.com;houbank@pbfcm.com
          Owen M Sonik    on behalf of Creditor   Brazoria County Tax Office osonik@pbfcm.com,
           tpope@pbfcm.com;osonik@ecf.inforuptcy.com;houbank@pbfcm.com
          Paul Matthias Hoffmann    on behalf of Creditor   Megaplex Four, Inc.
           paul.hoffmann@stinsonleonard.com
          R. Spencer Shytles    on behalf of Creditor   Magdalena Properties, LLC rss@gbstxlaw.com
          R. Spencer Shytles    on behalf of Creditor   RioCan America Management, Inc. rss@gbstxlaw.com
          Richard E. Hettinger    on behalf of Creditor   Brownsville Public Utilities Board
           rhettinger@davidsontroilo.com
          Robert Yaquinto, Jr    on behalf of Creditor   Potato Specialty Co. rob@syllp.com
          Robert Yaquinto, Jr    on behalf of Creditor   FreshPoint Denver, Inc. rob@syllp.com
          Robert Yaquinto, Jr    on behalf of Creditor   Capitol City Produce Company, LLC rob@syllp.com
          Robert Yaquinto, Jr    on behalf of Creditor   FreshPoint Dallas, Inc. rob@syllp.com
          Robert Yaquinto, Jr    on behalf of Creditor   FreshPoint South Texas, LP rob@syllp.com
          Robert Yaquinto, Jr    on behalf of Creditor   FreshPoint Oklahoma City, LLC rob@syllp.com
          Russell Brandon Bundren    on behalf of Creditor   ARC CAFE, LLC bbundren@babc.com,
           rbbundren@me.com
          Samuel C Wisotzkey    on behalf of Creditor   Ecolab Inc. swisotzkey@kmksc.com
          Seth E. Meisel    on behalf of Interested Party   Official Committee Of Unsecured Creditors
           smeisel@dbcllp.com, rsoape@dbcllp.com
          Seth E. Meisel    on behalf of Interested Party   Pachulski Stang Ziehl & Jones LLP
           smeisel@dbcllp.com, rsoape@dbcllp.com
          Seth E. Meisel    on behalf of Interested Party   Streusand, Landon & Ozburn, LLP
           smeisel@dbcllp.com, rsoape@dbcllp.com
          Seth E. Meisel    on behalf of Interested Party   FTI Consulting, Inc. smeisel@dbcllp.com,
           rsoape@dbcllp.com
          Stephen Christopher Conway    on behalf of Creditor   Missouri Department of Revenue
           txwdecf@dor.mo.gov
          Stephen W. Sather    on behalf of Interested Party   Unique Strategies Group Inc
           ssather@bn-lawyers.com, saugusta@bn-lawyers.com;bbarron@bn-lawyers.com;cbeyer@bn-lawyers.com
          Stephen W. Sather    on behalf of Attorney   Barron & Newburger, P.C. ssather@bn-lawyers.com,
           saugusta@bn-lawyers.com;bbarron@bn-lawyers.com;cbeyer@bn-lawyers.com
          Stephen W. Sather    on behalf of Plaintiff   Fired Up, Inc. ssather@bn-lawyers.com,
           saugusta@bn-lawyers.com;bbarron@bn-lawyers.com;cbeyer@bn-lawyers.com
          Stephen W. Sather    on behalf of Debtor   Fired Up, Inc. ssather@bn-lawyers.com,
           saugusta@bn-lawyers.com;bbarron@bn-lawyers.com;cbeyer@bn-lawyers.com
          Steve Turner    on behalf of Creditor   Independent Bank wdecf@BDFGROUP.com, marshak@BDFGroup.com
          Tab Beall    on behalf of Creditor   Tyler Independent School District tbeall@pbfcm.com,
           tylbkc@pbfcm.com;tbeall@ecf.inforuptcy.com
          United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
          William C Heuer    on behalf of Creditor   ARC CAFE, LLC WCHeuer@duanemorris.com,
           WCHeuer@duanemorris.com
          Yolanda M. Humphrey    on behalf of Creditor   Fort Bend Independent School District
           houbank@pbfcm.com, tpope@pbfcm.com;yhumphrey@ecf.inforuptcy.com

                                                                                                TOTAL: 113