UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS (AUSTIN DIVISION)

IN RE:  } BANKRUPTCY CASE NUMBER
  }
Fired Up, Inc.  } 14-10447-TMD
  }
Debtor.  } Chapter 11

**QUARTERLY FEE STATEMENT**
Pursuant to Fed. R. Bankr. P. 2015(a)(5)
FOR CALENDAR QUARTER ENDING DECEMBER 31, 2015
DISBURSEMENTS*

1.

| MONTH | DISBURSEMENTS REQUIRING FEE |
|---|---|
| October | $ 240.53 |
| November | $ 226.37 |
| December | $ 232.95 |
| TOTAL DISBURSEMENTS FOR QUARTER | $ 699.85 |

2. QUARTERLY FEE OWED PURSUANT TO 28 U.S.C. § 1930(a)(7)   $ 325.00

3. QUARTERLY FEE PAID (Attach proof of payment)   $ 325.00

4. AMOUNT OF UNPAID FEES (IF ANY)   $ -

*Note: Pursuant to the Order Confirming Debtor and Unsecured Creditors Committee's Amended Joint Plan of Reorganization Dated October 29, 2014 as Modified (Doc#655, 12/19/14), paragraph 21, the GUC Trustee shall file quarterly Post Confirmation Reports and will be required to pay fees generated by GUC Trust disbursements from any funds not included in the initial funding of the Trust. Interest income was received this quarter that will untimately be disbursed to creditors, as reflected above.

**DECLARATION UNDER PENALTY OF PERJURY**

I, William S. Kaye, Managing Director of JLL Consultants, Inc., the Trustee of the GUC Trust, declare under penalty of perjury under the laws of the United States that I have read and certify that the figures, statements, disbursement itemizations, and account balances as listed in this Quarterly Fee Statement are true and correct as of the date of this report to the best of my knowledge, information and belief.

DATED:   1/15/2016

William S. Kaye, Managing Director of
JLL Consultants, Inc., GUC Trustee

**Fired Up General Unsecured Claims Liquidation Trust**
**Case #14-10447 - USBC Western District of Texas (Austin)**
Receipts and Disbursements for Post Confirmation Reports
Quarter Ended:      31-Dec-15

| Acct No. | Date | Ck No. / Ref No. | Amount | Payable to/from | Comments | Fee Due |
|---|---|---|---|---|---|---|
| 4503 | 10/2/2015 | 1021 | (15,000.00) | JLL Consultants, Inc. | Trustee fee-October 2015 (3) | No |
| 4538 | Various | Various | (359.42) | 3 distribution checks | Class 11 | No |
| 4511 | 10/30/2015 | Int | 240.53 | Interest paid | Oct interest | Yes |
| 4503 | 11/2/2015 | 1022 | (325.00) | U.S. Trustee | UST fee Q3-2015 | No |
| 4503 | 11/3/2015 | 1023 | (24.14) | Federal Express | 5-195-11711 | No |
| 4503 | 11/3/2015 | 1024 | (77,039.68) | Protiviti Inc. | Fees thru Sept 2015-post con | No |
| 4538 | 11/4/2015 | 1328 | (134.64) | South Dakota Dept. of Revenue | Class 11 claim | No |
| 4538 | 11/4/2015 | 1329 | (53,317.97) | Internal Revenue Service | Class 12 claim | No |
| 4538 | 11/5/2015 | Transfer | 30,200.00 | Transfer from 4511 | Transfer | No |
| 4511 | 11/5/2015 | Transfer | (30,200.00) | Transfer to #4538 | Transfer | No |
| 4511 | 11/30/2015 | Int | 226.37 | Interest paid | Nov interest | Yes |
| 4503 | 12/2/2015 | 1025 | (6,225.48) | Streusand Landon & Ozburn LLP | Fees thru July 2015-post con | No |
| 4503 | 12/1/2015 | 1026 | (5,000.00) | JLL Consultants, Inc. | Trustee fee-December 2015 | No |
| 4503 | 12/22/2015 | 1027 | (42,767.00) | Protiviti Inc. | Fees thru November-post con | No |
| 4538 | 10/22/2015 | 1330 | - | Void | | No |
| 4538 | 12/22/2015 | 1331 | (846.22) | Best Plumbing LLC | Class 11 claim | No |
| 4538 | 12/28/2015 | 1333 | (212.39) | Federal Heath Sign Co Inc. | Class 11 claim | No |
| 4511 | 12/31/2015 | Int | 232.95 | Interest paid | Dec interest | Yes |